# EXHIBITS TABLE OF CONTENTS

Case Number: 24-1104

Short Case Caption: Metropolitan Area EMS Authority et al. v. Secretary of Veterans Affairs

1. Exhibit 1: VA Initial Agency Decision on FOIA Request #23-09227-F

2. Exhibit 2: Declaration of Brian Stimson

   1) Stimson Declaration Tab 1: Medstar First Motion for Administrative Stay Email to VA on 9/27/23

   2) Stimson Declaration Tab 2: Medstar Renewed Motion for an Administrative Stay Email to VA on 10/13/23

   3) Stimson Declaration Tab 3: Email Response from VA Confirming Receipt of Medstar's Renewed Motion on 10/13/23

   4) Stimson Declaration Tab 4: Medstar Second Renewed Motion for an Administrative Stay Email to VA on 10/26/23

   5) Stimson Declaration Tab 5: Email Response from VA Confirming Receipt of Medstar's Second Renewed Motion on 10/27/23

   6) Stimson Declaration Tab 6: Email to Kenneth Dougherty Requesting Industry Day Materials on 10/16/23

   7) Stimson Declaration Tab 7: Email from Kenneth Dougherty with Industry Day Materials on 10/19/23

   8) Stimson Declaration Tab 8: Email to Kenneth Dougherty Requesting Industry Day 3 Slides on 10/19/23

   9) Stimson Declaration Tab 9: Email from Kenneth Dougherty with Industry Day 3 Slides on 10/19/23

   10) Stimson Declaration Tab 10: Letter from VA Confirming Receipt of Motions

3. Exhibit 3: Second Declaration of Gary Watters

   1) Second Watters Declaration Tab 1: VA Website Search for Number of VAMC's

   2) Second Watters Declaration Tab 2: SAM.gov Search for Active Ground Ambulance Pre-Solicitation or Solicitation Notices

   3) Second Watters Declaration Tab 3: SAM.gov Search for Ground Ambulance Transport Contracts Awarded Since February 16, 2023

4. Exhibit 4: Declaration of Kenneth Simpson

5. Exhibit 5: Declaration of Gary Watters

6. Exhibit 6: Declaration of J.R. Henry

# EXHIBIT 1



VHA Member Services
2957 Clairmont Road – Suite 200
Atlanta, GA  30329-1641

## RE:  FOIA REQUEST #23-09227-F

August 18, 2023

Mr. Tristan North
American Ambulance Association
Tnorth@ambulance.org

Mr. Chris Eastlee
Association of Air Medical Service
 CEastlee@aams.org

Dear Mr. North & Mr. Eastlee:

This letter is the initial agency decision to your May 24, 2023, request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to the VHA Member Services FOIA Office for the following records:

*The AAMS and the AAA are requesting the following payment data:*

*1. The total volume of ambulance claims and total payments for ambulance services under the VA Beneficiary Travel Program (38 U.S.C §111) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*2. The total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program (38 U.S.C §1703) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*3. The total volume of ambulance claims and total payments for ambulance services under the Millennium Bill (38 U.S.C §1725) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*Applicable HCPCS Codes:*

*1. A0425 – Ground Ambulance Mileage*
*2. A0426 – Advanced Life Support Level 1, Non-Emergency*
*3. A0427 – Advanced Life Support Level 1, Emergency*
*4. A0428 – Basic Life Support, Non-Emergency*
*5. A0429 – Basic Life Support, Emergency*
*6. A0430 – Air Ambulance, Fixed Wing*
*7. A0431 – Air Ambulance, Helicopter*
*8. A0433 – Advanced Life Support, Level 2*
*9. A0434 – Specialty Care Transport*
*10. A0435 – Air Ambulance Mileage, Fixed Wing*
*11. A0436 – Air Ambulance Mileage, Rotary Wing*

As indicated in our June 12, 2023 letter acknowledging receipt, the VHA Member Services FOIA Office received your request on June 9, 2023, assigned it the FOIA tracking number 23-09227-F, placed it in the complex processing category and stated that we would search for records responsive to your FOIA request that were gathered or created by the VHA Member Services on and before the date your request is sent out for record search.

On June 9, 2023, an inquiry was sent to VHA Member Services Veteran Transportation Program (VTP), VHA Integrated Veteran Care (IVC), and VHA Office of Finance requesting they conduct a search for documents responsive to your request. The search was conducted by utilizing the search criteria of:

- Item #1 -The total volume of ambulance claims and total payments for ambulance services under the VA Beneficiary Travel Program
- Item #2 - the total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program
- Item #3 - the total volume of ambulance claims and total payments for ambulance services under the Millennium Bill,

during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed above, the Veteran Transportation Program (VTP), VHA Office of Finance's Electronic Claims Adjudication Management System (e-CAMS) database and the VHA Integrated Veteran Care (IVC) Consolidated Data Set (CDS) claims table were searched.  At the conclusion of their search, VHA Member Services Veteran Transportation Program (VTP), VHA Integrated Veteran Care (IVC), and VHA Office of Finance located (3) documents, totaling (3) pages, as responsive to your request. For reference purposes, the three (3) documents were Bates numbered.

Upon completion of my review, I have determined a total of (3) pages may be provided in their entirety. No portions of the requested records were withheld either in whole or in part.

This concludes my response to FOIA request #23-09227-F. If you disagree with my determinations set forth in this response, please be advised you may appeal to the VA Office of General Counsel. Appeals may be submitted electronically, faxed, or mailed to the following address:

Office of the General Counsel (024)
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, DC 20420
Fax: 202-273-6388
ogcfoiaappeals@va.gov

If you should choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

You may also seek assistance and/or dispute resolution services for any other aspect of your FOIA request from VHA's FOIA Public Liaison and/or Office of Government Information Services (OGIS) as provided below:

VHA FOIA Public Liaison:
vhafoiahelp@va.gov
Phone: 833-880-8500

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
Fax: 202-741-5769
ogis@nara.gov

If you should have any questions, please feel free to contact me at VHA MS Services FOIA (VHAMSServcesFOIA@va.gov).

Sincerely,

Shirley P. Hobson
VHA Member Services FOIA Officer

Enclosure:   3 pages

## FOIA Request 23-09227-F    RESPONSIVE INFORMATION

**Q1:  The total number of ambulance claims and the total payments for ambulance services under the VA Beneficiary Travel Program (38 U.S.C. 1111) during the most recent VA Fiscal Year for the HCPCS codes listed at the bottom of this document.**

**Q1 Response:  Veteran Transportation Program (VTP)**

VA Veterans Transportation Program (VTP) Beneficiary Travel (BT) is unable to determine the total number of ambulance claims and the total payments for ambulance services.  VA is currently using two main systems for payment of these claims.

- Contract claims are paid through Invoice Payment Processing System (IPPS).  This system captures the most basic invoice data (total amount due, dates, etc.) and not the claim specific data.  To gather this granular data, the facility must physically open each invoice, view the image of the claim form, and manually extract the claim data.   If VA extracted funds expended against the budget operating code (BOC) associated with these payments, it would skew the data as this BOC includes ambulance, wheelchair vain, air ambulance, or other modes of transportation specially designed to transport disabled persons.

- Non-Contract Veterans Transportation Program Beneficiary Travel claims are paid through Electronic Claims Adjudication Management System (e-CAMS).  Payments based on the HCPCs noted below for FY22 include:

| HCPCS | DEFINITION | FY 22 CLAIMS | FY 22 PAYMENTS |
|-------|------------|--------------|----------------|
| A0425 | Ground Mileage Ambulance | | Unable to derive from data electronically captured on invoices |
| A0426 | Advanced Life Support Level 1, Non-Emergency | 19,117 | $70,279,904 |
| A0427 | Advanced Life Support Level 1, Emergency | 199,856 | $310,793,266 |
| A0428 | Basic Life Support, Non-Emergency | 64,778 | $88,091,281 |
| A0429 | Basic Life Support, Emergency | 103,365 | $129,118,688 |
| A0430 | Air Ambulance, Fixed Wing | 1,789 | $213,248,118 |
| A0431 | Air Ambulance, Rotary Wing | 7,309 | $809,228,023 |
| A0433 | Advanced Life Support, Level 2 | 5,918 | $12,283,550 |
| A0434 | Specialty Care Transport | 4,560 | $20,682,577 |
| A0435 | Air Ambulance Mileage, Fixed Wing | | Unable to derive from data electronically captured on invoices |
| A0436 | Air Ambulance Mileage, Rotary Wing | | Unable to derive from data electronically captured on invoices |

**Q2: The total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program (38 U.S.C §1703) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed at the bottom of this document.**

**Q2 Response: Integrated Veteran Care (IVC)**

FY23 Community Care Ambulance Claims Processed under 38 U.S.C. 1703 and 38 U.S.C. 1725

| Program | Claims |
|---|---|
| 38 U.S.C. 1703 | 28,848 |
| 38 U.S.C. 1725 | 5,026 |
| Total | 33,874 |

(1) :  This total represents the claim amount paid where at least one of the Current Procedural Terminology (CPT) codes provided were present on the claim.   This total may
include payment for ambulance related services that may not have been on the of the aforementioned CPT codes.   For example:  oxygen supplies.

(2) :  This total represents only the amounts paid for the CPT codes provided.

Data excludes claims processed under the Beneficiary Travel Authority - 38 U.S.C. 111
Data is for dates of service occurring on or after October 1, 2023.
Data Source(s):  IVC Consolidated Data Set (CDS) claims tables, VTP Beneficiary Travel data (used for exclusions) CPT Codes Requested:
A0425
A0426
A0427
A0428
A0429
A0430
A0431
A0433
A0434
A0435
A0436

**Q3: The total volume of ambulance claims and total payments for ambulance services under the Millennium Bill (38 U.S.C §1725) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.**

**Q3 Response: VHA Office of Finance**

During FY23 so far, we have paid 14,305 claims under 1725, totaling payments of $6,457,759.02.

Breakdown of the CPTs we paid under:

| Row Labels | Count of Proc/Svc Code |
|---|---|
| A0425 | 13597 |
| A0426 | 203 |
| A0427 | 7911 |
| A0428 | 464 |
| A0429 | 4610 |
| A0430 | 66 |
| A0431 | 567 |
| A0433 | 296 |
| A0434 | 74 |
| A0435 | 66 |
| A0436 | 563 |
| **Grand Total** | **28417** |

*As a note, A0425 being mileage, it is typically not a standalone claim but inclusive of another claim, hence the CPT count being double the volume paid.

Applicable HCPCS Codes:

1. A0425 – Ground Ambulance Mileage
2. A0426 – Advanced Life Support Level 1, Non-Emergency
3. A0427 – Advanced Life Support Level 1, Emergency
4. A0428 – Basic Life Support, Non-Emergency
5. A0429 – Basic Life Support, Emergency
6. A0430 – Air Ambulance, Fixed Wing
7. A0431 – Air Ambulance, Helicopter
8. A0433 – Advanced Life Support, Level 2
9. A0434 – Specialty Care Transport
10. A0435 – Air Ambulance Mileage, Fixed Wing
11. A0436 – Air Ambulance Mileage, Rotary Wing

# EXHIBIT 2

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

METROPOLITAN AREA EMS
AUTHORITY, *et al*.

                        Petitioners,

            v.

DENIS MCDONOUGH, in his official
capacity as SECRETARY OF VETERANS
AFFAIRS,

                        Respondent.

No. 24-1104

**DECLARATION OF BRIAN R. STIMSON**

I, Brian Stimson, testify as follows:

1.      I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority, et al. v. McDonough*.

2.      I am currently a Partner in the Litigation and Healthcare groups at Arnall Golden Gregory LLP (AGG) in Washington, DC.  I represent Petitioners in *Metropolitan Area EMS Authority*, and before the U.S. Department of Veterans Affairs (VA) in connection with *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) (the final rule).

3.      My testimony is based on my direct personal knowledge gained through my representation of Petitioners, information supplied to me by my colleagues at AGG, and information received from VA or otherwise within the public domain.

1

4. Attached at Tab 1 is a true and correct copy of Petitioner Metropolitan Area EMS Authority's (MedStar) motion for an administrative stay of the final rule that I emailed to VA on September 27, 2023. I did not receive a response to the motion.

5. Attached at Tab 2 is a true and correct copy of MedStar's renewed motion for an administrative stay that I emailed to VA on October 13, 2023.

6. Attached at Tab 3 is a true and correct copy of a response from VA confirming receipt of MedStar's renewed motion dated October 13, 2023.

7. Attached at Tab 4 is a true and correct copy of Petitioners' renewed motion for an administrative stay that I emailed to VA on October 26, 2023.

8. Attached at Tab 5 is a true and correct copy of a response from VA confirming receipt of Petitioners' renewed motion dated October 27, 2023.

9. I understand that VA held public, online, Ambulance Industry Days on May 25, July 20, and August 30, 2023. I understand that VA posted some but not all of its documents for those Ambulance Industry Days, including its PowerPoint presentations, on Sam.gov.

10. My associate counsel, Avery Carter, emailed VA representative Kenneth Dougherty on October 16, 2023, and requested the Ambulance Industry Day documents that VA had not yet posted on Sam.gov. Attached at Tab 6 is a true and correct copy of her email.

11. Mr. Dougherty responded to Ms. Carter by email on October 19, 2023, and attached the Ambulance Industry Event 05-25-2023 Transcript, Ambulance Industry Event Session 1 on 07-20-2023 Transcript, Ambulance Industry Day Event Session 2 on 07-20-2023 Transcript, and Ambulance Industry Day 3 Transcript. Attached at Tab 7 is a true and correct copy of his email, including all attachments.

12. Ms. Carter emailed Mr. Dougherty on October 19, 2023, and requested the slides from the Industry Day on August 30, 2023. Attached at Tab 8 is a true and correct copy of her email.

4892-0316-8394.v3

13.     Mr. Dougherty responded to Ms. Carter by email on October 19, 2023, and attached the Industry Day 3 slides.  Attached at Tab 9 is a true and correct copy of his email, including all attachments.

14.     I received a letter from Richard Hipolit, Deputy General Counsel for Veterans Programs, on October 31, 2023, acknowledging receipt of the motions for an administrative stay and stating that VA considers the motions a petition to undertake rulemaking. Attached at Tab 10 is a true and correct copy of the letter.

<div align="center">***</div>

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

November 1, 2023

_____
Brian Stimson

4892-0316-8394.v3

# STIMSON DECLARATION
# TAB 1

MEDSTAR_000001

| | |
|---|---|
| **From:** | Stimson, Brian R. |
| **Sent:** | Thursday, September 28, 2023 10:01 AM |
| **To:** | ogcfrontoffice@va.gov |
| **Cc:** | WPS No Clean |
| **Subject:** | Request for Administrative Stay of Final Rule |
| **Attachments:** | VA Stay Request 9.27.23.pdf |

OGC Front Office,

I have attached correspondence from MedStar Mobile Healthcare to Richard Hipolit.  Please let me know if I should direct this correspondence to another email inbox for Richard.

Thanks,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, D.C. 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

1



DC Office 2100
Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct phone: 202.677.4948
Main phone: 202.677.4030
E-mail: brian.stimson@agg.com

September 27, 2023

*VIA EMAIL*
*VIA FEDERAL EXPRESS*


Richard J. Hipolit
Acting General Counsel
Office of the General Counsel
U.S. Department of Veterans Affairs
80 Vermont Ave., NW
Washington, DC 20420

Re:     Request for administrative stay of implementation of *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023)

Dear Richard:

I write on behalf the Metropolitan Area EMS Authority, also known as MedStar Mobile Healthcare (MedStar), to request that the U.S. Department of Veterans Affairs (VA) administratively stay its implementation of its final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023).  MedStar shares several concerns with our industry as a whole about the promulgation and impact of the final rule. The economic analysis for the final rule fails to consider VA's data on emergent transports, and therefore understates the economic impact of the final rule by orders of magnitude. The final rule also exceeds the VA's statutory authority, abdicates the VA's responsibility to independently assess the sufficiency of paying the Medicare Fee Schedule amount, and fails to consider the scope and challenges of contracting before the implementation date with the thousands of ambulance providers who serve VA beneficiaries across the country.

MedStar is the public ambulance services provider for Fort Worth, Texas and 14 other cities in northern Texas, owned jointly by the 15 member jurisdictions that are part of the EMS Authority.  The final rule will reduce VA payments to MedStar to a level that will make it impracticable for MedStar to maintain its current operations.  If VA proceeds with implementation, then MedStar will have little choice but to downsize and reduce access to ambulance services and, by extension, definitive care.  The impact on veterans—including thousands of active-duty personnel—will be significant.

In contrast, an administrative stay would preserve veterans' access to care while affording VA an opportunity to work with MedStar on a policy alternative.  It would also enable VA to address the many violations of the Administrative Procedure Act (APA) in the final rule.  Again, the final rule exceeds the statutory authority of VA, outsources VA decision-making to other government agencies, and fails to consider important parts of the problem of VA payment for ambulance service.  If VA declines to administratively stay the final rule, then MedStar will have no choice but to seek a judicial stay of the final rule in the U.S. Court of Appeals for the Federal Circuit.  MedStar would strongly prefer to work with VA on a policy alternative during an indefinite administrative stay of the final rule.

I describe MedStar's operations, the impacts of the final rule, the APA violations in the final rule, and MedStar's request for an administrative stay in further detail below.

### _MedStar serves a large population of veterans in Tarrant County, Texas_

MedStar is a Texas governmental administrative agency that serves as the exclusive emergency and non-emergency ambulance service provider for 15 cities in Tarrant County, Texas, including Fort Worth.  It provides ambulance and community paramedicine service to 436 square miles and more than 1.1 million residents.  In the process, it responds to over 190,000 calls a year. By statute, MedStar is the exclusive provider of emergency and non-emergency ambulance service in those member jurisdictions.

More than 100,000 veterans live in Tarrant County.  U.S. Census Bureau, Quick Facts, Tarrant County, Texas (visited Sept. 15, 2023).  Those veterans include thousands of personnel at Naval Air Station Joint Reserve Base Fort Worth, which is home to a variety of Marine Corps, Air Force, Army, and Texas Air National Guard units.  MedStar responds to several ambulance calls for veterans every day, 365 days a year.  Most are emergent calls received through the Tarrant County 9-1-1 district.

MedStar is a high-performance emergency medical services (HPEMS) system, providing advanced clinical care with high economic efficiency.  It has operated without tax subsidies from its member cities for the past 12 years.  But, like many EMS agencies across the country, it has confronted dire economic headwinds since the declaration of the COVID-19 public health emergency in January 2020.  Those headwinds include high demand for emergency medical services (EMS) personnel, a 58% increase in wages over a 15-month period, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

MedStar has an annual operating budget of approximately $60 million, and projects that it will have a budget shortfall of $4.2 million this fiscal year due to these economic headwinds alone.

### _The final rule will harm MedStar and reduce veterans' access to care_

As you know, the final rule becomes effective February 16, 2024.  It will reduce what VA pays for non-contracted ambulance transportation by amending the implementing regulations for 38 U.S.C. § 111.  88 Fed. Reg. at 10,036.  VA presently pays 100% of the actual charge for non-contracted ambulance transportation pursuant to two authorities:  38 C.F.R. § 17.4020(c) and 38 U.S.C. § 1728.  Under the final rule, "VA will pay the lesser of the actual charge for ambulance transportation or the amount determined by the [Medicare Fee Schedule (MFS)]."  88 Fed. Reg. at 10,036.  The "lesser of" the MFS amount and the actual charge will almost always be the MFS amount.

MedStar projects that VA payments based on the MFS amount will reduce MedStar's revenues this fiscal year by $2.4 million, with further reductions the following fiscal year.  The reductions in revenue— coupled with the existing budget shortfall—will leave MedStar with little choice but to downsize.  Once MedStar downsizes it will lose the operational capacity to provide veterans with the current level of access to ambulance services.  Veterans will face longer wait times for ambulance services, which will yield worse outcomes and higher total costs of care for VA and veterans.  Shifting the costs of VA healthcare to local governments is neither practical nor appropriate.

To help preserve its operations, MedStar will also be forced to consider balance billing veterans for ambulance services. Obviously, MedStar does not want to balance bill veterans. But the final rule will leave MedStar with few alternatives for preserving access to care.

### *MedStar will pursue a judicial stay absent an administrative stay of the final rule*

MedStar wants to partner with VA to deliver high-quality care to veterans. To do so it needs VA reimbursement that is sufficient to sustain its operations. It has conveyed its concerns about the sufficiency of the MFS amount to VA through appropriate channels, including industry associations, VA industry days, and Congress. Unfortunately, those efforts have not yielded a workable policy solution.

MedStar remains fully committed to an open and constructive dialog with VA. But the window for reaching a workable policy solution is closing fast. MedStar will soon have no alternative but to seek relief from the final rule in the U.S. Court of Appeals for the Federal Circuit.

MedStar will be entitled to relief because the final rule violates the APA in numerous respects. For starters, VA exceeded its statutory authority in the final rule. VA may pay the Medicare rate only for a transport "to or from a Department facility." 38 U.S.C. § 111(b)(3)(C). The final rule goes further, reaching transports to and from other places. It likewise reaches transports under 38 U.S.C. § 1728, which VA must pay at "customary and usual charges."

VA also failed to consider important parts of the problem in the final rule. VA, for example, failed to consider its own data showing that 78% of total VA payments for ambulance transports are for emergent transports initiated through the 9-1-1 system. VA failed to consider whether the application of the final rule to emergent transports initiated through the 9-1-1 system would reduce total VA payments for ambulance transports to a level that would jeopardize veterans' access to ambulance services. VA failed to consider whether contracting for transports initiated through VA, the 9-1-1 system, or some combination of both would be necessary to maintain access. VA failed to consider the specific contracting and subcontracting solutions that it would use for emergent transports initiated through the 9-1-1 system, and the additional lead time required for any subcontracting solutions. VA lastly failed to consider whether all the same issues would have a spillover effect on VA's ability to meet its statutory obligations under the Veterans Community Care Program.

What is more, VA confirmed at the industry day on August 30, 2023 that it performed no independent analysis of the sufficiency of the current MFS amount. VA instead based its policy choice on the Centers for Medicare & Medicaid Services' (CMS) payment of the current MFS amount, and the Medicare Payment Advisory Committee's (MedPAC) report on Medicare payments for ambulance services from 2013. Neither MedPAC nor CMS assessed the sufficiency of the current MFS amount within the current VA system, and VA never considered the possibility that CMS and MedPAC may have acted irrationally or without information critical to the determination of sufficient rates.[1]

---

[1] Congress recognizes these shortcomings. It enacted the Bipartisan Budget Act (BBA) of 2018, which requires CMS to collect and report cost, revenue, utilization, and other data on ground ambulance operations to MedPAC. MedPAC must then issue a report to Congress on the adequacy of the MFS amount. CMS, *Medicare Ground Ambulance Data Collection System Frequently Asked Questions (FAQ)*, p. 3 (updated Nov. 7, 2022). More recently, U.S. Senators Jon Tester and Jerry Moran introduced the VA Emergency Transportation Access Act, which would bar VA from "reducing rates of pay and reimbursement

MedStar will be entitled to a judicial stay of the final rule because MedStar is likely to succeed on the merits of its challenge, the implementation of the final rule would irreparably harm MedStar by forcing the organization to downsize, and there is no public interest in the VA violating the APA.

### *MedStar respectfully requests that VA administratively stay the final rule*

Given the legal and policy problems with the final rule, MedStar asks that VA stay the implementation of the final rule indefinitely, and partner with MedStar on a policy solution.

If VA declines to stay the final rule indefinitely, then MedStar will file a petition for judicial review of the final rule in the Federal Circuit. MedStar therefore requests that VA agree in advance to stay the implementation of the final rule pending the completion of judicial review. Absent an administrative stay pending judicial review, MedStar will have no choice but to seek a judicial stay from the Federal Circuit.

***

I am available to meet and confer with the Office of the General Counsel (OGC) at any time. Please let me know as soon as possible whether VA agrees to stay implementation of the final rule.

Thank you for your attention to this matter. I look forward to working with you.

Sincerely,

Brian Stimson

BRS/brs

cc:     VA Litigation Steering Committee

---

for special mode of transportation providers unless VA meets certain requirements that ensure rate changes will not reduce veterans' access to this essential service." Jon Tester, *Tester Introduces Bipartisan Bill to Protect Montana Veterans' Access to Lifesaving Emergency Medical Transportation* (Sept. 13, 2023). U.S. Representatives Ryan Zinke and Mike Bost then introduced a companion bill in the U.S. House of Representatives. Ryan Zinke, *Zinke Co-Leads Bill Countering VA's Outdated Emergency Transportation Rule* (Sept. 21, 2023). Representative Zinke noted that "[i]n July, Granite County, Montana lost their only ambulance provider due to the infeasibility of operating with the CMS reimbursement rates." *Id.*

**MEDSTAR_000006**

# STIMSON DECLARATION
## TAB 2

MEDSTAR_000007

| | |
|---|---|
| **From:** | Stimson, Brian R. |
| **Sent:** | Friday, October 13, 2023 1:04 PM |
| **To:** | ogcfrontoffice@va.gov |
| **Cc:** | Kristofer Schleicher; brian.boynton@usdoj.gov; alex.haas@usdoj.gov; Lord, Sara M.; WPS No Clean |
| **Subject:** | FW: Request for Administrative Stay of Final Rule |
| **Attachments:** | VA Stay Letter 10.13.23.pdf; VA Stay Request 9.27.23.pdf; DRAFT VA Petition for Review (10.13.23).pdf |

OGC Front Office,

Attached is a follow-up letter from MedStar Mobile Healthcare to Richard Hipolit.  I ask that VA OGC please respond to MedStar's request by EOD on Monday.  Hearing nothing, MedStar will assume that VA rejects the request.

Best,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Tuesday, October 10, 2023 2:08 PM
**To:** ogcfrontoffice@va.gov
**Cc:** Lord, Sara M. <sara.lord@agg.com>
**Subject:** FW: Request for Administrative Stay of Final Rule

OGC Front Office,

I just left a message at (202) 461-4995 to follow up on the email below.  I received the (202) 461-4995 number from the Office of the Chief Counsel in Nashville.

As I stated in my letter, I am available to meet and confer with OGC at any time.  I ask that VA please let us know as soon as possible whether VA agrees to stay implementation of its final rule, or whether VA would prefer to meet and confer in person or by phone.

Thanks,

**Brian R. Stimson**
**Partner**

1

Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, D.C. 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Stimson, Brian R.
**Sent:** Thursday, September 28, 2023 10:01 AM
**To:** ogcfrontoffice@va.gov
**Cc:** WPS No Clean <WPSNoClean@AGG.com>
**Subject:** Request for Administrative Stay of Final Rule

OGC Front Office,

I have attached correspondence from MedStar Mobile Healthcare to Richard Hipolit.  Please let me know if I should direct this correspondence to another email inbox for Richard.

Thanks,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, D.C. 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

MEDSTAR_000009



DC Office
2100 Pennsylvania Avenue NW
Suite 350S
Washington, D.C. 20037
Direct phone: 202.677.4948
Main phone: 202.677.4030
E-mail: brian.stimson@agg.com

October 13, 2023

*VIA EMAIL*

Richard J. Hipolit
Acting General Counsel
Office of the General Counsel
U.S. Department of Veterans Affairs
80 Vermont Ave., NW
Washington, DC 20420
Email: c/o ogcfrontoffice@va.gov

     **Re:**    *Breach of contract claim against the U.S. Department of Health & Human Services and its operating divisions*

Dear Richard,

     I write once again on behalf the Metropolitan Area EMS Authority, also known as MedStar Mobile Healthcare (MedStar), in connection with the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023).

     Please accept this second letter as a renewed motion for an administrative stay of the final rule pending judicial review in the U.S. Court of Appeals for the Federal Circuit. I have enclosed a copy of my first letter to you, dated September 28, 2023, for reference.

     I have also enclosed a draft of the Petition for Judicial Review of the final rule that MedStar plans to file in the Federal Circuit no later than next Friday, October 20, 2023. Absent an administrative stay, MedStar plans to file a Motion for a Judicial Stay Pending Judicial Review with the Federal Circuit after filing a Petition for Judicial Review.

     MedStar's position on the merits remains unchanged since September 28. The final rule violates 38 U.S.C. § 502 and 5 U.S.C. §§ 706(2)(A) and (C) because is "not in accordance with law" and "in excess of statutory … authority, or limitations, or short of statutory right." The final rule also violates 38 U.S.C. § 502 and 5 U.S.C. § 706(2)(A) because it is arbitrary and capricious. MedStar is likely to prevail on the merits for the reasons stated in the draft Petition for Judicial Review and my letter dated September 28, 2023.

     What is more, MedStar will be irreparably harmed absent a stay pending judicial review. As previously discussed, MedStar is the public ambulance services provider for Fort Worth, Texas



and 14 other cities in Tarrant County, Texas. It delivers ambulance and community paramedicine service to 436 square miles and more than 1.1 million residents. In the process, it responds to over 190,000 calls a year. By statute, MedStar is the exclusive provider of emergency and non-emergency ambulance services in its member cities.

MedStar has operated without tax subsidies from its member cities for the past 12 years. But it has confronted dire economic headwinds since the declaration of the COVID-19 public health emergency in January 2020. Those headwinds include high demand for emergency medical services (EMS) personnel, a 58% increase in wages over a 15-month period, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

MedStar has an annual operating budget of approximately $60 million. MedStar projects a budget shortfall of $4.2 million this fiscal year due to these economic headwinds alone.

MedStar projects that the final rule will compound the budget shortfall by reducing MedStar's revenues this fiscal year by $2.4 million, with further reductions the next fiscal year. The reductions in revenue—coupled with the existing budget shortfall—will force MedStar to downsize. Once MedStar downsizes it will lose the operational capacity to provide veterans with the current level of access to ambulance services. Veterans will face longer wait times for ambulance services, which will yield worse outcomes and higher total costs of care.

The balance of the equities here tips decidedly in favor of MedStar because VA has no interest in implementing a final rule that is contrary to law, and arbitrary and capricious. The public would benefit greatly from an administrative stay of the final rule pending judicial review. Such a stay would avoid unnecessary expenditures of government and private resources. It would also give VA, MedStar, and other stakeholders an opportunity to partner on alternatives to VA's overbroad application of the "lessor of" methodology to ambulance transports.

<div align="center">***</div>

I am available to meet and confer with the Office of the General Counsel (OGC) or the U.S. Department of Justice (DOJ) on this matter at any time. Please let me know as soon as possible whether VA agrees to an administrative stay of the final rule pending judicial review.



Thank you for your attention to this matter.  I look forward to working with you.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Brian R. Stimson

cc:    MedStar
Brian Boynton, Civil Division, DOJ (by email)
Alex Haas, Civil Division, DOJ (by email)
Sara Lord

MEDSTAR_000012

# STIMSON DECLARATION
# TAB 3

MEDSTAR_000013

**Cline, Mark E.**

| | |
|---|---|
| **From:** | Stimson, Brian R. |
| **Sent:** | Friday, October 13, 2023 1:17 PM |
| **To:** | Greenfield, Brandon A. (OGC); OGC Front Office Assistants |
| **Cc:** | Kristofer Schleicher; alex.haas@usdoj.gov; Lord, Sara M. |
| **Subject:** | RE: Request for Administrative Stay of Final Rule |

Thank you Brandon.  We are prepared to meet and confer on this matter at VA OGC's earliest convenience.

---

**From:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>
**Sent:** Friday, October 13, 2023 1:09 PM
**To:** Stimson, Brian R. <Brian.Stimson@AGG.com>; OGC Front Office Assistants <OGCFrontOffice@va.gov>
**Cc:** Kristofer Schleicher <KSchleicher@medstar911.org>; brian.boynton@usdoj.gov; alex.haas@usdoj.gov; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] RE: Request for Administrative Stay of Final Rule

Good afternoon,

We have received you letter and will forward to our Healthcare team for action.

*Respectfully,*

*Brandon A. Greenfield, Esq.*

Brandon A. Greenfield, Esq.
Legal Assistant to the General Counsel
Office of General Counsel Suite 1030
Department of Veterans Affairs
810 Vermont Ave, NW
Washington, DC 20240
OGC Main: 202-461-4995
Direct: 202-461-7238
Cell: 202-285-2407



Department of Veterans Affairs
**Office of General Counsel**

*"Serve the VA Mission and serve the Veterans in all that you do.  Do the harder right thing, not the easier wrong thing."*

*~ Robert A. McDonald*
*8th United States Secretary of Veterans Affairs*

ATTENTION:  For internal OGC use only and not for external transmission. This electronic document may contain attorney work-product or information protected under the attorney-client privilege. Do not release this information without prior authorization. If you received this message in error, please destroy it and all attachments immediately.

**MEDSTAR_000014**

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Friday, October 13, 2023 1:05 PM
**To:** OGC Front Office Assistants <OGCFrontOffice@va.gov>
**Cc:** Kristofer Schleicher <KSchleicher@medstar911.org>; brian.boynton@usdoj.gov; alex.haas@usdoj.gov; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] FW: Request for Administrative Stay of Final Rule

OGC Front Office,

Attached is a follow-up letter from MedStar Mobile Healthcare to Richard Hipolit. I ask that VA OGC please respond to MedStar's request by EOD on Monday. Hearing nothing, MedStar will assume that VA rejects the request.

Best,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Tuesday, October 10, 2023 2:08 PM
**To:** ogcfrontoffice@va.gov
**Cc:** Lord, Sara M. <sara.lord@agg.com>
**Subject:** FW: Request for Administrative Stay of Final Rule

OGC Front Office,

I just left a message at (202) 461-4995 to follow up on the email below. I received the (202) 461-4995 number from the Office of the Chief Counsel in Nashville.

As I stated in my letter, I am available to meet and confer with OGC at any time. I ask that VA please let us know as soon as possible whether VA agrees to stay implementation of its final rule, or whether VA would prefer to meet and confer in person or by phone.

Thanks,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, D.C. 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

MEDSTAR_000015

**From:** Stimson, Brian R.
**Sent:** Thursday, September 28, 2023 10:01 AM
**To:** ogcfrontoffice@va.gov
**Cc:** WPS No Clean <WPSNoClean@AGG.com>
**Subject:** Request for Administrative Stay of Final Rule

OGC Front Office,

I have attached correspondence from MedStar Mobile Healthcare to Richard Hipolit. Please let me know if I should direct this correspondence to another email inbox for Richard.

Thanks,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, D.C. 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

MEDSTAR_000016

# STIMSON DECLARATION
# TAB 4

**MEDSTAR_000017**

**From:** Stimson, Brian R.
**Sent:** Thursday, October 26, 2023 1:37 AM
**To:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>; Mobly, Donald C. (OGC) <Donald.Mobly@va.gov>; House, Lisa C. (OGC) <lisa.house@va.gov>; Schiffer, Cynthia (OGC) <cynthia.schiffer@va.gov>; Reed, Brian (OGC) <Brian.Reed5@va.gov>; Hughes, Michael D. (OGC) <Michael.Hughes3@va.gov>; Cornacchio, Drew (OGC) <Drew.Cornacchio@va.gov>
**Cc:** alex.haas@usdoj.gov; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <Sara.Lord@AGG.com>; WPS No Clean <WPSNoClean@AGG.com>
**Subject:** MedStar, et al. v. McDonough (Fed. Cir.) -- Petition for Review and 2d Renewed Motion for Administrative Stay of Final Review

VA OGC,

Attached is the Petition for Review filed on PACER by ambulance providers MedStar, Valley Ambulance Authority, Quaker Valley Ambulance Authority, and AMED.

MedStar renews its motion for an administrative stay a second time, and its co-petitioners join in that motion. Together, they ask that VA rule on the motion by the close of business on Friday, October 27, 2023.

Absent an administrative stay, Petitioners will file a motion for a stay pending judicial review with the U.S. Court of Appeals for the Federal Circuit.

Petitioners are willing and available to meet and confer on this matter with VA OGC, DOJ, or both, in person or by Zoom or phone.

Best,

Brian

**Brian R. Stimson**
**Partner**

Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

MEDSTAR_000018

**From:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>
**Sent:** Tuesday, October 17, 2023 9:16 AM
**To:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Cc:** Mobly, Donald C. (OGC) <Donald.Mobly@va.gov>; House, Lisa C. (OGC) <lisa.house@va.gov>; Schiffer, Cynthia (OGC) <cynthia.schiffer@va.gov>; Reed, Brian (OGC) <Brian.Reed5@va.gov>; Hughes, Michael D. (OGC) <Michael.Hughes3@va.gov>; Cornacchio, Drew (OGC) <Drew.Cornacchio@va.gov>; alex.haas@usdoj.gov; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] RE: VA OGC Contacts

Good morning Brian,

The attorneys are added for awareness on this case.

*Respectfully,*

*Brandon A. Greenfield, Esq.*

Brandon A. Greenfield, Esq.
Legal Assistant to the General Counsel
Office of General Counsel Suite 1030
Department of Veterans Affairs
810 Vermont Ave, NW
Washington, DC 20240
OGC Main: 202-461-4995
Direct: 202-461-7238
Cell: 202-285-2407


Department of Veterans Affairs
**Office of General Counsel**

*"Serve the VA Mission and serve the Veterans in all that you do. Do the harder right thing, not the easier wrong thing."*

*~ Robert A. McDonald*
*8th United States Secretary of Veterans Affairs*

ATTENTION: For internal OGC use only and not for external transmission. This electronic document may contain attorney work-product or information protected under the attorney-client privilege. Do not release this information without prior authorization. If you received this message in error, please destroy it and all attachments immediately.

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Tuesday, October 17, 2023 9:13 AM
**To:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>
**Cc:** Mobly, Donald C. (OGC) <Donald.Mobly@va.gov>; House, Lisa C. (OGC) <lisa.house@va.gov>; Schiffer, Cynthia (OGC) <cynthia.schiffer@va.gov>; Reed, Brian (OGC) <Brian.Reed5@va.gov>; Hughes, Michael D. (OGC)

MEDSTAR_000019

<Michael.Hughes3@va.gov>; Cornacchio, Drew (OGC) <Drew.Cornacchio@va.gov>; alex.haas@usdoj.gov; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] RE: VA OGC Contacts

Brandon,

I am writing to follow up on VA's position on MedStar's renewed motion for an administrative stay. MedStar submitted its original motion 20 days ago, on September 27, 2023.

MedStar has learned that the VA Office of Congressional and Legislative Affairs (COLA) is now informing the House of Representatives that VA is considering a delay in the effective date of the rule.

MedStar requests that VA promptly rule on the motion or provide a date certain by which VA commits to make a ruling, so that MedStar may address the issue in its court papers, consistent with the rules.

MedStar remains willing and available to meet and confer on this matter with VA OGC, DOJ, or both, in person or by Zoom or phone, whenever convenient.

Thanks,


**Brian R. Stimson**
**Partner**

Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Friday, October 13, 2023 1:25 PM
**To:** Donald.Mobly@va.gov; Lisa.House@va.gov; Cynthia.Schiffer@va.gov; Brian.Reed5@va.gov; Michael.Hughes3@va.gov; Drew.Cornacchio@va.gov
**Cc:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** RE: VA OGC Contacts

Thank you for making the introduction Thomas. Moving you to bcc: to spare your inbox.

I represent ambulance provider MedStar Mobile Healthcare in connection with the VA final rule reducing the payment rate for non-contract ambulance services to the Medicare Fee Schedule amount.

I had been attempting to meet and confer with VA OGC regarding an administrative stay of the final rule. I sent the attached follow up letter (attaching a draft petition for judicial review) earlier today. I did receive a response from Brandon Greenfield, who I have copied here along with MedStar GC Kristofer Schleicher and my law partner Sara Lord. As I conveyed to Brandon, we are prepared to meet and confer with VA OGC on this matter as soon as possible.

3

MEDSTAR_000020

Best,

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Cook, Thomas <Thomas.Cook@gmr.net>
**Sent:** Friday, October 13, 2023 11:55 AM
**To:** Donald.Mobly@va.gov; Lisa.House@va.gov; Cynthia.Schiffer@va.gov; Brian.Reed5@va.gov; Michael.Hughes3@va.gov; Drew.Cornacchio@va.gov
**Cc:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Subject:** [EXTERNAL] VA OGC Contacts

Ladies and Gentlemen:

Brian Stimpson with Arnall Golden Gregory LLP asked if I had any contacts with VA OGC, so I am connecting him with you.

**THOMAS A. A. COOK**
EVP & General Counsel
Global Medical Response, Inc.

4400 State Hwy 121, Suite 700 | Lewisville, TX 75056
**W:** 303.495.1525  |  **C:** 417.505.9495
**www.globalmedicalresponse.com**



MEDSTAR_000021

**No. 23-____**

---

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔆𝔦𝔯𝔠𝔲𝔦𝔱

_____

METROPOLITAN AREA EMS AUTHORITY, *et al.*

*Petitioners,*

v.

DENIS MCDONOUGH, in his official capacity as
SECRETARY OF VETERANS AFFAIRS,

*Respondent.*

---

**PETITION FOR REVIEW PURSUANT TO 38 U.S.C. § 502**

---

Brian R. Stimson
D.C. Bar No. 1657563
Sara M. Lord
D.C. Bar No. 1620099
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave., NW, Suite 350S
Washington, D.C. 20037
Main: (202) 677-4030
Email: Brian.Stimson@agg.com
       Sara.Lord@agg.com

*Counsel for Petitioners*

October 26, 2023

---

MEDSTAR_000022

# TABLE OF CONTENTS

**Page(s)**

I.   INTRODUCTION ........................................................................1

II.  JURISDICTION ........................................................................4

III. TIMELINESS .........................................................................5

IV.  THE STATUTORY AND REGULATORY FRAMEWORK.......................5

V.   THE FINAL RULE ....................................................................8

VI.  THE FINAL RULE VIOLATES THE ADMINISTRATIVE PROCEDURE
     ACT ..................................................................................9

     A.   THE FINAL RULE IS NOT IN ACCORDANCE WITH
          LAW AND IN EXCESS OF STATUTORY
          AUTHORITY.................................................................10

     B.   THE FINAL RULE IS ARBITRARY AND
          CAPRICIOUS ...............................................................12

VII. THE PETITIONERS ARE ADVERSELY AFFECTED............................20

     A.   MEDSTAR ...................................................................22

     B.   VALLEY AMBULANCE AUTHORITY (VAA) AND
          QUAKER VALLEY AMBULANCE AUTHORITY
          (QVAA).......................................................................23

     C.   AMED ........................................................................27

VIII. THE RELIEF SOUGHT..............................................................30

i

**MEDSTAR_000023**

## I.    INTRODUCTION

Pursuant to 38 U.S.C. § 502, 5 U.S.C. §§ 605(b) and 611(a)(1)-(2), 5 U.S.C. §§ 706(2)(A) and (C), Federal Rule of Appellate Procedure 15, and Federal Circuit Rule 15(f), ground ambulance providers Metropolitan Area EMS Authority, a.k.a. MedStar Mobile Healthcare (Medstar), Valley Ambulance Authority (VAA), Quaker Valley Ambulance Authority (QVAA), and Altoona Mobile Emergency Department Authority (AMED) petition this Court for review of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) (to be codified at 38 C.F.R. Part 70).

The Secretary of Veterans Affairs published the final rule on February 16, 2023. The final rule, which becomes effective on February 16, 2024, will significantly reduce the rates paid by the U.S. Department of Veterans Affairs (VA) on claims for hundreds of thousands of non-contract ambulance transports every year. 88 Fed. Reg. at 10,036. VA currently pays 100% of the actual charges for these claims. The final rule will reduce the rates paid on these claims to levels below the cost of providing the transport. The below-cost rates will force Petitioners to downsize their operations through workforce reductions, and possibly furloughs or reduced hours for their remaining employees.

1

MEDSTAR_000024

Congress has enacted a specific statutory framework for the payment of non-contract ambulance transport claims for veterans. The final rule violates 38 U.S.C. § 502 and 5 U.S.C. §§ 706(2)(A) and (C) because it is not in accordance with the statutory framework for payment, exceeds VA's statutory authority to determine the rates that it pays for the services, and is arbitrary and capricious.

First, Congress directed the Secretary to "reimburse veterans eligible for hospital care or medical services under [Chapter 17 of Part II of Title 38] for the *customary and usual charges of emergency treatment (including travel and incidental expenses under the terms and conditions set forth in section 111 of this title)*," or, "in lieu of reimbursing such veteran, [to] make payment of the *reasonable value of emergency treatment* directly" to the provider. 38 U.S.C. §§ 1728(a)-(b) (emphasis added).

Second, Congress authorized the Secretary to pay "the actual necessary expense of travel . . . of any person to or from a Department facility or other place." 38 U.S.C. § 111(a). Within that authority, "[*i*]*n the case of transportation of a person to or from a Department facility by ambulance*," Congress gave the Secretary discretion to pay "the lesser of the actual charge for the transportation or the [Medicare Fee Schedule (MFS) amount] unless the Secretary has entered into a contract for that transportation with the provider." 38 U.S.C. § 111(b)(3)(C)

MEDSTAR_000025

(emphasis added). The "lesser of" the actual charge or the MFS amount will invariably be the MFS amount.

Under the current regulation implementing § 111, VA has determined that it will pay the "actual cost" for non-contract ambulance transports. It has not availed itself of the limited discretionary authority to pay the lesser of the actual charge or the MFS amount for transports to or from VA facilities, as permitted under § 111(b)(3)(C). 38 C.F.R. § 70.30(a)(4).

The final rule replaces the "actual cost" standard in the current regulation with the "lesser of" methodology for *all* noncontract ambulance transports: "VA will pay the lesser of the actual charge for ambulance transportation or the [MFS amount]," unless VA has a contract with the provider, "in which case the terms of the contract will govern VA payments." 88 Fed. Reg. at 10,036.

The final rule conflicts with the requirement in § 1728 to pay either the "customary and usual charges" to the veteran, or the "reasonable value of emergency treatment" to the provider. It also goes far beyond the plain text of § 111(b)(3)(3), to the point of subverting the statutory framework Congress established for the payment of travel for veterans. Congress gave the Secretary limited discretion in § 111(b)(3)(3) to pay lower rates only for ambulance transports to or from VA facilities. The final rule swallows the rest of § 111, which governs payment for ambulance transports to and from other places.

3

MEDSTAR_000026

The proposed final rule is also arbitrary and capricious, in violation of 38 U.S.C. § 502, 5 U.S.C. §§ 605(b) and 611(a)(1)-(2), and 5 U.S.C. §§ 706(2)(A) and (C). The needs and circumstances of veterans differ in many respects from those of the general population, and Congress has expressly marked them for special consideration. Instead of conducting an independent analysis of the potential effects of the rule change on the unique needs of the people it serves, VA simply adopted the MFS amount set by the Centers for Medicare & Medicaid Services (CMS), without considering whether CMS or the Medicare Payment Advisory Commission (MedPAC) acted rationally in the context of either the Medicare or VA programs. Because the MFS amount for ambulance transports, which CMS has not reviewed since 2006, is below the costs of providing these services, VA's decision to use the MFS amount in 2024 and beyond without considering these factors is particularly arbitrary and capricious.

Accordingly, the Court must hold unlawful and set aside the offending regulatory text in the final rule.

## II.     JURISDICTION

This Court has jurisdiction over this petition pursuant to 38 U.S.C. § 502, which vests this Court with exclusive jurisdiction to review direct challenges to agency actions, including substantive rules of general applicability, and revisions to

4

MEDSTAR_000027

prior rules. *See., e.g., Mil. Ord. of the Purple Heart of USA v. Sec'y of Veterans Affairs*, 580 F.3d 1293, 1296 (Fed. Cir. 2009).

## III. TIMELINESS

This petition is timely because it is within the six-year statute of limitations for facial challenges to final rules. 28 U.S.C. § 2401(a); *Nat'l Or. Of Veterans' Advocs, Inc. v. Sec'y of Veterans Affs.*, 981 F.3d 1360, 1384-85 (Fed. Cir. 2020) (en banc) (*NOVA*).

## IV. THE STATUTORY AND REGULATORY FRAMEWORK

The Secretary "is responsible for the proper execution and administration of all laws administered by the Department and for the control, direction, and management of the Department." 38 U.S.C. § 303. "The Secretary has authority to prescribe all rules and regulations which are necessary or appropriate to carry out the laws administered by the Department and *are consistent with those laws … .*" 38 U.S.C. § 501(a) (emphasis added).

Under 38 U.S.C. § 1728(a), the Secretary "shall, under such regulations as the Secretary prescribes, reimburse *veterans* eligible for hospital care or medical services under [Chapter 17 of Part II of Title 38] *for the customary and usual charges of emergency treatment* (including travel … under the terms and conditions set forth in section 111 of [Title 38]) … ." (emphasis added). Alternatively, the Secretary

MEDSTAR_000028

"may" choose to pay the "*reasonable value of emergency treatment*" directly to the provider. § 1728(b) (same).

Under Section 111(a) of Title 38, "the Secretary *may* pay the actual necessary expense of travel … of *any person to or from a Department facility or other place* in connection with vocational rehabilitation, counseling …, or for the purpose of examination, treatment, or care." (emphasis added). "In the case of transportation of *a person to or from a Department facility by ambulance*, the Secretary *may* pay the provider of the transportation the lesser of the actual charge for the transportation or the [MFS amount] … unless the Secretary has entered into a contract for that transportation … ." § 111(b)(3)(C) (emphasis added). The statute does not authorize the Secretary to pay the lesser amount for transporting a person to and from places other than a Department facility, such as an accident scene, office building, or private free-standing emergency department, hospital, behavioral health facility, or residence.

The Secretary has implemented § 111 through regulations at 38 C.F.R. Part 70, Subpart A ("Beneficiary Travel and Special Mode of Transportation Under 38 U.S.C. 111"). The regulations define a "special mode of transportation" as "an ambulance, … air ambulance, … or other mode of transportation specially designed to transport disabled persons … ." 38 C.F.R. § 70.2. VA will approve payment for ambulance transportation "if: (1) The travel is medically required, (2) The

6

beneficiary is unable to defray the cost of such transportation, and (3) VHA approved the travel … or the travel was undertaken in connection with a medical emergency." §§ 70.4(a)(1)-(3). The regulation covers "beneficiary travel payments" for six categories of veteran beneficiaries who travel "to or from a VA facility or VA-authorized health care facility." §§ 70.10(a)(1)-(6).[1]

Currently, the VA regulation provides for payment of "[t]he actual cost of a special mode of transportation," including all ground and air ambulance transports, regardless of whether the travel is "to or from" a VA facility. § 70.30(a)(4). VA has never tied payment to the MFS amount.

On May 2, 2022, VA issued an interpretive rule in the form of sub-regulatory guidance explaining the statutory and regulatory framework governing payment for non-contract ambulance transports of veterans. VA, *Fact Sheet: VHA Office of Integrated Care – Ambulance Transportation*, available at: https://www.va.gov/COMMUNITYCARE/docs/pubfiles/factsheets/FactSheet_20-44.pdf# (May 2, 2022).[2] VA explained that it pays for "emergency treatment in a

---

[1] Additional categories of beneficiaries include certain immediate family members, legal guardians, and household members of veterans, § 70.10(a)(7); attendants of veterans, § 70.10(a)(8); beneficiaries of other Federal agencies, § 70.10(a)(9); and allied beneficiaries, § 70.10(a)(10). They may be eligible for "beneficiary travel payments" regardless of whether they travel "to or from a VA facility or VA-authorized health care facility." *See* §§ 70.10(a)(7)-(10).

[2] "The Court may judicially notice a fact that is not subject to reasonable dispute because it: … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). VA documents

MEDSTAR_000030

community facility" under 38 C.F.R. § 17.4020(c),[3] 38 U.S.C. § 1728, or 38 U.S.C. § 1725. *Id*. Thus, VA pays for Authorized Transport under 38 C.F.R. § 17.4020(c), as well as Unauthorized Emergency Transport under 38 USC § 1728, at "[g]enerally billed charges," and for Unauthorized Emergency Transport under 38 USC § 1725 at "[g]enerally, 70% of Medicare." *Id*.

The May 2022 guidance makes no mention of paying for non-contract emergent ambulance transports pursuant to 38 U.S.C. § 111(b)(3)(C).

## V.    THE FINAL RULE

The final rule amends the implementing regulations for 38 U.S.C. § 111 that appear at 38 C.F.R. Part 70. The final rule defines "ambulance" as "advanced life support, level 1 (ALS1); Advanced life support, level 2 (ALS2); basic life support (BLS); fixed wing air ambulance (FW); rotary wing air ambulance (RW); and specialty care transport (SCT), as those terms are defined in 42 C.F.R. 414.605." 88 Fed. Reg. at 10,036 (amending 38 C.F.R. § 70.2). It further replaces the requirement to pay "the actual cost of a special mode of transportation" with the directive, pursuant to 38 U.S.C. § 111(b)(3)(C), to pay the "lesser of" the actual charge or the

---

are subject to judicial notice on that basis. *Mobility Workx, LLC v. Unified Patents, LLC*, 15 F.4th 1146, 1151, n.1 (Fed. Cir. 2021).

[3] Section 17.4020(c) implements the Veterans Community Care Program, which Congress authorized at 38 U.S.C. § 1703.  The program enables VA to contract with providers outside the VA system.  *See* §§ 1703(a), (c).

MEDSTAR_000031

MFS amount, unless the Secretary has a contract with the provider. *Id*. (amending § 70.30(a)(4)).

The final rule applies the "lessor of" methodology in § 111(b)(3)(C) to all non-contract emergent ambulance transports under 38 U.S.C. § 1728.[4] Section 1728 governs payment for emergency treatment for "(1) [a]n adjudicated service-connected disability[;] (2) A non-service connected disability associated with and held to be aggravating a service connected disability[;] and (3) Any disability of a veteran if the veteran has a total disability permanent in nature from a service-connected disability[.]" 38 U.S.C. § 1728(a)(1)-(3).

The final rule also applies the "lessor of" methodology to all non-contract ambulance transports of persons to and from places besides Department facilities, contrary to the plain text of 38 U.S.C. § 111(b)(3)(C).

## VI.  THE FINAL RULE VIOLATES THE ADMINISTRATIVE PROCEDURE ACT

Under the Administrative Procedure Act (APA), a court must "hold unlawful and set aside agency action, findings, and conclusions" that are "arbitrary, capricious … or otherwise not in accordance with law," 5 U.S.C. § 706(2)(A), or "in excess of statutory … authority," § 706(2)(C). The final rule violates 38 U.S.C. § 502 and 5

---

[4] The final rule applies "for purposes of 38 CFR 17.120," which governs emergency treatment for veterans with service-connected disabilities.  88 Fed. Reg. at 10,036.

MEDSTAR_000032

U.S.C. §§ 706(2)(A) and(C) because it is not in accordance with law, in excess of statutory authority, and arbitrary and capricious.

## A. THE FINAL RULE IS NOT IN ACCORDANCE WITH LAW AND IN EXCESS OF STATUTORY AUTHORITY

In reviewing an agency's interpretation of a statute, the court must determine whether Congress has spoken directly to the precise question at issue. If it has, "the court, as well as the agency, must give effect to the unambiguously expressed intent of Congress," and that ends the matter. *Chevron, U.S.A., Inc. v. Natural Res. Def. Council, Inc.*, 467 U.S. 837, 842-43 (1984)*; Nat'l Treasury Emps. Union v. Fed. Labor Relations Auth.*, 392 F.3d 498, 500 (D.C. Cir. 2004). Here, the final rule is not in accordance with the statutory framework established by Congress and exceeds the Secretary's statutory authority because the decision to extend the "lesser of" methodology to all ambulance transports squarely contradicts the unambiguous language in the applicable statutes.

First, under 38 U.S.C. § 1728, the Secretary "shall" reimburse non-contract emergent ambulance transports of veterans with service-connected disabilities at either "the customary and usual charges" or the "reasonable value of emergency treatment." The application of the "lessor of" methodology to such transports is contrary to the unambiguous language and structure of § 1728, to the point that it renders the statute meaningless.

10

Second, under 38 U.S.C. § 111, the "lesser of" methodology is unambiguously limited to non-contract ambulance transports of "persons to or from a Department facility." A "Department facility" is a "VA facility." *See* 38 U.S.C. § 70.2 ("VA means the Department of Veterans Affairs."). A "VA facility" is one run by the VA. Consistent with this logic, the Secretary has expressly defined "VA facility" to mean a "VA Medical Center (VAMC), VA Outpatient Clinic (OPC), or VA Community Based Outpatient Clinic (CBOC)." *Id*. Under 38 U.S.C. § 111(b)(3)(C), *only* non-contract ambulance transports to or from these facilities are subject to the "lessor of" methodology. Yet the final rule expands VA's discretion to apply the "lessor of" methodology to all non-contract ambulance transports, including those to and from places such as roadside automobile accidents, office buildings, public accommodations, and private free-standing emergency departments, hospitals, behavioral health facilities, and residences.

The overbreadth of the final rule is striking. The "lessor of" methodology is essentially an exception to payment of the actual necessary expense of travel under § 111, and unambiguously applies only to non-contract ambulance transports to or from a Department facility. 38 U.S.C. § 111(b)(3)(C). By applying the exception to all non-contract ambulance transports, the final rule violates Congress's instructions in § 1728 and exceeds the express limitations in § 111. *See Vill. of Barrington v.*

MEDSTAR_000034

*Surface Transp. Bd.,* 636 F.3d 650, 659–61 (D.C. Cir. 2011). VA acted outside its authority in publishing the final rule, which renders it invalid.

### B. THE FINAL RULE IS ARBITRARY AND CAPRICIOUS

Even if VA acted within its authority under the applicable statutes, however, VA was still required to "examine the relevant data and articulate a satisfactory explanation for its action including a 'rational connection between the facts found and the choice made.'" *Motor Vehicle Manufacturers Assoc. of the United States, Inc. v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29, 43 (1983) (*quoting Burlington Truck Lines, Inc. v. United States*, 371 U.S. 156, 168 (1962)); *see also Alpharma, Inc. v. Leavitt*, 460 F.3d 1, 6 (D.C. Cir. 2006); *Natural Res. Def. Council v. EPA*, 571 F.3d 1245, 1267 (D.C. Cir. 2009) ("[W]e require the agency to have identified and explained the reasoned basis for its decision."). At every turn, VA has failed to state a satisfactory explanation for its choice to apply the "lesser of" methodology instead of continuing to pay billed charges under §§ 1703 and 1728.

The final rule is arbitrary and capricious in at least six different ways. First, VA grounded the final rule in circular reasoning about congressional intent. Second, VA outsourced its rate setting to MedPAC and CMS without considering whether they acted rationally in the context of either Medicare or VA programs. Third, VA failed to consider the special needs and circumstances of the population VA serves under the Veterans Community Care Program. Fourth, VA failed to resolve the

12

MEDSTAR_000035

problems that providers raised in comments on the proposed rule. Fifth, VA certified that the final rule will not have a "significant economic impact on a substantial number of small entities" when VA's own data shows otherwise. Sixth, VA failed to provide a reasoned explanation for changing its legal position.

First, VA posited that the MFS amount is "sufficient" for all non-contract ambulance transports because Congress gave VA the discretion under § 111(b)(3)(C) to pay the MFS amount for the narrow subset of transports that are to or from a Department facility. 88 Fed. Reg. at 10,032. The fact that Congress authorized VA to make a policy choice *in limited circumstances* between two payment methodologies does not mean that the choice to pay the "lesser of" actual charges or the MFS amount *in all circumstances* was a rational one. The VA cannot prop up the final rule with a logical fallacy about congressional intent.

Second, VA blindly tethered its reimbursement policy to MedPAC and CMS, without considering whether MedPAC or CMS acted rationally in setting fees for either Medicare or VA programs. "[S]uch faith in another agency's decisionmaking fails to account for the very real possibility that the other agency acted improperly or irrationally. Indeed, the other agency's decision could very well be arbitrary and capricious … ." *Foster v. Mabus*, 895 F.Supp.2d 135, 148 (D.D.C. 2012) (vacating Navy decertification that was based solely on Marine Corps decertification, with no independent analysis).

MEDSTAR_000036

MedPAC, which is not part of the Executive Branch, but an independent congressional agency, published its "most recent ambulance report" in June 2013, when it found merely that "Medicare margins *appear* to be adequate." MEDPAC, REPORT TO THE CONGRESS: MEDICARE AND THE HEALTH CARE DELIVERY SYSTEM 185 (2013) (emphasis added). Even though MedPAC did not actually assess the sufficiency of the MFS amount *in 2013*, VA has relied on the report as support for cutting ambulance transport rates *in 2024.* Cutting rates for veterans' services based on a 10-year-old study of another agency's reimbursements for services to a different population that did not even assess the sufficiency of those reimbursements is not rational.

Furthermore, CMS itself has not reviewed air ambulance providers' costs to ensure that the MFS amount is sufficient since 2006 – and has not adjusted the MFS amount to account for the increased costs of air ambulance transports of Medicare beneficiaries since then, either. *Medicare Program; Revisions to the Payment Policies of Ambulance Services Under the Fee Schedule for Ambulance Services*, 71 Fed. Reg. 30,358 (May 26, 2006). Multiple commenters expressed concerns about the MFS amount, 88 Fed. Reg. at 10,033, which is widely recognized as falling significantly below the cost of providing the service.[5] The decades-long failure to

---

[5] American Ambulance Association, *Ambulance Cost Data Collection*, available at: https://ambulance.org/cost-collection/ (last visited Oct. 22, 2023) (stating that ambulance cost data "will reveal that the Ambulance Fee Schedule is inadequate to

MEDSTAR_000037

increase MFS amounts, coupled with the dramatic cost increases resulting from the COVID-19 pandemic, inflation, and staffing shortages, is itself irrational – and further highlights the irrationality of VA's decision to pay the MFS amount for non-contract ambulance transports for veterans.

Third, VA's hollow assertion that the sufficiency of the MFS amount is "beyond the scope of the proposed rule" is matched by its failure to consider an important part of the problem: the impact of drastically reducing payments for non-contract ambulance transports on the continuity and access to care for veterans. Under the Veterans Community Care Program, VA must "coordinate the furnishing of hospital care, medical services, and extended care services" to "ensur[e] continuity of care and services[,]" and "that covered veterans do not experience … an unusual or excessive burden in accessing hospital care, medical services, or extended care services." *See* 38 U.S.C. §§ 1703(a)(2)(B), (D). VA currently meets that obligation by paying for some emergent transports at "billed charges" under 38 U.S.C. § 1703 and 38 C.F.R. § 17.4020(c), while paying "billed charges" for other emergent transports under 38 U.S.C. § 1728. Before publishing the final rule, VA

reimburse ambulance service providers … ."); Association of Air Medical Services, *Need for Temporary Air Ambulance Medicare Increases*, available at: https://cdn.ymaws.com/aams.org/resource/resmgr/advocacy/medicare_reform/AAMS_Medicare_Percentage_Inc.pdf (Sept. 23, 2022) ("The most significant issue is Medicare's under reimbursement.  Currently, air ambulance providers are reimbursed at less than 50 percent of the actual cost of emergency flights … .").

MEDSTAR_000038

failed to consider whether sharply reducing payments will force ambulance providers to reduce services, and thereby also reduce veterans' continuity and access to care under the Veterans Community Care Program.

Fourth, VA failed to resolve problems, raised by providers in comments to the final rule, regarding veterans' continued access to services in rural areas if providers are paid only the MFS amount. 88 Fed. Reg. at 10,034. While VA responded that it would contract with providers as needed, the agency did not grapple with the magnitude or complexity of the contracting that would be required to maintain veterans' access to services. Contracting with rural service providers would require VA to contract directly or indirectly with thousands of ground and air ambulance providers nationwide for both VA and 9-1-1-initiated ambulance transports *before* the final rule becomes effective on February 16, 2024. Furthermore, the suggestion that VA would contract for services in these areas conflicted with the agency's own Regulatory Impact Analysis (RIA) for the final rule, which assumed no increase in contracting under the final rule. *See* VA, *Economic Regulatory Impact Analysis for RIN 2900-AP89(P), Change in Rates that VA Pays for Special Modes of Transportation*, available at: https://www.regulations.gov/document/VA-2020-VHA-0022-0002 (posted Nov. 4, 2020) (RIA).

VA's failure to grapple with the contracting problem during the rulemaking process has come home to roost in the months since VA published the final rule, as

16

MEDSTAR_000039

the agency has made and retracted different contracting proposals. During its first VA industry day, on May 25, 2023, VA informed ambulance providers that each of the 172 VA Medical Centers (VAMCs) nationwide would "solicit contracts for [its] entire catchment area." VA, *V225—Veteran's Health Administration (VHA) Ambulance Industry Day May 25, 2023*, Sam.Gov, May 25, 2023, at 7, https://sam.gov/opp/b2330d309b45469fa81782d128e7ed4c/view. During the second VA industry day, on July 20, 2023, VA informed providers that such contracts would instead "be applicable to all VA-initiated ambulance trips," but not to ground ambulance transports initiated through the 9-1-1 system. VA, *V225—2nd Ambulance Industry Day July 20, 2023 Sessions 1 and 2*, Sam.Gov, July 20, 2023, at 7, https://sam.gov/opp/559aa333057a46a6914e85b09afc7294/view. Thus, VA plans to pay all ambulance providers the MFS amount for ground ambulance transports initiated through the 9-1-1 system. Such transports are emergent and constitute most of Petitioners' veteran transports.

Fifth, VA's certification under the Regulatory Flexibility Act (RFA) that "this final rule will not have a significant economic impact on a substantial number of small entities" was irrational. VA relied on the RIA, which showed "the potential impact per vendor has been estimated to be less than 1 percent of their annual reported receipts." 88 Fed. Reg. at 10,034. But the RIA simply allocated the projected economic impact pro rata across all providers and failed to consider

MEDSTAR_000040

whether the providers are large or small, serve rural or urban areas, or offer emergent or non-emergent transports. The RIA also assumed without examination or explanation that a reduction in annual reported receipts of 1 percent or less would be insignificant for all providers. *See* RIA, p. 5. VA did not consider, for example, whether a 1 percent reduction would nonetheless require small, rural providers to downsize. VA likewise failed to consider whether or how contracting with rural providers would change the impact on small entities. These methodological flaws in the RIA rendered the RFA certification arbitrary and capricious on its face.

In fact, VA's own data showed that the RIA was deeply flawed. After the second VA industry day, in response to a Freedom of Information Act (FOIA) request, VA released data that showed that the economic impact of the final rule on ambulance providers will far exceed the projections in the RIA. The RIA projected that, from 2021 through 2025, ambulance providers would charge a total of $1,458,899,847 for non-contract ambulance transports, and that under the final rule, VA's payments would be reduced from $1,458,899,847 to $1,259,322,348. RIA, p. 5. But, VA actually paid a total of $1,653,725,407 for non-contract ambulance transports *in fiscal year 2022 alone*. *See* VA, *Initial Agency Decision on FOIA Request #23-09227-F*, p. 5 (Aug. 18, 2023) (attached as Exhibit 1). VA thus underestimated the total provider charges—and the reduction in payments under the final rule—*by a factor of more than five* in the RIA.

MEDSTAR_000041

These data, *which VA had during the rulemaking process,* drive a stake into the RFA certification. Even under a pro rata allocation of the economic impact, the impact on small entities will be five times greater than what VA projected. VA cannot rationally assess the impact on small entities without accounting for its own data and the contracting that VA said it would implement. The RFA certification was arbitrary and capricious for the additional reason that VA failed to consider the economic impact on small entities based on its own data.

Absent the RFA certification, VA had a statutory obligation to prepare a final regulatory flexibility analysis containing, among other things, "a description of the steps [VA] has taken to minimize the significant economic impact on small entities … ." 5 U.S.C. § 604(a)(5). Ironically, contracting is precisely type of alternative policy that VA would have had to consider in a RFA analysis.

After this flaw was exposed, VA issued public notice of its intent to solicit a contract "with an air transportation broker (or a prime contractor with a large sub-contractor network) who can leverage multiple air ambulance assets nationwide." VA, *V225—Air-Ambulance Broker*, *Notice ID 36C26023R0038*, available at: https://sam.gov/opp/27cbcb9541194e5aa1805064e08d55be/view (last visited Oct. 25, 2023). VA amended its notice on September 27, 2023, to increase the number of contracts, push the tentative solicitation date to October 12, 2023, and push the anticipated closing date to November 14, 2023. *Id*. October 12 has now come and

19

MEDSTAR_000042

gone without a solicitation. VA's hasty pivot to soliciting brokers to create a nationwide air ambulance network just months before the effective date of the final rule is not reasoned agency decision making, but the product of VA's failure to consider the contracting problem during the rulemaking.

Sixth, the final rule also has the effect of changing VA's legal interpretation of § 1728 from the interpretation it provided in the May 2022 guidance. VA failed to acknowledge and provide a reasoned legal explanation for the change. *F.C.C. v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009) ("An agency may not, for example, depart from a prior policy sub silentio or simply disregard rules that are still on the books."); *Mexichem Fluor, Inc., v. EPA*, 866 F.3d 451, 461(D.C. Cir. 2017), *r'hrng en banc denied* (Jan. 26, 2018) (vacating rule and remanding to EPA to "explain the basis for its conclusion and explain its change in interpretation" of its statutory authority). That failure also renders the final rule arbitrary and capricious.

In short, VA "entirely failed to consider an important aspect of the problem, [and] offered an explanation for its decision that runs counter to the evidence before the agency." *State Farm*, 463 U.S. at 43.

## VII. THE PETITIONERS ARE ADVERSELY AFFECTED

Petitioners are all ground ambulance providers that will sustain injury once the final rule becomes effective. They have standing to sue under Article III of the

MEDSTAR_000043

U.S. Constitution, and statutory standing to sue under 38 U.S.C. § 502 and 5 U.S.C. §§ 706(2)(A) and (C). Petitioners VAA and QVAA have statutory standing to challenge the RFA certification as well because they qualify as small entities under the RFA. 5 U.S.C. §§ 611(a)(1)-(2).

Standing under Article III "requires at an irreducible minimum an injury in fact; that is, there must be some threatened or actual injury resulting from the putatively illegal action." *Biotechnology Indus. Org. v. Dist. of Columbia*, 496 F.3d 1362, 1370 (Fed. Cir. 2007) (internal quotations and citations omitted). That injury must be (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical." *id*. (same). "The injury need not have been already manifested." *id*. (same). A petitioner who challenges a regulation must demonstrate a realistic danger of sustaining a direct injury as a result of the regulation's operation or enforcement. *See id*. "But one does not have to await the consummation of threatened injury to obtain preventive relief. If the injury is certainly impending that is enough." *id*. (internal quotations and citations omitted). "The remaining elements of standing are causation (the injury is fairly traceable to the challenged action of the defendant), and redressability (it is likely, as opposed to merely speculative, that the injury will be addressed by a favorable decision)." *id*. at 1371 (same).

Statutory standing exists where "the statute grants the plaintiff the cause of action that he asserts." *Bank of Am. Corp. v. City of Miami, Fla.*, 581 U.S. 189, 196

MEDSTAR_000044

(2017). "[A] statute ordinarily provides a cause of action only to plaintiffs whose interests fall within the zone of interests protected by the law invoked." *Id.* (internal citations and quotations omitted). "The test is not especially demanding" under the "generous review provisions" of 5 U.S.C. § 706. *Australian Therapeutic Supplies Pty. Ltd. V. Naked TM, LLC*, 981 F.3d 1083, 1086 n.3 (2020) (same). A "small entity" may challenge an RFA certification as arbitrary and capricious under 5 U.S.C. § 706. 5 U.S.C. § 611(a)(1).

A.    MEDSTAR

MedStar is a Texas governmental administrative agency that serves as the exclusive emergent and non-emergent ambulance service provider for 14 cities in Tarrant, Parker, and Wise Counties, Texas. Declaration of Kenneth Simpson, ¶ 8 (attached as Exhibit 2). It provides ambulance and community paramedicine service to an area covering 436 square miles with more than 1.1 million residents. In the process, it responds to over 190,000 calls a year. By statute, it is the exclusive provider of emergent and non-emergent ambulance service in its member cities. *Id.*

More than 100,000 veterans live in Tarrant County, Texas. U.S. Census Bureau, *Quick Facts, Tarrant County, Texas*, https://www.census.gov/quickfacts/fact/table/tarrantcountytexas,fortworthcitytexas/RTN130217 (last visited Sept. 15, 2023). Those veterans include personnel at Naval Air Station Joint Reserve Base Fort Worth, which is home to a variety of Marine Corps, Air Force, Army, and

MEDSTAR_000045

Texas Air National Guard units. Ex. 2, ¶ 10. MedStar typically responds to several ambulance calls for veterans every day, 365 days a year. *Id.*, ¶ 11. Most are emergent calls received through the Tarrant County 9-1-1 district. *Id.*, ¶ 12.

Medstar has Article III standing to bring this petition because MedStar projects that the final rule will reduce its revenues by $1.4 million in fiscal year 2024 alone. Ex. 2, ¶ 30. Absent another funding source, MedStar projects that it will have no choice but to downsize its operations to bring its costs in line with its revenues. *Id.*, ¶ 32. The final rule is likely to cause direct injury to MedStar that would be redressed by a favorable outcome. If the Court vacates the final rule, then VA will continue to pay MedStar's billed charges.

MedStar meets the requirements for Article III standing to seek judicial review of the final rule.

## B. VALLEY AMBULANCE AUTHORITY (VAA) AND QUAKER VALLEY AMBULANCE AUTHORITY (QVAA)

VAA and QVAA are both municipal authorities under the Municipal Authorities Act of 1945, 53 Pa. C.S.A. § 5601 *et seq.*, and tax-exempt charitable organizations under § 501(c)(3) of the Internal Revenue Code, that provide emergency medical services (EMS) and medical transportation services (including ground ambulance services) to the residents and visitors of adjacent municipalities in Pennsylvania. Declaration of J.R. Henry, ¶¶ 5, 6, 13, 14 (attached as Exhibit 3). QVAA and VAA entered into a joint operating agreement in 1974 to share facilities,

MEDSTAR_000046

personnel, administrative costs, and operating expenses. *Id*., ¶ 8. They share the same mission: to provide exceptional emergency care and medical transportation services to the residents and visitors of their communities. *Id*., ¶ 10.

VAA primarily serves Moon Township, Coraopolis Borough, Crescent Township, Neville Island, and certain parts of Pittsburgh International Airport. *Id*., ¶ 5. In 2020, the municipalities had a combined population of 35,287, including approximately 1,840 veterans. U.S. Census Bureau, *QuickFacts Coraopolis Borough, Pennsylvania; Moon Township, Alleghany County, Pennsylvania*, https://www.census.gov/quickfacts/fact/table/coraopolisboroughpennsylvania,moontownshipalleghenycountypennsylvania/PST045222 (last visited Oct. 24, 2023); U.S. Census Bureau, https://census.gov (search for Crescent Township, Allegheny County, Pennsylvania) (last visited Oct. 24, 2023). VAA funds its delivery of services in the municipalities through subscription fees, insurance payments, and donations. Ex. 3, ¶ 13.

QVAA serves Aleppo Township, Bell Acres Borough, Edgeworth Borough, Glenfield Borough, Leet Township, Leetsdale Borough, Haysville Borough, Glen Osborne Borough, Sewickley Borough, Sewickley Heights and Sewickley Hills. *Id*., ¶ 6. In 2020, the municipalities had a combined population of 13,838, including 860 veterans. U.S. Census Bureau, *Minor Civil Divisions 2020 to 2022 Annual Estimates of the Resident Population for Minor Civil Divisions*, https://www.census.gov/

MEDSTAR_000047

data/tables/time-series/demo/popest/2020s-total-cities-and-towns.html#v2022 (last visited Oct. 25, 2023); U.S. Census Bureau, *Table S2101 | Veteran Status,* https://data.census.gov/_table/ACSST1Y2021.S2101?q=veteran (last visited Oct. 25, 2023) (click "Search for filter"; then enter each place name). QVAA funds its delivery of services in the municipalities through insurance payments, donations, and an annual municipal per-capita tax assessment of $10.00 per resident. Ex. 3, ¶ 14.

The combined service areas of VAA and QVAA are home to many veterans, including active-duty personnel and retirees. More than 66,000 veterans live in Allegheny County. U.S. Census Bureau, *Quick Facts, Allegheny County, Pennsylvania*, https://www.census.gov/quickfacts/_alleghenycountypennsylvania (last visited Oct. 25, 2023). This includes veterans at the 911th Airlift Wing, and the 171st Air Refueling Wing, which are based in the Moon Township portion of the Pittsburgh International Airport. *Id*., ¶ 16. VAA and QVAA respond to ambulance calls for veterans, throughout the year. *Id*., ¶ 17.

The VAA and QVAA respond to more than 10,000 calls annually, including approximately 7,000 ambulance and 3,000 wheelchair van transports. *Id*., ¶ 12. The VAA and QVAA responded to 24 ambulance calls in which the VA was responsible for payment in fiscal year 2022. *Id*., ¶ 17. So far, the VAA and QVAA have

MEDSTAR_000048

responded to 30 ambulance calls in which the VA was responsible for payment in fiscal year 2023. *Id.*

All of the VAA's and QVAA's ambulance calls for veterans in any given fiscal year are emergent calls received through the Allegheny County 9-1-1 Center. *Id.*, ¶ 18. The VAA and QVAA take most veterans to one of the many private hospitals in Allegheny County. *Id.* There are two Veterans Affairs Medical Centers (VAMC) located in Allegheny County; the closest VAMC is located on University Drive near the University of Pittsburgh's main campus. *Id.* The VAA and QVAA rarely, if ever, take veterans to or from VAMCs or other facilities run by VA when responding to 9-1-1 calls. *Id.*, ¶ 18.

VAA and QVAA have Article III standing to bring this petition because they project that the final rule will reduce their combined revenues by $10,584 in fiscal 2023-2024 alone. *Id.*, ¶ 36. The final rule is likely to cause direct injury to VAA and QVAA that would be redressed by a favorable outcome. If the Court vacates the final rule, then VA will continue to pay VAA's and QVAA's billed charges.

VAA and QVAA are small entities with statutory standing under 5 U.S.C. § 611(a)(1) to seek judicial review under 38 U.S.C. § 502, and 5 U.S.C. §§ 611(a)(2) and 706(a)(2)(A), of the RFA certification that VA made under 5 U.S.C. § 605(b). A "small entity" is a "small organization" or "small governmental jurisdiction." 5 U.S.C. § 601(6). "'[S]mall organization' means any not-for-profit enterprise which

MEDSTAR_000049

is independently owned and operated and is not dominant in its field … ." 5 U.S.C. § 601(4). "'Small governmental jurisdiction' means governments of cities, towns, townships, villages, school districts, or special districts, with a population of less than fifty thousand … ." 5 U.S.C. § 601(4).

VAA and QVAA are small entities because each one is both a small governmental jurisdiction and a small organization. Each one is "[a] body politic and corporate," 53 Pa. C.S.A. § 5601; and serves a population of less than fifty thousand. Each one is also a 501(c)(3) charitable organization that is independently operated by its Board, and not dominant in its field nationally. *Cf. Jurisdictional Separations and Referral to the Federal-State Joint Board*, 77 Fed. Reg. 16,900, 16,901 (proposed on Mar. 22, 2012) ("[T]he SBA's Office of Advocacy contends that, for RFA purposes, small incumbent [Local Exchange Carriers] are not dominant in their field of operation because any such dominance is not 'national' in scope.").

VAA and QVAA meet the requirements for Article III and statutory standing to seek judicial review of the final rule.

### C. AMED

The Altoona-Logan Township Mobile Medical Emergency Department ("AMED") is a municipal authority, incorporated pursuant to the Municipal Authorities Act of 1945, 53 Pa. C.S.A. § 5601 *et seq.*, by the City of Altoona and Township of Logan in Blair County. Declaration of Gary Watters, ¶¶ 7, 8 (attached

27

MEDSTAR_000050

as Exhibit 4). AMED's mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner. *Id.*, ¶ 13.

AMED provides emergency medical services and medical transportation services to fifteen cities, townships, and boroughs within Blair County, and an additional eight townships and boroughs in Bedford, Cambria, Centre, and Huntington Counties. *Id.,* ¶ 8. In 2020, AMED's service area contained approximately 104,400 residents, over 8,400 of whom are veterans. *Id.,* ¶¶ 8, 9. AMED's service area includes Blair County's 424-bed Hollidaysburg Veterans' Home, the largest VA home in Pennsylvania. Pa. Dept. of Military and Veterans Affairs, *Hollidaysburg Veterans' Home,* https://www.dmva.pa.gov/paveteran shomes/HollidaysburgVeteransHome/Pages/default.aspx (last visited Oct. 25, 2023); *Id.,* ¶ 14. AMED depends on insurance re-imbursements and membership subscriptions to fund operations. AMED receives no tax money or government funds and is funded solely by fees for services. *Id.,* ¶ 7.

Every year, AMED responds to more than 20,000 requests for ambulance service. *Id.,* ¶ 12. AMED responds to multiple ambulance calls for veterans throughout the year. *Id.,* ¶ 15. AMED responded to 411 ambulance calls for veterans in fiscal year 2022. *Id.* So far, AMED has responded to 479 ambulance calls for veterans in fiscal year 2023. *Id.* Between 95% and 100% of AMED's total

MEDSTAR_000051

ambulance calls in any given fiscal year are emergent calls received through the Blair County 9-1-1 Center. *Id*., ¶ 16. AMED takes most veterans to one of the six private hospitals in the region. There is a Veterans Affairs Medical Center (VAMC) in Blair County, but it does not have an emergency department. *Id*. As such, ambulance services cannot transport emergency patients to the VAMC according to Pennsylvania Department of Health rules and regulations. *Id*.

AMED has Article III standing to bring this petition because it projects that implementation of the Final Rule will cause it a $500,000 loss in anticipated revenue in 2024. *Id*., ¶ 28. Approximately $ 500,000 dollars, or 100% of the projected aggregate reduction, is tied to the projected reduction in VA payments on ambulance transports of veterans initiated through the 9-1-1 system. *Id*. AMED anticipates that this loss of revenue will result in a downsizing of operations via a reduction in force and potentially via other means, including reductions in employee work hours and furloughs. *Id*., ¶ 29.  The final rule is likely to cause direct injury to AMED that would be redressed by a favorable outcome. If the Court vacates the final rule, then VA will continue to pay AMED's billed charges.

AMED meets the requirements for Article III standing to seek judicial review of the final rule.

MEDSTAR_000052

## VIII. THE RELIEF SOUGHT

Petitioners request that this Court hold unlawful and set aside the amendment of 38 C.F.R. § 70.30(a)(4) in its entirety. The Court should set aside the entirety of the amended § 70.30(a)(4) so that the current § 70.30(a)(4) remains effective pending any future rulemaking by VA after any remand of this case.

<div align="center">***</div>

The Court should grant the relief requested for the reasons set forth in this Petition, which Petitioners shall explain more fully in their briefs.

Dated October 26, 2023

Respectfully submitted,

/s/ Brian R. Stimson
Brian R. Stimson
D.C. Bar No. 1657563
Sara M. Lord
D.C. Bar No. 1620099
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave., NW, Suite 350S
Washington, D.C. 20037
Main: (202) 677-4030
Email: Brian.Stimson@agg.com
       Sara.Lord@agg.com

*Counsel for Petitioners*

MEDSTAR_000053

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, pursuant to Fed. Cir. R. 25(b), I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system.

I further certify that, pursuant to Fed. Cir. R. 25(e), a true and correct copy of the foregoing is being served via Federal Express within 3 days on the following:

Denis McDonough, Secretary
Catherine Mitrano, VA Acting General Counsel
U.S. Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C. 20420

*/s/ Brian R. Stimson*
Brian R. Stimson
ARNALL GOLDEN GREGORY LLP
2100 Pennsylvania Ave., NW, Suite 350S
Washington, D.C. 20037
Main: (202) 677-4030
Email: Brian.Stimson@agg.com

*Counsel for Petitioners*

MEDSTAR_000054

# EXHIBIT 1

**MEDSTAR_000055**



VHA Member Services
2957 Clairmont Road – Suite 200
Atlanta, GA  30329-1641

### RE:  FOIA REQUEST #23-09227-F

August 18, 2023

Mr. Tristan North
American Ambulance Association
Tnorth@ambulance.org

Mr. Chris Eastlee
Association of Air Medical Service
 CEastlee@aams.org

Dear Mr. North & Mr. Eastlee:

      This letter is the initial agency decision to your May 24, 2023, request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, submitted to the VHA Member Services FOIA Office for the following records:

*The AAMS and the AAA are requesting the following payment data:*

*1. The total volume of ambulance claims and total payments for ambulance services under the VA Beneficiary Travel Program (38 U.S.C §111) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*2. The total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program (38 U.S.C §1703) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*3. The total volume of ambulance claims and total payments for ambulance services under the Millennium Bill (38 U.S.C §1725) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.*

*Applicable HCPCS Codes:*

*1. A0425 – Ground Ambulance Mileage*
*2. A0426 – Advanced Life Support Level 1, Non-Emergency*
*3. A0427 – Advanced Life Support Level 1, Emergency*
*4. A0428 – Basic Life Support, Non-Emergency*
*5. A0429 – Basic Life Support, Emergency*
*6. A0430 – Air Ambulance, Fixed Wing*
*7. A0431 – Air Ambulance, Helicopter*
*8. A0433 – Advanced Life Support, Level 2*
*9. A0434 – Specialty Care Transport*
*10. A0435 – Air Ambulance Mileage, Fixed Wing*
*11. A0436 – Air Ambulance Mileage, Rotary Wing*

As indicated in our June 12, 2023 letter acknowledging receipt, the VHA Member Services FOIA Office received your request on June 9, 2023, assigned it the FOIA tracking number 23-09227-F, placed it in the complex processing category and stated that we would search for records responsive to your FOIA request that were gathered or created by the VHA Member Services on and before the date your request is sent out for record search.

On June 9, 2023, an inquiry was sent to VHA Member Services Veteran Transportation Program (VTP), VHA Integrated Veteran Care (IVC), and VHA Office of Finance requesting they conduct a search for documents responsive to your request. The search was conducted by utilizing the search criteria of:

- Item #1 -The total volume of ambulance claims and total payments for ambulance services under the VA Beneficiary Travel Program
- Item #2 - the total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program
- Item #3 - the total volume of ambulance claims and total payments for ambulance services under the Millennium Bill,

during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed above, the Veteran Transportation Program (VTP), VHA Office of Finance's Electronic Claims Adjudication Management System (e-CAMS) database and the VHA Integrated Veteran Care (IVC) Consolidated Data Set (CDS) claims table were searched. At the conclusion of their search, VHA Member Services Veteran Transportation Program (VTP), VHA Integrated Veteran Care (IVC), and VHA Office of Finance located (3) documents, totaling (3) pages, as responsive to your request. For reference purposes, the three (3) documents were Bates numbered.

Upon completion of my review, I have determined a total of (3) pages may be provided in their entirety. No portions of the requested records were withheld either in whole or in part.

This concludes my response to FOIA request #23-09227-F. If you disagree with my determinations set forth in this response, please be advised you may appeal to the VA Office of General Counsel. Appeals may be submitted electronically, faxed, or mailed to the following address:

**MEDSTAR_000057**

Office of the General Counsel (024)
Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, DC 20420
Fax: 202-273-6388
ogcfoiaappeals@va.gov

If you should choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

You may also seek assistance and/or dispute resolution services for any other aspect of your FOIA request from VHA's FOIA Public Liaison and/or Office of Government Information Services (OGIS) as provided below:

VHA FOIA Public Liaison:
vhafoiahelp@va.gov
Phone: 833-880-8500

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
Fax: 202-741-5769
ogis@nara.gov

If you should have any questions, please feel free to contact me at VHA MS Services FOIA (VHAMSServcesFOIA@va.gov).

Sincerely,

Shirley P. Hobson
VHA Member Services FOIA Officer

Enclosure: 3 pages

# FOIA Request 23-09227-F   RESPONSIVE INFORMATION

**Q1:  The total number of ambulance claims and the total payments for ambulance services under the VA Beneficiary Travel Program (38 U.S.C. 1111) during the most recent VA Fiscal Year for the HCPCS codes listed at the bottom of this document.**

**Q1 Response:  Veteran Transportation Program (VTP)**

VA Veterans Transportation Program (VTP) Beneficiary Travel (BT) is unable to determine the total number of ambulance claims and the total payments for ambulance services.  VA is currently using two main systems for payment of these claims.

- Contract claims are paid through Invoice Payment Processing System (IPPS).  This system captures the most basic invoice data (total amount due, dates, etc.) and not the claim specific data.  To gather this granular data, the facility must physically open each invoice, view the image of the claim form, and manually extract the claim data.   If VA extracted funds expended against the budget operating code (BOC) associated with these payments, it would skew the data as this BOC includes ambulance, wheelchair vain, air ambulance, or other modes of transportation specially designed to transport disabled persons.

- Non-Contract Veterans Transportation Program Beneficiary Travel claims are paid through Electronic Claims Adjudication Management System (e-CAMS).  Payments based on the HCPCs noted below for FY22 include:

| HCPCS | DEFINITION | FY 22 CLAIMS | FY 22 PAYMENTS |
|---|---|---|---|
| A0425 | Ground Mileage Ambulance | | Unable to derive from data electronically captured on invoices |
| A0426 | Advanced Life Support Level 1, Non-Emergency | 19,117 | $70,279,904 |
| A0427 | Advanced Life Support Level 1, Emergency | 199,856 | $310,793,266 |
| A0428 | Basic Life Support, Non-Emergency | 64,778 | $88,091,281 |
| A0429 | Basic Life Support, Emergency | 103,365 | $129,118,688 |
| A0430 | Air Ambulance, Fixed Wing | 1,789 | $213,248,118 |
| A0431 | Air Ambulance, Rotary Wing | 7,309 | $809,228,023 |
| A0433 | Advanced Life Support, Level 2 | 5,918 | $12,283,550 |
| A0434 | Specialty Care Transport | 4,560 | $20,682,577 |
| A0435 | Air Ambulance Mileage, Fixed Wing | | Unable to derive from data electronically captured on invoices |
| A0436 | Air Ambulance Mileage, Rotary Wing | | Unable to derive from data electronically captured on invoices |

**Q2: The total volume of ambulance claims and total payments for ambulance services under the Veterans Community Care Program (38 U.S.C §1703) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed at the bottom of this document.**

**Q2 Response: Integrated Veteran Care (IVC)**

FY23 Community Care Ambulance Claims Processed under 38 U.S.C. 1703 and 38 U.S.C. 1725

| Program | Claims |
|---|---|
| 38 U.S.C. 1703 | 28,848 |
| 38 U.S.C. 1725 | 5,026 |
| Total | 33,874 |

(1) : This total represents the claim amount paid where at least one of the Current Procedural Terminology (CPT) codes provided were present on the claim. This total may include payment for ambulance related services that may not have been on the of the aforementioned CPT codes. For example: oxygen supplies.

(2) : This total represents only the amounts paid for the CPT codes provided.

Data excludes claims processed under the Beneficiary Travel Authority - 38 U.S.C. 111
Data is for dates of service occurring on or after October 1, 2023.
Data Source(s): IVC Consolidated Data Set (CDS) claims tables, VTP Beneficiary Travel data (used for exclusions) CPT Codes Requested:
A0425
A0426
A0427
A0428
A0429
A0430
A0431
A0433
A0434
A0435
A0436

**Q3: The total volume of ambulance claims and total payments for ambulance services under the Millennium Bill (38 U.S.C §1725) during the most recent VA fiscal year for the Healthcare Common Procedure Coding System (HCPCS) Codes listed below.**

**Q3 Response: VHA Office of Finance**

During FY23 so far, we have paid 14,305 claims under 1725, totaling payments of $6,457,759.02.

Breakdown of the CPTs we paid under:

| Row Labels | Count of Proc/Svc Code |
|---|---|
| A0425 | 13597 |
| A0426 | 203 |
| A0427 | 7911 |
| A0428 | 464 |
| A0429 | 4610 |
| A0430 | 66 |
| A0431 | 567 |
| A0433 | 296 |
| A0434 | 74 |
| A0435 | 66 |
| A0436 | 563 |
| **Grand Total** | **28417** |

*As a note, A0425 being mileage, it is typically not a standalone claim but inclusive of another claim, hence the CPT count being double the volume paid.

Applicable HCPCS Codes:

1. A0425 – Ground Ambulance Mileage
2. A0426 – Advanced Life Support Level 1, Non-Emergency
3. A0427 – Advanced Life Support Level 1, Emergency
4. A0428 – Basic Life Support, Non-Emergency
5. A0429 – Basic Life Support, Emergency
6. A0430 – Air Ambulance, Fixed Wing
7. A0431 – Air Ambulance, Helicopter
8. A0433 – Advanced Life Support, Level 2
9. A0434 – Specialty Care Transport
10. A0435 – Air Ambulance Mileage, Fixed Wing
11. A0436 – Air Ambulance Mileage, Rotary Wing

# EXHIBIT 2

MEDSTAR_000062

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

|  |  |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY d/b/a AMED, QUAKER VALLEY AMBULANCE AUTHORITY, and VALLEY AMBULANCE AUTHORITY | No. 23- _____ |
| Petitioners, | |
| v. | |
| DENIS MCDONOUGH, in his official capacity as SECRETARY OF VETERANS AFFAIRS, | |
| Respondent. | |

## DECLARATION OF KENNETH SIMPSON

I, Kenneth Simpson, testify as follows:

1.      I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority, et al. v. McDonough*.

2.      I am currently the Chief Executive Officer (CEO) for the Metropolitan Area EMS Authority, also known as MedStar Mobile Healthcare (MedStar).

3.      My testimony is based on my direct personal knowledge gained through my work at MedStar, business records of MedStar, information supplied to me by employees and independent contractors of MedStar, and information in the public domain.

1

MEDSTAR_000063

4.      I have served in leadership roles at MedStar since April 2017.   I have been CEO since September 2021, was Interim CEO from September 2020 through September 2021, and was Chief Operations Officer from April 2017 through October 2021.

5.      As CEO, I lead the executive team at MedStar and provide strategic oversight and direction to the organization.   I manage operations, finance, human resources, and healthcare transformation at MedStar.   I report to MedStar's Board of Directors.

6.      I have worked in the healthcare industry for twenty-three years.  I began my career as a paramedic with Rural/Metro Corporation in Memphis, TN in 2008.  Rural/Metro promoted me to General Manager in Nashville, TN in 2012.  I then became the Regional Director for Rural/Metro in Roswell, GA in 2013.  Rural/Metro was later acquired by American Medical Response (AMR).  I served as Regional Director for AMR until I joined MedStar in April 2017.

7.      I earned my Juris Doctor degree from the University of Memphis in 2011, and my Bachelor of Arts degree from the University of Memphis in 2008.

*MEDSTAR OPERATIONS*

8.      MedStar is a Texas governmental administrative agency that serves as the exclusive emergency and non-emergency ground ambulance service provider for 14 cities in Tarrant, Parker, and Wise Counties, TX.  It provides ground ambulance and community paramedicine service to a service area of approximately 436 square miles that contains more than 1.1 million residents.  In the process, MedStar responds to more than 190,000 ambulance calls every year.

9.      MedStar's mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

10.     MedStar's service area is home to many veterans, including active-duty personnel and retirees.  According to the U.S. Census Bureau, more than 100,000 veterans live in Tarrant

2

County. This includes veterans at Naval Air Station Joint Reserve Base Forth Worth which is home to a variety of Marine Corps, Air Force, Army, and Texas Air National Guard units.

11.     MedStar typically responds to multiple ambulance calls for veterans every day, 365 days per year. MedStar responded to 1,834 ambulance calls for veterans in fiscal year 2022. MedStar has responded to 2,239 ambulance calls for veterans in fiscal year 2023.

12.     I estimate that approximately 2,060 of MedStar's total ambulance calls in any given fiscal year are emergent calls for veterans received through the Tarrant County 9-1-1 system. MedStar receives 9-1-1 calls through the Tarrant County 9-1-1 system, and then dispatches MedStar ambulances to provide medical care and transport the veteran to the veteran's preferred hospital. MedStar takes most veterans to one of the private hospitals in Tarrant County. There is no Veterans Affairs Medical Center (VAMC) in Tarrant County; the closest VAMC is located in Dallas County, TX. So, MedStar rarely, if ever, takes veterans to or from VAMCs or other facilities run by the U.S. Department of Veterans Affairs (VA) when responding to 9-1-1 calls.

13.     I estimate that approximately 179 of MedStar's ambulance calls in any given fiscal year are non-emergent calls for veterans. Such calls are typically scheduled in advance.

*MEDSTAR FINANCIAL MANAGEMENT*

14.     MedStar is a high-performance emergency medical services (HPEMS) system, providing advanced clinical care with high economic efficiency.

15.     I lead a finance team that tracks the health coverage of the individual patients transported by MedStar; the anticipated and collected payments by the U.S. Department of Veterans Affairs (VA) and other third-party payers; and the patient liabilities (*e.g.*, copayments) and collections after third-party payments. The team uses the same data to assess current and future financial performance and conduct financial planning.

16.     To deliver services, MedStar necessarily incurs costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory

3

compliance. These costs are fixed, substantial, and generally unavoidable. They are also common to all ambulance providers (though they may vary somewhat by geography).

17. My experience is that the financial performance of every ambulance operation is unique in some respects. Financial performance varies based on the overall number of transports, the mix of third-party payers, the amounts actually paid by third-party payers, and the costs of the operation. The costs may vary based on the geographic area.

18. Financial management of an ambulance provider involves a measure of business judgment because the overall number of transports and the payer mix vary. Those variations are outside the control of the ambulance provider because patients, members of the public, first responders, and other healthcare providers are typically the ones that dispatch the ambulance provider through the 9-1-1 system. In Tarrant County, MedStar has a legal duty to respond when called. The nature and extent of the patient's health coverage have no bearing on whether MedStar responds.

19. Under my leadership, financial planning for MedStar customarily accounts for historical and current data on transport volume, historical and current data on payer mix, applicable legal and regulatory mandates, current market conditions, and the business judgment that I have developed through years of experience.

*MARKET CONDITIONS*

20. MedStar has operated without subsidies from its member cities for the past twelve years. In other words, MedStar has succeeded in collecting payments from third-party payers and patients that are sufficient to cover MedStar's costs.

21. MedStar, like many EMS agencies across the country, has confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020. These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 58% increase in

4

MEDSTAR_000066

wages over a 15-month period, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

22.    MedStar has an annual operating budget of approximately $60 million. MedStar projects that it will have a budget shortfall of $4.2 million (7%) in fiscal year 2023 due entirely to the economic headwinds in its service area.

23.    MedStar's ability to reduce its costs without downsizing is limited. Like all ambulance providers, MedStar bears high fixed costs. Those costs have risen due to inflation. At the same time, wages have increased. MedStar must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

<p style="text-align:center"><em><u>HISTORICAL VA PAYMENTS TO MEDSTAR</u></em></p>

24.    MedStar has not entered a network contract with VA during my tenure at MedStar. I am not aware of VA soliciting such a contract for MedStar's service area.

25.    During my tenure at MedStar, VA has typically paid MedStar the actual charges that MedStar has billed for transports of veterans. VA sends remittances to MedStar when VA makes a payment.

26.    MedStar understands that VAMC solicits contracts for ground ambulance services on Sam.Gov. MedStar has searched Sam.gov for VAMC solicitations for contracts for ground ambulance services for MedStar's service area since the first VA ambulance industry day on May 25, 2023. MedStar has found no such solicitations on Sam.Gov.

<p style="text-align:center"><em><u>THE VA FINAL RULE</u></em></p>

27.    MedStar has evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

28.    MedStar assumes that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and nonemergent

<p style="text-align:center">5</p>

MEDSTAR_000067

ambulance transports of veterans to or from VA facilities or other places. Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences. MedStar bases its assumption on the final rule, the VA industry days, and VA's conduct to date.

29. The MFS amount typically ranges from 26% to 42% of MedStar's charges for an ambulance transport. MedStar thus projects that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by 58% to 74%.

30. MedStar projects that it will begin to receive VA payments at the MFS amount within 30 days of the final rule becoming effective. MedStar projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2024 will be approximately $1.4 million. Approximately $1.3 million, or 93% of the projected aggregate reduction of $1.4 million, is tied to the projected reduction in VA payments on ambulance transports of veterans initiated through the 9-1-1 system. As noted above, those transports are almost exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

31. MedStar projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2025 will deepen to $2.168 million when measured against fiscal year 2022 because the final rule will be effective throughout fiscal year 2025.

32. If the final rule is implemented, absent another funding source, MedStar projects that it will have no choice but to downsize its operations to bring its costs in line with its revenues. The downsizing will include a reduction in force. It may also include the closure or consolidation of physical plants, sales of vehicles and equipment, reduced working hours, or furloughs. The projected timeline may shorten—or the projected operational adjustments may be farther reaching—if market conditions deteriorate further in the coming months.

33. The implementation of the final rule will irreparably harm MedStar. Any employees who are released by MedStar—or who leave MedStar due to reduced working hours or

MEDSTAR_000068

furloughs—are unlikely to return given the intense market demand for staff.  MedStar will also lose its capital investment in any physical plant that it closes, and any vehicles or equipment that it sells.  Such losses will be irreversible for MedStar.

<div align="center">***</div>

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023

*/s/ Kenneth J. Simpson*
Kenneth J. Simpson

MEDSTAR_000069

# EXHIBIT 3

**MEDSTAR_000070**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

METROPOLITAN AREA EMS
AUTHORITY, ALTOONA LOGAN
TOWNSHIP MOBILE MEDICAL
EMERGENCY DEPARTMENT
AUTHORITY d/b/a AMED, QUAKER
VALLEY AMBULANCE AUTHORITY, and
VALLEY AMBULANCE AUTHORITY

No. 23- _____

    Petitioners,

  v.

DENIS MCDONOUGH, in his official
capacity as UNITED STATES SECRETARY
OF VETERANS AFFAIRS,

    Respondent.

**DECLARATION OF J.R. HENRY**

  I, John R. Henry, testify as follows:

  1.  I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority et al. v. McDonough*.

  2.  I am currently the Executive Director for the Valley Ambulance Authority and Quaker Valley Ambulance Authority (collectively the "Ambulance Authorities"). which serves fifteen (15) communities in the western suburbs of Pittsburgh.

  3.  My testimony is based on my direct personal knowledge gained through my work at the Ambulance Authorities, business records of the Ambulance Authorities, information

1

MEDSTAR_000071

supplied to me by employees and independent contractors of the Ambulance Authorities, and information in the public domain.

*PERSONAL BACKGROUND*

4.      I have served in leadership roles in the EMS industry for the last 46 years. I have served in my current position as Executive Director of Valley Ambulance Authority and Quaker Valley Ambulance Authority since 2006.   As Executive Director, under the administrative direction of the Board of Directors, I plan, direct, and coordinate all company activities. I am also responsible for developing, implementation and monitoring the administrative, financial, and operational aspects of the authority and am involved in the direct supervision of all officers and EMS personnel.

I have worked in the healthcare industry for more than 46 years as an EMS provider, administrator, and firefighter, beginning in 1976. During my career, I have become well known as an expert in the areas of ambulance service operations, management, and reimbursement related issues. I founded a consulting firm in 1982 and have provided consulting services and seminars to hundreds of EMS and Fire Department organizations, hospitals, and municipalities, across the nation.

Starting in 1978, I served as the Executive Director of the Ross/West View Emergency Medical Services Authority for 20 years.  In addition to his administrative and consulting activities, I am a certified Paramedic and Vehicle Rescue Technician.

*AMBULANCE AUTHORITIES' OPERATIONS*

5.      Valley Ambulance Authority ("VAA") was established in 1972 as the first municipal ambulance authority in the United States.   VAA provides EMS and medical transportation services to Moon Township, Coraopolis Borough, Crescent Township and Neville Island. VAA also provides service to certain parts of the Pittsburgh International Airport. The

2

governing body of each member municipality appoints representatives to the Board of Directors, who oversee the operations of VAA.

6.      In 1974, Quaker Valley Ambulance Authority ("QVAA") was organized as the second municipal ambulance authority in the United States, providing EMS and medical transportation services to Aleppo Township, Bell Acres Borough, Edgeworth Borough, Glenfield Borough, Leet Township, Leetsdale Borough, Haysville Borough, Glen Osborne Borough, Sewickley Borough, Sewickley Heights, and Sewickley Hills.  The Board of Directors is comprised of one appointed representative from each municipality, providing each community with an equal vote - regardless of its population or size.

7.      The Ambulance Authorities serve as the exclusive emergency ground ambulance service providers for the above-named areas.  The Ambulance Authorities provide ground ambulance and medical transportation services to an area of approximately 89 square miles. The population served includes approximately 39,000 residents in the VAA service area and approximately 14,000 in the QVAA service area.

8.      In 1974, QVAA entered into a joint operating agreement with Valley Ambulance Authority to share facilities, personnel, administrative costs and operational expenses.

9.      The Ambulance Authorities are co-headquartered in a facility located at 3550 University Boulevard in Moon Township, Allegheny County, Pennsylvania.

10.     The mission of both authorities is to provide exceptional emergency care and medical transportation services to the residents and visitors of their communities.

11.     VAA and QVAA provide highly technical EMS and medical transportation system staffed by more than fifty (50) dedicated professional paramedics, emergency medical technicians, dispatchers, and office personnel.  Its combined fleet of emergency vehicles include seven (7) mobile intensive care units (ambulances), four (4) special service / wheelchair vans and a paramedic / supervisor response vehicle.

3

MEDSTAR_000073

(a.) VAA owns and operates five (5) mobile intensive care ambulances and two (2) wheelchair vans.

(b.) QVAA owns and operates two (2) mobile intensive care ambulances, a wheelchair van and a supervisor response vehicle.

(c.) All Paramedics and Emergency Medical Technicians are certified by the Commonwealth of Pennsylvania and attend rigorous continuing education classes throughout the year. VAA and QVAA respond to most emergency calls with an ALS (Advanced Life Support) crew consisting of at least one Paramedic and an Emergency Medical Technician.

12. Combined annual responses for the Ambulance Authorities total more than 10,000 including approximately 7,000 ambulance and approximately 3,000 wheelchair van transports.

13. VAA is a non-profit municipal authority and is primarily supported by subscription fees, insurance payments and donations. VAA does not receive any municipal tax revenue and is an IRS designated § 501(c)(3) charitable organization.

14. QVAA is a non-profit municipal authority supported by insurance payments and donations. QVAA also receives proceeds from an annual municipal per-capita tax assessment which is currently established at a rate of $10.00 per resident. QVAA is an IRS designated § 501(c)(3) charitable organization.

15. The Ambulance Authorities' mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

16. The combined service areas of the Ambulance Authorities are home to many veterans, including active-duty personnel and retirees. According to the U.S. Census Bureau, more than 66,000 veterans live in Allegheny County. This includes veterans at the 911th Airlift Wing, and the 171st Air Refueling Wing which are based in the Moon Township portion of the Pittsburgh International Airport.

MEDSTAR_000074

17.     The Ambulance Authorities respond to ambulance calls for veterans throughout the year.  The Ambulance Authorities responded to 24 ambulance calls in which VA was responsible for payment in fiscal year 2022.  So far, the Ambulance Authorities have responded to 30 ambulance calls in which VA was responsible for payment in fiscal year 2023.

18.     All of the ambulance calls for veterans in any given fiscal year are emergent calls received through the Allegheny County 9-1-1 Center. The Allegheny County 9-1-1 Center dispatches the Ambulance Authorities to pick up the veteran.  The Ambulance Authorities takes most veterans to one of the many private hospitals in Allegheny County. There are two (2) Veterans Affairs Medical Centers (VAMC) located in Allegheny County; the closest VAMC is located on University Drive near the University of Pittsburgh's main campus. The Ambulance Authorities rarely, if ever, take veterans to or from VAMCs or other facilities run by the U.S. Department of Veterans Affairs (VA) when responding to 9-1-1 calls.

19.     The Ambulance Authorities are not contracted by the VA and do not perform VA related scheduled, nonemergent transports.

*FINANCIAL MANAGEMENT*

20.     The Ambulance Authorities provide advanced clinical care with economic efficiency.

21.     To deliver services, the Ambulance Authorities necessarily incur costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory compliance.  These costs are fixed, substantial, and generally unavoidable.  They are also common to all ambulance providers (though they may vary somewhat by geography).

22.     My experience is that the financial performance of every ambulance operation is unique in some respects.  Financial performance varies based on the overall number of transports, the mix of third-party payers, the amounts actually paid by third-party payers, and the costs of the operation.  The costs may vary based on the geographic area.

5

MEDSTAR_000075

23. Financial management of an ambulance provider involves a measure of business judgment because the overall number of transports and the payer mix vary. Those variations are outside the control of the ambulance provider because patients, members of the public, first responders, and other healthcare providers are typically the ones that dispatch the ambulance provider through the 9-1-1 system. In their combined service area, the Ambulance Authorities have a legal duty to respond when called so long as conditions allow it. The nature and extent of the patient's health coverage have no bearing on whether the Ambulance Authorities responds.

24. Under my leadership, financial planning for the Ambulance Authorities customarily accounts for historical and current data on transport volume, historical and current data on payer mix, applicable legal and regulatory mandates, current market conditions, and the business judgment that I have developed through years of experience.

## *MARKET CONDITIONS*

25. Valley Ambulance Authority operates without subsidies from its four (4) member municipalities. In other words, VAA has succeeded in collecting payments from third-party payers and patients that are sufficient to cover VAA's costs.

26. Quaker Valley Ambulance Authority receives proceeds from an annual municipal per-capita tax assessment which is currently established at a rate of $10.00 per resident. This subsidy offsets approximately 9.4% of its annual budget.

27. The Ambulance Authorities, like many EMS agencies across the country, have confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020. These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 9% increase in wages over a 36-month period, employee recruitment and retention bonuses, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

MEDSTAR_000076

28.     The Ambulance Authorities have a combined annual operating budget of approximately $4 million.  The Ambulance Authorities projects that they will have a budget shortfall of $350,000 (8.7%) in fiscal year 2023-24 due entirely to the economic headwinds in its service area.

29.     The Ambulance Authority's ability to reduce its costs without downsizing is limited.  Like all ambulance providers, the Ambulance Authorities bear high fixed costs.  Those costs have risen due to inflation.  At the same time, wages have increased.  The Ambulance Authorities must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

## *HISTORICAL VA PAYMENTS*

30.     The Ambulance Authorities have not entered into a network contract with VA during my tenure.  I am not aware of VA soliciting such a contract for the Ambulance Authority's service area.

31.     During my tenure at the Ambulance Authorities, the VA has typically paid the actual charges that the Ambulance Authorities have billed for transports of veterans.  VA sends remittances to the Ambulance Authorities when VA makes a payment.

32.     The Ambulance Authorities received an average payment of approximately $709 for each call for which the VA was responsible for payment in fiscal year 2022. The Ambulance Authorities received an average payment of approximately $757 for each call for which the VA was responsible for payment in fiscal year 2023.

## *THE VA FINAL RULE*

33.     The Ambulance Authorities have evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

MEDSTAR_000077

34.     The Ambulance Authorities assume that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and nonemergent ambulance transports of veterans to or from VA facilities or other places.  Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences.   The Ambulance Authorities base this assumption on the final rule, the VA industry days, and VA's conduct to date.

35.     The average MFS amount that the Ambulance Authorities would receive for ambulance transport is $449.00.  The Ambulance Authorities thus project that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by more than 40%!

36.     The Ambulance Authorities project that if all VA payments for ambulance transports of veterans will be at the MFS amount, the Ambulance Authorities project that the aggregate annual reduction in VA payments for ambulance transports of veterans in fiscal year 2023-24 will be approximately $10,584.  100% of the projected aggregate reduction is tied to the projected reduction in VA payments on ambulance transport of veterans initiated through the 9-1-1 system.  As noted above, those transports are exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

36.     The implementation of the final rule will harm the Ambulance Authorities by reducing revenue and further increasing our growing budget deficits.

*** 

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023

*John R. Henry*

John R. Henry, Executive Director

8

MEDSTAR_000078

# EXHIBIT 4

**MEDSTAR_000079**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

|  |  |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY d/b/a AMED, QUAKER VALLEY AMBULANCE AUTHORITY, and VALLEY AMBULANCE AUTHORITY | No. 23- \_\_\_\_\_ |

Petitioners,

v.

DENIS MCDONOUGH, in his official capacity as UNITED STATES SECRETARY OF VETERANS AFFAIRS,

Respondent.

**DECLARATION OF GARY WATTERS**

I, Gary Watters, testify as follows:

1.     I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority et al. v. McDonough*.

2.     I am currently the Executive Director for the Altoona Logan Township Mobile Medical Emergency Department Authority ("AMED").

3.     My testimony is based on my direct personal knowledge gained through my work at the AMED, business records of the AMED, information supplied to me by employees and independent contractors of the AMED, and information in the public domain.

*PERSONAL BACKGROUND*

4.      I have served in leadership roles at AMED since January 1998.  I served as the Assistant Director for 15 years and have been the Executive Director for the last 10 years.

5.      As Executive Director, I am responsible for the daily oversight of all operations including ambulance, wheelchair, accounts payable and receivable components, general system administration and personnel management.  I report to Board of Directors.

6.      I have worked in the healthcare industry for 38 years.  I began my career as an emergency medical technician, quickly moving to a paramedic and then into administration.

*AMED OPERATIONS*

7.      The AMED is a professional, emergency medical service with headquarters located in Altoona, Blair County, Pennsylvania. AMED is a Pennsylvania municipal authority which depends on insurance re-imbursements and membership subscriptions to fund operations. AMED receives no tax money or government funds and is funded solely by fees for services.

8.      AMED was created in January 1981 by the City of Altoona and Logan Township. The creation of the authority was to ensure that adequate public ambulance service be established and operated for the benefit and preservation of public health, comfort, convenience, and general welfare. Since its inception, AMED has expanded greatly and now provides EMS and medical transportation services to the following municipalities:

| Municipality | County |
|---|---|
| Allegheny Township | Blair |
| Altoona, City of | Blair |
| Antis Township | Blair |
| Bellwood Borough | Blair |
| Birmingham Borough | Huntingdon |
| Blair Township | Blair |
| Duncansville Borough | Blair |
| Franklin Township | Huntingdon |

| | |
|---|---|
| Freedom Township | Blair |
| Greenfield Township | Blair |
| Juniata Township | Blair |
| Kimmel | Bedford |
| Logan Township | Blair |
| Newry Borough | Blair |
| Pavia | Bedford |
| Reade Township | Cambria |
| Roaring Spring Borough | Blair |
| Snyder Township | Blair |
| Spruce Creek Township | Huntingdon |
| Taylor Township | Blair |
| Taylor Township | Centre |
| Tyrone Borough | Blair |
| Tyrone Township | Blair |
| Warriors Mark Township | Huntingdon |

9.     AMED serves as the exclusive emergency ground ambulance service provider for the above-named areas.  Based on my review of U.S. Census data, I estimate that AMED provides ambulance and community paramedicine service to a service area of approximately 470 square miles that contains more than 104,400 residents.

10.    AMED's mission is to provide the most expedient and best possible medical treatment to the citizens and visitors of the areas that AMED services.  AMED provides its employees with the best possible training to assure that the mission is accomplished.

11.    AMED is a highly technical EMS and medical transportation system staffed by more than 105 dedicated professional paramedics, advanced emergency medical technicians, emergency medical technicians, dispatchers and office personnel.  Its combined fleet of emergency vehicles includes twenty ambulances, two paramedic intercept vehicles and three supervisor vehicles.

12.    Every year, AMED responds to more than 20,000 requests for ambulance service.

13.     The AMED mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

14.     AMED's service area is home to many veterans, including active-duty personnel and retirees.  Based on my review of U.S. Census data, I estimate that more than 10,000 veterans live in AMED's service area. This includes veterans at VA long term care facility Hollidaysburg Veterans' Home.

15.     AMED responds to ambulance calls for veterans throughout the year.  AMED responded to 411 ambulance calls for veterans in fiscal year 2022.  To date, AMED has responded to 479 ambulance calls for veterans in fiscal year 2023.

16.     I estimate that between 95 and 100% of AMED's total ambulance calls for veterans in any given fiscal year are emergent calls received through the Blair County 9-1-1 Center. The Blair County 9-1-1 center dispatches AMED to pick up the veteran.  AMED takes most veterans to one of the six private hospitals in the region.  The Veterans Affairs Medical Center (VAMC) in Blair County does not have an emergency department. Consequently, ambulance services cannot transport emergency patients to the VAMC under Pennsylvania Department of Health rules and regulations.  AMED does respond to 9-1-1 calls from the VAMC hospital to transport emergency patients from that facility to other hospitals in the area for higher levels of acute care.

*AMED'S FINANCIAL MANAGEMENT AND MARKET CONDITIONS*

17.     To deliver services, AMED necessarily incurs costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory compliance.  These costs are fixed, substantial, and generally unavoidable.  They are also common to all ambulance providers (though they may vary somewhat by geography).

18.     AMED has operated without subsidies from its member municipalities for the past 42-years.  In other words, AMED has succeeded in collecting payments from third-party payers and patients that are sufficient to cover AMED's operating costs.

19.     AMED, like many EMS agencies across the country, has confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020.  These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 10% increase in wages in just a 14-month period, inflation of the costs of fuel, equipment and supplies, and static or reduced commercial reimbursement rates.

20.     AMED has an annual operating budget of approximately $8.9 million dollars.  AMED projects that it will have a budget shortfall of $400 thousand dollars (4.4%) in fiscal year in 2023 due entirely to the economic headwinds in its service area.

21.     AMED's ability to reduce its costs without downsizing is limited. Like all ambulance providers, AMED bears high fixed costs, which have risen markedly due to inflation. At the same time, wages have increased.  AMED must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

### *HISTORICAL VA PAYMENTS TO AMED*

22.     AMED has not entered into a network contract with VA during my tenure at AMED.  The VA has multiple times solicited for a contract for non-emergency services only. AMED has never entertained that contract because it forces the ambulance agencies to provide service from the VAMC in Altoona to the VAMC located in Pittsburgh, Pennsylvania, which is located 100 miles away. AMED simply does not have the personnel or equipment resources to transport patients to those facilities over that distance daily and multiple times a day.

23.     During my tenure at AMED, VA has typically paid AMED the actual charges that AMED has billed for the emergency care and transportation of veterans.  VA sends remittances to AMED when VA makes a payment.  The remittances identify the statutory authority under which payment is made.  When VA pays AMED's charges, the remittances typically identify the statutory authority as 38 U.S.C. §§ 1703 or 1728.

**MEDSTAR_000084**

24.     AMED understands that VAMC solicits contracts for ground ambulance services on Sam.Gov.  AMED has searched Sam.gov for active VAMC solicitations for contracts for emergency ground ambulance services for AMED's service area.  AMED has found no such solicitations on Sam.Gov.

*THE VA FINAL RULE*

25.     AMED has evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

26.     AMED assumes that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and non-emergent ambulance transports of veterans to or from VA facilities or other places.  Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences.  AMED bases its assumption on the final rule and VA's conduct to date.

27.     The MFS amount typically covers 13% to 40% of AMED's charges for an ambulance transport.  AMED thus projects that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by 60% to 87%.

28.     AMED projects that it will begin to receive VA payments at the MFS amount within 14 days of the final rule becoming effective.  AMED projects that all VA payments for AMED ambulance transports of veterans will be at the MFS amount within 0 days of the final rule becoming effective.  AMED projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2024 will be approximately $500,000 dollars.  Approximately $500,000 dollars, or 100% of the projected aggregate reduction, is tied to the projected reduction in VA payments on ambulance transports of veterans initiated through the 9-1-1 system.  As noted

above, those transports are almost exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

29.     AMED projects that it has the resources to sustain its current operations for up to 180 days after the final rule becomes effective.  After that point, AMED projects that it will have no choice but to downsize its operations to bring its costs in line with its revenues.  The downsizing will include a reduction in force.  It may also include the closure or consolidation of physical plants, sales of vehicles and equipment, reduced working hours, or furloughs.  The projected timeline may shorten—or the projected operational adjustments may be farther reaching—if market conditions deteriorate further in the coming months.

30.     The implementation of the final rule will irreparably harm AMED.  Any employees who are released by AMED or who leave AMED due to reduced working hours or furloughs are unlikely to return given the intense market demand for staff.  AMED will also lose its capital investment in any physical plant that it closes, and any vehicles or equipment that it sells.  Such losses will be irreversible for AMED.

***

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023

/s/ Gary Watters
Gary Watters

# STIMSON DECLARATION
# TAB 5

**MEDSTAR_000087**

**From:** Thompson, Bryan (OGC) <Bryan.Thompson2@va.gov>
**Sent:** Friday, October 27, 2023 4:59 PM
**To:** Stimson, Brian R. <Brian.Stimson@AGG.com>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] FW: MedStar, et al. v. McDonough (Fed. Cir.) -- Petition for Review and 2d Renewed Motion for Administrative Stay of Final Review

Mr. Simson and Ms. Lord,

Thank you for your email and for you patience. As we discussed, I'm a good point of contact for VA moving forward, although DOJ may also be involved.


Sincerely,

Bryan Thompson
Pronouns: he, him, his
Deputy Chief Counsel
Health Care Law Group
Office of the General Counsel (023)
U.S. Department of Veterans Affairs
810 Vermont Avenue, N.W.
Washington, D.C. 20420
(202) 461-5527 office
(202) 379-8143 cellular


ATTORNEY CONFIDENTIALITY NOTICE - FOR OFFICIAL USE ONLY.
CAUTION: The information contained in this e-mail constitutes professional communications and any accompanying attachments may contain Health Insurance Portability and Accountability Act (HIPAA), Privacy Act, and/or Freedom of Information Act (FOIA) protected information, including attorney-client or attorney work product privileged information. This information may not be released or forwarded to anyone who is not an authorized user/recipient without appropriate prior authorization from the sender. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is prohibited. If you receive this e-mail in error, please notify this office immediately by return e-mail.


**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Thursday, October 26, 2023 1:37 AM
**To:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>; Mobly, Donald C. (OGC) <Donald.Mobly@va.gov>; House, Lisa C. (OGC) <lisa.house@va.gov>; Schiffer, Cynthia (OGC) <cynthia.schiffer@va.gov>; Reed, Brian (OGC)

<[Brian.Reed5@va.gov](mailto:Brian.Reed5@va.gov)>; Hughes, Michael D. (OGC) <[Michael.Hughes3@va.gov](mailto:Michael.Hughes3@va.gov)>; Cornacchio, Drew (OGC) <[Drew.Cornacchio@va.gov](mailto:Drew.Cornacchio@va.gov)>
**Cc:** [alex.haas@usdoj.gov](mailto:alex.haas@usdoj.gov); Kristofer Schleicher <[KSchleicher@medstar911.org](mailto:KSchleicher@medstar911.org)>; Lord, Sara M. <[sara.lord@agg.com](mailto:sara.lord@agg.com)>
**Subject:** [EXTERNAL] MedStar, et al. v. McDonough (Fed. Cir.) -- Petition for Review and 2d Renewed Motion for Administrative Stay of Final Review

VA OGC,

Attached is the Petition for Review filed on PACER by ambulance providers MedStar, Valley Ambulance Authority, Quaker Valley Ambulance Authority, and AMED.

MedStar renews its motion for an administrative stay a second time, and its co-petitioners join in that motion. Together, they ask that VA rule on the motion by the close of business on Friday, October 27, 2023.

Absent an administrative stay, Petitioners will file a motion for a stay pending judicial review with the U.S. Court of Appeals for the Federal Circuit.

Petitioners are willing and available to meet and confer on this matter with VA OGC, DOJ, or both, in person or by Zoom or phone.

Best,

Brian

**Brian R. Stimson**
**Partner**



Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
[Brian.Stimson@agg.com](mailto:Brian.Stimson@agg.com) | bio | linkedin | vcard | website

---

**From:** Greenfield, Brandon A. (OGC) <[Brandon.Greenfield@va.gov](mailto:Brandon.Greenfield@va.gov)>
**Sent:** Tuesday, October 17, 2023 9:16 AM
**To:** Stimson, Brian R. <[Brian.Stimson@AGG.com](mailto:Brian.Stimson@AGG.com)>
**Cc:** Mobly, Donald C. (OGC) <[Donald.Mobly@va.gov](mailto:Donald.Mobly@va.gov)>; House, Lisa C. (OGC) <[lisa.house@va.gov](mailto:lisa.house@va.gov)>; Schiffer, Cynthia (OGC) <[cynthia.schiffer@va.gov](mailto:cynthia.schiffer@va.gov)>; Reed, Brian (OGC) <[Brian.Reed5@va.gov](mailto:Brian.Reed5@va.gov)>; Hughes, Michael D. (OGC) <[Michael.Hughes3@va.gov](mailto:Michael.Hughes3@va.gov)>; Cornacchio, Drew (OGC) <[Drew.Cornacchio@va.gov](mailto:Drew.Cornacchio@va.gov)>; [alex.haas@usdoj.gov](mailto:alex.haas@usdoj.gov); Kristofer Schleicher <[KSchleicher@medstar911.org](mailto:KSchleicher@medstar911.org)>; Lord, Sara M. <[sara.lord@agg.com](mailto:sara.lord@agg.com)>
**Subject:** [EXTERNAL] RE: VA OGC Contacts

Good morning Brian,

The attorneys are added for awareness on this case.

*Respectfully,*

*Brandon A. Greenfield, Esq.*

Brandon A. Greenfield, Esq.
Legal Assistant to the General Counsel
Office of General Counsel Suite 1030
Department of Veterans Affairs
810 Vermont Ave, NW
Washington, DC 20240
OGC Main: 202-461-4995
Direct: 202-461-7238
Cell: 202-285-2407



Department of Veterans Affairs
**Office of General Counsel**

*"Serve the VA Mission and serve the Veterans in all that you do. Do the harder right thing, not the easier wrong thing."*

*~ Robert A. McDonald*
*8th United States Secretary of Veterans Affairs*

ATTENTION: For internal OGC use only and not for external transmission. This electronic document may contain attorney work-product or information protected under the attorney-client privilege. Do not release this information without prior authorization. If you received this message in error, please destroy it and all attachments immediately.

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Tuesday, October 17, 2023 9:13 AM
**To:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>
**Cc:** Mobly, Donald C. (OGC) <Donald.Mobly@va.gov>; House, Lisa C. (OGC) <lisa.house@va.gov>; Schiffer, Cynthia (OGC) <cynthia.schiffer@va.gov>; Reed, Brian (OGC) <Brian.Reed5@va.gov>; Hughes, Michael D. (OGC) <Michael.Hughes3@va.gov>; Cornacchio, Drew (OGC) <Drew.Cornacchio@va.gov>; alex.haas@usdoj.gov; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** [EXTERNAL] RE: VA OGC Contacts

Brandon,

I am writing to follow up on VA's position on MedStar's renewed motion for an administrative stay. MedStar submitted its original motion 20 days ago, on September 27, 2023.

MedStar has learned that the VA Office of Congressional and Legislative Affairs (COLA) is now informing the House of Representatives that VA is considering a delay in the effective date of the rule.

MedStar requests that VA promptly rule on the motion or provide a date certain by which VA commits to make a ruling, so that MedStar may address the issue in its court papers, consistent with the rules.

MedStar remains willing and available to meet and confer on this matter with VA OGC, DOJ, or both, in person or by Zoom or phone, whenever convenient.

Thanks,

**Brian R. Stimson**
Partner



Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Sent:** Friday, October 13, 2023 1:25 PM
**To:** Donald.Mobly@va.gov; Lisa.House@va.gov; Cynthia.Schiffer@va.gov; Brian.Reed5@va.gov; Michael.Hughes3@va.gov; Drew.Cornacchio@va.gov
**Cc:** Greenfield, Brandon A. (OGC) <Brandon.Greenfield@va.gov>; Kristofer Schleicher <KSchleicher@medstar911.org>; Lord, Sara M. <sara.lord@agg.com>
**Subject:** RE: VA OGC Contacts

Thank you for making the introduction Thomas. Moving you to bcc: to spare your inbox.

I represent ambulance provider MedStar Mobile Healthcare in connection with the VA final rule reducing the payment rate for non-contract ambulance services to the Medicare Fee Schedule amount.

I had been attempting to meet and confer with VA OGC regarding an administrative stay of the final rule. I sent the attached follow up letter (attaching a draft petition for judicial review) earlier today. I did receive a response from Brandon Greenfield, who I have copied here along with MedStar GC Kristofer Schleicher and my law partner Sara Lord. As I conveyed to Brandon, we are prepared to meet and confer with VA OGC on this matter as soon as possible.

Best,

**Brian R. Stimson**
Partner

Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
p: 202.677.4948
Brian.Stimson@agg.com | bio | linkedin | vcard | website

---

**From:** Cook, Thomas <Thomas.Cook@gmr.net>
**Sent:** Friday, October 13, 2023 11:55 AM
**To:** Donald.Mobly@va.gov; Lisa.House@va.gov; Cynthia.Schiffer@va.gov; Brian.Reed5@va.gov; Michael.Hughes3@va.gov; Drew.Cornacchio@va.gov
**Cc:** Stimson, Brian R. <Brian.Stimson@AGG.com>
**Subject:** [EXTERNAL] VA OGC Contacts

Ladies and Gentlemen:

Brian Stimpson with Arnall Golden Gregory LLP asked if I had any contacts with VA OGC, so I am connecting him with you.

**THOMAS A. A. COOK**
EVP & General Counsel
Global Medical Response, Inc.

4400 State Hwy 121, Suite 700 | Lewisville, TX 75056
**W:** 303.495.1525 | **C:** 417.505.9495
**www.globalmedicalresponse.com**



# STIMSON DECLARATION
## TAB 6

MEDSTAR_000093

| | |
|---|---|
| **From:** | Carter, Avery E. |
| **Sent:** | Monday, October 16, 2023 10:49 AM |
| **To:** | kenneth.dougherty@va.gov |
| **Subject:** | August 30, 2023 Industry Day Materials |

Kenneth,

My name is Avery Carter, and I am a first-year associate at Arnall Golden Gregory in Atlanta. I left you a voicemail last week but have not heard back so wanted to check in again via email.  I looked online for the materials from the VHA Ambulance Industry Day on August 30, 2023, but they have not been posted yet. I was wondering if you know when those will be posted or if you could send them via email to me. Thanks in advance.

Best,

Avery Carter

**Avery E. Carter**
**Law Clerk**



Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030
Avery.Carter@agg.com | bio | linkedin | vcard | website

MEDSTAR_000094

# STIMSON DECLARATION
# TAB 7

MEDSTAR_000095

**Cline, Mark E.**

| | |
|---|---|
| **From:** | Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov> |
| **Sent:** | Thursday, October 19, 2023 8:43 AM |
| **To:** | Carter, Avery E. |
| **Subject:** | [EXTERNAL] RE: August 30, 2023 Industry Day Materials |
| **Attachments:** | Ambulance Industry Day Event, Session 1_2023-07-20.docx; Ambulance Industry Day Event, Session 2_2023-07-20.docx; Ambulance Industry Day 3 Transcript.docx; Ambulance Industry Day Event_2023-05-25.docx |

Good Morning,

Please see attached.

Regards,

*Kenneth M. Dougherty*
*Procurement Analyst / Small Business Liaison*
*Network Contracting Office 5 (NCO 5)*
*Department of Veterans Affairs/Veterans Health Administration (DVA/VHA)*
*Washington D.C. Veteran Affairs Medical Center*
*50 Irving St. NW*
*Washington D.C., 20422*
**1-202-745-8000 ext. 58411**

"INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are VA Core Values."  As our client, please take a few moments and let us know how we did by completing the attached Survey.

**SAM.GOV active notices for NCO 5 can be identified by using the 'Organization' identifier, "36C245" and selecting "Active" under the 'Status' option. SAM account profile required to view opportunities on website.**

**Did you know VHA has a Forecast of Business Opportunities?**

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

**From:** Carter, Avery E. <Avery.Carter@AGG.com>
**Sent:** Monday, October 16, 2023 10:49 AM
**To:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Subject:** [EXTERNAL] August 30, 2023 Industry Day Materials

Kenneth,

My name is Avery Carter, and I am a first-year associate at Arnall Golden Gregory in Atlanta. I left you a voicemail last week but have not heard back so wanted to check in again via email.  I looked online for the materials from the VHA

MEDSTAR_000096

Ambulance Industry Day on August 30, 2023, but they have not been posted yet. I was wondering if you know when those will be posted or if you could send them via email to me. Thanks in advance.

Best,

Avery Carter

**Avery E. Carter**
**Law Clerk**



Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030
Avery.Carter@agg.com | bio | linkedin | vcard | website

MEDSTAR_000097

0:0:0.0 --> 0:0:2.100
Weir, Kristina
Good morning everyone and.

0:0:2.260 --> 0:0:8.50
Smith, Donyale E. (she/her/hers)
Welcome to the Department of Veterans Affairs, Veterans Health Administration, Industry Day event.

0:0:0.0 --> 0:0:0.990
Butler, Donald
OK.

0:0:1.400 --> 0:0:7.440
Butler, Donald
Good morning and welcome to the Department, Veterans Affairs Veteran Health Administration,
Industry Day event.

0:0:7.860 --> 0:0:14.90
Butler, Donald
My name is Mr Donald Butler, deputy director of contracting for network Contracting Office 5.

0:0:14.380 --> 0:0:28.610
Butler, Donald
And it's an honor to have you all here today as we come together to discuss important changes in VA
rates, VA pays for special modes of transportation resulting from the VA's final rule.

0:0:28.620 --> 0:0:43.240
Butler, Donald
On February 16th of this year, today's event is an opportunity for us to come together and learn from
each other, sharing insight, ideas and knowledge that we can help us navigate the challenges and
opportunities ahead.

0:0:43.490 --> 0:0:56.240
Butler, Donald
We have an impressive lineup of panelists who will be sharing their expertise and perspectives on the
recent changes as we look to the future.

0:0:56.310 --> 0:1:19.660
Butler, Donald
There's no doubt that the VA and the ambulatory industry will continue to face a range of challenges, but
I'm confident that by working together and sharing our knowledge and expertise, we can rise to these
challenges and build a stronger, more resilient industry that delivers the highest quality of health care
and services to our nation's veterans.

0:1:19.910 --> 0:1:25.560
Butler, Donald
So once again, I'd like to welcome you all and I hope you learn a lot today.

0:1:25.790 --> 0:1:29.700
Butler, Donald
Thanks again for your attendance and let's get it started.

0:1:30.640 --> 0:1:30.960
Butler, Donald
Thank you.

0:1:32.10 --> 0:1:32.970
Dougherty, Kenneth M.
Hey, thanks, Don.

0:1:33.420 --> 0:1:34.650
Dougherty, Kenneth M.
Good morning, ladies and gentlemen.

0:1:34.780 --> 0:1:36.150
Dougherty, Kenneth M.
Thank you all for being here today.

0:1:36.570 --> 0:1:41.410
Dougherty, Kenneth M.
My name is Kenneth Dockerty and I am the small business liaison for network Contracting Office 5.

0:1:41.980 --> 0:1:48.780
Dougherty, Kenneth M.
I want to extend my sincere thanks to each and everyone of you for taking the time out of your busy
schedules to participate in this important discussion.

0:1:52.30 --> 0:1:54.480
Dougherty, Kenneth M.
Let's start things off by going over today's agenda.

0:1:54.830 --> 0:2:0.400
Dougherty, Kenneth M.
First, we will go over some housekeeping notes followed by an introduction to today's government
panels.

0:2:0.830 --> 0:2:11.490
Dougherty, Kenneth M.
Next, we'll hear opening remarks from our special guest, Mr Garth Miller, Executive Director, Veterans
Health Administration, Member services at the US Department of Veterans Affairs.

0:2:12.560 --> 0:2:15.490
Dougherty, Kenneth M.
Then we will proceed with an overview of the new regulation.

0:2:15.980 --> 0:2:29.100
Dougherty, Kenneth M.
We will talk about factors influencing VA action, cover key implementation components, provide an
overview of VA approved software, discuss next steps, open the question and answer period.

0:2:29.750 --> 0:2:30.860
Dougherty, Kenneth M.
And finally here close and.

0:2:30.860 --> 0:2:32.230
Dougherty, Kenneth M.
Remarks from Mr Garth Miller.

0:2:35.60 --> 0:2:40.250
Dougherty, Kenneth M.
Before we begin, I'd like to go over a few housekeeping rules to ensure we have a smooth and enjoyable event.

0:2:41.180 --> 0:2:44.490
Dougherty, Kenneth M.
Firstly, please be mindful that today's event is being recorded.

0:2:45.280 --> 0:2:48.160
Dougherty, Kenneth M.
Secondly, please keep your microphones muted when you are not.

0:2:48.240 --> 0:2:48.690
Dougherty, Kenneth M.
Speaking.

0:2:48.920 --> 0:2:57.900
Dougherty, Kenneth M.
To reduce background noise and to improve audio quality, please hold comments and questions until the question and answer period towards the end of today's presentation.

0:2:59.200 --> 0:3:10.580
Dougherty, Kenneth M.
During the question and answer period, we ask that you use the raise your hand feature, then patiently wait until me or one of the moderators say your name before speaking to ensure that everyone can hear your contribution.

0:3:12.140 --> 0:3:18.680
Dougherty, Kenneth M.
I encourage you to actively participate by asking questions or sharing your thoughts during the designated question and answer segment.

0:3:19.680 --> 0:3:25.650
Dougherty, Kenneth M.
Questions and comments may also be entered into the chat and one of the moderators will read the question or comment aloud.

0:3:26.520 --> 0:3:28.810
Dougherty, Kenneth M.
Lastly, response is to unanswered.

0:3:28.820 --> 0:3:42.130
Dougherty, Kenneth M.

Questions will be posted to sam.gov under the original notice ID of 36C245TO23Q0749 after today's event.

0:3:43.140 --> 0:3:45.360
Dougherty, Kenneth M.
Thank you all for your attention and cooperation.

0:3:48.360 --> 0:3:54.150
Dougherty, Kenneth M.
OK, it's with great pleasure that I introduce you to our esteemed panelists, who have graciously joined us today.

0:3:54.700 --> 0:3:59.860
Dougherty, Kenneth M.
Each panelist brings a wealth of knowledge, expertise, and unique perspectives to enrich our discussion.

0:3:59.870 --> 0:4:5.610
Dougherty, Kenneth M.
Today, they're impressive backgrounds and accomplishments make them true experts in their respective fields.

0:4:6.540 --> 0:4:16.510
Dougherty, Kenneth M.
We are fortunate to have them here with us, ready to share their insights and engage in a meaningful and stimulating conversation from the Veterans Transportation program.

0:4:16.520 --> 0:4:19.180
Dougherty, Kenneth M.
We have Mr Ben Williams, director of VTP.

0:4:20.240 --> 0:4:39.880
Dougherty, Kenneth M.
Mr Mark Chevalier, manager, VTP Field operations team and national VTS program coordinator Mr Jonathan Coble, Harrison senior VTP regional coordinator, and Miss Brenda Hamilton, VTP regional coordinator from VH, a procurement and logistics office.

0:4:39.890 --> 0:4:54.280
Dougherty, Kenneth M.
We have Mr Donald Butler, deputy director of contracting network Contracting Office 5, Miss Christina Weir, division chief Network Contracting Office 5, and Miss Evelyn Walker, branch chief Network Contracting Office 5.

0:4:55.270 --> 0:4:56.610
Dougherty, Kenneth M.
Thank you all for being here today.

0:4:58.280 --> 0:5:8.420
Dougherty, Kenneth M.

Now let's proceed with our program and hear from our guest speaker, Mr Garth Miller, Executive Director, Veterans Health Administration, Member services at U.S.

0:5:8.430 --> 0:5:10.390
Dougherty, Kenneth M.
Department of Veterans Affairs Mr.

0:5:10.400 --> 0:5:11.40
Dougherty, Kenneth M.
Miller, thank you.

0:5:13.850 --> 0:5:15.280
Miller, Garth (VHA)
Thank you and good morning.

0:5:15.610 --> 0:5:16.110
Miller, Garth (VHA)
My name?

0:5:16.120 --> 0:5:24.720
Miller, Garth (VHA)
Garth Millers, they said executive director for BHA member services patrons transportation program, is one of four program areas in My Portfolio.

0:5:25.30 --> 0:5:31.120
Miller, Garth (VHA)
It's my pleasure to welcome you all to the second VA ambulance industry day of 2023.

0:5:31.410 --> 0:5:40.610
Miller, Garth (VHA)
Many of you participated in our event in May and we will continue to have these engagements and continue to reach out.

0:5:40.950 --> 0:5:47.850
Miller, Garth (VHA)
We know that there's a lot of interest and we believe that a lot of the questions that have been coming in will be answered today.

0:5:47.860 --> 0:5:50.170
Miller, Garth (VHA)
So we're really, really excited about that.

0:5:50.570 --> 0:6:5.440
Miller, Garth (VHA)
Each goal for today is to continue our discussion on a P89 and ensure the vital work of the ambulance industry done as a part of the veteran's all continue on the care, especially in relationships, impact on accessing health care for our veterans.

0:6:7.250 --> 0:6:12.720
Miller, Garth (VHA)
Through our collaborative engagement, I'm sorry, was there the question and probably just an open mind?

0:6:15.880 --> 0:6:18.70
Miller, Garth (VHA)
I I do believe we'll have time for questions.

0:6:18.600 --> 0:6:22.870
Miller, Garth (VHA)
We we've set aside time for questions and open panel, so I'll just keep it moving.

0:6:23.600 --> 0:6:23.700
Dougherty, Kenneth M.
Yes.

0:6:23.820 --> 0:6:24.50
Miller, Garth (VHA)
Uh.

0:6:25.260 --> 0:6:30.330
Miller, Garth (VHA)
Through our collaborative engagement, we continue working towards implementation of the new regulation.

0:6:30.480 --> 0:6:40.450
Miller, Garth (VHA)
When an error of constant change and evolving health care needs, the ambulance industry continues to pay indispensable parking emergency medical services every day.

0:6:40.510 --> 0:6:50.850
Miller, Garth (VHA)
You, as an industry called the answer call answer the Call of Duty by responding to emergencies and providing immediate medical assistance to those in new service.

0:6:50.860 --> 0:6:57.920
Miller, Garth (VHA)
The first line of defense delivery crucial care on the front lines and making a profound repair in the lives of veterans and their food.

0:6:58.670 --> 0:7:6.300
Miller, Garth (VHA)
Today we will just continue our discussion on how we collaborate over the next six months to shape the future of ambulance services.

0:7:6.310 --> 0:7:45.750
Miller, Garth (VHA)
So that commit to working together, I firmly believe we're reaching new heights for the quality of care

we provide to our nation factor while we meet Congress's intent to ensure VA becomes a responsible player for ambulance service commensurate with other government healthcare providers in private industry HA teams, from procurement and logistics office, and the Veterans Transportation program are working with the VA Office of General Counsel to ensure VA has a standardized performance work statement that will facilitate retirement access acquisition process across the enterprise.

0:7:45.760 --> 0:7:53.160
Miller, Garth (VHA)
We know that many of you have concerns about our timeliness and our our ability to move to contract.

0:7:53.400 --> 0:8:34.930
Miller, Garth (VHA)
I will say that the Secretary as well as the leadership of the VHA is committed to keeping the secretary's timeline and his decision that he's already made, and we are also committed to continue to reach out when you collaborate with all of you, answer the questions that you have as you may be learning about the actual process that goes on with doing business with the federal government to be actual contract when process the process that is designed to protect both large industry organizations as well as smaller niche type organizations within the industry.

0:8:36.650 --> 0:8:59.650
Miller, Garth (VHA)
Recognizing that there will be openness, transparency, competition, invisible hand in the marketplace, as well as protections for for organizations large and small, to be able to fairly and equitably compete for this important group of business, work of business within the federal government.

0:8:59.960 --> 0:9:5.310
Miller, Garth (VHA)
So I realized that for some of you, umm, we are different customer.

0:9:5.370 --> 0:9:8.0
Miller, Garth (VHA)
We are different client in working with us.

0:9:8.690 --> 0:9:18.440
Miller, Garth (VHA)
Maybe a little bit different than what you're used to working with other agencies or with other private sector nonprofit organization.

0:9:18.950 --> 0:9:29.560
Miller, Garth (VHA)
That is exactly why we are having our second and third engagement today with all of you, and we'll continue to engage and use the resources of our.

0:9:30.790 --> 0:9:55.170
Miller, Garth (VHA)
Procurement and Logistics office to be able to explain to all of you the rules and regulations for federal contracting, how that process goes down and how you can openly and evenly and fairly compete against

other organizations that may do larger than yours or other organizations that may be smaller than you and that is what we're looking for.

0:9:55.480 --> 0:10:4.780
Miller, Garth (VHA)
And I will allow our general counsel and our procurement and Logistics Office subject matter experts to be able to explain.

0:10:4.880 --> 0:10:11.610
Miller, Garth (VHA)
To you exactly what the regulations and what the rules are for fair competition for government contract.

0:10:12.160 --> 0:10:13.820
Miller, Garth (VHA)
So we really look forward to that.

0:10:15.360 --> 0:10:29.20
Miller, Garth (VHA)
BHA teams from procurement and logistics office UMM, as I mentioned, will be standardizing the performance work statement that will facilitate timely acquisition process across the enterprise.

0:10:29.210 --> 0:10:38.520
Miller, Garth (VHA)
We are committed to meeting the timelines and we are committed to moving rapidly across that and I see there there may be some questions.

0:10:38.530 --> 0:10:39.320
Miller, Garth (VHA)
I'd be happy.

0:10:39.330 --> 0:10:58.130
Miller, Garth (VHA)
I believe we have on the agenda some time for questions that we'll be able to address, so I won't be taking off the ones he chooses in the middle of the open remarks, but I will curtail those open remarks at this time so that we can move forward, as I said, be a is committed to our relationships within the ambulance community.

0:10:58.640 --> 0:11:10.870
Miller, Garth (VHA)
We look forward to establishing additional relationships to ensure that all bedrooms have access to ambulance services and that's what we're here for today was making sure that all veterans have access to influence services.

0:11:11.390 --> 0:11:15.800
Miller, Garth (VHA)
In a timely way in the way that is responsible to the taxpayers of our country.

0:11:17.150 --> 0:11:31.580
Miller, Garth (VHA)

In closing, I want to express my deepest appreciation to all of you for being here today for showing an interest in learning how to do work with the federal government and how to contract according to the government contract and rules.

0:11:31.590 --> 0:11:38.620
Miller, Garth (VHA)
So I appreciate your interest and your willingness to learn and move forward in this implementation with us.

0:11:38.630 --> 0:11:43.740
Miller, Garth (VHA)
Your continued support and be admission demonstrates your true commitment to excellence.

0:11:44.210 --> 0:11:52.330
Miller, Garth (VHA)
And let's take the opportunity to connect, collaborate in, Inspire each other in a positive way towards moving forward and meeting goals for backups.

0:11:52.600 --> 0:11:53.190
Miller, Garth (VHA)
Thank you all.

0:11:53.200 --> 0:11:53.750
Miller, Garth (VHA)
So much.

0:11:55.160 --> 0:11:56.220
Dougherty, Kenneth M.
Thank you very much, Mr.

0:11:56.230 --> 0:12:4.90
Dougherty, Kenneth M.
Miller and just as a reminder, everybody, please keep your microphones on mute and we will have a separate question and answer period.

0:12:5.40 --> 0:12:5.520
Dougherty, Kenneth M.
All right.

0:12:5.530 --> 0:12:11.770
Dougherty, Kenneth M.
So with that, now let's proceed with the overview of the regulation, like to introduce Mr Ben Williams, Mr. Williams.

0:12:14.150 --> 0:12:14.880
Williams, Benjamin G
Thanks, Kev.

MEDSTAR_000107

0:12:15.110 --> 0:12:15.290
Williams, Benjamin G
It.

0:12:15.300 --> 0:12:16.420
Williams, Benjamin G
Good morning, everyone.

0:12:16.510 --> 0:12:17.140
Williams, Benjamin G
Thank you, Mr.

0:12:17.150 --> 0:12:18.700
Williams, Benjamin G
Miller for your opening remarks.

0:12:19.430 --> 0:12:55.710
Williams, Benjamin G
Likewise, I I would like to thank all the industry providers as well as agency personnel on the call today and for your participation in what you know, we anticipate to continue from the first industry date session as an open dialogue and open and transparent communication umm with with the industry on how the VHA will will implement a P89 uh shortly we'll get into the $1,000,000 question that I know many of many of you have is which is when will the solicitations begin.

0:12:56.120 --> 0:13:2.670
Williams, Benjamin G
We know that's the question that's that's happening, that it is coming to agency leadership to to understand that timeline better.

0:13:2.680 --> 0:13:28.660
Williams, Benjamin G
So we're going to get into that in detail today, talk more about the activities that have led up to the within the, I'll say the pre planning or the pre award process and this was citation timeline over the next six half, seven, 6 1/2 months from from today to get us to to, to award and yeah prior to the implementation date in February of 2024.

0:13:29.710 --> 0:13:31.90
Williams, Benjamin G
Uh, just the baseline.

0:13:31.290 --> 0:13:34.950
Williams, Benjamin G
Uh, quick for those those who weren't on the first industry day session.

0:13:36.970 --> 0:13:45.70
Williams, Benjamin G
I I wanna briefly go over what a P89 does at its most basic level, what a P89 does is provide the agency.

0:13:45.590 --> 0:13:46.900
Williams, Benjamin G
Yeah. Yeah.

0:13:47.270 --> 0:14:0.930
Williams, Benjamin G
The ability to, in the absence of a contract, pay 100% of the Medicare Part B ambulance fee schedule to to to vendors that that don't have a a contract.

0:14:3.30 --> 0:14:27.200
Williams, Benjamin G
So as as we discussed, uh, we'll get into more specifics as we as we go through the presentation, but want to, you know, reiterate and address up front we we are focused on continuing these discussions, making sure all industry providers through these sessions have.

0:14:28.850 --> 0:14:33.580
Williams, Benjamin G
Access to to us and the ability to ask questions.

0:14:34.350 --> 0:14:49.900
Williams, Benjamin G
UM and and to ensure, but the ultimate goal is to maximize the the agencies ability that was provided within the legislative authority and submitted in the regulation to contract.

0:14:54.750 --> 0:15:10.870
Williams, Benjamin G
Fat or above or below and some instances that we have in in certain in certain locations below the CMS rate and maximize the ability to ensure that we can secure the services for Veterans, ambulance, ambulance services for veterans.

0:15:12.20 --> 0:15:32.140
Williams, Benjamin G
Uh, so we do not and are not the authoritative source on the suitability of the CMS rate and want to reiterate that VA defers all questions regarding the suitability of of the rate of the CMS ambulance rate to CMS.

0:15:32.450 --> 0:15:35.590
Williams, Benjamin G
We know that there's, you know, a lot of activity.

0:15:35.600 --> 0:15:44.490
Williams, Benjamin G
You guys have been working hard as an industry to provide data to Health and Human services and CMS to allow them to.

0:15:46.660 --> 0:16:9.430
Williams, Benjamin G
To do the work task to them under the No Surprises act and and we we likewise are are looking looking

forward to umm the information that comes out of there analysis of that rate but but do have have to defer all questions regarding the rate at 2 CMS so as Mr.

0:16:9.440 --> 0:16:12.350
Williams, Benjamin G
Miller mentioned, you know, it was with great intention that the Secretary.

0:16:14.90 --> 0:16:31.560
Williams, Benjamin G
Provided and and and and ultimately set an implementation period of one year to allow us to go through the specific process, the very specific process that the federal government has for for contracting and acquisition and meeting acquisition requirements.

0:16:32.190 --> 0:16:45.140
Williams, Benjamin G
So I'll go over a little bit more of that in the next couple of slides on on the activity that that we've been undertaking for the last few months since the since the rule was was published.

0:16:45.470 --> 0:17:0.690
Williams, Benjamin G
Uh, and and really leading up to within now what we, I I can confidently say is in the next few weeks to begin the solicitations, we'll be able to and provide some greater transparency on on that timeline.

0:17:0.740 --> 0:17:1.830
Williams, Benjamin G
And then what's next?

0:17:4.190 --> 0:17:4.810
Williams, Benjamin G
Next slide please.

0:17:8.590 --> 0:17:18.900
Williams, Benjamin G
So so now that we covered a little a little bit more on on what's in the rule, I wanna cover some details on on how we'll how we'll execute the impact of process.

0:17:22.520 --> 0:17:34.980
Williams, Benjamin G
Again, for those of you industry providers who are on the first call, we where are going over some some items that that are redundant but want to make sure any new new participants have have the same information.

0:17:36.30 --> 0:17:48.830
Williams, Benjamin G
Uh, so each contract and solicitation will happen for ground and air ambulance service for the for the entire catchment area and that will be solicited at the the VA Medical Center level.

0:17:50.850 --> 0:17:54.140
Williams, Benjamin G
What's so that's not different from our previous.

0:17:54.790 --> 0:18:1.970
Williams, Benjamin G
I'll say the difference in that in our previous acquisition strategy, umm, is that it?

0:18:1.980 --> 0:18:9.200
Williams, Benjamin G
It was a local, local VMC solicitation previously that will remain the same this time.

0:18:9.620 --> 0:18:17.990
Williams, Benjamin G
Some of the specifics is is, is is our goal and our and our solicitation will be for full coverage of the entire catchment area.

0:18:18.560 --> 0:18:34.240
Williams, Benjamin G
So that will will will create some changes, some additional opportunity for uh for for competition with within the the catchment area and and ambulance services within the catchment area.

0:18:34.990 --> 0:18:39.480
Williams, Benjamin G
Each solicitation will also include a standardized set of performance requirements.

0:18:39.590 --> 0:18:48.250
Williams, Benjamin G
That's a big change from from the previous environment prior to a P89, when the local facilities were.

0:18:49.890 --> 0:19:7.680
Williams, Benjamin G
Uh, had a, I'll say, a whole lot more flexibility in the specific requirements that were set in the in the contract we we spent a lot of time over the last.

0:19:7.690 --> 0:19:10.80
Williams, Benjamin G
Really though, at this time last year is when is.

0:19:10.130 --> 0:19:35.290
Williams, Benjamin G
When the work began to examine the this the the acquisition strategy and begin developing the standardized components of the project work schedule to ensure that the agency has an appropriate, I'll say, a consistent and efficient way to execute the solicitation award and execution of of these contracts and and again that was well well prior to the.

0:19:36.130 --> 0:19:50.40
Williams, Benjamin G

To the rule being finalized, and if solicitation also, which is different from another key differentiation from the previous environment to to the current one, uh.

0:19:50.940 --> 0:19:57.420
Williams, Benjamin G
The new solicitations will require electronic trip requests and and and acceptance and or rejection.

0:19:59.280 --> 0:20:3.720
Williams, Benjamin G
That's uh, you know, and that's going to be done through the VA approved software which is, which is that right.

0:20:3.730 --> 0:20:8.760
Williams, Benjamin G
So we're we're excited to share that in session two, that's going to be the Lions.

0:20:9.140 --> 0:20:32.250
Williams, Benjamin G
Of what was covered during Session 2 today, we're hope you everyone can can have time to participate in that and UM and be able to, you know, and we'll we'll continue the discussion of regarding that ride and how how to use it and how the VA as well as the the contractor providers will will use that right in the future.

0:20:33.400 --> 0:20:44.140
Williams, Benjamin G
And finally, the contractor rates will be based on market pricing and be applicable to to all VA initiated ambulance trips.

0:20:44.480 --> 0:20:56.280
Williams, Benjamin G
So you know that's that's the the main, you know, main pieces of information that wanted to to cover that was covered in the first session.

0:20:56.610 --> 0:21:7.860
Williams, Benjamin G
But wanna make sure that that everyone has baseline transparency on before we get into to the next question which is which is when we'll start the solicitation.

0:21:9.270 --> 0:21:9.860
Williams, Benjamin G
Next slide, please.

0:21:11.540 --> 0:21:17.70
Williams, Benjamin G
Alright, so the $1,000,000 question you know when when when will when will we get started?

0:21:17.80 --> 0:21:31.740
Williams, Benjamin G

So as we discussed last time, we we've been working very diligently since since last summer as as an age, a disciplinary UM project team.

0:21:31.860 --> 0:21:32.970
Williams, Benjamin G
Uh with uh?

0:21:34.170 --> 0:22:5.160
Williams, Benjamin G
Members from the VA office of Acquisition, Logistics and and construction, as well as via a Procurement Logistics office to get to the point where we we are are confident that we've done what we've needed to do from a pre award planning and strategy acquisition strategy perspective and and prepare do do free solicitation preparation with the local VA MC stakeholders.

0:22:6.250 --> 0:22:9.140
Williams, Benjamin G
Uh, that will will carry out these actions.

0:22:9.470 --> 0:22:11.580
Williams, Benjamin G
Uh, with our acquisition professionals.

0:22:11.630 --> 0:22:12.110
Williams, Benjamin G
Uh.

0:22:12.120 --> 0:22:15.670
Williams, Benjamin G
Within the different national contracting offices, so.

0:22:17.110 --> 0:22:39.310
Williams, Benjamin G
We we do expect umm to have a finalized standardized procurement package that will that will be disseminated for initiation of proposals within within the next month.

0:22:39.320 --> 0:22:47.880
Williams, Benjamin G
So so by August, August 15th is is the big the big date we we have been working in making aware.

0:22:49.770 --> 0:22:51.840
Williams, Benjamin G
Providing awareness and socializing.

0:22:52.220 --> 0:23:6.60
Williams, Benjamin G
What the process will be the timeline will be and and the expectation that each Medical Center we'll we'll solicit ground and air ambulance service contracts. Uh.

0:23:8.440 --> 0:23:10.490
Williams, Benjamin G
Once that guidance is finalized.

0:23:11.160 --> 0:23:11.960
Williams, Benjamin G
So.

0:23:12.80 --> 0:23:12.590
Williams, Benjamin G
So what?

0:23:12.600 --> 0:23:14.70
Williams, Benjamin G
That what that really means for you.

0:23:14.80 --> 0:23:21.610
Williams, Benjamin G
All ads as industry providers and and and preparing for a response to the request for proposals.

0:23:22.240 --> 0:23:27.710
Williams, Benjamin G
It is is that that's the timeline that you should be anticipating soon thereafter.

0:23:28.570 --> 0:23:46.900
Williams, Benjamin G
You know August 15th and or on or about the beginning of September is when the AMC's will begin solicitations via the via the thesand.gov and and and our our National Contracting Office representatives.

0:23:48.390 --> 0:23:56.20
Williams, Benjamin G
So as as I mentioned or or I'm sorry as as many of you know and and I'm and I'm sure have have responded.

0:23:56.310 --> 0:23:57.140
Williams, Benjamin G
But we did.

0:23:57.190 --> 0:24:8.340
Williams, Benjamin G
Since the last industry day, we did put out requests for information which will which will provide us a lot of information that we'll use as the basis for our market research.

0:24:9.490 --> 0:24:15.390
Williams, Benjamin G
Umm, within the the local areas as we as we go through the.

0:24:16.940 --> 0:24:23.150
Williams, Benjamin G
Various specific acquisition process and acquisition guidelines that we have for federal agencies.

0:24:24.500 --> 0:24:27.950
Williams, Benjamin G
Prior to the actual solicitation process.

0:24:29.240 --> 0:25:27.230
Williams, Benjamin G
So, UM, finally again, you know our goal and and operationally on from from the VA side as well as you know from the Transportation Office Program, Office team perspective as well as you know our stakeholders in the field that we work with on a daily basis as well as the acquisition by we, we remain very confident that we have time in the timeline that we have prior to to February of next year that we can can ensure that we we do have ground and air ambulance service contracts at every Medical Center that covers the entire catchment area again pending you know ensuring that you know there are services provided to cover the entire service providers to cover the entire entire catchment area.

0:25:27.620 --> 0:25:50.90
Williams, Benjamin G
So you know, we're gonna be working very hard with you all to continue that effort and and ensure we meet that timeline and do not put any particular Medical Center or veterans who are servers by that Medical Center at a disadvantage for not having a provider under contract for those services prior to February of 2024.

0:25:51.130 --> 0:25:55.870
Williams, Benjamin G
UH-1 key point that I do want to make uh before we move on on this, this timeline.

0:25:57.540 --> 0:26:9.420
Williams, Benjamin G
All, all, all questions and or inquiries should be directed to the national points of contact that are listed in the sam.gov postings that associated with any ambulance contract questions.

0:26:10.450 --> 0:26:27.200
Williams, Benjamin G
Am I would I would love and my team would love to be able to, to, to meet with with all the industry providers, be able to answer questions specific to to, to to them of whether you know big, big, big or small.

0:26:27.850 --> 0:26:40.600
Williams, Benjamin G
But we are very involved in this process, so I know many of you have reached out to our office already and we have not been able to be, you know, as as responsive as we would you know.

0:26:41.360 --> 0:27:7.910
Williams, Benjamin G
We would like to be just just because we want to ensure that we retain the independent central required

based on our role in the acquisition process, our guidance to the facilities and and specifically our our engagement, uh with the local teams that are going to be soliciting the contract and reviewing the the proposals on the contracts.

0:27:8.200 --> 0:27:8.910
Williams, Benjamin G
We do it.

0:27:8.920 --> 0:27:11.240
Williams, Benjamin G
It does require we maintain that independence.

0:27:11.250 --> 0:27:11.590
Williams, Benjamin G
So.

0:27:11.600 --> 0:27:13.960
Williams, Benjamin G
So want to to reiterate that.

0:27:14.640 --> 0:27:24.670
Williams, Benjamin G
Any questions or inquiries that that you have or or your leadership team have about the upcoming solicitations and or?

0:27:26.350 --> 0:27:36.730
Williams, Benjamin G
And or process acquisition process should be directed to those national contact, non national contracting office points of contact in the sam.gov postings.

0:27:37.830 --> 0:27:38.380
Miller, Garth (VHA)
They'll Ben.

0:27:38.390 --> 0:27:48.660
Miller, Garth (VHA)
Do you intend to rehash the secretaries decision or the process by which VA went about leading to the secretary's decision?

0:27:48.670 --> 0:27:54.830
Miller, Garth (VHA)
Are you looking to move forward on on how we're actually going to implement the secretary's decision at this time?

0:27:56.510 --> 0:27:58.750
Williams, Benjamin G
So our our focus, Mr.

0:27:58.760 --> 0:27:59.760
Williams, Benjamin G
Miller, it's a good question.

0:27:59.810 --> 0:28:8.470
Williams, Benjamin G
Our focus is is continuing to work forward on, on, on, on implementation.

0:28:8.820 --> 0:28:11.570
Williams, Benjamin G
Umm is there there?

0:28:11.580 --> 0:28:18.960
Williams, Benjamin G
Is there isn't a, I'll say, an appetite to continue to, to relook.

0:28:18.970 --> 0:28:46.930
Williams, Benjamin G
We'll be happy to be responsive to any questions from industry or the hill on on how they the let's say of any any work products and or components with that that we we accomplished during or and or completed during the rulemaking process.

0:28:47.600 --> 0:28:59.740
Williams, Benjamin G
But any you know anything associated with specific acquisition and or discussion about the upcoming acquisition piece has to be focused?

0:29:0.580 --> 0:29:2.30
Williams, Benjamin G
With the contracting community.

0:29:2.40 --> 0:29:24.750
Williams, Benjamin G
So, uh, I think we've already provided written responses to to inquiries associated with UM with support of the the fiscal analysis done in in the region through through the rulemaking process, and all of that information is also publicly available in the Federal Register.

0:29:24.820 --> 0:29:24.950
Williams, Benjamin G
Yeah.

0:29:26.370 --> 0:29:34.840
Miller, Garth (VHA)
And so, umm, folks that have questions about UM inquiries, or hey, who do I reach out to to get involved to?

0:29:34.910 --> 0:29:43.780
Miller, Garth (VHA)

To answer questions, particularly at the local should both be directed towards the local medical centers or towards the National contracting Office.

0:29:43.790 --> 0:29:45.620
Miller, Garth (VHA)
What is the let's hear from PLO?

0:29:45.630 --> 0:29:48.140
Miller, Garth (VHA)
As far as I know, there's a lot of the questions that we've got in here.

0:29:48.390 --> 0:29:49.400
Miller, Garth (VHA)
How do we engage?

0:29:49.410 --> 0:29:50.780
Miller, Garth (VHA)
With whom do we engage?

0:29:51.10 --> 0:29:57.680
Miller, Garth (VHA)
Obviously the Secretary is not gonna be writing, you know, side handshake, bathroom bills, you know, preferred deals.

0:29:57.690 --> 0:30:0.720
Miller, Garth (VHA)
We're going through the open contracting process.

0:30:0.730 --> 0:30:2.880
Miller, Garth (VHA)
So let's let's try to leave folks in that direction.

0:30:4.630 --> 0:30:4.900
Williams, Benjamin G
Yeah.

0:30:4.910 --> 0:30:7.400
Williams, Benjamin G
So as I mentioned, Mr.

0:30:7.410 --> 0:30:13.700
Williams, Benjamin G
Miller, we eat each each each vision in the medical centers within the OR.

0:30:13.810 --> 0:30:16.760
Williams, Benjamin G
Sorry, the national contracting offices representing each.

0:30:18.450 --> 0:30:32.250
Williams, Benjamin G

Integrated Service network, which covers all VA medical centers, released requests for information that had a point of contact specific to to these this acquisition effort.

0:30:33.90 --> 0:30:39.630
Williams, Benjamin G
So those would be the points of contact that industry providers should direct their questions to.

0:30:42.570 --> 0:30:43.300
Williams, Benjamin G
And what?

0:30:43.310 --> 0:30:44.180
Williams, Benjamin G
Uh what?

0:30:44.190 --> 0:30:48.640
Williams, Benjamin G
Kenneth and and and has showing on the screen right now.

0:30:48.730 --> 0:30:59.180
Williams, Benjamin G
Those are the list of specifically, the RFI postings on sam.gov that can be referenced to find those specific individuals within our acquisition community to direct those questions to.

0:31:9.970 --> 0:31:10.210
Williams, Benjamin G
Right.

0:31:11.0 --> 0:31:11.610
Williams, Benjamin G
Thank you, Sir.

0:31:11.680 --> 0:31:12.920
Williams, Benjamin G
Good, good clarifications.

0:31:16.240 --> 0:31:18.330
Williams, Benjamin G
Alright, uh, next slide.

0:31:18.900 --> 0:31:23.170
Williams, Benjamin G
So, so again at moving forward from from the timeline.

0:31:25.770 --> 0:31:31.670
Williams, Benjamin G
Just again covering on what will go into to very great detail in, in, in our session this afternoon.

0:31:33.580 --> 0:31:34.830
Williams, Benjamin G
How how will we?

0:31:34.890 --> 0:32:3.80
Williams, Benjamin G
How will we implement specifically once we get to award and how we do business with the contracted vendors and the nuts and bolts of actual execution of of of the services in the contract, we will use a tool as I mentioned that that where VA will electronically request and and the vendor and the contracted vendor will accept accept or reject the.

0:32:5.490 --> 0:32:58.310
Williams, Benjamin G
Each each trip request and and we'll we'll use the the vet ride system to be able to track from from cradle to grave and we we believe very strongly that that we'll be able to to use the tool to efficiently manage the the ordering and acceptance process as well as provide a a streamline opportunity for for vendors to be able to to to submit their claim to to the VA based off of the verifiable goodness services received which will in the end provide the appropriate internal controls and documentation to provide for a timely review and adjudication of the claim and payment back to the vendor.

0:32:58.620 --> 0:33:12.580
Williams, Benjamin G
So we will, we will be able to again go over this in, in, in great detail and in our our team this afternoon that goes, goes through that ride.

0:33:12.590 --> 0:33:38.910
Williams, Benjamin G
We'll we'll cover cover all those specifics, but the big differentiation again it if you're one of the vendors or one of the industry providers that has a current contract with the agency it that that will be different than than the current environment is you know there will will no longer be any any batch claims that's a big challenge that we have and and ensuring that we make proper payments and accurate.

0:33:39.90 --> 0:33:46.760
Williams, Benjamin G
I managed to eligible beneficiaries in the current environment, especially for for contract claims that come in through tungsten or epubs.

0:33:47.290 --> 0:34:11.710
Williams, Benjamin G
So so that will be that will that will be different in, in the new environment and but but we also again because we have everything from cradle to grave and in the ordering system as well as documentation that the trip was completed and we do, we do believe that will provide more efficient adjudication and payment process.

0:34:14.970 --> 0:34:17.170
Williams, Benjamin G
Alright, next slide.

0:34:19.60 --> 0:34:19.390
Williams, Benjamin G
All right.

0:34:19.400 --> 0:34:25.350
Williams, Benjamin G
So, so, so next next steps where where do we where do we go from here in here?

0:34:25.360 --> 0:34:26.930
Williams, Benjamin G
Meaning this question.

0:34:26.940 --> 0:34:36.620
Williams, Benjamin G
Obviously, we're gonna have we reserved a great deal of time for questions and answers between now and, and the balance for the balance of this session.

0:34:37.570 --> 0:35:3.580
Williams, Benjamin G
But then once we finish this session, we'll we'll take a little bit of break, give everybody time to to grab some lunch and then resume at 1:00 o'clock and that and we'll have session two, which will be specifically geared towards the vet right application demonstration and the nuts and bolts of of the the electronic trip request process and how how that will look from the vendor perspective.

0:35:4.230 --> 0:35:11.690
Williams, Benjamin G
So excited to to show that and get some some initial feedback on that from from this group and then.

0:35:15.80 --> 0:35:23.770
Williams, Benjamin G
From from there, as I mentioned, the timeline, we're very close to having the standardized source station packages ready for the facilities to take action on the agency.

0:35:23.780 --> 0:35:32.510
Williams, Benjamin G
One thing I didn't mention before that that hopefully will will provide some additional confidence to see you all as industry providers.

0:35:33.370 --> 0:35:46.210
Williams, Benjamin G
Umm, our leadership are are, are VHA and VA leadership is paying very close attention to our progress on on this implementation effort.

0:35:46.830 --> 0:35:54.900
Williams, Benjamin G
They've established some some standards and expectations for beginning beginning in August.

0:35:55.430 --> 0:36:21.610
Williams, Benjamin G

The in the agency wide reporting and monitoring of the progress of the Solicitation award and and then leading into the execution monitoring uh that will UM and and plan to uh and and and I'll say that the internal requirements are, umm are that each each facility will will do this.

0:36:21.620 --> 0:36:31.880
Williams, Benjamin G
So we, we do have mechanisms in place to begin monitoring and reporting this and reporting it out to the highest level of the HA leadership and and and so.

0:36:31.890 --> 0:36:50.240
Williams, Benjamin G
So there's there is a lot of visibility and and priority being placed on this not just you know from us as a program office perspective and and our our acquisition partners and in in P&L O but also at that at the highest levels of VA leadership have made this a priority.

0:36:50.250 --> 0:37:8.220
Williams, Benjamin G
So to learn to let everyone know that we are continuing our stakeholder training, obviously the actions, the actions and timeline are dependent on those local local stakeholders taking the action where we are working with them.

0:37:9.100 --> 0:37:11.190
Williams, Benjamin G
Uh, daily, I would say.

0:37:11.250 --> 0:37:16.30
Williams, Benjamin G
And and and and at a minimum weekly on.

0:37:16.40 --> 0:37:31.880
Williams, Benjamin G
On monitoring their progress, finally we have not set a specific date, but I would I want to go ahead and and let you guys know in advance that we will be planning another industry day for the end of the last week of August.

0:37:31.930 --> 0:37:43.210
Williams, Benjamin G
Don't have the specific date and time yet, but the goal and that one would be to get again, continue the dialogue, transparency and the and give you guys an update on the the timeline.

0:37:44.470 --> 0:38:46.490
Williams, Benjamin G
Updated for for for that portion as well as you know continue to dialogue specific to any other questions that that you all have as we get to that point or between today and that point follow ONS with regard to to anything from session one or session to today as well as additional insight once we have the finalized uh once we have the finalized and contract or the sorry the acquisition package that that will be disseminated more than likely uh before that date to the facilities but very likely that in some instances

uh some of some RFP's will have been submitted by that date so that is that is the end of what we have prepared for this morning so Kenneth I'll turn it back over to you to start off the questions and answers.

0:38:47.650 --> 0:38:48.720
Dougherty, Kenneth M.
And thank you very much, Ben.

0:38:49.450 --> 0:38:50.370
Dougherty, Kenneth M.
OK, I would like to now.

0:38:49.900 --> 0:38:57.770
Miller, Garth (VHA)
Kenneth I I think a lot of the questions I've seen so far and I appreciate those of you who have held their questions and allowed us to get through the presentation.

0:38:58.120 --> 0:39:4.200
Miller, Garth (VHA)
We'll also extend that same courtesy that you all when when you're having your turn to speak or ask questions.

0:39:4.850 --> 0:39:5.290
Miller, Garth (VHA)
Umm.

0:39:5.630 --> 0:39:7.760
Miller, Garth (VHA)
And we'll do that in an orderly fashion.

0:39:7.770 --> 0:39:14.940
Miller, Garth (VHA)
I sure appreciate the courtesy and civility and and and just call them approach to getting our work done here today.

0:39:15.250 --> 0:39:30.0
Miller, Garth (VHA)
So Kenneth, I was just making sure that we have some folks from PLO that are going to be able to answer questions that are regarding the process going forward and what our contracting standards are and what's in and what's out.

0:39:30.300 --> 0:39:30.870
Miller, Garth (VHA)
Thanks so much.

0:39:31.320 --> 0:39:33.70
Dougherty, Kenneth M.
If that's correct, OK.

0:39:33.180 --> 0:39:39.150
Dougherty, Kenneth M.
So, umm for everyone, Please remember to use the raise your hand feature and one of the moderators
and me will address you by name.

0:39:40.80 --> 0:39:43.260
Dougherty, Kenneth M.
Once address, please unmute your microphone and ask your question.

0:39:48.230 --> 0:39:48.460
Alonzo Monts (Guest)
It was.

0:39:43.620 --> 0:39:51.720
Dougherty, Kenneth M.
Alternatively, questions and comments can be entered into the chat box and one of the moderators will
state the question or comment before the panel is all right.

0:39:51.730 --> 0:39:58.640
Dougherty, Kenneth M.
Let's start off with some questions that we have in the chat box and then we'll go to some of the raised
hands.

0:40:1.460 --> 0:40:7.830
Dougherty, Kenneth M.
Alright, so let's start off with, well easy one here from Miss Lauren.

0:40:7.840 --> 0:40:10.250
Dougherty, Kenneth M.
Lawyer, can we have the slide presentation?

0:40:10.260 --> 0:40:18.140
Dougherty, Kenneth M.
Yes, the slides will be made available as an amendment to the posting on sam.gov under the solicitation
node at the bottom of the slide.

0:40:18.150 --> 0:40:23.280
Dougherty, Kenneth M.
There another question from Ben Clayton why would we be competing?

0:40:23.670 --> 0:40:26.990
Dougherty, Kenneth M.
You need 911 response from whomever is available.

0:40:29.620 --> 0:40:30.70
Dougherty, Kenneth M.
So why?

0:40:30.80 --> 0:40:34.20
Dougherty, Kenneth M.
Why would the VA compete to get these on contract?

0:40:43.400 --> 0:40:43.710
Miller, Garth (VHA)
Yeah.

0:40:36.660 --> 0:40:44.10
Williams, Benjamin G
So, Mr Clayton, now, I'm not sure if if hopefully you're still on and and don't see you on video, but.

0:40:43.720 --> 0:40:48.990
Miller, Garth (VHA)
Then I think we, I think we want to have our PLO folks discuss contract and policies.

0:40:51.470 --> 0:40:52.80
Miller, Garth (VHA)
Yeah.

0:40:52.40 --> 0:40:52.240
Williams, Benjamin G
Sure.

0:40:52.370 --> 0:40:52.700
Miller, Garth (VHA)
Thank you.

0:40:56.730 --> 0:40:57.560
Williams, Benjamin G
Darcy, I know.

0:40:57.570 --> 0:40:58.290
Williams, Benjamin G
I know you're on.

0:40:57.680 --> 0:40:58.920
Ben Clayton
And yes, and I still AM.

0:41:2.890 --> 0:41:6.890
Walker, Evelyn E.
Hello, this is Evelyn Walker with contracting.

0:41:7.340 --> 0:41:8.930
Walker, Evelyn E.
So I can I can answer that.

0:41:10.470 --> 0:41:20.330
Walker, Evelyn E.

You know, we are obligated by the law and the Federal acquisition Regulation to promote competition within the market.

0:41:21.190 --> 0:41:21.670
Walker, Evelyn E.
Umm.

0:41:22.550 --> 0:41:26.330
Walker, Evelyn E.
And that is the reason for for that.

0:41:30.910 --> 0:41:33.430
Ben Clayton
Can I ask a clarifying question? No.

0:41:34.580 --> 0:41:34.860
Dougherty, Kenneth M.
Yes, Sir.

0:41:37.830 --> 0:41:40.900
Ben Clayton
So just I think my background might be important here.

0:41:40.970 --> 0:41:42.860
Ben Clayton
I enlisted in the Marine Corps in 1999.

0:41:43.170 --> 0:41:45.340
Ben Clayton
I spent a long time on active duty as a pilot.

0:41:46.70 --> 0:41:51.680
Ben Clayton
I'm currently the CEO of the we got about 50 aircraft and employ about 30% of veterans.

0:41:51.990 --> 0:41:52.970
Ben Clayton
Were it not for profit?

0:41:54.480 --> 0:41:54.870
Ben Clayton
Umm, what?

0:41:54.880 --> 0:41:55.750
Ben Clayton
I heard a couple.

0:41:55.840 --> 0:41:58.710
Ben Clayton
So when we get a call, it's a 911 call.

0:41:59.510 --> 0:42:1.200
Ben Clayton
Uh, it's the closest facility.

0:42:1.270 --> 0:42:12.940
Ben Clayton
It's the closest person that's available so that we can get there and we can save the life of whoever it is or we can get there in time for a stroke or a STEMI so that we can increase their quality of life so that we can reduce their time in the hospital.

0:42:13.980 --> 0:42:16.810
Ben Clayton
We don't know if they're about trend when we get the call.

0:42:16.820 --> 0:42:19.480
Ben Clayton
It's a 911 call or it's an emergency in a hospital.

0:42:20.360 --> 0:42:27.240
Ben Clayton
So my question I guess is changed cause you made the comment the comment about well, this is to encourage competition.

0:42:27.300 --> 0:42:30.150
Ben Clayton
Many of us in this room compete, and many of us were on the hill this week.

0:42:30.240 --> 0:42:35.330
Ben Clayton
All as competitors, but all talking about the same thing, that this will close basis.

0:42:35.340 --> 0:42:45.860
Ben Clayton
This will cause veterans harm, so I guess the question is like, are we really talking about contracting for 911 where it's the closest, most available?

0:42:45.870 --> 0:42:48.960
Ben Clayton
And by the way, there are more than 10,000 ground agencies in this country.

0:42:51.50 --> 0:42:54.630
Ben Clayton
Or are we talking about non emergent VA initiated transport?

0:42:56.760 --> 0:42:57.930
Williams, Benjamin G
So thanks.

0:42:58.420 --> 0:42:59.270
Williams, Benjamin G
Thanks, Mr Clayton.

0:42:59.280 --> 0:42:59.610
Williams, Benjamin G
Good.

0:42:59.620 --> 0:43:1.520
Williams, Benjamin G
Good to see you again from from last time.

0:43:2.850 --> 0:43:13.990
Williams, Benjamin G
So the answer answer your question it it so the scope of of what is included in payable at the contractor
rate are VA initiated contracts not the 911.

0:43:14.620 --> 0:43:17.970
Williams, Benjamin G
Sorry, VA initiated trips, not the 911 initiated trips.

0:43:17.980 --> 0:43:22.430
Williams, Benjamin G
I will say that some of those trips, umm, can be emergent.

0:43:24.820 --> 0:43:30.950
Williams, Benjamin G
But, but predominantly they are the the, the non non emergent trips.

0:43:31.20 --> 0:43:35.430
Williams, Benjamin G
So the 911 trips are not able to be paid under the contract and rates.

0:43:39.30 --> 0:43:41.540
Ben Clayton
So what they're what rate will they be paid out then?

0:43:43.60 --> 0:43:43.940
Ben Clayton
The 911 trips.

0:43:45.130 --> 0:43:50.170
Williams, Benjamin G
So 911 trips would be paid at the Medicare rate, 100% of the Medicare rate.

0:43:52.980 --> 0:43:53.590
Ben Clayton
We have a problem.

0:43:52.440 --> 0:44:2.810
Williams, Benjamin G
Or as the as the regulations, the as the regulation states 100% of the Medicare rate or the lesser of the build rate or the hundred 100% of the Medicare rate?

0:44:4.580 --> 0:44:16.810
Ben Clayton
To the thousands of veteran transports that are industry does nationally, you're gonna cut away about 3/4 of a billion or two a quarter of a billion dollars from from them in in reimbursement and you're gonna.

0:44:15.560 --> 0:44:18.410
Miller, Garth (VHA)
Yeah, Ben, I realize you're not cutting off anything.

0:44:18.420 --> 0:44:19.810
Miller, Garth (VHA)
You're not making that decision.

0:44:19.820 --> 0:44:23.220
Miller, Garth (VHA)
I realize you are implementing the secretaries in time.

0:44:23.230 --> 0:44:23.730
Miller, Garth (VHA)
Thank you, Ben.

0:44:32.630 --> 0:44:33.210
Dougherty, Kenneth M.
OK.

0:44:33.540 --> 0:44:35.110
Dougherty, Kenneth M.
So we'll move to our next question.

0:44:35.660 --> 0:44:43.110
Dougherty, Kenneth M.
Where can we find the fee schedule so we can make sure our rates we are receiving on the market research isn't Sky High.

0:44:43.120 --> 0:44:45.90
Dougherty, Kenneth M.
So do we have available the fee schedules?

0:44:45.100 --> 0:44:46.210
Dougherty, Kenneth M.
Weren't weren't could locate them.

0:44:49.280 --> 0:44:49.790
Hamilton, Brenda F.
Yes, Sir.

0:44:49.800 --> 0:44:51.550
Hamilton, Brenda F.
Is dropped in the chat room already.

0:44:51.560 --> 0:44:52.460
Hamilton, Brenda F.
I will add it again.

0:44:53.180 --> 0:44:53.610
Dougherty, Kenneth M.
OK.

0:44:53.620 --> 0:44:54.0
Dougherty, Kenneth M.
Thank you.

0:44:57.170 --> 0:45:3.940
Dougherty, Kenneth M.
The next question are you including 901 responses and unscheduled emergent transports from one
facility to another?

0:45:3.950 --> 0:45:5.260
Dougherty, Kenneth M.
I think you just touched on that.

0:45:10.950 --> 0:45:11.130
Dougherty, Kenneth M.
OK.

0:45:11.90 --> 0:45:11.830
Christopher Hall
Uh, excuse me.

0:45:11.840 --> 0:45:13.970
Christopher Hall
Christopher Hall is one that answered that that asked that question.

0:45:16.150 --> 0:45:16.370
Dougherty, Kenneth M.
Please.

0:45:13.980 --> 0:45:18.80
Christopher Hall
May I follow up with the clarifying question. OK?

0:45:18.250 --> 0:45:18.540
Christopher Hall
Umm.

0:45:18.550 --> 0:45:26.550
Christopher Hall
And I appreciate Mr Miller's a confirmation that that this call is not not meant to question the VA
secretary's decision.

0:45:26.560 --> 0:45:41.460
Christopher Hall
'S decision, I think what we're concerned about is the effect of the VA secretary's decision, and that is to
clarify bins, question and answer to I'm going to Ben Williams.

0:45:41.990 --> 0:45:43.800
Christopher Hall
This is not $1,000,000 question.

0:45:44.210 --> 0:46:4.240
Christopher Hall
This is a 200 to $300 million question when you get Medicare rates for all the 911 generated veterans
that are trans, 91 calls that transport veterans and when those are reimbursed at the Medicare rate,
you're going to see a sharp reduction in reimbursement, a sharp reduction in the sustainability of these
services for veterans.

0:46:4.990 --> 0:46:18.300
Christopher Hall
You're going to see longer response times, delays in pair, worse outcomes, and even far greater spending
by the VA to take care of veterans who have had worse outcomes from delayed care.

0:46:19.320 --> 0:46:29.460
Christopher Hall
We urge you to consider the delay of the timeline so we can get all these contracts in place, not
questioning the Secretary decision, questioning the timeline.

0:46:29.930 --> 0:46:30.250
Christopher Hall
Thank you.

0:46:32.320 --> 0:46:32.550
Williams, Benjamin G
Yeah.

0:46:32.560 --> 0:46:33.450
Williams, Benjamin G
Thank you, Mr Hall.

0:46:33.460 --> 0:46:34.280
Williams, Benjamin G
And and and again.

0:46:35.770 --> 0:46:36.680
Williams, Benjamin G
I appreciate.

0:46:36.690 --> 0:47:3.830
Williams, Benjamin G
I appreciate that and and and part of of again what we're working toward and what we're again focusing on is is making sure and monitoring early as early in the process as we can get get started you know with the solicitation, yeah it will be monitoring to ensure it progress towards towards meeting the implementation goals and making sure that we do have those contracts in place.

0:47:8.830 --> 0:47:9.400
Dougherty, Kenneth M.
Thank you.

0:47:9.910 --> 0:47:15.110
Dougherty, Kenneth M.
Alright, let's hear from David Motzkin in the header hand racer.

0:47:17.980 --> 0:47:18.800
David S. Motzkin
Uh, yes, I do.

0:47:18.810 --> 0:47:20.800
David S. Motzkin
And thank you for taking the question.

0:47:23.320 --> 0:47:27.890
David S. Motzkin
Not to not to beat a dead horse, but this is this is so magnanimous.

0:47:27.900 --> 0:47:34.130
David S. Motzkin
I just wanna make sure we have clarity, one person and and we spent, you know, the last three days on the hill.

0:47:34.810 --> 0:47:39.140
David S. Motzkin
Uh, and I've confirmed what we're speaking for.

0:47:39.150 --> 0:47:55.760
David S. Motzkin
90% of the non fire department based ground and air services, 1% of our transports are VA to VA rescheduled events and I don't mean 1% as a euphemism.

0:47:55.770 --> 0:47:57.340
David S. Motzkin
I mean it as a calculation.

0:47:58.550 --> 0:48:17.780
David S. Motzkin
99% of the transports we do is a veteran having an emergency in the community, a heart attack at Walmart 911 is activated by a, you know, bystander, the appropriate agency response and transports.

0:48:18.410 --> 0:48:21.400
David S. Motzkin
VA pays the bill. The.

0:48:22.560 --> 0:48:42.80
David S. Motzkin
Reduction from the current practice to Medicare is between an 80 and 90% reduction in payment, has well north of a $300 million impact on the emergency resources for this country.

0:48:44.730 --> 0:48:48.310
David S. Motzkin
The VA did not go through OMB review.

0:48:49.660 --> 0:49:24.900
David S. Motzkin
I don't believe that the magnitude of the impending disaster this will result in has been honestly or accurately transmitted to the decision makers and the lawmakers I beg of you delay until we can have this conversation in whole with industry, but to take the position that the VA is not accountable for the impact simply because they don't set Medicare rates is unsustainable.

0:49:25.900 --> 0:49:33.520
David S. Motzkin
And it's unconscionable, I beg of you, please bring us to the table and let us work through this with you.

0:49:34.590 --> 0:49:35.900
David S. Motzkin
You cannot.

0:49:36.160 --> 0:49:47.20
David S. Motzkin
It is impossible to contract with enough providers to not substantially harm the emergency response capability of this country.

0:49:48.480 --> 0:49:55.400
David S. Motzkin
Please hit the pause button long enough for us to have this conversation in a real way.

0:49:56.370 --> 0:50:8.20
David S. Motzkin

We respect the position of the Secretary, we want to help you reduce cost the way we are going about it is not gonna produce the result you're intending.

0:50:9.220 --> 0:50:25.710
David S. Motzkin
Uh, I I I hope that you're that that you're understanding the I I I I just can't believe the VA has the facts in hand and are going to go head down and charge through with this decision and thanks for hearing me out.

0:50:29.790 --> 0:50:30.660
Williams, Benjamin G
Thank you, Mr Mosca.

0:50:31.850 --> 0:50:32.580
Dougherty, Kenneth M.
Thank you, Sir.

0:50:33.130 --> 0:50:37.540
Dougherty, Kenneth M.
Alright, Mr Christopher Eastley, would you like to come off mute, please?

0:50:44.230 --> 0:50:44.940
Christopher Eastlee
I can't thank you.

0:50:44.950 --> 0:50:45.410
Christopher Eastlee
Can you hear me?

0:50:47.10 --> 0:50:47.310
Williams, Benjamin G
Yes, Sir.

0:50:46.980 --> 0:50:47.430
Dougherty, Kenneth M.
Yes, we can.

0:50:47.720 --> 0:50:48.40
Christopher Eastlee
Great.

0:50:48.50 --> 0:50:48.310
Christopher Eastlee
Great.

0:50:48.320 --> 0:50:54.810
Christopher Eastlee
I I I need to ask a clarifying question and it goes to the points that have already been made.

0:50:55.200 --> 0:51:6.590
Christopher Eastlee
But but you had said, umm, that the calls the request for ambulance transport, the emergency, the request for emergency ambulance transport.

0:51:7.830 --> 0:51:15.960
Christopher Eastlee
Uh that come through 911 that are not initiated by VA that are initiated by someone else.

0:51:16.350 --> 0:51:30.350
Christopher Eastlee
So those those requests for emergency ambulance transport that are not requested by VA will be paid Medicare, regardless of whether or not that ambulance provider has a contract with VA, is that correct?

0:51:37.600 --> 0:51:38.120
Williams, Benjamin G
Yes, Sir.

0:51:38.130 --> 0:51:43.350
Williams, Benjamin G
Mr Easley, that is, that is the guides that we've been provided by our acquisition team and general counsel.

0:51:44.470 --> 0:51:47.960
Christopher Eastlee
And is that noted in the rule?

0:51:48.610 --> 0:51:52.880
Christopher Eastlee
Is that an interpretation of the rule through guidance and it's that guidance public?

0:52:2.870 --> 0:52:13.500
Williams, Benjamin G
I don't I I will have to get back with you in terms of I I do know that it is not explicit within in the rule.

0:52:14.150 --> 0:52:25.880
Williams, Benjamin G
I would say that traditionally have the differentiation comes into where and we talked about this a little bit in the last time we we discussed this.

0:52:26.430 --> 0:52:27.970
Williams, Benjamin G
Umm, emergent.

0:52:28.800 --> 0:52:41.850
Williams, Benjamin G
Typically because of the makeup of of VA medical centers, emergent ambulance goes to the community and again the different and you guys are very well aware of this and you guys don't know you're picking up a veteran.

0:52:41.980 --> 0:52:48.540
Williams, Benjamin G
You don't know that ultimately VA will be the payer typically until far down the road in the process.

0:52:49.230 --> 0:52:52.980
Williams, Benjamin G
Umm, so part of that is, is the.

0:52:53.350 --> 0:53:4.410
Williams, Benjamin G
It is a I'll say what has has driven the the line to be drawn of what's in scope of of, of what's available to be paid.

0:53:4.420 --> 0:53:24.240
Williams, Benjamin G
I know part of our our goal was to include those ones that are payable under 17-O3 or the beneficiary travel eligibility or sorry 38 USC 111 which again not to get into law speak and and into the weeds of that.

0:53:24.250 --> 0:53:25.90
Williams, Benjamin G
But that was our goal.

0:53:25.100 --> 0:53:35.110
Williams, Benjamin G
To be able to include anything payable under BT, whether it originated in the community or or sorry originated from a non one called or VA initiated.

0:53:35.520 --> 0:53:36.30
Williams, Benjamin G
But I'll.

0:53:36.40 --> 0:53:37.90
Williams, Benjamin G
I'll. I'll pass.

0:53:37.150 --> 0:53:44.270
Williams, Benjamin G
I'll pass to one of my colleagues from Miss Darcy Horvat from procurement logistics to give some more detail.

0:53:45.730 --> 0:53:46.140
Horvat, Darcy S. (VHACLE) (she/her/hers)
Hi there.

0:53:46.150 --> 0:53:46.480
Horvat, Darcy S. (VHACLE) (she/her/hers)
Yes.

0:53:46.650 --> 0:53:55.340
Horvat, Darcy S. (VHACLE) (she/her/hers)
So the when a call doesn't originate from VA, then no one in VA has authorized it, so that violates that.

0:53:55.350 --> 0:54:1.680
Horvat, Darcy S. (VHACLE) (she/her/hers)
So it's a federal acquisition issue, not part of The Reg for for BT.

0:54:2.110 --> 0:54:6.30
Horvat, Darcy S. (VHACLE) (she/her/hers)
So we have to have someone with the authority in VA to authorize that.

0:54:6.40 --> 0:54:9.380
Horvat, Darcy S. (VHACLE) (she/her/hers)
And obviously with a 911, you're not going to have that.

0:54:9.390 --> 0:54:23.800
Horvat, Darcy S. (VHACLE) (she/her/hers)
So we would need some type of legislative to relief to essentially pay after a fact rates in a contract for 911 when a non VA person at authorized that 911 call.

0:54:26.770 --> 0:54:27.220
Christopher Eastlee
Thank you.

0:54:27.230 --> 0:54:46.80
Christopher Eastlee
So and and and again just to be very, very clear, because I as as you well know, this is our, this is the the central issue here because the vast, the, the vast majority is, Mr Motzkin said, 99% of the transports that we are doing for veterans do not come at the request of a VA facility.

0:54:46.330 --> 0:54:57.500
Christopher Eastlee
So all of those emergency transport requests that do not come through VA would be paid Medicare under this rule.

0:54:59.290 --> 0:55:0.540
Horvat, Darcy S. (VHACLE) (she/her/hers)
As it currently stands, yes.

0:55:1.490 --> 0:55:1.850
Christopher Eastlee
Thank you.

0:55:5.910 --> 0:55:6.240
Dougherty, Kenneth M.
OK.

0:55:6.250 --> 0:55:9.580
Dougherty, Kenneth M.
Next question is from Jose Acosta.

0:55:10.10 --> 0:55:23.700
Dougherty, Kenneth M.
If our current contract includes VA initiated trips along with the contract and 911 calls, will the API 89 supersede our current contract as it pertains to reimbursing contracted rates for another one calls?

0:55:33.60 --> 0:55:38.60
Williams, Benjamin G
So I'll I'll need it to defer to our acquisition focus on that one.

0:55:40.190 --> 0:55:40.560
Horvat, Darcy S. (VHACLE) (she/her/hers)
Yeah.

0:55:40.610 --> 0:55:44.180
Horvat, Darcy S. (VHACLE) (she/her/hers)
And I I would have to look at that contract because I'm not sure how they're doing it.

0:55:44.230 --> 0:55:49.580
Horvat, Darcy S. (VHACLE) (she/her/hers)
The only way it would work is if somewhere along the way, someone in the VA authorized at 911 call.

0:55:49.690 --> 0:55:53.470
Horvat, Darcy S. (VHACLE) (she/her/hers)
Otherwise they I'm not sure how they have that rate in their contract.

0:55:54.540 --> 0:55:54.740
Dougherty, Kenneth M.
OK.

0:55:56.0 --> 0:55:56.490
Dougherty, Kenneth M.
OK.

0:55:56.500 --> 0:55:58.370
Dougherty, Kenneth M.
Next question is from Deb.

0:55:58.480 --> 0:56:4.670
Dougherty, Kenneth M.
Medicare rates are below cost to provide the services and this will not be sustainable for our industry.

0:56:5.80 --> 0:56:9.630
Dougherty, Kenneth M.
You will lose participation and this will end it costing more in the long run.

MEDSTAR_000138

0:56:10.490 --> 0:56:13.100
Dougherty, Kenneth M.
I urge the Secretary to reconsider this regulation.

0:56:13.970 --> 0:56:20.770
Dougherty, Kenneth M.
What happens if you have no participating ambulance vendors or delays as a result of shifting resources?

0:56:26.360 --> 0:56:28.260
Dougherty, Kenneth M.
So I I take that more as a comment.

0:56:30.130 --> 0:56:37.120
Dougherty, Kenneth M.
Mommy wants, after what happens if you have no participating ambulance vendors or delays as a result of a shifting of resources.

0:56:48.870 --> 0:56:49.680
Williams, Benjamin G
Yeah. I'm sorry.

0:56:49.690 --> 0:56:55.960
Williams, Benjamin G
I'm sorry, Dev, I I don't necessarily have a a kind of take that as a as a vertical as well.

0:56:55.970 --> 0:57:6.390
Williams, Benjamin G
I think that the kind of we discussed a little bit, you know in the past and one of our goals for for contracting, I I do think some of the non contracted or.

0:57:8.290 --> 0:57:17.390
Williams, Benjamin G
And some of the volume can shift if as we're able to accomplish an enterprise wide contracting effort for.

0:57:19.70 --> 0:57:19.910
Williams, Benjamin G
For Aaron ground.

0:57:19.930 --> 0:57:20.320
Williams, Benjamin G
Ambulance.

0:57:21.270 --> 0:57:39.530
Williams, Benjamin G
So I do think some of that volume will shift, but yeah, we'll, we'll continue to to work to make sure that what we can influence within the scope of what's in the current law and the regulation, the ability to impact that we we maximize the services available to veterans.

0:57:40.910 --> 0:57:41.220
Deb
Yeah.

0:57:41.230 --> 0:57:41.600
Deb
Thank you.

0:57:41.610 --> 0:57:42.570
Deb
I appreciate that.

0:57:42.580 --> 0:58:1.120
Deb
And I guess what I'd like to stress is something that another one of the participants said, which is if we had more time for you to really understand current costs, I think that would have been really helpful in the decision making process because I'm not sure that the Secretary is aware of how the industries costs have increased over the last few years.

0:58:3.0 --> 0:58:3.480
Williams, Benjamin G
Thank you, ma'am.

0:58:4.990 --> 0:58:5.390
Deb
Thank you.

0:58:6.80 --> 0:58:9.140
Dougherty, Kenneth M.
In this uh, next questions from Mr Ben Clayton.

0:58:9.870 --> 0:58:12.80
Dougherty, Kenneth M.
Uh, this strike the Ben Williams.

0:58:12.210 --> 0:58:15.760
Dougherty, Kenneth M.
You said the contracts will not cover 911 and emergency.

0:58:16.270 --> 0:58:23.350
Dougherty, Kenneth M.
So for those of us who provide 911 service, you were stating we have no option to contract and we must accept Medicare rates.

0:58:26.700 --> 0:58:41.440
Williams, Benjamin G
So as as as as SRC mentioned with the current legislation, the way that it is and and with the regulation that is that is accurate or non VA initiated ambulance trips.

0:58:42.730 --> 0:58:43.70
Dougherty, Kenneth M.
Thank you.

0:58:44.370 --> 0:58:45.850
Dougherty, Kenneth M.
OK, I see.

0:58:45.860 --> 0:58:48.190
Dougherty, Kenneth M.
Kathy Lester has her hand rings. Kathy.

0:58:50.810 --> 0:58:52.320
Kathy Lester
Hi, thank you so much.

0:58:52.330 --> 0:59:2.60
Kathy Lester
This is an incredibly helpful just want to make sure I understand that we have sort of 2 different laws going on and Darcy.

0:59:2.70 --> 0:59:12.680
Kathy Lester
This is probably for you, just to make sure I understand what your boundaries and and the box that you guys are functioning is 1 is that under the procurement laws?

0:59:13.230 --> 0:59:29.110
Kathy Lester
Do I understand correctly that in order to have a contractor to pay a contracted rate, the statute currently requires you to approve each and every service regardless of whether it's an ambulance, transport or a doctor's appointment?

0:59:29.680 --> 0:59:29.990
Kathy Lester
Umm.

0:59:30.160 --> 0:59:50.660
Kathy Lester
And then my second question is, umm, do you all interpret the statutory authority to use Medicare rates as a requirement or is that something that was decided at the agency level just again to make sure I sort of understand the lay of the land, but thank you.

0:59:50.720 --> 0:59:51.410
Kathy Lester
Appreciate the help.

0:59:52.370 --> 0:59:53.900
Horvat, Darcy S. (VHACLE) (she/her/hers)
Sure, I can take the first one.

0:59:53.950 --> 0:59:55.680
Horvat, Darcy S. (VHACLE) (she/her/hers)
This is Darcy's uh.

0:59:55.690 --> 1:0:1.420
Horvat, Darcy S. (VHACLE) (she/her/hers)
So according to to the federal acquisition, you have to have an authorized person place an order.

1:0:1.430 --> 1:0:6.30
Horvat, Darcy S. (VHACLE) (she/her/hers)
So a contracting officer who has the warrant and the authority to obligate government funds.

1:0:6.870 --> 1:0:8.820
Horvat, Darcy S. (VHACLE) (she/her/hers)
So that's where a 911 calls.

1:0:8.830 --> 1:0:19.500
Horvat, Darcy S. (VHACLE) (she/her/hers)
You would not have that cause whoever is ordering it is not obviously a warranted contracting officer or know that funds is a set aside or or any of that.

1:0:20.680 --> 1:0:20.960
Kathy Lester
OK.

1:0:19.690 --> 1:0:23.210
Horvat, Darcy S. (VHACLE) (she/her/hers)
So that's why it, you know, and so we would need to work.

1:0:25.260 --> 1:0:36.970
Horvat, Darcy S. (VHACLE) (she/her/hers)
There's some special approvals are 30s through a deviation or something for that to occur for it to be part of a contract where we could pay something after the fact.

1:0:36.980 --> 1:0:39.890
Horvat, Darcy S. (VHACLE) (she/her/hers)
Typically that would be considered an unauthorized commitment.

1:0:41.320 --> 1:0:41.850
Kathy Lester
OK.

1:0:41.920 --> 1:0:42.840
Kathy Lester
Is that's helpful.

1:0:42.850 --> 1:0:43.430
Kathy Lester
Thank you.

1:0:43.440 --> 1:0:53.900
Kathy Lester
And am I right that it was secretarial discretion to apply the Medicare rate or again, do you guys read that statutory authority as being more binding?

1:0:55.320 --> 1:0:55.770
Williams, Benjamin G
Yes, ma'am.

1:0:55.780 --> 1:0:56.710
Williams, Benjamin G
This letter I can take.

1:0:56.760 --> 1:0:57.810
Williams, Benjamin G
I can take that one.

1:0:58.130 --> 1:0:58.390
Kathy Lester
Thanks.

1:0:58.60 --> 1:1:7.470
Williams, Benjamin G
So that that shirt statutory authority was provided back in 2011, I believe that I don't have the public law right in front of me, but I'm sure we can get that citation.

1:1:16.640 --> 1:1:16.950
Kathy Lester
OK.

1:1:8.0 --> 1:1:19.630
Williams, Benjamin G
But it provided the agency, the agency, the ability to similar to to the other pay other government and other other government payers to pay the Medicare rate in.

1:1:19.640 --> 1:1:40.510
Williams, Benjamin G
In this instance, it did take regulation and rulemaking 2 step rule making process to to to implement that and that's something that again follows the the OMB process but but ultimately it's it's it's it's not signed by by the the Secretary.

1:1:41.10 --> 1:1:41.520
Kathy Lester
Excellent.

1:1:41.530 --> 1:1:42.40
Kathy Lester
Well, thank you.

1:1:42.50 --> 1:1:42.820
Kathy Lester
That was super helpful.

1:1:42.830 --> 1:1:43.900
Kathy Lester
I appreciate both answers.

1:1:45.240 --> 1:1:45.340
Williams, Benjamin G
Yeah.

1:1:46.220 --> 1:1:46.550
Williams, Benjamin G
Thank you.

1:1:48.220 --> 1:1:48.610
Dougherty, Kenneth M.
They are.

1:1:48.620 --> 1:1:57.610
Dougherty, Kenneth M.
Next question is coming from the chat for Mr Chris Archuleta under contract now under the contract, we have now pay.

1:1:57.650 --> 1:1:59.640
Dougherty, Kenneth M.
Uh, sorry under contract.

1:1:59.650 --> 1:2:14.280
Dougherty, Kenneth M.
Now we have pay scale mandates, response criteria that require us even on facility transports to initiate certain transports within minutes and long distance transports to be completed within a specific time range.

1:2:14.730 --> 1:2:23.910
Dougherty, Kenneth M.
These transports will be affected as there are 0 incentives and how can they mandate high pay scales when decreasing our revenue?

1:2:28.850 --> 1:2:29.10
Dougherty, Kenneth M.
So.

1:2:28.440 --> 1:2:30.740
Horvat, Darcy S. (VHACLE) (she/her/hers)
Now, if you're under contract, it's not going to change.

1:2:32.80 --> 1:2:32.590
Horvat, Darcy S. (VHACLE) (she/her/hers)
So I'm not.

1:2:32.600 --> 1:2:35.80
Horvat, Darcy S. (VHACLE) (she/her/hers)
I'm not sure if they're the how the the question there.

1:2:37.390 --> 1:2:39.220
Dougherty, Kenneth M.
So the contract rates will be applied.

1:2:39.230 --> 1:2:43.950
Dougherty, Kenneth M.
So Darcy, if I understand you, if they're under contract and the contractor rates will apply, correct.

1:2:44.460 --> 1:2:44.700
Horvat, Darcy S. (VHACLE) (she/her/hers)
Correct.

1:2:45.690 --> 1:2:45.940
Dougherty, Kenneth M.
OK.

1:2:46.70 --> 1:2:46.450
Dougherty, Kenneth M.
Thank you.

1:2:47.650 --> 1:2:49.890
Dougherty, Kenneth M.
OK, have another hand raised here.

1:2:55.270 --> 1:2:58.290
Dougherty, Kenneth M.
OK, Kathy Lesser, did you have another question?

1:3:1.510 --> 1:3:2.180
Kathy Lester
I did not.

1:3:2.610 --> 1:3:2.880
Dougherty, Kenneth M.
Open.

1:3:2.190 --> 1:3:4.290
Kathy Lester
I apologize, I just forgot to take down my hand.

1:3:4.810 --> 1:3:5.380
Dougherty, Kenneth M.
No worries.

1:3:5.770 --> 1:3:6.200
Dougherty, Kenneth M.
OK.

1:3:6.210 --> 1:3:9.260
Dougherty, Kenneth M.
Next, Nick Lowe, bokaro.

1:3:16.180 --> 1:3:16.730
Loporcaro, Nick
Could you hear me?

1:3:17.290 --> 1:3:17.910
Dougherty, Kenneth M.
Yes, we can.

1:3:18.940 --> 1:3:19.610
Loporcaro, Nick
Uh, sorry.

1:3:19.890 --> 1:3:20.390
Loporcaro, Nick
Thank you.

1:3:20.400 --> 1:3:21.890
Loporcaro, Nick
Thank you for taking my question.

1:3:22.360 --> 1:3:46.220
Loporcaro, Nick
Related to the same theme on the impact here and as my colleague Dave Botkin brought up our our estimate, their only will be well N at $300 million an impact for assessing the ground impact here for 911 emergent calls we've all confirmed at least three times here that what we're being told is that'll be paid at Medicare rates.

1:3:47.130 --> 1:3:54.10
Loporcaro, Nick
Umm my question then back to all of you is what have you calculated as the financial impact cause?

1:3:54.20 --> 1:3:59.460
Loporcaro, Nick
As I read the document back from February, you've estimated it's less than $100 million.

1:4:0.530 --> 1:4:10.480
Loporcaro, Nick

And yet, with all of our data collectively as an industry, as they've mentioned, we had three days of the whole industry together.

1:4:11.310 --> 1:4:24.600
Loporcaro, Nick
We have an extreme level of confidence that the impact here is well north of 300,000,000 and when we layer back in all of the ground 911 impact, I would imagine that number will inflate considerably.

1:4:24.890 --> 1:4:29.960
Loporcaro, Nick
So my question back to all of you is what have you calculated the impact to be on the industry?

1:4:42.750 --> 1:4:42.940
Loporcaro, Nick
Yeah.

1:4:35.780 --> 1:4:43.320
Williams, Benjamin G
So, Sir, on I know and sorry I I I I would probably butcher your last name if I if I address you directly. So.

1:4:44.360 --> 1:4:46.100
Loporcaro, Nick
Nick, Nick is fine, please.

1:4:46.430 --> 1:4:47.200
Williams, Benjamin G
Neck, neck.

1:4:47.210 --> 1:4:47.500
Williams, Benjamin G
OK.

1:4:47.510 --> 1:4:47.830
Williams, Benjamin G
Thanks.

1:4:49.610 --> 1:4:52.400
Williams, Benjamin G
So I I definitely I certainly can provide.

1:4:52.410 --> 1:5:2.920
Williams, Benjamin G
We or office certainly can provide the details of of the financial impact analysis that was provided and conducted during the two stage rule making process that did go through the OMB process.

1:5:2.930 --> 1:5:4.700
Williams, Benjamin G
So happy to provide that detail.

1:5:5.570 --> 1:5:13.70
Williams, Benjamin G
So to all the industry stakeholders, I think you know, you know obviously the rulemaking process takes time.

1:5:13.80 --> 1:5:24.910
Williams, Benjamin G
I know things have have have changed from, you know, a cost perspective and things even even as recent as you know things in the in the last year with salaries and wages, inflation, things, things like that.

1:5:24.920 --> 1:5:27.550
Williams, Benjamin G
So, you know, happy.

1:5:27.610 --> 1:5:40.140
Williams, Benjamin G
You know, I I think that's that's something that I think the right at that's are are are being taken to to engage with with the legislators on that.

1:5:40.730 --> 1:5:47.990
Williams, Benjamin G
I think you know, as we've we've talked today, there's, you know there there's there's opportunity for.

1:5:49.10 --> 1:5:56.300
Williams, Benjamin G
And to be able to pay at the contract if we're right with the right legislation, legislative relief for those 911 calls.

1:5:56.740 --> 1:6:22.540
Williams, Benjamin G
And I think that information and and maybe the the, the discrepancy between what was, uh, computed and vetted there through the the the OMB rulemaking process that the agency performed compared to what you guys have now collectively as and as as an industry is something that could definitely help leverage that.

1:6:22.550 --> 1:6:32.10
Williams, Benjamin G
So I've I've personally, you know, would would be interested to see some more of the data and and maybe the the disconnect but.

1:6:33.690 --> 1:6:44.150
Williams, Benjamin G
You know currently from our our focused, our focus now is to be able to maximize you know the ability to contract in the and and the influence and the top with the time on that that that we have.

1:6:44.220 --> 1:6:57.440
Williams, Benjamin G

So outside of the the the current discussion, happy to and the focus on on taking that their current regulation and implementing it as it stands currently.

1:6:58.280 --> 1:7:1.910
Williams, Benjamin G
Umm, you know, we can we can take a look at it.

1:7:1.920 --> 1:7:6.380
Williams, Benjamin G
Any data discrepancies and go from there.

1:7:8.200 --> 1:7:10.630
Loporcaro, Nick
And then if I may, if I may address you as Ben.

1:7:10.640 --> 1:7:11.230
Loporcaro, Nick
Thank you.

1:7:11.730 --> 1:7:11.910
Williams, Benjamin G
Sure.

1:7:11.880 --> 1:7:14.640
Loporcaro, Nick
And and I don't mean to be flipped with this comment.

1:7:15.680 --> 1:7:25.280
Loporcaro, Nick
If you simply look at what the VA is reimbursing today and compare it to the Medicare rate schedule, you will arrive at the same calculation.

1:7:25.290 --> 1:7:39.600
Loporcaro, Nick
And it's not about our cost base because we are at, that's another fight as you're aware of and and we're not putting that on you but but that number gets to our number pretty quick and and so that in and of itself I think is a red flag.

1:7:39.900 --> 1:7:42.520
Loporcaro, Nick
I'm not gonna be on this call threatening that.

1:7:42.530 --> 1:7:43.980
Loporcaro, Nick
We're gonna close bases.

1:7:43.990 --> 1:7:53.360
Loporcaro, Nick

All I will tell you is it'll be inevitable if we go down this path and if we do it on the on this timeline and I will join my peers plea here.

1:7:54.850 --> 1:8:36.490
Loporcaro, Nick
We need an amount of appropriate time to sit down with all of you so that we can truly understand what it is you're trying to solve and we are willing participants because if what you're saying is you're just simply mandating that we're gonna be paid at Medicare rates for 911 calls, this is this is not a contracting issue any longer for us, this is we've gotta sit down and understand the impact this is gonna have on the industry and and please understand that all of us and I, I will speak on behalf of all of my peers and colleagues on this phone, wanna continue to serve veterans, serve them well and even more importantly, the communities that those veterans live in have other underserved individuals as well.

1:8:36.500 --> 1:8:40.180
Loporcaro, Nick
So this goes beyond just the veteran community.

1:8:40.190 --> 1:8:42.900
Loporcaro, Nick
For whatever it's worth, but thank you for taking my question.

1:8:46.580 --> 1:8:48.400
Williams, Benjamin G
Yes, Sir. Mr.

1:8:48.410 --> 1:8:49.240
Williams, Benjamin G
Miller, did you have something?

1:8:51.630 --> 1:8:52.510
Miller, Garth (VHA)
Uh, OK.

1:8:53.280 --> 1:8:53.850
Miller, Garth (VHA)
Yeah, I'll.

1:8:53.860 --> 1:8:54.550
Miller, Garth (VHA)
I'll defer.

1:8:54.600 --> 1:8:55.70
Miller, Garth (VHA)
I'll, I'll.

1:8:55.80 --> 1:8:56.50
Miller, Garth (VHA)
I'll differ, right?

1:8:56.60 --> 1:9:3.870
Miller, Garth (VHA)
I I certainly would would point to this is the second of four planned engagements and iteration.

1:9:3.880 --> 1:9:6.290
Miller, Garth (VHA)
We will take our time to engage with you.

1:9:6.380 --> 1:9:12.330
Miller, Garth (VHA)
We will take our time to receive that feedback.

1:9:12.660 --> 1:9:34.60
Miller, Garth (VHA)
We are receiving some of you, our our, I don't know if it's the lobbyists or or directly to the hill or if you're on the hill right now, but they were certainly receiving not only questions in the chat, but we're receiving your same questions in the chat from your representatives that you're working with on the hill.

1:9:35.30 --> 1:9:45.50
Miller, Garth (VHA)
And this iteration hasn't even ended yet, so I'm giving updates to our office of Tigress and congressional and legislative affairs.

1:9:45.810 --> 1:9:46.330
Miller, Garth (VHA)
Umm.

1:9:47.850 --> 1:9:48.100
Loporcaro, Nick
It.

1:9:46.530 --> 1:10:3.400
Miller, Garth (VHA)
So perhaps maybe we wanted just invite the lobbyists and the Congress members of Congress being to the industry day so that we can all just have the conversation out in the open versus looping around, you know, via our various networks and sending emails.

1:10:3.470 --> 1:10:16.170
Miller, Garth (VHA)
I'll certainly wait to respond to the emails until after the presentation here is done and we will commit to continue to have an industry data and bringing new all in and receiving your feedback and kind and in good faith.

1:10:17.590 --> 1:10:17.930
Miller, Garth (VHA)
Thank you.

1:10:19.690 --> 1:10:20.500
Loporcaro, Nick
And and Mr.

1:10:20.510 --> 1:10:37.520
Loporcaro, Nick
Miller, if I, if I may just interject, just so you can appreciate as well, we're on a different timeline as you can appreciate, we've been engaged with all of you for over a year, if not 15 to 18 months and all of our groups have decisions to make.

1:10:37.530 --> 1:10:40.540
Loporcaro, Nick
We're probably within 30 days of having to make some decisions.

1:10:40.950 --> 1:10:41.540
Loporcaro, Nick
But I just.

1:10:41.590 --> 1:10:44.350
Loporcaro, Nick
I just would like for all of you to be aware of that as well.

1:10:44.360 --> 1:10:51.20
Loporcaro, Nick
We we cannot afford to have this go into September, October and December and have other industry days on clarification.

1:10:51.30 --> 1:10:54.110
Loporcaro, Nick
We unfortunately and and again this is not a threat.

1:10:54.120 --> 1:10:58.700
Loporcaro, Nick
This is just letting you giving you some insights on how we have to prepare.

1:10:59.470 --> 1:11:0.490
Miller, Garth (VHA)
Yeah, I didn't.

1:10:58.710 --> 1:11:5.710
Loporcaro, Nick
And as as Ben Clayton got on as well, the and it's not, yeah.

1:11:0.550 --> 1:11:8.450
Miller, Garth (VHA)
And you know, threats that's obviously not how the federal government conducts contracting, you know, operations.

1:11:8.460 --> 1:11:14.820
Miller, Garth (VHA)
So in other words, our contracting office is not going to, I don't want to speak for them, but I mean this is common sense.

1:11:14.830 --> 1:11:23.290
Miller, Garth (VHA)
This is public finance, you know, they're not going to shape regulation or change the contracting process.

1:11:25.70 --> 1:11:27.310
Loporcaro, Nick
But by by but you're.

1:11:31.820 --> 1:11:32.540
Loporcaro, Nick
No, but we're not.

1:11:24.730 --> 1:11:33.530
Miller, Garth (VHA)
Based on you know whether it's going to hurt one or more major companies in the industry, you know, I I, I don't wanna speak for contracting.

1:11:33.540 --> 1:11:34.410
Miller, Garth (VHA)
I'll let people know.

1:11:34.420 --> 1:11:35.460
Miller, Garth (VHA)
Speak up at this point.

1:11:36.820 --> 1:11:50.600
Loporcaro, Nick
I'm not talking about the contracting, I'm talking about the statement that we're gonna be paid at Medicare rates for 911 calls that that has nothing to do with the contracting process, cause it from what we've just heard, we won't be able to contract for it anyways.

1:11:51.150 --> 1:11:51.920
Miller, Garth (VHA)
Yes, I understand.

1:11:50.610 --> 1:11:52.740
Loporcaro, Nick
So I I'm just saying again, it's not a threat.

1:11:52.820 --> 1:11:53.200
Loporcaro, Nick
Yeah.

1:11:53.740 --> 1:11:54.90
Miller, Garth (VHA)
Yeah.

1:11:53.270 --> 1:11:54.430
Loporcaro, Nick
Yeah, it's not a threat, Mr.

1:11:54.440 --> 1:11:54.670
Loporcaro, Nick
Miller.

1:11:54.680 --> 1:11:55.830
Loporcaro, Nick
I'm just giving you some insights.

1:11:54.100 --> 1:11:57.610
Miller, Garth (VHA)
I I you've said three Times Now, this is not a threat.

1:11:59.40 --> 1:11:59.410
Loporcaro, Nick
Umm.

1:11:57.860 --> 1:11:59.680
Miller, Garth (VHA)
We understand that it's not a threat.

1:12:2.630 --> 1:12:2.950
Loporcaro, Nick
Umm.

1:11:59.740 --> 1:12:8.310
Miller, Garth (VHA)
We don't even have to use the word threat because our contract in office is not gonna be, you know,
they're not gonna change sales in the middle of a storm based on changing winds.

1:12:9.640 --> 1:12:10.580
Loporcaro, Nick
Umm OK.

1:12:13.870 --> 1:12:16.660
Dougherty, Kenneth M.
We thank you for that, Mister David Motzkin.

1:12:16.670 --> 1:12:17.370
Dougherty, Kenneth M.
You have your hand raised.

1:12:19.680 --> 1:12:20.520
David S. Motzkin
Uh, yes, thank you.

1:12:20.950 --> 1:12:51.20
David S. Motzkin
Uh, for those of us with a current contracts, the the comment was made that the contract has cost driven requirements and the response was well, the contracts not changing, the differences that in the immediate past and current practice the contract has governed payment for 911 transports and therefore helped offset the cost in positions of those contracts.

1:12:51.680 --> 1:13:7.320
David S. Motzkin
And going forward, the the 911 transports which are 99% of the work are going to Medicare rates and the contract value just dropped immensely.

1:13:7.750 --> 1:13:15.220
David S. Motzkin
So I just want to point out that the comment of don't worry, nothing is changing about your contract is hollow.

1:13:15.690 --> 1:13:18.910
David S. Motzkin
It has a 99% volume impact.

1:13:20.310 --> 1:13:20.710
David S. Motzkin
Thank you.

1:13:20.440 --> 1:13:27.480
Horvat, Darcy S. (VHACLE) (she/her/hers)
Circuit, Sir, if you could send your contract number so I can look to see what they're doing and and verify.

1:13:28.730 --> 1:13:29.110
David S. Motzkin
Thank you.

1:13:32.610 --> 1:13:34.920
Dougherty, Kenneth M.
Hey, Mr Christopher Hall, you have your hand raised.

1:13:38.880 --> 1:13:39.140
Christopher Hall
Yeah.

1:13:39.310 --> 1:13:45.0
Christopher Hall
Morning again, thanks for the phone call and I appreciate the the comments that have been made here.

1:13:45.190 --> 1:13:49.730
Christopher Hall
I do wanna point out a difference in messaging between May 25th and today.

1:13:50.230 --> 1:13:59.0
Christopher Hall
On May 25th, we were told I believe it was by you, then that if you had a contract in place, you would be reimbursed at the contracted rate.

1:13:59.430 --> 1:14:2.260
Christopher Hall
And if you did not have a contract in place, you would be reimbursed it.

1:14:2.270 --> 1:14:19.300
Christopher Hall
Either the 70% of Medicare rate or the 100% of Medicare rate, depending on how the claim was adjudicated today with has been, it has been made crystal clear that for all 911 generated transports that the contract process will not apply.

1:14:19.910 --> 1:14:24.200
Christopher Hall
So contracting is no longer the solution that was presented to us on May 25th.

1:14:24.430 --> 1:14:31.400
Christopher Hall
If it is a solution that is becoming much less viable solution for most of the people on this call, as has been pointed out.

1:14:32.220 --> 1:15:2.110
Christopher Hall
Secondly, I would point out that with the vet ride application, we're going to be talking about this afternoon, it seems evident that vet right clearly is not meant to cover emergency contracts because the very nature, sorry emergency transports because the very nature of an emergency means that the the authorizing party is the 911 dispatcher who has routed that call to the closest, most appropriate provider who can take care of the veteran or the 99% other.

1:15:2.450 --> 1:15:13.580
Christopher Hall
But emergency transports that we take care of that are heart attacks that are time sensitive strokes that are time sensitive and horribly injured.

1:15:13.970 --> 1:15:20.880
Christopher Hall
Patients that are time sensitive, these do not have the time nor the luxury for authorization in advance.

1:15:20.890 --> 1:15:30.290
Christopher Hall

That's the very nature of the 911 system is to ensure we get there as soon as we can to reduce the likelihood of more of increased morbidity and mortality.

1:15:31.650 --> 1:15:46.20
Christopher Hall
Umm so while I look forward to the vet ride a conversation, please understand that vet ride will be virtually useless for 99% of our transports and likely will not be applicable.

1:15:46.800 --> 1:15:55.560
Christopher Hall
Am I joined my colleagues in asking you and and and to Mr Miller's comment.

1:15:59.130 --> 1:16:13.980
Christopher Hall
It appears that we absolutely need to have a delay so we can have this meaningful conversation and we will do what we can to give you folks the opportunity you need for the delay so that you can engage in this conversation.

1:16:15.570 --> 1:16:28.280
Christopher Hall
Clearly there's a big disconnect that's happened between May 25th and now, both among the folks on this call and our elected representatives and their staff as to the exact understanding of the impact of this rule.

1:16:28.290 --> 1:16:40.590
Christopher Hall
And we absolutely need to have clarity and we need to be able to move forward in a way that ensures that veterans and the other folks in their communities do not lose access to emergency ambulance services, air and ground.

1:16:44.440 --> 1:16:45.590
Miller, Garth (VHA)
You know, thank you for that.

1:16:45.600 --> 1:16:59.190
Miller, Garth (VHA)
And I I I think the way that we are going to be most productive versus argumentative is focusing upon the veterans and and having no lapses or gaps in care provided to veterans.

1:16:59.200 --> 1:17:0.870
Miller, Garth (VHA)
I think that's what you all are here for.

1:17:1.170 --> 1:17:3.810
Miller, Garth (VHA)
I think that's what what we are here for.

1:17:4.80 --> 1:17:10.910
Miller, Garth (VHA)

So not necessarily rehashing decisions that have already been made or or the data that that went into those.

1:17:10.920 --> 1:17:25.790
Miller, Garth (VHA)
Those can definitely be provided we our intent for these industry days is to be collaborative and provide you all with the information and answer the questions that you have about moving forward and how we do that.

1:17:26.10 --> 1:17:32.940
Miller, Garth (VHA)
And so I think it's important that we frame that discussion around the veterans and the care provided the veterans.

1:17:33.280 --> 1:17:40.340
Miller, Garth (VHA)
And I don't think we're going to get very far just knowing the little bit that I do about government contracting procedures.

1:17:40.550 --> 1:17:56.950
Miller, Garth (VHA)
We aren't going to get very far in if we spend our time together assessing or rehashing, you know, umm, the business models of the various some organizations represented and and and the sustainability of their business models.

1:17:57.280 --> 1:17:58.790
Miller, Garth (VHA)
We do care about that.

1:17:59.120 --> 1:18:1.20
Miller, Garth (VHA)
We are concerned with that.

1:18:1.390 --> 1:18:3.490
Miller, Garth (VHA)
I I promise you that we are.

1:18:3.680 --> 1:18:20.830
Miller, Garth (VHA)
We aren't going to make be able to make a salient argument or an argument that stands up to general counsel or to the OIG if it's based around, we have to do this so that we can save the industry, or we have to do this so that we can support the current business models within the industry.

1:18:22.630 --> 1:18:22.990
Christopher Hall
Uh.

1:18:21.410 --> 1:18:34.860
Miller, Garth (VHA)

We really need to frame our argument around hey, the this the risk here or the the the thing that that we are most concerned about is that we don't lose that ability to provide services in a timely manner for that thing.

1:18:35.230 --> 1:18:37.920
Miller, Garth (VHA)
So I've heard both of those themes throughout the day.

1:18:38.70 --> 1:18:44.680
Miller, Garth (VHA)
I know that the one that we're going to be able to move forward with is not how do we save, you know, the business model?

1:18:44.690 --> 1:18:49.720
Miller, Garth (VHA)
How do we, you know, save industry and make sure that that they are sustainable?

1:18:49.820 --> 1:18:51.610
Miller, Garth (VHA)
I am personally concerned about that.

1:19:7.580 --> 1:19:8.340
Christopher Hall
So, Mr. Miller.

1:18:52.60 --> 1:19:9.770
Miller, Garth (VHA)
We all are, but that can't be the basis of our discussion, but the basis of our discussion and the the way for us to move forward and get progress is about how do we make sure that there aren't gaps in in the safety net for that, that safety net that you all provide for us.

1:19:9.780 --> 1:19:25.400
Miller, Garth (VHA)
And I don't really wanna go around and be argumentative with it or what I really wanna do is make sure that we use whatever time we have left to answer your questions versus I don't wanna keep it going with rhetoric, rhetoric and argumentativeness.

1:19:25.410 --> 1:19:27.120
Miller, Garth (VHA)
We'll leave that to the lobbyists and movement.

1:19:27.960 --> 1:19:28.290
Christopher Hall
Mr.

1:19:28.300 --> 1:19:28.840
Christopher Hall
Miller, I just.

1:19:28.850 --> 1:19:31.20
Christopher Hall
I would just say I, but your point is well taken.

1:19:31.30 --> 1:19:32.910
Christopher Hall
This is not about a particular business model.

1:19:32.920 --> 1:19:37.610
Christopher Hall
This applies to all business models, nonprofit for profit, fire service, etcetera.

1:19:37.940 --> 1:19:41.430
Christopher Hall
This is agnostic when it comes to business models and sustainability.

1:19:41.440 --> 1:20:3.910
Christopher Hall
The supply is to all of us, so I would ask you if they're moving forward, as you talked about, if we can lock arms together and go to the hill and ask them together so that now they hear from both the NBA and from the providers taking care of veterans that they're is likely not enough time and there needs to be a better solution, especially for the these #1 contract.

1:20:4.10 --> 1:20:13.30
Christopher Hall
Sorry 911 transports, I would welcome going to the hill with you, Sir, and helping the decision makers to understand why there needs to be legislative relief.

1:20:15.250 --> 1:20:31.50
Miller, Garth (VHA)
There and I I I think that has already we missed the opportunity you all have been to the Hill without us I think we've missed that opportunity but we certainly can set something like that up for the future with our Office of congressional and legislative affairs that that that sets that up.

1:20:31.390 --> 1:20:37.300
Miller, Garth (VHA)
I I hear you and and I would like to work work to that together and I see it looks like.

1:20:37.870 --> 1:20:42.580
Miller, Garth (VHA)
I'm sorry, there's a new question that's quite long for a chat. Mr Doherty.

1:20:42.590 --> 1:20:45.410
Miller, Garth (VHA)
Are are we jumping ahead or do you want me to just take that question?

1:20:48.140 --> 1:20:51.450
Dougherty, Kenneth M.
Let's stay in the order cause we have a few people in the queue ahead of that.

1:20:51.460 --> 1:20:52.700
Dougherty, Kenneth M.
The most recent questions, Sir.

1:20:52.780 --> 1:20:53.160
Miller, Garth (VHA)
Fair enough.

1:20:56.180 --> 1:20:56.650
Dougherty, Kenneth M.
OK.

1:20:56.700 --> 1:20:56.970
Dougherty, Kenneth M.
Alright.

1:20:56.980 --> 1:20:57.790
Dougherty, Kenneth M.
Thank you, Mr Hall.

1:20:58.220 --> 1:21:1.150
Dougherty, Kenneth M.
Next questions coming from Doctor James Graham.

1:21:1.620 --> 1:21:10.380
Dougherty, Kenneth M.
Will these new contracts include the service Contract act requiring to pay according to the applicable
wage determination when performing VA contracted work?

1:21:12.650 --> 1:21:13.420
Horvat, Darcy S. (VHACLE) (she/her/hers)
Yes, they'll have to.

1:21:14.330 --> 1:21:16.510
Dougherty, Kenneth M.
OK. So thank you.

1:21:17.220 --> 1:21:17.860
Dougherty, Kenneth M.
Thank you, Darcy.

1:21:19.120 --> 1:21:19.390
Dougherty, Kenneth M.
OK.

1:21:19.420 --> 1:21:21.950
Dougherty, Kenneth M.
Next question for Mr Ben Clayton.

1:21:22.0 --> 1:21:24.650
Dougherty, Kenneth M.
I appreciate the clarification regarding contracting.

1:21:24.740 --> 1:21:25.820
Dougherty, Kenneth M.
So thank you for that.

1:21:26.320 --> 1:21:31.90
Dougherty, Kenneth M.
We've been told for months that contracting was a solution, but now it does not apply to 911.

1:21:31.560 --> 1:21:39.240
Dougherty, Kenneth M.
Are you asking us to push for a legislative fix here and would you like us to work with you on the VA side to get this done?

1:21:39.310 --> 1:21:42.820
Dougherty, Kenneth M.
We have a joint priority of ensuring veterans have access to care.

1:21:43.170 --> 1:21:48.940
Dougherty, Kenneth M.
If this moves forward, as is, veterans will lose access and we are failing them and I believe Mr.

1:21:48.950 --> 1:21:52.440
Dougherty, Kenneth M.
Miller just addressed that in his last response.

1:21:56.240 --> 1:21:57.930
Dougherty, Kenneth M.
Uh, next question from Caroline.

1:21:59.280 --> 1:22:10.90
Dougherty, Kenneth M.
Garth, the point I think everyone is trying to make is that if you have the majority of transports go to Medicare, then veterans will lose access as bases won't be able to continue to serve.

1:22:10.640 --> 1:22:14.330
Dougherty, Kenneth M.
If there's nothing you can do, then we have to look at other options.

1:22:16.800 --> 1:22:18.10
Dougherty, Kenneth M.
Sorry that the question.

1:22:18.20 --> 1:22:27.880
Dougherty, Kenneth M.

OK, look at other options to address regulatory or legislatively, our entire focus is to be able to continue to provide these services for veterans and their communities.

1:22:29.490 --> 1:22:31.120
Dougherty, Kenneth M.
Carolina saw you pop up on the screen.

1:22:31.130 --> 1:22:32.60
Dougherty, Kenneth M.
Do you want to add anything?

1:22:31.560 --> 1:22:33.180
Miller, Garth (VHA)
Are you coming from and?

1:22:33.50 --> 1:22:33.320
Mayle, Carolyn H
Yeah.

1:22:33.330 --> 1:22:34.980
Mayle, Carolyn H
No, I think I was just trying to respond.

1:22:34.990 --> 1:22:40.620
Mayle, Carolyn H
I think we have the same goal and is to ensure that these services continue.

1:22:40.670 --> 1:23:3.540
Mayle, Carolyn H
And I think as someone said earlier, I think I probably wrote this one, someone else commented, but but it's not based on business model, it's just based on if you change the reimbursement and we can't figure out a way to contract within it a fair market rate, it's just a or something is going to occur because that is a reimbursement which I know is not your issue.

1:23:3.990 --> 1:23:21.340
Mayle, Carolyn H
But if there's not ways we can fix this, either through a delay or through the VA delay, or doing it through regulation, then we probably need to kind of figure out how do we make sure that this doesn't occur because that's the last thing anyone wants to do since the majority of our transports are these emergency types of transports.

1:23:26.30 --> 1:23:26.340
Miller, Garth (VHA)
Yeah.

1:23:26.350 --> 1:23:27.220
Miller, Garth (VHA)
Thank you, Carolyn.

1:23:27.230 --> 1:23:28.280
Miller, Garth (VHA)
I I understand.

1:23:30.410 --> 1:23:30.750
Mayle, Carolyn H
Yeah, no.

1:23:28.290 --> 1:23:34.800
Miller, Garth (VHA)
I I don't think there's a question in there, but I I get exactly what you're saying and I don't think you're trying to be argumentative here.

1:23:34.810 --> 1:23:37.180
Miller, Garth (VHA)
I think I I think we're on the same page.

1:23:39.610 --> 1:23:39.890
Dougherty, Kenneth M.
Great.

1:23:39.900 --> 1:23:40.180
Dougherty, Kenneth M.
Thank you.

1:23:40.630 --> 1:23:43.440
Dougherty, Kenneth M.
Uh, on the phone we have Michael Pressler.

1:23:46.620 --> 1:23:47.20
Preissler, Michael
Afternoon.

1:23:47.30 --> 1:23:47.480
Preissler, Michael
Good morning.

1:23:47.590 --> 1:23:50.250
Preissler, Michael
I'm just two factual questions.

1:23:50.300 --> 1:23:50.690
Preissler, Michael
Uh.

1:23:50.700 --> 1:23:53.790
Preissler, Michael
Formerly, if I may, one is, I think it was Mr.

1:23:53.800 --> 1:24:1.660
Preissler, Michael
Williams, about 10 minutes ago, noted that this uh economic analysis went through the OMB process.

1:24:1.670 --> 1:24:19.170
Preissler, Michael
But we have all the entire industry that you're continuing to hear from have repeatedly been told by OMB directly and through our elected officials that the OMB did not review this economic analysis, which is consistent because it's under $100 million.

1:24:19.600 --> 1:24:23.450
Preissler, Michael
But can you please reconcile whether the OMB did review this case?

1:24:23.460 --> 1:24:27.880
Preissler, Michael
Sometimes somehow in here there's a breakdown of of awareness.

1:24:27.890 --> 1:24:34.890
Preissler, Michael
Secondly, could you please please please go back and review your economic analysis?

1:24:34.900 --> 1:24:49.330
Preissler, Michael
Because what you're hearing from all of us, emphatically is that your economic analysis, which is good chunk of the basis here, if not everything you're hearing from all of us and I'm personally saying this as are we all are it is 100% wrong.

1:24:50.280 --> 1:25:5.810
Preissler, Michael
But if you are right that and we are telling you you're wrong and you continue to implement this, it will result in in materially negative health impacts to hundreds of thousands of veterans and millions of Americans.

1:25:6.20 --> 1:25:11.390
Preissler, Michael
So all I'm please review the economic analysis that you did, because we're all telling you it's wrong.

1:25:15.330 --> 1:25:16.300
Williams, Benjamin G
Yes, Sir, Mr briefly.

1:25:16.310 --> 1:25:16.640
Williams, Benjamin G
Thank you.

1:25:16.650 --> 1:25:31.40
Williams, Benjamin G

We'll we'll confirm the the the OR or either confirm or or understand the the disconnect between the OMB review and and again go back over that where as Mr.

1:25:31.50 --> 1:25:35.530
Williams, Benjamin G
Miller mentioned, you know, we're we, we all have.

1:25:35.540 --> 1:25:36.570
Williams, Benjamin G
We we have the same.

1:25:36.580 --> 1:25:48.630
Williams, Benjamin G
We have the same goals in this and and so and I know we we we also uh separate from from the industry's meetings this week we have.

1:25:49.860 --> 1:25:52.210
Williams, Benjamin G
Conversation scheduled for for next week.

1:25:52.220 --> 1:25:59.40
Williams, Benjamin G
I believe with Umm uh with representation from from the hill on the topic.

1:26:2.710 --> 1:26:3.380
Dougherty, Kenneth M.
Thank you.

1:26:3.890 --> 1:26:5.680
Dougherty, Kenneth M.
Next question, Mr Chris Myers.

1:26:8.410 --> 1:26:8.700
Myers, Chris
Yeah.

1:26:8.710 --> 1:26:9.880
Myers, Chris
Thank you for taking the question.

1:26:9.890 --> 1:26:10.630
Myers, Chris
Appreciate it.

1:26:11.110 --> 1:26:14.720
Myers, Chris
And just to clarify, I totally agree with the comments Mr.

1:26:14.730 --> 1:26:16.590
Myers, Chris
Miller made this is all about access.

1:26:16.600 --> 1:26:21.880
Myers, Chris
You know, we transported over 1500 emergent veteran transports last year.

1:26:22.90 --> 1:26:27.300
Myers, Chris
Twelve of those were self inflicted gunshot wounds and we were able to save ten of those people's lives.

1:26:27.710 --> 1:26:29.740
Myers, Chris
That's what goes away as is.

1:26:29.750 --> 1:26:42.470
Myers, Chris
So my question is, how now that we know that contracting is not a potential solution for us, for the emergent transports, how should we work with you to avoid the rule going into effect as is?

1:26:42.480 --> 1:26:45.690
Myers, Chris
Because if we can do that together, I think that would be great.

1:26:45.700 --> 1:26:46.150
Myers, Chris
So what?

1:26:46.160 --> 1:26:50.640
Myers, Chris
What should we do to work with you to avoid this going in effect as is?

1:26:56.920 --> 1:26:57.830
Williams, Benjamin G
Thanks, Mr Myers.

1:26:58.460 --> 1:27:9.330
Williams, Benjamin G
I I I will have to confirm with our legislative affairs folks, we have a legislative proposal process that we're required to work through for the agency.

1:27:9.500 --> 1:27:10.190
Williams, Benjamin G
We are.

1:27:10.260 --> 1:27:15.410
Williams, Benjamin G
We are allowed when Congress initiates with us to provide technical assistance on legislation.

1:27:16.140 --> 1:27:26.510
Williams, Benjamin G
So, so, but the the legislative proposal process is unfortunately more lengthly, more likely than the regulatory process which is already long enough.

1:27:27.110 --> 1:27:40.150
Williams, Benjamin G
Uh, so the the agencies ability to impact legislation which would as we discussed unlock umm, the ability for the contractor rate to cover the the 911 calls.

1:27:41.460 --> 1:27:43.750
Williams, Benjamin G
If if is somewhat limited on our side.

1:27:45.120 --> 1:27:47.400
Myers, Chris
Is that something you could find out quickly?

1:27:47.410 --> 1:27:55.230
Myers, Chris
Because I think as you've heard before, we're facing a very kind of tight time frame on our side as in the next 30 days to make decisions that will hurt access.

1:27:58.80 --> 1:27:58.330
Williams, Benjamin G
Yeah.

1:27:59.570 --> 1:27:59.970
Myers, Chris
Thank you.

1:28:2.330 --> 1:28:2.670
Williams, Benjamin G
Thank you.

1:28:2.590 --> 1:28:3.60
Dougherty, Kenneth M.
OK.

1:28:3.550 --> 1:28:5.800
Dougherty, Kenneth M.
Kathy Lester, if your hand raised.

1:28:6.140 --> 1:28:6.490
Kathy Lester
Hi.

1:28:6.500 --> 1:28:6.830
Kathy Lester
Yeah.

1:28:6.840 --> 1:28:7.390
Kathy Lester
Thank you.

1:28:7.400 --> 1:28:9.390
Kathy Lester
I'm just a quick clarifying question.

1:28:10.340 --> 1:28:19.90
Kathy Lester
You know, I know you've heard from a few folks who say that they have VA contracts that already have coverage for 911 responses in them.

1:28:19.240 --> 1:28:31.630
Kathy Lester
And I've gotten a few questions from the American Ambulance Association members who I work with, and I was just wondering if you could tell us who they should contact because, Darcy, I appreciate you want to look at that contract.

1:28:31.640 --> 1:28:34.10
Kathy Lester
I would too before I answering the question.

1:28:34.120 --> 1:28:45.270
Kathy Lester
So who should they get in touch with to really kind of get the clarification of what this rule is going to do to those existing contracts that already seemed to have a 911 rate being reimbursed?

1:28:45.660 --> 1:28:48.180
Kathy Lester
Umm which is a little different than.

1:28:48.190 --> 1:28:50.650
Kathy Lester
I think we we've understood the procurement rules today.

1:28:51.880 --> 1:28:53.170
Horvat, Darcy S. (VHACLE) (she/her/hers)
They would need that contact me.

1:28:53.700 --> 1:28:54.50
Kathy Lester
OK.

1:28:54.60 --> 1:28:55.290
Kathy Lester
Thank you so much.

1:28:54.990 --> 1:28:55.300
Horvat, Darcy S. (VHACLE) (she/her/hers)
Thank you.

1:28:55.300 --> 1:28:58.340
Kathy Lester
If there's am I, I don't know.

1:28:58.390 --> 1:29:5.680
Kathy Lester
Your email address is in the chat or whatever way you prefer, but happy to to share that with the the
Members so they can get that clarification.

1:29:5.750 --> 1:29:6.430
Kathy Lester
I appreciate it.

1:29:6.880 --> 1:29:7.580
Horvat, Darcy S. (VHACLE) (she/her/hers)
OK, I'll put it in there.

1:29:7.910 --> 1:29:8.310
Kathy Lester
Thank you.

1:29:11.650 --> 1:29:12.120
Dougherty, Kenneth M.
OK.

1:29:12.210 --> 1:29:22.80
Dougherty, Kenneth M.
Next questions coming from the chat from Lisa, where will 911 claims not in vet ride be submitted still to
Florida or to the vision?

1:29:27.140 --> 1:29:39.550
Williams, Benjamin G
So they they contracted, they contracted claims only the contracted claims would would flow through
that ride and and that's based on we'll go into more detail on that this afternoon.

1:29:39.560 --> 1:29:54.570
Williams, Benjamin G
But that would be based on the, you know, the convenience of of everything already being invet ride
rather than having to go outside of of that ride and submit the claim to ekans or mailing it to the
centralized mail in Tampa.

1:29:54.690 --> 1:29:56.950
Williams, Benjamin G
And that that flows into E camps.

1:29:57.0 --> 1:30:0.950
Williams, Benjamin G
So I think that answers your question there.

1:30:0.960 --> 1:30:10.260
Williams, Benjamin G
So the the contracted ones are the only ones that would come through that ride and then non contract or 911911 claims not initiated by the VA would.

1:30:12.280 --> 1:30:13.110
Williams, Benjamin G
Would go through except.

1:30:17.140 --> 1:30:17.630
Dougherty, Kenneth M.
OK.

1:30:17.680 --> 1:30:18.450
Dougherty, Kenneth M.
Thank you.

1:30:18.720 --> 1:30:22.350
Dougherty, Kenneth M.
The next question is seems like clarification question.

1:30:22.500 --> 1:30:29.480
Dougherty, Kenneth M.
So based on this discussion, the vet right systems going to address 1 to 2% of veteran transports, correct?

1:30:36.240 --> 1:30:38.470
Miller, Garth (VHA)
Yeah, Ben, I wouldn't know opine on that one.

1:30:38.980 --> 1:30:45.240
Miller, Garth (VHA)
Yeah, I I think you need to be able to understand the the inputs to that formula.

1:30:46.490 --> 1:30:49.440
Williams, Benjamin G
Yeah, I I I agree, Mr.

1:30:49.450 --> 1:30:50.880
Williams, Benjamin G
Miller, I I I can.

1:30:51.50 --> 1:30:54.610
Williams, Benjamin G
I can't speak to the the industry to statistics being provided by.

1:30:56.950 --> 1:30:58.350
Williams, Benjamin G
That, but by the members on the call.

1:31:0.670 --> 1:31:1.240
Dougherty, Kenneth M.
Understood.

1:31:1.250 --> 1:31:1.550
Dougherty, Kenneth M.
Thank you.

1:31:2.560 --> 1:31:2.830
Dougherty, Kenneth M.
OK.

1:31:2.840 --> 1:31:6.990
Dougherty, Kenneth M.
So is that ride replacing Tungsten system to submit contracted claims?

1:31:8.800 --> 1:31:8.920
Williams, Benjamin G
Yes.

1:31:13.740 --> 1:31:13.890
Dougherty, Kenneth M.
Yeah.

1:31:17.290 --> 1:31:17.980
Dougherty, Kenneth M.
Yeah, I don't.

1:31:18.50 --> 1:31:20.460
Dougherty, Kenneth M.
I don't have any new questions or I don't see anybody's hand.

1:31:20.470 --> 1:31:21.170
Dougherty, Kenneth M.
Hand grace.

1:31:21.180 --> 1:31:24.690
Dougherty, Kenneth M.
Does anybody wanna, umm, raise their hand?

1:31:24.700 --> 1:31:25.530
Dougherty, Kenneth M.
Ask another question.

1:31:42.800 --> 1:31:43.690
Williams, Benjamin G
Kenneth, I think.

1:31:43.730 --> 1:31:44.290
Williams, Benjamin G
Uh, Donna.

1:31:44.300 --> 1:31:50.420
Williams, Benjamin G
Hank Hankins had an additional questions regarding that, so yes.

1:31:50.620 --> 1:31:54.530
Williams, Benjamin G
So tungsten does allow batching of claims that rides will not.

1:31:54.800 --> 1:32:23.850
Williams, Benjamin G
We don't think it will delay claims processing and will cover that in detail this afternoon at session two
and and because of the electronic acceptance of the of uh, or I'll say the electronic offering and
acceptance of of the contracted rides and vet ride, there is a very streamlined process in being able to
submit the claim based off of the contract terms and the actual delivery of the rod.

1:32:24.90 --> 1:32:35.420
Williams, Benjamin G
And we think that will facilitate a much more efficient process, not just on the claim submission side, but
also on the adjudication and payment side.

1:32:40.440 --> 1:32:40.840
Dougherty, Kenneth M.
OK.

1:32:41.810 --> 1:32:42.250
Dougherty, Kenneth M.
Umm.

1:32:42.510 --> 1:32:44.0
Dougherty, Kenneth M.
Anymore questions?

1:32:44.10 --> 1:32:55.690
Dougherty, Kenneth M.
Just kind of remind everybody, this is a great opportunity to talk to get your questions out there and this
afternoon, session's gonna focus on the bet right system.

1:32:55.700 --> 1:33:6.720
Dougherty, Kenneth M.
So any questions germane to this conversation, let's keep it in this session and we'll leave session two to the vet, right system and I see Mr Chris Myers has his hand on Mr Myers.

1:33:7.420 --> 1:33:7.750
Myers, Chris
Yeah.

1:33:7.760 --> 1:33:7.920
Myers, Chris
Hi.

1:33:7.930 --> 1:33:9.910
Myers, Chris
Thanks for taking a second question.

1:33:22.290 --> 1:33:22.450
Dougherty, Kenneth M.
OK.

1:33:10.520 --> 1:33:23.10
Myers, Chris
In terms of following up with you, the the number that was provided to us and post it, I believe under your name, Mr Doty was at a service when we all tried to call it and disconnected.

1:33:23.60 --> 1:33:25.50
Myers, Chris
Is that been resolved?

1:33:25.60 --> 1:33:29.290
Myers, Chris
Do we have a a number that is in service we can use to communicate with you?

1:33:29.850 --> 1:33:30.290
Dougherty, Kenneth M.
Yeah.

1:33:30.300 --> 1:33:31.650
Dougherty, Kenneth M.
I I will put it in the chat for you.

1:33:31.660 --> 1:33:31.960
Dougherty, Kenneth M.
OK, Sir.

1:33:32.590 --> 1:33:32.970
Myers, Chris
Thank you.

1:33:33.290 --> 1:33:33.470
Dougherty, Kenneth M.
Yep.

1:33:35.370 --> 1:33:39.250
Dougherty, Kenneth M.
Just be mindful though I I don't answer any of the technical questions.

1:33:48.850 --> 1:33:49.640
Myers, Chris
No. Understood.

1:33:49.650 --> 1:33:50.950
Myers, Chris
We just need a workable number.

1:33:39.260 --> 1:33:51.730
Dougherty, Kenneth M.
If you have a technical question about anything we're talking about, I I'd be happy to receive your question and pass them on, but I am not the subject matter expert on a P89, so sure, sure.

1:34:1.310 --> 1:34:2.550
Dougherty, Kenneth M.
I see somebody else's hand greens.

1:34:2.560 --> 1:34:8.720
Dougherty, Kenneth M.
Greens Mr Ben Clayton, would you like to come off mute, please?

1:34:10.990 --> 1:34:11.440
Ben Clayton
OK, sure.

1:34:11.450 --> 1:34:17.190
Ben Clayton
I just wanted to say thank you for the clarification regarding the the contracting that was that was new information for all of us.

1:34:17.810 --> 1:34:19.720
Ben Clayton
So that that does help.

1:34:19.890 --> 1:34:27.920
Ben Clayton
So I'm glad that we we have, you know, at least some some clarification there and I think I speak for everyone.

1:34:27.930 --> 1:34:28.990
Ben Clayton
We were all in the hill this week.

1:34:29.0 --> 1:34:38.850
Ben Clayton
We're happy to work with the VA to solve this, but please understand again and I'll say it again if this goes forward in February, veterans will lose access to care.

1:34:41.750 --> 1:34:42.450
Ben Clayton
So thanks.

1:34:45.140 --> 1:34:45.650
Williams, Benjamin G
Thanks Sir.

1:34:47.60 --> 1:34:49.420
Dougherty, Kenneth M.
Thank you, Mr.

1:34:49.430 --> 1:34:51.700
Dougherty, Kenneth M.
David Motzkin gave her hand raised.

1:34:52.810 --> 1:34:54.380
David S. Motzkin
Umm, yeah, yeah.

1:34:54.390 --> 1:35:2.190
David S. Motzkin
It's just since we were closing, we've all had to stapled the line on tough circumstances.

1:35:2.940 --> 1:35:9.70
David S. Motzkin
Thank you to each one of you for standing up and working through this with us.

1:35:9.200 --> 1:35:10.180
David S. Motzkin
We know you're in a tough spot.

1:35:14.160 --> 1:35:14.490
Williams, Benjamin G
Thanks Sir.

1:35:20.540 --> 1:35:20.770
Kolby Kolbet
Alright.

1:35:15.280 --> 1:35:20.950
Dougherty, Kenneth M.
Thank you, Miss Colby Colbeth, you have your hand raised.

1:35:20.780 --> 1:35:24.230
Kolby Kolbet
Thanks again for taking my comment. You know.

1:35:24.240 --> 1:35:24.450
Kolby Kolbet
Yeah.

1:35:24.460 --> 1:35:25.630
Kolby Kolbet
Thanks for working with us.

1:35:26.380 --> 1:35:40.310
Kolby Kolbet
Yeah, I feel like the collaboration may be coming far too far, too late in the process with the industry, given that the rules already been made and you know I'm the current board chair for this association of our medical services.

1:35:40.360 --> 1:35:43.970
Kolby Kolbet
And I just wanted to reiterate that this issue does not discriminate.

1:35:44.590 --> 1:35:49.830
Kolby Kolbet
Umm, amongst uh, business type for profit, not for profit.

1:35:49.840 --> 1:35:51.550
Kolby Kolbet
Hospital based municipality.

1:35:51.940 --> 1:36:1.550
Kolby Kolbet
This is global and as Mr Clayton had mentioned, UM, there will be a reduction in services, but it won't just impact veterans.

1:36:1.560 --> 1:36:7.60
Kolby Kolbet
It'll impact constituents all over the country, in rural areas.

1:36:7.550 --> 1:36:15.790
Kolby Kolbet
UM in reducing access to all, so thanks again for hosting this and we look forward to seeing some resolution in the future.

1:36:19.500 --> 1:36:19.850
Williams, Benjamin G
Thanks Sir.

1:36:20.430 --> 1:36:20.770
Dougherty, Kenneth M.
Thank you.

1:36:22.970 --> 1:36:24.470
Dougherty, Kenneth M.
OK, I'm gonna check chat again.

1:36:31.510 --> 1:36:33.350
Dougherty, Kenneth M.
OK, I'm not seeing any new questions in chat.

1:36:36.290 --> 1:36:37.990
Dougherty, Kenneth M.
Nobody has any additional questions.

1:36:38.0 --> 1:36:43.240
Dougherty, Kenneth M.
We can move to closing, although I would encourage you to ask questions now because we do have time, but.

1:36:45.740 --> 1:36:47.210
Dougherty, Kenneth M.
There's no further questions. Mr.

1:36:47.220 --> 1:36:50.50
Dougherty, Kenneth M.
Miller, would you care to provide closing remarks?

1:36:50.340 --> 1:36:50.620
Miller, Garth (VHA)
Sure.

1:36:50.630 --> 1:36:53.340
Miller, Garth (VHA)
I I don't want to break ranks.

1:36:53.800 --> 1:37:2.30
Miller, Garth (VHA)
I believe some of the other VA senior leaders have have joined to listen in amongst their their schedules where possible.

1:37:2.570 --> 1:37:7.540
Miller, Garth (VHA)
So I'll give a pause to see if the other VA senior leaders want jump in here.

1:37:9.690 --> 1:37:12.620
Miller, Garth (VHA)
If not, looks like you get me.

1:37:13.250 --> 1:37:26.180
Miller, Garth (VHA)
I think what came out of this is it increased awareness over the 911 and what happens for emergent calls that are not requested by BA.

1:37:26.230 --> 1:37:28.540
Miller, Garth (VHA)
I've heard that loud and clear this morning.

1:37:28.550 --> 1:37:32.920
Miller, Garth (VHA)
I'm very glad to hear that and will continue to work on that.

1:37:33.220 --> 1:37:40.960
Miller, Garth (VHA)
I do want to point out and not an argumentative way, but that there was a significant and extended public comment period.

1:37:42.140 --> 1:37:44.650
Miller, Garth (VHA)
Umm that that did occur.

1:37:44.660 --> 1:37:47.390
Miller, Garth (VHA)
So I I I heard some some chatter.

1:37:47.400 --> 1:37:51.90
Miller, Garth (VHA)
I guess it was a side kind of like a little swipe or something that somebody talked about.

1:37:51.310 --> 1:37:53.530
Miller, Garth (VHA)
You know it's too late for us to work together.

1:37:53.540 --> 1:37:55.990
Miller, Garth (VHA)
I don't think it's ever too late for us to work together.

1:37:56.200 --> 1:38:18.870
Miller, Garth (VHA)
We do have to follow regulations and APA with regard to policy and we have to be very careful about that public comment and accepting additional public comment outside of that period and I do know that y'all have already been to the hill on your own this week that that is another item that has been very made very clear throughout.

1:38:19.840 --> 1:38:35.280
Miller, Garth (VHA)
So I I would say that one of the best things that came out of this is I saw a ship from Argumentativeness and and the rhetoric and and people using the word threats or I don't wanna use the word threat, but I'm going to say threat four times.

1:38:35.860 --> 1:38:44.410
Miller, Garth (VHA)
Uh, you know, moving past that into looking at actual access for veterans, I think there's gonna be a sharp focus on us.

1:38:44.870 --> 1:38:54.420
Miller, Garth (VHA)
I think we want to stay away from the notion of BA rates subsidizing access or other, you know non VA participants.

1:38:54.430 --> 1:39:6.230
Miller, Garth (VHA)
I realized that maybe a secondary effect of some of these changes if some of your business models may have to change and that may affect non behave just the general public.

1:39:6.950 --> 1:39:16.880
Miller, Garth (VHA)
And so for those of you that it's, it's stuck around and and stayed at your computers and and and stayed engaged with us for the last hour and 40 minutes.

1:39:16.890 --> 1:39:21.200
Miller, Garth (VHA)
We really do appreciate that we will have another opportunity this afternoon.

1:39:21.210 --> 1:39:34.480
Miller, Garth (VHA)
We wanna focus during that afternoon session on the vet ride and and and to do a demo and be able to show the vet ride system and so I really and looking forward to that.

1:39:34.570 --> 1:39:48.360
Miller, Garth (VHA)
We have another industry day set up in August as Ben mentioned, and we will continue to engage and work with all of you throughout the implementation period and you can through February and we aren't going anywhere.

1:39:48.370 --> 1:39:51.280
Miller, Garth (VHA)
We aren't running and hiding and in foreigners.

1:39:52.190 --> 1:39:52.920
Miller, Garth (VHA)
This is me.

1:39:52.930 --> 1:39:53.620
Miller, Garth (VHA)
I'm live.

1:39:53.710 --> 1:40:0.110
Miller, Garth (VHA)
This is Ben coming from his office live and our PLO folks Darcy especially.

1:40:0.120 --> 1:40:1.750
Miller, Garth (VHA)
You were great on the call, babe.

1:40:1.820 --> 1:40:4.30
Miller, Garth (VHA)
We really appreciate the open discourse.

1:40:4.320 --> 1:40:12.650
Miller, Garth (VHA)
We realize not all the answers that we have for you all are going to be complete today and not all the answers are gonna be what you wanted to hear.

1:40:12.940 --> 1:40:16.20
Miller, Garth (VHA)
And so I just appreciate.

1:40:16.30 --> 1:40:24.460
Miller, Garth (VHA)
Uh, Mr Monroe and and everybody else who was able to stay with us through this session and we'll look forward to speaking more this afternoon.

1:40:24.690 --> 1:40:25.260
Miller, Garth (VHA)
Thanks so much.

1:40:26.70 --> 1:40:27.560
David S. Motzkin
And there, there's just one point.

1:40:28.470 --> 1:40:52.360
David S. Motzkin
Please understand that during the open comment period, we believed this to involve only 1% of the transports facility to facility within the VA after the May 25th meeting, we walked out believing that contracting would be a solution for 911 calls and today we are stunned learning that all 911 calls are now Medicare rates.

1:40:52.650 --> 1:41:1.360
David S. Motzkin
So the clarity with which the industry has had to respond and provide comments, it has been iterative and evolutionary.

1:41:2.240 --> 1:41:9.670
David S. Motzkin
I I just don't want it to stand that we weren't participating in the comment period, even up through to today.

1:41:9.740 --> 1:41:15.30
David S. Motzkin
We didn't have the clarity of the VA's intentions in the background.

1:41:15.40 --> 1:41:22.310
David S. Motzkin
We're all really from the notice that this is the contracting is not a solution for 911.

1:41:22.760 --> 1:41:30.650
David S. Motzkin
So just please understand, we would have commented differently had this clarity been available during the public comment period.

1:41:30.740 --> 1:41:31.120
David S. Motzkin
Thank you.

1:41:37.120 --> 1:41:37.470
Dougherty, Kenneth M.
OK.

1:41:37.480 --> 1:41:37.840
Dougherty, Kenneth M.
Thank you.

1:41:37.330 --> 1:41:38.110
Williams, Benjamin G
Thank you, Mr.

1:41:38.190 --> 1:41:38.660
Williams, Benjamin G
Yeah.

1:41:38.730 --> 1:41:39.640
Williams, Benjamin G
Thanks Mr notkin.

1:41:39.650 --> 1:42:2.700
Williams, Benjamin G
And and and again, I think you know that the discussion in the May Industry Day just to clarify was that the agency strategy and the goal at the time was to be able to include the 911 calls as part of what is payable at the contracted rate that has been affirmed since that call and and recently even during the month of July that that is not the case.

1:42:2.710 --> 1:42:13.530
Williams, Benjamin G
So nothing, no lack of transparency intended there, or or anything misleading, but I'm pretty positive that it was.

1:42:13.620 --> 1:42:23.540
Williams, Benjamin G
It was our conversation in May that that was the goal was to be able to do that, and that was part of what we were working through with General Counsel to ensure that that was accurate.

1:42:24.270 --> 1:42:24.910
Miller, Garth (VHA)
Thank you, Ben.

1:42:24.610 --> 1:42:26.650
David S. Motzkin
I have heard that yeah, I appreciate it.

1:42:25.820 --> 1:42:31.760
Miller, Garth (VHA)
Appreciate your response then and we thank you all and we'll look forward to seeing you this afternoon.

1:42:33.860 --> 1:42:34.160
Williams, Benjamin G
Thank you.

1:42:33.900 --> 1:42:34.420
Dougherty, Kenneth M.
OK.

1:42:34.910 --> 1:42:35.450
Dougherty, Kenneth M.
Thank you all.

0:0:0.0 --> 0:0:1.510
Butler, Donald
OK, it's one o'clock.

0:0:1.520 --> 0:0:8.710
Butler, Donald
Good afternoon, everyone, and welcome to the Department of Veterans Affairs, Veteran Health
Administration, Industry Day event.

0:0:9.120 --> 0:0:15.30
Butler, Donald
My name is Mr Donald Butler, deputy director of contracting for network Contracting Office 5.

0:0:15.200 --> 0:0:21.830
Butler, Donald
And it's an honor to have you all here today as we come together to learn more about the new vet ride
system.

0:0:22.960 --> 0:0:29.770
Butler, Donald
As we look to the future, there's no doubt that the VA and the ambulance industry will continue to face a
range of challenges.

0:0:30.330 --> 0:0:47.0
Butler, Donald
But I'm confident that by working together and sharing our knowledge and expertise, we can rise to
these challenges and build a stronger and more resilient industry that delivers the highest quality of
healthcare and services to our nation's veterans.

0:0:47.190 --> 0:0:54.900
Butler, Donald
So once again, I'd like to welcome you all and I hope you all learn a lot today about the new vet ride
system.

0:0:55.10 --> 0:0:57.870
Butler, Donald
Thank you again for your attendance and let's get started.

0:1:0.60 --> 0:1:0.850
Dougherty, Kenneth M.
Thanks, Don.

0:1:1.140 --> 0:1:7.550
Dougherty, Kenneth M.
Good afternoon, ladies and gentlemen, and welcome or welcome back to Session 2 for today's Industry
Day.

0:1:7.800 --> 0:1:8.950
Dougherty, Kenneth M.
Thank you all for being here.

0:1:9.20 --> 0:1:20.440
Dougherty, Kenneth M.
My name is Kenneth Dockerty and I am the small business liaison for network Contracting Office 5 and I
want to extend my sincere thanks to each and everyone of you for taking the time out of your busy
schedules to participate in this important discussion.

0:1:22.150 --> 0:1:24.560
Dougherty, Kenneth M.
Let's start things off by going over today's agenda.

0:1:25.10 --> 0:1:30.260
Dougherty, Kenneth M.
First, we'll go over some housekeeping notes, followed by an introduction to today's government
panelists.

0:1:30.750 --> 0:1:37.40
Dougherty, Kenneth M.
Next, we will hear opening remarks from Mr Ben Williams, Director of Veterans Transportation program
at U.S.

0:1:37.50 --> 0:1:38.50
Dougherty, Kenneth M.
Department of Veterans Affairs.

0:1:39.140 --> 0:1:44.550
Dougherty, Kenneth M.
Then we will proceed with an overview of the vet ride system, a live demonstration of the vendor portal.

0:1:45.60 --> 0:1:53.880
Dougherty, Kenneth M.
Discuss next steps for Vet ride training for vendors and then we'll open up a question and answer period
and then we will hear our closing remarks from our speaker.

0:1:56.530 --> 0:2:2.210
Dougherty, Kenneth M.
So before we would begin, I'd like to go over a few housekeeping notes to ensure that we have a smooth
and enjoyable event.

0:2:3.90 --> 0:2:6.700
Dougherty, Kenneth M.
Firstly, please be mindful that today's event is being recorded.

0:2:7.310 --> 0:2:18.830
Dougherty, Kenneth M.
Secondly, please keep your microphones muted when you are not speaking to reduce background noise

and improve audio quality, please hold comments and questions until the question answer period towards the end of today's presentation.

0:2:20.50 --> 0:2:30.220
Dougherty, Kenneth M.
During the question and answer period, we asked that you use the raise your hand feature, then patiently wait until me or one of the moderators say your name before speaking to ensure that everyone can hear your contribution.

0:2:31.250 --> 0:2:37.820
Dougherty, Kenneth M.
I encourage you to actively participate by asking questions or sharing your thoughts during the designated question and answer segment.

0:2:38.410 --> 0:2:44.0
Dougherty, Kenneth M.
Questions and comments may also be entered into the chat and one of the moderators will read the question or comment aloud.

0:2:44.870 --> 0:2:59.320
Dougherty, Kenneth M.
Lastly, responses to unanswered questions will be posted to sam.gov under the original notice ID of 36 C 24523 Q 0749 after today's event.

0:3:0.260 --> 0:3:2.440
Dougherty, Kenneth M.
Thank you all for your attention and cooperation.

0:3:4.760 --> 0:3:9.620
Dougherty, Kenneth M.
It is with great pleasure I introduce you to our esteemed panelists, who have graciously joined us today.

0:3:10.540 --> 0:3:16.240
Dougherty, Kenneth M.
Each panelist brings a wealth of knowledge, expertise, and unique perspectives to enrich our discussion.

0:3:16.250 --> 0:3:24.370
Dougherty, Kenneth M.
Today, they're impressive backgrounds and accomplishments make them true experts in their respective fields, and we are fortunate to have them here with us.

0:3:24.460 --> 0:3:56.140
Dougherty, Kenneth M.
Ready to share their insights and engage in a stimulating conversation from the Veterans Transportation program we had Mr Ben Williams, director of ETP, Mr Mark Chevalier, manager, VTP, Field operations team, and national VTS program coordinator, Mr Jonathan Kobel, Harrison, Senior VP regional coordinator, Mr Steve Belletti, Bette Ride, system Representative and Kevin Bergen, that ride System representative from VH, a Procurement logistics office.

0:3:56.150 --> 0:4:9.780
Dougherty, Kenneth M.
We have Mr Donald Butler, deputy director of contracting for network Contracting Office 5, Miss Christina Weir, division chief Network Contracting Office 5, Miss Evelyn Walker, Branch Deep Network Contracting, Office 5.

0:4:10.750 --> 0:4:12.380
Dougherty, Kenneth M.
Thank you all for being here today.

0:4:12.890 --> 0:4:14.490
Dougherty, Kenneth M.
Now let's proceed with today's program.

0:4:17.450 --> 0:4:18.20
Dougherty, Kenneth M.
Mr. Williams.

0:4:20.500 --> 0:4:21.330
Williams, Benjamin G
Like can it can.

0:4:21.420 --> 0:4:22.430
Williams, Benjamin G
Good afternoon everybody.

0:4:22.820 --> 0:4:27.700
Williams, Benjamin G
And I wanna thank everyone for for being here today.

0:4:27.710 --> 0:4:31.700
Williams, Benjamin G
I do see a lot of different names than than.

0:4:31.710 --> 0:4:34.160
Williams, Benjamin G
It's all on the on the call this morning.

0:4:34.790 --> 0:4:44.320
Williams, Benjamin G
So I I might just to to recap everybody, my name is Dan Williams and the director for the Veterans Transportation program here in BHA.

0:4:44.950 --> 0:5:10.850
Williams, Benjamin G
We are our our office manages the the beneficiary travel mission as well as the the veteran Transportation service in in VHA and which is which utilizes the vet ride software for all of our internal and route queuing and matching and and and all those things as an extension of that.

0:5:11.180 --> 0:5:45.580
Williams, Benjamin G
But that that rate, which is a system that that we'll use to electronically offer trip requests and things for contracted special mode transportation vendors as we move forward with the implementation of a P89 uh, we wanted to to as part of our open communication and transparent transparency as we as we move towards that implementation, we wanted to give you guys an opportunity to see as industry providers to see see what that that tool looks like and and how that will work.

0:5:45.590 --> 0:5:57.440
Williams, Benjamin G
So I'm excited to to to turn it over to the team today and allow them to continue that to continue our conversation as partners in implementing a P89 and serving veterans.

0:5:57.890 --> 0:5:58.480
Williams, Benjamin G
So.

0:5:59.490 --> 0:6:7.960
Williams, Benjamin G
So with that, I again for those those of you who were on the call, this more probably thankful you don't have to listen to me as much as you did this morning.

0:6:7.970 --> 0:6:16.340
Williams, Benjamin G
But but I'm I'm happy to turn it over to to to our our partners to to take you through the demo and continue this discussion.

0:6:16.350 --> 0:6:16.530
Williams, Benjamin G
So.

0:6:18.40 --> 0:6:18.930
Williams, Benjamin G
So thanks.

0:6:18.940 --> 0:6:19.490
Williams, Benjamin G
Thanks, Kenneth.

0:6:19.500 --> 0:6:19.950
Williams, Benjamin G
Back over to you.

0:6:23.190 --> 0:6:23.540
Dougherty, Kenneth M.
OK.

0:6:23.550 --> 0:6:23.910
Dougherty, Kenneth M.
Thanks.

0:6:26.50 --> 0:6:26.510
Dougherty, Kenneth M.
All right.

0:6:28.860 --> 0:6:31.940
Dougherty, Kenneth M.
So uh, Steven, would you like to begin the demonstration?

0:6:33.790 --> 0:6:34.480
Steven Bialecki
Absolutely.

0:6:33.690 --> 0:6:35.110
Dougherty, Kenneth M.
Don't. OK.

0:6:35.410 --> 0:6:36.260
Steven Bialecki
Thank you everyone.

0:6:36.270 --> 0:6:43.120
Steven Bialecki
Just wanna say good afternoon and I really appreciate this opportunity to demonstrate vet ride today.

0:6:43.130 --> 0:6:54.100
Steven Bialecki
We'll be focused on the vet ride, vendor portal and the Vendor Pass application, which is a companion mobile application that can be used by external vendors.

0:6:54.740 --> 0:7:6.220
Steven Bialecki
Of course has been mentioned that right is a software that is used by VTS to manage and track their transportation requests both internally and externally.

0:7:7.70 --> 0:7:15.790
Steven Bialecki
But this demonstration is gonna be more focused on just the external transportation management through the vendor portal and their vendor pass.

0:7:16.920 --> 0:7:17.940
Steven Bialecki
I'm going to share my screen.

0:7:17.950 --> 0:7:25.740
Steven Bialecki

I only have a couple slides that I just want to briefly touch on and then I'm going to jump right into the application and the mobile application.

0:7:25.750 --> 0:7:28.90
Steven Bialecki
But just so we're all on the same page.

0:7:28.370 --> 0:7:33.340
Steven Bialecki
Umm, that right is this ecosystem that allows for a number of things.

0:7:33.350 --> 0:7:45.460
Steven Bialecki
But for today, what we're talking about is with external vendors who have contracts, those contracts have parameters that determine what the cost is for a ride request.

0:7:46.30 --> 0:8:6.750
Steven Bialecki
That ride has a is a web application that allows for VTS to enter contractual information and it's parameters, or it's configuration, and then can use that information along with the data that we collect during the ride request, such as the distance that is needed to travel to calculate a cost estimate.

0:8:8.70 --> 0:8:21.670
Steven Bialecki
Once the ride is completed, we collect real time metrics, but also allow for manual entry or overriding of the estimated metrics and then use that to determine what the true cost is of the right.

0:8:23.70 --> 0:8:30.870
Steven Bialecki
So the contracts are entered into that right then they are broken down by the contract line items.

0:8:32.170 --> 0:8:38.400
Steven Bialecki
This allows us to produce an automatic cost calculation working with a non contracted vendor.

0:8:39.790 --> 0:8:43.80
Steven Bialecki
We're not able to necessarily automatically calculate a cost.

0:8:43.90 --> 0:8:48.640
Steven Bialecki
However, we are able to use the CMS fee rates to generate an estimated cost.

0:8:49.860 --> 0:8:52.310
Steven Bialecki
Umm this as I'll demonstrate.

0:8:52.320 --> 0:8:55.370
Steven Bialecki
During today, there's electronically sent out.

0:8:55.800 --> 0:9:8.620
Steven Bialecki
We have capabilities to send notification via email, text message, automated phone call as well as notifications that will be presented in the website.

0:9:9.120 --> 0:9:12.860
Steven Bialecki
I'll be demonstrating those here in a moment when I get into the web connection.

0:9:14.100 --> 0:9:26.810
Steven Bialecki
Of course, when the ride is been requested, the vendor is an as an option to accept the ride or reject the ride, and may reject the ride because they don't have resources or the cost is not right, et cetera.

0:9:27.400 --> 0:9:46.250
Steven Bialecki
If they accept the ride from that point, then the third party is taking over the transportation the vendor is taking over, and then they will pick up the individual and transport them to their location till they drop off and then you can go back into the web application and mark that.

0:9:46.310 --> 0:9:47.470
Steven Bialecki
Yes, I completed the trip.

0:9:48.660 --> 0:9:53.920
Steven Bialecki
And then that write allows for invoice emission from the vendor.

0:9:54.570 --> 0:9:56.320
Steven Bialecki
All of this I'll be showing.

0:9:56.330 --> 0:10:1.750
Steven Bialecki
Anybody just wanna kind of give a little overview and then just the real brief.

0:10:1.760 --> 0:10:8.220
Steven Bialecki
So there is this companion mobile application we have it for iOS and Android tag.

0:10:8.270 --> 0:10:13.500
Steven Bialecki
It can be used with the trips that have been assigned by VA to the vendor.

0:10:14.150 --> 0:10:15.970
Steven Bialecki
This application is pretty.

0:10:17.530 --> 0:10:21.240
Steven Bialecki
Simplistic and it allows you to start a ride.

0:10:21.670 --> 0:10:26.440
Steven Bialecki
It provides optional turn by turn navigation, so you don't have to use the turn by turn navigation.

0:10:27.150 --> 0:10:28.240
Steven Bialecki
It would use your.

0:10:28.250 --> 0:10:35.760
Steven Bialecki
Default map provider, so if you're on Android it may use Google Maps or if you use Waze or some other
product, it could use that.

0:10:36.110 --> 0:10:43.260
Steven Bialecki
If you're on Apple, same thing, you could use Apple Maps, but if you have Google Maps installed or some
other map provider, you can use any of those.

0:10:43.570 --> 0:10:53.630
Steven Bialecki
The application though in the background collects GPS data and then uses that GPS data to determine
when and if you arrived at your pick up and drop off locations.

0:10:55.510 --> 0:10:56.0
Steven Bialecki
I don't know.

0:10:56.10 --> 0:11:4.280
Steven Bialecki
Also allows us to make a calculated measure on total loaded mileage, which then can be used when you
submit the invoice.

0:11:5.550 --> 0:11:8.120
Steven Bialecki
Are there enough of me talking and showing slides?

0:11:9.240 --> 0:11:15.440
Steven Bialecki
I have on my screen right now I'm showing the third the vendor portal application.

0:11:15.450 --> 0:11:17.780
Steven Bialecki
So this is the application used by our external vendors.

0:11:18.670 --> 0:11:29.220
Steven Bialecki
Umm, right now we're on the dashboard and the dashboard shows you the list of trips that have been assigned to your company by the VTS team.

0:11:30.250 --> 0:11:38.900
Steven Bialecki
Trips can come in a various of statuses, so when I trip is first assigned to you, it is in the status of new.

0:11:39.10 --> 0:11:46.100
Steven Bialecki
It's been newly assigned and anything that is in the status of new you have the option to accept or reject.

0:11:47.210 --> 0:11:52.130
Steven Bialecki
Uh, we do provide these buttons on the dashboard and the search results.

0:11:53.80 --> 0:11:57.220
Steven Bialecki
There are other ways to accept and reject besides clicking these buttons.

0:11:57.760 --> 0:12:2.780
Steven Bialecki
For example, you can click on the check boxes to do a multiple.

0:12:3.780 --> 0:12:23.570
Steven Bialecki
Ohm do an action on multiple trips at once and the way that works is when I select the trips and then I go to the bulk action drop down you have the option to accept or reject or we had other actions you would do those there too just to demonstrate briefly.

0:12:23.580 --> 0:12:35.850
Steven Bialecki
So if I was to select one or more trips and use that bulk except I'm presented with the pop up that displays those trips and given an opportunity to set the estimated pick up time.

0:12:37.250 --> 0:12:44.380
Steven Bialecki
VSTS will set some preliminary estimate pickup time in certain instances.

0:12:44.390 --> 0:13:6.810
Steven Bialecki
We also have a concept called a preferred pick up time, but in all cases the vendor is able to set the appropriate pickup time is really between the vendor and the passenger is what determines what when

that person should be picked up, there is a place to provide some comments or notes that are meant to go back to VTS.

0:13:7.900 --> 0:13:9.230
Steven Bialecki
So you can enter those here.

0:13:9.300 --> 0:13:12.700
Steven Bialecki
It's optional and then you would hit accept.

0:13:13.40 --> 0:13:16.20
Steven Bialecki
I'll do that in a moment, but just wanna show all the different ways.

0:13:16.30 --> 0:13:25.230
Steven Bialecki
So of course, if you were to just click accept on the trip and by itself, then you receive a pop up for just that single ride request.

0:13:26.90 --> 0:13:40.470
Steven Bialecki
Yeah, but again, there is an estimated pick up time that you can set or if it is properly set then you can leave it as is and there's an optional common area for providing any notes that would be pertinent back to VTS.

0:13:41.200 --> 0:13:44.230
Steven Bialecki
Umm, if you were to reject the trip.

0:13:44.700 --> 0:13:56.890
Steven Bialecki
Similarly, a pop-up is displayed and you are able to provide some notes or comments back to VTS, perhaps to explain why you were unable to handle that trip.

0:13:56.900 --> 0:14:1.750
Steven Bialecki
Or you might explain that the cost needs to be adjusted or I'm not sure.

0:14:1.860 --> 0:14:2.890
Steven Bialecki
Don't have the resources.

0:14:2.900 --> 0:14:8.70
Steven Bialecki
Let's say it's optional, though, so you don't necessarily have to provide a comment if you don't have one.

0:14:10.460 --> 0:14:12.710
Steven Bialecki
Umm, so that's just related.

0:14:12.720 --> 0:14:16.390
Steven Bialecki
When it's in the new status ones, it's first been assigned to.

0:14:16.400 --> 0:14:25.740
Steven Bialecki
The first step is to termine am I able to handle this ride request and if yes, then I will mark it as accepted and if now then I will mark it as rejected.

0:14:26.820 --> 0:14:39.290
Steven Bialecki
Once you've accepted the trip, it is then considered scheduled, and once it is scheduled, you are now able to execute the trip or perform the transportation.

0:14:39.300 --> 0:14:42.540
Steven Bialecki
I should say using the vendor pass application.

0:14:43.710 --> 0:14:50.300
Steven Bialecki
Alternatively, if you were to not use the vendor pass application one, it's in the scheduled status.

0:14:50.310 --> 0:14:53.910
Steven Bialecki
This is when you are able to click complete, uh.

0:14:53.920 --> 0:15:11.10
Steven Bialecki
When you click complete, you're presented with a pop up and then this pop up will ask you to provide certain information that is necessary to calculate the cost for the most part, loaded distance is one of the main values.

0:15:11.20 --> 0:15:21.490
Steven Bialecki
Let's say that it would need to be set in order for us to determine the cost, but we also would like to know did the trick get completed or was the individual no show?

0:15:21.500 --> 0:15:22.350
Steven Bialecki
Or did they cancel?

0:15:23.220 --> 0:15:29.170
Steven Bialecki
Umm for this specific example I'm gonna mark completed, but we can go through each of these statuses and what do they mean?

0:15:29.180 --> 0:15:34.740
Steven Bialecki
And umm, also just gonna disclaimer that this is one way to complete a trip.

0:15:34.750 --> 0:15:44.10
Steven Bialecki
You can complete it with the vendor pass application and if you did filling in this information I'm doing right now would be optional or would already be done.

0:15:44.20 --> 0:15:57.330
Steven Bialecki
Actually it's done for you if you use the mobile app, but if you don't use the mobile app then there is a convenient features for clicking to auto prepopulate based on estimated values.

0:15:58.520 --> 0:16:3.660
Steven Bialecki
Umm main thing just for this one example I'm setting is the loaded distance and the status.

0:16:5.800 --> 0:16:20.470
Steven Bialecki
Once you have that information and then it prevents presents, this view which shows for this specific contract, the contract line item breakdown include in how that's used to come up with a final cost.

0:16:20.480 --> 0:16:32.860
Steven Bialecki
So we came up with a cost here for 25 and that was based on having a base rate of 425 with the 1st 10 miles in 15 minutes away time included.

0:16:33.800 --> 0:16:35.890
Steven Bialecki
Uh, so for this trip I leave.

0:16:35.900 --> 0:16:38.950
Steven Bialecki
I just if I go back, I I was only a mile.

0:16:38.960 --> 0:16:54.360
Steven Bialecki
So it's not not not a good trip, I guess to to necessarily demonstrate that by setting mileage it can factor into these other contract line items, but we'll do some more examples and we should be able to demonstrate that better.

0:16:54.950 --> 0:16:57.320
Steven Bialecki
There's also, it depends on your contract.

0:16:57.330 --> 0:17:1.80
Steven Bialecki
Some contracts have a concept of fixed cost items.

0:17:2.80 --> 0:17:13.440
Steven Bialecki
Uh, you might have used an oxygen tank or a defibrillator, or some other item during the transportation, and that right does have this support for.

0:17:14.220 --> 0:17:14.550
Steven Bialecki
Umm.

0:17:14.960 --> 0:17:25.50
Steven Bialecki
They're putting in negotiated cost rates on fixed items into a contract and if your contract has that, when you go to complete the trip, you are able to specify.

0:17:25.60 --> 0:17:29.730
Steven Bialecki
I used a fixed item and it will include that.

0:17:30.550 --> 0:17:36.260
Steven Bialecki
Pre negotiated cost when you finalize this trip.

0:17:37.40 --> 0:17:38.770
Steven Bialecki
I'm going to click.

0:17:38.780 --> 0:17:44.860
Steven Bialecki
I acknowledge that the information provided is accurate, and then I'm going to mark this trip as completed.

0:17:46.700 --> 0:17:53.150
Steven Bialecki
OK, so now we have the trip has been marked completed and I did all that without the vendor pass application.

0:17:53.670 --> 0:17:57.580
Steven Bialecki
Umm, of course it did require me to enter a few things in.

0:17:57.710 --> 0:17:59.460
Steven Bialecki
I had to specify the loaded mileage.

0:18:0.670 --> 0:18:11.120
Steven Bialecki
Uh, but just wanna emphasize that that there is a way to do this if you didn't use the mobile app, but I'm gonna go into the benefits of the mobile app now.

0:18:11.130 --> 0:18:20.220
Steven Bialecki
It can save you time, but I also wanna say I understand for those facilities who are already using software and that might be a challenge for them.

0:18:20.230 --> 0:18:27.80
Steven Bialecki
So umm, there is some individuals that will be very beneficial in other ones not as beneficial.

0:18:28.360 --> 0:18:36.620
Steven Bialecki
And when the trip is completed though, I can see that the actual cost has been set versus the estimated cost.

0:18:37.740 --> 0:18:45.340
Steven Bialecki
And I can see the metrics because we manually completed this and did not use the application.

0:18:45.730 --> 0:18:53.980
Steven Bialecki
The many of these were not provided, but in my specific instance, in this example, none of these affected the cost.

0:18:54.290 --> 0:19:0.690
Steven Bialecki
They were not part of my contract light item, so the specific example it was not a problem.

0:19:3.420 --> 0:19:3.860
Steven Bialecki
Umm.

0:19:5.590 --> 0:19:9.560
Steven Bialecki
So we talked about when the status is new, that's when it's just been assigned to.

0:19:10.30 --> 0:19:18.330
Steven Bialecki
We talked about on the status is scheduled and that means that you accepted this ride request and knowledge that you will perform the transportation.

0:19:20.40 --> 0:19:23.950
Steven Bialecki
And we talked a little bit about completed, but we'll go over some more later.

0:19:23.960 --> 0:19:27.520
Steven Bialecki
But completed is after you've provided the transportation.

0:19:28.580 --> 0:19:34.660
Steven Bialecki
Umm you mark it complete to inform the system that the ride was completed and it was done
successfully.

0:19:35.660 --> 0:19:38.280
Steven Bialecki
There are some alternatives if you didn't complete it.

0:19:38.680 --> 0:19:44.920
Steven Bialecki
Maybe you did the ride, but the individual did not show up, so that would be a no show.

0:19:44.970 --> 0:19:45.70
Steven Bialecki
No.

0:19:45.860 --> 0:19:48.790
Steven Bialecki
And then similarly, it could be cancelled.

0:19:48.860 --> 0:19:53.910
Steven Bialecki
You maybe you get to the door and they are there, but they refuse to get in the vehicle.

0:19:54.140 --> 0:19:56.850
Steven Bialecki
Perhaps that could be a cancel at the door.

0:19:57.360 --> 0:20:1.470
Steven Bialecki
So those are a couple different statuses, but similar to completed.

0:20:1.480 --> 0:20:19.920
Steven Bialecki
It's the final step of providing the transportation in progress means that you accepted the ride request
and then you assigned it and are using it on the vendor pass mobile application.

0:20:20.840 --> 0:20:30.260
Steven Bialecki
So in progress means you have the vendor pass application loaded up with this ride request and you've
started the ride using the app.

0:20:30.630 --> 0:20:32.0
Steven Bialecki
I'll be showing that soon.

0:20:32.670 --> 0:20:45.320
Steven Bialecki

Lastly, missed means you were assigned the ride request, but never did anything with it, so you did not accept it, reject it, complete it, or anything.

0:20:45.440 --> 0:20:47.180
Steven Bialecki
That's so it's mark, miss.

0:20:47.190 --> 0:20:58.200
Steven Bialecki
Now in reality mean life, you might have actually performed the transportation, let's say, but then you didn't update the software, so the software will mark the ride request as missed.

0:20:58.210 --> 0:21:12.650
Steven Bialecki
If you do not accept, reject or complete it within umm 24 hours of the appointment, or if you don't accept it, ray after the appointment time is supposed to end by its estimate, then it will get marked missed.

0:21:12.960 --> 0:21:17.730
Steven Bialecki
But you still, if it was marked missed, you could retroactively go back and update it.

0:21:18.510 --> 0:21:28.140
Steven Bialecki
Umm, but it's not, but ideally you are going to be accepting and using the system before the rides are expired.

0:21:29.30 --> 0:21:29.350
Steven Bialecki
Umm.

0:21:29.570 --> 0:21:38.200
Steven Bialecki
And I'm going to talk about that more about how am I made aware that I were was assigned to ride so that way we prevent this situation of something being marked missed.

0:21:40.190 --> 0:21:51.430
Steven Bialecki
There are other filters on the dashboard and the search mechanism as well as the sorting that will be useful for finding or identifying ride requests that have been assigned to you.

0:21:52.980 --> 0:22:2.820
Steven Bialecki
So first of all, uh, you can sort or filter the ride request based on what mobility is required.

0:22:3.210 --> 0:22:5.420
Steven Bialecki
So is it an ALS request?

0:22:5.430 --> 0:22:13.880
Steven Bialecki
Is an BLS request wheelchair etcetera and these you can select two at a time, so this would just return trips.

0:22:13.890 --> 0:22:16.870
Steven Bialecki
Meeting both of these mobility types.

0:22:19.60 --> 0:22:26.480
Steven Bialecki
We have a concept of show me trips that are currently not invoiced and show me trips that are assigned to an invoice.

0:22:27.750 --> 0:22:32.650
Steven Bialecki
I'll come back to this more there's a few ways actually to identify on invoice trips.

0:22:33.590 --> 0:22:34.50
Steven Bialecki
Umm.

0:22:34.270 --> 0:22:38.380
Steven Bialecki
And there's actually a few other things to talk about with invoicing, so I'm going to come back to that.

0:22:38.390 --> 0:22:51.720
Steven Bialecki
But you are also able to filter trips based on being assigned to an invoice, so the invoice has a number and this will return trips that are assigned to that particular invoice.

0:22:52.170 --> 0:23:3.620
Steven Bialecki
We have a whole dedicated invoices page, so this is another one where there's been multiple ways to achieve a similar go.

0:23:4.350 --> 0:23:6.520
Steven Bialecki
This is perhaps one way that there are.

0:23:6.530 --> 0:23:8.300
Steven Bialecki
There's another way that I'll go over as well.

0:23:9.170 --> 0:23:21.570
Steven Bialecki
We also have a filter for contract so that you can view trips if you have multiple contracts, you can still view trips that are assigned to one specific contract over another contract.

0:23:24.630 --> 0:23:35.590
Steven Bialecki
In addition to these filters that are presented on the left, uh, we have these statistics that are presented at the top of the screen and these statistics are selectable.

0:23:36.640 --> 0:23:36.790
Steven Bialecki
Uh.

0:23:36.800 --> 0:23:48.970
Steven Bialecki
So if I click new effectively it applies the status filter for new and only returns the trips within that particular statistic or status.

0:23:49.630 --> 0:23:59.10
Steven Bialecki
If you click the fill statistic for scheduled, it says one and it returns one trip and it also applies that status.

0:23:59.80 --> 0:24:3.600
Steven Bialecki
So these are essentially convenient ways to clicking the checkboxes on the left.

0:24:6.140 --> 0:24:8.390
Steven Bialecki
There's also a date range filter.

0:24:8.640 --> 0:24:14.560
Steven Bialecki
We provide some default options, such as today's TRIPS, tomorrow's trips, for this week's trips.

0:24:15.350 --> 0:24:20.900
Steven Bialecki
Uh, there is also a custom range with the custom range.

0:24:20.910 --> 0:24:28.270
Steven Bialecki
You can pick any end and start date and it'll return all the rides that are within that date range.

0:24:28.320 --> 0:24:35.880
Steven Bialecki
So I can click on the left and click on the right and this would apply my own custom date range for ride requests.

0:24:36.590 --> 0:24:49.330
Steven Bialecki
There is also a time picker if you're trying to narrow down to a specific time of day for those ride requests, you can enter that as well, and I leave mine on today's trips, though.

0:24:50.190 --> 0:24:50.550
Steven Bialecki
Umm.

0:24:52.0 --> 0:24:58.110
Steven Bialecki
Keeping with this theme up on the top right, there is this feature called auto refresh.

0:24:59.320 --> 0:25:8.520
Steven Bialecki
The idea of auto refresh is that so first of all, by default when you first log in, it will be disabled, but you can enable that to be one minute, 5 minute or 10 minute.

0:25:10.270 --> 0:25:15.700
Steven Bialecki
And what this does is it will automatically refresh parts of this page.

0:25:16.50 --> 0:25:24.850
Steven Bialecki
So that way you do not have to manually refresh the page using your browser refresh button and this will also ensure that you don't get logged out.

0:25:25.770 --> 0:25:30.750
Steven Bialecki
So then have the vendor portal the vendor pass.

0:25:30.920 --> 0:25:49.960
Steven Bialecki
This is all part of that ride and for vet ride there's a number of security and compliances that must be met and one that's relevant to what I'm talking about is having to log out and inactive user after 15 minutes of inactivity is coming from the VA handbook.

0:25:51.40 --> 0:25:51.660
Steven Bialecki
Umm.

0:25:52.180 --> 0:26:0.550
Steven Bialecki
So if you don't do anything in a web application, you have to be logged out and so this is where this feature auto refresh comes in.

0:26:1.380 --> 0:26:5.190
Steven Bialecki
Now you still would have to have some form of activity.

0:26:5.320 --> 0:26:6.620
Steven Bialecki
Is basically at the.

0:26:6.630 --> 0:26:29.480
Steven Bialecki
Move your mouse or something to that effect, but as long as you are doing things, this will automatically refresh this page data and then you won't get logged out and so you can remain logged in and the benefit of that is for as those individuals who want to receive real time as as much real time as possible so we can send you emails.

0:26:29.810 --> 0:26:32.670
Steven Bialecki
But even in emails, some people will say takes too long.

0:26:33.620 --> 0:26:36.340
Steven Bialecki
And so we do have a concept that's even faster in email.

0:26:36.350 --> 0:26:37.880
Steven Bialecki
It's just a web notification.

0:26:37.890 --> 0:26:46.70
Steven Bialecki
It shows up in the website, so I'm going to go ahead and stage, set up this demonstration and then show what that looks like.

0:26:46.370 --> 0:26:47.470
Steven Bialecki
Just wanna talk.

0:26:47.480 --> 0:26:55.160
Steven Bialecki
So up here in the top right you can see I actually already had a number of notifications earlier today as I was getting prepared for the demo.

0:26:56.170 --> 0:26:59.960
Steven Bialecki
Uh, you are able to clear all your notifications.

0:26:59.970 --> 0:27:9.120
Steven Bialecki
You will see notifications that you did not see when you were last, so if you were not logged in when you log in, you'll see any notifications you had missed.

0:27:10.500 --> 0:27:15.230
Steven Bialecki
You can use the clear all button to umm clear them all out.

0:27:16.130 --> 0:27:22.580
Steven Bialecki
There is an button next to that which is a mute or unmute button, so I'm gonna unmute it for now.

0:27:23.80 --> 0:27:33.530
Steven Bialecki
And what this will do is that as I receive web notifications, it's going to make an audible sound and I'll turn up my volume and I hope it comes through on the demo.

0:27:34.220 --> 0:27:37.160
Steven Bialecki
But if it doesn't, you'll have to trust me that it's happening.

0:27:38.560 --> 0:27:39.590
Steven Bialecki
So I'm gonna go ahead now.

0:27:39.600 --> 0:27:40.220
Steven Bialecki
I have a trip.

0:27:40.230 --> 0:27:46.670
Steven Bialecki
You're not seeing what I'm doing because I'm doing it in another portal, but for this demo it shouldn't be an issue.

0:27:48.70 --> 0:27:52.990
Steven Bialecki
So in a second here, I just hit confirm and in a few seconds here we should get a notification.

0:27:54.810 --> 0:28:0.290
Steven Bialecki
There we go and it's telling me I've been assigned a new ride request.

0:28:1.170 --> 0:28:11.780
Steven Bialecki
There is a button to click here to view it, and of course I'm on the I am on the dashboard page, it's not showing it yet I have an auto refresher.

0:28:11.790 --> 0:28:18.400
Steven Bialecki
5 minutes is actually only one minute left, so it probably very soon should be refreshing my page and then we should see it.

0:28:19.10 --> 0:28:19.250
Steven Bialecki
Uh.

0:28:19.530 --> 0:28:29.20
Steven Bialecki
However, in that web notification, I certainly could just click here the here link and that will just take me to the page such as this and I can work on that ride request.

0:28:29.510 --> 0:28:54.480
Steven Bialecki
Also there is this manual refresh button right next to the auto refresh button that you can click as well and that will take you will that will refresh the data you're looking at and so that trip would have shown up umm that you would also give web notifications if the ride was to be cancelled or unassigned, which is kind of the same.

0:28:54.990 --> 0:29:4.840
Steven Bialecki
Same idea, but let's say VTS provided you scheduled you a ride request, but perhaps the veteran needs to cancel.

0:29:5.490 --> 0:29:7.80
Steven Bialecki
That is certainly possible.

0:29:7.970 --> 0:29:9.440
Steven Bialecki
Let's take a look what that would happen.

0:29:9.450 --> 0:29:11.220
Steven Bialecki
So I'm gonna go ahead and unassign this again.

0:29:11.230 --> 0:29:13.380
Steven Bialecki
You're not seeing I'm doing, but that's OK.

0:29:13.390 --> 0:29:15.800
Steven Bialecki
That's mainly what happens in your web.

0:29:15.940 --> 0:29:19.200
Steven Bialecki
What happens in the vendor portals of interest today?

0:29:19.210 --> 0:29:24.620
Steven Bialecki
So I don't know if that notification sound comes through on this recording, so there's no.

0:29:24.680 --> 0:29:27.780
Steven Bialecki
There's an audible sound that goes off because I enabled that.

0:29:28.80 --> 0:29:30.710
Steven Bialecki
It's optional, but I can just enable that.

0:29:30.820 --> 0:29:41.470
Steven Bialecki
And then there's a umm, a web notification that appears in the website letting me know I have a new ride requested, or in this case I I was unassigned.

0:29:41.640 --> 0:29:47.60
Steven Bialecki
So maybe the veteran cancelled other appointment so they don't need the ride request.

0:29:47.410 --> 0:29:51.740
Steven Bialecki
In this case you will get a web notification informing you that that occurred.

0:29:52.670 --> 0:29:56.420
Steven Bialecki
There are other forms of notifications.

0:29:57.280 --> 0:30:2.710
Steven Bialecki
Uh, couple of them are a little bit more tricky to show, so I'm just going to do this is an email notification.

0:30:4.480 --> 0:30:7.590
Steven Bialecki
Umm this is more or less what it will look like.

0:30:9.500 --> 0:30:16.150
Steven Bialecki
We also have the capability to send a text message or a robo call.

0:30:16.660 --> 0:30:19.180
Steven Bialecki
It's kind of automated voice call that will contact.

0:30:20.910 --> 0:30:21.660
Steven Bialecki
We have forever.

0:30:21.670 --> 0:30:24.150
Steven Bialecki
It was so we can notify veterans for various things.

0:30:24.160 --> 0:30:39.120
Steven Bialecki
We notify BTS staff various things and we can notify vendors of things so we can notify vendors you've been assigned trips and over a certain period of time, and we can notify VTS when you accept trips.

0:30:40.200 --> 0:30:42.120
Steven Bialecki
Umm, there's a number.

0:30:42.130 --> 0:30:51.840
Steven Bialecki
A lot of things we sign notifications on, but all of those capabilities are possible within the vendor portal for vendors as well as our other users.

0:30:54.880 --> 0:30:59.610
Steven Bialecki
Umm, so I did show bulk except I just want to demonstrate.

0:30:59.620 --> 0:31:12.800
Steven Bialecki
There's also bulk reject, so if you had multiple trips for whatever reason, you can't handle them, you can see the one difference between accept and reject is there's no time date time picker, because if you're rejecting then you don't need to set the estimate.

0:31:12.810 --> 0:31:13.480
Steven Bialecki
Pick up time.

0:31:14.140 --> 0:31:23.900
Steven Bialecki
You comment is also optional, but maybe useful to provide contacts or understanding as to why you had to cancel the trip or reject it.

0:31:25.30 --> 0:31:26.840
Steven Bialecki
Umm, uh.

0:31:26.840 --> 0:31:27.590
Steven Bialecki
So we have those stats.

0:31:27.600 --> 0:31:29.690
Steven Bialecki
We have these items up here and then we also have a search bar.

0:31:29.880 --> 0:31:38.970
Steven Bialecki
So if you have the individual's name, whether the first or last name, you can type that in, uh, you can also type in.

0:31:40.660 --> 0:31:45.270
Steven Bialecki
Oh yeah, you can also type in the trip ID.

0:31:45.320 --> 0:31:57.670
Steven Bialecki
So for every trip there is a unique ID that we create for it and you can type in that ID into the search box here and that will return that specific trip.

0:31:59.520 --> 0:32:6.310
Steven Bialecki
I finally with the search bar you can also use it to search by either the pickup address or the drop off address.

0:32:6.320 --> 0:32:7.550
Steven Bialecki
It'll do against both.

0:32:7.560 --> 0:32:16.30
Steven Bialecki
So if I type in any address, it will return every ride request that has that address as either the pickup or the drop off.

0:32:19.290 --> 0:32:26.260
Steven Bialecki
There is a ability to sort, so by default we have it sorting by status and time.

0:32:26.830 --> 0:32:36.900
Steven Bialecki
So first little group, all the new, all the scheduled, all the completed and then it will further sort by time of day.

0:32:37.590 --> 0:32:47.770
Steven Bialecki
But if you're more interested in just time of day, regardless of status, you can change that filter in order to view by time of day.

0:32:48.160 --> 0:32:49.210
Steven Bialecki
So sure why?

0:32:49.280 --> 0:32:49.670
Steven Bialecki
But anyway.

0:32:52.900 --> 0:33:10.110
Steven Bialecki
Uh, I do have more to talk about the ride request, but I'm going to get into that once I start using the vendor pass application, so I'm going to use this next few minutes here just to go through some of these other pages that you may be seeing on the screen with the drivers, users and voices.

0:33:10.550 --> 0:33:12.460
Steven Bialecki
I want to at least just take a look at them.

0:33:12.890 --> 0:33:18.500
Steven Bialecki

We probably do come back to them more towards the end if there's further details I wanna make sure we go over.

0:33:19.190 --> 0:33:21.190
Steven Bialecki
So let's talk about users real quick.

0:33:22.360 --> 0:33:29.390
Steven Bialecki
Uh, so users are the other dispatchers that you may be using at your facility or coordinators.

0:33:30.310 --> 0:33:41.790
Steven Bialecki
The right now in this web portal I'm logged in as a dispatcher, so the responsibility of the dispatcher in the vendor portal is to accept or reject trips.

0:33:42.620 --> 0:33:44.380
Steven Bialecki
Umm to mark them completed.

0:33:45.420 --> 0:33:46.40
Steven Bialecki
Uh.

0:33:46.440 --> 0:33:50.700
Steven Bialecki
And they also can manage their other users or drivers.

0:33:51.840 --> 0:34:2.230
Steven Bialecki
So there you may have more more than one individual who will be logging into the portal to accept, reject or complete trips, and they would be considered a user.

0:34:2.780 --> 0:34:13.760
Steven Bialecki
You can manage your own users to manage a user means to create a user or update their email or phone number, but it also means to unlock their account.

0:34:14.960 --> 0:34:15.490
Steven Bialecki
Uh.

0:34:15.500 --> 0:34:27.70
Steven Bialecki
So if they do not log in, if they put in invalid user username and password, well they put in invalid password more than five times into the login form.

0:34:27.580 --> 0:34:32.330
Steven Bialecki
This is another security and compliance aspect, but their account will be automatically locked.

0:34:33.100 --> 0:34:36.450
Steven Bialecki
Also, they do not log into their account for 90 days.

0:34:37.400 --> 0:34:45.360
Steven Bialecki
This is another going back to that VA handbook that it is required to be locked for security and compliance reasons.

0:34:46.870 --> 0:34:52.900
Steven Bialecki
So for them to get back into the system, you will have to unlock them and that's what the lock unlock years.

0:34:52.910 --> 0:34:54.880
Steven Bialecki
I will lock someone else.

0:34:55.210 --> 0:34:56.110
Steven Bialecki
Looks like this account.

0:34:56.120 --> 0:35:1.760
Steven Bialecki
So you can see, so let's you can also manually lock sons account so you can cook lock.

0:35:2.600 --> 0:35:6.270
Steven Bialecki
And now that this individual is locked, they are not able to log in.

0:35:6.620 --> 0:35:17.620
Steven Bialecki
So I'm 99% of the time people get locked because they enter their password in wrong too many times or they did not use the account for more than 90 days.

0:35:17.950 --> 0:35:18.900
Steven Bialecki
Then it gets locked.

0:35:18.990 --> 0:35:31.270
Steven Bialecki
It's pretty rare that you would purposely lock someone's account, but certainly if someone no longer works there but you don't want to delete their account, locking it would be a good alternative.

0:35:31.680 --> 0:35:34.950
Steven Bialecki
If you delete their account, this is kind of similar to locking.

0:35:35.580 --> 0:35:41.780
Steven Bialecki
They won't be able to log in, but then also their account won't show up inside of the portal.

0:35:43.290 --> 0:35:45.140
Steven Bialecki
Reset password will.

0:35:46.510 --> 0:35:52.130
Steven Bialecki
Send the user an email with a link they can Click to set their password.

0:35:53.220 --> 0:35:59.10
Steven Bialecki
Uh, so pretty common after you create the user account, which I can go, let's walk through that.

0:35:59.20 --> 0:36:0.450
Steven Bialecki
So we can see we'll make a user.

0:36:1.420 --> 0:36:2.290
Steven Bialecki
John Smith.

0:36:2.720 --> 0:36:2.970
Steven Bialecki
Oops.

0:36:3.800 --> 0:36:4.430
Steven Bialecki
Umm.

0:36:6.80 --> 0:36:7.60
Steven Bialecki
In today's date.

0:36:9.690 --> 0:36:17.230
Steven Bialecki
So the first field is a username, no, just put something that I'm assuming to be unique so we don't have any conflict.

0:36:17.410 --> 0:36:19.460
Steven Bialecki
Then you put it in their first and last name.

0:36:22.130 --> 0:36:26.750
Steven Bialecki
Next is selecting their role now in the vendor portal.

0:36:27.300 --> 0:36:29.330
Steven Bialecki
At the moment, we really only have one role.

0:36:29.460 --> 0:36:30.230
Steven Bialecki
We have dispatcher.

0:36:32.0 --> 0:36:46.340
Steven Bialecki
However, we are always listening to feedback and willing to make changes where possible, and so it certainly is possible we may come up with more roles over the next month or so.

0:36:47.460 --> 0:36:57.980
Steven Bialecki
Perhaps we would want an admin role or and there could be other rules, but for now we have dispatcher which for all intensive purposes is kind of like an administrator of the third party.

0:36:59.230 --> 0:37:9.110
Steven Bialecki
The vendor umm, we need an email address so that way we can send the user the reset password link or other notifications.

0:37:10.770 --> 0:37:14.120
Steven Bialecki
Umm, that's pretty much maybe just name.

0:37:14.670 --> 0:37:19.930
Steven Bialecki
Given my username, emails were required because to be L is a login.

0:37:21.200 --> 0:37:23.740
Steven Bialecki
We need to send you a link to set a password.

0:37:24.760 --> 0:37:25.210
Steven Bialecki
Uh.

0:37:25.220 --> 0:37:33.930
Steven Bialecki
So umm when I click reset password this will now send an email over and then we can set that password and then we beat all the access.

0:37:35.310 --> 0:37:38.680
Steven Bialecki
So that's why that's a convenience of having this reset password.

0:37:38.730 --> 0:37:42.680
Steven Bialecki
There's also a forgot password page on the login screen.

0:37:43.590 --> 0:37:48.600
Steven Bialecki
Uh, and using so the user in theory could reset their own password using that.

0:37:48.650 --> 0:37:57.730
Steven Bialecki
But it's soft and convenient for the administrator to quickly be all to send off a reset password
notification to that user.

0:37:58.760 --> 0:38:1.770
Steven Bialecki
Umm, so I did mention how you can receive.

0:38:1.780 --> 0:38:4.780
Steven Bialecki
I showed a little bit of the notifications you can receive from the system.

0:38:5.200 --> 0:38:5.860
Steven Bialecki
Dumb.

0:38:6.250 --> 0:38:11.770
Steven Bialecki
So maybe you accepted a ride request or a trip was unassigned.

0:38:12.380 --> 0:38:19.840
Steven Bialecki
These could all be auto emailed to you notifying, but we also have the capabilities to do phone and SMS
right here.

0:38:19.850 --> 0:38:26.960
Steven Bialecki
You see, it is disabled for me and the reason is because I didn't put a phone number in when I created
my account.

0:38:27.560 --> 0:38:35.270
Steven Bialecki
Phone number was optional but I can go ahead and set a phone number and then we could just briefly
take a look at what that looks like.

0:38:35.280 --> 0:38:37.560
Steven Bialecki
When after you've completed it, umm.

0:38:38.240 --> 0:38:39.640
Steven Bialecki
So I set my phone number.

0:38:39.650 --> 0:38:43.830
Steven Bialecki
There's an optional category, and then there's also.

0:38:43.840 --> 0:38:46.330
Steven Bialecki
Is capable of receiving text message.

0:38:47.0 --> 0:38:58.0
Steven Bialecki
So if you don't have this enabled, then we assume your phone number can't receive text message and then you won't be able to enable text messaging notifications until you turn it on.

0:38:59.100 --> 0:39:1.270
Steven Bialecki
Umm, I'm going to do that.

0:39:1.280 --> 0:39:12.430
Steven Bialecki
I'm going to say that it's a SMS capable phone number and now that I've done this, this box here is no longer Gray out, meaning it's enabled.

0:39:12.440 --> 0:39:12.870
Steven Bialecki
It's green.

0:39:12.880 --> 0:39:13.310
Steven Bialecki
It's enabled.

0:39:13.350 --> 0:39:20.470
Steven Bialecki
On this one down here is red and another compliance related item that you can't simply.

0:39:21.770 --> 0:39:30.940
Steven Bialecki
Opt other people in to text messaging without verbally getting their consent and making sure they're aware that there are message and data rates that apply.

0:39:32.430 --> 0:39:36.200
Steven Bialecki
So this is disabled and when you click on it, it's going to provide some messaging.

0:39:36.800 --> 0:39:40.900
Steven Bialecki
The messaging essentially explains you must give verbal consent from this user.

0:39:40.910 --> 0:39:47.340
Steven Bialecki
If you're not that user that they accept the message and data rates may apply.

0:39:47.350 --> 0:39:54.730
Steven Bialecki
If we send them a message via text message umm, so that that's not the VA handbook, the different compliance.

0:39:54.790 --> 0:40:2.670
Steven Bialecki
But that is something I just if you're ever interested, that's why that is umm there is this page called user activity logs.

0:40:2.680 --> 0:40:14.620
Steven Bialecki
So what you would see there is if the user is creating other user accounts or locking things or they get their own account locked, they log in invalid passwords.

0:40:14.670 --> 0:40:22.70
Steven Bialecki
All these things are a kind of activity logs and you would be able to see these here under on the screen.

0:40:24.420 --> 0:40:29.990
Steven Bialecki
Can be useful for why is my user having issue logging in to check their activity logs?

0:40:30.0 --> 0:40:33.580
Steven Bialecki
And oftentimes that's enough to determine what's going on there.

0:40:35.220 --> 0:40:37.190
Steven Bialecki
Umm, this is uh.

0:40:37.200 --> 0:40:39.210
Steven Bialecki
We also have a separate page for drivers.

0:40:39.220 --> 0:40:44.90
Steven Bialecki
It's possible in the future we may merge users and drivers into the same page.

0:40:44.640 --> 0:40:45.180
Steven Bialecki
Umm.

0:40:45.840 --> 0:40:50.150
Steven Bialecki
Kind of evolved over time, and so this is the way it is right now.

0:40:50.580 --> 0:40:54.140
Steven Bialecki
There is drivers and drivers though, are fairly similar to users.

0:40:54.150 --> 0:40:58.860
Steven Bialecki
You'll see for a driver you put in an A first name and a last name.

0:41:0.90 --> 0:41:5.10
Steven Bialecki
Uh put in a phone number for pretty much all the same stuff.

0:41:5.920 --> 0:41:7.670
Steven Bialecki
Uh looks a little different.

0:41:7.680 --> 0:41:9.30
Steven Bialecki
We have this checkbox here.

0:41:9.40 --> 0:41:11.850
Steven Bialecki
This is again the text message consent.

0:41:13.0 --> 0:41:19.580
Steven Bialecki
Language that we have and that that would create a driver account.

0:41:20.530 --> 0:41:27.280
Steven Bialecki
Now there is this concept over here says device activation key and that relates to the vendor pass.

0:41:27.290 --> 0:41:37.950
Steven Bialecki
Application probably will show that more towards the end as to what that means, but when when you look at a driver you can see what trips that driver is assigned to.

0:41:39.150 --> 0:41:42.960
Steven Bialecki
Umm that is 1 aspect that I realized I didn't cover.

0:41:43.570 --> 0:41:57.900
Steven Bialecki
So for each of these ride requests right now, you can see that the driver is not assigned and technically at least right now you don't have to assign a driver you you could just execute these trips without the driver being assigned.

0:41:58.840 --> 0:42:9.530
Steven Bialecki
The reason we added assigning a driver is because it can make using the vendor pass application more convenient, because then you can say I would like.

0:42:10.40 --> 0:42:11.330
Steven Bialecki
We'll just do it right here.

0:42:11.380 --> 0:42:13.910
Steven Bialecki
Ohh not a completed 11.

0:42:13.920 --> 0:42:18.210
Steven Bialecki
We accept it, so I'm gonna accept this trip just so I can show this.

0:42:19.850 --> 0:42:21.660
Steven Bialecki
Uh, so here's a trip.

0:42:21.710 --> 0:42:29.0
Steven Bialecki
A ride request, if you will, that we agreed to perform and I can set the driver to one of my drivers.

0:42:29.10 --> 0:42:32.300
Steven Bialecki
So I just made the driver so that, yeah, we can choose that one.

0:42:32.600 --> 0:42:49.240
Steven Bialecki
And then I'll say assign and now when that driver logs into the vendor pass application, they will see this ride request on their on their device and then they'll be able to just select the trip and then perform their ride request.

0:42:50.460 --> 0:42:54.60
Steven Bialecki
Umm, we have an alternative way to.

0:42:55.390 --> 0:43:3.310
Steven Bialecki
Load up the vendor, pass application with ride request and it has to do with scanning QR codes.

0:43:4.130 --> 0:43:7.780
Steven Bialecki
I those QR codes come from the manifest.

0:43:8.780 --> 0:43:13.130
Steven Bialecki
If I download this PDF manifest, I can talk about that.

0:43:13.140 --> 0:43:14.580
Steven Bialecki
Once it's oops, we click that.

0:43:16.300 --> 0:43:25.30
Steven Bialecki
So this is the PDF manifest and the PDF manifest will list all the ride requests that you have accepted.

0:43:25.520 --> 0:43:30.130
Steven Bialecki
In theory you could print this out to hand to drivers to execute.

0:43:30.140 --> 0:43:32.480
Steven Bialecki
That was before we had the vendor pass application.

0:43:34.90 --> 0:43:41.420
Steven Bialecki
That was one use case is uh, I think this allows the drivers understand what rides they need to complete.

0:43:42.330 --> 0:44:2.140
Steven Bialecki
Uh, if you have the vendor pass application and you have this paper copy, there is the QR code right here and you can scan the QR code and then the ride will show up in the application, allowing you to then perform the transportation and have it collect all the metrics in real time automatically.

0:44:3.230 --> 0:44:3.790
Steven Bialecki
Umm.

0:44:4.370 --> 0:44:29.710
Steven Bialecki
Of course, now that we have the ability also to assign a ride request directly to a driver, umm, that becomes there's now kind of an overlap or you wouldn't necessarily have to scan these QR codes because you could just assign it using the web application, which in theory could be more convenient, especially if it's an add-on or the driver is not at a location where you can easily scan a QR code.

0:44:34.870 --> 0:44:34.990
Steven Bialecki
No.

0:44:40.330 --> 0:44:42.360
Steven Bialecki
Umm, there's a different manifest.

0:44:42.370 --> 0:44:47.560
Steven Bialecki
I would definitely want to show that as well, and actually I should go back to that PDF and really talk through it.

0:44:47.570 --> 0:45:7.200
Steven Bialecki
I realize I just mainly focus on the vendor pass, but I'll go back to it, but I do wanna show the Excel manifest as well, so I'll click download similar idea with these are the rides that you have accepted and it is based on whatever date range for filters you have applied.

0:45:8.210 --> 0:45:13.200
Steven Bialecki
But here I have a few trips that I've accepted for today in the manifest.

0:45:13.210 --> 0:45:20.720
Steven Bialecki
Right now it shows you the idea of the the ride request shows you their name, phone number, what type of mobility.

0:45:20.730 --> 0:45:23.50
Steven Bialecki
So is it ALS or something else?

0:45:24.500 --> 0:45:25.130
Steven Bialecki
Umm.

0:45:25.760 --> 0:45:44.40
Steven Bialecki
If they need an oxygen tank or something additional that's listed here, we have the appointment time and the estimated pick up time listed uh as well as the drop off address pick up address and what contract is assigned to that ride request.

0:45:45.670 --> 0:45:51.260
Steven Bialecki
There's some other, uh columns that well, sorry that this is scrolling around.

0:45:51.300 --> 0:45:56.690
Steven Bialecki

There's some other columns and there as well that in theory could be used to by the driver to write in those values.

0:45:57.730 --> 0:46:16.500
Steven Bialecki
So you could print this out as well and use it as a paper copy, although from what I usually see most people use this more like a analytically, so you would download this, filter it and this would help you identify information that you're trying to.

0:46:16.510 --> 0:46:18.420
Steven Bialecki
Maybe you're trying to find trips that you need to accept.

0:46:19.190 --> 0:46:19.610
Steven Bialecki
Umm.

0:46:19.710 --> 0:46:25.70
Steven Bialecki
Of course, now the web portal does have all kinds of filters and search mechanisms.

0:46:25.80 --> 0:46:36.640
Steven Bialecki
So at one time maybe the Excel was more useful for analysis, but now the website has quite a few features that facilitate analysis or searching.

0:46:37.30 --> 0:46:39.920
Steven Bialecki
So you probably could do most of it right here in this website.

0:46:39.970 --> 0:46:49.270
Steven Bialecki
In this dashboard page, let me go back to that PDF 'cause I think I kind of skimmed over it and I really want to make sure I just talk about what's inside here.

0:46:49.280 --> 0:46:52.440
Steven Bialecki
So aside from the QR code, shall we talked about that?

0:46:52.450 --> 0:46:53.530
Steven Bialecki
So we'll skip that for now.

0:46:53.760 --> 0:46:55.310
Steven Bialecki
You you can see the trip ID.

0:46:55.320 --> 0:47:4.70
Steven Bialecki

You can see where the passenger is their phone number, mobility type, the appointment date and time, pick up, drop off address and we'll contract.

0:47:4.560 --> 0:47:5.840
Steven Bialecki
It's assigned to as well as.

0:47:5.850 --> 0:47:28.180
Steven Bialecki
There's fields for you to type handwrite in information, so both the PDF and the Excel manifest have an intent to be used by an individual who is going to be hand writing down information and then when they get back from completing their rides, they'll hand that over to the dispatcher.

0:47:28.600 --> 0:47:37.20
Steven Bialecki
Who would then manually enter that in U, much like I showed in in the earlier example?

0:47:37.30 --> 0:47:39.370
Steven Bialecki
So they would bring that back filled out.

0:47:40.360 --> 0:47:41.770
Steven Bialecki
They would take a trip.

0:47:41.780 --> 0:47:50.920
Steven Bialecki
That need to be completed and then they would enter in all the values that are relevant based on what was collected by the driver and manually entered him.

0:47:52.50 --> 0:47:55.590
Steven Bialecki
Umm to start, we'll be coming back to that.

0:47:55.600 --> 0:48:1.470
Steven Bialecki
So think now I just wanted to talk a little bit about invoices.

0:48:1.710 --> 0:48:7.560
Steven Bialecki
I will have more to say about it towards the end as well I'm sure, but then we'll be getting into this vendor past application.

0:48:7.570 --> 0:48:10.240
Steven Bialecki
So this is the current invoice of page.

0:48:10.250 --> 0:48:13.40
Steven Bialecki
To be honest, we have some few minor changes.

0:48:13.50 --> 0:48:16.900
Steven Bialecki
At least that are going to be there soon that are not there right now.

0:48:17.550 --> 0:48:23.630
Steven Bialecki
So this page should look a little bit more like the trip search page with search bar and filters.

0:48:24.250 --> 0:48:32.30
Steven Bialecki
There's a few things we have to wrap up which should be there soon, but from this page there is ability to search by an invoice passed on.

0:48:32.40 --> 0:48:33.260
Steven Bialecki
It's not invoice number.

0:48:34.80 --> 0:48:37.420
Steven Bialecki
Umm you can search by the status of the invoice.

0:48:38.570 --> 0:48:55.750
Steven Bialecki
Umm, so when you complete the ride requests you enter an invoice and then that gets submitted to VTS and then VSTS can further update that invoice and to tell you what is the current status of the invoice and whether it was paid or not.

0:48:57.110 --> 0:49:14.410
Steven Bialecki
The invoice also has a way for you to associate ride requesting it, and we can use this as a mechanism to ensure that every ride requests you've completed has an invoice associated with it, so that way there's nothing missed.

0:49:16.50 --> 0:49:23.560
Steven Bialecki
The system also will automatic create invoices and that's how I have mine configured right now.

0:49:23.570 --> 0:49:26.460
Steven Bialecki
So there or two.

0:49:26.800 --> 0:49:27.120
Steven Bialecki
Uh.

0:49:27.130 --> 0:49:33.430
Steven Bialecki
Current modes we have, there's these automatic invoice mode, and then there's the non automatic invoice mode.

0:49:33.440 --> 0:49:39.670
Steven Bialecki
So when you're in automatic invoice mode, there's no button to create your own invoice manually.

0:49:40.80 --> 0:49:43.20
Steven Bialecki
These invoices get auto generated by the system.

0:49:44.220 --> 0:49:46.310
Steven Bialecki
Uh, you can update them after the fact.

0:49:46.320 --> 0:49:58.850
Steven Bialecki
You could add files to them, or so there's something like that, but essentially the system will make one invoice per individual per day that they have completed trips on.

0:49:58.910 --> 0:50:1.580
Steven Bialecki
So if you don't have any complete trips and you'll get an invoice.

0:50:1.590 --> 0:50:17.260
Steven Bialecki
But if you have any completed trips on a day, all the completed trips for that one person get automatically put into an invoice and then from there the VTS team is able to take that and then update it and provide you status.

0:50:17.740 --> 0:50:39.430
Steven Bialecki
And then also vendors are able to attach additional documents or other information to the voice that's created for you and and then if I could, I'll just quickly change my vendors profile so that it is in manual mode and then I can demonstrate how that changed.

0:50:39.760 --> 0:50:40.870
Steven Bialecki
So did it.

0:50:41.180 --> 0:50:48.160
Steven Bialecki
Now when I come here and we should have to refresh. Perhaps yes.

0:50:49.610 --> 0:50:53.800
Steven Bialecki
Umm, so now the third party is in manual invoice mode.

0:50:54.190 --> 0:51:1.310
Steven Bialecki
When you're in manual invoice mode, you now have this button here on the right says create new invoice uh.

0:51:1.400 --> 0:51:8.60
Steven Bialecki
When you create an invoice, you have to select one or more ride requests that relate to this invoice.

0:51:9.40 --> 0:51:11.390
Steven Bialecki
I'm just going to select one just for this demo.

0:51:11.580 --> 0:51:12.310
Steven Bialecki
I I'll select two.

0:51:12.360 --> 0:51:13.270
Steven Bialecki
You can select two or more.

0:51:14.610 --> 0:51:22.940
Steven Bialecki
There is a date range filter here so you can filter by specific day, umm or month or period of time.

0:51:24.710 --> 0:51:30.60
Steven Bialecki
Then there are some information to collect, such as the invoice number.

0:51:33.0 --> 0:51:33.680
Steven Bialecki
Uh.

0:51:33.720 --> 0:51:39.330
Steven Bialecki
Some date and times comments and then some files for evidence.

0:51:39.340 --> 0:51:41.30
Steven Bialecki
So we're just gonna pick a couple random files.

0:51:41.40 --> 0:51:50.590
Steven Bialecki
I have on my computer and then you just confirm the information that you entered for this invoice and that creates the invoice.

0:51:50.680 --> 0:52:2.30
Steven Bialecki

So this is manual mode, though probably in many cases we would prefer automatic mode, but I guess it really just depends on the situation and that rides very flexible.

0:52:2.380 --> 0:52:5.260
Steven Bialecki
So the main thing is that better I can handle many different situations.

0:52:7.680 --> 0:52:9.30
Steven Bialecki
But again, not probably.

0:52:9.300 --> 0:52:15.610
Steven Bialecki
The manual mode is, uh, just requires more work, so I guess it would be better to be an automatic mode.

0:52:15.620 --> 0:52:16.720
Steven Bialecki
So you don't have to do that.

0:52:16.730 --> 0:52:18.700
Steven Bialecki
Creating of the invoice, it'll do it all for you.

0:52:19.920 --> 0:52:30.530
Steven Bialecki
Umm, there's actually more can talk about the web portal but I thought this is a good time to switch over now and demonstrate some of the mobile applications.

0:52:31.510 --> 0:52:32.380
Steven Bialecki
I say applications.

0:52:32.390 --> 0:52:44.200
Steven Bialecki
There's an iOS application and and an Android application, so I'm gonna go ahead and move this here and move this here and pull this up.

0:52:46.270 --> 0:52:46.650
Steven Bialecki
OK.

0:52:47.270 --> 0:52:52.890
Steven Bialecki
Umm, so this is well, there's an easy way I guess I have my camera show.

0:52:52.900 --> 0:52:53.660
Steven Bialecki
Hindsight could do this.

0:52:53.670 --> 0:52:55.620
Steven Bialecki
I have a tablet on my computer.

0:52:55.830 --> 0:53:7.300
Steven Bialecki
I don't know if that's come through sort of the background things planned in, but have those device on my computer and I'm able to stream that device to my screen using some software.

0:53:7.420 --> 0:53:10.140
Steven Bialecki
So this here is an actual tablet.

0:53:10.370 --> 0:53:11.950
Steven Bialecki
The actual app loaded up on it.

0:53:12.390 --> 0:53:20.980
Steven Bialecki
It's not an emulator or something like that, and I have a ride request on on the application and I'm logged in, so there's a couple steps I skipped.

0:53:21.320 --> 0:53:24.370
Steven Bialecki
I would certainly be willing to show you what it looks like to log in.

0:53:24.960 --> 0:53:30.440
Steven Bialecki
Umm, but once you're logged in, you're you're taken to the screen here, which is the dashboard screen.

0:53:31.670 --> 0:53:33.720
Steven Bialecki
And again at the top is a button.

0:53:33.730 --> 0:53:40.660
Steven Bialecki
If you wanted to scan the QR code, I will demonstrate that that that QR code is coming from the manifest.

0:53:41.850 --> 0:53:49.880
Steven Bialecki
Uh, but if you assign the trip to a driver, then it'll just display here on the dashboard for you to select and start.

0:53:50.740 --> 0:53:52.630
Steven Bialecki
Uh, which in theory is more convenient?

0:53:53.600 --> 0:53:56.170
Steven Bialecki
So I'm going to go ahead and select this particular trip.

0:53:58.650 --> 0:54:0.660
Steven Bialecki
This is what it looks like after you.

0:54:0.790 --> 0:54:18.860
Steven Bialecki
This is what it looks like when you're viewing a ride request as the vendor pass driver, so I have the the vendor the company has accepted the ride, but now I'm the driver and I'm reviewing if I'm going to execute this ride or perform the transportation or not.

0:54:19.340 --> 0:54:24.710
Steven Bialecki
Assuming I will be performing this transportation, I needed to click the begin trip button.

0:54:26.930 --> 0:54:28.520
Steven Bialecki
And that will begin.

0:54:28.790 --> 0:54:31.120
Steven Bialecki
That will initiate that the ride has been started.

0:54:31.310 --> 0:54:42.320
Steven Bialecki
And so now I need GPS that is being collected by this application, which it does in the background is now being associated with this specific ride that I had just accepted.

0:54:43.960 --> 0:54:46.980
Steven Bialecki
There are are, umm, optional.

0:54:47.30 --> 0:54:54.10
Steven Bialecki
They're not required to use, but there are these buttons here to navigate to the pick up and drop off location.

0:54:55.50 --> 0:54:59.880
Steven Bialecki
Uh, it will use the map provider you have on your phone.

0:55:0.30 --> 0:55:9.840
Steven Bialecki
If you or device if you have multiple map providers, it will allow you to choose which map provider you want to select and this specific device.

0:55:9.930 --> 0:55:16.760
Steven Bialecki
I only have Google Maps, so when I tap this button it's just gonna take me to Google Maps because that's the only one I had.

0:55:16.950 --> 0:55:20.910
Steven Bialecki
But if I had more installed, there would be a pop up for me to choose.

0:55:20.990 --> 0:55:23.380
Steven Bialecki
So I'm gonna click navigate and again this is optional.

0:55:24.760 --> 0:55:30.50
Steven Bialecki
Really the only required thing is clicking begin trip and clicking complete trip.

0:55:30.340 --> 0:55:39.90
Steven Bialecki
And of course, actually transporting the individual, umm, the this without maybe you don't have GPS.

0:55:39.220 --> 0:55:42.670
Steven Bialecki
Probably, which is rising, but maybe you do alright.

0:55:43.140 --> 0:55:47.940
Steven Bialecki
Maybe you would prefer this turn by turn navigation, which in this case is just what's on your device.

0:55:48.940 --> 0:55:49.420
Steven Bialecki
Umm.

0:55:49.860 --> 0:55:54.170
Steven Bialecki
I'm not gonna go for a drive, so this is what it looks like.

0:55:54.180 --> 0:56:5.860
Steven Bialecki
But if I'm if I drive around, it's just like if you had GPS, it's going to force my things like moving around just because the lat long trying to get an accurate signal from where I'm located.

0:56:5.870 --> 0:56:11.860
Steven Bialecki
But, umm, pull back out of there and back out one more time?

0:56:11.870 --> 0:56:13.220
Steven Bialecki
Which should take me back to the app.

0:56:13.870 --> 0:56:23.60
Steven Bialecki
Uh, now I'll just show you just so you can see if you click the navigate on the drop off that will again launch the map application but I didn't move anywhere.

0:56:23.160 --> 0:56:27.400
Steven Bialecki
That's gonna look pretty much the same as what I just showed you, but it will.

0:56:27.410 --> 0:56:34.390
Steven Bialecki
In fact, it is in fact routing me to a different location just because I'm still here just looks the same.

0:56:35.490 --> 0:56:36.650
Steven Bialecki
So we'll back onto that.

0:56:37.730 --> 0:56:40.960
Steven Bialecki
Umm to get back into the application.

0:56:41.870 --> 0:56:43.380
Steven Bialecki
Umm, now there is.

0:56:43.790 --> 0:56:50.170
Steven Bialecki
If you were to get to this and you had for some reason change your vehicle or the odometer reading was an accurate, you can do that.

0:56:50.180 --> 0:56:52.320
Steven Bialecki
Those are more optional features.

0:56:53.120 --> 0:57:1.990
Steven Bialecki
Umm, there is also, so the intended the is that you completed the trip that you drove to the pickup.

0:57:2.0 --> 0:57:8.80
Steven Bialecki
You picked up the individual and transported into the drop off and once you got the drop off, you would click complete trip.

0:57:9.220 --> 0:57:10.530
Steven Bialecki
They'll be before I clicked that button.

0:57:10.540 --> 0:57:15.50
Steven Bialecki
I just want to call out if you get to the drop off or tire.

0:57:15.60 --> 0:57:36.880
Steven Bialecki
If you get to the pickup and the individual is not there or does not want to get in the vehicle, there is a a can't find rider which is essentially marking the rider was a no show, which is a separate status then completed, and then likewise similarly.

0:57:38.500 --> 0:57:42.790
Steven Bialecki
If the rider cancels at the door, there is a button to tap and say cancel.

0:57:44.60 --> 0:57:45.970
Steven Bialecki
But let's do the happy path, at least.

0:57:45.980 --> 0:57:50.210
Steven Bialecki
First, we'll complete the trip and then say complete.

0:57:53.270 --> 0:58:6.810
Steven Bialecki
Umm, so that's really that's kind of the most you do with this application is you click start trip and then you just drive to wherever you gotta go and then at the very end you click end.

0:58:7.810 --> 0:58:15.900
Steven Bialecki
Uh, but if you did have those needs or found it convenient and he turn by turn navigation, that's that's that certainly there.

0:58:16.870 --> 0:58:25.390
Steven Bialecki
If you wanted that, but now that I completed this trip, I would like to go back a little bit to the third party portal and I'm.

0:58:25.400 --> 0:58:27.610
Steven Bialecki
I'm sorry, vendor portal and then see what it does.

0:58:27.620 --> 0:58:31.190
Steven Bialecki
So we're going to click refresh just because we don't want to necessarily wait for that.

0:58:32.910 --> 0:58:35.470
Steven Bialecki
And now we should have this ride right here.

0:58:36.900 --> 0:58:48.520
Steven Bialecki
I'm going to click complete and hopefully if you were kind of paying attention away earlier, you would recognize that this took me to a slightly different screen than if I click complete.

0:58:48.570 --> 0:58:58.840
Steven Bialecki
When I had not used the vendor pass so because I used the vendor pass application, all of this metrics is precalculated.

0:58:58.850 --> 0:59:0.580
Steven Bialecki
Or was autofilled for me?

0:59:1.360 --> 0:59:9.30
Steven Bialecki
Of course, I literally just did here, so the loaded distance is 0 and I would need to correct that by clicking this button here.

0:59:9.40 --> 0:59:11.190
Steven Bialecki
So that definitely would need to be fixed.

0:59:11.200 --> 0:59:22.30
Steven Bialecki
If this is a realistic scenario and that you would want to fix that, but if it was also realistic scenario, you would have watched me for like 40 minutes, go drive somewhere and it would be as good of a demo.

0:59:22.650 --> 0:59:27.320
Steven Bialecki
Umm but this, as long as you use vendor pass you don't have to worry about the metrics.

0:59:27.390 --> 0:59:37.960
Steven Bialecki
They're already calculated for you and just takes you directly to the final screen, where you can confirm the invoice and then again there's the fixed cost goods.

0:59:39.970 --> 0:59:49.90
Steven Bialecki
This particular contract I'm just realized the contract access doesn't have a cost per loaded mileage, so maybe I should have picked a slightly better one.

0:59:49.100 --> 0:59:59.90
Steven Bialecki
It would be more instructive, but the the idea is that if you use of interpass then it'll populate the data that you would normally have to hand enter.

0:59:59.250 --> 1:0:12.360
Steven Bialecki

Whether you're typing that on that paper for then someone else to hand enter into the system or some other approach that you have this collected it on in the background and now all I have to do is basically hit.

1:0:12.720 --> 1:0:15.560
Steven Bialecki
I just review it, make sure it looks right and then hit complete.

1:0:17.950 --> 1:0:22.360
Steven Bialecki
Umm, actually, let's let this thing time out.

1:0:22.370 --> 1:0:25.20
Steven Bialecki
So if you give me one second, I'm gonna click a button.

1:0:25.30 --> 1:0:29.270
Steven Bialecki
I have a second device here because I really would like to demonstrate this as well.

1:0:30.30 --> 1:0:32.220
Steven Bialecki
Uh, earlier, just a bit ago.

1:0:32.230 --> 1:0:39.20
Steven Bialecki
I just demonstrated the uh Android application and I just I'm I.

1:0:39.30 --> 1:0:42.420
Steven Bialecki
I guess I won't go through everything, but I just want to show we also have the iOS application.

1:0:43.410 --> 1:0:53.190
Steven Bialecki
Uh, so this is again that Apple device sitting here on my computer, on my desk, and I got software so I can show you what it looks like without without having to do this whole time.

1:0:53.770 --> 1:1:1.150
Steven Bialecki
Uh, this is what it looks like when you're logged in on the iOS application, and I have a trip assigned to this driver.

1:1:2.210 --> 1:1:5.860
Steven Bialecki
Uh, so you can see in the middle there says I have one trip.

1:1:5.950 --> 1:1:9.270
Steven Bialecki
And of course there is that QR scanning, if that's something you find useful.

1:1:9.280 --> 1:1:16.820
Steven Bialecki
That's still there, but if I click the view the trip this I only have one so far.

1:1:16.830 --> 1:1:21.730
Steven Bialecki
But if I had more, they would list all the trips that you're assigned to for that time period.

1:1:23.250 --> 1:1:23.680
Steven Bialecki
Umm.

1:1:23.810 --> 1:1:45.760
Steven Bialecki
By selecting that ride request my device and now I get kind of similar looking screen where there is a begin trip button at the bottom and then there are convenient buttons for specifying for doing the navigate and then this device actually has multiple map providers such just to show you if I hit navigate.

1:1:46.880 --> 1:1:49.950
Steven Bialecki
In this case you can ignore simulate that's testing.

1:1:50.20 --> 1:2:3.110
Steven Bialecki
You won't have that in production, but you you can see I've Google Maps and Apple Maps and I can choose either one, but I could choose Apple Maps and then that's going to launch my preferred map provider.

1:2:4.40 --> 1:2:9.820
Steven Bialecki
And then I could certainly choose Google Maps and do the same thing, and then it's similar workflow.

1:2:10.410 --> 1:2:15.660
Steven Bialecki
So after you begin the trip, then you just need to complete it by clicking complete.

1:2:19.330 --> 1:2:21.840
Steven Bialecki
And of course you would drive you.

1:2:21.850 --> 1:2:25.110
Steven Bialecki
That would be the key thing is that you're just logged into this while you're driving.

1:2:26.0 --> 1:2:30.960
Steven Bialecki
Moses is just about collecting the GPS data too, producing accurate.

1:2:31.890 --> 1:2:35.200
Steven Bialecki
Umm, cost. Uh.

1:2:39.50 --> 1:2:49.440
Steven Bialecki
So I I there are a few things that I haven't gone over, I haven't really showed you what it looks like when we log into the application and I haven't shown what it looks like to register the application.

1:2:49.850 --> 1:2:55.500
Steven Bialecki
So I'm just gonna quickly go through that and then I think that's probably about my time for the demo today.

1:2:55.510 --> 1:2:57.550
Steven Bialecki
So we'll then we'll have plenty of time to do some Q&A.

1:2:58.420 --> 1:3:4.950
Steven Bialecki
So they just kind of knock out a couple things, make sure that we've covered everything today and then I'll open up the Q&A.

1:3:5.770 --> 1:3:18.400
Steven Bialecki
So I just wanna show logging into the web portal first to do that so when you come to the web portal, this is what it looks like, actually premia moment.

1:3:21.80 --> 1:3:21.310
Steven Bialecki
Whoops.

1:3:24.210 --> 1:3:28.300
Steven Bialecki
So my password manager timed out to give me one second.

1:3:28.370 --> 1:3:34.10
Steven Bialecki
I should be able to log into that and then do this whenever you log into.

1:3:34.760 --> 1:3:36.890
Steven Bialecki
The vet right portals again.

1:3:36.900 --> 1:3:45.40
Steven Bialecki
Going back to this compliance, umm we are required to use multifactor authentication.

1:3:45.960 --> 1:3:48.360
Steven Bialecki
Currently, the third party portal.

1:3:49.440 --> 1:4:9.130
Steven Bialecki
Implements that by doing a two factor off, so you log in with your username and password and then after that you were emailed A6 digit code and that is how you are able to access the vendor application today.

1:4:10.270 --> 1:4:19.240
Steven Bialecki
Uh, it's certainly possible at some point in the future we might have some single sign on or some other mechanism that doesn't exist yet today.

1:4:20.610 --> 1:4:23.390
Steven Bialecki
And then I do want to talk about the mobile apple.

1:4:23.400 --> 1:4:44.180
Steven Bialecki
Just do it on the Android phone, so I'm gonna log out of this and so when you log in, currently when you log into the vendor pass application, umm you are sent A6 digit code to the phone number that is associated with the device.

1:4:44.570 --> 1:4:50.280
Steven Bialecki
So I'll just kind of enter that in and then we'll talk about how I while there was set up.

1:4:51.660 --> 1:4:56.50
Steven Bialecki
Uh, so after you enter the code you click sign in, that will log you in.

1:4:56.60 --> 1:4:58.970
Steven Bialecki
Now you may have noticed, may not.

1:4:58.980 --> 1:5:7.250
Steven Bialecki
So I'll just do it again and when I logged out, uh, I didn't enter a username or password and that is currently the case.

1:5:7.260 --> 1:5:10.370
Steven Bialecki
So currently drivers don't have a username and password.

1:5:11.440 --> 1:5:18.940
Steven Bialecki
Uh, they have a name and phone number and then there is this device activation key.

1:5:19.900 --> 1:5:21.750
Steven Bialecki
Umm this is how it currently works.

1:5:21.760 --> 1:5:22.240
Steven Bialecki
Site.

1:5:22.320 --> 1:5:27.820
Steven Bialecki
It could possibly change in the future, but since that's how it works right now, I definitely wanna walk through.

1:5:28.520 --> 1:5:30.980
Steven Bialecki
Uh, how do you register device?

1:5:31.230 --> 1:5:34.200
Steven Bialecki
So I'm gonna actually realize we need to resend the code.

1:5:34.450 --> 1:5:41.240
Steven Bialecki
Someone to do that then I'm going to deactivate this device and then I'll activate it with you.

1:5:41.250 --> 1:5:43.780
Steven Bialecki
So everyone can see what that looks like.

1:5:43.870 --> 1:5:46.130
Steven Bialecki
So I got a different code here believe.

1:5:49.460 --> 1:5:52.310
Steven Bialecki
Nope, actually it was the code already had.

1:5:57.900 --> 1:5:58.300
Steven Bialecki
When was.

1:6:8.610 --> 1:6:16.760
Steven Bialecki
So I'm just waiting for the tell you the code should be able to log back into the device and then I go through the deprovisioning workflow.

1:6:17.570 --> 1:6:18.210
Steven Bialecki
So here we go.

1:6:23.690 --> 1:6:25.10
Steven Bialecki
OK. Uh.

1:6:28.30 --> 1:6:33.940
Steven Bialecki
So it's kind of hard to read on this screen, but there is a button here to tap to deactivate the device.

1:6:35.60 --> 1:6:36.190
Steven Bialecki
I'm just going to go ahead and do that.

1:6:36.720 --> 1:6:38.170
Steven Bialecki
It'll say Are you sure and say?

1:6:38.180 --> 1:6:42.930
Steven Bialecki
Yep, and that takes me back to the beginning of application.

1:6:42.940 --> 1:6:51.110
Steven Bialecki
So if you download this application, it is available in the Google Play Store or the Apple App Store.

1:6:52.280 --> 1:7:3.830
Steven Bialecki
If you download the application you will see a screen similar to what I'm presenting right now and essentially mentions that you need the registers device by scanning your designated QR code.

1:7:4.380 --> 1:7:10.970
Steven Bialecki
What it means is that on the drivers page within the vendor portal, there is a device activation key.

1:7:11.840 --> 1:7:15.700
Steven Bialecki
You can click this button and that will generate this QR code.

1:7:16.310 --> 1:7:24.350
Steven Bialecki
Uh, and then we use that code to register the vendor pass out, but when I click scan QR code.

1:7:27.280 --> 1:7:35.330
Steven Bialecki
Here I have this device I'm going to go till I get to the QR code and make sure you can actually read the whole QR code.

1:7:35.820 --> 1:7:42.210
Steven Bialecki
That so that worked, that read the QR code in.

1:7:42.220 --> 1:7:45.410
Steven Bialecki
Now it wants me to just enter some information.

1:7:45.900 --> 1:7:46.760
Steven Bialecki
I'm gonna go ahead and do that.

1:7:48.420 --> 1:7:52.550
Steven Bialecki
Make sure I put in my phone number email.

1:7:55.660 --> 1:8:3.960
Steven Bialecki
Umm, so you put your name, phone and email and then say verify and now my device is registered.

1:8:3.970 --> 1:8:13.700
Steven Bialecki
Uh, so now I'm going to get another text message and it will be just like I demonstrated a couple Times Now that once I enter in that code that gets sent to me.

1:8:16.0 --> 1:8:19.470
Steven Bialecki
Umm, I will now be logged in as.

1:8:19.590 --> 1:8:20.620
Steven Bialecki
In this case Jane Smith.

1:8:22.940 --> 1:8:29.50
Steven Bialecki
And certainly I could then for uh, because I still have to have set up to do that.

1:8:29.60 --> 1:8:33.370
Steven Bialecki
And so just for time sake, doing a little quickly.

1:8:33.380 --> 1:8:34.520
Steven Bialecki
So they can run out of time.

1:8:36.160 --> 1:8:41.710
Steven Bialecki
Umm but yeah, now I'm logged into that and now he certainly could take one of the trips that I've accepted.

1:8:42.200 --> 1:8:43.980
Steven Bialecki
Let's just we don't.

1:8:43.990 --> 1:8:45.170
Steven Bialecki
We can take a couple of these trips.

1:8:46.350 --> 1:8:54.830
Steven Bialecki
This will use the bulk except this time I'm just gonna leave everything as default except it and now we just accepted a bunch of those trips.

1:8:55.680 --> 1:9:1.530
Steven Bialecki
You could take one of these trips, umm, and then assign it to the new driver that we made.

1:9:1.980 --> 1:9:8.350
Steven Bialecki
And then that will show up on the tablet or or I could print the manifest and scan the QR code.

1:9:11.580 --> 1:9:12.50
Steven Bialecki
Umm.

1:9:12.500 --> 1:9:17.310
Steven Bialecki
And so this system is capable of handling emergent trips, non emergent trips.

1:9:18.250 --> 1:9:18.700
Steven Bialecki
Uh.

1:9:18.710 --> 1:9:29.600
Steven Bialecki
When TTS is creating riser able to specify that during the ride request UM and we handle contracted vendors and no contractive vendors.

1:9:30.920 --> 1:9:31.200
Steven Bialecki
Umm.

1:9:32.480 --> 1:9:33.930
Steven Bialecki
And I believe that is everything I had.

1:9:33.940 --> 1:9:36.370
Steven Bialecki
So it really before I finish this one, say thank you very much.

1:9:36.440 --> 1:9:37.590
Steven Bialecki
Appreciate your time.

1:9:37.860 --> 1:9:40.690
Steven Bialecki
Look forward to reading the questions or feedback that you had.

1:9:41.520 --> 1:9:49.70
Steven Bialecki
If you do have concerns or feedback, just let us know, because we can take your feedback and incorporate that into some future version.

1:9:50.210 --> 1:9:51.140
Steven Bialecki
Just thank you very much.

1:9:51.150 --> 1:9:51.590
Steven Bialecki
Appreciate it.

1:9:52.460 --> 1:9:52.830
Dougherty, Kenneth M.
OK.

1:9:52.840 --> 1:9:53.610
Dougherty, Kenneth M.
Thank you, Steven.

1:9:53.620 --> 1:9:54.130
Dougherty, Kenneth M.
Thank you.

1:9:54.840 --> 1:9:58.370
Dougherty, Kenneth M.
I'd now like to begin our question and answer period with our panels.

1:9:58.780 --> 1:10:3.370
Dougherty, Kenneth M.
Please remember to use the raise your hand feature and one of the moderators or me will address you by name.

1:10:3.980 --> 1:10:7.510
Dougherty, Kenneth M.
Once addressed, please unmute your microphone and ask your question.

1:10:7.940 --> 1:10:15.380
Dougherty, Kenneth M.
Alternatively, questions and comments can be entered into the chat box and one of the moderators will state the question or comment for the panels.

1:10:17.960 --> 1:10:23.970
Dougherty, Kenneth M.
The not seeing any questions yet, so somebody wants to be the first.

1:10:24.970 --> 1:10:25.570
Dougherty, Kenneth M.
Please feel free.

1:10:30.630 --> 1:10:35.320
Williams, Benjamin G
Can all kick off some of the, just maybe foster maybe a little bit of dialogue.

1:10:35.330 --> 1:10:41.940
Williams, Benjamin G
So so Steven, thank you for for the very thorough, thorough rundown from from the vendor point of view.

1:10:41.950 --> 1:10:42.320
Williams, Benjamin G
So.

1:10:42.330 --> 1:10:47.600
Williams, Benjamin G
So obviously that was very important for us to be able to communicate in any sessions.

1:10:48.310 --> 1:10:49.100
Williams, Benjamin G
A couple things.

1:10:49.110 --> 1:11:15.950
Williams, Benjamin G
I know that you know you didn't mention so from a from an operationalization of the third party floral or vendor portal and and getting it to this point where it is today, we have work with several facilities and and and and some of their vendors to get feedback on what you know on the current to get us to the current state of the tool.

1:11:15.960 --> 1:11:19.780
Williams, Benjamin G
So, so, so.

1:11:19.790 --> 1:11:26.420
Williams, Benjamin G
So that's the one thing I, you know, I wanna make sure to share with with the industry providers.

1:11:26.650 --> 1:12:46.370
Williams, Benjamin G
Another thing, as you saw in there and some of the specifics that Steven ran through just in the course of of navigating the system, part of the reason why we've invested so much time in the Pre, pre award planning phase of this and standardizing the the, the, the acquisition packages to ensure that these

standardized umm components line items in the PWS of the acquisition package align fully to how we're prepared to support it and execute it in a streamlined manner with the software to ultimately make both the agency and the vendors and or you know industry providers process from aside from the actual transporting of of the patient much smoother and and really you know very intuitive and and streamlined over and above what and in a lot of instances that we currently work with today you know a separate spreadsheet at some sites for all of the orders and or in a lot of disjointed ways to to monitor the overall execution which requires a whole lot more from an administrative standpoint both on the agency side as well as on on the vendor side.

1:12:46.380 --> 1:12:51.220
Williams, Benjamin G
So I will be, you know.

1:12:51.620 --> 1:12:52.500
Williams, Benjamin G
I'll. I'll.

1:12:52.510 --> 1:12:57.140
Williams, Benjamin G
I'll be I I do, you know, hope to hear some feedback and or just questions.

1:12:57.590 --> 1:13:21.360
Williams, Benjamin G
Obviously you we are prepared from an agency perspective to as we award the contracts and prepare to award truck contracts and for those those those vendors who have existing contracts were were prepared and and have the resources to to train your teams on on how to use it from the vendor perspective and and that that's part of this implementation.

1:13:21.370 --> 1:13:37.180
Williams, Benjamin G
So so I know that's probably a question that will come up and and and feel that we've got a a very good model to be able to to deliver that, to deliver that to to your teams that would execute on the ground.

1:13:38.410 --> 1:13:39.740
Williams, Benjamin G
So I'll stop there, but.

1:13:41.90 --> 1:13:41.600
Dougherty, Kenneth M.
Thank you.

1:13:41.650 --> 1:13:42.360
Dougherty, Kenneth M.
Thank you, man.

1:13:43.250 --> 1:13:45.370
Dougherty, Kenneth M.
Joel or Joel, you have your hand raised.

1:13:47.770 --> 1:13:48.440
Joele
Uh, yes, Sir.

1:13:48.870 --> 1:13:51.480
Joele
We actually typed in our questions.

1:13:51.770 --> 1:13:55.440
Joele
The first one, is there a timeline on which the vendor has to respond?

1:13:55.450 --> 1:13:57.600
Joele
Either accept or reject to the transport request.

1:13:57.610 --> 1:14:9.70
Joele
We didn't see that necessarily in the data fields as in you know they they wanted it this time and when do we have to say yes, we can do it or or no, we can't do it is there is is that part of the data field.

1:14:9.410 --> 1:14:14.740
Joele
And then the second one of our questions was uh, and this is more technology technology.

1:14:14.750 --> 1:14:17.410
Joele
Do you anticipate an air ambulance modification to the data fields?

1:14:17.420 --> 1:14:21.410
Joele
Because different information etcetera, etcetera in order to dispatch your ambulances.

1:14:22.300 --> 1:14:22.640
Joele
Thank you.

1:14:24.630 --> 1:14:24.980
Coble Harrison, Johnathon R.
Uh.

1:14:22.690 --> 1:14:25.270
Steven Bialecki
Yes, yes, I think I can take both those off.

1:14:26.580 --> 1:14:30.940
Steven Bialecki
So for the first question, uh, right, now that right, doesn't?

1:14:33.590 --> 1:14:34.120
Coble Harrison, Johnathon R.
Hey, Steven.

1:14:32.280 --> 1:14:34.270
Steven Bialecki
Send a notification or does not.

1:14:35.940 --> 1:14:36.230
Coble Harrison, Johnathon R.
Steven.

1:14:35.820 --> 1:14:37.70
Steven Bialecki
Yeah, go ahead. Yeah.

1:14:37.180 --> 1:14:38.690
Coble Harrison, Johnathon R.
Yeah, this, this is Jonathan.

1:14:38.930 --> 1:14:40.810
Coble Harrison, Johnathon R.
I'm with veteran transportation program.

1:14:41.0 --> 1:15:2.20
Coble Harrison, Johnathon R.
So in regard to the first question, that's that's contractual as far as the response time, umm, so there's there's not a setting in vet ride that will automatically accept reject based on a lack of a response that all is determined by the contract that's in play.

1:15:3.70 --> 1:15:4.510
Coble Harrison, Johnathon R.
Brenda would, would you like to?

1:15:6.290 --> 1:15:8.280
Coble Harrison, Johnathon R.
Provide some additional information on that.

1:15:13.910 --> 1:15:15.500
Hamilton, Brenda F.
Yes, Jonathan, you're correct.

1:15:15.510 --> 1:15:18.80
Hamilton, Brenda F.
It's gonna be annotated within the contract.

1:15:18.510 --> 1:15:27.220
Hamilton, Brenda F.
The expected time of from notify to pick up is going to be stressed inside the the contract.

1:15:28.530 --> 1:15:28.760
Coble Harrison, Johnathon R.
Right.

1:15:29.290 --> 1:15:40.80
Coble Harrison, Johnathon R.
And so then to answer your second question, Joel, yes, we we are going to do a modification for air ambulance.

1:15:40.430 --> 1:15:46.160
Coble Harrison, Johnathon R.
We're currently working through that process and it will be coming.

1:15:46.210 --> 1:15:51.390
Coble Harrison, Johnathon R.
I don't have an exact timeline at the moment, but yes the answer is yes.

1:15:52.970 --> 1:15:53.860
Joele
Thank you all very much.

1:15:53.870 --> 1:15:54.920
Joele
I appreciate the information.

1:15:54.930 --> 1:15:55.220
Joele
Thank you.

1:15:59.70 --> 1:16:0.60
Dougherty, Kenneth M.
Very thank you.

1:16:0.850 --> 1:16:3.70
Dougherty, Kenneth M.
Do we have any additional questions?

1:16:10.230 --> 1:16:14.50
Coble Harrison, Johnathon R.
Mr Dougherty, it it looks like we have a question from page thoreson.

1:16:15.170 --> 1:16:15.410
Dougherty, Kenneth M.
OK.

1:16:20.390 --> 1:16:25.350
Dougherty, Kenneth M.
OK, page, would you like to come off your mic, your turn on your mic?

1:16:25.360 --> 1:16:25.630
Dougherty, Kenneth M.
I'm sorry.

1:16:28.590 --> 1:16:29.360
Thoreson, Paige
Hi, can you guys hear me?

1:16:30.560 --> 1:16:30.680
Dougherty, Kenneth M.
Yes.

1:16:31.790 --> 1:16:37.920
Thoreson, Paige
I'm just wondering is there any integration with current EMS dispatch and EPC R software?

1:16:40.440 --> 1:16:41.170
Coble Harrison, Johnathon R.
I'll.

1:16:40.840 --> 1:16:41.600
Thoreson, Paige
For better ride.

1:16:41.180 --> 1:16:42.10
Coble Harrison, Johnathon R.
I'll take that one.

1:16:42.420 --> 1:16:42.960
Coble Harrison, Johnathon R.
Yeah, I'll.

1:16:42.970 --> 1:16:44.50
Coble Harrison, Johnathon R.
I'll take that one again.

1:16:44.420 --> 1:16:55.610
Coble Harrison, Johnathon R.
So we are working with our VA enterprise cloud system and and other authorities within Ont to make that a possibility.

1:16:56.220 --> 1:17:4.120
Coble Harrison, Johnathon R.
We just have to make sure that we follow those guidelines and those requirements and then we'll be putting out additional information for that.

1:17:5.800 --> 1:17:6.170
Thoreson, Paige
Thank you.

1:17:18.930 --> 1:17:19.320
Dougherty, Kenneth M.
OK.

1:17:19.330 --> 1:17:20.670
Dougherty, Kenneth M.
Do we have some more questions out there?

1:17:22.480 --> 1:17:23.160
Dougherty, Kenneth M.
Don't have to be shy.

1:17:40.160 --> 1:17:41.450
Dougherty, Kenneth M.
OK, we got plenty of time.

1:17:41.460 --> 1:17:41.680
Dougherty, Kenneth M.
I don't.

1:17:41.690 --> 1:17:47.750
Dougherty, Kenneth M.
I really don't want to cut this short of, you know, we can use this time to everyone's benefit, so.

1:17:51.230 --> 1:18:8.470
Dougherty, Kenneth M.
VTP or Steve, do you have anything maybe to keep the conversation going in terms of what vendors can expect some some challenges that they might experience as they learn about the system or try to learn the system itself.

1:18:15.270 --> 1:18:26.230
Steven Bialecki
Well, I mean, just the that regard I would I know that there will be training that's going to be made available and there's gonna be more information on that coming out.

1:18:27.950 --> 1:18:36.520
Steven Bialecki
So and hopefully I was able to demonstrate that there's not too much to do inside of the website.

1:18:36.530 --> 1:18:40.250
Steven Bialecki
We really tried to streamline it to where you're only looking at a couple pages at most.

1:18:42.120 --> 1:18:44.270
Steven Bialecki
So hopefully that does make it easier and.

1:18:46.360 --> 1:18:57.240
Steven Bialecki

And both VTS and vet ride are together going to support you if you have any issues, we'll be providing ways to reach out to us to provide support.

1:18:59.670 --> 1:19:0.420
Dougherty, Kenneth M.
Thank you, Steve.

1:19:1.90 --> 1:19:3.650
Dougherty, Kenneth M.
We do have a question from Adonna Hankins.

1:19:4.940 --> 1:19:8.160
Dougherty, Kenneth M.
When do you expect to replace tungsten with the software?

1:19:12.210 --> 1:19:12.880
Chevalier, Marc C.
I'll take that.

1:19:12.890 --> 1:19:17.520
Chevalier, Marc C.
This is Mark Chevalier, and those can jump in behind me.

1:19:17.690 --> 1:19:22.190
Chevalier, Marc C.
We will be this will be a requirement and all the new contracts.

1:19:22.630 --> 1:19:42.710
Chevalier, Marc C.
So when the new contracts that we're working on the standardized uh performance work statement in those contracts are awarded, then that is when the software will begin to be utilized, that ride system and you will cease to use tungsten at that point.

1:19:44.720 --> 1:19:46.700
Coble Harrison, Johnathon R.
The mark, if I may, can I add a clarification?

1:19:47.980 --> 1:19:48.490
Chevalier, Marc C.
Absolutely.

1:19:49.340 --> 1:19:51.850
Coble Harrison, Johnathon R.
Yeah, so currently.

1:19:52.450 --> 1:19:55.410
Coble Harrison, Johnathon R.
Uh, after within 30 days of award?

1:19:57.580 --> 1:19:59.620
Coble Harrison, Johnathon R.
Vendors will be required to complete the training.

1:20:1.340 --> 1:20:29.800
Coble Harrison, Johnathon R.
And and that will that will be for authorize or preauthorized and contractor trips, but there will be training offered that can be taken as a group weekly nationally and one on one training as well as a training will be offered through a system yet to be determined and example would be such as YouTube and a code to access that training.

1:20:30.180 --> 1:20:37.110
Coble Harrison, Johnathon R.
That way everything is monitored and can be proven and shown and and that's just compliance type stuff.

1:20:37.660 --> 1:20:39.880
Coble Harrison, Johnathon R.
I I hope that answers the the question for me.

1:20:43.330 --> 1:20:43.680
Dougherty, Kenneth M.
OK.

1:20:43.690 --> 1:20:44.240
Dougherty, Kenneth M.
Thank you.

1:20:45.90 --> 1:20:48.660
Dougherty, Kenneth M.
Our next question is from Natalie Blankenship.

1:20:49.90 --> 1:20:53.550
Dougherty, Kenneth M.
What is the timeline in which payment would be expected once an invoice is submitted?

1:20:58.660 --> 1:21:0.870
Williams, Benjamin G
Hey, can, I thought take that one.

1:21:0.880 --> 1:21:1.210
Williams, Benjamin G
So.

1:21:1.220 --> 1:21:2.550
Williams, Benjamin G
So Natalie, that's a good question.

1:21:2.560 --> 1:21:15.10
Williams, Benjamin G
I I think umm, I think the answer as it has historically depends on the claims volume and the claims inventory at site.

1:21:15.20 --> 1:21:27.660
Williams, Benjamin G
The agency pays pays claims from a FIFO perspective, and so first in first out there dedicated, you know personnel to process those claims at the site level.

1:21:28.310 --> 1:22:3.70
Williams, Benjamin G
But we anticipate for for claims where there's not an age claims and or for facilities that do not have an age claims inventory because of the controls upstream in the system where we've got an authorized ordering official docked in the documentation, especially if if the vendor paths application is used and that's one of the beauties of the vendor pass application being used to to to execute the ride will have the documentation that we need within within that ride to complete it very, very timely adjudication of of the claim.

1:22:3.140 --> 1:22:5.740
Williams, Benjamin G
So you wouldn't would not anticipate?

1:22:8.80 --> 1:22:10.930
Williams, Benjamin G
A a very long timeline.

1:22:11.360 --> 1:22:34.550
Williams, Benjamin G
If there's no existing backlog of claims for the facilities to process, which which current state for for special mode transport ambulance claims the agency has done a lot of work in the last couple years to to resolve the backlog for, for, for the most part that we had back back at the beginning of Kovid and N through some of the COVID periods.

1:22:34.560 --> 1:22:39.350
Williams, Benjamin G
So you know, I, I and don't want to commit to any.

1:22:39.430 --> 1:22:42.360
Williams, Benjamin G
We want to, you know, obviously we will.

1:22:42.370 --> 1:22:49.90
Williams, Benjamin G
We'll be setting setting standards for this as we as we get into.

1:22:51.510 --> 1:22:58.100
Williams, Benjamin G

Operationalizing it and and moving forward with the with the awards and get vendors vendors on the system.

1:22:58.170 --> 1:23:8.150
Williams, Benjamin G
But I anticipate that the standard will be well in advance of what and you know, the current average payment timeline that that we're currently seeing.

1:23:12.130 --> 1:23:12.920
Dougherty, Kenneth M.
Thank you, Ben.

1:23:13.300 --> 1:23:21.190
Dougherty, Kenneth M.
And I see that this this question was answered in the chat already, but the rest of the group may wanna hear what about eams.

1:23:32.650 --> 1:23:34.160
Coble Harrison, Johnathon R.
But would you like me to take that bin?

1:23:35.240 --> 1:23:36.90
Williams, Benjamin G
No, no, sorry.

1:23:36.100 --> 1:23:36.510
Williams, Benjamin G
Uh.

1:23:36.550 --> 1:23:37.510
Williams, Benjamin G
Got misunderstood.

1:23:37.520 --> 1:23:38.630
Williams, Benjamin G
How cancel's doing that?

1:23:39.100 --> 1:23:39.410
Dougherty, Kenneth M.
I'm sorry.

1:23:38.640 --> 1:23:48.480
Williams, Benjamin G
So so there will be no change to to the current guidelines for submitting claims outside of the the contracted claims.

1:23:49.430 --> 1:23:52.370
Williams, Benjamin G
All of those will be submitted to EDCAMPS and.

1:23:55.560 --> 1:23:56.590
Williams, Benjamin G
And there will be no change there.

1:24:2.260 --> 1:24:5.740
Dougherty, Kenneth M.
OK, who else has a a question regarding the vent right system?

1:24:11.130 --> 1:24:13.410
Dougherty, Kenneth M.
There's a group think this will make things easier.

1:24:14.450 --> 1:24:31.510
Dougherty, Kenneth M.
Uh, you in terms of tracking and this will assist in the scheduling as ambulance providers, he say any potential barriers that could arise through this transition in the new system and get some feedback on that from the industry.

1:24:31.520 --> 1:24:32.110
Dougherty, Kenneth M.
That would be awesome.

1:24:44.950 --> 1:24:55.220
Dougherty, Kenneth M.
A question came in I thought contracted special modes of transportation will have to start using E cams by February 2024.

1:24:55.490 --> 1:24:56.270
Dougherty, Kenneth M.
Did I misunderstand?

1:25:0.300 --> 1:25:1.290
Williams, Benjamin G
Yes, Dominic.

1:25:1.340 --> 1:25:3.850
Williams, Benjamin G
UM, that is, that is incorrect.

1:25:4.330 --> 1:25:6.940
Williams, Benjamin G
Umm, currently he can't.

1:25:6.950 --> 1:25:25.980
Williams, Benjamin G
Does not have the the capability to meet the financial management of policy require or the the agency directive associated with making contract claims for non community care payment.

1:25:26.150 --> 1:25:28.240
Williams, Benjamin G
So that is.

1:25:29.210 --> 1:25:40.400
Williams, Benjamin G
That is why we've we've worked to develop that capability in Barad to to consume the uh.

1:25:42.810 --> 1:25:43.980
Williams, Benjamin G
Consume be claim.

1:25:44.870 --> 1:26:0.90
Williams, Benjamin G
Within that ride, we are still having discussions with the camps, ideally the agency as we move forward would be able to to keep all the claims universe in one place and the payments coming out of 1 system.

1:26:0.690 --> 1:26:9.450
Williams, Benjamin G
But but currently currently uh will continue the guidance with in terms of the.

1:26:12.200 --> 1:26:31.350
Williams, Benjamin G
The guides to the vendors and the process for the vendors will be able to consume the claim information within VET ride and if and if the agency internal, I'll say routing and or workload management with regard to the claims, claims management and the adjudication and payment of claims.

1:26:34.30 --> 1:26:40.220
Williams, Benjamin G
If if we are able to to do that through encams as we move forward, we will do that.

1:26:41.70 --> 1:26:50.300
Williams, Benjamin G
But the guidance to to the vendors will remain that the claims will be submitted in, in, in, in VET ride for these contracted claims until that capability rises.

1:26:53.740 --> 1:26:54.640
Dougherty, Kenneth M.
But uh, thank you, Ben.

1:27:0.750 --> 1:27:2.690
Dougherty, Kenneth M.
Alright, we have some more questions out there.

1:27:13.460 --> 1:27:17.550
Dougherty, Kenneth M.
OK well Please remember if you have any questions, I wanna be respectful.

1:27:17.560 --> 1:27:36.730
Dougherty, Kenneth M.
Everyone's time here, so if there's any questions umm you think of later, please join the meeting and enter into the chat and we will check to see if any new questions are received and then the response to those questions will be posted under the Sam notice ID that was previously referenced at the beginning of today's presentation.

1:27:40.70 --> 1:27:44.80
Dougherty, Kenneth M.
And with that, we can head into closing.

1:27:45.810 --> 1:27:48.900
Dougherty, Kenneth M.
Does anybody want to provide any closing remarks or I'd be happy to do it.

1:27:54.860 --> 1:27:55.190
Dougherty, Kenneth M.
All right.

1:27:55.200 --> 1:27:59.490
Dougherty, Kenneth M.
Well, I want to thank you all for your active participation and engagement during today's event.

1:27:59.850 --> 1:28:6.750
Dougherty, Kenneth M.
The questions in concerns raised are instrumental in helping the VA make informed decisions and better able to consider what is important to this Community.

1:28:7.680 --> 1:28:14.570
Dougherty, Kenneth M.
The thoughtful comments and suggestions made provided today will enable us to explore various solutions and improve healthcare outcomes.

1:28:15.880 --> 1:28:24.260
Dougherty, Kenneth M.
Uh, you're commitment to being informed and involved demonstrates the immense dedication and care of you have for our nations, veterans, and we are truly grateful for your ongoing support.

1:28:25.250 --> 1:28:27.170
Dougherty, Kenneth M.
Uh, Ben, would you like to have do that?

1:28:27.900 --> 1:28:28.430
Williams, Benjamin G
Yeah.

1:28:28.440 --> 1:28:30.760
Williams, Benjamin G
Hey can sorry I had some trouble getting off mute.

1:28:29.980 --> 1:28:31.560
Dougherty, Kenneth M.
Yep, sure.

1:28:30.930 --> 1:28:37.640
Williams, Benjamin G
Umm, I did just wanna to say from the program office perspective and just on behalf of Mr.

1:28:37.650 --> 1:28:43.760
Williams, Benjamin G
Miller, I want to say thank you to the industry providers who hung on the line and participated this afternoon.

1:28:44.330 --> 1:29:9.450
Williams, Benjamin G
Obviously, as we as we move forward, you know items that we talked about on the first session aside as we as we work to increase the scope of of, of, of influence and and increase the amount of contracts umm with with providers to ensure we have services for veterans, ambulance services for veterans that ride will be the tool that we're using.

1:29:9.460 --> 1:29:16.20
Williams, Benjamin G
So it's important that you guys have as wide open on that from an industry provider perspective.

1:29:16.30 --> 1:29:21.880
Williams, Benjamin G
So we appreciate you staying on the call and asking questions and and and getting some insight on this.

1:29:21.940 --> 1:29:40.950
Williams, Benjamin G
As I mentioned, they'll be they'll be more information, we'll probably I assume we'll get more information or and or questions the following today, especially from some of those of you who may be contracted vendors currently about about the vet ride tool.

1:29:40.960 --> 1:29:48.920
Williams, Benjamin G
So I expect in the August Industry Day that will will have some more information to cover specifically on on that ride neutralization of it, right.

1:29:48.930 --> 1:30:0.360
Williams, Benjamin G
And in answer some additional questions that that you may have or may come to you after today but but until then we look forward to talking with you again next month in August and and appreciate your participation.

1:30:1.620 --> 1:30:2.220
Williams, Benjamin G
Thank you very much.

1:30:4.470 --> 1:30:5.280
Dougherty, Kenneth M.
Thank you, Beth.

1:30:5.670 --> 1:30:6.600
Dougherty, Kenneth M.
Alright, thank you all.

1:30:6.610 --> 1:30:13.340
Dougherty, Kenneth M.
I hope you have a good rest of your day and just keep your eye out on sam.gov for future notices of industry days.

1:30:13.350 --> 1:30:13.520
Dougherty, Kenneth M.
OK.

1:30:14.690 --> 1:30:15.140
Dougherty, Kenneth M.
Thanks again.

# Ambulance Industry Day Event-20230830_100011-Meeting Recording

August 30, 2023, 2:00PM

2h 5m 14s

◉ **Dougherty, Kenneth M.** started transcription

⚇ **Hecht, Alexander** joined the meeting

⚇ **Macias, David** joined the meeting

⚇ **Zia (Guest)** joined the meeting

⚇ **Brady, Chris** joined the meeting

⚇ **Ramotar, Terence** joined the meeting

⚇ **Grier, Dana L.** joined the meeting

⚇ **Meghan Winesett (Guest)** joined the meeting

⚇ **Robert Szuhany** joined the meeting

⚇ **Mike Thomas** joined the meeting

⚇ **Ke** joined the meeting

⚆ **Ke** left the meeting

3 **3d0babe2-a9ed-4339-9255-d21d6d967d60** 0:37
OK.
Good morning, ladies and.

DM **Dougherty, Kenneth M.** 0:38

The woman.
Thank you all for being here today.

 **Amanda Riordan (Guest)** joined the meeting

 **Natalie Hannah** joined the meeting

 **Lisa Latona** joined the meeting

**DM** **Dougherty, Kenneth M.**　0:41
My name's Ken Docherty and the small business liaison for network contracting with this file.

 **263c27e6-8da5-4b8f-b1a1-55635e791fa6** joined the meeting

 **Kenneth Chan** joined the meeting

**3** **3d0babe2-a9ed-4339-9255-d21d6d967d60**　0:47
Everybody just keep their microphones.

**DM** **Dougherty, Kenneth M.**　0:49
The mute throughout the presentation, till we open up to Q&A.
I wanna thank I wanna extend my sincere thanks to each and every one of you for taking the time out of your busy schedules to participate in this important discussion.

 **Heiman, Ryan, MS** joined the meeting

 **Mckain, Mary (ROS)** joined the meeting

 **Centineo, Andrew D.** joined the meeting

 **LICZNERSKI Yumiko** joined the meeting

 **Thoreson, Paige** left the meeting

MEDSTAR_000259

&#x1F482; **Hill, Christine** joined the meeting

&#x1F482; **James Graham M.D.** joined the meeting

&#x1F482; **Guest** joined the meeting

**3** **3d0babe2-a9ed-4339-9255-d21d6d967d60**  1:06
OK, let's start things off by going over to.

**DM** **Dougherty, Kenneth M.**  1:08
Today's agenda.
First, we'll go over some housekeeping notes, followed by an introduction to today's government panels.

&#x1F482; **John Jonas** joined the meeting

&#x1F482; **chet edwards (Guest)** joined the meeting

&#x1F482; **98b030a0-7c10-4c69-bc0c-46b2af494f6f** joined the meeting

&#x1F482; **Andrew Blake** joined the meeting

&#x1F482; **Thomas Altmann** joined the meeting

**DM** **Dougherty, Kenneth M.**  1:14
Next, we'll hear opening remarks from our special guest, Mr Ben Williams, Director of Veterans Transportation program.

&#x1F482; **dc7ada7d-c063-4c4f-b918-e56bb4897cc8** left the meeting

&#x1F482; **Thoreson, Paige** joined the meeting

&#x1F482; **Copenhaver, Sandra** joined the meeting

MEDSTAR_000260

&#x2A3;&#x2B; **DS** joined the meeting

&#x2A3;&#x2B; **935d803f-0381-4907-87e7-8384a686b765** joined the meeting

**DM** **Dougherty, Kenneth M.** 1:22
Then we will proceed with an overview of the new regulation.

&#x2A3;&#x2B; **Maria Bianchi AAA** **(Guest)** joined the meeting

**DM** **Dougherty, Kenneth M.** 1:25
We will talk about factors influencing via action cover, key implementation components and provide an overview of the solicitation timeline, discuss next steps and finally open the question and answer period.

&#x2A3;&#x2093; **DS** left the meeting

&#x2A3;&#x2093; **b0b6e956-4e4d1-4740-a731-bc528f31659e** left the meeting

&#x2A3;&#x2B; **Jenny Zhan** joined the meeting

&#x2A3;&#x2B; **Itzoe, Donna** joined the meeting

&#x2A3;&#x2B; **Dennis Cataldo** joined the meeting

&#x2A3;&#x2B; **Stimson, Brian** joined the meeting

&#x2A3;&#x2B; **DS** joined the meeting

&#x2A3;&#x2B; **Bellefleur, Brandon L.** joined the meeting

&#x2A3;&#x2B; **Dawson, Christopher** joined the meeting

&#x2A3;&#x2B; **Hosty, Harold** joined the meeting

MEDSTAR_000261

 **Alexis Rosales** joined the meeting

**3d0babe2-a9ed-4339-9255-d21d6d967d60**  1:43

Hey, before we start, I'd like to go over.

 **Julie Rose (Guest)** joined the meeting

**Dougherty, Kenneth M.**  1:46

A few housekeeping rules to ensure that we have a smooth and enjoyable event.

 **Daniel Mottes** joined the meeting

**Dougherty, Kenneth M.**  1:50

Firstly, please be mindful that today's event is being recorded.
Secondly, please keep your microphones muted when you're not speaking to reduce background noise and to improve audio quality, I encourage you to actively participate by asking questions or sharing your thoughts during the designated question and answer segment.

 **Pranav Srinivasan** joined the meeting

 **Ss** joined the meeting

**Dougherty, Kenneth M.**  2:09

Please hold comments and questions until the question answer period towards the end of today's presentation.
During the question and answer period, we asked that you used the raise your hand feature and then patiently wait until me or one of the moderators say your name before speaking to ensure that everyone can hear your contribution.

 **Dennis Rowe** joined the meeting

 **Chevalier, Marc C.** joined the meeting

**DM** **Dougherty, Kenneth M.** 2:26

Questions and comments may also be entered into the chat and one of the moderators will read the question or comment aloud.

👤 **Mark Galay** joined the meeting

**DM** **Dougherty, Kenneth M.** 2:33

Thank you all for your attention and cooperation.

**3** **3d0babe2-a9ed-4339-9255-d21d6d967d60** 2:39

OK, it is with great pleasure that I introduce.

**DM** **Dougherty, Kenneth M.** 2:41

So you are Steve panelists who have graciously joined us today.

👤 **Stan Gitin** joined the meeting

**DM** **Dougherty, Kenneth M.** 2:45

Each panelist brings a wealth of knowledge, expertise, and unique perspectives to enrich our discussion.
Today, they're impressive backgrounds and accomplishments make them true experts in their respective fields.

👤 **Ss** left the meeting

**DM** **Dougherty, Kenneth M.** 2:57

We are fortunate to have them here with us, ready to share their insights and engage in a meaningful and stimulating conversation from the Veterans Transportation program.

👤 **Patrick Barrett** joined the meeting

👤 **2a69d549-339a-4985-849d-a260d99741c0** joined the meeting

MEDSTAR_000263

**DM** **Dougherty, Kenneth M.**  3:06

We have Mr Ben Williams, director of VTP.

Mr Mark Chevalier, manager, BTP, field operations and national BTS program coordinator Mr Jonathan Coble Harrison, senior VTP regional coordinator, and Miss Brenda Hamilton, VTP regional coordinator from BHA, pictured and logistics office.

  **James P. McPartlon** joined the meeting

  **Ravey, Debra L.** joined the meeting

  **Ff** joined the meeting

  **Byers, Matthew F** joined the meeting

**DM** **Dougherty, Kenneth M.**  3:28

We have Mr Joseph Melota, executive director acquisitions for VH, a Miss, Darcy Horvat, director of VHA procurement Policy Implementation Office, Mrs Danielle Smith, director of contracting network Contracting Office 5, Mr Donald Butler, network contracting Deputy Director, Network Contracting Office 5, Miss Christina, Weird Division Chief for network Contracting Office 5 and finally Miss Evelyn Walker, Branch Chief Network contracting office.

  **Ngoc Duong** joined the meeting

  **a90f52c3-3dd5-461e-bc00-59db4a2c25a8** joined the meeting

  **Mark Afrasiabi** joined the meeting

  **Vv** joined the meeting

  **Anthony Esposito** joined the meeting

**DM** **Dougherty, Kenneth M.**  3:57

But thank you all for being here today.

Now let's proceed with our program and hear from our first guest speaker, Mr Ben Williams, Director, Veterans Transportation Program.

👤 **Blair, Anna** joined the meeting

**DM** **Dougherty, Kenneth M.**  4:08
Mr. Williams.

👤 **Lisa Latona** joined the meeting

**DM** **Dougherty, Kenneth M.**  4:12
Thanks Ken.

**Williams, Benjamin G**  4:14
Good morning, everybody.

👤 **398ff22f-600a-48ed-a376-425c9603b8d7** joined the meeting

**Williams, Benjamin G**  4:15
Can I just get a thumbs up from those on video?
That sounds coming through.
OK, appreciate it.
Alright, good morning.
As Ken mentioned, my name Ben Williams, director at the Veterans Transportation program here at BHA.

👤 **Xinlan Hu** joined the meeting

👤 **Ff** left the meeting

**Williams, Benjamin G**  4:30
I don't know how much of a special guest I am.
We've gotten to talk a lot of the last couple of months.
So so, but I appreciate the opportunity to give opening remarks and and more so to allow some of our change to take us through the presentation.

**DS** left the meeting

**Edward Kressler** joined the meeting

**Spencer Perlman** joined the meeting

**Williams, Benjamin G**  4:44

So you guys won't have to listen to me, the whole the entire time, which I know will be good.

**Melaragno, Brenda J. (Orlando)** joined the meeting

**Williams, Benjamin G**  4:51

It's my pleasure as well to welcome you all to this third industry day of 2023.
Our goal, as it has been for the other industry days, is, is to continue our discussion on a P89 and ensure the vital work that you all provide from an enabled industry perspective as part of the the the veterans continuum of care.

**Xinlan Hu** left the meeting

**Anthony Maneri** joined the meeting

**Cerovich, Stephen** joined the meeting

**Williams, Benjamin G**  5:17

It is is continued as we move forward towards implementation.
I think through our collaborative engagement, we can continue to work towards the implementation of this regulation and and accomplish the mutual goals that that we have today.

**Bowman, Jamie, MS** left the meeting

**Bowman, Jamie, MS** joined the meeting

&#x2AB;  **Castaldi, Robert J.** joined the meeting

 **Williams, Benjamin G**  5:35
Our primary goal is to mention is to provide updates to you on the upcoming solicitations for the contracts for ground and air ambulance services.

&#x2AB;  **Xinlan Hu** joined the meeting

 **Williams, Benjamin G**  5:45
Because of your collaboration over the last month, we've been able to take the information you supplied in your request for information and math and prioritize our current coverage down to the county and zip code level and and then identify where we'll need entirely new contracts.

&#x2AB;  **Charles Boone** joined the meeting

&#x2AB;  **Hohn, Dina A.** joined the meeting

&#x2AB;  **Sotace, Karen A.** joined the meeting

&#x2AB;  **Cephas, Roy E.** joined the meeting

 **Williams, Benjamin G**  6:02
We've also been able to preliminarily identify where we may need multiple contracts from a single Medical Center to ensure coverage across the particular attachment area.

&#x2AB;  **Joe Mercer (Guest)** joined the meeting

&#x2AB;  **JCM** left the meeting

&#x2AB;  **Michaels, David A.** joined the meeting

 **Williams, Benjamin G**  6:12

I know that's something that concerns that that have have come up and been been talked about, but we we do have that.

I'm happy to say we have.

We do have those items in front of us and and have that included as part of our plan. Further, we've been able to establish a robust dashboard that allows our IPTV and the operators both on the acquisition side of the House as well as the operational side of the House at the Medical Center level, NBA and senior BHA leadership to monitor progress down to the ZIP code and county level towards achieving the goal and ensuring that we have contracted air and ground ambulance services across the enterprise.

   **Lisa Latona** left the meeting

 **Williams, Benjamin G**  6:57

Also, as promised, throughout the course of the last industry day, we are listening to your feedback and we're doing everything that we can to to address your concerns, but the through over the last month we've worked from an IT perspective with the Office of General Counsel, our procurement Law Group and senior leadership and have been working diligently to to meet the intent of the regulation as provided in the authority from Congress, Umm, and address your concerns.

   **492e5838-bfce-4d96-8857-3c27376b5cb6** joined the meeting

 **Williams, Benjamin G**  7:29

That does include a progress on a path that allows us to include parameters in the contracts for pre authorizing preauthorized, non-emergency services, or the VA initiated services ambulance services that will allow us to pay the contracted rate, uh for non VA initiated or 911 calls to contracted vendors.

   **Thompson, Jeremy** joined the meeting

 **Williams, Benjamin G**  7:52

And we're expecting to insert that into our strategy for the solicitations over the next few days.

We are confident with your continued collaboration, we'll stay on track and

implement within the February 2024 timeline that Darcy from our Procurement Logistics Office is going to take take you through specifically what that looks like and when those limitations will begin and and excited to to continue to to to work on that and then share share how we'll do that.

 **Walker, Evelyn E.** joined the meeting

 **Williams, Benjamin G**   8:29
We are committed via.
Is committed to continuing to to develop and foster our relationships with the ambulance community.

 **Reese, Tanesha R. (VHACLE)** joined the meeting

 **Williams, Benjamin G**   8:37
We look forward to to creating new new and additional relationships that we don't have with with you all as industry providers as we go through this effort and ensure that veterans have access to ambulance services no matter where they, no matter where they are, I encourage again as you guys have in the in the past sessions to actively participate during today's session and ensure yeah that that we understand the perspective that you all have coming from from the industry perspective.

 **Coble Harrison, Johnathon R.** joined the meeting

 **d1048c2a-ccdb-4163-9ef7-28d499fca4a8** joined the meeting

 **Williams, Benjamin G**   9:15
In closing, again I wanna say thank you.
And how many of you guys have lots of other things to focus on right now?
Perhaps even operations where we're having a big a big hurricane down in down in the Southeast.
So I want to say thanks for your commitment to continuing the work with us.
And with that, I'll I'll turn it back over again.
OK.
Thank you.

Go ahead.

Sorry, sorry.

Can.

Yeah, I was just going to do real quick.

👤 **Rachel Harracksingh** joined the meeting

 **Williams, Benjamin G** 9:56
I I I I didn't forgot that this was the first slide.

So just briefly, for anyone who's joining from industry, that's new, we'll do a quick, I'll do a quick overview of the regulation, but won't spend much much time here.

So the regulation is, as you all know.

👤 **Rodriguez, Kelly L. (Omaha)** joined the meeting

 **Williams, Benjamin G** 10:18
Establishes a new payment methodology for special mode transportation for BHA, which includes air includes client ground and air ambulance and basically it.

👤 **John Ungaretti** joined the meeting

👤 **48c5103c-d794-413c-b72f-6db64a5121b0** joined the meeting

 **Williams, Benjamin G** 10:30
It says that will will pay the 100% of or.

Sorry the the lesser of 100% of the Medicare rate or build charges in the absence of a contract.

So again, that's that's nothing new that we've discussed in covered in the last several sessions and the effective date is is February 16th, 2024.

So I just wanted to hit that real quick before for anyone new in case case anyone didn't have this deal with that.

So Ken, back over to you.

👤 **Jenny Zhan** joined the meeting

 **Chris Andersen** joined the meeting

 **Williams, Benjamin G**  11:13
OK.
Next, we're going to cover the.

 **Dougherty, Kenneth M.**  11:15
Yeah, key implementation components involving ground ambulance services.
Hey Darcy either.
Yep, I'm here.
Thank you very much there.
Sorry about that.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  11:31
And human good morning, if I if I have to go off video, I apologize, but sometimes my computer starts to crash with that the network.
So I don't want that to happen.
So welcome.

 **Thompson, Jeremy** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  11:42
So for ground ambulance, uh, we have the dashboard created to show where we need need the new solicitations.
Each VM Medical Center Contracting Office will flip it for that new ground ambulance.
Our contract to make sure we have the entire catchment area covered, I'll be announced as usual via federal contract opportunities.

 **Melaragno, Brenda J. (Orlando)** left the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  12:03
Umm.
Again, the standard performance requirements that that will cross the nation will

require the trip requests and acceptance rejection in the vet ride software, which many of you have seen in the demonstration on, Umm.

人 **Magid, Josh** joined the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**   12:17
Orders will have these best from identified ordering officials and you'll have to submit the claims through HFA 1500 and the contracted rates will be based on the MIC at market pricing and be applicable to all VA initiate ambulance trips.

人 **Montoya, Alfred (he/him/his)** joined the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**   12:34
Next slide.

人 **Chris Andersen** left the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**   12:38
Air ambulance services.
We're finalizing our market research to pursue a national air ambulance broker contract.

人 **Dennis Rowe** left the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**   12:45
Uh, this request for proposals will either be on federal opportunities or via GSA FSS E by potential.

人 **Jeanie Hammond** joined the meeting

人 **Hall, Joan, (VHA MS)** joined the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**   12:53
Air broker vendors are responsible for asset in the subcontract with all of the air

MEDSTAR_000272

ambulance service operators that we're gonna provide services through the VA throughout the life of the contract.

 **Martinez, Alex B., CBO** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 13:05
Umm so the I don't believe these are unknown vehicles to you.
The broker contracts are not new to industry.
Uh, we actually had some.
A few in VA already, so they will also have the same requirements as ground to utilize that ride and also be submitting those invoices through that system and the request will also still come from an ordering official.
Next slide.
It's our timeline.
We're hoping that solicitations will be out shortly.
We've got pretty much the package as I ready to go, or finalizing a few details, and those will hopefully be at least starting in September and award with an effective date in February of 24.
And again, one of those individual packages come out.
You'll contact the NATO Network contracting office point of contact that's on the sam.gov posting.
Umm.
And if it's a modification that's coming to you, obviously you'll deal with your contracting office.

 **Joshua Katzeff** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 14:08
That's uh, coordinating with you?

 **Magid, Josh** left the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 14:12
Next time, and we just wanted to show you a sample of what our dashboard maps

that we're monitoring, they are very busy, at least these ones trying to show using ZIP code data.

 **Joseph Cornett** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  14:26
It makes it very difficult, but showing where we have covered.
So this is a sample of RPO central region that covers all the visions 9101213.
I think 16 and 23 and so the pink is where we still need to find that get contract coverage.
The other college I think looks like a black or blue.
We have contracts that cover those areas at least want to give an example.
We're a very on top of where we need contracts and where we don't need contracts for this.

 **StellaNoella Tetero** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  15:03
Next steps here.

 **Walsh, Luke [AWM]** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  15:04
We'll be on the lookout for those songs.
Sam.gov postings should be getting out there.
Probably mid September.

 **Keshal Patel** joined the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  15:15
OK, great.
Thank you very much, Darcy.

 **a90f52c3-3dd5-461e-bc00-59db4a2c25a8** left the meeting

**DM** **Dougherty, Kenneth M.** 15:21

OK, now we're gonna open up the question and answer period.

Please remember to use the raise your hand feature and wait until your name is called before speaking or enter your question or comment into the chat box.

👤ₓ **Macias, David** left the meeting

👤₊ **Michael Rothbart** joined the meeting

**DM** **Dougherty, Kenneth M.** 15:33

OK, so I see a hand raise.

Mr Randall.

Strokes.

Would you like to go first, please?

Hey, good morning.

My name is Ryan.

**SR** **Strozyk, Randall** 15:42

Distros like I'm the president of the American Animals Association and on behalf of all our members, plus the members of the International Association of Prior Chiefs and National Association of Emergency Medical Technicians representing the over 10,500 ground providers across United States, plus our our friends and brother and on the air side, we wanna appreciate all the work you've done to get us to this point in the discussion.

👤₊ **9ae33f9a-fd85-4755-aa32-1681153f6df8** joined the meeting

**SR** **Strozyk, Randall** 16:07

We appreciate the fact that the process you'll be doing for nonemergent interfacility transports, but the question still is arises about the 911 or the emergent response and the coverage for veterans across the country and the complexity by which, as if I understand from your conversation, would entail potential for a contracting for this service.

We again asked that the VA considered delay of implementation of this rule because

the complexity of the systems across the country will lead to any sort of contract and to be very difficult to do and implement.

In addition, the VA desire to use the Medicare level of payment just compounds a problem that exists today, and the fact that we are behind because of the effects of COVID of achieving a point of cost reporting and adjusting the rates per Medicare to bring to cost point that covers the cost of operations.

So as in the letter that we was addressed to the Secretary on August 25th by all three organizations, we feel very strongly that the the system is going to be significantly impacted on the emergent side, both in large communities and more perceptibly.

And more importantly, in the rural parts of America, by this impact of reimbursement that is going to take an already fragile EMS system.

As you've seen in the news reports in the last months and years since COVID and make it even more precarious across the country, so once again we ask for a delay.

The implementation of the rule you told how all parties the VA, the providers, both public and private, to come forward and work on a solution and a timeline that allow the stability of EMS across the country.

👤₊ **5aecdccb-4950-476d-b280-f33957c10455** joined the meeting

 **Strozyk, Randall**  17:56
But again, on behalf of the Association, I wanna thank everyone at the VA for what I can only imagine is a is amount of work to get to this point.
So Randy, I'll actually jump in on this one.

**Montoya, Alfred (he/him/his)**  18:11
If I could can.
Uh, so, Al Montoya, deputy assistant Under Secretary for Health for operations.
A Randy.
I wanna just take a moment and thank you for your very thoughtful letter.
And your thoughtful response that you had sent in, I can tell you that I had a very nice conversation with GMR and Nick.
I see you on the screen as well.
Just earlier this week and so I certainly we hear your concerns on this one.
We when I say we, you know, I'm I'm talking with Doctor Ellen Hall on this one daily.
Right.

MEDSTAR_000276

You should really and make sure of one that we're poised to successfully do this, but that we're also looking at avenues if we do need to to go down that path.

And so certainly wanted to put that out there as I discussed it with our Congressional stakeholders as well.

But I really, really, genuinely appreciate the back and forth conversation, right, the back and forth, the thoughtfulness in which you really are approaching this as an industry.

And so I did want to come out there out front and mention that to all of you.

So Randy, thank you for that letter, Nick.

Thank you for your time.

The other day, yeah, I think we spent a a very valuable, you know, 3035 minutes or so with GMR and going back and forth with some of the very similar things, Randy, that you brought up.

So I wanted to come out of the gate and let you both know that.

So thank you.

Very appreciative of those words again.

**SR** **Strozyk, Randall**  19:33
We as an adult, three major associations as well as other Members on this call are here 24/7 to work with the VA to avoid a potential serious situation come February 16th.

👤 **Copenhaver, Sandra** joined the meeting

**SR** **Strozyk, Randall**  19:48
Thank you.
OK.
Thank you, Mr Clayton.

**DM** **Dougherty, Kenneth M.**  19:53
So your hand raised.
Uh, yeah, it is.
Can can you guys?

**BC** **Ben Clayton**  19:56

Tell me, OK.

Yes, Sir.

Yeah.

I so my name is Ben Clayton.

I am the CEO for Life Flight network.

We operate Oregon, Idaho, Washington and Montana.

I'm also on the Board of Directors for the Association of Air Medical Services and I just like to ECHO what Randy said.

👤 **Shellie Beamer** joined the meeting

**BC** **Ben Clayton**  20:15

This is obviously taken via a ton of work to get to where we are, and we absolutely appreciate that.

👤 **James Goldszer** joined the meeting

👤 **Jordan, Bridget** joined the meeting

**BC** **Ben Clayton**  20:22

On behalf of my organization and on behalf of aims.

👤 **Blair, Anna** left the meeting

**BC** **Ben Clayton**  20:29

I I do, I will have an ask and I kind of want to, you know, tie it up a little bit.

But as I mentioned, I'm a Marine Corps veteran and I have the privilege of leading light network.

Who's a company that employs, amongst other people, hundreds of veterans?

We work hard every day to provide life saving care to our communities across Oregon, Idaho, Washington, on Montana.

👤 **84d2229c-122c-455c-8e95-e92fd2987ba4** joined the meeting

**BC** **Ben Clayton**  20:50

And obviously we're out West.

Our communities are home to untold thousands of veterans, and I bring all this up because I want you to know VA how important veterans issues are for me personally as a veteran and for my company.

And and I want you to know that I'm personally committed to working with you to preserve access to the life saving care for veterans.

👤 **Didavide, Michele** left the meeting

**BC** **Ben Clayton** 21:11

That ambulance is provide.

But make no no mistake, as as the rules currently written, if this is implemented in February, veterans will lose access to timely care, it will happen.

Some veterans will simply not have access at all.

Others will have to wait and that wait will have detrimental effects on their long term health.

👤 **Macias, David** joined the meeting

👤 **80af8ec3-1ed4-438c-8b9f-31d10751b433** joined the meeting

**BC** **Ben Clayton** 21:33

As an example, like heart attacks and strokes, lost minutes means lost muscle or lost brain.

👤 **Ingram, Gemekia M. (VHACLE)** joined the meeting

**BC** **Ben Clayton** 21:40

These precious minutes have long term negative consequences.

We want to talk monetarily for the Veterans administration.

The Veterans Administration will have to pay substantial amounts of money for the negative long term effects, but more importantly, it's the monetary.

👤 **JGrimes** joined the meeting

**BC** **Ben Clayton**  21:55

Consider more important to monetary considerations is the quality of life for those who do survive.
Some veterans may have otherwise return to normal.

👤 **JGrimes (Guest)** left the meeting

**BC** **Ben Clayton**  22:03

Had an ambulance been available but without that availability, they never speak to their children or family members again.
Others will have long term health issues and require constant around the clock care.
Their mobility will be limited and their overall quality of life diminished in my view, and I know none of us want this.
But we can't let that happen.
As a group, we should be working together to make sure that doesn't happen if we have an obligation to take care of those who have sacrificed so much for us, and I want to be clear again that we're not asking for more money, all we're asking for is to maintain the status quo while we work with the VA on the implementation of this rule and work long enough to allow us to work together to find a long term solution that maintains access for our veterans.

👤 **c5e21139-4cef-4deb-9826-0cc1544e2d65** joined the meeting

👤 **Tammy Bryant** joined the meeting

**BC** **Ben Clayton**  22:46

And I stand here today, personally committed to working with the VA as a veteran to find the solutions.
I'll go to DC as much as I need to.
I'll work with you.
Hand in hand, umm to find a solution that's both fiscally responsible and ensures that veterans retain access to the life saving care and life altering care that air ambulances and ground ambulances provide.

⊗ **Bellefleur, Brandon L.** joined the meeting

**Ben Clayton**  23:07

So I just my ask here is that in in recognizing the implementing this rule will eliminate or reduce access to lifesaving care for veterans.

⊗ **Chris Archuleta**  left the meeting

**Ben Clayton**  23:15

What I wanna ask you is this.

Can you commit today to stand with me, a veteran and an industry leader, to stand with my colleagues and commit to delaying the implementation of this rule until we have such a time that we can collaboratively find a solution that will ensure and preserve the access to care for veterans?

The end so thank.

**Williams, Benjamin G**  23:47

Thanks, Mr Clayton.

You know, likewise, Mr Montella's conduct comments for Mr Stroszek.

Yeah.

We're work.

⊗ **Gonzalez, Samantha (Veterans Affairs)** joined the meeting

**Williams, Benjamin G**  23:56

We're working conversations happening daily at the highest levels of VHA to make sure that.

The plan for implementation.

Continues and and we have what we need in place to continue to monitor the progress towards being able to contract at a fair rate broadly across the entire enterprise for these services and and and we'll we'll continue to to work towards that.

⊗ **14eeb9b8-0515-46ca-b6d1-d7398d6a74fc** joined the meeting

MEDSTAR_000281

 **Williams, Benjamin G**  24:29

You know, I I I I can't speak on behalf of the secretary.

I know there's ongoing conversations again like, like Mr Montoya mentioned this week with Doctor on the hall as well as the Hill in terms of the agency strategy and and how we're, how we're prepared to to to manage the the regulation, the implementation of the regulation.

👤 **Nash, Deborah (VHA)** joined the meeting

👤 **Pranav Srinivasan** left the meeting

👤 **Byrd, Robert** joined the meeting

 **Williams, Benjamin G**  24:56

And the implementation date.

So appreciate that as as well as as well as your service and many of those who in your industry who, who, who are veterans and are are committed to continuing to sustain.

The the existing service and provide that time we care for veterans.

Thank you.

Then we're going to.

 **Dougherty, Kenneth M.**  25:25

Take a question from the chat.

This is from coming from Matt.

Is that a dusky?

How will contracting work with thousands of Local 911 EMS agencies, including local fire departments and other private and public agencies in every community in the United States?

 **Rachel Harracksingh**  25:58

OK, so I'll read the question again in case uh.

👤 **Groves, Steven G.** left the meeting

**DM** **Dougherty, Kenneth M.**  26:00

It wasn't her.

How will contracting work with thousands of Local 911 EMS agencies to include local fire departments and other private and public agencies and the communities in the United States?

**RH** **Rachel Harracksingh**  26:16

It's Joe Miletto from VHA, uh.

 **Maletta, Joseph**  26:19

Umm, yeah, I'll.

I'll start Ben, and you can fill in any of the blanks on that.

👤 **Cardoso, Maximiliano** joined the meeting

 **Maletta, Joseph**  26:23

Now obviously our first priorities are to get the contracted rates in in place for VA initiated initiated.

Transportation.

From there, we will have to work within the the the constraints that that, that we have in the Federal acquisition regulations.

We do anticipate there to be some sort of solution out there, but I the idea of taking it to every provider is is gonna be a challenge for sure.

I don't.

I don't know if it will be able to get to that, but we we're we're gonna start with focusing on getting the VA initiated transportation resolved.

And and I will say just.

 **Williams, Benjamin G**  27:11

You know, part of the strategy Matt is, is solicitation at that local level where they have visibility of of the different vendors, the service level or and the service service areas.

And as they work through the solicitation process, they get the responses from the local providers to be able to best compare and sit and make sure they have coverage

MEDSTAR_000283

with the available providers to to ensure that the entire catchment area has covered service and maximized the ability to contract at a fair rate with those in the local area.

**RH** **Rachel Harracksingh**  27:56
Ben, thank you, Mr Nick.

**DM** **Dougherty, Kenneth M.**  27:58
Looper.
Carol Looper porcaro.
Sorry, that was great.
Thank you, Mr Adore.

**LN** **Loporcaro, Nick**  28:03
And unless I'd be remiss if I didn't thank you for coordinating these uh, these industry days, I know we don't always seem aligned, but we do appreciate having the opportunity to discuss and Mr Montoya really appreciated the collaborative nature of our our call on Monday, Mr.
Williams, on our our last call and only because I haven't heard this overtly said on this call, I think we're all assuming all of what we've discussed so far this morning is for non emergent interfacility.
You know, contracting and the last call it was said that there would be no contracting opportunity for 911 emergent calls.
And I guess that is where our, you know, main concerns remain I think to match question as well, probably a segue to that is this you know this impacts 1000 different thousands, we estimate probably 10,000 different agencies that we need to interact with and the other sort of acute issue for us is we're all in our planning for 2024 already as we start thinking about our you know where we have individuals where we put our assets, where we plan on servicing those communities and my sense is to the last response as well.

👤ₓ **Macias, David** left the meeting

👤ₓ **Emma Knaus** left the meeting

**LN** **Loporcaro, Nick**  29:20

MEDSTAR_000284

And in fairness, and I agree, this gets very complicated.

There's a data point I can tell you as we work with commercial payers to get a network.

Those contracting discussions go on for three to five years before we close them.

We're talking about a rule that's gonna go into place within six months.

Umm so.

So understand or please appreciate that's that's where our growing concern is.

On one hand, we've heard no contracting opportunity for 911 and we'd go straight to Medicare rates.

I think we've surfaced and assessed the financial impact there.

I think there's been some data shared recently that shows the order of magnitude of that.

So just for clarification, if possible, is the current position that was still not be a contracting opportunity for 9111 emergent calls.

Also, so Nick, if I may, I'll jump in before.

 **Montoya, Alfred (he/him/his)**   30:12

For Ben and then I'll let Ben play clean up, right.

So certainly I really appreciated your time as well earlier in the week.

And I think what wasn't lost on me at all was the strategic planning nature of our discussion, right.

And really going back and forth on how we work together collaboratively as a partnership in making sure that we take care of our nation's heroes.

And so I thank you again for bringing up those finer points and the follow on email, right.

⚆ **Joshua Davidson** joined the meeting

 **Montoya, Alfred (he/him/his)**   30:38

I I think you know, certainly your team has done a good job at this but we are very close to a solution.

⚆ **Longley, Charles E. (he/him/his)** left the meeting

 **Montoya, Alfred (he/him/his)**   30:44

MEDSTAR_000285

As I mentioned to you on that call, very close to a solution to other contracting portion for emergency 911 calls, I will put it that way because I think it does play into part of the conversation and certainly there, as I mentioned to you on our call, there has been a lot of work back and forth with our Office of General Counsel as well as Member services and the team to get us to this point.

👤₊ **Melaragno, Brenda J. (Orlando)** joined the meeting

👤ₓ **Vv** left the meeting

👤 **Montoya, Alfred (he/him/his)**  31:10
And so certainly when we have more to share about that when we will.
But I will tell you that we're very close to a solution that I think will certainly address the finer points that you just brought up and the concerns that you raised as well.
Thank you.
Then anything that you wanna add to that?

👤₊ **Krenik** joined the meeting

👤 **Montoya, Alfred (he/him/his)**  31:37
They're not, I think.

👤 **Williams, Benjamin G**  31:38
You, you you hit the nail on the head there.
OK, great. OK.

👤₊ **Whitaker, Thelma** joined the meeting

👤 **Dougherty, Kenneth M.**  31:46
Uh.
You tools, you have your hand up.

👤ₓ **492e5838-bfce-4d96-8857-3c27376b5cb6** left the meeting

👤 **Dougherty, Kenneth M.**  31:54

MEDSTAR_000286

Yes.

Hi, I'm.

**RH** **Rachel Harracksingh** 31:55

Rachel, her axing in El Paso, TX with life ambulance and we do a lot of work with veterans.

👤 **Blair, Anna** joined the meeting

**RH** **Rachel Harracksingh** 32:02

I'm a veteran.

My brother's a veteran.

Veteran my father was a veteran, right?

And it just seems like this process, you know, everyone's concerned right now about their emergency.

👤 **Curtis, Tiffany** joined the meeting

**RH** **Rachel Harracksingh** 32:13

I'm concerned about the non emergency and the emergency because we provide both.

Why is it not possible for delay in the implementation?

I just would like to ask that question.

Why is it not possible?

Can someone answer that?

That's the only question I wanna ask, but I'm so grateful for all the work that you all are doing and I'm extremely grateful for the time and the calls that you all have.

And you know to be part of the process has been awesome, but can someone answer please answer that question for me.

Sorry, yeah, I feel.

I feel like I'm kind of stepping on Ben.

**Montoya, Alfred (he/him/his)** 32:46

Quite a bit here today, but Ben.

MEDSTAR_000287

&#x1F482; **Hohn, Dina A.** left the meeting

**Montoya, Alfred (he/him/his)**  32:48

Uh, stop me at any point.

&#x1F482; **Hohn, Dina A.** joined the meeting

**Montoya, Alfred (he/him/his)**  32:49

This is your show, right?

And the teams the show here.

So first of all, Rachel, thank you so much for your service from 1 veteran to another.

Really appreciate all of our veterans who are on the call today.

I can tell you that this is an Ave just for the number one thing that we talked about, I think on industry day one was making sure that the that the services were poised to be successful in February.

&#x1F482; **Starla Brown** joined the meeting

**Montoya, Alfred (he/him/his)**  33:17

And so, as Ben did go through one of the slides here with the dashboard, actually I think it was Darcy that went through the dashboard slide that was created to really show us where some of those gaps were, you know, so we are making sure that we're combining all of that to include if there needs to be a potential delay to making sure that we bring this forward to our senior leaders to make the most appropriate decision.

So right now we are poised and ready to be able to launch the contracting process next month.

And I do have a standardized performance work statement that will help out the field in making them successful as well.

So this is one that I am watching very carefully to make sure that if we need to make that recommendation, we can right.

&#x1F482; **05588ad2-6c38-446b-92e7-fbd17ebbdd92** joined the meeting

 **Montoya, Alfred (he/him/his)**  34:02

And so hopefully I answered that question as direct as I could, Rachel.

But then, is there anything that you would like to add?

No, Sir, I think.

 **Williams, Benjamin G**  34:12

I think the you know the importance of having the information from the RFI that they sent back and being able to align that to the coverage maps and and include that in our plan solicitations to begin next month and and and the importance of continuing to monitor that and see you know comprehensively where that recommendation if that recommendation does does happen or does does need to happen that we have visibility on all those factors.

👤 **John Ungaretti** left the meeting

 **Williams, Benjamin G**  34:44

So and then and and like you said, the the work to to to find a pathway within the Financial acquisition regulations and the VIB Acquisition regulations to be able to include umm the the Nabi initiated or 911 calls and and pay those to contracted vendors at the contracted rate and the progress towards that you know those are those are all things that that we're we're watching and including and and and as of now you know or continuing to to to work towards towards February and and we'll adjust course you know as soon as we identify the need to do so.

OK.

Thank you very much.

I'm gonna pull the.

👤 **Adegbolagun, Nora L.** joined the meeting

**DM** **Dougherty, Kenneth M.**  35:33

I'm sorry.

Somebody have something to say?

👤 **Shoemo, Ebony N.** joined the meeting

**Dougherty, Kenneth M.** 35:38

OK, I'm gonna pull the next question from chat.

It's from Brian Warfel, attorney for turning for the American Ambulance Association.

He said on the last industry day we understood that the VA had indicated that it believed it had the authority under the Federal Acquisition Act to to contract for both beneficiary of travel services under section one. 11111.

Excuse me and emergency ambulance transportation associated with a veteran's receipt of emergency treatment under section 1728.

Can you confirm that our understanding is correct?

If so, can you point us to the specific provisions within the Federal Acquisition Act and the fact that needs to be right?

Again, I would understand.

I'd be happy to read it again.

Yeah.

It's funny you guys could take.

 **Williams, Benjamin G** 36:32

That got that question.

Darcy, are you available?

**Dougherty, Kenneth M.** 36:44

Yes, Sir.

Yes.

Yeah, that was that was good.

The last call call.

I'm sorry, I'm getting a lot of feedback for some reason.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 36:54

Umm, but I that is something, as Mr Montoya said, our OGC and myself and other policy individuals are looking at what's available and what we can use and we believe we have something worked out.

But I don't have all of the the details to present to you at this time.

OK.

Thank you, garson.

**DM** **Dougherty, Kenneth M.** 37:18

Mr Christopher Easley, you have your hand raised.

Thank you, Ken.

As I struggle with my mute button, I hope you.

**CE** **Christopher Eastlee** 37:28

You hear me OK?

Yes, my name is Chris Eastley on behalf of the association of your medical Services.

I'd like to ask for some details and some confirmations on the proposed air ambulance contract.

I believe you said and thank you very much for the presentation.

👤₊ **Samantha (Guest)** joined the meeting

**CE** **Christopher Eastlee** 37:45

I think it was a very clear, but I just wanna have a couple of follow-ups.

And like I said, some a, you know, perhaps some restatements from your presentation the, the the VA is proposing one national air ambulance contract that would be contracted through a broker, is that correct?

Uh, it's either gonna be one or the.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 38:12

Three, we're still going through the market research to determine which will be the the best Ave for that.

So it might I I'm.

I'm sorry.

Go ahead.

Alright, that but yes, it will either be one or three.

👤ₓ **George, John** left the meeting

 **Horvat, Darcy S. (VHACLE) (she/her/hers)** 38:24

Yeah.

So the the, the the process.

**CE**   **Christopher Eastlee**   38:27

Access for then a VA, uh.

The the, the, the, the the process for requesting an air ambulance would go from a VA official to the broker and then from the broker to an air ambulance provider.

   👤₊   **Allyson Pharr (Guest)** joined the meeting

**CE**   **Christopher Eastlee**   38:41

Is that correct?

Correct.

That's how the broker.

Yeah, contracts work.

So so that contract would then only be applied to those non emergent VA requested services and would not apply to non VA requests and services or any immersion service given the the, the the timeline of the request.

Yeah, as discussed earlier, we are.

🖼️ **Horvat, Darcy S. (VHACLE) (she/her/hers)**   39:04

Working on the solutions to include uh, the 911 uh we believe are very close to allow to being able to put that in the contract again.

It would have to be a subcontractor that is on that broker contract.

   👤₊   **Dennis Rowe** joined the meeting

🖼️ **Horvat, Darcy S. (VHACLE) (she/her/hers)**   39:19

So if that condition.

**CE**   **Christopher Eastlee**   39:21

That would that, would there be a separate contracting opportunity for those non VA requested emergency services or would there somehow be a an addendum to that contract to allow for those non requested services to enter into that brokered contract but non VA requested emergency services so.

   👤ₓ   **Blair, Anna** left the meeting

MEDSTAR_000292

**Allyson Pharr (Guest)**  39:43

What?

What we are working on is.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  39:45

Trying to make it a part of that broker contract as a separate line item for a reimbursement of the 911 at the contracted rate.

But only for that individual.

**CE Christopher Eastlee**  39:57

That is, some contracted through the broker that provider correct.

But again, these were our it's either, I mean, Nash.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  40:05

Channel or regional contracts, so that's should be way more than one vendor 1 subcontractor, right, right.

And and and that.

**CE Christopher Eastlee**  40:13

Part I understand, but just you know, the the nature of these emergency services, the the average air ambulance on an emergency request takes off in under 10 minutes, usually about 8 minutes.

So just a comment that the emergency services provided by air ambulances are immediate from the requesting service, so that the contract that is built for those non emergent brokered services may not be the appropriate vehicle for those non VA or even via requested emergency transports.

Something to keep in mind as I know you guys work very diligently on this and thank you very much for answering my question.

**AP Allyson Pharr (Guest)**  41:01

Yes, Sir.

Thanks Mr Easley.

And and and I think.

**Williams, Benjamin G**  41:04

Uh, you know the final point I want to make sure was interpreted correctly.

&#8786; **Lu, Dan Feng** left the meeting

**Williams, Benjamin G**  41:13

Is what the the the additional I'll say clause or parameters of that of that contract wouldn't wouldn't be a requirement for those those 911 calls to go through the broker, they would happen, but that what they would allow us to do for those vendors who are subcontracted on for the for the VA initiated.

&#8786; **98b030a0-7c10-4c69-bc0c-46b2af494f6f** left the meeting

&#8786; **Lu, Dan Feng** joined the meeting

**Williams, Benjamin G**  41:41

Ambulance.

Air ambulance, or air ambulance through through the through the broker contract that would allow us the authority to reimburse them at the contracted rate when they provide a 911 ambulance trip if that makes.

If that makes more sense there, so it wouldn't actually go through the, you know, the process from an ordering perspective from the broker, but it would just allow us the ability to reimburse at the contracted rate for those, those those vendors who are under contract with the air broker.

It happened.

**Allyson Pharr (Guest)**  42:17

I think I I I I think that makes sense but again.

**Christopher Eastlee**  42:22

Umm, you know that is something that, that, that is something that that I in in my opinion also calls for a delay in the implementation of the rule given the the extreme consequences of getting that even even a little bit wrong.

Uh, in, in, in terms of making sure that those services are requested, you know, with

MEDSTAR_000294

the immediacy of the emergency situation, but I sincerely appreciate your answer to this.

👤 **615136b4-6865-4bd8-bea5-cd4df3359e3b** joined the meeting

**CE** **Christopher Eastlee**  42:52
And again hope for more communication and frankly more runway, more time to continue these very, very helpful conversations.
Thank you.
Thank you, Sir. Next.

**DM** **Dougherty, Kenneth M.**  43:06
Next question, Joe.
Don Rigel.

👤 **Miller, Shella M. (she/her/hers)** joined the meeting

**DM** **Dougherty, Kenneth M.**  43:10
Yeah.
Appreciate it.
Again, I I wanna thank.

**RD** **Ridgell, Joe Don**  43:12
Goal for the time.
Uh, it's been very helpful.
The three industry days on the past two industry days, y'all directed the kind of the stakeholders to to not ask questions about the Medicare reimbursement rate and directed us to CMS on that.
I don't wanna ask about the specific rate, but I do want to ask if the VA has conducted any independent assessment of the reasonable reasonableness or sufficiency of the Medicare rate as applied to ambulance services.
No, Sir, we have not.

 **Williams, Benjamin G**  43:54
OK.

Thank you.

OK.

Next question from Jamie.

**DM** **Dougherty, Kenneth M.**  43:59

I've heard.

Good morning.

**JP** **Jamie Pafford (Guest)**  44:06

Guys, thank you for taking the time.

I'm from hope AR I'm a private provider and a lot of rural communities, my brothers and I service Arkansas, Louisiana and Oklahoma and numerous rural areas.

I'm hundreds of miles away from a VA hospital.

👤ₓ **Martinez, Rafael** left the meeting

**JP** **Jamie Pafford (Guest)**  44:23

We do numerous transports in between non VA facilities on a daily basis and I have a lot of concern just as my friend from El Paso, TX, I heard the concern in her voice and the worry.

👤₊ **Spikes, Darren L.** joined the meeting

**JP** **Jamie Pafford (Guest)**  44:39

I hope you hear it in mine as well.

It's not only about our veterans, but it's about our communities in which we service and the ability to properly do that and maintain our health care safety net for all of our rural communities.

And we're not properly reimbursed and about the VA, it is about the Medicare, just like, uh, this pointed out.

But the pain?

I quit there any of these communities and and it's a concern for us and what I've heard y'all say today is that you've worked with Capitol Hill, you've worked with legal counsel and I know you guys have a job to do.

👤 **Butler, Donald** joined the meeting

🔴 **Jamie Pafford (Guest)**  45:17

But I'm curious since the Umm inception of this policy that was almost pre COVID or during COVID when it came out, our industry has taken so many hits during COVID and we're still trying to recover from our losses that we had during that period of time that going forward it's just like almost the straw that break breaks the camels back when this is put on top of our providers across the United States and not properly thought out.

I'm hopeful that your staff, I understand you guys have a job to do and you've been given an order to proceed, but at the same time, I'm hopeful in your circle of people you're talking to that you have a concern in your voice that, hey, guys, I know you gave us this to do, but we do have some concerns that this could have some collapse in the systems across the United States if we're not careful.

I hope you are also sharing that with the voices on Capitol Hill and your leadership as well.

👤 **Laemmerhirt, Cynthia A.** left the meeting

🔴 **Jamie Pafford (Guest)**  46:26

I need to delay until this gets right.

I'm very scared, my friends all around the state are very scared.

You saw the state of Arkansas when you pulled up the map while ago.

It had a lot of pink on it.

You've got a lot of work to do.

There are a lot of rural communities.

I feel like that will be left out and that will be put at the Medicare allowable rate or below and that could be detrimental to our healthcare system across the state.

Thank you for your time.

Yeah.

So Jamie, thank you so much for that.

🔵 **Montoya, Alfred (he/him/his)**  46:58

Feedback and uh really telling the rural story.

MEDSTAR_000297

You know, being someone who grew up in rural Wyoming, which I think I mentioned on Industry Day, number one, you know, I certainly understand the impact, right.

And I certainly understand the services that we need to be able to provide to our veterans.

And so we will make sure that we take this conversation back right to make sure that it is fully baked into our decision making process.

And so I really, I do appreciate the collaboration back and forth.

Thank you. Next.

&#x1F464;<sub>×</sub> **Curtis, Tiffany** left the meeting

**DM** **Dougherty, Kenneth M.** 47:36
Ask questions.

Gonna be coming from Lisa Latona.

Hi, good morning.

Thank you.

**LL** **Lisa Latona** 47:42
For taking my call, I'd like to umm add on to what Miss Pafford said.

I've been in the air ambulance industry for close to 45 years and I have been working with veterans, with veterans in my family as well.

For that time over the course of these years, like many of the companies that are also involved, they develop a relationship with many vias around the country, and because of that relationship, they become relying relied on you for the services we not only own aircraft, but we also broke our, so we're able to cover nationally some of the very larger or the very large companies that are on this call handle what they handle because they have a a vast number of helicopters or aircraft that can do the job that they need to do.

&#x1F464;<sub>+</sub> **Macias, David** joined the meeting

&#x1F464;<sub>×</sub> **Gibbons, Marcus D.** left the meeting

**LL** **Lisa Latona** 48:37

But if they're not available, they just pass on the call.

And I've seen that happen thousands of times as an owner operator and a broker.

⊗ **45438502-2dfd-49a0-9f5b-142de3c330bc** left the meeting

**LL** **Lisa Latona**  48:47

I'm able to do both, so I deal with some of these companies on a daily basis to help me so that I can take care of the veterans 24/7.

So it is very personal to me as well because of that Medicare, Medicare has never really been involved in the air ambulance industry, even on the private sector, they have no idea honestly how to reimburse for this particular problem.

Not only has COVID decimated some of our sister companies out there because they can no longer proceed and work, and they've lost pilots during the national pilot shortage because the airlines are taking them right out of schools they can't even cover the airplanes they currently own or operate.

That being said, there's fewer and fewer of us out there.

This is going to put a tremendous burden on not only the people in the core who are actually working this, but you're gonna put it on contracting people who have no core relationship with any of these companies out there.

It's all dollar and cents.

I was put in charge and this is what I wanna do.

That being said, many veterans and VA's are gonna be left behind in this whirlwind of mess.

Medicare not reimbursing us, especially since COVID, as Miss Pafford said, is not going to be sufficient because fuel you see it in your cars in the, in the gas tank of kerosene at the higher level of refinement has gone up to $15 a gallon during these past couple of years.

Manicure doesn't understand that some of these places you pull up to buy gas you have to pay at $800.00 ramp fee just to pay for their gas and an after hour fee because most of the transplantation that these veterans get on a daily basis around the country happen in the hours when you all are asleep and I'm working and when I'm dishing out thousands of dollars on a flight besides the actual mileage charge or whatever Medicare would deem necessary would never get reimbursed.

⊕ **Ma, Elina** joined the meeting

MEDSTAR_000299

**LL** **Lisa Latona**   50:54

I can no longer fly for the veterans transplant people around the country aren't even aware of this.

I've talked to hundreds of them.

The people in our industry are but the actual transplantation people who work in it have no idea this is coming along.

So now when they call me in March and say ohh my God Lisa, can you help me with this veteran?

I'm gonna have to say no because I can't fly for $0.20 a dollar now.

My my suggestion would be besides a delay which I cannot even imagine, you guys don't see that.

But besides that, there's another opportunity and would also take more time, but I have been involved in.gov for 45 years and part of that was through contracts with the Federal Bureau of Prisons, which I had for 20 years, known as the BPA Blank purchase agreement.

And that went out to solicitations all over.

Everybody could bid on it.

They picked 5.

All those five companies, they are reimbursed at 100%, but it was already predetermined that those five companies were the best fit for the government dollars based on their contract.

And then these VA, for example, could call any one of those five or three of those five forbids, but they don't go out of that.

 **Smith, Donyale E. (she/her/hers)** left the meeting

 **Smith, Donyale E. (she/her/hers)** joined the meeting

**LL** **Lisa Latona**   52:18

So versus a contract with one group, it would be BPA with multiple companies and it might solve some of the problems that are happening now.

Thank you.

Yeah.

MEDSTAR_000300

You and me?

Yes, nicely done.

👤ₓ **Cephas, Roy E.** left the meeting

**LL** **Lisa Latona**  52:44

Thank you.

Does anybody from contracting 1?

**DM** **Dougherty, Kenneth M.**  52:46

Don't respond.

Provide a feedback.

As Joe Mono, will I? Yeah.

**Maletta, Joseph**  52:54

Appreciate the the input there and and obviously we are looking for that type of feedback on every solution we're trying to put in place.

So I I definitely appreciate that.

I absolutely understand the concerns that are out there.

You know, Please note the the Medicare rate issue is is on the forefront of our minds as well, but it's not a V8 rate.

We don't establish those, so we have that it is something we need to discuss with the right parties, but thank you.

If I might add, if you if you don't mind me adding.

**LL** **Lisa Latona**  53:30

To that comment, that being said, you don't set Medicare rates, Medicare will never cover our industry ever.

It just won't happen, and all the good intentions and all the hard work that you are putting into this will flop on the veterans and the air ambulance.

👤ₓ **Joseph Cornett** left the meeting

**LL** **Lisa Latona**  53:48

Part of it is the least of this.

The greatest part of this is the transplantation aspect, which happens every day, and most of that happens from 10:00 PM to 6:00 AM and Medicare is not going to cover the ramp.

Charges the excess fees and all these things that occur in the middle of the night, and you don't even establish those rates.

So air ambulance should be pulled from this ruling.

It doesn't even make sense, and I've talked to so many people who agree, including core people in the VA who worked this, not contracting people who are not on the ground, they know their job, they know what they're doing, the financial aspect, but they're not on the ground, they're not frontline.

And the people who are frontline are all outraged.

And if you reach out to your own people within the VA who work in the benefit Travel Office and the mobility management offices, you will find that this doesn't make sense and air ambulance is going to collapse.

You're going to collapse a lot of companies and veterans are going to suffer, so this needs to either be delayed air ambulance removed or a new project needs to be.

I'm started such as the EPA.

Thank you again for your time.

I just wanted to make that final comment on the Medicare notation.

Good.

  👤 **Boominathan, Purnima** joined the meeting

**LL** **Lisa Latona**  55:12

Thank you very much for that.

**DM** **Dougherty, Kenneth M.**  55:14

This is another question that's coming from chat from a Thorson page, and this is also a contracting question.

Is it possible?

Is is the possible contracting solution for 911 calls, also including emergent or urgent grant ground ambulance transports from one non VA hospital to another non VA hospital for higher level of care.

  👤 **Curtis, Tiffany** joined the meeting

MEDSTAR_000302

**Dougherty, Kenneth M.**  55:39
These are ordered by a physician or clinician at the originating facility, not the VA.

**84d2229c-122c-455c-8e95-e92fd2987ba4** left the meeting

**Cephas, Roy E.** joined the meeting

**Dougherty, Kenneth M.**  55:53
Yeah, that's a great question.
This is Darcy and I think.

**Horvat, Darcy S. (VHACLE) (she/her/hers)**  55:56
We just need to take it back and discuss among all the experts to see if that's something that can be included or not, or if that's something that's kind of falls outside of the scope.
OK.
Thank you. Next.

**Dougherty, Kenneth M.**  56:10
Question.
This is coming from Mr Ben Clayton and this is to Mr Montoya and Mr.

**Kathy Lester** joined the meeting

**Dougherty, Kenneth M.**  56:18
Williams, who is this?

**Whitaker, Thelma** left the meeting

**Dennis Cataldo** left the meeting

**Dougherty, Kenneth M.**  56:22
Can you please meet your microphones?
OK, so the question is are the comment is.

MEDSTAR_000303

Thank you so much for the discussion surrounding the delay.

Do you have a timeline on when you would make a recommendation for a delay?

As Nick pointed out, we all have planning.

We must do and waiting until February to find out is untenable for most of us as an industry, we wanna work collaboratively with you and understanding your timeline is key for us.

&#8986;&#10799; **Spikes, Darren L.** left the meeting

DM **Dougherty, Kenneth M.** 56:52
So yeah, so yeah, thank you.
Yeah.
Thank you for uh.

**Montoya, Alfred (he/him/his)** 56:55
For that one, I think you know the response to that question is in the chat box.
You know, so certainly this is not a decision that we take lightly.
And my goal would be to you know, if that recommendation is to come forward, not spring, that on everyone at the very last minute, as I think that, that would be irresponsible. Right.

&#8986;&#10799; **Blair, Anna** joined the meeting

**Montoya, Alfred (he/him/his)** 57:14
And so certainly we are looking at all of the facts across the board to be able to present that recommendation forward on which path we should go.

&#8986;&#10799; **398ff22f-600a-48ed-a376-425c9603b8d7** left the meeting

**Montoya, Alfred (he/him/his)** 57:22
Again, I think I have really, really appreciated the collaborative nature of this call and the back and forth.

&#8986;&#10799; **16559a22-5b6b-4eb6-ad39-92e06d2955a2** left the meeting

**Montoya, Alfred (he/him/his)**  57:32

And so certainly I am pulling all of the sentiments out of the conversation today to make sure that we fold those into the decision making process.

And so I thank you all for the the feedback on that one.

OK.

Thank you.

Uh, this is a common.

**Dougherty, Kenneth M.** 57:50

From Caroline just reminder that emergency transports are not just not 911 calls, but also in Interfacility transports where patients transported from a smaller hospital to a higher level tertiary hospital.

And these are emergency situation where time is critical.

Thank you for that comment, Caroline.

👤ₓ **Amanda Riordan (Guest)** left the meeting

**Dougherty, Kenneth M.** 58:14

I see Miss Lisa.

Look Etana, if your hand up.

👤ₓ **Michal Marczak** left the meeting

**Dougherty, Kenneth M.** 58:25

And maybe that was from earlier, OK.

👤₊ **Joseph Mowen** joined the meeting

**Dougherty, Kenneth M.** 58:29

And next comments from unknown user.

Thank you for the opportunity to continue to collaborate on this very uncomplicated and important matter for our veterans.

We've heard commentary on multiple occasions regarding quote via initiated unquote transports.

So what so that we can all understand the magnitude of VA initiated transports, can we get the percentage of all transport planes that the VA receives that our VA initiated and parentheses it says broken out by air and ground?

👤ₓ **Martinez, Alex B.,  CBO** left the meeting

🔘 **Dougherty, Kenneth M.**  59:02
I can speak for your uh, our organization and saying that the percentage is in the low single digits, which makes the topic fairly immaterial.

👤₊ **01f46642-54ef-420b-8e65-cab4aab372c0** joined the meeting

🔘 **Dougherty, Kenneth M.**  59:17
OK, so the the the question that was in that comment or the file that comment so that we can all understand the magnitude of VA initiated transports, can we get the percentage of all transport claims that the VA receives that are VA initiative initiated?

👤ₓ **263c27e6-8da5-4b8f-b1a1-55635e791fa6** left the meeting

👤ₓ **Montoya, Alfred (he/him/his)** left the meeting

🖼️ **Williams, Benjamin G**  59:35
So can I can I can take I can take this one so you know as we work towards finalizing the rule, we met with the hill several times and and the numbers that we had from the agency perspective in terms of dollar volume.

👤₊ **Breci, Trent A.** joined the meeting

👤₊ **Jaramillo, Todd** joined the meeting

🖼️ **Williams, Benjamin G**  59:51
A lot of times in in the current process of the contracted trips or claims on an invoice are are batched and so it makes it more challenging to to to get a true count of of trips for the contracted claims.

MEDSTAR_000306

👤ₓ **Anthony Maneri** left the meeting

👤 **Williams, Benjamin G** 1:00:09
But from a dollar volume perspective, the split was about and was that 78% to 22% of the of the claims, 78% of the claims would be those those community initiated.

👤ₓ **LICZNERSKI Yumiko** left the meeting

👤ₓ **Andrew Blake** left the meeting

👤₊ **Tommy Anderson** joined the meeting

👤ₓ **d1048c2a-ccdb-4163-9ef7-28d499fca4a8** left the meeting

👤 **Williams, Benjamin G** 1:00:28
Ambulance claims compared to 22% that would be VA initiated.
So that's the end of FY22 statistics that we have on that.
When we began the process of implementing this rule following the Oig's recommendation to use the discretionary authority that Congress gave us to use the CMS rate, the the split was about 5050.

👤ₓ **James Goldszer** left the meeting

👤 **Williams, Benjamin G** 1:00:55
So in recent years since Mission Act implementation, the trend is going more towards, you know, Community initiated calls and and it's something as we as we discussed earlier as part of the factors that you know we're looking at and the broader picture umm you know as we were as we work forward and ultimately make the agency makes a decision uh to to Mr Clayton and Mr Montoya's most recent comments on on whether or not you know a delay is warranted.

👤₊ **Courtney Davis** joined the meeting

👤ₓ **Ma, Elina** left the meeting

 **Curtis, Tiffany** left the meeting

 **2d77acba-7948-4626-8e75-4b3d80c39387** joined the meeting

**Williams, Benjamin G**  1:01:32
And thank you very much man.

**Dougherty, Kenneth M.**  1:01:34
OK, next comments come in from a Matt Zavadoski, he said without a contract that the VA pays the Medicare rate for a 911 call initiated by or 4 veteran, it's probable that the veteran will now receive a balanced bill for the difference between the A's underpayment and the build amount placing a financial burden on the better.
Is this accurate statement?
So.

**Williams, Benjamin G**  1:02:07
So as as I think is is pretty pretty widely known, but in terms of.
Of.
Or authority that that we use to pay.
Today for beneficiary travel and and and these and these claims, especially those that are even community care, claims that are approved under 1703, they they are paid out of beneficiary travel based off the way the agency implemented the Mission Act and and and it does in VA as sole payer and balance billing is is is not umm it is not allowable under under the beneficiary travel payment principles.

 **Kelvin** joined the meeting

**Williams, Benjamin G**  1:02:53
So so I understand, and that is something that, you know, was it an explicit in the regulation?
But is, you know is part of the payment principles for the authority under beneficial trade that may be part of the principle, but that's not in the.

**MZ** **Matt Zavadsky**  1:03:11

And that's not what's gonna happen, because it's not a condition of participation like Medicare is.

 **Williams, Benjamin G**  1:03:26
OK.

Thank you.

Yeah. I'm sorry.

So yeah, I was just.

 **Dougherty, Kenneth M.**  1:03:30
We I was just going to say thank you, Mr.

 **Williams, Benjamin G**  1:03:33
7 sevasti I don't know if I said that red, apologize for that.

Put you back.

That's fine.

That's fine.

That that we'll take.

We'll take that.

You know, as again as part of the feedback and and continue to, you know adjust the messenger.

OK.

Any more comments or?

 **Dougherty, Kenneth M.**  1:03:56
Questions at this time, we'll see any hands raised at the moment.

So that was a great time.

Yeah, Ken, this is Chris.

**BC** **Brady, Chris**  1:04:04
Radiant air methods and and I thought I had my hand raised, so I apologize, but I wanted to follow up and and echo some of the concerns and really all the concerns that are are colleagues have raised and they appreciation as well for your work on this.

But I think as you guys continue to dive in, you know, I think the the nuances that

you continue to discover are essential, you know to get into anything that's really workable and viable for our veterans.

I think the the nuance that you guys are seeing in Interfacility transports in the emergent space versus 911, I mean it's something we deal with on a daily basis.

And to me, it just highlights it.

Conversation still needs to occur to flesh out your understanding of the industry.

I mean, this is a complex industry.

I think you have, you know, decades and decades of experience available here to help you.

But one thing that's that's, you know, obvious to me and I'm sure it's obvious you guys, but I just wanna say it out loud, is that when you think about brokerage models for emergent services, it would be a mistake to think that a brokerage contract is the end of the timeline for that solution because you're gonna need subcontracts across the country that are gonna have to be negotiated with that broker before you have a viable model to cover veterans.

And so as you work backwards from the timeline and even the timeline that you guys have, there's just not enough time and there's there's not enough time to go through a bid process, potential protests and appeals to get, you know, a broker contract in place, no less underlying subcontracts.

It has to be in place to make the model viable.

So I mean, I understand you guys are thinking about this process, but I wanna provide that feedback that the the timing I think in its perfect form today doesn't make sense.

It's not.

It's not viable.

So I mean the delay I think from our perspective and I I think to share perspective is sort of the minimum responsible activity to take forward here.

OK.

Thank you very much for that feedback.

 **Dougherty, Kenneth M.**   1:06:23

Uh, Mr Ben Clayton.

You have your hand raised.

Do you think I'm getting?

**BC** **Ben Clayton** 1:06:28

Towards the end I just wanna again, on behalf of Associative Association of Air Medical Services and and if my organization Life Flight network.

Thank you for for this and and for these last industry days.

I think each industry day we've found new information and we've worked to kind of dig deeper into this and we continue to kind of find new things and find new nuances that need to be flushed out and hopefully with the comments and everything that we've demonstrated here, you can see that the industry wants to work with you.

👤ₓ **2a69d549-339a-4985-849d-a260d99741c0** left the meeting

**BC** **Ben Clayton** 1:07:02

We want to find a solution because we care about the veterans and to echo what with Mr Brady said.

It's gonna take some more time.

Yeah.

You know, just the broker idea, which is this is the new idea as of as to for to us anyways as of today, August 30th, that's gonna take time and and if that is built imate solution but we wanna work with you collaboratively.

But a delay is really needs to happen to make that work the right way so that we don't risk all these ground and air ambulance companies closing down and then you losing the access and the veterans lose the access they and that's we just have to keep coming back to the access piece that the veterans need this, they deserve it, they've earned it and we're happy to work with you to make that happen on something that makes sense.

But between now and February, to Mr Brady's point, it's just there's just no way.

So but anyways, thank you very much again on behalf of the Ames and in my organization Life Flight network, we we definitely appreciate it and I look forward to more of this.

Thank you very much, Mr Clayton.

**DM** **Dougherty, Kenneth M.** 1:08:15

There is a question in the chat from a Lori Kemp.

MEDSTAR_000311

Paul, Daryl joined the meeting

 **Dougherty, Kenneth M.**   1:08:19

She says.

What is the benefit to contracting with the VA and the provider gets the CMS rate, which doesn't always cover costs.

So.

 **Williams, Benjamin G**   1:08:38

This Miss Kempa, if I'm understanding the question correctly, I think there may be a misunderstanding.

So we're not contracting for the Medicare rate, it would be a for for fair rate or fair rate in, in the, in the service area.

So for the service being being provided.

So if that's something between, you know, still charges that we were paying currently in the Medicare rate, it will be determined, you know as we consume the proposals and look at the market research Nigeria.

Miller, Garth (VHA) joined the meeting

 **Williams, Benjamin G**   1:09:18

Thank you, Ben.

We have additional questions.

 **Dougherty, Kenneth M.**   1:09:27

Comments.

You have sound from Dave.

What's gonna have my hand?

**David S. Motzkin**   1:09:31

Yes.

Ohh, I'm sorry.

Please, please go ahead Sir.

**Dougherty, Kenneth M.**  1:09:35
But echoing the other.

**David S. Motzkin**  1:09:37
Common set.
Thank you for your hard work and time.
I would ask that you look at the broker model that was attempted by HHS under Indian Health.

👤ₓ **Cusatti, Abel C.** left the meeting

**David S. Motzkin**  1:09:51
Umm, they attempted a similar pathway to resolve the purpose of getting transports, in particularly emergent transports, and 911 transports into a contracted model.
Umm, there were but many important lessons to be learned from that model.
Uh, I would.
I think it would benefit all of us to make sure that we don't experience some of the same hazards that Indian health services uh experienced in in trying to implement a broker model, especially on such a tight time frame.
And I'm a former HHS employee, and I've seen the broker model specific to IHS from both sides.
As a government worker and from the private sector.
The a more enlightened version maybe successful, but we certainly don't want to repeat what happened with Indian health.
Thank you.
And David is Joe I.

**Maletta, Joseph**  1:10:57
Really appreciate that feedback and and then we will definitely take that as part of our part of our market research that we look at that.
Thank you for bringing that up.
OK.
Thank you.

All right.

We still have plenty of time for more questions or.

**DM** **Dougherty, Kenneth M.**  1:11:20

Comments are if there's certain elements of this presentation.

So far I want to keep the discussion going on.

OK, I see a hand from a Don will.

Please go ahead, Sir.

Yeah, this is Don Wayland, Missoula emerging.

**DW** **Don Whalen**  1:11:36

Service in Missoula, Mt.

👤ₓ **615136b4-6865-4bd8-bea5-cd4df3359e3b** left the meeting

**DW** **Don Whalen**  1:11:38

And just kind of echo on to Jamie and even Randy mentioned earlier, just requesting a delay for a a way better assessment before we move forward with this.

As for example, we have a community about 80,000, the same glove just doesn't fit every hand very well for us.

We have added expense on top of being the provider here.

We pay the city of Missoula several $1000 of years a year or so it it's gonna be a negative impact on us trying to keep people here.

We we.

Historically, had several applications coming in for employment.

We are struggling like a lot of services in Montana.

There's been a couple now that have closed their doors.

So expenses are going up, reimbursement going the other direction does not help us keep our operation good.

Thank you.

👤ₓ **Meghan Winesett (Guest)** left the meeting

**3** **3d0babe2-a9ed-4339-9255-d21d6d967d60**  1:12:35

Thank you for that feedback, Sir.

MEDSTAR_000314

**DM** **Dougherty, Kenneth M.** 1:12:37

Caroline, you have your hand raised.

👤 **Martinez, Rafael** joined the meeting

**3** **3d0babe2-a9ed-4339-9255-d21d6d967d60** 1:12:43

Sorry, turning off mute.

**MH** **Mayle, Carolyn H** 1:12:45

So just a question and this is just because it's very new to me.

Can you just walk through a little bit more about the air ambulance broker system because on the slide that you have, I'm just looking at it took a picture, so I could see it and you're saying it's gonna use vet rides, but my understanding is vet rides is for non emergency type of transports.

👤ₓ **Joshua Katzeff** left the meeting

**MH** **Mayle, Carolyn H** 1:13:08

So is that something you guys are still exploring and trying to determine how the emergency transports, which for at least, you know air ambulance, it's higher than that 77% that you mentioned is probably more in the 90% is the majority of our veteran transports are, are those emergency types.

So how how exactly do they contract with?

But how?

How does it actually work?

I'm just trying to better understand the sort of the whole process, and I know Brady Chris Brady talked about the broker, but then how do they subcontract and is it to include that all those types of transports?

Are we just talking about non emergency because vet care only works for those types of not emergency transports.

I think it just maybe walk through maybe a little slower because you went that slide, went through like in two minutes and I just want to better understand how this is going to work besides the timing issue, just the whole process.

Thanks.

 **3d0babe2-a9ed-4339-9255-d21d6d967d60**  1:14:06

Thank you.

I'll try.

I think you had several question.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  1:14:10

So so I I I'm hoping I remember them all here.

You might have to let me know again.

So right now, we're still trying to work out how the 911 would work in here.

So especially concerning the vet ride, that was one of you.

Remember, it's not just 911, it's.

 **Mayle, Carolyn H**  1:14:27

Also, in a facility that's more 901 is a smaller percentage than inner facility emergency transports.

That's a huge, huge for America.

Yeah, Interfacility is always.

These are all emergency and facility goes from a very say, a critical access hospital to a tertiary hospital that can care for them.

When you have strokes cardiac you don't, so it's usually those types of calls from a physician.

Those are also emergency, so it's not just 911 includes, those are all emergency, right?

But they're all not VA initiated.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**  1:14:57

Needed.

Yes, exactly.

Yeah.

So right, we're still working out how all of that is going to work.

We believe we have found the authorities, but we have to figure out how we are gonna make that work within the contracts.

 **JGrimes** left the meeting

**3d0babe2-a9ed-4339-9255-d21d6d967d60**  1:15:12

OK.

And so, but that still will have to go through.

**Mayle, Carolyn H**  1:15:15

That care is what I saw on the slide.

So there's still going to have to use that system through and do it within 1015 minutes that it takes just understanding as far as those emergency call.

👤ₓ  **Breci, Trent A.** left the meeting

👤₊  **Breci, Trent A.** joined the meeting

**Horvat, Darcy S. (VHACLE) (she/her/hers)**  1:15:28

Calls go.

We're still working out.

You're talking about that ride I believe.

Ohh vet rides.

Sorry, sorry, sorry.

**Mayle, Carolyn H**  1:15:34

I just want to make sure we're talking the same thing.

Yes.

So we we still need to work out.

**Horvat, Darcy S. (VHACLE) (she/her/hers)**  1:15:38

How that will work?

It would actually more than likely for those calls happen afterwards that you would enter it.

But we're still working out all those details.

OK.

Yeah, I can jump in.

**Williams, Benjamin G**  1:15:50

And there I can jump in there the, the, the the idea.
Is that the for the emergent piece the the claims would would would come in which would allow us from the contracted vendor which still come in through that ride.
But for those emergent ones, obviously that wouldn't happen until after the fact.
So we still have to work through the mechanics and timelines of that, but it would use the same modality.
So you could submit if you're a contracted vendor you know with or subcontractor to the air broker, you would still or you're contracted vendor on directly VA on one of our ground.
Then you would still utilize the same modalities or submit the invoice.

 joined the meeting

 **Curtis, Tiffany** joined the meeting

 **Williams, Benjamin G**  1:16:34
It would just be for the emergent piece and would allow us to to pay that at the contractor rate.

 **Lutz, Ethan** joined the meeting

 **Williams, Benjamin G**  1:16:42
That's the.
That's that's what that's the model that we're working towards and and dotting the eyes and crossing the T's with with with that authority.
OK.
Thank you.
Next question.

**Dougherty, Kenneth M.**  1:16:58
Coming from the chat or I'll so I'll read the question.
It's already been answered, but just for everybody's awareness came from Lori Kemp or question was will existing contract options be renewed or will it will all existing contracts be rebid and the response was existing contracts will continue.
So that will include option contracts with options you're running.

OK.

Next question from the chat.

It's coming from Steven and service and the question is with the changes in the reimbursement processes, is there any intent to recompete existing contracts in relationship to include vet ride or will the VA be issuing modifications to existing contracts?

 **Justin Misner** left the meeting

 **Dougherty, Kenneth M.**   1:17:39

So this is essentially like the former question.

With the difference being our current contracts going to be modified to include the vet ride.

Uh, right, right.

Vet ride system.

Yes, the current contracts will be modified to in.

 **Horvat, Darcy S. (VHACLE) (she/her/hers)**   1:17:55

Include the vet right system.

Thank you.

OK, next.

 **Dougherty, Kenneth M.**   1:18:02

Comment is coming from that.

If we don't contract, we can likely balance bill like being out of network for commercial payer or bill the vet for a non covered service and then let submit for reimbursement like out like out of network services.

This potential will likely engage the veteran organizations to weigh on this rule change.

Medicare requires the acceptance of Medicare payment in full in full return for obtaining, and NPI, which I don't think is the case for the VA.

And if anybody has any comment to that response comment.

Bed.

 **Williams, Benjamin G**   1:18:49

And the unpack that unpack that a little bit a little bit more and and think through that.

So obviously with, you know, the continued conversation, our collaboration and in our, you know, uh and that's working towards a solution on the 911 we'll be having I'll say a sooner than kind of the one month iteration of of a of a conversation with with you all again here in the coming weeks.

So if it's OK with you, I'll take that back in in provide a response on that one.

Thank you. Next.

**DM** **Dougherty, Kenneth M.** 1:19:28
Question is coming from Shelly Miller, she said.

👤ₓ left the meeting

**DM** **Dougherty, Kenneth M.** 1:19:31
So 911 claims would no longer be submitted electronically and via our claims clearinghouse to E cams, they would need to be handled via the vet ride system for payment.

Yeah. So.

**Williams, Benjamin G** 1:19:47
I don't.

I don't want.

I don't want to commit to that yet, because we're still we're, as Darcy mentioned, we're still working out the details and the mechanics of how it would work, so.

So I I don't, I don't want to say one way or another, but you know the goal is, is to provide a process that it is efficient but also allows us to, OK and to ensure that the correct rate is paid to to contracted vendors.

So whether it's whether it's a VA initiator or non VA initiated, so working at working with the mechanics of the process.

So I, but I don't want to say that yet because.

Because obviously we we want to, you know there's there's a lot of value in having E camps.

There obviously is one of our tremendous partners internally that we work with and they own the other half of the of all the medical or I'll say they own all the medical

claims and and the other part of the transportation and the associated uh ambulance claims as well.

⚗

Smith, Donyale E. (she/her/hers) joined the meeting

 **Williams, Benjamin G**  1:20:56
So we'll have to take that back and and and work through the process.
OK.
Thank you, man. Alright.

(DM) **Dougherty, Kenneth M.**  1:21:10
So we slept plenty of time for questions, comments, concerns.
Everybody liked the, so we just said something.
Come in from Paige Thornton and she said please take into consideration increase labor on the administrative side if providers have to submit claims one by one versus submitting from our CAD system to a clearing house.

**JGrimes** joined the meeting

(DM) **Dougherty, Kenneth M.**  1:21:35
Parentheses, which allows for batch submissions.
So.

 **Williams, Benjamin G**  1:21:43
So page, I'll just just just and commenting immediately part of you know one big issue that we've had on on, on the, the payer side and accurately paying claims and and making proper payments to eligible for eligible beneficiary I beneficiaries are are those batch claims he CAMS doesn't allow for batch claim processing and neither will that right?

Cephas, Roy E. left the meeting

 **Williams, Benjamin G**  1:22:08
So so that is something umm and and the focus of ours, especially on the VA initiated side with the electronic ordering and and and acceptance it provides a very

MEDSTAR_000321

streamlined process to submit to submit the claim.

So for at least for the VA initiated once we would, we would we, we expect that to be a very streamlined process and have designed it to to flow very quickly and easily for from the administrative impact on on the provider side.

👤ₓ **Ravey, Debra L.** left the meeting

 **Williams, Benjamin G**  1:22:49
Thank you, Mr Clayton.

Hey, I think so.

And I'm just listening to.

**BC** **Ben Clayton**  1:22:55
All the all the questions that are coming in and I think it just, I'll just put a pin in it.

Again, it kind of illustrates that.

I think we've got great collaboration going, but but it it's clear there are a lot of unknowns and and there's a lot of questions to be answered and and I think we want to work with you to answer those questions and it'll definitely take more time than than February.

👤 **Ma, Elina** joined the meeting

**BC** **Ben Clayton**  1:23:17
And I would just offer, I think the VA has support from the hill, from the VSO's, by cameral bipartisan to delay this.

And I think you know that there's there's really a lot of support for ensuring that we support our veterans.

👤 **Longley, Charles E. (he/him/his)** joined the meeting

**BC** **Ben Clayton**  1:23:34
I know everybody in this group wants to support our veterans.

Everybody I've talked to on the hill.

Uh and both parties.

So I think that there's a lot of support for for this delay and and I would just

encourage us to work together to to do that and then and then let's get some meetings going and we'll figure out the best process and we'll figure out something to where we can guarantee care for, for veterans.

So thanks.

I keep hitting the same point, but I keep hearing things so much appreciated.

Thank you, Mr Thomas.

 **Dougherty, Kenneth M.**  1:24:08

Cook you every night.

Yes, thank you.

And I hope I'm not.

 **Cook, Thomas**  1:24:14

Repeating I cause I've heard statements about looking for possible solutions for the emergency transports and and I really appreciate that, but wouldn't it be an appropriate process to identify those possible solutions, then describe them to the industry in a form like this or some other form and get feedback from the industry on those.

If something works, then set a timeline that is special, but to be identified solution rather than trying to just keep the current timeline for a solution that that we don't have yet, that that.

Any thoughts on that?

That's another way of sort of saying, don't we really need a delay because we don't even know what solution you might be proposed.

Yeah, I appreciate that.

 **Williams, Benjamin G**  1:25:09

That feedback?

Mr.

Cook and as as we mentioned, so we've been working and and trying to to identify you know within within the Financial acquisition regulations and and our VA acquisition regulations how we can include that and make payments for 911 calls that that aren't ordered.

   **JGrimes**  joined the meeting

MEDSTAR_000323

 **Williams, Benjamin G** 1:25:27

So so we're we are, you know, in some aspects trying to be responsive and make sure that we contracted as broadly as possible, especially as in hearing some of the parts of the the cost structure that CMS doesn't doesn't consider and you know they should be considering hopefully as part of the No surprises act.

👤 **JGrimes** left the meeting

 **Williams, Benjamin G** 1:25:48

And what I'm sure you guys have submitted to them as part of your cost structure in, in, in their adjustment to the CMS rates that should come following their consumption of all of that.

👤 **JGrimes** joined the meeting

 **Williams, Benjamin G** 1:25:59

You know we, we we are, you know, considering all things as we do this and trying to be responsive and and.
Yeah it to to again what the the the the the devil in the details in terms of you know utilizing some of the mechanics that we we we've identified that that could help streamline but also streamline I'll say the acquisition process and and expand utilization of existing things that are out there so but also you know work through the details with with you all as we're trying to to implement as you know you know the typical implementation timeline for for things is is is much shorter than the one year we have now and you know we we did as this as this does as every regulation does went out for public comment and we only received 6 comments back during that period in 2021 and I realized that was that was COVID and you know there was there was a lot of things going on so you know the from a preparation standpoint you know it it's not something we're trying to run through just to just in one year this is this has been out there for and awareness that the agency was moving in this direction has been you know been open for some time so you know we're heard heard loud and clear in terms of you know of how we you know user requirements driven date but you know the way the regulation process works you know an implementation date is set and and you don't know exactly when it's always when it's

going to be to be published cause there was lots of back and forth as many of you all participated in conversations with the hill and and the hill with the agency leading up to to the publication so again all things that we're we're actively considering as we look at all of our options to whether we push forward and and or consider recommending a delay.

👤ₓ **9ae33f9a-fd85-4755-aa32-1681153f6df8** left the meeting

👤₊ **205a9723-5103-4274-a6bb-ace82052faa1** joined the meeting

👤₊ **James Goldszer** joined the meeting

👤ₓ **Zia (Guest)** left the meeting

👤ₓ **Krista Cuthbert (Guest)** left the meeting

**Williams, Benjamin G**   1:28:16

So the I'm sorry but.

**Cook, Thomas**   1:28:18

Just if I could follow up, what solution do you identify you will be considering how long it might take to implement them?
And that I delay in connection with that.
OK.
Thank you very much.
Next question.

**Dougherty, Kenneth M.**   1:28:38

Who's coming from chat from Doctor James Graham?
Does the ambulance provider have to pay the federal wage determination when transporting veterans?
And the response is yes, the service contract act applies.
So the wage determination and the service contract act for the applicable area where to apply.
Next question.

Uh probably answered this already, but why is there such a rush for this implementation?

So.



**Williams, Benjamin G**   1:29:19

No, I don't.

I I again you know, just seeing some of the regular implementation periods for a lot of regulations as as you know as a 30 day implementation delay this you know the one year implementation is a significant delay compared to to to other regulations and again you know.

ℛ× **e5cae7f3-4f06-4eec-a550-a157a4d852fd** left the meeting



**Williams, Benjamin G**   1:29:40

We we are considering, you know, all all options are on the table at this point.

ℛ× **Thomas Altmann** left the meeting



**Williams, Benjamin G**   1:29:46

So in terms of moving forward with the scope that that, that we can, if we can continue the the open collaboration which which we you know again tremendously appreciate we know you guys have a lot of things working and and other things you could be doing today.

ℛ× **Nieves, Lisandra (Lissie)** left the meeting



**Williams, Benjamin G**   1:30:02

So you know your stress and and importance of you being here and and collaborating is is something we value and and want to continue to work through.

So all of these things contribute?

Yeah.

Told my wife.

What the final data is representation.

Thank you, man.

Next questions come.

MEDSTAR_000326

**Dougherty, Kenneth M.**  1:30:24

From Anna Blair, non contracted ground providers are currently contacted frequently by VA's for IFTTT when there are gaps or the contractor provider is encumbered.

👤ₓ **Cardoso, Maximiliano** left the meeting

👤ₓ **Sasser, Jessica** left the meeting

**Dougherty, Kenneth M.**  1:30:37

It would be good to get direction for those many want to serve and help if they can.

Perhaps not as much for MCR rate moving forward.

Is that ride plan submission portal for those trips?

So as the vet ride system, the plans.

I'm sorry.

Go ahead, Sir.

No, it's OK.

I'm just.

**Williams, Benjamin G**  1:31:05

I was just kind of reading back through the question and making sure I understand.

So it sounds like again you'll be talking about were were the question is uh VA initiated interfacility trips.

So you know anything from the VA initiated perspective would be?

👤₊ **108ef13f-00ad-438f-8b4a-775f64d7ebbc** joined the meeting

**Williams, Benjamin G**  1:31:27

You know would be initiated ordered.

👤ₓ **JGrimes** left the meeting

**Williams, Benjamin G**  1:31:33

Through that ride and utilizing the contract insider.

For vendors, so this is pending on this situation.

MEDSTAR_000327

In the area?

Yeah.

No, totally understand, especially the plural.

 **Blair, Anna**  1:31:45

Mention of vendors because I think that's the reality in some of our areas.

I just think that from a contingency planning standpoint, it would be amazing to know that you guys are considering that there are rural areas or areas that are underserved by ground providers and having a contingency plan if there's a failure to contract or the contract is with one provider that has limited resources.

And the reality is echoing what somebody else said earlier, the core team for the VA are very well aware and concerned that they're gonna have gaps in provider services.

So just some forethought where there is gaps in services and there is no contracted provider to come to the aid of the veteran.

On that ifft, there are other providers, and currently the VA Benny Travel team will reach out to non contracted providers when they're an alert.

I don't see that not happening.

I just think that those providers who are stepping up in the moment probably need to understand what the path forward is.

So just kind of a gap there for me as I'm thinking through the process, I wanna make sure you guys are aware and there's a contingency gap plan.

Yeah.

No thanks.

 **Williams, Benjamin G**  1:33:06

Thanks, Miss Claire.

And again, hopefully I think the the process itself where we have had you know honestly I get it from a business perspective and the current you know in the current environment, there's no, there's not a lot of value in entering into a contract would be a.

👤  **Tolton Jr, Willie** joined the meeting

 **Williams, Benjamin G**  1:33:25

So you know, because we paid bill charges and so, you know, the the goal again and

and we have this built into our our our process you know in monitoring if we run into where we see you know big pockets and gaps where we're unable to contract with vendors that plays into again you know decision points in the timeline as we continue to work forward and monitor each stage of umm you know of the acquisition process you know down to down to the county and zip code level.
Thank you.
OK.
Thank you, Mr. David.

**DM** **Dougherty, Kenneth M.** 1:34:08
Good Motzkin, you have your hand raised.
Yes, thank you.

**DM** **David S. Motzkin** 1:34:13
This is this has been clearly an iterative process where clarity is improving with each call.
None of this clarity was available to us during the NPRM.
We are one of the organizations, one of the six that did respond.

👤ₓ **John Jonas** left the meeting

**DM** **David S. Motzkin** 1:34:31
Our response would have been much more formative had we had the information available to us then that we have available to us today.
Uh, so I I appreciate the comment that hey, there was an NPR and only six people responded.
But the NPRM was ineffective because even as we close today's call, we are unclear about the path forward regarding 78% of the transports, uh, we, we need that information from the VA in order to be a good partner and respond clearly about the path forward.
UM, had we had that, uh, back during the NPRM we would have been having this dialogue much sooner.
Thank you.
Hey, thank you for that comment, Sir.

MEDSTAR_000329

  Martinez, Rafael left the meeting

**DM** **Dougherty, Kenneth M.** 1:35:29

Umm, so our next comment is coming from Caroline.

I think the challenge here is that it's August 30th and there are just so many unanswered questions.

It's still unclear how or if emergency non VA facility better transports can be covered. These are the majority of our transports and as Chris Brady raised, contracting and subcontracting is very lengthy process and simply putting out the RFI is the big is just the beginning.

It seems most reasonable to delay at least a year to address these critical questions.

I can add issues.

Yes reemphasizing me need for a delay.

Umm, OK.

Right.

I see somebody's hand raised, see.

If you have your hand raised, please go ahead and take yourself off mute.

Uh uh doctor James Graham?

  Nichole Hounshell joined the meeting

**DM** **Dougherty, Kenneth M.** 1:36:35

Yes, Sir. Yes.

**JM** **James Graham M.D.** 1:36:37

Just want to provide you with a unique perspective as a physician that has worked in rural emergency rooms.

I'm a veteran.

I'm also a service disabled veteran on small business that also contracts with the VA doing aimless services.

Just wanna provide a little bit of insight for what you guys are describing and even for Miss Pafford and other areas that are rural, how this is gonna play out on the ground?

When working in the merch rooms, a lot of the rule EMS systems do not even know

how to build the VA sitting in the ER trying to get a better and transported.

They would refuse to do it because it didn't have to build VA, so they would call out an outside private service to come transport them.

So the wait time was extremely long, so in reality it was budget neutral for the VA because it didn't have to do it in a lot of times, they would do the transport and never even know how to bill it.

The problem arises when you have the Inter facility transports and it's an emergency from these critical access hospitals with the two hour 3 hour transport time.

If you're having to pay SCA rates for your staff, does SEA rates or the wage determination is usually 4 to $8.00 more than what the private market is paying?

So then the EMS agency is gonna have to remember they got to pay for every VA transport to increase the pay rate for those transports.

A lot of the EMS industry in these rural areas are already restricted with ohh labor. Very strange when it comes to medics.

&#x1F464; **Díaz Vera, Fabiola** left the meeting

(JM) **James Graham M.D.**   1:38:25

There's places that are running quick response vehicles where they send out a BLS truck, and if it turns out to be an emergency, then they send the medic.

So as this plays out on the interfacility side in a rural area with the hospital 2 hours away to get that patient, the local EMS cannot leave the county there because they only have one truck or one medic in the entire county.

So then they're gonna call a private service.

Private service is gonna be 2 hours away and they're going to say, well, if we come get this veteran patient, it's two hours there, 3 hours to the to the VA or to a tertiary center.

We've got a lot of Deadhead and we're not gonna do it for Medicare rates.

And then the last option is gonna be OK we'll have to call in Arie back.

We're gonna have to call in air provider.

So now what you guys are trying to do, which is to try to help reduce cost, you're now moving the, making it, excuse me, a good business for the air providers because they're gonna be the ones coming in that sort of broker to do this work.

&#x1F464; **Courtney Davis** left the meeting

**James Graham M.D.**  1:39:35

So now the cost of transporting that patient out of a rural area has just ballooned tremendously, because pushing this out, you're breaking the back of the local rural EMS and the private guys who are trying to do the work.

 **Jaramillo, Todd** left the meeting

**James Graham M.D.**  1:39:51

So as a physician who has sat there and watched patients waiting on local rural EMS to come in six, 812 hours and nobody wants to transport the patient because he cannot get the staff in, please understand the rural areas are gonna suffer tremendously.

And the result of that is gonna be they're just gonna start calling air evac.

The air services more often and you're not gonna be relying upon your ground services.

The only way I could see around that if you broker the service through a local contract in the vision for those who are contracted under the VA to do handle the geographic area.

So anything falling outside of the geographic area that ambulance provided, it's currently servicing the VA, they have a better understanding the costs associated with those rural areas with those rural private services that can transport and can negotiate rates that will be conducive for them to want to transport those patients.

So just please keep that in mind for a physician that has watched somebody with a hip fracture lay around for 6-8 hours.

Hospital would refuse to send an ambulance because they didn't have to pay for it and having to ask the spouses wife to drive around, give a dose of morphine, put the patient in the car and just tell her.

Tell her.

Drive them on to the next hospital.

That's a reality.

That's gonna happen if this is pushed out in a A in this manner that's coming coming down the pipeline.

So I just wanted you to see how it's gonna play out on the ground in the rural areas.

I think it's gonna increase your cost because you're gonna see the ground providers

and these rural areas cannot show shoulder this burden.

You're gonna place on them.

They're in turn gonna turn around and start calling the air.

You back guys.

Thank you for your time.

But.

**Williams, Benjamin G**  1:41:54

Such ground appreciate that perspective.

Miss.

**Dougherty, Kenneth M.**  1:42:01

Jamie Pafford, you have your hand up?

Yeah.

I just wanted to follow the good doctor.

**Jamie Pafford (Guest)**  1:42:06

After there.

Thank you for making those points from about the rural area.

🙎₊ **Jack Beardslee** joined the meeting

🙎ₓ **Centineo, Andrew D.** left the meeting

**Jamie Pafford (Guest)**  1:42:10

One thing that is obvious about the ambulance industry, whether it's air or ground, I know we've talked a lot about money, but the fact is here today is the first and foremost everyone of us want to take care of the patient at the time of the call as fast and as promptly as we possibly can.

Umm.

And most of the time, there's not what I call a bill fo boxy going on.

🙎₊ **AnaMaria Fratila** joined the meeting

**Jamie Pafford (Guest)**  1:42:33

We don't know what the patient has.

We don't know what kind of insurance coverage they have.

We're taking care of the patient and the moment and all of those questions are asked later.

So like what the doctor says.

Some of these ambulance providers don't know how they're going to build a patient at the moment in time and it is very cumbersome to a lot of the small providers to build properly, especially with some of the troubles that we have with the Vicens across the United States of of being paid promptly and having to wait for our payments.

And so one of the things that I think that and you guys you've every every call you've learned and I know we've starting to just regurgitate a lot of things.

But when you talk about contracting and you talk about the geographic area for the amount of hospitals, you have, one of the things in the state of Arkansas, you can't have a provider come into another county.

I'm just because they have a VA contract.

Numerous states have laws governing their service areas, and our sole provider contracts are in those areas and other providers can't come in.

So making sure that your your pink dots and your black dots do understand you may have the ZIP codes that you think you need to cover, and you may think you can cover it with one provider or two providers in those service areas.

But if they're not licensed and able to operate in that area under the guidelines that the states have laid out, and many states are different, they can't come in and get that call.

So that contracted providers know help to you.

And so just making sure that your staff understands some of the rules and regulations that are pertinent to each state would be very important in this process. And I know those are some things they have not realized or have not thought about because we've dealt with it on the insurance side, not understanding the networks, ambulance networks don't work in some service areas because of the guidelines that are out there.

So please have your eyes wide open and I know each call is done that for you and you hear everyone say that we're very concerned about the process going forward.

And first and foremost, we want to take care of the patients and we don't want the headache on the back end, but we want to make sure that they can be provided the

best care possible at a moment's notice, and that's what we're all going to do.

And that sometimes when we're taking advantage of is realizing the fact that you call 911, we're going to come and run and we're going to take care of the patient and all of that.

Other is after the fact and we appreciate the the fact that you're trying to take care of it now.

But we're telling you what you've laid out here is not going to work for us.

And please, you know, put the brakes on.

Thank you, Miss Pepper our.

**DM**  **Dougherty, Kenneth M.**  1:45:22

Right, Mr Easley, if your hand.

Yes, I I I wanted to just.

**CE**  **Christopher Eastlee**  1:45:28

It's ask quickly.

I know we're close to time and I wanted to give you folks time to to answer the question.

Obviously there's there's been a there's been a lot of very good information as several of us have indicated, there are still a tremendous amount of unanswered questions and and especially as they go to the vast majority of these transports, which are emergent and which are to use your words, community requested.

So I'm wondering, on behalf of of the Association for Medical Services.

I know, I know.

Our ground comrades are also wondering what are the next steps in terms of these communications.

Again, we learn more through this communication and we learn more with every one of these calls.

Can you talk to us a little bit about the timeline for follow up?

Will there be a forum for some of the questions that were not answered today and how can we?

What can we expect so in terms of next steps and moving forward?

Thank you.

Yeah, that.

 **Williams, Benjamin G**  1:46:35

Thanks.

Thanks, Mr Easley.

We we are just, I mean the reality is we're we're unpacking the guidance from general counsel on the pathway to be able to include the emergent calls and pay those at the contracted rate.

**Stawasz, Chris** joined the meeting

 **Williams, Benjamin G**  1:46:53

So so we are working through actively and and talking with with our leadership as to what the mechanics, what the options for the mechanics can look like and the impact to to the timeline.

**Reese, Tanesha R. (VHACLE)** left the meeting

 **Williams, Benjamin G**  1:47:08

So that is something that we're addressing in, but in the in the days I'll say in measured in days with the hopes of very shortly with the short turn around following conversations with our leadership here at the HA in the next couple of days follow on with the Four Corners and the Hill next early next week.

So we we would be looking to have additional conversation with you all here in the next and the next couple of weeks to talk about, you know, I'll say more of the details within the process, what we've been able to unpack and some options that that we've identified on how we can address and the things that you guys have spoken with us about today as well as you know how we can move forward and ultimately the impact of the timeline.

Thank you, Mr.

Williams and and just speaking up.

 **Christopher Eastlee**  1:48:07

Behalf of Ames and and I can I hopefully can speak for my my my colleagues at the American Ambulance Association as well.

We're we're happy to be a resource for communications either way.

Certainly we can.

We can be helpful.

We hope to be helpful in terms of communicating with our various memberships in the communities that we serve.

If there is absolutely anything that makes in terms of information in terms of feedback, in terms of communication that make your lives easier and our Members more well informed, please, please.

Uh, take advantage of of of that opportunity.

Again, our thanks.

I'll do that.

 **Williams, Benjamin G** 1:48:48

Sir.

OK, we have time for one more question, but.

**DM** **Dougherty, Kenneth M.** 1:48:54

Everybody has one.

⌾ₓ **Breci, Trent A.** left the meeting

**DM** **Dougherty, Kenneth M.** 1:49:04

OK.

If there is no more questions, I want to thank you all for your active participation and engagement during today's event.

The questions and concerns raised are instrumental in helping the BA make informed decisions and better able to consider what is important to this Community.

⌾ₓ **Hecht, Alexander** left the meeting

**DM** **Dougherty, Kenneth M.** 1:49:20

The thoughtful suggestions provided today will enable us to explore various solutions and improve healthcare outcomes.

⌾ₓ **Joshua Davidson** left the meeting

**Dougherty, Kenneth M.**   1:49:26

Your commitment to being informed and involved demonstrates the immense dedication and care you have for our nations, veterans and we are truly grateful for your ongoing support and engagement on behalf of the VA, wanna thank you all for attending today's presentation.

**bf145b1a-d55d-47b1-a202-0c2a8b61f030** left the meeting

**Dougherty, Kenneth M.**   1:49:40

Thank you.

**Kathy Lester** left the meeting

**John Luczaj** left the meeting

**c2ce05fb-0bb4-4386-bb7e-170c27a8a2a9** left the meeting

**Cook, Thomas** left the meeting

**Wolber, Kyle** left the meeting

**Berkowitz, Barbara** left the meeting

**Hill, Christine** left the meeting

**Mark Buchholtz** left the meeting

**Holland, Timothy D.** left the meeting

**Miller, Garth (VHA)** left the meeting

**48c5103c-d794-413c-b72f-6db64a5121b0** left the meeting

**Kyle Sanders** left the meeting

&#x1F464;ₓ **Itzoe, Donna** left the meeting

&#x1F464;ₓ **Nichole Hounshell** left the meeting

&#x1F464;ₓ **David S. Motzkin** left the meeting

&#x1F464;ₓ **Maria Bianchi AAA    (Guest)** left the meeting

&#x1F464;ₓ **Tommy Anderson** left the meeting

&#x1F464;ₓ **Keshal Patel** left the meeting

&#x1F464;ₓ **Fennell, Tom J.** left the meeting

&#x1F464;ₓ **Rachel Harracksingh** left the meeting

&#x1F464;ₓ **Aron, Madison (CIB Global Research, USA)** left the meeting

&#x1F464;ₓ **Chris Taratus** left the meeting

&#x1F464;ₓ **Adegbolagun, Nora L.** left the meeting

&#x1F464;ₓ **Loporcaro, Nick** left the meeting

&#x1F464;ₓ **Metzger, Kathleen L. (MS/VTP)** left the meeting

&#x1F464;ₓ **Stawasz, Chris** left the meeting

&#x1F464;ₓ **Shoemo, Ebony N.** left the meeting

&#x1F464;ₓ **Steve Post** left the meeting

&#x1F464;ₓ **Shelly Miller** left the meeting

👤 **Spencer Perlman** left the meeting

👤 **Daniel Mottes** left the meeting

👤 **Angela Johnson (Guest)** left the meeting

👤 **Copenhaver, Sandra** left the meeting

👤 **Kenneth Chan** left the meeting

👤 **Nash, Deborah (VHA)** left the meeting

👤 **Boominathan, Purnima** left the meeting

👤 **James P. McPartlon** left the meeting

👤 **Tristan North (Guest)** left the meeting

👤 **Natalie Hannah** left the meeting

👤 **Sotace, Karen A.** left the meeting

👤 **c67b2705-db27-4c4c-9ccd-1e414e627b02** left the meeting

👤 **bfccd167-78e2-4573-b0b1-8970c79f0f34** left the meeting

👤 **Allyson Pharr (Guest)** left the meeting

👤 **Wells, Tina** left the meeting

👤 **Butler, Donald** left the meeting

👤 **Blankenship, Christina L. (FAV)** left the meeting

- 10456f29-83fc-4abf-9235-60ff3df8e6f9 left the meeting

- **Byers, Matthew F** left the meeting

- **Lisa Latona** left the meeting

- **Grier, Dana L.** left the meeting

- **Dougherty, Kenneth M.** left the meeting

- **Xinlan Hu** left the meeting

- **Dhokai, Andy** left the meeting

- **Ridgell, Joe Don** left the meeting

- **Diamond, Jack** left the meeting

- **guest (Guest)** left the meeting

- **Mike Thomas** left the meeting

- **Stevenson, Bruce** left the meeting

- **Jeanie Hammond** left the meeting

- **Dominic Pomponio** left the meeting

- **Smith, Donyale E. (she/her/hers)** left the meeting

- **Greg Lynskey (Guest)** left the meeting

- **Jane Quinlan** left the meeting

&#x1F464; **Ma, Elina** left the meeting

&#x1F464; **Mayle, Carolyn H** left the meeting

&#x1F464; **Melaragno, Brenda J. (Orlando)** left the meeting

&#x1F464; **Myers, Chris** left the meeting

&#x1F464; **Brady, Chris** left the meeting

&#x1F464; **108ef13f-00ad-438f-8b4a-775f64d7ebbc** left the meeting

&#x1F464; **Robert Szuhany** left the meeting

&#x1F464; **Ramroop, Salisha** left the meeting

&#x1F464; **Mahmood, Fatima** left the meeting

&#x1F464; **Bierce, Jordan D.** left the meeting

&#x1F464; **Hamilton, Brenda F.** left the meeting

&#x1F464; **Longley, Charles E. (he/him/his)** left the meeting

&#x1F464; **Joseph Mowen** left the meeting

&#x1F464; **Julie Rose (Guest)** left the meeting

&#x1F464; **Charles Boone** left the meeting

&#x1F464; **Wrzesinski, Tess (Veterans Affairs)** left the meeting

&#x1F464; **Larry Clark (Guest)** left the meeting

Johnny Zhang left the meeting

Joe Mercer (Guest) left the meeting

Ngoc Duong left the meeting

Justin Shifflett left the meeting

Dennis Rowe left the meeting

Cassandra Tillinghast left the meeting

Flanders, Doug left the meeting

Arrowood, Robert L. left the meeting

StellaNoella Tetero left the meeting

Macias, David left the meeting

28f35945-1299-451b-8040-a011ee24eeca left the meeting

Cerovich, Stephen left the meeting

Adam Osborne left the meeting

Strozyk, Randall left the meeting

Hall, Joan, (VHA MS) left the meeting

Ulloa, Amanda L. left the meeting

Christopher Eastlee left the meeting

- Hohn, Dina A. left the meeting

- Jamie Pafford (Guest) left the meeting

- Castaldi, Robert J. left the meeting

- Stan Gitin left the meeting

- Lu, Dan Feng left the meeting

- Bryan Davis (Guest) left the meeting

- 3d0babe2-a9ed-4339-9255-d21d6d967d60 left the meeting

- Matt Zavadsky left the meeting

- Jana Williams left the meeting

- Brenda Weiler left the meeting

- Guest left the meeting

- Bellefleur, Brandon L. left the meeting

- Morris, Darren G. left the meeting

- brian (Guest) left the meeting

- Christopher Hall left the meeting

- Parekh, Rishi (CIB, USA) left the meeting

- Isaac Jonas left the meeting

- **Ramotar, Terence** left the meeting

- **chet edwards (Guest)** left the meeting

- **Ben Clayton** left the meeting

- **Beth Collins** left the meeting

- **Lori Kemp** left the meeting

- **2d77acba-7948-4626-8e75-4b3d80c39387** left the meeting

- **Walsh, Luke [AWM]** left the meeting

- **Couch, Grant** left the meeting

- **Paul, Daryl** left the meeting

- **Alexis Rosales** left the meeting

- **Blair, Anna** left the meeting

- **Gonzalez, Samantha (Veterans Affairs)** left the meeting

- **Thompson, Jeremy** left the meeting

- **Don Whalen** left the meeting

- **Curtis, Tiffany** left the meeting

- **Lutz, Ethan** left the meeting

- **Wayne Jurecki - Bell Ambulance (Guest)** left the meeting

  **Rodriguez, Kelly L. (Omaha)** left the meeting

  **Horvat, Darcy S. (VHACLE) (she/her/hers)** left the meeting

  **Tinglan, Tori E.** left the meeting

  **Mckain, Mary (ROS)** left the meeting

  **Weir, Kristina** left the meeting

  **Jack Beardslee** left the meeting

  **Jordan, Bridget** left the meeting

  **Ratliff, Michael D.** left the meeting

  **Wilson, David E.** left the meeting

  **George, John** joined the meeting

  **Hosty, Harold** left the meeting

  **Krenik** left the meeting

  **5aecdccb-4950-476d-b280-f33957c10455** left the meeting

  **MacDonald, Jenni** left the meeting

  **Bowman, Jamie, MS** left the meeting

  **LaCrone, Mindy  MS** left the meeting

  **Tammy Bryant** left the meeting

👤ₓ **Miller, Shella M. (she/her/hers)** left the meeting

👤ₓ **205a9723-5103-4274-a6bb-ace82052faa1** left the meeting

👤ₓ **Ingram, Gemekia M. (VHACLE)** left the meeting

👤ₓ **Byrd, Robert** left the meeting

👤ₓ **Tolton Jr, Willie** left the meeting

👤ₓ **01f46642-54ef-420b-8e65-cab4aab372c0** left the meeting

👤ₓ **AnaMaria Fratila** left the meeting

👤ₓ **Heiman, Ryan, MS** left the meeting

👤ₓ **Thomas Shen** left the meeting

**Williams, Benjamin G**  1:50:59
Like it was like a PR stuff like they have.

👤ₓ **Mark Afrasiabi** left the meeting

👤ₓ **Lisa Latona** joined the meeting

**Lisa Latona**  1:51:00
How to do it exactly?

👤ₓ **Dawson, Christopher** left the meeting

**Lisa Latona**  1:51:03
The best speaker was done.
Yeah, she was.

👤 **Lisa Latona** left the meeting

👤 **Williams, Benjamin G** left the meeting

👤 **Chevalier, Marc C.** left the meeting

👤 **Maletta, Joseph** left the meeting

👤 **Michaels, David A.** left the meeting

👤 **7e6edec1-b7e1-4f86-bebe-257ba0dc7033** left the meeting

👤 **Fitzgerald, Ryan** joined the meeting

👤 **Stimson, Brian** left the meeting

👤 **Starla Brown** left the meeting

👤 **Walker, Evelyn E.** left the meeting

👤 **05588ad2-6c38-446b-92e7-fbd17ebbdd92** left the meeting

👤 **James Graham M.D.** left the meeting

👤 **Hunter Hall** left the meeting

👤 **Samantha (Guest)** left the meeting

👤 **Mark Galay** left the meeting

👤 **Scott Moore** left the meeting

👤 **George, John** left the meeting

Jenny Zhan left the meeting

Anthony Esposito left the meeting

Prasad, Saurabh left the meeting

Thoreson, Paige left the meeting

e22f0706-7535-4111-b73d-5e60dc0d6e41 left the meeting

Amy Wahl left the meeting

Fitzgerald, Ryan left the meeting

Edward Kressler left the meeting

Martinez, Rafael joined the meeting

# STIMSON DECLARATION
## TAB 8

MEDSTAR_000350

# Carter, Avery E.

| | |
|---|---|
| **From:** | Carter, Avery E. |
| **Sent:** | Thursday, October 19, 2023 12:46 PM |
| **To:** | Dougherty, Kenneth M. |
| **Subject:** | Re: August 30, 2023 Industry Day Materials |

Thank you so much, Kenneth. Do you have the slides from the presentation on the Third Industry Day on August 30, 2023?

Get Outlook for iOS

---

**From:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Sent:** Thursday, October 19, 2023 8:42:32 AM
**To:** Carter, Avery E. <Avery.Carter@AGG.com>
**Subject:** [EXTERNAL] RE: August 30, 2023 Industry Day Materials

Good Morning,

Please see attached.

Regards,

*Kenneth M. Dougherty*
*Procurement Analyst / Small Business Liaison*
*Network Contracting Office 5 (NCO 5)*
*Department of Veterans Affairs/Veterans Health Administration (DVA/VHA)*
*Washington D.C. Veteran Affairs Medical Center*
*50 Irving St. NW*
*Washington D.C., 20422*
**1-202-745-8000 ext. 58411**

"INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are VA Core Values."  As our client, please take a few moments and let us know how we did by completing the attached Survey.

**SAM.GOV active notices for NCO 5 can be identified by using the 'Organization' identifier, "36C245" and selecting "Active" under the 'Status' option. SAM account profile required to view opportunities on website.**

**Did you know VHA has a Forecast of Business Opportunities?**

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

---

**From:** Carter, Avery E. <Avery.Carter@AGG.com>
**Sent:** Monday, October 16, 2023 10:49 AM

**MEDSTAR_000351**

**To:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Subject:** [EXTERNAL] August 30, 2023 Industry Day Materials

Kenneth,

My name is Avery Carter, and I am a first-year associate at Arnall Golden Gregory in Atlanta. I left you a voicemail last week but have not heard back so wanted to check in again via email.  I looked online for the materials from the VHA Ambulance Industry Day on August 30, 2023, but they have not been posted yet. I was wondering if you know when those will be posted or if you could send them via email to me. Thanks in advance.

Best,

Avery Carter

**Avery E. Carter**
**Law Clerk**



Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030
Avery.Carter@agg.com | bio | linkedin | vcard | website

MEDSTAR_000352

# STIMSON DECLARATION
## TAB 9

MEDSTAR_000353

**Cline, Mark E.**

| | |
|---|---|
| **From:** | Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov> |
| **Sent:** | Thursday, October 19, 2023 1:18 PM |
| **To:** | Carter, Avery E. |
| **Subject:** | [EXTERNAL] RE: August 30, 2023 Industry Day Materials |
| **Attachments:** | AP89 Industry Day 3.pptx |

Good Afternoon,

Please see attached.  Thank you sir.

Regards,

*Kenneth M. Dougherty*
*Procurement Analyst / Small Business Liaison*
*Network Contracting Office 5 (NCO 5)*
*Department of Veterans Affairs/Veterans Health Administration (DVA/VHA)*
*Washington D.C. Veteran Affairs Medical Center*
*50 Irving St. NW*
*Washington D.C., 20422*
**1-202-745-8000 ext. 58411**

"INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are VA Core Values."  As our client, please take a few moments and let us know how we did by completing the attached Survey.

**SAM.GOV active notices for NCO 5 can be identified by using the 'Organization' identifier, "36C245" and selecting "Active" under the 'Status' option. SAM account profile required to view opportunities on website.**

**Did you know VHA has a Forecast of Business Opportunities?**

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

**From:** Carter, Avery E. <Avery.Carter@AGG.com>
**Sent:** Thursday, October 19, 2023 12:46 PM
**To:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Subject:** [EXTERNAL] Re: August 30, 2023 Industry Day Materials

Thank you so much, Kenneth. Do you have the slides from the presentation on the Third Industry Day on August 30, 2023?

Get Outlook for iOS

**From:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Sent:** Thursday, October 19, 2023 8:42:32 AM

1

MEDSTAR_000354

**To:** Carter, Avery E. <Avery.Carter@AGG.com>
**Subject:** [EXTERNAL] RE: August 30, 2023 Industry Day Materials

Good Morning,

Please see attached.

Regards,

*Kenneth M. Dougherty*
*Procurement Analyst / Small Business Liaison*
*Network Contracting Office 5 (NCO 5)*
*Department of Veterans Affairs/Veterans Health Administration (DVA/VHA)*
*Washington D.C. Veteran Affairs Medical Center*
*50 Irving St. NW*
*Washington D.C., 20422*
**1-202-745-8000 ext. 58411**

"INTEGRITY, COMMITMENT, ADVOCACY, RESPECT, AND EXCELLENCE – these are VA Core Values."  As our client, please take a few moments and let us know how we did by completing the attached Survey.

**SAM.GOV active notices for NCO 5 can be identified by using the 'Organization' identifier, "36C245" and selecting "Active" under the 'Status' option. SAM account profile required to view opportunities on website.**

**Did you know VHA has a Forecast of Business Opportunities?**

*This e-mail and any attachments are intended only for the use of the addressee(s) named herein and may contain privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone and permanently delete the original and any copy of any e-mail and any printout thereof.*

**From:** Carter, Avery E. <Avery.Carter@AGG.com>
**Sent:** Monday, October 16, 2023 10:49 AM
**To:** Dougherty, Kenneth M. <Kenneth.Dougherty@va.gov>
**Subject:** [EXTERNAL] August 30, 2023 Industry Day Materials

Kenneth,

My name is Avery Carter, and I am a first-year associate at Arnall Golden Gregory in Atlanta. I left you a voicemail last week but have not heard back so wanted to check in again via email.  I looked online for the materials from the VHA Ambulance Industry Day on August 30, 2023, but they have not been posted yet. I was wondering if you know when those will be posted or if you could send them via email to me. Thanks in advance.

Best,

Avery Carter

MEDSTAR_000355

**Avery E. Carter**
**Law Clerk**



Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
p: 404.873.7030
Avery.Carter@agg.com | bio | linkedin | vcard | website

MEDSTAR_000356



# Department of Veterans Affairs
# Industry Day #3 for Ambulance Service Providers

**TOPIC: Change in Rates VA Pays for Special Modes of Transportation (AP89)**

**August 30, 2023**





MEDSTAR_000357

# Agenda

- Welcome
  - Housekeeping
  - Introduction of Government Panelists
- Opening Remarks
- Overview of Regulation
- Updates from VTP
- Updates from P&LO
- Next Steps
- Q&A Session
- Closing Remarks



MEDSTAR_000358

# Housekeeping

- Today's event is being recorded

- Keep microphones on mute when not speaking

- The audience is encouraged to actively participate during the question-and-answer period

- Please hold comments and questions until the question-and-answer period towards the end of today's presentation

- Please use the *raise your hand feature* and wait until your name is called before speaking

- Questions and comments can be entered into Chat box



# Government Panelists

VHA Member Services Veterans Transportation Program (VTP)

- Ben Williams, Director VTP
- Marc Chevalier, Manager VTP Field Operations Team (National VTS Program Coordinator)
- Johnathon Coble Harrison, VTP Supervisory Regional Coordinator
- Brenda Hamilton, VTP Supervisory Regional Coordinator

VHA Procurement and Logistics Office

- Joseph Maletta, Executive Director, VHA Acquisitions
- Darcy Horvat, Director VHA Procurement Policy Implementation Office
- Donyale Smith Director of Contracting, Network Contracting Office 5
- Donald Butler, Deputy Director of Contracting, Network Contracting Office 5
- Kristina Weir, Division Chief, Network Contracting Office 5
- Evelyn Walker, Branch Chief, Network Contracting Office 5



MEDSTAR_000360

# Opening Remarks

Ben Williams

Director, Veterans Transportation Program



**MEDSTAR_000361**

## Overview of Regulation:
## What does AP89 do?

- **VA's <u>Change in Rates VA Pays for Special Modes of Transportation</u> Final Rule amends VA Beneficiary Travel (BT) regulations under title <u>38 Code of Federal Regulations, Part 70, Subpart A</u> to establish a new payment methodology for Special Mode Transportation (SMT), which includes ambulance and air ambulance**

  - Applies in the <u>absence of a contract</u> between VA and a vendor of the special mode of transportation

  - VA will pay the <u>lesser of the actual charge</u> or the amount determined by the Medicare Part B Ambulance Fee Schedule (AFS) established by the Centers for Medicare & Medicaid Services (CMS)

- Effective Date: February 16, 2024



MEDSTAR_000362

# Key Implementation Components: Ground Ambulance Services

Ground Ambulance Service:

- Contract solicitation/award at the VAMC Level
  - Each VAMC will solicit contracts for ground ambulance service for the entire catchment area if contracts do not already exist
  - Request for Proposals will be announced via Federal Contract Opportunities SAM.gov/Home
  - Each solicitation will:
    - Include standardized performance requirements
    - Require electronic trip request and acceptance/rejection via VHA – specified and provided software application (VetRide)
    - Restrict ordering to only specific, identified VA Ordering Officials
    - Require submission of claims via the HCFA 1500 through the VHA specified and provided software application

  - Contracted rates will be based on market pricing and be applicable to all VA-initiated ambulance trips



 U.S. Department of Veterans Affairs
Veterans Health Administration
Regional Procurement Office West

MEDSTAR_000363

# Key Implementation Components
# Air Ambulance Services

- Air Ambulance Services
  - VA is conducting market research to pursue a National Air Ambulance Broker Contract.
    - The Request for Proposals will be on either Federal Contract Opportunities or via GSA FSS Ebuy.
    - Potential Air Broker vendors are responsible for establishing subcontracts with air ambulance service operators to be used to provide services to VA through the contract.
    - Air Ambulance Brokers should not be unknown to vendors; broker contracts are not new to the industry.
    - The Air Ambulance Broker will be required to utilize the VetRide system to receive and respond to transport requests, etc.
    - The Air Ambulance Broker will be responsible for submitting invoices for each transport requested by a VA Ordering Official in the VetRide System



# Key Implementation Components:
# Timeline – When will solicitations begin?

- Pre-Award Planning
  - Pre-solicitation preparation with VAMC Approving Officials, Ordering Officials and Contracting Officer Representatives (began 3/1 – ongoing)
  - Requests for Information (7/1 – 7/27): Complete
    - Helps VA understand service coverage areas, current market pricing, etc.
  - Requirements Definition (anticipated completion 8/30/23)
    - Standardizes contract parameters for air and ground ambulance contracts, including (PWS and QASP)
- Solicitation (anticipated start o/a 9/1/23)
  - VAMCs will begin solicitations following General Counsel coordination of standardized acquisition guidance for ground ambulance services where needed
- Award
  - VA is prioritizing Ambulance Service contracts to ensure contract awards will be completed prior to 2/16/24

- All questions/inquiries should be directed to NCO Points of Contact listed in the SAM.gov postings

VA | U.S. Department of Veterans Affairs

MEDSTAR_000365

# Sample of VHA Dashboard Coverage Maps



MEDSTAR_000366

## Next Steps:
## Where do we go from here?

- Be on the lookout for the SAM.GOV postings for new contract actions



**U.S. Department of Veterans Affairs**
Veterans Health Administration
Regional Procurement Office East

# Questions and Answers

Please use the *raise your hand feature* and wait until your name is called before speaking



Or

Enter your question or comment into the chat box

*Note: Questions that are not able to be addressed by the panel during today's event will be captured by the moderators and responses will be provided via an amendment to SAM Notice ID 36C24523Q1012.*



# Closing Remarks

Thank you all for your attendance and participation in today's event!



MEDSTAR_000369

# STIMSON DECLARATION
## TAB 10

MEDSTAR_000370



**U.S. Department of Veterans Affairs**
**Office of General Counsel**

810 Vermont Avenue NW
Washington DC 20420
www.va.gov/ogc

In Reply Refer To:  (02)

October 25, 2023

Mr. Brian Stimson
Arnall Golden Gregory LLP
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037

Dear Mr. Stimson,

This is an interim response to acknowledge our receipt of your request for administrative stay dated September 27, 2023, and your renewed request for administrative stay dated October 13, 2023. Your law firm, on behalf of its client, requests that VA administratively stay implementation of its final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (February 16, 2023). VA considers your request a petition to undertake rulemaking.

Relative to your petition, VA will consider whether to amend the regulation to delay the effective date and will update you when a decision has been made.

Sincerely,

Richard J. Hipolit
Deputy General Counsel for Veterans
Programs performing the delegable duties
of the General Counsel

# **EXHIBIT 3**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

METROPOLITAN AREA EMS AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY d/b/a AMED, QUAKER VALLEY AMBULANCE AUTHORITY, and VALLEY AMBULANCE AUTHORITY

No. 24-1104

Petitioners,

v.

DENIS MCDONOUGH, in his official capacity as SECRETARY OF VETERANS AFFAIRS,

Respondent.

## SECOND DECLARATION OF GARY WATTERS

I, Gary Watters, testify as follows:

1.       I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority et al. v. McDonough*.

2.       I am currently the Executive Director for the Altoona Logan Township Mobile Medical Emergency Department Authority (AMED).

3.       My testimony is based on my direct personal knowledge gained through my work at the AMED, business records of the AMED, information supplied to me by employees and independent contractors of the AMED, and information in the public domain.

4.  I have served in leadership roles at AMED since January 1998.  I served as the Assistant Director for 15 years and have been the Executive Director for the last 10 years.

5.  As AMED's Executive Director, I am responsible for the daily oversight of all operations including ambulance, wheelchair, accounts payable and receivable components, general system administration and personnel management.

6.  AMED is a professional, emergency medical service with headquarters located in Altoona, Blair County, Pennsylvania.

7.  On October 31, 2023, I visited the U.S. Department of Veterans Affairs (VA) website to confirm the number of Veterans Affairs Medical Centers (VAMCs) nationwide.  The VA website states that there are 172 VAMCs.  A true and correct copy of my printout of that statement on the VA website is attached at Tab 1.

8.  My understanding is that VA (including VAMCs) posts its pre-solicitation notices, solicitation notices, and contracts for ground ambulance transports on Sam.gov.

9.  On October 31, 2023, I logged on to Sam.gov to search for the total number of open pre-solicitation and solicitation notices and contracts for ground ambulance transports that VA (including VAMCs) has posted on Sam.gov since publishing the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023).

10.  The search results on Sam.gov showed that since February 16, 2023, VA has entered into 33 contracts for VA-initiated ground ambulance transports.  In addition, VA has posted 10 pre-solicitation or solicitation notices for VA-initiated ground ambulance transports that remain open.

11.  I did not identify any VA contracts or notices for 9-1-1-initiated ground ambulance transports in the search results.

12.  A true and correct copy of the search results are attached at Tabs 2 and 3.

\*\*\*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 31, 2023

__/s/ Gary Watters_____
Gary Watters

# SECOND WATTERS DECLARATION
# TAB 1

# Veterans Health Administration

## About VHA

The Veterans Health Administration (VHA) is the largest integrated health care system in the United States, providing care at 1,321 health care facilities, (https://www.va.gov/find-locations/?facilityType=health) including 172 VA Medical Centers and 1,138 outpatient sites of care of varying complexity (VHA outpatient clinics) to over 9 million Veterans enrolled in the VA health care program.

### Where is the Nearest Medical Center or other Health Care Facility?

Use the Facility Locator (https://www.va.gov/find-locations/?facilityType=health) to find the VA medical facility that will best meet your health care needs using a variety of search methods including using your ZIP code.

### Common Medical Center Services

VHA Medical Centers provide a wide range of services including traditional hospital-based services such as surgery, critical care, mental health, orthopedics, pharmacy, radiology and physical therapy.

In addition, most of our medical centers offer additional medical and surgical specialty services including audiology & speech pathology, dermatology, dental, geriatrics, neurology, oncology, podiatry, prosthetics, urology, and vision care. Some medical centers also offer advanced services such as organ transplants and plastic surgery.

### Patient Advocates

Available at every medical center, Patient Advocates are highly trained professionals who can help resolve your concerns about any aspect of your health care experience, particularly those concerns that cannot be resolved at the point of care. Patient Advocates listen to any questions, problems, or special needs you have and refer your concerns to the appropriate Medical Center staff for resolution.

### Select Publications

VHA 2021 Key Accomplishments (/HEALTH/docs/VHA_2021_Key_Accomplishments.pdf)

20 Reasons Doctors Like Working for VHA (/HEALTH/docs/20ReasonsVHA_508_IB10935.pdf)

### VHA Long-Range Plan FY2022-2025

VHA Long-Range Plan (/HEALTH/docs/FY-2022-2025-VHA-Long-Range-Plan.pdf)

VHA Long-Range Plan Framework (/HEALTH/docs/FY2022-2025_VHA_Long_Rang_Plan_Framework.pdf)

### VHA Mission

Honor America's Veterans by providing exceptional health care that improves their health and well-being.

## VHA Vision

VA will lead the future in delivering unparalleled health and well-being to our nation's Veterans, and to the nation.

## VHA Leadership

The Under Secretary for Health (https://www.va.gov/opa/bios/bio_elnahal.asp) directs a health care system with an annual budget of approximately $68 billion, overseeing the delivery of care to more than 9 million enrolled Veterans. VA, the nation's largest health care system, employs more than 371,000 health care professionals and support staff at 1,321 health care facilities, including 172 VA Medical Centers and 1,138 outpatient sites of care of varying complexity (VHA outpatient clinics).

VHA is the nation's largest provider of graduate medical education and a major contributor to medical and scientific research. More than 25,000 active volunteers, 113,000 health professions trainees, and nearly 16,000 affiliated medical faculty are also an integral part of the VHA community.

## VHA Offices and Programs

A number of offices and programs support VHA.

- VHA Offices (/health/orgs.asp)
- Administrative & Financial Programs (/health/financial.asp)

## VA National Standards of Practice

VA recently affirmed its right under the U.S. Constitution to allow VA health care professionals to operate in every State and to establish national standards of practice. To that end, VA leadership, the Veterans Health Administration and VHA program offices are working to develop these national standards of practice. The VA national standards of practice will be a standardized set of services that all health care professionals in a given occupation can perform if their facility performs such services and they have the proper education, training and skill.

Visit the national standards of practice website for more information and updates: www.va.gov/standardsofpractice (https://www.va.gov/standardsofpractice/).

## Our Providers

The "Our Providers (https://www.accesstocare.va.gov/ourproviders/)" online directory lists the primary licensed independent practice providers who may be a lead, ongoing member of your treatment team at the respective VA medical center. Providers in the following occupations are listed on this website: physicians, dentists, nurse practitioners, clinical nurse specialists, physician assistants, chiropractors, certified registered nurse anesthetists, optometrists, podiatrists, and psychologists.

By using this tool, you will be able to do a search of providers in the occupations listed above based upon your preferences and needs. For each provider, you will see the following: full name; gender; clinical product line to which they are "assigned"; where they received their medical training; and the school from which they received their medical degree. This information will be "refreshed" on a monthly basis. There may be staff who have been hired or who have departed the medical center since the last refresh of information.

For additional information on physicians, we also encourage you to use the "DocInfo" service offered by the Federation of State Medical Boards (FSMB) at http://www.docinfo.org (http://www.docinfo.org). The FSMB website is updated monthly and is a public website to provide information related to any physician who is licensed in any US state, territory, or district.

*From the National Center for Veterans Analysis and Statistics — www.va.gov/vetdata (http://www.va.gov/vetdata/) and the VHA FY16 Annual Report —*
*https://www.va.gov/HEALTH/docs/VHA_AR16.pdf (https://www.va.gov/HEALTH/docs/VHA_AR16.pdf)*

## Useful Terms

**Healthcare System:** In many areas of the country, several medical centers and clinics may work together to offer services to area Veterans as a Healthcare System (HCS) in an effort to provide more efficient care. By sharing services between medical centers, Healthcare Systems allow VHA to provide Veterans easier access to advanced medical care closer to their homes.

Examples of Healthcare Systems include the VA Pittsburgh Healthcare System which serves the Pittsburgh area of Pennsylvania, and the VA Puget Sound Healthcare System which serves the Seattle and Tacoma areas of Washington state.

**Community-Based Outpatient Clinic:** To make access to health care easier, VHA utilizes Community-Based Outpatient Clinics (CBOC) across the country. These clinics provide the most common outpatient services, including health and wellness visits, without the hassle of visiting a larger medical center. VHA continues to expand the network of CBOCs to include more rural locations, putting access to care closer to home.

**Community Living Center:** Community Living Centers (CLC) are skilled nursing facilities, often referred to as nursing homes. Veterans with chronic stable conditions such as dementia, those requiring rehabilitation or those who need comfort and care at the end of life are served within one of our Community Living Centers*.

**Domiciliary:** VHA Domiciliaries* provide a variety of care to Veterans who suffer from a wide range of medical, psychiatric, vocational, educational, or social problems and illnesses in a safe, secure homelike environment.

**Vet Center:** Vet Centers provide readjustment counseling and outreach services to all Veterans who served in any combat zone. Services are also available for family members dealing with military related issues. VHA operates community based Vet Centers* in all fifty states, the District of Columbia, Guam, Puerto Rico, and the US Virgin Islands.

**Veterans Integrated Services Network:** The U.S. is divided into 18 Veterans Integrated Service Networks (/HEALTH/visns.asp), or VISNs — regional systems of care working together to better meet local health care needs and provides greater access to care.

# SECOND WATTERS DECLARATION
# TAB 2

🇺🇸 An official website of the United States government   Here's how you know



⚠️ **Entity Validation Processing**  Show Details
Oct 31, 2023                                                      ⊗

**Planned Maintenance Schedule**  Show Details
Apr 3, 2022                                                       ⊗

**See All Alerts**

# SAM.GOV®

## Home    Search    Data Bank    Data Services    Help

**Search**          | All Words |   | e.g. 1606N020Q02 |     Search Results | **Saved Searches** | ⋮

**Select Domain**
**Contract Opportunities**                                                    +

**Filter By**                                                                 −

### Keyword Search

For more information on how to use our keyword search, visit our help guide

| **Simple Search** | **Search Editor** |

○ Any Words ⓘ
◉ All Words ⓘ
○ Exact Phrase ⓘ

| e.g. W91QVN-17-R-008 |

**Federal Organizations**                                                     ⌃

| Enter Code or Name ▼ |                                              ⋯

| 036 - VETERANS AFFAIRS, DEPARTMENT  *Dept / Ind.*  ✕ |
| OF                                  *Agency*       |

Dates                                                                         ⌄
Notice Type                                                                   ⌄
Product or Service Information                                                ⌃

### NAICS Code

| Example: 621511 ▼ |
| 621910 - Ambulance Services ✕ |

### Product and Service Code

| Example: C1LB ▼ |

Set Aside                                                                     ⌄
Place of Performance                                                          ⌃

### Zip Code



e.g. 20001

**State / Territory**

Select State / Territory ▾

**Country**

Select Country ▾

Contract Awardee ⌄

Status ⌃

☑ Active

☐ Inactive

**More Filters** ≡                                    **Reset** ↻

---

Sort by

Showing 1 - 30 of 30 results

Updated Date

### Dublin VA Medical Center Ground Ambulance Transportation

Notice ID: 36C24724Q0079                        Contract Opportunities

See attached for sources sought notice.          Current Response Date
                                                  **November 07, 2023 at 10:00 AM EST**
...
                                                  Notice Type
Department/Ind.Agency    Subtier          Office  **Original Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  247-NETWORK CONTRACT OFFICE 7  Updated Date
                                          (36C247)  **Oct 31, 2023**

                                                  Published Date
                                                  **Oct 31, 2023**

### Charleston Non-Emergent Ambulance Transportation Services

Notice ID: 36C24724R0002                        Contract Opportunities

See attached for Request for Proposals (RFP).     Current Date Offers Due
                                                  **November 13, 2023 at 07:00 AM EST**
See attached for RFP Amendment 01 for Questions and Answers.
                                                  Notice Type
...                                               **Updated Solicitation**

Department/Ind.Agency    Subtier          Office  Updated Date
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  247-NETWORK CONTRACT OFFICE 7  **Oct 31, 2023 (1)**
                                          (36C247)
                                                  Published Date
                                                  **Oct 31, 2023**

### V225--ALS/BLS Ambulance Salisbury VAHCS

Notice ID: 36C24624Q0092                        Contract Opportunities

Page 3 of 3 DEPARTMENT OF VETERANS AFFAIRS Network Contracting Office 6 (NCO  Current Response Date
6) Sources Sought 36C24624Q0092 In accordance with FAR 15.201(e), resp...  **November 07, 2023 at 05:30 PM EST**

                                                  Notice Type
Department/Ind.Agency    Subtier          Office  **Original Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  246-NETWORK CONTRACTING OFFICE  Updated Date
                                          6 (36C246)  **Oct 31, 2023**

                                                  Published Date
                                                  **Oct 31, 2023**

### V225--GROUND AMBULANCE SERVICES

Notice ID: 36C25724Q0087                        Contract Opportunities

Sources Sought Notice Sources Sought Notice DESCRIPTION The Department of  Current Response Date
Veterans Affairs - Network Contracting Office 17 is seeking information...  **November 07, 2023 at 04:00 PM EST**

                                                  Notice Type
Department/Ind.Agency    Subtier          Office  **Original Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF          Updated Date

257-NETWORK CONTRACT OFFICE 17
(36C257)

Oct 26, 2023

Published Date
Oct 26, 2023

---

### V225--36C244-23-AP-3729 | Erie VAMC Ambulance Short Term Contract | NCO 4 Services 3 (VA-23-00086571)

Notice ID: 36C24423D0101

...

Awardee
EmergyCare, Inc.

Unique Entity ID
MBNYXEFCSCJ4

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Contract Opportunities

Notice Type
Original Award Notice

Updated Date
Oct 24, 2023

Published Date
Oct 24, 2023

---

### Non-Emergent Ground Ambulance Services

Notice ID: 36C25624R0020

The Department of Veterans Affairs, Veterans Health Administration, Network Contracting Office 16 (NCO 16) is seeking potential sources capable of
...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
256-NETWORK CONTRACT OFFICE 16
(36C256)

Contract Opportunities

Current Response Date
November 01, 2023 at 11:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Oct 23, 2023

Published Date
Oct 23, 2023

---

### Non-Emergent Ground Ambulance Services

Notice ID: 36C25624R0018

The Department of Veterans Affairs, Veterans Health Administration, Network Contracting Office 16 (NCO 16) is seeking potential sources capable of
...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
256-NETWORK CONTRACT OFFICE 16
(36C256)

Contract Opportunities

Current Response Date
November 01, 2023 at 11:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Oct 23, 2023

Published Date
Oct 23, 2023

---

### V225--Baltimore VA Medical Center Amubalnce Services

Notice ID: 36C24524Q0069

Baltimore VA Medical Center Ambulance Services Baltimore VA Medical Center is conducting this Sources Sought to identify contractors who possess cap...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
245-NETWORK CONTRACT OFFICE 5
(36C245)

Contract Opportunities

Current Response Date
November 02, 2023 at 03:00 PM EDT

Notice Type
Original Sources Sought

Updated Date
Oct 19, 2023

Published Date
Oct 19, 2023

---

### V225--Copy of Critical Care Ambulance Transportation

Notice ID: 36C25924Q0033

This is a Combined Synopsis/Solicitation notice under NAICS 621910 (Ambulance Services) with a small business size standard of $22.5 million. This ...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
NETWORK CONTRACT OFFICE 19
(36C259)

Contract Opportunities

Current Date Offers Due
November 15, 2023 at 03:00 PM EST

Notice Type
Updated Combined Synopsis/Solicitation

Updated Date
Oct 18, 2023 (1)

Published Date
Oct 18, 2023

---

### V225--AMBULANCE TRANSPORTATION | Base + 4 | Start Date: 12/1/23

Notice ID: 36C25023Q0890

Contract Opportunities

Current Date Offers Due
October 16, 2023 at 01:00 PM EDT

Ambulance Service for Chillicothe VAMC

...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Updated Solicitation**

Updated Date
Oct 5, 2023 (4)

Published Date
Oct 5, 2023

---

### El Paso ALS Air Ambulance

Notice ID: 36C25724R0004

The Contractor will provide Advance Life Support / Critical Care Transport pre-arranged air ambulance service twenty-four (24) hours per day, seven
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Contract Opportunities

Current Response Date
October 20, 2023 at 04:00 PM EDT

Notice Type
**Original Sources Sought**

Updated Date
Sep 28, 2023

Published Date
Sep 28, 2023

---

### V225--Ground Ambulance Services

Notice ID: 36C25923Q0983

Please see the attachment. ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

Contract Opportunities

Current Response Date
October 10, 2023 at 10:00 AM EDT

Notice Type
**Original Sources Sought**

Updated Date
Sep 26, 2023

Published Date
Sep 26, 2023

---

### V225 - GROUND AMBULANCE SERVICE

Notice ID: 36C26223Q1804

Contractor shall provide scheduled and on-call Basic Life Support (BLS) and Advance Life Support (ALS) ground ambulance services for the New M
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 262-NETWORK CONTRACT OFFICE 22 (36C262) |

Contract Opportunities

Current Date Offers Due
September 25, 2023 at 11:00 AM EDT

Notice Type
**Updated Solicitation**

Updated Date
Sep 21, 2023 (1)

Published Date
Sep 21, 2023

---

### Charleston Non-Emergent Ambulance Transportation Services

Notice ID: 36C24724R0002

The purpose of the contract is to provide ambulance transportation services to include Basic Life Support (BLS) and Advanced Life Support (ALS) Cap
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Contract Opportunities

Current Response Date
September 28, 2023 at 03:00 PM EDT

Notice Type
**Original Presolicitation**

Updated Date
Sep 20, 2023

Published Date
Sep 20, 2023

---

### V225--Ambulance Services | Erie IDIQ 5 years 9/23/2023 - 9/22/2028

Notice ID: 36C24423R0047

...

| Awardee | Unique Entity ID |
|---|---|
| EmergyCare, Inc. | MBNYXEFCSCJ4 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Sep 20, 2023

Published Date
Sep 20, 2023

---

### V225--Critical Care Ambulance Transportation

Notice ID: 36C25923Q0864

Contract Opportunities

This is a Combined Synopsis/Solicitation notice under NAICS 621910 (Ambulance Services) with a small business size standard of $22.5 million. This ...

| | | | |
|---|---|---|---|
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>NETWORK CONTRACT OFFICE 19 (36C259) | **Current Date Offers Due**<br>**October 02, 2023 at 03:00 PM EDT**<br><br>**Notice Type**<br>**Original Combined Synopsis/Solicitation**<br><br>**Updated Date**<br>Sep 19, 2023<br><br>**Published Date**<br>Sep 19, 2023 |

### V129--SALEM AMBULANCE TRAVEL CONTRACT

**Notice ID: 36C24623Q1096**                                    Contract Opportunities

...

| | | |
|---|---|---|
| **Awardee**<br>Western-Star Hospital Authority, Inc. | **Unique Entity ID**<br>VHWNN5PDZ2N9 | **Notice Type**<br>**Original Award Notice**<br><br>**Updated Date**<br>Sep 7, 2023 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>246-NETWORK CONTRACTING OFFICE 6 (36C246) | **Published Date**<br>Sep 7, 2023 |

### V225--VA Puget Sound Health Care System Ground Ambulance Services

**Notice ID: 36C26023Q1030**                                    Contract Opportunities

Presolicitation Notice Presolicitation Notice Page 3 of 3 Presolicitation Notice *=Required Field Presolicitation Notice Page 1 of 3 DESCRIPTION 1...

| | | |
|---|---|---|
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>260-NETWORK CONTRACT OFFICE 20 (36C260) | **Current Response Date**<br>**September 13, 2023 at 03:00 PM EDT**<br><br>**Notice Type**<br>**Original Presolicitation**<br><br>**Updated Date**<br>Sep 6, 2023<br><br>**Published Date**<br>Sep 6, 2023 |

### V225--36C24423Q1121 - Ambulance Services for VA Pittsburgh Healthcare System

**Notice ID: 36C24423Q1121**                                    Contract Opportunities

Instructions: This Sources Sought is issued solely for information and planning purposes only and does not constitute a solicitation. All information ...

| | | |
|---|---|---|
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>244-NETWORK CONTRACT OFFICE 4 (36C244) | **Current Response Date**<br>**September 06, 2023 at 09:00 AM EDT**<br><br>**Notice Type**<br>**Original Sources Sought**<br><br>**Updated Date**<br>Aug 25, 2023<br><br>**Published Date**<br>Aug 25, 2023 |

### V225--ALS/BLS Ambulance Services Bedford, MA

**Notice ID: 36C24123R0154**                                    Contract Opportunities

...

| | | |
|---|---|---|
| **Awardee**<br>BREWSTER AMBULANCE SERVICE INC | **Unique Entity ID**<br>WE94NB2M21L8 | **Notice Type**<br>**Original Award Notice**<br><br>**Updated Date**<br>Aug 21, 2023 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>241-NETWORK CONTRACT OFFICE 01 (36C241) | **Published Date**<br>Aug 21, 2023 |

### Charleston Non-Emergent Ambulance Transportation Services

**Notice ID: 36C24724R0002**                                    Contract Opportunities

Please see attachement for sources sought notice.

...

| | | |
|---|---|---|
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>247-NETWORK CONTRACT OFFICE 7 (36C247) | **Current Response Date**<br>**August 23, 2023 at 12:00 PM EDT**<br><br>**Notice Type**<br>**Original Sources Sought**<br><br>**Updated Date**<br>Aug 16, 2023<br><br>**Published Date**<br>Aug 16, 2023 |

## V225--ALS/BLS/BARIATRIC Ambulance Transportation Svcs. for the VA BOSTON HCS

**Notice ID:** 36C24123R0090

Sources Sought Notice #36C24123R0090 ALS/BLS/BARIATRIC AMBULANCE TRANSPORTATION SERVICES FOR THE VA BOSTON, MA HEALTHCARE SYSTEM The VA Boston, MA He...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Contract Opportunities

Current Response Date
**March 31, 2023 at 03:00 PM EDT**
Notice Type
**Updated Sources Sought**
Updated Date
Aug 3, 2023 (1)
Published Date
Aug 3, 2023

---

## V225--Emergency Ambulance Transportation - Coatesville VAMC Short-Term Contract - 1 Year

**Notice ID:** 36C24423Q1086

Instructions: This Sources Sought is issued solely for information and planning purposes only and does not constitute a solicitation. All information ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Contract Opportunities

Current Response Date
**August 08, 2023 at 09:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 28, 2023
Published Date
Jul 28, 2023

---

## V225--CBOC Ambulance Transport

**Notice ID:** 36C26323Q0903

Page 2 of 2 No phone calls. Send any responses by e-mail only. As this is a Sources Sought Notice for market research purposes, the Government will no...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 23 (36C263) |

Contract Opportunities

Current Response Date
**July 31, 2023 at 11:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 25, 2023
Published Date
Jul 25, 2023

---

## V129--SALEM AMBULANCE TRAVEL CONTRACT

**Notice ID:** 36C24623Q1096

RFQ 36C24623Q1096 Advanced Life Support (ALS) / Basic Life Support (BLS) Ambulance Service Salem Veterans Affairs Health Care System ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Contract Opportunities

Current Date Offers Due
**August 04, 2023 at 09:00 AM EDT**
Notice Type
**Original Solicitation**
Updated Date
Jul 25, 2023
Published Date
Jul 25, 2023

---

## V225--2nd Ambulance Industry Day July 20, 2023 Sessions 1 and 2

**Notice ID:** 36C24523Q0749

The purpose of this amendment to the special notice is to provide the slide show presentations from the AP89 Industry Day held on July 20, 2023.&nb ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

Contract Opportunities

Current Response Date
**December 31, 2023 at 04:00 PM EST**
Notice Type
**Updated Special Notice**
Updated Date
Jul 25, 2023 (1)
Published Date
Jul 25, 2023

---

## V129--SALEM AMBULANCE TRAVEL CONTRACT

**Notice ID:** 36C24623Q1096

This is a Pre-solicitation notice. This Pre-solicitation notice is not a request for formal proposals or quotes. Solicitation, 36C24623Q1096, will be...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Contract Opportunities

Current Response Date
**August 04, 2023 at 09:00 AM EDT**
Notice Type
**Original Presolicitation**
Updated Date
Jul 20, 2023
Published Date

Jul 20, 2023

---

### V227--Ground and Air Ambulance Transportation for VA NCO04 Covering States of Pennsylvania and Delaware

Contract Opportunities

**Notice ID: 36C24423Q1000**

Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry be...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Current Response Date
July 27, 2023 at 11:00 AM EDT

Notice Type
**Original Sources Sought**

Updated Date
Jul 5, 2023

Published Date
Jul 5, 2023

---

### V225--AMBULANCE SERVICES

Contract Opportunities

**Notice ID: 36C24623Q0993**

Presolicitation notice; RFQ 36C24623Q0940 Ambulance services to the Salem VA Medical Center ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
July 31, 2023 at 09:00 AM EDT

Notice Type
**Original Presolicitation**

Updated Date
Jun 30, 2023

Published Date
Jun 30, 2023

---

### V211--AIR AMBULANCE SERVICE QUESTION AND ANSWERS

Contract Opportunities

**Notice ID: 36C26120Q0476**

AIR AMBULANCE - SEE ATTACHMENT
...

Awardee
AIRMED RESPONSE LLC

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Notice Type
**Original Award Notice**

Updated Date
Jun 26, 2020

Published Date
Jun 26, 2020

---

‹  | 1 | of **1**  ›

Results per page
100


Feedback

**Our Website**
About This Site
Our Community
Release Notes
System Alerts

**Policies**
Privacy Policy
Disclaimers
Freedom of Information Act
Accessibility

**Our Partners**
Acquisition.gov
USASpending.gov
Grants.gov
More Partners

**Customer Service**
Help
Check Entity Status
Federal Service Desk
External Resources
Contact



⚠ **WARNING**
This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# SECOND WATTERS DECLARATION

## TAB 3

🇺🇸 An official website of the United States government   Here's how you know

⚠️  **Entity Validation Processing**  Show Details        ⊗          | See All Alerts |
    *Oct 31, 2023*

   **Planned Maintenance Schedule**  Show Details          ⊗
   *Apr 3, 2022*

# SAM.GOV®                                                              ⟵

Home      Search      Data Bank      Data Services      Help

## Search                          | All Words | e.g. 1606N020Q02 |

**Select Domain**                                                       +
All Domains

**Filter By**                                                           —

### Keyword Search

For more information on how to use our keyword search, visit our help guide

| **Simple Search** | Search Editor |

```
621910 AND "award notice"



                              999 characters left
```

### Federal Organizations

| Enter Code or Name                                    ▼ |             (···)

| 036 - VETERANS AFFAIRS, DEPARTMENT *Dept / Ind.*      ✕ |
|   OF                            *Agency*                |

Status                                                                  ⌃

☑ Active
☑ Inactive

                                                            Reset ↻

                                                     Sort by
                                                     | Date Modified/Updated |

Showing 1 - 100 of 593 results

**V225—Ground Ambulance - Las Vegas VAMC Base plus four one-year options**

**Notice ID: 36C26124Q0100**                    | Contract Opportunities |

This notice is being provided per FAR 5.101(a)(1), 5.201(b)(1)(i), and 5.207(c)     Notice Type
(14).Vendors that believe they can meet these requirements for this acq...          **Original Sources Sought**

                                                                         Updated Date
                                                                         **Oct 31, 2023**

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | Oct 31, 2023 |

### V225—ALS/BLS Ambulance Salisbury VAHCS

Contract Opportunities

**Notice ID:** 36C24624Q0092

Page 3 of 3 DEPARTMENT OF VETERANS AFFAIRS Network Contracting Office 6 (NCO 6) Sources Sought 36C24624Q0092 In accordance with FAR 15.201(e), resp...

**Current Response Date**
November 07, 2023 at 05:30 PM EST

**Notice Type**
Original Sources Sought

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) | **Updated Date** Oct 31, 2023 **Published Date** Oct 31, 2023 |

### V225—36C244-23-AP-3729 | Erie VAMC Ambulance Short Term Contract | NCO 4 Services 3 (VA-23-00086571)

Contract Opportunities

**Notice ID:** 36C24423D0101

...

**Notice Type**
Original Award Notice

**Updated Date**
Oct 24, 2023

| Awardee | Unique Entity ID | | **Published Date** Oct 24, 2023 |
|---|---|---|---|
| EmergyCare, Inc. | MBNYXEFCSCJ4 | | |

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | |

### V227—Air Ambulance Transport Services

Inactive

Contract Opportunities

**Notice ID:** 36C25723Q1067

This market research notice is being conducted by Network Contracting Office (NCO) 17 VHA Regional Procurement Office-West (RPOW) 1901 Veterans Memo...

**Current Response Date**
July 12, 2023 at 12:00 PM EDT

**Notice Type**
Original Sources Sought

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) | **Updated Date** Oct 19, 2023 **Published Date** Jul 3, 2023 |

### V225—Baltimore VA Medical Center Amulance Services

Contract Opportunities

**Notice ID:** 36C24524Q0069

Baltimore VA Medical Center Ambulance Services Baltimore VA Medical Center is conducting this Sources Sought to identify contractors who possess cap...

**Current Response Date**
November 02, 2023 at 03:00 PM EDT

**Notice Type**
Original Sources Sought

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | **Updated Date** Oct 19, 2023 **Published Date** Oct 19, 2023 |

### Ambulance service for Baltimore, Perry Point and Loch Raven VAMC and all VAMHCS CBOC's

Inactive

Contract Opportunities

**Notice ID:** 36C24524C0007_1

See Attachments

...

**Notice Type**
Original Award Notice

**Updated Date**
Oct 16, 2023

| Awardee | Unique Entity ID | | **Published Date** Oct 10, 2023 |
|---|---|---|---|
| MED-CARE TRANSPORTATION LLC | MXREFK5HL449 | | |

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | |

### V225 - GROUND AMBULANCE SERVICE

Inactive

Contract Opportunities

**Notice ID:** 36C26224D0044

| | | |
|---|---|---|
| Awardee | Unique Entity ID | Notice Type |
| SUPERIOR AMBULANCE SERVICE, INC. | LHXJRKJS53C6 | **Original Award Notice** |
| | | Updated Date |
| | | Oct 16, 2023 |
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 262-NETWORK CONTRACT OFFICE 22 (36C262) |
| | | Published Date |
| | | Oct 2, 2023 |

### V225— AMBULANCE SERVICES DURHAM

Notice ID: 36C24623Q0515

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | Notice Type |
| MEDEX MEDICAL TRANSPORT SERVICE INC | L61HFKHLKRH1 | **Original Award Notice** |
| | | Updated Date |
| | | Oct 16, 2023 |
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |
| | | Published Date |
| | | Aug 17, 2023 |

Inactive

Contract Opportunities

### V225—Emergency ALS/BLS/WC Ambulance for Coatesville VAMC

Notice ID: 36C24423Q1086

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | Notice Type |
| MINQUAS FIRE CO | ZK9LS954XAC8 | **Original Award Notice** |
| | | Updated Date |
| | | Sep 28, 2023 |
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |
| | | Published Date |
| | | Aug 29, 2023 |

Inactive

Contract Opportunities

### V225—RFI-Ground and Air Ambulance Transportation Services

Notice ID: 36C24223Q0892

Request for Information (RFI) This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research. This notice serve...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Current Date Offers Due
July 27, 2023 at 11:00 AM EDT

Notice Type
**Original Solicitation**

Updated Date
Sep 25, 2023

Published Date
Jun 30, 2023

Inactive

Contract Opportunities

### V225—Ambulance Services (AP89)

Notice ID: 36C26223Q1318

This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry before Re...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 262-NETWORK CONTRACT OFFICE 22 (36C262) |

Current Response Date
July 27, 2023 at 06:00 PM EDT

Notice Type
**Original Special Notice**

Updated Date
Sep 25, 2023

Published Date
Jun 23, 2023

Inactive

Contract Opportunities

### V225—Ambulance Services | Erie IDIQ 5 years 9/23/2023 - 9/22/2028

Notice ID: 36C24423R0047

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | Notice Type |
| EmergyCare, Inc. | MBNYXEFCSCJ4 | **Original Award Notice** |
| | | Updated Date |
| | | Sep 20, 2023 |
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |
| | | Published Date |
| | | Sep 20, 2023 |

Contract Opportunities

## V227—NCO 17 Ambulance Services

**Notice ID:** 36C25723Q1081

| Inactive |

| Contract Opportunities |

Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Indus...

**Current Response Date**
July 21, 2023 at 04:00 AM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

**Notice Type**
Updated Sources Sought

**Updated Date**
Sep 19, 2023 (1)

**Published Date**
Jul 16, 2023

## V225—VTP Ambulance / Air Ambulance

**Notice ID:** 36C25623Q1324

| Inactive |

| Contract Opportunities |

Request for Information Template Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Pa...

**Current Response Date**
July 21, 2023 at 11:00 AM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

**Notice Type**
Original Sources Sought

**Updated Date**
Sep 19, 2023

**Published Date**
Jun 28, 2023

## V225—Emergent and Non-Emergent Ambulance Transportation Services

**Notice ID:** 36C24722R0029

| Inactive |

| Contract Opportunities |

...

| Awardee | Unique Entity ID |
|---|---|
| PRO CARE EMERGENCY MEDICAL SERVICES, LLC | YNSXTN68M696 |

**Notice Type**
Original Award Notice

**Updated Date**
Sep 19, 2023

**Published Date**
Jun 12, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

## V225—Altoona Ambulance

**Notice ID:** 36C24423Q0850

| Inactive |

| Contract Opportunities |

...

| Awardee | Unique Entity ID |
|---|---|
| L-J-L Trucking, Inc. | KD12GW1846Z5 |

**Notice Type**
Original Award Notice

**Updated Date**
Sep 10, 2023

**Published Date**
Aug 11, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

## V225—Air and Ground Ambulance Services VISN 12 Facilities

**Notice ID:** 36C25223Q0782

| Inactive |

| Contract Opportunities |

36C25223Q0782 Air and/or Ground Ambulance Services REQUEST FOR INFORMATION This notice is published in accordance with Federal Acquisition Part (FAR) ...

**Current Date Offers Due**
July 27, 2023 at 11:00 AM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

**Notice Type**
Original Solicitation

**Updated Date**
Sep 10, 2023

**Published Date**
Jul 6, 2023

## V225—Air and Ground Ambulance Services VISN 12 Facilities

**Notice ID:** 36C25223Q0782

| Inactive |

| Contract Opportunities |

36C25223Q0782 Air and/or Ground Ambulance Services REQUEST FOR INFORMATION This notice is published in accordance with Federal Acquisition Part

**Current Response Date**
July 27, 2023 at 11:00 AM EDT

(FAR) ...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) | Notice Type<br>Original Sources Sought<br>Updated Date<br>Sep 10, 2023<br>Published Date<br>Jul 6, 2023 |

### V225—NCO 6 AIR MBULANCE SOURCES SOUGHT

| | | | Inactive |
|---|---|---|---|

Notice ID: 36C24623Q0989

| | | | Contract Opportunities |
|---|---|---|---|

Sources Sought This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with In...

Current Response Date
July 27, 2023 at 11:00 AM EDT

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) | Notice Type<br>Original Sources Sought<br>Updated Date<br>Sep 10, 2023<br>Published Date<br>Jun 29, 2023 |

### V225—Non-Emergent Ambulance Transport Service

| | | | Inactive |
|---|---|---|---|

Notice ID: 36C24922R0088

| | | | Contract Opportunities |
|---|---|---|---|

...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| WASHINGTON COUNTY - JOHNSON CITY EMERGENCY MEDICAL SERVICES, INC. | N751HDLSZ8E6 | | Original **Award Notice**<br>Updated Date<br>Sep 9, 2023<br>Published Date<br>Aug 25, 2023 |

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) | |

### V129—SALEM AMBULANCE TRAVEL CONTRACT

| | | | Contract Opportunities |
|---|---|---|---|

Notice ID: 36C24623Q1096

...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| Western-Star Hospital Authority, Inc. | VHWNN5PDZ2N9 | | Original **Award Notice**<br>Updated Date<br>Sep 7, 2023<br>Published Date<br>Sep 7, 2023 |

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) | |

### V225—Ambulance Service - Notice of intent to award a sole source purchase order.

| | | | Inactive |
|---|---|---|---|

Notice ID: 36C24923Q0514

| | | | Contract Opportunities |
|---|---|---|---|

The Department of Veteran Affairs, Veterans Health Administration, Network Contracting Office 9, Murfreesboro TN 37129, intends to negotiate a sole so...

Current Response Date
August 07, 2023 at 11:00 AM EDT

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) | Notice Type<br>Original Special Notice<br>Updated Date<br>Sep 6, 2023<br>Published Date<br>Aug 3, 2023 |

### V225—VA Puget Sound Health Care System Ground Ambulance Services

| | | | Contract Opportunities |
|---|---|---|---|

Notice ID: 36C26023Q1030

Presolicitation Notice Presolicitation Notice Page 3 of 3 Presolicitation Notice *=Required Field Presolicitation Notice Page 1 of 3 DESCRIPTION 1...

Current Response Date
September 13, 2023 at 03:00 PM EDT

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Notice Type<br>Original Presolicitation<br>Updated Date<br>Sep 6, 2023<br>Published Date<br>Sep 6, 2023 |

## V225—VTP - Air and Ground Transportation - Data Gathering

**Inactive**

**Notice ID:** 36C25023Q0877

**Contract Opportunities**

Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry bef...

Current Response Date
**July 02, 2023 at 08:00 PM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Original Sources Sought**

Updated Date
**Sep 1, 2023**

Published Date
**Jul 3, 2023**

## V225—Request for Information (RFI) Ground and Air Ambulance Services

**Inactive**

**Notice ID:** 36C26023Q0769

**Contract Opportunities**

This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry before Re...

Current Response Date
**July 27, 2023 at 03:00 PM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Notice Type
**Original Special Notice**

Updated Date
**Aug 26, 2023**

Published Date
**Jun 29, 2023**

## V225—VISN 19 Air and Ground Ambulance Services VA Rocky Mountain Network

**Inactive**

**Notice ID:** 36C25923Q0638

**Contract Opportunities**

Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry be...

Current Response Date
**July 27, 2023 at 11:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

Notice Type
**Original Sources Sought**

Updated Date
**Aug 26, 2023**

Published Date
**Jun 28, 2023**

## V225—V225 -- RFI -- Ground and Air Ambulance Transportation

**Inactive**

**Notice ID:** 36C24823Q1557

**Contract Opportunities**

Request for Information (RFI) Ground and Air Ambulance Transportation This notice is published in accordance with Federal Acquisition Part (FAR) Part ...

Current Response Date
**July 27, 2023 at 11:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Notice Type
**Updated Sources Sought**

Updated Date
**Aug 25, 2023 (1)**

Published Date
**Jul 11, 2023**

## V225—Ambulance Services for the Robley Rex (Louisville KY) VA Medical Center

**Inactive**

**Notice ID:** 36C24923Q0310

**Contract Opportunities**

On behalf of the Department of Veterans Affairs and the Robley Rex (Louisville KY) VA Medical Center (VAMC), the Network Contracting Office (NCO) 9 is...

Current Response Date
**June 26, 2023 at 04:00 PM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

Notice Type
**Original Sources Sought**

Updated Date
**Aug 25, 2023**

Published Date
**Jun 15, 2023**

## V225—36C24423Q1121 - Ambulance Services for VA Pittsburgh Healthcare System

**Contract Opportunities**

Notice ID: 36C24423Q1121

Instructions: This Sources Sought is issued solely for information and planning purposes only and does not constitute a solicitation. All information ...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Current Response Date
**September 06, 2023 at 09:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Aug 25, 2023
Published Date
Aug 25, 2023

---

### V225—BASIC LIFE SUPPORT (BLS) AND ADVANCE LIFE SUPPORT (ALS) SERVICES

Inactive

Notice ID: 36C24623Q1092

Contract Opportunities

This Sources Sought Notice is for the Asheville Veterans Affairs Medical Center (VAMC) to determine sources for Basic Life Support (BLS) And Advance...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
**July 25, 2023 at 12:00 PM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Aug 24, 2023
Published Date
Jul 20, 2023

---

### V225—Ground Ambulance Services

Inactive

Notice ID: 36C26023Q0644

Contract Opportunities

1. The Department of Veterans Affairs, NCO 20, intends to solicit quotes for Ground Ambulance Services at the Puget Sound, WA VA Medical Center. A Per...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Current Response Date
**June 22, 2023 at 03:00 PM EDT**
Notice Type
**Original Presolicitation**
Updated Date
Aug 21, 2023
Published Date
May 30, 2023

---

### V225—ALS/BLS Ambulance Services Bedford, MA

Contract Opportunities

Notice ID: 36C24123R0154

...

| Awardee | Unique Entity ID |
| --- | --- |
| BREWSTER AMBULANCE SERVICE INC | WE94NB2M21L8 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 |

Notice Type
Original **Award Notice**
Updated Date
Aug 21, 2023
Published Date
Aug 21, 2023

---

### V225—VISN 5 Capitol Health Network Ambulance Service NCO 5

Inactive

Notice ID: 36C24523Q0821

Contract Opportunities

Request for Information Template This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, ...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 581 HUNTINGTON (00581)(36C581) |

Current Response Date
**July 20, 2023 at 11:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Aug 19, 2023
Published Date
Jun 30, 2023

---

### V225—Lexington Ambulance Service

Inactive

Notice ID: 36C24923Q0377

Contract Opportunities

INTRODUCTION TO DESCRIPTION On behalf of the Tennessee Valley Healthcare System, Network Contracting Office (NCO) 9 is issuing this Sources Sought No...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF |  |

Current Response Date
**June 16, 2023 at 05:00 PM EDT**
Notice Type
**Original Sources Sought**

249-NETWORK CONTRACT OFFICE 9 (36C249)

Updated Date
Aug 15, 2023

Published Date
Jun 2, 2023

---

## V225—AMBULANCE TRANSPORTATION | Base + 4 | Start Date: 12/1/23

Inactive

Contract Opportunities

**Notice ID: 36C25023Q0890**

PERFORMANCE WORK STATEMENT (PWS) Ambulance Service for Chillicothe VAMC 29 JUNE 2023 THIS IS NOT AN UNABRIDGED VERSION OF THE PWS 1. GENERAL. T...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Current Response Date
July 14, 2023 at 03:00 PM EDT

Notice Type
Original Sources Sought

Updated Date
Aug 13, 2023

Published Date
Jul 6, 2023

---

## Non-Emergent Ambulance Transportation Tuscaloosa VAMC

Inactive

Contract Opportunities

**Notice ID: 36C24723R0105**

See attachment for **Award Notice**.
...

| Awardee | Unique Entity ID |
|---|---|
| Excelsior Ambulance Service, Inc. | YJ84E2WDYJH7 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Notice Type
Original **Award Notice**

Updated Date
Aug 12, 2023

Published Date
Jul 28, 2023

---

## V225—VISN 15 Air/Ground Ambulance Services RFI

Inactive

Contract Opportunities

**Notice ID: 36C25523Q0585**

VISN 15 Ground and Air Ambulatory Services RFI This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research an...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Current Response Date
July 27, 2023 at 11:00 AM EDT

Notice Type
Original Special Notice

Updated Date
Aug 6, 2023

Published Date
Jun 27, 2023

---

## Ground and Air Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C261_VISN21_Ambulance-Service-RFI**

This notice is published in accordance with Federal Acquisition Part (FAR) Part 10, Market Research and FAR Part 15, Exchanges with Industry before
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Current Response Date
July 21, 2023 at 02:00 PM EDT

Notice Type
Original Sources Sought

Updated Date
Aug 5, 2023

Published Date
Jun 27, 2023

---

## V225— Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C24222Q1089**

...

| Awardee | Unique Entity ID |
|---|---|
| CITYWIDE MOBILE RESPONSE CORP | KPC5BFNMAYY3 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Notice Type
Original **Award Notice**

Updated Date
Aug 4, 2023

Published Date
Apr 27, 2023

### V225—ALS/BLS/BARIATRIC Ambulance Transportation Svcs. for the VA BOSTON HCS

**Notice ID:** 36C24123R0090

Sources Sought Notice #36C24123R0090 ALS/BLS/BARIATRIC
TRANSPORTATION SERVICES FOR THE VA BOSTON, MA HEALTHCARE SYSTEM The VA
Boston, MA He...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

[ Contract Opportunities ]

**Current Response Date**
March 31, 2023 at 03:00 PM EDT

**Notice Type**
Updated Sources Sought

**Updated Date**
Aug 3, 2023 (1)

**Published Date**
Aug 3, 2023

---

### V225—Emergency Ambulance Transportation - Coatesville VAMC Short-Term Contract - 1 Year

**Notice ID:** 36C24423Q1086

Instructions: This Sources Sought is issued solely for information and planning
purposes only and does not constitute a solicitation. All information ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

[ Contract Opportunities ]

**Current Response Date**
August 08, 2023 at 09:00 AM EDT

**Notice Type**
Original Sources Sought

**Updated Date**
Jul 28, 2023

**Published Date**
Jul 28, 2023

---

### V225—ALS/BLS Ambulance Service - John D. Dingell VAMC

**Notice ID:** 36C25023Q0687

Department of Veterans Affairs Veterans Health Administration Sources Sought
Notice Ambulance Service John D. Dingell VAMC - Detroit, MI This is ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

[ Inactive ]

[ Contract Opportunities ]

**Current Response Date**
May 19, 2023 at 02:00 PM EDT

**Notice Type**
Original Sources Sought

**Updated Date**
Jul 18, 2023

**Published Date**
May 9, 2023

---

### V227—(STX) Wheelchair Transportation Services Requirement

**Notice ID:** 36C25723R0010

(STX) Wheelchair Transportation Services Requirement ...

| Awardee | Unique Entity ID |
|---|---|
| Acadian Ambulance Service of Texas, LLC | S389JWSZFH68 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

[ Inactive ]

[ Contract Opportunities ]

**Notice Type**
Original Award Notice

**Updated Date**
Jul 15, 2023

**Published Date**
Jun 30, 2023

---

### V225—FY23: Cardiovascular Ambulance Service

**Notice ID:** 36C24823Q0624

The Department of Veterans Affairs, VA Caribbean Healthcare System (VACHS) has
awarded a Firm Fixed Price contract FY23: Cardiovascular Ambulance Serv...

| Awardee | Unique Entity ID |
|---|---|
| CARIBE MEDICAL SUPPLY INC | YDXMYG137PN1 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

[ Inactive ]

[ Contract Opportunities ]

**Notice Type**
Original Award Notice

**Updated Date**
Jul 8, 2023

**Published Date**
May 9, 2023

---

### Columbia Non-Emergent Ambulance Service

**Notice ID:** 36C24723D0017

Please see attached **Award Notice**.
...

Awardee

[ Inactive ]

[ Contract Opportunities ]

**Notice Type**
Original **Award** Notice

**Updated Date**
Jul 6, 2023

MEDSHORE AMBULANCE SERVICE,
INC.

Published Date
Jun 22, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

---

### V225—Altoona Ambulance Transportation Service

Inactive

Notice ID: 36C24423Q0579

Contract Opportunities

Instructions: This Sources Sought is issued solely for information and planning
purposes only and does not constitute a solicitation. All information ...

Current Response Date
March 28, 2023 at 08:00 AM EDT

Notice Type
Original Sources Sought

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
Jul 5, 2023

Published Date
Mar 9, 2023

---

### V227—Ground and Air Ambulance Transportation for VA NCO04 Covering States of Pennsylvania and Delaware

Contract Opportunities

Notice ID: 36C24423Q1000

Note: This notice is published in accordance with Federal Acquisition Part (FAR) Part
10, Market Research and FAR Part 15, Exchanges with Industry be...

Current Response Date
July 27, 2023 at 11:00 AM EDT

Notice Type
Original Sources Sought

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
Jul 5, 2023

Published Date
Jul 5, 2023

---

### V225—Emergency and Non-Emergency Ambulance Svcs, Base + 2 option yrs

Inactive

Notice ID: 36C24623Q0383

Contract Opportunities

...

| Awardee | Unique Entity ID |
|---|---|
| MEDEX MEDICAL TRANSPORT SERVICE INC | L61HFKHLKRH1 |

Notice Type
Original Award Notice

Updated Date
Jul 4, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Published Date
May 5, 2023

---

### V225—Sources Sought Notice STX Wheel Chair Transportation 36C257-22-AP-4504

Inactive

Notice ID: 36C25723Q0049

Contract Opportunities

Page 5 of 5 THIS REQUEST FOR INFORMATION (RFI) IS ISSUED SOLELY FOR
INFORMATION AND PLANNING PURPOSES ONLY AND DOES NOT CONSTITUTE A
SOLICITATION. TH...

Current Response Date
October 24, 2022 at 09:00 AM EDT

Notice Type
Updated Sources Sought

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Updated Date
Jun 30, 2023 (1)

Published Date
Jun 30, 2023

---

### V225—Manchester Ambulance Service

Inactive

Notice ID: 36C24123Q0226

Contract Opportunities

...

| Awardee | Unique Entity ID |
|---|---|
| BREWSTER AMBULANCE SERVICE INC | WE94NB2M21L8 |

Notice Type
Original Award Notice

Updated Date
Jun 30, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Published Date
May 31, 2023

---

### V225—90 day interim

Inactive

Notice ID: 36C24123Q0475

Contract Opportunities

Pre-Solicitation Notice for notice of intent to award a sole source contract. This is not a solicitation. The Department of Veterans Affairs intends ...

Current Response Date
**March 30, 2023 at 10:00 AM EDT**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Updated Date
**Jun 28, 2023**

Published Date
**Mar 10, 2023**

---

## V225—Ambulance Services

Inactive

Notice ID: 36C25523Q0365

Contract Opportunities

...

| Awardee | Unique Entity ID |
|---|---|
| BUTLER COUNTY EMS LLC | PUGXZ4GNNL46 |

Notice Type
**Original Award Notice**

Updated Date
**Jun 24, 2023**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Published Date
**Jun 14, 2023**

---

## V227—BLS TRANSPORTATION SERVICE

Inactive

Notice ID: 36C25723R0012

Contract Opportunities

BLS TRANSPORTATION SERVICE ...

| Awardee | Unique Entity ID |
|---|---|
| ACADIAN AMBULANCE SERVICE INC | GJV5W9KERGR1 |

Notice Type
**Original Award Notice**

Updated Date
**Jun 21, 2023**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Published Date
**Jun 6, 2023**

---

## V225—FY23: Cardiovascular Ambulance Service

Inactive

Notice ID: 36C24823Q0624

Contract Opportunities

The VA Caribbean Healthcare System (VACHS) in San Juan, Puerto Rico, has a requirement to provide Cardiovascular Ambulance Service. Casia Street #10, ...

Current Response Date
**April 19, 2023 at 10:00 AM EDT**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Updated Date
**Jun 18, 2023**

Published Date
**Apr 4, 2023**

---

## V225—Rec: 1-4-23 Stop Gap Contract for Special Mode Transportation

Inactive

Notice ID: 36C24123Q0248

Contract Opportunities

The Purpose of this notification is to Cancel this Notice of Intent, the Government will not pursue this requirement. Pre-Solicitation Notice of ...

Current Response Date
**May 17, 2023 at 02:00 PM EDT**

Notice Type
**Updated Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Updated Date
**Jun 16, 2023 (2)**

Published Date
**May 4, 2023**

---

## V225—Ann Arbor VAMC Ambulance Contract

Inactive

Notice ID: 36C25023Q0536

Contract Opportunities

Department of Veterans Affairs Veterans Health Administration Sources Sought Notice Ambulance Service Charles S. Kettles VAMC Ann Arbor, MI Thi...

Current Response Date
**April 14, 2023 at 02:00 PM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | |

250-NETWORK CONTRACT OFFICE 10 (36C250)

Updated Date
Jun 13, 2023

Published Date
Apr 5, 2023

---

### V225—AIR AMBULANCE - BASE YEAR = 4 OPTIONS

Inactive

**Notice ID: 36C25523Q0423**

Contract Opportunities

Page 2 of 2 The Department of Veterans Affairs, Network Contracting Office - NCO 15, intends to release a Request for Quotes (RFQ). We are seeking quo...

Current Response Date
May 11, 2023 at 12:00 PM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
Original Presolicitation

Updated Date
Jun 10, 2023

Published Date
May 8, 2023

---

### V225—Non-emergency ambulance svc for Hampton VAMC

Inactive

**Notice ID: 36C24623Q0632**

Contract Opportunities

...

Notice Type
Original **Award Notice**

| Awardee | Unique Entity ID | |
|---|---|---|
| RELIANCE MEDICAL TRANSPORT, LLC | Y29LV4MTUNK7 | |

Updated Date
Jun 2, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Published Date
May 3, 2023

---

### V225—Non-Emergency Ambulance Svc for Hampton VAMC

Inactive

**Notice ID: 36C24623Q0632**

Contract Opportunities

...

Notice Type
Original **Award Notice**

| Awardee | Unique Entity ID | |
|---|---|---|
| WESTERN-STAR HOSPITAL AUTHORITY, INC. | VHWNN5PDZ2N9 | |

Updated Date
Jun 2, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Published Date
May 3, 2023

---

### V225—Non-Emergent Ambulance Transportation Services Tuscaloosa VA Medical Center

Inactive

**Notice ID: 36C24723R0036**

Contract Opportunities

Non-Emergent Ambulance Services for the Tuscaloosa VA Medical Center and Immediate Area The Network Contracting Office 7, Tucker, GA intends to so...

Current Response Date
March 03, 2023 at 11:59 PM EST

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Notice Type
Original Presolicitation

Updated Date
Jun 1, 2023

Published Date
Jan 23, 2023

---

### V225—AIR AMBULANCE - BASE YEAR = 4 OPTIONS

Inactive

**Notice ID: 36C25523Q0340**

Contract Opportunities

Page 2 of 2 The Department of Veterans Affairs, Network Contracting Office - NCO 15, intends to release a Request for Quotes (RFQ). We are seeking quo...

Current Response Date
April 28, 2023 at 12:00 PM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
Original Presolicitation

Updated Date
May 28, 2023

Published Date
Apr 14, 2023

## V225—90 day interim

**Notice ID:** 36C24123Q0475

Inactive

Contract Opportunities

...

Awardee
BREWSTER AMBULANCE SERVICE,
INC.

Unique Entity ID
WE94NB2M21L8

Notice Type
**Original Award Notice**

Updated Date
May 27, 2023

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Published Date
Apr 27, 2023

## V225— Basic Life Support (BLS) and Advance Life Support (ALS) AMBULANCE SERVICES

**Notice ID:** 36C24623Q0383

Inactive

Contract Opportunities

This is a Sources Sought Notice is for the Fayetteville Veterans Affairs Medical Center
(VAMC) to determine sources for Basic Life Support (BLS) and Adva...

Current Response Date
**February 10, 2023 at 12:00 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
246-NETWORK CONTRACTING OFFICE
6 (36C246)

Notice Type
Original Sources Sought

Updated Date
May 20, 2023

Published Date
Feb 6, 2023

## V225—Wyoming CBOC Ambulance Service

**Notice ID:** 36C25023Q0285

Inactive

Contract Opportunities

This is a Sources Sought Notice (SS) Only. This is not a request for quote. There is no
solicitation available at this time. The Government will no...

Current Response Date
**February 13, 2023 at 1:00 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
515-BATTLE CREEK(00515)

Notice Type
Original Sources Sought

Updated Date
May 14, 2023

Published Date
Feb 1, 2023

## V225—Ground Ambulance Services

**Notice ID:** 36C26023Q0319

Inactive

Contract Opportunities

Presolicitation Notice DESCRIPTION 1. The Department of Veterans Affairs, NCO 20,
intends to solicit quotes for Ground Ambulance Services at the Puge...

Current Response Date
**March 06, 2023 at 07:00 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

Notice Type
Original Presolicitation

Updated Date
May 5, 2023

Published Date
Feb 27, 2023

## V225—AIR AMBULANCE - BASE YEAR + 4 OPTION YEARS

**Notice ID:** 36C25523Q0313

Inactive

Contract Opportunities

This is a SOURCES SOUGHT announcement only. It is neither a solicitation
announcement nor a request for proposal or quote and does not obligate the Go...

Current Response Date
**April 03, 2023 at 12:00 PM EDT**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
255-NETWORK CONTRACT OFFICE 15
(36C255)

Notice Type
Original Sources Sought

Updated Date
May 4, 2023

Published Date
Mar 27, 2023

## V211—Fixed Wing Air Ambulance

**Notice ID:** 36C26123Q0275

Inactive

Contract Opportunities

DEPARTMENT OF VETERANS AFFAIRS Network Contracting Office (NCO) 21 855 M Street, Suite 1020 Fresno, CA 93721 March 24, 2023 Ben St. Germain Ai...

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| AIRMED INTERNATIONAL, LLC | ML16HF6JGDZ6 | | Updated Date |
| | | | Apr 23, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | Mar 24, 2023 |

## V225— Ambulances services CT

**Notice ID: 36C24122Q0380**                                      [ Inactive ]

...                                                               [ Contract Opportunities ]

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| AMERICAN MEDICAL RESPONSE OF CONNECTICUT, INC | LCMWL7RSEAM3 | | Updated Date |
| | | | Apr 19, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | Mar 20, 2023 |

## V225—Ambulance Transportation Service - Aleda E. Lutz VAMC - Saginaw MI

**Notice ID: 36C25023Q0324**                                      [ Inactive ]

Department of Veterans Affairs Veterans Health Administration Sources Sought Notice Ambulance Service Aleda E. Lutz VAMC - Saginaw, MI This is a ...     [ Contract Opportunities ]

| | | Current Response Date |
|---|---|---|
| | | February 17, 2023 at 02:00 PM EST |
| Department/Ind.Agency | Subtier | Office |
| | | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |
| | | **Original Sources Sought** |
| | | Updated Date |
| | | Apr 18, 2023 |
| | | Published Date |
| | | Feb 13, 2023 |

## V225—Tuscaloosa Ambulance Services - Emergency Bridge Contract

**Notice ID: 36C24723P0578**                                      [ Inactive ]

...                                                               [ Contract Opportunities ]

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| LIFECARE OF ALABAMA INC | VD5JUU9LRJG3 | | Updated Date |
| | | | Apr 14, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | Mar 30, 2023 |

## V225—Lenore WV CBOC Ambulance Service

**Notice ID: 36C24523Q0323**                                      [ Inactive ]

...                                                               [ Contract Opportunities ]

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| STAT EMS LLC | YXJCKZKAK5M8 | | Updated Date |
| | | | Apr 12, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

## V225—581-23-3-123-0014 Ambulance Service/Medical Transportation (VA-23-00005917)

**Notice ID: 36C24523Q0323**                                      [ Inactive ]

...                                                               [ Contract Opportunities ]

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| MERCY AMBULANCE OF EVANSVILLE, INC. | E3HXXKNGVAJ6 | | Updated Date |
| | | | Apr 12, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

### V225—Gallipolis, OH Ambulance Service

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| PORTSMOUTH EMERGENCY AMBULANCE SERVICE INC | KNXSV2WB1PN1 | | Original **Award** Notice |

Updated Date
Apr 12, 2023

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

### V225—Charleston WV CBOC Ambulance Service

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| JAN-CARE AMBULANCE SERVICE TRI-STATE DIVISION INC | T64MB7HH4SP5 | | Original **Award** Notice |

Updated Date
Apr 12, 2023

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

### V225—Hershel Woody Williams VAMC Ambulance Award

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| CABELL COUNTY EMERGENCY SERVICES | CC7AHCHJ8XP8 | | Original **Award** Notice |

Updated Date
Apr 12, 2023

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

### V225—Ambulance Multi Award

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

Page 1 of 69 Page 1 of 2 Page 1 of 69 Page 1 of 2 **Award** Notice Description This is a 1-year Commercial Firm Fixed Price, Multiple Award Indefinite De...

| Awardee | Unique Entity ID | Notice Type |
|---|---|---|
| JAN-CARE AMBULANCE SERVICE TRI-STATE DIVISION INC | T64MB7HH4SP5 | Original **Award** Notice |

Updated Date
Apr 12, 2023

Published Date
Mar 29, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

### V225—Ambulance Multi Award

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

Page 1 of 69 Page 1 of 2 Page 1 of 69 Page 1 of 2 **Award** Notice Description This is a 1-year Commercial Firm Fixed Price, Multiple Award Indefinite De...

| Awardee | Unique Entity ID | Notice Type |
|---|---|---|
| MERCY AMBULANCE OF EVANSVILLE, INC. | E3HXXKNGVAJ6 | Original **Award** Notice |

Updated Date
Apr 12, 2023

Published Date
Mar 29, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

### V225—Ambulance Multi Award

Inactive

Contract Opportunities

**Notice ID:** 36C24523Q0323

Page 1 of 69 Page 1 of 2 Page 1 of 69 Page 1 of 2 **Award** Notice Description This is a 1-year Commercial Firm Fixed Price, Multiple Award Indefinite De...

| Awardee | Unique Entity ID | Notice Type |
|---|---|---|
| STAT EMS LLC | YXJCKZKAK5M8 | Original **Award** Notice |

Updated Date
Apr 12, 2023

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Mar 29, 2023 |

### V225—Ambulance Multi Award

Inactive

**Notice ID:** 36C24523Q0323

Contract Opportunities

Page 1 of 69 Page 1 of 2 Page 1 of 69 Page 1 of 2 Award Notice Description This is a 1-year Commercial Firm Fixed Price, Multiple Award Indefinite De...

**Notice Type**
Original Award Notice

| Awardee | Unique Entity ID |
|---|---|
| PORTSMOUTH EMERGENCY AMBULANCE SERVICE INC | KNXSV2WB1PN1 |

**Updated Date**
Apr 12, 2023

**Published Date**
Mar 29, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

### V225—Ambulance Service for the Hershel "Woody" Willaims VAMC

Inactive

**Notice ID:** 36C24523Q0323

Contract Opportunities

Page 1 of 69 Page 1 of 2 Page 1 of 69 Page 1 of 2 Award Notice Description This is a 1-year Commercial Firm Fixed Price, Multiple Award Indefinite De...

**Notice Type**
Original Award Notice

| Awardee | Unique Entity ID |
|---|---|
| CABELL COUNTY EMERGENCY SERVICES | CC7AHCHJ8XP8 |

**Updated Date**
Apr 12, 2023

**Published Date**
Mar 29, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

### V225—Non-emergency Ground Ambulance Transportation Services

Inactive

**Notice ID:** 36C24822Q1641

Contract Opportunities

Title: Non-emergency Ground Ambulance Transportation services for the Orlando VA Healthcare System (OVAHCS) Description: Coastal Health System will ...

**Notice Type**
Original Award Notice

| Awardee | Unique Entity ID |
|---|---|
| COASTAL HEALTH SYSTEMS OF BREVARD, INC. | H9LWE3VNPAY1 |

**Updated Date**
Apr 10, 2023

**Published Date**
Feb 9, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

### V225—ALS/BLS Transport_Orange, Seminole, Osceola, Lake American Ambulance

Inactive

**Notice ID:** 36C24822Q1641

Contract Opportunities

Title: Non-emergency Ground Ambulance Transportation services for the Orlando VA Healthcare System (OVAHCS) Description: RG Ambulance Service, Inc. ...

**Notice Type**
Original Award Notice

| Awardee | Unique Entity ID |
|---|---|
| RG AMBULANCE SERVICE, INC. | EGCQKJLJM465 |

**Updated Date**
Apr 10, 2023

**Published Date**
Feb 9, 2023

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

### V225—Intent to Sole Source Augusta Ambulance 6 month contract

Inactive

**Notice ID:** 36C24723Q0390

Contract Opportunities

The Department of Veterans Affairs, Network Contracting Office 07 (NCO 07), hereby provides notice of its intent to award a sole source, firm fixed pr...

**Notice Type**
Original Special Notice

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

**Updated Date**
Apr 7, 2023

**Published Date**
Mar 8, 2023

### V225—Emergency Ambulance Services

Inactive

**Notice ID:** 36C24623Q0515

Contract Opportunities

...

| | | Notice Type |
|---|---|---|
| Awardee | Unique Entity ID | **Original Award Notice** |
| MEDEX MEDICAL TRANSPORT SERVICE INC | L61HFKHLKRH1 | Updated Date |
| | | Apr 6, 2023 |
| Department/Ind.Agency | Subtier | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | Office 246-NETWORK CONTRACTING OFFICE 6 (36C246) | Mar 7, 2023 |

### V227—Notice of Intent to Award Sole Source Acadian Ambulance Service, INC

Inactive

Notice ID: 36C25723P0175

Contract Opportunities

Please see attached Sole Source Justification ...

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) | **Original Special Notice** |
| | | | Updated Date |
| | | | Apr 1, 2023 |
| | | | Published Date |
| | | | Jan 31, 2023 |

### V225—ALS/BLS Ambulance Service Contract

Inactive

Notice ID: 36C24223Q0134

Contract Opportunities

...

| | | Notice Type |
|---|---|---|
| Awardee | Unique Entity ID | **Original Award Notice** |
| CITYWIDE MOBILE RESPONSE CORP | KPC5BFNMAYY3 | Updated Date |
| | | Mar 29, 2023 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) | Jan 28, 2023 |

### V225— Ambulance Multi Award

Inactive

Notice ID: 36C24523Q0323

Contract Opportunities

3/21/23 - see attachment 36C24523Q0323 0004 for Q&A

3/15/23 - See attachment 36C24523Q0323 0003 for updates.

3/9/23 -  See
...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| | | | Current Response Date |
| | | | **March 24, 2023 at 01:00 PM EDT** |
| | | | Notice Type |
| | | | **Updated Presolicitation** |
| | | | Updated Date |
| | | | Mar 28, 2023 (6) |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Published Date |
| | | | Mar 21, 2023 |

### V225—Urgent and Non Urgent Ambulance Transportation Services Bedford, MA

Inactive

Notice ID: 36C24123R0069

Contract Opportunities

Pre-Solicitation Notice for notice of intent to solicit for the requirement listed below. Network Contracting Office 1 will be soliciting for offers ...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| | | | Current Response Date |
| | | | **February 14, 2023 at 3:00 PM EST** |
| | | | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **Original Presolicitation** |
| | | | Updated Date |
| | | | Mar 16, 2023 |
| | | | Published Date |
| | | | Jan 30, 2023 |

### V211—Air Ambulance Service

Inactive

Notice ID: 36C26123Q0190

Contract Opportunities

(i)This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with addition...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| | | | Current Date Offers Due |
| | | | **February 10, 2023 at 2:00 PM EST** |
| | | | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | **Original Combined Synopsis/Solicitation** |
| | | | Updated Date |
| | | | Mar 12, 2023 |

Jan 9, 2023

---

### V225—ALS / BLS Ambulance Contract

**Notice ID:** 36C24223Q0134

Action Code: This is a pre-solicitation notice. Date: 12/14/2022 Contracting Office Address: James J. Peters Bronx VA Medical Center 130 W. Kingsbr...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Inactive

Contract Opportunities

Current Response Date
**January 09, 2023 at 10:00 AM EST**

Notice Type
Original Presolicitation

Updated Date
Mar 10, 2023

Published Date
Dec 14, 2022

---

### V225—Manchester Ambulance Service Base +4

**Notice ID:** 36C24123Q0226

PRESOLICIAION SOLICITATION NOTICE OF UNRESTRICTED SOLICITATION This solicitation is being issued as unrestricted. The Department of Veterans Affairs,...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Inactive

Contract Opportunities

Current Response Date
**February 02, 2023 at 10:00 AM EST**

Notice Type
Updated Presolicitation

Updated Date
Mar 7, 2023 (1)

Published Date
Mar 6, 2023

---

### V225—BLS and ALS 24-7 Ambulance Services Tuscaloosa Alabama VA Medical Center

**Notice ID:** 36C24723Q0142

This is a SOURCES SOUGHT for the Tuscaloosa VA Medical Center. Information collected during this Sources Sought may be used in a set aside. If a solic...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Inactive

Contract Opportunities

Current Response Date
**November 28, 2022 at 11:59 PM EST**

Notice Type
Updated Sources Sought

Updated Date
Mar 4, 2023 (1)

Published Date
Nov 17, 2022

---

### V225—Basic Life Support (BLS) And Advance Life Support (ALS) AMBULANCE SERVICES

**Notice ID:** 36C24623Q0170

This Sources Sought Notice is for the Asheville Veterans Affairs Medical Center (VAMC) to determine sources for Basic Life Support (BLS) And Advance...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Inactive

Contract Opportunities

Current Response Date
**November 23, 2022 at 12:00 PM EST**

Notice Type
Original Sources Sought

Updated Date
Mar 2, 2023

Published Date
Nov 17, 2022

---

### V211—Fixed Wing Air Ambulance

**Notice ID:** 36C26123Q0275

THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY. No Solicitation is currently available. All information contained in this Sources Sought Announcement is...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Inactive

Contract Opportunities

Current Response Date
**January 25, 2023 at 06:00 PM EST**

Notice Type
Original Sources Sought

Updated Date
Feb 24, 2023

Published Date
Jan 18, 2023

## V225—Lexington Ambulance Contract FY23 (VA-24-00000128)

Inactive

Contract Opportunities

**Notice ID: 36C24923Q0103**

This is a Sources Sought notice. This is NOT a solicitation for proposals, proposal abstracts, or quotations. The purpose of this notice is to obtain ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

Current Response Date
**February 03, 2023 at 11:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 18, 2023**

Published Date
**Jan 19, 2023**

## V225—Manchester Veterans Administration Ambulance Service

Inactive

Contract Opportunities

**Notice ID: 36C24123Q0226**

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-0017 2 1. OVERVIEW Contractor shall furnish Basic Life Support (BLS), Advance Life Support (ALS). Transport Ambulance Services the benef...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Current Response Date
**January 18, 2023 at 02:00 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 17, 2023**

Published Date
**Jan 23, 2023**

## V225—581-23-3-123-0029 Ambulance Multi Award (VA-23-00035832)

Inactive

Contract Opportunities

**Notice ID: 36C24523Q0242**

BLS and ALS Ambulance services Hershel Woody Williams VA Medical Center The Hershel Woody Williams VA Medical Center is conducting this Sources Sough...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

Current Response Date
**January 20, 2023 at 1:00 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 3, 2023**

Published Date
**Jan 12, 2023**

## V225—Ground Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C26023Q0107**

1. The Department of Veterans Affairs, NCO 20, intends to solicit quotes for Ground Ambulance Services at the Puget Sound, WA VA Medical Center. A Per...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Current Response Date
**December 05, 2022 at 7:00 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Feb 3, 2023**

Published Date
**Dec 2, 2022**

## V225—689-22-4-7061-0048: Ambulances services CT

Inactive

Contract Opportunities

**Notice ID: 36C24122Q0380**

The Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24122Q0380 for Acute Life Support (ALS)...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Current Response Date
**January 03, 2023 at 02:00 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Jan 13, 2023**

Published Date
**Dec 28, 2022**

## V225—Emergent and Non-Emergent Ambulance Transport Services 5-Year IDIQ

Inactive

Notice ID: 36C24722R0029

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | Notice Type |
| **PRO CARE EMERGENCY MEDICAL SERVICES, LLC** | YNSXTN68M696 | **Updated** **Award Notice** |
| | | Updated Date |
| | | Dec 27, 2022 ([1](#)) |
| Department/Ind.Agency | Subtier | Office | Published Date |
| **VETERANS AFFAIRS, DEPARTMENT OF** | **VETERANS AFFAIRS, DEPARTMENT OF** | 247-NETWORK CONTRACT OFFICE 7 (36C247) | Sep 21, 2022 |



< | 1 | of **6** | >          Results per page
                               100

Feedback

### Our Website

About This Site

Our Community

Release Notes

System Alerts

### Policies

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

### Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

### Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration



🇺🇸 An official website of the United States government    Here's how you know

⚠️ Entity Validation Processing  **Show Details**                                    ⊗         | **See All Alerts** |
Oct 31, 2023

Planned Maintenance Schedule  **Show Details**                                       ⊗
Apr 3, 2022

## SAM.GOV®

Home     Search     Data Bank     Data Services     Help

## Search

| All Words | e.g. 1606N020Q02 |

Select Domain
**All Domains**                                                                           +

Filter By                                                                                 —

### Keyword Search

For more information on how to use our keyword search, visit our help guide

| **Simple Search** | Search Editor |

621910 AND "award notice"

999 characters left

### Federal Organizations

| Enter Code or Name ▼ |

| 036 - VETERANS AFFAIRS, DEPARTMENT OF   *Dept / Ind. Agency*   × |

Status                                                                                    ∧

☑ Active
☑ Inactive

Reset ↻

*Sort by*
Showing 101 - 200 of 593 results                                      | Date Modified/Updated |

**V225—South Texas (STX) Advance Life Support (ALS) Transportation Services**

| Inactive |

Notice ID: 36C25723Q0070

| Contract Opportunities |

...
Awardee                          Unique Entity ID          Notice Type
ACADIAN AMBULANCE SERVICE, INC.                            **Original Award Notice**

|  | GJV5W9KERGR1 | | Updated Date<br>Dec 22, 2022 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>257-NETWORK CONTRACT OFFICE 17<br>(36C257) | Published Date<br>Dec 14, 2022 |

### V225—South Texas (STX) Advance Life Support (ALS) Transportation Services IDIQ

Inactive

**Notice ID: 36C25723Q0070**

Contract Opportunities

...

| Awardee<br>ACADIAN AMBULANCE SERVICE, INC. | Unique Entity ID<br>GJV5W9KERGR1 | | Notice Type<br>**Original Award Notice** |
| | | | Updated Date<br>**Dec 24, 2022** |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>257-NETWORK CONTRACT OFFICE 17<br>(36C257) | Published Date<br>**Dec 14, 2022** |

### V225—Ambulance Services Eastern Oklahoma VA Health Care System Task Order #1

Inactive

**Notice ID: 36C25923D0002**

Contract Opportunities

...

| Awardee<br>MUSKOGEE COUNTY EMS | Unique Entity ID<br>WUHJDATD89Y5 | | Notice Type<br>**Original Award Notice** |
| | | | Updated Date<br>**Dec 1, 2022** |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>NETWORK CONTRACT OFFICE 19<br>(36C259) | Published Date<br>**Nov 30, 2022** |

### V225—Ambulance Services Eastern Oklahoma VA Health Care System

Inactive

**Notice ID: 36C25923D0002**

Contract Opportunities

...

| Awardee<br>MUSKOGEE COUNTY EMS | Unique Entity ID<br>WUHJDATD89Y5 | | Notice Type<br>**Original Award Notice** |
| | | | Updated Date<br>**Dec 1, 2022** |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>NETWORK CONTRACT OFFICE 19<br>(36C259) | Published Date<br>**Nov 30, 2022** |

### V225— Ambulance Contract (Tuscaloosa)

Inactive

**Notice ID: 36C24722Q0901**

Contract Opportunities

SOURCES SOUGHT NOTICE Ambulance Services (Tuscaloosa) The Department of
Veterans Affairs Tuscaloosa Veterans Affairs Medical Center seeks interested...

Current Response Date
**December 19, 2022 at 11:59 PM EST**

| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) | Notice Type<br>**Updated Sources Sought**<br>Updated Date<br>**Dec 1, 2022** (3)<br>Published Date<br>**Dec 1, 2022** |

### V225—Emergency Ambulance Services- Brooklyn

Inactive

**Notice ID: 36C24223Q0048**

Contract Opportunities

The New York Harbor Healthcare System has a requirement for 24-hour Ambulance
service to transport eligible beneficiaries of the medical center for me...

Notice Type
**Original Award Notice**

| Awardee<br>RICHMOND COUNTY AMBULANCE<br>SERVICE INC | Unique Entity ID<br>NMFGTX1G7K74 | | Updated Date<br>**Nov 23, 2022** |
| | | | Published Date<br>**Oct 24, 2022** |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>242-NETWORK CONTRACT OFFICE 02<br>(36C242) | |

### V225—Emergency Ambulance Services-Manhattan

Inactive

**Notice ID: 36C24223Q0036**

Contract Opportunities

The New York Harbor Healthcare System has a requirement for 24-hour Ambulance service to transport eligible beneficiaries of the medical center for me...

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| **CREST TRANSPORTATION SERVICES, INC.** | D1CSVP8BL1Y8 | | Updated Date |
| | | | **Nov 23, 2022** |
| | | | Published Date |
| | | | **Oct 24, 2022** |
| Department/Ind.Agency | Subtier | Office | |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) | |

---

### V225—IDIQ - New Base plus 4 OY / Non-Emergent Ambulance Services (VA-22-00019452)

**Notice ID: 36C24722R0059**

| | Inactive |
|---|---|
| | Contract Opportunities |

Questions and Responses Submitted for RFP36C24722R0059: The Small Business set aside box it checked, with a size standard of 16.5 Million. Confirm...

Current Date Offers Due
**October 24, 2022 at 02:00 PM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | **Updated Solicitation** |

Updated Date
**Nov 23, 2022** (1)

Published Date
**Oct 12, 2022**

---

### V225—Copy of Sources Sought &Presolicition Notice

**Notice ID: 36C24123Q0019**

| | Inactive |
|---|---|
| | Contract Opportunities |

Pre-Solicitation Notice for notice of intent to solicit for the requirement listed below. Network Contracting Office 1 will be soliciting for offers ...

Current Response Date
**October 28, 2022 at 01:00 PM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **Original Presolicitation** |

Updated Date
**Nov 12, 2022**

Published Date
**Oct 5, 2022**

---

### V225—Sources Sought Notice STX BLS Ambulance Transportation 36C257-22-AP-4503

**Notice ID: 36C25723Q0047**

| | Inactive |
|---|---|
| | Contract Opportunities |

THIS REQUEST FOR INFORMATION (RFI) IS ISSUED SOLELY FOR INFORMATION AND PLANNING PURPOSES ONLY AND DOES NOT CONSTITUTE A SOLICITATION. THE SUBMISSION ...

Current Response Date
**October 24, 2022 at 09:00 AM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) | **Original Sources Sought** |

Updated Date
**Oct 31, 2022**

Published Date
**Oct 13, 2022**

---

### V225—NIHCS Ambulance

**Notice ID: 36C25022Q0865**

| | Inactive |
|---|---|
| | Contract Opportunities |

...

| | | | Notice Type |
|---|---|---|---|
| Awardee | Unique Entity ID | | **Original Award Notice** |
| **ABLE AMBULANCE INC** | KT1KANPMEMY5 | | Updated Date |
| | | | **Oct 21, 2022** |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | **Sep 21, 2022** |

---

### V225—NIHCS Ambulance Services

**Notice ID: 36C25022Q0865**

| | Inactive |
|---|---|
| | Contract Opportunities |

Network Contracting Office 10 will be soliciting offers for NIHCS Ambulance Services for the VA Northern Indiana Health Care System (VANIHCS). Contra...

Current Response Date
**August 18, 2022 at 2:00 PM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | **Original Presolicitation** |

Updated Date
Oct 17, 2022

Published Date
Aug 10, 2022

## V225—36C24222Q0087 Resolicitation Ambulance (VA-22-00011606)

| Inactive |

**Notice ID: 36C24222Q1147**

| Contract Opportunities |

Pre-Solicitation Notice The Department of Veterans Affairs, Veterans Health
Administration, Network Contracting Office (NCO 2), Cheektowaga, New Yor...

Current Response Date
**September 06, 2022 at 04:00 PM EDT**

Department/Ind.Agency          Subtier
VETERANS AFFAIRS, DEPARTMENT OF    VETERANS AFFAIRS, DEPARTMENT OF

Office
242-NETWORK CONTRACT OFFICE 02
(36C242)

Notice Type
Original Presolicitation

Updated Date
Oct 6, 2022

Published Date
Aug 23, 2022

## V225—Ground Ambulance Services

| Inactive |

**Notice ID: 36C26022Q0705**

| Contract Opportunities |

SOURCES SOUGHT NOTICE This is a Sources Sought NOTICE (SSN) ONLY. The U.S.
Government is conducting market research only to determine the availabilit...

Current Response Date
**August 01, 2022 at 03:00 PM EDT**

Department/Ind.Agency          Subtier
VETERANS AFFAIRS, DEPARTMENT OF    VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

Notice Type
Original Sources Sought

Updated Date
Sep 30, 2022

Published Date
Jul 19, 2022

## V225—Sources Sought Notice VALB Ambulance Transport Services

| Inactive |

**Notice ID: 36C26222Q1533**

| Contract Opportunities |

This is a SOURCES SOUGHT ANNOUNCEMENT ONLY. It is neither a solicitation
announcement nor a request for proposals or quotes and does not obligate the...

Current Response Date
**August 29, 2022 at 03:00 PM EDT**

Department/Ind.Agency          Subtier
VETERANS AFFAIRS, DEPARTMENT OF    VETERANS AFFAIRS, DEPARTMENT OF

Office
262-NETWORK CONTRACT OFFICE 22
(36C262)

Notice Type
Original Sources Sought

Updated Date
Sep 28, 2022

Published Date
Aug 12, 2022

## V225—Urgent and Non Urgent Ambulance Transportation Services

| Inactive |

**Notice ID: 36C24122Q0775**

| Contract Opportunities |

Network Contracting Office 1 will be soliciting for offers for urgent and non urgent
ALS/BLS Ambulance transport Services for the VA Bedford Healthcar...

Current Response Date
**August 24, 2022 at 10:00 AM EDT**

Department/Ind.Agency          Subtier
VETERANS AFFAIRS, DEPARTMENT OF    VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Notice Type
Original Presolicitation

Updated Date
Sep 23, 2022

Published Date
Aug 16, 2022

## Q702—Emergency Medical Technician (EMT) with Driver Qualifications (Staffing Only) for the VA Greater Los Angeles Healthcare System

| Inactive |

**Notice ID: 36C26222Q0850**

| Contract Opportunities |

THIS REQUEST FOR INFORMATION (RFI) SOURCES SOUGHT IS ISSUED SOLELY FOR
MARKET RESEARCH AND PLANNING PURPOSES ONLY AND DOES NOT CONSTITUTE A
SOLICITA...

Current Response Date
**May 13, 2022 at 06:00 PM EDT**

Notice Type
Original Sources Sought

Department/Ind.Agency          Subtier
VETERANS AFFAIRS, DEPARTMENT OF    VETERANS AFFAIRS, DEPARTMENT OF

Office
262-NETWORK CONTRACT OFFICE 22
(36C262)

Updated Date
Aug 11, 2022

Published Date
May 6, 2022

## Q999—ECMO patient care throughout transport

Notice ID: 36C26122Q0317

Sources Sought Notice For Mechanical Circulatory Support (MCS) and
Extracorporeal Membrane Oxygenation (ECMO) Ambulance Transportation– San
Francisc...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

<div>Inactive</div>
<div>Contract Opportunities</div>

Current Response Date
May 13, 2022 at 06:00 PM EDT
Notice Type
Original Sources Sought
Updated Date
Aug 11, 2022
Published Date
Apr 29, 2022

## V225—Mountain Home VA Medical Center Non-emergent Ambulance Services

Notice ID: 36C24922R0088

The Department of Veterans Affairs (VA), Network Contracting Office (NCO) 9, on
behalf of the James H. Quillen VA Medical Center is issuing this pre-s...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

<div>Inactive</div>
<div>Contract Opportunities</div>

Current Response Date
July 21, 2022 at 06:00 PM EDT
Notice Type
Original Presolicitation
Updated Date
Aug 5, 2022
Published Date
Jul 6, 2022

## V225—St Cloud Ambulance Service - Base Yr 656C20098

Notice ID: 36C26322Q0658

...

| Awardee | Unique Entity ID |
|---|---|
| MAYO CLINIC AMBULANCE | X1JTRN8WQCL5 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 23 (36C263) |

<div>Inactive</div>
<div>Contract Opportunities</div>

Notice Type
Original Award Notice
Updated Date
Jul 30, 2022
Published Date
Jun 30, 2022

## V225—Ambulance (VA-22-00011606)

Notice ID: 36C24222Q0087

Pre-Solicitation Notice The Department of Veterans Affairs, Veterans Health
Administration, Network Contracting Office (NCO 2), Cheektowaga, New York...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

<div>Inactive</div>
<div>Contract Opportunities</div>

Current Response Date
June 20, 2022 at 04:00 PM EDT
Notice Type
Original Presolicitation
Updated Date
Jul 20, 2022
Published Date
Jun 3, 2022

## V225—Special Mode Transportation (Memphis)

Notice ID: 36C24922Q0404

This is a Sources Sought notice. This is NOT a solicitation for proposals, proposal
abstracts, or quotations. The purpose of this notice is to obtain ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

<div>Inactive</div>
<div>Contract Opportunities</div>

Current Response Date
June 15, 2022 at 11:00 AM EDT
Notice Type
Original Sources Sought
Updated Date
Jul 15, 2022
Published Date
Jun 1, 2022

## V225—Ambulance Services (VA-22-00011606)

<div>Inactive</div>

**Notice ID: 36C24222Q0087**

This is a SOURCES SOUGHT NOTICE only. This is not a request for formal proposals or quotes. No formal solicitation document exists at this time. This ...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Contract Opportunities

Current Response Date
**May 10, 2022 at 11:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 9, 2022
Published Date
May 5, 2022

---

## V225—Air Ambulance (VA-22-00056117)

Inactive

Contract Opportunities

**Notice ID: 36C26322Q0478**

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | |
| AIRMED INTERNATIONAL, LLC | ML16HF6JGDZ6 | |
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 23 (36C263) |

Notice Type
**Original Award Notice**
Updated Date
Jul 8, 2022
Published Date
Jun 23, 2022

---

## V225—36C24922Q0321 Non-Emergent Ambulance Services Mountain Home VA Medical Center

Inactive

Contract Opportunities

**Notice ID: 36C24922Q0321**

Request for Information 36C24922Q0321 On behalf of the James H. Quillen VA Medical Center, Network Contracting Office (NCO) 9 is issuing this Sources ...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

Current Response Date
**May 04, 2022 at 09:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 3, 2022
Published Date
Apr 20, 2022

---

## V225—621-23-1-825-0001

Inactive

Contract Opportunities

**Notice ID: 36C24922Q0291**

Request for Information 36C24922Q0283 On behalf of the James H. Quillen VA Medical Center, Network Contracting Office (NCO) 9 is issuing this Sources ...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

Current Response Date
**May 04, 2022 at 09:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 3, 2022
Published Date
Apr 6, 2022

---

## V225—Ambulance Services for Augusta VA (Georgia)

Inactive

Contract Opportunities

**Notice ID: 36C24722R0046**

DEPARTMENT OF VETERANS AFFAIRS NETWORK CONTRACTING OFFICEÂ 07Â (NCOÂ 7)Â DESCRIPTION: This is a Pre-Solicitation Notice for emergent and non-emerge...

| | | |
|---|---|---|
| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Current Response Date
**March 24, 2022 at 03:00 AM EDT**
Notice Type
**Original Presolicitation**
Updated Date
Jun 22, 2022
Published Date
Feb 8, 2022

---

## V225—Ambulance Transportation Services 508-22-1-2721-0003

Inactive

Contract Opportunities

**Notice ID: 36C24722R0029**

Presolicitation Notice Presolicitation Notice Page 3 of 3 Presolicitation Notice *=Required Field Presolicitation Notice Page 1 of 3 SUBJECT* Ambu...

Current Response Date
**March 15, 2022 at 02:00 PM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | Original Presolicitation |

Updated Date
Jun 22, 2022

Published Date
Jan 31, 2022

---

## V225—Cleveland Ambulance Transportation Services

Inactive

**Notice ID: 36C25022R0053**

Contract Opportunities

This is a pre-solicitation announcement for the Department of Veterans Affairs, Louis Stokes Cleveland VA Medical Center, Ohio, 44106. Network Contrac...

Current Response Date
**April 19, 2022 at 03:00 PM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | Original Presolicitation |

Updated Date
Jun 18, 2022

Published Date
Mar 7, 2022

---

## V225—ALS/BLS AMBULANCE TRANSPORTATION SERVICES VA PROVIDENCE RI HEALTHCARE SYSTEM

Inactive

**Notice ID: 36C24122Q0099**

Contract Opportunities

The Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24121Q0099 for Acute Life Support (ALS)...

Current Response Date
**February 21, 2022 at 2:00 PM EST**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | Updated Presolicitation |

Updated Date
Jun 7, 2022 (1)

Published Date
Apr 13, 2022

---

## V225—Ambulance Service (Lexington)

Inactive

**Notice ID: 36C24922Q0332**

Contract Opportunities

This is a Sources Sought notice. This is NOT a solicitation for proposals, proposal abstracts, or quotations. The purpose of this notice is to obtain ...

Current Response Date
**May 06, 2022 at 11:00 AM EDT**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) | Original Sources Sought |

Updated Date
Jun 5, 2022

Published Date
Apr 27, 2022

---

## V225—Ground Ambulance Svcs - 663

Inactive

**Notice ID: 36C26022P0464**

Contract Opportunities

VHAPG Part 813.5 Simplified Acquisition Procedures for Certain Commercial Items Attachment 1: Request for Sole Source Justification Template >SAT-$7.5...

Notice Type
**Original Justification**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Updated Date
Jun 2, 2022

Published Date
May 3, 2022

---

## V225—ALS/ BLS AMBULANCE SERVICES - CWM HEALTHCARE SYSTEM

Inactive

**Notice ID: 36C24121Q0180**

Contract Opportunities

This is an amendment to update the solicitation timeline for solicitation 36C24121Q0180, ALS/BLS Ambulance Transportation Services for the VA Central ...

Current Date Offers Due
**December 22, 2021 at 1:00 PM EST**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | Updated Solicitation |

Updated Date
May 31, 2022 (1)

Published Date
Dec 21, 2021

## V225—Ambulance Services

Notice ID: 36C24721R0136

Inactive

Contract Opportunities

...

| | | Notice Type |
|---|---|---|
| Awardee | Unique Entity ID | **Original Award Notice** |
| EXCELSIOR AMBULANCE SERVICE, INC. | YJ84E2WDYJH7 | Updated Date |
| | | **May 11, 2022** |

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | **Feb 1, 2022** |

## V212—Sources Sought: Ambulance Services in Montana (4/1/22 start) and Oklahoma (4/1/22 start) for VA Medical Centers and VA Clinics

Notice ID: 36C25922Q0187

Inactive

Contract Opportunities

This is NOT a solicitation or request for quote (RFQ). This is NOT a request for proposal (RFP). This is NOT a job advertisement for hiring employe
...

Current Response Date
**March 09, 2022 at 10:00 AM EST**

Notice Type
**Updated Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) | **May 8, 2022** (1) |

Published Date
**Feb 23, 2022**

## V225—Connecticut Veterans Administration Ambulance Service

Notice ID: 36C24122Q0380

Inactive

Contract Opportunities

Page 1 of 1 Page 1 of 16 Page 1 of 1 INTRODUCTION: This Sources Sought notice is for information and planning purposes only and shall not be construed...

Current Response Date
**April 01, 2022 at 12:00 PM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **May 1, 2022** |

Published Date
**Mar 25, 2022**

## V225—Ground Ambulance Svcs - White City, VA

Notice ID: 36C26022Q0284

Inactive

Contract Opportunities

1. The Department of Veterans Affairs, NCO 20, intends to solicit quotes for Ambulance Services, White City VA Medical Center, White City, Oregon. A S...

Current Response Date
**March 24, 2022 at 03:00 PM EDT**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | **Apr 23, 2022** |

Published Date
**Mar 10, 2022**

## V225—Non-Emergent Ambulance Services

Notice ID: 36C24722Q0158

Inactive

Contract Opportunities

Page 3 of 3 Sources Sought Notice: Non-Emergency Ambulance Services DESCRIPTION: This is a Sources Sought / Request for Information (RFI) to det...

Current Response Date
**January 03, 2022 at 12:00 PM EST**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | **Apr 12, 2022** |

Published Date
**Dec 6, 2021**

### V225—ALS/BLS-Ambulance Services-VAMC West Palm Beach, Florida

Inactive

Contract Opportunities

**Notice ID:** 36C24822Q0235

Page 1 of 1 Synopsis This is a pre-solicitation announcement for the Department of Veterans Affairs, West Palm Beach, VA Medical Center, West Palm Bea...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Current Response Date
**January 26, 2022 at 02:00 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Mar 27, 2022**

Published Date
**Jan 12, 2022**

---

### V225—Ambulance ALS/BLS Fayetteville

Inactive

Contract Opportunities

**Notice ID:** 36C24622Q0368

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 6 has a need for BLS/ALS Ambulance Services. The contractor shall ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
**February 04, 2022 at 12:00 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Mar 6, 2022**

Published Date
**Feb 25, 2022**

---

### V225—Providence Ambulance Needed by 06/29/2022

Inactive

Contract Opportunities

**Notice ID:** 36C24122Q0099

1. INTRODUCTION: This Sources Sought notice is for information and planning purposes only and shall not be construed as a solicitation or as an obliga...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Current Response Date
**December 23, 2021 at 03:00 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 21, 2022**

Published Date
**Nov 26, 2021**

---

### V225—Ambulance Services for the Corporal Michael J. Crescenz Veterans Affairs Medical Center in Philadelphia, PA

Inactive

Contract Opportunities

**Notice ID:** 36C24422Q0316

The Department of Veterans Affairs intends to award a sole source firm fixed price Indefinite Delivery Indefinite Quantity contract to Lifeline Medica...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Notice Type
**Original Justification**

Updated Date
**Feb 16, 2022**

Published Date
**Jan 27, 2022**

---

### V225—Erie VAMC Ambulance Services

Inactive

Contract Opportunities

**Notice ID:** 36C24421Q0562

DISCLAIMER This Sources sought is issued solely for information and planning purposes only and does not constitute a solicitation. All information re...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Current Response Date
**November 09, 2021 at 09:00 AM EST**

Notice Type
**Updated Sources Sought**

Updated Date
**Feb 16, 2022 (3)**

Published Date
**Nov 1, 2021**

---

### V225—Cleveland Ambulance Transportation Services

Inactive

Contract Opportunities

**Notice ID:** 36C25022Q0151

In accordance with FAR Part 10, Market Research, this is a sources sought to determine the availability of potential sources/vendors having the skills...

Current Response Date
**December 10, 2021 at 03:00 PM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Original Sources Sought**

Updated Date
**Feb 8, 2022**

Published Date
**Dec 2, 2021**

---

### V225—629-22-1-159-0003, Wheel Chair Van Services FY 22 (VA-22-00007015)

Inactive

Notice ID: 36C25622Q0053

Contract Opportunities

The contract award (36C25622D0020) is hereby awarded to Navarre Corporation with an effective date of December 1, 2021. The estimated award amount is...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| NAVARRE CORPORATION | EX9MLJ3UZQN1 |

Updated Date
**Feb 4, 2022**

Published Date
**Dec 6, 2021**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

---

### V225—ALS/ BLS AMBULANCE SERVICES - CWM HEALTHCARE SYSTEM 3/25/2022

Inactive

Notice ID: 36C24121Q0180

Contract Opportunities

The Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24121Q0180 for Acute Life Support (ALS)...

Current Response Date
**November 30, 2021 at 03:00 PM EST**

Notice Type
**Updated Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Updated Date
**Jan 29, 2022** (4)

Published Date
**Oct 15, 2021**

---

### V225—SHORT TERM STX Special Mode Transportation Services

Inactive

Notice ID: 36C25722P0147A

Contract Opportunities

...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| ACADIAN AMBULANCE SERVICE, INC. | GJV5W9KERGR1 |

Updated Date
**Jan 24, 2022**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Published Date
**Jan 19, 2022**

---

### V225—Ambulance Services for the Corporal Michael J. Crescenz VA Medical Center in Philadelphia, PA

Inactive

Notice ID: 36C24421R0065

Contract Opportunities

...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| LIFELINE MEDICAL SERVICES INC | DXAELJ65NV95 |

Updated Date
**Jan 20, 2022**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Published Date
**Dec 21, 2021**

---

### V225— Bronx Ambulance ALS/BLS Services

Inactive

Notice ID: 36C24221Q1000

Contract Opportunities

Indefinite Quantity Indefinite Delivery Requirements Contract for Ambulance ALS/BLS Services at Bronx VA Medical Center. Period of Performance: Base ...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| AMBULNZ HOLDINGS, LLC | V1HAJCKH4FU6 |

Updated Date
**Jan 17, 2022**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Published Date
**Nov 18, 2021**

## V225—AMBULANCE SERVICE

**Notice ID:** 36C26222Q0059

Award Notice Award Notice Page 3 of 3 Award Notice *= Required FieldAward Notice Page 1 of 3 SUBJECT* AMBULANCE SERVICE GENERAL INFORMATION CONTR…

| | |
|---|---|
| Awardee<br>**LIBERTY AMBULANCE LLC** | Unique Entity ID<br>**H49UJ66N2WE7** |

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
**262-NETWORK CONTRACT OFFICE 22 (36C262)**

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Jan 5, 2022**

Published Date
**Dec 6, 2021**

---

## V225—AMBULANCE SERVICE

**Notice ID:** 36C26222Q0059

Intent to Sole Source The Department of Veterans Affairs, VHA Regional Procurement Office - West, located at 4811 Airport Plaza Drive, Long Bea…

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
**262-NETWORK CONTRACT OFFICE 22 (36C262)**

Inactive

Contract Opportunities

Notice Type
**Updated Special Notice**

Updated Date
**Dec 26, 2021 (1)**

Published Date
**Dec 6, 2021**

---

## V225—NON-EMERGENT AMBULANCE & WHEELCHAIR TRANSPORT SERVICES MOBILE OUTPATIENT CLINIC

**Notice ID:** 36C25621Q1754

Contract award is a zero-dollar ($0.00) award to be funded in Fiscal Year 2022 (FY22) pending availability of funds. Awarded Contract Cost Breakdow…

| | |
|---|---|
| Awardee<br>**LIFEGUARD AMBULANCE SERVICE LLC** | Unique Entity ID<br>**NA** |

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
**256-NETWORK CONTRACT OFFICE 16 (36C256)**

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Dec 23, 2021**

Published Date
**Sep 15, 2021**

---

## V225— Hudson Valley New ALS/BLS Ambulance Contract Task Order

**Notice ID:** 36C24221Q0927

…

| | |
|---|---|
| Awardee<br>**AMBULNZ HOLDINGS, LLC** | Unique Entity ID<br>**V1HAJCKH4FU6** |

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
**242-NETWORK CONTRACT OFFICE 02 (36C242)**

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Dec 14, 2021**

Published Date
**Oct 15, 2021**

---

## V225—AMBULANCE SERVICES

**Notice ID:** 36C25621Q1754

Page 2 of 2 This is a PRESOLICITATION NOTICE only. The Department of Veteran Affairs, Network Contracting Office (NCO) 16, has a requirement for non…

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
**256-NETWORK CONTRACT OFFICE 16 (36C256)**

Inactive

Contract Opportunities

Current Response Date
**September 03, 2021 at 02:00 PM EDT**

Notice Type
**Original Presolicitation**

Updated Date
**Dec 2, 2021**

Published Date
**Aug 30, 2021**

---

## V225—Air Ambulance Services for the San Francisco Veterans Affairs Medical Center (SFVAMC)

**Notice ID:** 36C26121Q0598

…

| | |
|---|---|
| Awardee<br>**AIRMED INTERNATIONAL, LLC** | Unique Entity ID<br>**ML16HF6JGDZ6** |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Nov 30, 2021**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | Oct 1, 2021 |

### V225—AMBULANCE SERVICES

Inactive

**Notice ID:** 36C25621Q1754

Contract Opportunities

Page 2 of 2 This is a PRESOLICITATION NOTICE only. The Department of Veteran Affairs, Network Contracting Office (NCO) 16, has a requirement for non...

Current Date Offers Due
**August 31, 2021 at 02:00 PM EDT**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) | **Original Solicitation** |

Updated Date
**Nov 29, 2021**

Published Date
**Aug 30, 2021**

### V225—(552-C20026) Ambulance Srv (Day) | Bridge Contract | POP: 11/1/21 - 10/31/22

Inactive

**Notice ID:** 36C25022Q0004

Contract Opportunities

...

Notice Type
**Original Award Notice**

| | | |
|---|---|---|
| Awardee | Unique Entity ID | |
| WESTERN-STAR HOSPITAL AUTHORITY, INC. | VHWNN5PDZ2N9 | |

Updated Date
**Nov 25, 2021**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | Oct 26, 2021 |

### V225—Non Emergent & Emergent Ambulance Ground Services

Inactive

**Notice ID:** 36C24721R0136

Contract Opportunities

DEPARTMENT OF VETERANS AFFAIRS NETWORK CONTRACTING OFFICEÃ 07Ã (NCOÃ 7)Ã DESCRIPTION: This is a Pre-Solicitation Notice for emergent and non-emerge...

Current Response Date
**August 13, 2021 at 05:00 PM EDT**

Notice Type
**Original Presolicitation**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Updated Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | **Nov 20, 2021** |

Published Date
**Aug 3, 2021**

### V225—AMBULANCE SERVICES

Inactive

**Notice ID:** 36C25621Q1533

Contract Opportunities

Page 2 of 2 This is a PRESOLICITATION NOTICE only. The Department of Veteran Affairs, Network Contracting Office (NCO) 16, has a requirement for non...

Current Date Offers Due
**August 19, 2021 at 02:00 PM EDT**

Notice Type
**Original Solicitation**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Updated Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) | **Nov 17, 2021** |

Published Date
**Aug 4, 2021**

### V225—AMBULANCE SERVICES

Inactive

**Notice ID:** 36C25621Q1533

Contract Opportunities

Page 2 of 2 This is a PRESOLICITATION NOTICE only. The Department of Veteran Affairs, Network Contracting Office (NCO) 16, has a requirement for non...

Current Response Date
**August 19, 2021 at 02:00 PM EDT**

Notice Type
**Original Presolicitation**

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | Updated Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) | **Nov 17, 2021** |

Published Date
**Aug 4, 2021**

### V225—520-22-1-826-0003 - AMBULANCE SERVICES Rene

Inactive

Contract Opportunities

**Notice ID: 36C25621Q1533**

1 The Gulf Coast Veterans Health Care System (GCVHCS), Network Contracting Office (NCO) 16, Biloxi, MS, is issuing a combined synopsis / solicitation...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Current Date Offers Due
**August 19, 2021 at 02:00 PM EDT**

Notice Type
**Original Combined Synopsis/Solicitation**

Updated Date
Nov 17, 2021

Published Date
Aug 4, 2021

---

### V225—ALS & BLS AMBULANCE TRANSPORT SVCS- VAMC NORTHAMPTON MA

Inactive

Contract Opportunities

**Notice ID: 36C24121Q0073**

1. INTRODUCTION: This Sources Sought notice is for information and planning purposes only and shall not be construed as a solicitation or as an obliga...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Current Response Date
**November 10, 2020 at 03:00 PM EST**

Notice Type
**Updated Sources Sought**

Updated Date
Nov 15, 2021 (1)

Published Date
Oct 15, 2021

---

### V225—Ambulance Services | Cape Girardeau VAPOC

Inactive

Contract Opportunities

**Notice ID: 36C25522Q0016**

THIS IS NOT A SOLICITATION. This is a Sources Sought (SS) notice issued in accordance with FAR 15.201(e) to conduct market research. This SS is issu...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Current Response Date
**October 12, 2021 at 05:30 PM EDT**

Notice Type
**Original Sources Sought**

Updated Date
Nov 11, 2021

Published Date
Oct 5, 2021

---

### V225—Beneficiary Ambulance Services for VAMC Durham

Inactive

Contract Opportunities

**Notice ID: 36C24621Q0886**

This is a Pre-solicitation notice. This Pre-solicitation notice is not a request for formal quotes. Solicitation, 36C24621Q0886, will be issued on or...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Date Offers Due
**August 30, 2021 at 10:00 AM EDT**

Notice Type
**Original Solicitation**

Updated Date
Oct 29, 2021

Published Date
Aug 27, 2021

---

### V225—Beneficiary Ambulance Services for VAMC Durham

Inactive

Contract Opportunities

**Notice ID: 36C24621Q0886**

This is a Pre-solicitation notice. This Pre-solicitation notice is not a request for formal quotes. Solicitation, 36C24621Q0886, will be issued on or...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Notice Type
**Original Presolicitation**

Updated Date
Oct 25, 2021

Published Date
Aug 26, 2021

---

### V225—Hudson Valley ALS/BLS Ambulance Contract

Inactive

Contract Opportunities

**Notice ID: 36C24221Q0927**

Indefinite Quantity Indefinite Delivery Requirements Contract for Ambulance
ALS/BLS Services at Hudson Valley VA Healthcare System. Period of Performa...

| | | | |
|---|---|---|---|
| | | | Notice Type<br>**Original Award Notice** |
| Awardee<br>AMBULNZ HOLDINGS, LLC | Unique Entity ID<br>NA | | Updated Date<br>Oct 24, 2021 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>242-NETWORK CONTRACT OFFICE 02<br>(36C242) | Published Date<br>Aug 25, 2021 |

### V225—Non-emergent ambulance services and wheelchair transport services

**Notice ID:** 36C25621Q1454

This is a SOURCES SOUGHT NOTICE ONLY. This SOURCE SOUGHT NOTICE is for the
purpose of Market Research. Response to this notice will be used for inf...

| | | | |
|---|---|---|---|
| | | | Current Response Date<br>July 23, 2021 at 03:00 PM EDT |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>256-NETWORK CONTRACT OFFICE 16<br>(36C256) | Notice Type<br>Original Sources Sought<br><br>Updated Date<br>Oct 21, 2021<br><br>Published Date<br>Jul 15, 2021 |

Inactive

Contract Opportunities

### V225—Ambulance Services for Department of Veterans Affairs (Augusta GA)

**Notice ID:** 36C24721Q1297

Contracting Office Information: Department of Veterans Affairs Network Contracting
Office 7 700 19th Street South Birmingham AL 35333 Synopsis: Pl...

| | | | |
|---|---|---|---|
| | | | Current Response Date<br>September 15, 2021 at 10:00 AM EDT |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) | Notice Type<br>Original Sources Sought<br><br>Updated Date<br>Oct 15, 2021<br><br>Published Date<br>Sep 9, 2021 |

Inactive

Contract Opportunities

### V225—Fixed Wing Air Ambulance for the SAN FRANCISCO VETERANS AFFAIRS MEDICAL CENTER (SFVAMC)

**Notice ID:** 36C26121Q0598

Network Contracting Office 21 (NCO 21) plans to issue a Request for Quote (RFQ) for
fixed-wing air ambulance services for the San Francisco Veterans A...

| | | | |
|---|---|---|---|
| | | | Current Response Date<br>August 13, 2021 at 03:00 PM EDT |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>261-NETWORK CONTRACT OFFICE 21<br>(36C261) | Notice Type<br>Original Presolicitation<br><br>Updated Date<br>Oct 12, 2021<br><br>Published Date<br>Jun 29, 2021 |

Inactive

Contract Opportunities

### V225—Salem VAMC Beneficiary Travel Ambulance Services

**Notice ID:** 36C24621Q0590

...

| | | | |
|---|---|---|---|
| | | | Notice Type<br>**Original Award Notice** |
| Awardee<br>WESTERN-STAR HOSPITAL<br>AUTHORITY, INC. | Unique Entity ID<br>VHWNN5PDZ2N9 | | Updated Date<br>Oct 11, 2021 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>246-NETWORK CONTRACTING OFFICE<br>6 (36C246) | Published Date<br>Sep 11, 2021 |

Inactive

Contract Opportunities

### Non-Emergent Ambulance Services

**Notice ID:** 36C24721C0208

Non-Competitive Contract Action in accordance with FAR 6.302-2 Unusual and
Compelling Urgency. Emergency contract put into place, while original Co
...

| | | |
|---|---|---|
| | | Notice Type<br>**Original Award Notice** |
| Awardee | Unique Entity ID<br>CMPTK6TGJ9B7 | Updated Date<br>Oct 6, 2021<br><br>Published Date |

Inactive

Contract Opportunities

MEDSHORE AMBULANCE SERVICE,                                    Sep 23, 2021
INC.

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

---

## V225—Ambulance Services

**Notice ID: 36C24221Q1325**

This procurement is for Ambulance Services in accordance with FAR 13.5 Simplified Procedures for Certain Commercial Items and specifically FAR 13.5
...

| Awardee | Unique Entity ID |
|---|---|
| RICHMOND COUNTY AMBULANCE SERVICE INC | NA |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Inactive

Contract Opportunities

Notice Type
**Updated Award Notice**

Updated Date
Oct 3, 2021 (1)

Published Date
Sep 3, 2021

---

## V225—Ambulance Services

**Notice ID: 36C24221Q1095**

NOTICE OF INTENT. The Department of Veterans Affairs, Network Contracting Office 2 intends to solicit and award a sole-source, firm-fixed-price, Re
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Inactive

Contract Opportunities

Notice Type
**Updated Special Notice**

Updated Date
Oct 1, 2021 (1)

Published Date
Sep 1, 2021

---

## V225—Salem VAMC Beneficiary Travel Ambulance Services

**Notice ID: 36C24621Q0590**

The purpose of this amendment is to provide the government's response to the technical questions received by the agency

a. See pa
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Inactive

Contract Opportunities

Current Date Offers Due
**June 11, 2021 at 10:00 AM EDT**

Notice Type
**Updated Solicitation**

Updated Date
Sep 26, 2021 (6)

Published Date
Jun 4, 2021

---

## V225—Ambulance Services

**Notice ID: 36C24221Q1325**

NOTICE OF INTENT. The Department of Veterans Affairs, Network Contracting Office 2 intends to solicit and award a sole-source, firm-fixed-price, Re
...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Inactive

Contract Opportunities

Notice Type
**Updated Special Notice**

Updated Date
Sep 25, 2021 (1)

Published Date
Aug 26, 2021

---

## V225—Bronx Ambulance Services

**Notice ID: 36C24221Q1000**

Action Code: This is a pre-solicitation notice. Date: 6/15/2021 Contracting Office Address: James J. Peters Bronx VA Medical Center 130 W. Kingsbri...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Inactive

Contract Opportunities

Current Response Date
**July 15, 2021 at 12:00 PM EDT**

Notice Type
**Original Presolicitation**

Updated Date
Sep 13, 2021

Published Date
Jun 15, 2021

### V225—Fixed Wing Air Ambulance for the SAN FRANCISCO VETERANS AFFAIRS MEDICAL CENTER (SFVAMC)

**Notice ID:** 36C26121Q0598

Network Contracting Office 21 (NCO 21) plans to issue a Request for Quote (RFQ) for fixed-wing air ambulance services for the San Francisco Veterans A...

| Inactive |
| Contract Opportunities |

**Current Date Offers Due**
August 13, 2021 at 03:00 PM EDT

**Notice Type**
**Updated Solicitation**

**Department/Ind.Agency**
VETERANS AFFAIRS, DEPARTMENT OF

**Subtier**
VETERANS AFFAIRS, DEPARTMENT OF

**Office**
261-NETWORK CONTRACT OFFICE 21
(36C261)

**Updated Date**
Sep 12, 2021 (1)

**Published Date**
Aug 4, 2021

---

### V225—Bronx Ambulance Services

**Notice ID:** 36C24221Q1000

Action Code: This is a pre-solicitation notice. Date: 6/15/2021 Contracting Office Address: James J. Peters Bronx VA Medical Center 130 W. Kingsbri...

| Inactive |
| Contract Opportunities |

**Current Date Offers Due**
July 27, 2021 at 02:00 PM EDT

**Notice Type**
**Updated Solicitation**

**Department/Ind.Agency**
VETERANS AFFAIRS, DEPARTMENT OF

**Subtier**
VETERANS AFFAIRS, DEPARTMENT OF

**Office**
242-NETWORK CONTRACT OFFICE 02
(36C242)

**Updated Date**
Aug 26, 2021 (2)

**Published Date**
Jul 22, 2021

---

### V225—Hudson Valley New ALS/BLS Ambulance Contract

**Notice ID:** 36C24221Q0927

Action Code: This is a pre-solicitation notice. Date: 5/24/2021 Contracting Office Address: Hudson Valley VAHCS NCO 2 2094 Albany Post Road Mont...

| Inactive |
| Contract Opportunities |

**Current Date Offers Due**
July 13, 2021 at 12:00 PM EDT

**Notice Type**
**Updated Solicitation**

**Department/Ind.Agency**
VETERANS AFFAIRS, DEPARTMENT OF

**Subtier**
VETERANS AFFAIRS, DEPARTMENT OF

**Office**
242-NETWORK CONTRACT OFFICE 02
(36C242)

**Updated Date**
Aug 12, 2021 (3)

**Published Date**
Jul 7, 2021

---

### V225—Hudson Valley New ALS/BLS Ambulance Contract

**Notice ID:** 36C24221Q0927

Action Code: This is a pre-solicitation notice. Date: 5/24/2021 Contracting Office Address: Hudson Valley VAHCS NCO 2 2094 Albany Post Road Mont...

| Inactive |
| Contract Opportunities |

**Current Response Date**
July 09, 2021 at 12:00 PM EDT

**Notice Type**
**Updated Presolicitation**

**Department/Ind.Agency**
VETERANS AFFAIRS, DEPARTMENT OF

**Subtier**
VETERANS AFFAIRS, DEPARTMENT OF

**Office**
242-NETWORK CONTRACT OFFICE 02
(36C242)

**Updated Date**
Aug 3, 2021 (1)

**Published Date**
Jun 14, 2021

---

### V225—SERVICE: FY21 Cardiovascular Ambulance Contract

**Notice ID:** 36C24821Q0953

...

| Inactive |
| Contract Opportunities |

**Awardee**
CARIBE MEDICAL SUPPLY INC

**Unique Entity ID**
YDXMYG137PN1

**Notice Type**
**Original Award Notice**

**Department/Ind.Agency**
VETERANS AFFAIRS, DEPARTMENT OF

**Subtier**
VETERANS AFFAIRS, DEPARTMENT OF

**Office**
248-NETWORK CONTRACT OFFICE 8
(36C248)

**Updated Date**
Jul 29, 2021

**Published Date**
Jul 9, 2021

---

### V225—Ambulance Transportation Services - trips from Montana VA Health Care System to location in the counties and to the airport. 100% SB Set Aside.

**Notice ID:** 36C25921Q0449

| Inactive |
| Contract Opportunities |

The Montana VA Health Care System requires a qualified contractor to provide 24/7 ambulance services that result in timely, safe transportation of ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

Current Date Offers Due
**June 02, 2021 at 03:00 PM EDT**
Notice Type
**Updated Solicitation**
Updated Date
Jul 26, 2021 (1)
Published Date
Jun 1, 2021

---

### V225—FY21: Cardiovascular Ambulance Contract

**Notice ID: 36C24821Q0953**

[ Inactive ]

[ Contract Opportunities ]

Page 7 of 7 SCOPE: The VA Caribbean Healthcare System (VACHS) has a requirement for Advanced Cardiovascular Life Support (ALS) Ambulance Services Des...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Current Response Date
**May 21, 2021 at 09:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Jul 20, 2021
Published Date
May 17, 2021

---

### V225—Ambulance Services Interim Contract

**Notice ID: 36C24421Q0720**

[ Inactive ]

[ Contract Opportunities ]

The Department of Veterans Affairs intends to award a sole source firm fixed price Indefinite Delivery Indefinite Quantity contract to Lifeline Medic...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Notice Type
**Original Justification**
Updated Date
Jul 18, 2021
Published Date
Jul 8, 2021

---

### V225—Beneficiary Ambulance Services for VAMC Durham

**Notice ID: 36C24621Q0886**

[ Inactive ]

[ Cancelled ]

[ Contract Opportunities ]

SOURCES SOUGHT NOTICE ONLY This notice does NOT constitute a request for proposal, request for quote, or invitation for bid. No formal solicitation ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
**July 07, 2021 at 10:00 AM EDT**
Notice Type
**Canceled Sources Sought**
Updated Date
Jul 1, 2021 (1)
Published Date
Jul 1, 2021

---

### V225—Ambulance Services

**Notice ID: 36C24221Q0767**

[ Inactive ]

[ Contract Opportunities ]

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Federal Acquisition Reg ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Current Date Offers Due
**May 26, 2021 at 04:00 PM EDT**
Notice Type
**Updated Combined Synopsis/Solicitation**
Updated Date
Jun 25, 2021 (1)
Published Date
May 7, 2021

---

### V225—Non-Emergent Ambulance Transportation | Wilkes-Barre |

**Notice ID: 36C24421Q0585**

[ Inactive ]

[ Contract Opportunities ]

10 DISCLAIMER This Sources Sought is issued solely for information and planning purposes only and does not constitute a solicitation. All informatio...

Current Response Date
**April 23, 2021 at 01:00 PM EDT**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>244-NETWORK CONTRACT OFFICE 4<br>(36C244) |

Notice Type
**Original Sources Sought**

Updated Date
**Jun 22, 2021**

Published Date
**Apr 14, 2021**

---

### V225—Hudson Valley New ALS/BLS Ambulance Contract

Notice ID: 36C24221Q0736

| Inactive |
|---|

| Contract Opportunities |
|---|

Please note that this is NOT a request for quotes or proposals, the Government is seeking information for market research purposes only. Network Contr...

Current Response Date
**April 23, 2021 at 03:00 PM EDT**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>242-NETWORK CONTRACT OFFICE 02<br>(36C242) |

Notice Type
**Original Sources Sought**

Updated Date
**Jun 22, 2021**

Published Date
**Apr 14, 2021**

---

### V212—Ambulance Service for Montana VA Health Care System, Fort Harrison, Montana (County Ambulance and Airport Ambulance)

Notice ID: 36C25921Q0377

| Inactive |
|---|

| Contract Opportunities |
|---|

Page 5 of 5 This is NOT a solicitation or request for quote (RFQ). This is NOT a request for proposal (RFP). This is NOT a job advertisement for hi
...

Current Response Date
**May 05, 2021 at 10:00 AM EDT**

Notice Type
**Updated Sources Sought**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>NETWORK CONTRACT OFFICE 19<br>(36C259) |

Updated Date
**Jun 19, 2021 (1)**

Published Date
**Apr 22, 2021**

---

### V225—ALS and Ambulette Nonemergency Transport-521

Notice ID: 36C24721R0064

| Inactive |
|---|

| Contract Opportunities |
|---|

Page 2 of 2 ON OR ABOUT May 04, 2021 I WILL POST AN RFP TO PROVIDE NON-EMERGENT Ambulance Services. PLEASE FILL OUT THE ATTACHED REQUEST FOR THE Pr...

Current Response Date
**June 03, 2021 at 02:00 AM EDT**

Notice Type
**Original Presolicitation**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) |

Updated Date
**Jun 13, 2021**

Published Date
**May 3, 2021**

---

### V225—Ground Ambulance Services for the VA San Francisco Health Care System (SFVAHCS)

Notice ID: 36C26121Q0192

| Inactive |
|---|

| Contract Opportunities |
|---|

...

Awardee
**AMERICAN MEDICAL RESPONSE WEST**

Unique Entity ID
**CW1FZVMEXLG9**

Notice Type
**Original Award Notice**

Updated Date
**May 31, 2021**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>261-NETWORK CONTRACT OFFICE 21<br>(36C261) |

Published Date
**Apr 1, 2021**

---

### V225— ALS/BLS/SCT AMBULANCE TRANSPORTATION SVCS FOR THE VA MAINE HEALTHCARE SYSTEM

Notice ID: 36C24121Q0161

| Inactive |
|---|

| Contract Opportunities |
|---|

...

Awardee
**NORTHEAST MOBILE HEALTH SERVICES INC**

Unique Entity ID
**ECTBCG8DCND8**

Notice Type
**Original Award Notice**

Updated Date
**May 29, 2021**

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>241-NETWORK CONTRACT OFFICE 01<br>(36C241) |

Published Date
**May 14, 2021**

### V225—Base-BLS and SCT Ambulance Transports-561 (VA-20-00098743)

Inactive

**Notice ID:** 36C24221Q0452

Contract Opportunities

...

| | | |
|---|---|---|
| Awardee | Unique Entity ID | **Notice Type** |
| HVM ASSOCIATES LLC | HHMTR9RVJR29 | Original Award Notice |

**Updated Date**
May 25, 2021

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

**Published Date**
Mar 26, 2021

---

### V225—Tomah VA Medical Center Non-Emergent Ambulance Services

Inactive

**Notice ID:** 36C25221Q0393

Contract Opportunities

The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identify firms having an intere...

**Current Response Date**
March 17, 2021 at 11:00 AM EDT

**Notice Type**
Original Sources Sought

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

**Updated Date**
May 16, 2021

**Published Date**
Mar 2, 2021

---

### V225—Salem VAMC Beneficiary Travel Ambulance Services

Inactive

**Notice ID:** 36C24621Q0590

Contract Opportunities

This is a Pre-solicitation notice. This Pre-solicitation notice is not a request for formal quotes. Solicitation, 36C24621Q0590, will be issued on or...

**Current Response Date**
April 26, 2021 at 10:00 AM EDT

**Notice Type**
Original Presolicitation

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

**Updated Date**
May 11, 2021

**Published Date**
Apr 22, 2021

---

### V225—Hudson Valley New ALS/BLS Ambulance Contract

Inactive

**Notice ID:** 36C24221Q0535

Contract Opportunities

Please note that this is NOT a request for quotes or proposals, the Government is seeking information for market research purposes only. Network Contr...

**Current Response Date**
March 08, 2021 at 12:00 PM EST

**Notice Type**
Original Sources Sought

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

**Updated Date**
May 7, 2021

**Published Date**
Feb 23, 2021

---

### V225—APC: Transportation | White City Ground Ambulance | 1 year bridge POP: 4/01/2021 - 3/31/2022

Inactive

**Notice ID:** 36C26021P0444

Contract Opportunities

In accordance with FAR 13.106-1(b)(1)(i), this Notice of Intent is being issued by the Department of Veteran Affairs, Network Contracting Office (NCO)...

**Notice Type**
Original Special Notice

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

**Updated Date**
Apr 29, 2021

**Published Date**
Mar 30, 2021

---

### V225—Ambulance Transports-528A5 (VA-21-00016398)

Inactive

**Notice ID:** 36C24221Q0339

Contract Opportunities

...

**Notice Type**

Awardee
CANANDAIGUA EMERGENCY SQUAD, INC.

Unique Entity ID
UJ5SKGNP3ZQ7

Original Award Notice

Updated Date
Apr 24, 2021

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
242-NETWORK CONTRACT OFFICE 02 (36C242)

Published Date
Feb 23, 2021

---

### V225—Standby Ambulance and Crew (BLS)

Inactive

**Notice ID:** 36C25221P0609

Contract Opportunities

The Great Lakes Acquisition Center (GLAC) intends to award a sole source contract to Freedom EMS LLC for a standby ambulance and crew certified to the...

Notice Type
**Original Special Notice**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
252-NETWORK CONTRACT OFFICE 12 (36C252)

Updated Date
Apr 17, 2021

Published Date
Mar 18, 2021

---

### V225—36C26321D0047 - MPLS 4/1/2021 Ground Ambulance Transport BASE + 4 OPTN YRS

Inactive

**Notice ID:** 36C26321Q0228

Contract Opportunities

...

Awardee
NORTH MEMORIAL HEALTH CARE

Unique Entity ID
NXF5FS8NBD11

Notice Type
**Original Award Notice**

Updated Date
Apr 15, 2021

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
NETWORK CONTRACT OFFICE 23 (36C263)

Published Date
Mar 31, 2021

---

‹ | 2 | of **6** ›

Results per page
100



Feedback

**Our Website**

About This Site

Our Community

Release Notes

System Alerts

**Policies**

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

**Our Partners**

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Customer Service**

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

An official website of the United States government   Here's how you know

⚠ Entity Validation Processing **Show Details**
Oct 31, 2023                                                        ✕

**See All Alerts**

Planned Maintenance Schedule **Show Details**
Apr 3, 2022                                                          ✕

## SAM.GOV®                                                    ←

Home    Search    Data Bank    Data Services    Help

## Search

| All Words | e.g. 1606N020Q02 |

Select Domain
**All Domains**                                                    +

Filter By                                                          −

### Keyword Search

For more information on how to use our keyword search, visit our help guide

| **Simple Search** | Search Editor |

```
621910 AND "award notice"
```

999 characters left

#### Federal Organizations

| Enter Code or Name                          ▼ |

| 036 - VETERANS AFFAIRS, DEPARTMENT *Dept / Ind.*   ✕ |
| OF                                   *Agency*       |

Status                                                            ⌃

☑ Active
☑ Inactive

Reset ↻

Sort by

Showing 201 - 300 of 593 results

| Date Modified/Updated |

**V225—JBVA Ambulance Services 5 Year Ordering Period 2/14/2021 - 1/31/2026**

**Notice ID: 36C25221R0003**                                   | Inactive |

...                                                             | Contract Opportunities |

Awardee                          Unique Entity ID          Notice Type
**FREEDOM-ELITE JOINT VENTURE**                            **Original Award Notice**

MA12DRS28U36

| | | | |
|---|---|---|---|
| | | | Updated Date<br>Apr 5, 2021 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>252-NETWORK CONTRACT OFFICE 12<br>(36C252) | Published Date<br>Feb 4, 2021 |

### V225—STX Ambulance Transportation Service

Inactive

**Notice ID: 36C25721R0050**

Contract Opportunities

Sources Sought Synopsis The Department of Veterans Affairs, Veterans Integrated Service Network (VISN) 17 is issuing a Sources Sought notice as a mean...

Current Response Date
**January 26, 2021 at 01:00 PM EST**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
257-NETWORK CONTRACT OFFICE 17
(36C257)

Notice Type
**Original Sources Sought**

Updated Date
**Mar 27, 2021**

Published Date
**Jan 12, 2021**

### V225—ALS/BLS/SCT AMBULANCE - VA MAINE HEALTHCARE CENTER, TOGUS

Inactive

**Notice ID: 36C24121Q0161**

Contract Opportunities

The Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24121Q0161 for Acute Life Support (ALS)...

Current Date Offers Due
**March 15, 2021 at 03:00 PM EDT**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Notice Type
**Original Solicitation**

Updated Date
**Mar 22, 2021**

Published Date
**Feb 19, 2021**

### V225—ALS/BLS/SCT AMBULANCE - VA MAINE HEALTHCARE CENTER, TOGUS

Inactive

**Notice ID: 36C24121Q0161**

Contract Opportunities

The Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24121Q0161 for Acute Life Support (ALS)...

Notice Type
**Updated Presolicitation**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Updated Date
**Mar 19, 2021** (1)

Published Date
**Feb 19, 2021**

### V119—AMBULANCE UNIT STAND BY/INTERVENTIONAL SERVICES

Inactive

**Notice ID: 36C24621Q0391**

Contract Opportunities

SOURCES SOUGHT NOTICE ONLY This notice does NOT constitute a request for proposal, request for quote, or invitation for bid. No formal solicitation ...

Current Response Date
**March 05, 2021 at 04:00 PM EST**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
246-NETWORK CONTRACTING OFFICE
6 (36C246)

Notice Type
**Original Sources Sought**

Updated Date
**Mar 15, 2021**

Published Date
**Mar 2, 2021**

### V225—Minneapolis VA Health Care System Ground Ambulance & Litter/Gurney Transport Commence 4/1/2021 (BASE YR + 4 OPTN YRS)

Inactive

**Notice ID: 36C26321Q0228**

Contract Opportunities

This is a PRE-SOLICITATION NOTICE only. No proposals are being requested or accepted with this notice. THIS IS NOT A SOLICITATION FOR PROPOSALS OR P...

Current Date Offers Due
**February 09, 2021 at 01:00 PM EST**

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
NETWORK CONTRACT OFFICE 23
(36C263)

Notice Type
**Original Solicitation**

Updated Date
**Mar 11, 2021**

Published Date
**Jan 7, 2021**

## V225—Minneapolis VA Health Care System Ground Ambulance & Litter/Gurney Transport Commence 4/1/2021 (BASE YR + 4 OPTN YRS)

Inactive

Contract Opportunities

**Notice ID:** 36C26321Q0228

This is a PRE-SOLICITATION NOTICE only. No proposals are being requested or accepted with this notice. THIS IS NOT A SOLICITATION FOR PROPOSALS OR P...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 23 (36C263) |

Current Response Date
**February 09, 2021 at 01:00 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Mar 11, 2021**

Published Date
**Dec 23, 2020**

---

## V225—Air Ambulance Services for the San Francisco Veterans Affairs Medical Center (SFVAMC)

Inactive

Contract Opportunities

**Notice ID:** 36C26121Q0211

THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY. No Solicitation is currently available. All information contained in this Sources Sought Announcement is...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Current Response Date
**January 06, 2021 at 02:00 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Mar 7, 2021**

Published Date
**Dec 17, 2020**

---

## V225—Ground Ambulance Services for VETERANS AFFAIRS SAN FRANCISCO HEALTH CARE SYSTEM

Inactive

Contract Opportunities

**Notice ID:** 36C26121Q0192

THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY. No Solicitation is currently available. All information contained in this Sources Sought Announcement is...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Current Response Date
**January 06, 2021 at 02:00 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Mar 7, 2021**

Published Date
**Dec 17, 2020**

---

## V225—Ground Ambulance Services, White City, OR

Inactive

Contract Opportunities

**Notice ID:** 36C26021Q0316

This Request for Information (RFI) is for informational and planning purposes only and shall not be construed as a solicitation or as an obligation ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Current Response Date
**February 19, 2021 at 07:00 PM EST**

Notice Type
**Updated Sources Sought**

Updated Date
**Mar 6, 2021 (1)**

Published Date
**Feb 11, 2021**

---

## V225—Salem Beneficiary Travel Ambulance Services

Inactive

Contract Opportunities

**Notice ID:** 36C24621Q0310

SOURCES SOUGHT NOTICE ONLY This notice does NOT constitute a request for proposal, request for quote, or invitation to bid. No formal solicitation ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
**February 09, 2021 at 10:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 24, 2021**

Published Date
**Feb 2, 2021**

---

## V225—ALS and Ambulette Nonemergency Transport Svcs

Inactive

Notice ID: 36C24721Q0353                                                    | Contract Opportunities |

The Department of Veterans Affairs, Network Contracting Office (NCO) 7,          **Current Response Date**
Birmingham VA Medical Center (VAMC) intends to solicit a indefinite-quantity c...  **February 12, 2021 at 02:00 AM EST**

| | | | Notice Type |
Department/Ind.Agency          Subtier                          Office          **Original Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  247-NETWORK CONTRACT OFFICE 7
                                                                (36C247)         **Updated Date**
                                                                                 Feb 22, 2021

                                                                                 **Published Date**
                                                                                 Feb 5, 2021

---

### V999—NH and VT Non-Emergent Transportation Services                     | Inactive |

Notice ID: 36C24121Q0067                                                    | Contract Opportunities |

Veterans Health Administration, Network Contracting Office One (NCO 1) intends to  **Current Date Offers Due**
release solicitation 36C24121Q0067 for Non Emergent Transportation S...         **January 21, 2021 at 10:00 AM EST**

                                                                                 Notice Type
Department/Ind.Agency          Subtier                          Office          **Updated Solicitation**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  241-NETWORK CONTRACT OFFICE 01
                                                                (36C241)         Updated Date
                                                                                 Feb 20, 2021 (1)

                                                                                 Published Date
                                                                                 Jan 12, 2021

---

### Ground Ambulance and Related Services - VA EKHCS -Amendment 0001        | Inactive |

Notice ID: 36C25521D0017                                                    | Contract Opportunities |

Awardee                        Unique Entity ID                 Notice Type
TECHS INC                      XUKMYKYLMNS1                     **Original Award Notice**

                                                                                 Updated Date
Department/Ind.Agency          Subtier                          Office          Feb 15, 2021
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  255-NETWORK CONTRACT OFFICE 15
                                                                (36C255)         Published Date
                                                                                 Dec 31, 2020

---

### V225—Ambulance Service for Dayton VAMC                                  | Inactive |

Notice ID: 36C25021Q0150                                                    | Contract Opportunities |

...

Awardee                        Unique Entity ID                 Notice Type
OHIO MEDICAL TRANSPORT, LLC     HA47RLGPLP58                    **Original Award Notice**

                                                                                 Updated Date
Department/Ind.Agency          Subtier                          Office          Feb 11, 2021
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  250-NETWORK CONTRACT OFFICE 10
                                                                (36C250)         Published Date
                                                                                 Feb 9, 2021

---

### V225—Sources Sought for Ambulance Services Salisbury VA Health Care Service (SVAHCS)   | Inactive |

Notice ID: 36C24621Q0215                                                    | Contract Opportunities |

Page 3 of 3 DEPARTMENT OF VETERANS AFFAIRS Network Contracting Office 6 (NCO    **Current Response Date**
6) Sources Sought 36C24621Q0215 In accordance with FAR 15.201(e), resp...       **January 11, 2021 at 05:30 PM EST**

                                                                                 Notice Type
Department/Ind.Agency          Subtier                          Office          **Original Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  246-NETWORK CONTRACTING OFFICE
                                                                6 (36C246)       Updated Date
                                                                                 Feb 10, 2021

                                                                                 Published Date
                                                                                 Jan 5, 2021

---

### V229—VAMC NORTHAMPTON WHEELCHAIR VAN (SPECIAL MODE) TRANSPORTATION SVCS   | Inactive |

Notice ID: 36C24121Q0077                                                    | Contract Opportunities |

1. INTRODUCTION: This Sources Sought notice is for information and planning      **Current Response Date**
purposes only and shall not be construed as a solicitation or as an obliga...    **November 10, 2020 at 03:00 PM EST**

                                                                                 Notice Type
Department/Ind.Agency          Subtier                          Office          **Updated Sources Sought**
VETERANS AFFAIRS, DEPARTMENT OF  VETERANS AFFAIRS, DEPARTMENT OF  241-NETWORK CONTRACT OFFICE 01
                                                                (36C241)

Updated Date
Feb 9, 2021 (1)

Published Date
Jan 27, 2021

---

## V225—Ambulance Service for Dayton VAMC

| Inactive |

**Notice ID: 36CQ25021Q0150**

| Contract Opportunities |

...

Awardee
OHIO MEDICAL TRANSPORT, LLC

Unique Entity ID
HA47RLGPLP58

Notice Type
**Original Award Notice**

Updated Date
Feb 7, 2021

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Published Date
Feb 5, 2021

---

## V211—Air Ambulance Transportation

| Inactive |

**Notice ID: 36C26121Q0282**

| Contract Opportunities |

THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY. No Solicitation is currently available. All information contained in this Sources Sought Announcement is...

Current Response Date
**January 21, 2021 at 05:00 PM EST**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Notice Type
**Original Sources Sought**

Updated Date
Feb 5, 2021

Published Date
Jan 15, 2021

---

## V999—NH and VT Non-Emergent Transportation Services

| Inactive |

**Notice ID: 36C24121Q0067**

| Contract Opportunities |

Veterans Health Administration, Network Contracting Office One (NCO 1) intends to release solicitation 36C24121Q0067 for Non Emergent Transportation S...

Current Response Date
**January 04, 2021 at 10:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Presolicitation**

Updated Date
Feb 3, 2021

Published Date
Dec 30, 2020

---

## V225—ALS/BLS/CCT AMBULANCE SERVICE - VA MAINE HEALTHCARE SYSTEM

| Inactive |

**Notice ID: 36C24121Q0161**

| Contract Opportunities |

1. INTRODUCTION: This Sources Sought announcement is for information and planning purposes only and shall not be construed as a solicitation or as an ...

Current Response Date
**January 13, 2021 at 01:00 PM EST**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Sources Sought**

Updated Date
Jan 28, 2021

Published Date
Jan 4, 2021

---

## V225—Non-Emergent Ambulance Services for the Jesse Brown VA Medical Center (JBVA) and associated Community-Based Outpatient Clinics (CBOCs) to include Stretcher Transports, BLS, ALS, CCT, and Transports of Deceased.

| Inactive |

**Notice ID: 36C25221R0003**

| Contract Opportunities |

The Department of Veterans Affairs, Great Lakes Acquisition Center (GLAC) intends to issue Solicitation 36C25221R0003 for ambulance services at the Je...

Current Date Offers Due
**December 14, 2020 at 03:00 PM EST**

Notice Type
**Updated Solicitation**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Updated Date
Jan 13, 2021 (5)

Published Date
Dec 10, 2020

### V225—Non-Emergent Ambulance Services for the Jesse Brown VA Medical Center (JBVA) and associated Community-Based Outpatient Clinics (CBOCs) to include Stretcher Transports, BLS, ALS, CCT, and Transports of Deceased.

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C25221R0003**

The Department of Veterans Affairs, Great Lakes Acquisition Center (GLAC) intends to issue Solicitation 36C25221R0003 for ambulance services at the Je...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
**Original Presolicitation**

Updated Date
**Jan 8, 2021**

Published Date
**Nov 9, 2020**

---

### V225—Non-Emergent Ambulance Services for the Jesse Brown VA Medical Center (JBVA) and associated Community-Based Outpatient Clinics (CBOCs) to include Stretcher Transports, BLS, ALS, CCT, and Transports of Deceased.

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C25221R0003**

The Department of Veterans Affairs, Great Lakes Acquisition Center (GLAC) intends to issue Solicitation 36C25221R0003 for ambulance services at the Je...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
**Original Presolicitation**

Updated Date
**Jan 8, 2021**

Published Date
**Nov 9, 2020**

---

### V225—Ambulance Services

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C24620Q1007**

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 6 has a requirement for Ambulance Services. The Contractor shall p...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Date Offers Due
**September 17, 2020 at 02:00 PM EDT**

Notice Type
**Original Solicitation**

Updated Date
**Dec 25, 2020**

Published Date
**Sep 10, 2020**

---

### V225—Ambulance Services

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C24620Q1007**

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 6 has a requirement for Ambulance Services. The Contractor shall p...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Current Response Date
**September 08, 2020 at 03:00 PM EDT**

Notice Type
**Original Presolicitation**

Updated Date
**Dec 16, 2020**

Published Date
**Sep 8, 2020**

---

### V225—Ambulance Transportation| VASTLHCS

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C25520R0005**

...

| Awardee | Unique Entity ID |
|---|---|
| ABBOTT AMBULANCE, INC. | ZKKNHXY3A2B7 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
**Original Award Notice**

Updated Date
**Nov 30, 2020**

Published Date
**Oct 1, 2020**

---

### V225—Ambulance & Stretcher Services - SDVOSB Sole Source POP: 11/01/2020 - 10/31/2021

| | Inactive |
|---|---|
| | Contract Opportunities |

**Notice ID: 36C24721Q0059**

The purpose of this notice is to post the justification as required by FAR 6.305(a) Â - The agency shall make publicly available the justification req...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|

Notice Type
**Original Justification**

Updated Date

| | | | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | Nov 25, 2020<br>Published Date<br>Oct 26, 2020 |

---

### V999—NH and VT Non-Emergent Transportation Services

**Notice ID:** 36C24121Q0067

1. INTRODUCTION: This sources sought notice is for information and planning purposes only and shall not be construed as a solicitation or as an obliga...

Department/Ind.Agency: VETERANS AFFAIRS, DEPARTMENT OF
Subtier: VETERANS AFFAIRS, DEPARTMENT OF
Office: 241-NETWORK CONTRACT OFFICE 01 (36C241)

Inactive
Contract Opportunities

Current Response Date
November 10, 2020 at 01:00 PM EST
Notice Type
Original Sources Sought
Updated Date
Nov 24, 2020
Published Date
Nov 4, 2020

---

### V225—Intent to Sole Source - SDVOSB Ambulance and Stretcher Services - Short term Authorized by VAAR 819.7007 pursuant to 38 U.S.C 8127(b) - CANCELLED

**Notice ID:** 36C24721Q0059

INTENT TO SOLE SOURCE GENERAL INFORMATION Contracting Office Address Network Contracting Officer (NCO) 7 ATTN: Chaz D. Bowling Department of Vetera ...

Department/Ind.Agency: VETERANS AFFAIRS, DEPARTMENT OF
Subtier: VETERANS AFFAIRS, DEPARTMENT OF
Office: 247-NETWORK CONTRACT OFFICE 7 (36C247)

Inactive
Contract Opportunities

Current Response Date
October 22, 2020 at 11:00 AM EDT
Notice Type
Updated Presolicitation
Updated Date
Nov 21, 2020 (1)
Published Date
Oct 22, 2020

---

### V225—Ambulance & Stretcher Service Augusta VAMC and Surrounding Area

**Notice ID:** 36C24721Q0043

This is a Sources Sought to conduct market research to determine the availability of Service-Disabled Veteran-Owned Small Businesses vendors (SDVOSB) ...

Department/Ind.Agency: VETERANS AFFAIRS, DEPARTMENT OF
Subtier: VETERANS AFFAIRS, DEPARTMENT OF
Office: 247-NETWORK CONTRACT OFFICE 7 (36C247)

Inactive
Contract Opportunities

Current Response Date
October 16, 2020 at 11:00 AM EDT
Notice Type
Original Sources Sought
Updated Date
Nov 15, 2020
Published Date
Oct 14, 2020

---

### V225—Ambulance Services

**Notice ID:** 36C24620Q0638

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 6 has a requirement for Ambulance Services. The Contractor shall p...

Department/Ind.Agency: VETERANS AFFAIRS, DEPARTMENT OF
Subtier: VETERANS AFFAIRS, DEPARTMENT OF
Office: 246-NETWORK CONTRACTING OFFICE 6 (36C246)

Inactive
Contract Opportunities

Current Response Date
August 03, 2020 at 03:00 PM EDT
Notice Type
Original Presolicitation
Updated Date
Nov 10, 2020
Published Date
Jul 30, 2020

---

### V225—Minneapolis VA Health Care System Ground Ambulance & Litter/Gurney Transport

**Notice ID:** 36C26321Q0018

THIS IS NOT A SOLICITATION ANNOUNCEMENT (NOT A REQUEST FOR BIDS, QUOTES, OR PROPOSALS). THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY; THE PURPOSE OF T...

Department/Ind.Agency: VETERANS AFFAIRS, DEPARTMENT OF
Subtier: VETERANS AFFAIRS, DEPARTMENT OF
Office: NETWORK CONTRACT OFFICE 23 (36C263)

Inactive
Contract Opportunities

Current Response Date
October 08, 2020 at 01:00 PM EDT
Notice Type
Original Sources Sought
Updated Date
Nov 7, 2020
Published Date

---

Sep 30, 2020

---

### V225—Spokane Ground Ambulance

**Notice ID: 36C26020Q0834**

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 20 has a requirement for Ambulance Services. The Contractor shal ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Current Date Offers Due
**October 21, 2020 at 07:00 PM EDT**

Notice Type
**Updated Solicitation**

Updated Date
**Nov 5, 2020** (1)

Published Date
Oct 19, 2020

---

### V225—Spokane Ground Ambulance JAMES HARRIS

**Notice ID: 36C26020Q0834**

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 20 has a requirement for Ambulance Services. The Contractor shall p...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Current Response Date
**October 20, 2020 at 07:00 PM EDT**

Notice Type
**Original Presolicitation**

Updated Date
**Nov 4, 2020**

Published Date
Oct 8, 2020

---

### V225—Ambulance Services

**Notice ID: 36C25920Q0692**

Page 2 of 2 REQUEST FOR INFORMATION / SOURCES SOUGHT INQUIRY The Department of Veterans Affairs Network Contracting Office (NCO) 19, is seeking infor...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

Inactive

Contract Opportunities

Current Response Date
**October 10, 2020 at 12:00 PM EDT**

Notice Type
**Original Sources Sought**

Updated Date
Oct 25, 2020

Published Date
Aug 28, 2020

---

### V225—MKE Ambulance Services 5 Year Ordering Period 10/1/2020 - 9/30/2025

**Notice ID: 36C25220Q0313**

...

| Awardee | Unique Entity ID |
|---|---|
| CURTIS-UNIVERSAL, INC. | HBGHNKJZ6BJ9 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Oct 19, 2020

Published Date
Aug 20, 2020

---

### V225—Ambulance Services

**Notice ID: 36C24620Q0638**

The Department of Veterans Affairs Medical Center Network Contracting Office (NCO) 6 has a requirement for Ambulance Services. The Contractor shall p...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

Inactive

Contract Opportunities

Current Date Offers Due
**September 08, 2020 at 05:00 PM EDT**

Notice Type
**Updated Solicitation**

Updated Date
**Oct 8, 2020** (2)

Published Date
Sep 8, 2020

---

### V225—Ground Ambulance Transport Services 5-year IDIQ POP: 8/01/2020 - 7/31/2025 IDIQ Ceiling of $6,975,000.00

Inactive

**Notice ID: 36C26020Q0545**

Notice Type
**Original Award Notice**

...

Awardee
HMW SERVICES, INC.

Unique Entity ID
NN2NRNHN92F3

Updated Date
**Sep 29, 2020**

Published Date
**Jul 31, 2020**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

---

### V225— AMBULANCE STAND BY SERVICES

Inactive

**Notice ID: 36C24620Q0374**

Contract Opportunities

Standby Ambulatory Services in accordance with the attached list of items in Part B - attached.

The Point of contact for this action is Rod
...

Current Response Date
**August 13, 2020 at 10:00 AM EDT**

Notice Type
**Updated Presolicitation**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
246-NETWORK CONTRACTING OFFICE
6 (36C246)

Updated Date
**Sep 22, 2020** (1)

Published Date
**Jul 28, 2020**

---

### V225—Ambulance Services

Inactive

**Notice ID: 36C24620Q0638**

Contract Opportunities

THIS IS A SOURCES SOUGHT NOTICE ONLY. This notice does NOT constitute a request for proposal, request for quote, or invitation for bid. No formal sol...

Current Response Date
**June 12, 2020 at 09:00 AM EDT**

Notice Type
**Original Sources Sought**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
246-NETWORK CONTRACTING OFFICE
6 (36C246)

Updated Date
**Sep 19, 2020**

Published Date
**Jun 5, 2020**

---

### V225—Ground Ambulance Transport - Solicitation Roseburg VA Healthcare System

Inactive

**Notice ID: 36C26020Q0545_**

Contract Opportunities

This contract will provide emergent and non-emergent ground ambulance services for the Roseburg VA Healthcare System, to include; Roseburg Va Medic
...

Current Date Offers Due
**July 17, 2020 at 05:00 PM EDT**

Notice Type
**Updated Solicitation**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

Updated Date
**Sep 16, 2020** (1)

Published Date
**Jul 14, 2020**

---

### V225—Ground Ambulance Transportation Services 60 month IDIQ Period of Performance: 9/1/2020 to 08/31/2025

Inactive

**Notice ID: 36C26020Q0746**

Contract Opportunities

...

Awardee
METRO WEST AMBULANCE SERVICE, INC.

Unique Entity ID
UG4ANW55XEM1

Notice Type
**Original Award Notice**

Updated Date
**Sep 15, 2020**

Published Date
**Aug 31, 2020**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

---

### V225—Non-Emergency Ambulance Transportation Services

Inactive

**Notice ID: 36C24820Q1205**

Contract Opportunities

This announcement constitutes a Sources Sought Notice (market survey). This is not a request for quote (RFQ). This announcement is for information a...

Current Response Date

| | | | |
|---|---|---|---|
| Department/Ind.Agency | Subtier | Office | July 28, 2020 at 02:00 PM EDT |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) | Notice Type |
| | | | **Original Sources Sought** |
| | | | Updated Date |
| | | | Aug 27, 2020 |
| | | | Published Date |
| | | | Jul 21, 2020 |

### V225—Ground Ambulance Transport | Sources Sought Notice 4 years and 3 months period of performance

Inactive

Contract Opportunities

**Notice ID: 36C26020Q0422**

Page 11 of 17 Sources Sought The Roseburg VA Medical Center is issuing this Sources Sought to conduct market research to identify parties having an i...

Current Response Date
May 28, 2020 at 12:00 AM EDT

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Updated Date
Aug 26, 2020

Published Date
May 14, 2020

### V212—FHCC Ambulance Services 5 Year Ordering Period 8/1/2020 - 7/31/2024

Inactive

Contract Opportunities

**Notice ID: 36C25219Q0914**

...

| Awardee | Unique Entity ID |
|---|---|
| D P MURPHY AMBULANCE CO | L9LQNXGLQHN1 |

Notice Type
**Original Award Notice**

Updated Date
Aug 22, 2020

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Published Date
Jul 23, 2020

### V225—Jesse Brown VA Medical Center Non-Emergent Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C25220Q0594**

Page 3 of 3 The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identify firms havi...

Current Response Date
June 10, 2020 at 11:00 AM EDT

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Updated Date
Aug 9, 2020

Published Date
Jun 3, 2020

### V225—Ambulance Service - Urgency - JOFOC Augusta VA Medical Center

Inactive

Contract Opportunities

**Notice ID: 36C24720P0883**

VHAPM Part 806.3 Other Than Full and Open Competition (OFOC) SOP OFOC SOP Revision 09 Original Date: 03/22/11 Revision 09 Date: 04/17/2020 Page 1 of ...

Notice Type
**Original Justification**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Updated Date
Jul 25, 2020

Published Date
Jun 25, 2020

### V222—(Cloned) Service-544-20-3-825-0212-Wheelchair Service -544 (VA-20-00043154) (VA-20-00043246)

Inactive

Contract Opportunities

**Notice ID: 36C24720P0553**

| Awardee | Unique Entity ID |
|---|---|
| TRANSPORT CARE SERVICES, LLC;652 BUSH RIVER RD SUITE 211;COLUMBIA;SC;29210 | ZNYMTKGZCNJ3 |

Notice Type
**Original Award Notice**

Updated Date
Jul 9, 2020

Published Date
Apr 28, 2020

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | |

247-NETWORK CONTRACT OFFICE 7
(36C247)

### V225—Air Ambulance IDIQ - MPLS Period of Performance: 04-01-2020 to 03-31-2025

| Inactive |
|---|

Notice ID: 36C26320Q0304

| Contract Opportunities |
|---|

Awardee
A.L.S. AEROCARE INC;14815 41ST AVE
N;MINNEAPOLIS;MN;55446

Unique Entity ID
GB1NHXK5KKA3

Notice Type
**Original Award Notice**

Updated Date
Jul 9, 2020

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
NETWORK CONTRACT OFFICE 23
(36C263)

Published Date
Apr 1, 2020

### V225—Provide 24 hour 365 days a year ambulance and wheelchair van transporation for the Martinsburg VAMC and clinics.

| Inactive |
|---|

Notice ID: 36C24520Q0397

| Contract Opportunities |
|---|

SUBJECT: Furnish 24-hour day, 365 days a year ambulance service and wheelchair
van transportation for the beneficiaries of the Martinsburg VAMC and cl...

Current Response Date
**May 07, 2020 at 12:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
Jul 6, 2020

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
245-NETWORK CONTRACT OFFICE 5
(36C245)

Published Date
May 1, 2020

### V225—Lebanon VAMC Ambulance Services

| Inactive |
|---|

Notice ID: 36C24420Q0381

| Contract Opportunities |
|---|

THIS IS A SOURCES SOUGHT NOTICE ONLY. THIS IS NOT A REQUEST FOR PROPOSAL.
The Lebanon VA Medical Center, 1700 S. Lincoln Ave, Lebanon, PA 17042 is per...

Current Response Date
**April 30, 2020 at 12:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
Jun 29, 2020

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Published Date
Mar 10, 2020

### V211—AIR AMBULANCE SERVICE QUESTION AND ANSWERS

| Contract Opportunities |
|---|

Notice ID: 36C26120Q0476

AIR AMBULANCE - SEE ATTACHMENT
...

Notice Type
**Original Award Notice**

Updated Date
Jun 26, 2020

Awardee
AIRMED RESPONSE LLC

Published Date
Jun 26, 2020

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
261-NETWORK CONTRACT OFFICE 21
(36C261)

### V225—Non-emergent ambulance services for the Clement J. Zablocki VA Medical Center in Milwaukee, WI.

| Inactive |
|---|

Notice ID: 36C25220Q0313

| Contract Opportunities |
|---|

The Department of Veterans Affairs, Great Lakes Acquisition Center (GLAC) intends
to issue Solicitation 36C252-20-Q-0313 for non-emergent ambulance se...

Notice Type
**Original Presolicitation**

Updated Date
Jun 20, 2020

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
252-NETWORK CONTRACT OFFICE 12
(36C252)

Published Date
Apr 21, 2020

### V225—Non-emergent ambulance services for the Clement J. Zablocki VA Medical Center in Milwaukee, WI.

| Inactive |
|---|

Notice ID: 36C25220Q0313

| Contract Opportunities |
|---|

Current Date Offers Due

The Department of Veterans Affairs, Great Lakes Acquisition Center (GLAC) intends to issue Solicitation 36C252-20-Q-0313 for non-emergent ambulance se...

| | | | |
|---|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>252-NETWORK CONTRACT OFFICE 12<br>(36C252) | |

May 26, 2020 at 12:00 AM EDT

Notice Type
**Updated Solicitation**

Updated Date
Jun 10, 2020 (1)

Published Date
May 15, 2020

---

### V225—Air Ambulance IDIQ - MPLS Base Year: 04/01/2020 to 03/31/2021 +4

Inactive

Contract Opportunities

Notice ID: 36C26320Q0216

AIR AMBULANCE SERVICES This is a sources sought notice only and it is not a solicitation announcement. The purpose of this sources sought notice is to...

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>NETWORK CONTRACT OFFICE 23<br>(36C263) |

Current Response Date
**February 28, 2020 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

Updated Date
Jun 6, 2020

Published Date
Mar 2, 2020

---

### V225—Air Ambulance IDIQ - MPLS Base Year: 04/01/2020 to 03/31/2021 +4

Inactive

Contract Opportunities

Notice ID: 36C26320Q0216

Air Ambulance Services for VA Minneapolis Health Care System. This is a combined synopsis/solicitation for commercial items prepared in accordance wit...

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>NETWORK CONTRACT OFFICE 23<br>(36C263) |

Current Date Offers Due
**February 28, 2020 at 11:59 PM EST**

Notice Type
**Original Combined Synopsis/Solicitation**

Updated Date
Jun 6, 2020

Published Date
Feb 13, 2020

---

### V225—AUGUSTA AMBULANCE AND STRETCHER TRANSPORTATION - Charlie Norwood VA Medical Center, Augusta, GA Ordering Period 1: 4/1/2020 - 3/31/2021 & four (4) additional ordering periods through 3/31/2025.

Inactive

Contract Opportunities

Notice ID: 36C24720R0007

| | | |
|---|---|---|
| Awardee<br>METRO STAFFING AGENCY, LLC;142<br>POND VIEW RD;EVANS;GA;30809 | Unique Entity ID<br>T2GBLW7TMXS4 | |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) |

Notice Type
**Original Award Notice**

Updated Date
May 9, 2020

Published Date
Mar 12, 2020

---

### V225—Ambulance Service Urgent Procurement

Inactive

Contract Opportunities

Notice ID:

Contract Opportunity Justification and Approval Notice CLASSIFICATION CODE * SUBJECT * CONTRACTING OFFICE'S * ZIP-CODE SOLICITATION NUMBER DELIVERY/...

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>249-NETWORK CONTRACT OFFICE 9<br>(36C249) |

Notice Type
**Original Special Notice**

Updated Date
May 9, 2020

Published Date
Mar 10, 2020

---

### V225—619-20-3-805-0004 / AMBULANCE SERVICE (VA-19-00084626)

Inactive

Contract Opportunities

Notice ID: 36C24720R0040

In reference to solicitation 36C24720R0040 for the Ambulance Services for the Central Alabama Veterans Health Care System in and around various locati...

| | | |
|---|---|---|
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) |

Notice Type
**Original Special Notice**

Updated Date
Apr 22, 2020

Published Date

Apr 7, 2020

---

### V225—Ground Ambulance Service

**Notice ID: 36C26120Q0136**

| | | |
|---|---|---|
| | | Inactive |
| | | Contract Opportunities |

This solicitation is issued as a Request for Quotes (RFQ) to provide Ground Ambulance services. The solicitation number assigned is 36C26120Q0136. Th...

Current Date Offers Due
**February 12, 2020 at 11:59 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
261-NETWORK CONTRACT OFFICE 21 (36C261)

Notice Type
Original Combined Synopsis/Solicitation

Updated Date
Apr 12, 2020

Published Date
Jan 22, 2020

---

### V--ALS and BLS Ambulance Transports-561

**Notice ID: 36C24220Q0008**

Inactive

Contract Opportunities

Awardee
VIRGO MEDICAL SERVICES INC.;290 SANFORD ST;EAST ORANGE;NJ;07018

Unique Entity ID
CHMJENKSDJQ1

Notice Type
Original Award Notice

Updated Date
Apr 7, 2020

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
242-NETWORK CONTRACT OFFICE 02 (36C242)

Published Date
Jan 8, 2020

---

### V225—AMBULANCE STAND BY SERVICES

**Notice ID: 36C24620Q0374**

Inactive

Contract Opportunities

SOURCES SOUGHT NOTICE ONLY This notice does NOT constitute a request for proposal, request for quote, or invitation for bid. No formal solicitation ...

Current Response Date
**March 16, 2020 at 12:00 AM EDT**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
246-NETWORK CONTRACTING OFFICE 6 (36C246)

Notice Type
Original Sources Sought

Updated Date
Mar 31, 2020

Published Date
Mar 11, 2020

---

### V--Ambulance Service for the Robley Rex VA Medical Center Louisville, KY

**Notice ID: 36C24920Q0045**

Inactive

Contract Opportunities

On behalf of the Robley Rex VA Medical Center, Network Contracting Office (NCO) 9 is issuing this Sources Sought Notice as a means of conducting marke...

Current Response Date
**December 10, 2019 at 11:59 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
249-NETWORK CONTRACT OFFICE 9 (36C249)

Notice Type
Original Sources Sought

Updated Date
Mar 18, 2020

Published Date
Nov 27, 2019

---

### V212—Wheelchir Transportation Services - to support the Central Texas Veterans Health Care System.

**Notice ID: 36C25720Q0299**

Inactive

Contract Opportunities

Sources Sought Synopsis The Department of Veterans Affairs (VA), Veterans Integrated Service Network (VISN) 17, Network Contracting Office (NCO) 17, i...

Current Response Date
**February 06, 2020 at 11:59 PM EST**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17 (36C257)

Notice Type
Original Sources Sought

Updated Date
Mar 7, 2020

Published Date
Jan 30, 2020

---

### V225—Ambulance Services - to support the Central Texas Veterans Health Care System.

Inactive

**Notice ID: 36C25720Q0298**

<div style="float:right">Contract Opportunities</div>

Sources Sought Synopsis The Department of Veterans Affairs (VA), Veterans Integrated Service Network (VISN) 17, Network Contracting Office (NCO) 17, i...

Current Response Date
**February 06, 2020 at 11:59 PM EST**
Notice Type
**Original Sources Sought**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17 (36C257)

Updated Date
Mar 7, 2020
Published Date
Jan 30, 2020

---

## V--Air Ambulance IDIQ - MPLS Base Year: 04/01/2020 to 03/31/2021 +4

<div style="float:right">Inactive</div>

**Notice ID: 36C26320Q0097**

<div style="float:right">Contract Opportunities</div>

AIR AMBULANCE SERVICES This is a sources sought notice only and it is not a solicitation announcement. The purpose of this sources sought notice is to...

Current Response Date
**November 26, 2019 at 11:59 PM EST**
Notice Type
**Original Sources Sought**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
NETWORK CONTRACT OFFICE 23 (36C263)

Updated Date
Mar 4, 2020
Published Date
Nov 19, 2019

---

## V225—668-20-2-9987-0001 Ambulances

<div style="float:right">Inactive</div>

**Notice ID: 0**

<div style="float:right">Contract Opportunities</div>

Awardee
AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.;13075 GATEWAY DR S STE 100;SEATTLE;WA;98168

Unique Entity ID
H2LAS4JPSGH3

Notice Type
**Original Award Notice**
Updated Date
Mar 1, 2020
Published Date
Feb 24, 2020

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20 (36C260)

---

## V--Ambulance Transportation , STL

<div style="float:right">Inactive</div>

**Notice ID: 36C25520R0005**

<div style="float:right">Contract Opportunities</div>

36C25520R0005 This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation to bid, request for quotation, re...

Current Response Date
**December 02, 2019 at 12:00 AM EST**
Notice Type
**Original Sources Sought**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
255-NETWORK CONTRACT OFFICE 15 (36C255)

Updated Date
Mar 1, 2020
Published Date
Nov 4, 2019

---

## 619-20-3-805-0004 / AMBULANCE SERVICE (VA-19-00084626)

<div style="float:right">Inactive</div>

**Notice ID: 36C247-20-R-0036_1**

<div style="float:right">Contract Opportunities</div>

The Department of Veterans Affairs, Network Contracting Office 7, anticipates soliciting proposals for Ambulances Services for the Central Alabama ...

Current Response Date
**February 10, 2020 at 12:00 PM EST**
Notice Type
**Original Presolicitation**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
247-NETWORK CONTRACT OFFICE 7 (36C247)

Updated Date
Feb 25, 2020
Published Date
Feb 6, 2020

---

## V225—AWARD NOTICE Advanced and Basic Life Support Ground Transportation

<div style="float:right">Inactive</div>

**Notice ID: 36C24819R0150**

<div style="float:right">Contract Opportunities</div>

AWARD NOTIFICATION...

Notice Type

| Department/Ind.Agency | Subtier | Office | Original Special Notice |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) | Updated Date<br>Feb 23, 2020<br><br>Published Date<br>Feb 18, 2020 |

---

### V-- FY20: Ambulance Services

Inactive

**Notice ID:** 36C24820R0020

Contract Opportunities

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Federal Acquisition Regulation (FAR) subpart 1...

Current Date Offers Due
**December 06, 2019 at 11:59 PM EST**

| Department/Ind.Agency | Subtier | Office | Notice Type |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) | **Updated Combined Synopsis/Solicitation**<br><br>Updated Date<br>Feb 12, 2020 (3)<br><br>Published Date<br>Feb 5, 2020 |

---

### V999—Non-Emergent Transportation Broker Pilot

Inactive

**Notice ID:** 36C24119AP3461

Contract Opportunities

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| COORDINATED TRANSPORTATION SOLUTIONS, INC.;35 NUTMEG DR STE 120;TRUMBULL;CT;06611 | HQQFB6UAWLW4 | | **Original Award Notice**<br><br>Updated Date<br>Feb 9, 2020 |

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | Jan 23, 2020 |

---

### V--Ambulance Services - IDIQ Contract VA Pittsburgh Healthcare System

Inactive

**Notice ID:** 36C24420Q0052

Contract Opportunities

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| PRIORITY ONE MEDICAL TRANSPORT INC.;1119 BROADWAY ST;EAST MC KEESPORT;PA;15035 | SNHHCQE35S33 | | **Original Award Notice**<br><br>Updated Date<br>Feb 9, 2020 |

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Jan 10, 2020 |

---

### V--Service/Short Term/Wheelchair Van/544-20-1-825-0003 (VA-19-00094438)

Inactive

**Notice ID:**

Contract Opportunities

Page of 3 Date: 03/22/11 Revision Date: 04/18/2018 Page of 3 Date: 03/22/11 Revision Date: 04/18/2018 Page of 3 Date: 03/22/11 Revision Date: 04...

Notice Type
**Updated Justification**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) | Feb 7, 2020 (1)<br><br>Published Date<br>Nov 7, 2019 |

---

### Ground Ambulance and Related Services

Inactive

**Notice ID:** 36C255-20-AP-0561

Contract Opportunities

This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation for bid, request for quotation, request for p...

Current Response Date
**January 12, 2020 at 12:00 PM EST**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) | Feb 1, 2020<br><br>Published Date<br>Dec 10, 2019 |

---

## V--Ambulance Service

Inactive

Contract Opportunities

**Notice ID: 36C25620Q0135**

Sources Sought Notice: DESCRIPTION: This is a sources sought to determine the availability of potential sources having the skills and capabilities nec...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Current Response Date
**December 03, 2019 at 11:59 PM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Feb 1, 2020**

Published Date
**Nov 26, 2019**

## V--CAVHCS AMBULANCE SERVICE (VA-19-00084626)

Inactive

Contract Opportunities

**Notice ID: 36C24720Q0172**

Page 3 of 3 The Department of Veterans Affairs, Network Contracting Office 7, anticipates soliciting proposals for Ambulances Services for the Central...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Current Response Date
**January 14, 2020 at 11:59 PM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Jan 29, 2020**

Published Date
**Jan 9, 2020**

## V--FHCC Ambulance Services 1/1/2020 - 12/31/2024 DP Murphy Ambulance Co

Inactive

Contract Opportunities

**Notice ID: 36C25219Q0914**

| Awardee | Unique Entity ID |
|---|---|
| D P MURPHY AMBULANCE CO;1072 S CORPORATE CIR;GRAYSLAKE;IL;60030 | L9LQNXGLQHN1 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
**Original Award Notice**

Updated Date
**Dec 26, 2019**

Published Date
**Nov 26, 2019**

## V--Ambulance Service DC VAMC

Inactive

Contract Opportunities

**Notice ID: 36C24519Q0499**

The DC VA Medical Center, Network Contracting Office (NCO) 5, Clarksburg, WV, is issuing a combined synopsis / solicitation for commercial services pr...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

Current Date Offers Due
**September 20, 2019 at 01:00 AM EDT**

Notice Type
**Original Combined Synopsis/Solicitation**

Updated Date
**Dec 19, 2019**

Published Date
**Sep 4, 2019**

## V--Ambulance Service

Inactive

Contract Opportunities

**Notice ID: 36C25620Q0135**

Sources Sought Notice: DESCRIPTION: This is a sources sought to determine the availability of potential sources having the skills and capabilities nec...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Current Date Offers Due
**December 03, 2019 at 11:59 PM EST**

Notice Type
**Original Solicitation**

Updated Date
**Dec 18, 2019**

Published Date
**Nov 26, 2019**

## V--Milwaukee Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C25220Q0117**

Page 3 of 3 The Department of Veterans Affairs is issuing this sources sought
synopsis as a means of conducting market research to identify firms havi…

**Current Response Date**
**November 12, 2019 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

**Notice Type**
**Original Sources Sought**

**Updated Date**
**Dec 12, 2019**

**Published Date**
**Nov 4, 2019**

---

## V--Ambulance Services for Hines VAH Vandenberg

Inactive

Contract Opportunities

**Notice ID: 36C25220Q0044**

The Department of Veteran Affairs, VISN 12, awarded a firm-fixed price with
Economic Price Adjustment, Indefinite Quantity contract to Blackhawk Medic…

**Notice Type**
**Original Award Notice**

Awardee
BLACKHAWK MEDICAL
TRANSPORTATION INC;8400 183RD
PL STE 1;TINLEY PARK;IL;60487

Unique Entity ID
KGJMDN1P38G9

**Updated Date**
**Dec 1, 2019**

**Published Date**
**Nov 1, 2019**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

---

## V--Ambulance Service

Inactive

Contract Opportunities

**Notice ID: 36C24519Q0499**

No Description Provided…

**Notice Type**
**Original Award Notice**

Awardee
PROCARE AMBULANCE OF
MARYLAND, INC.;6953 GOLDEN RING
RD;BALTIMORE;MD;21237

Unique Entity ID
RMHLD5JCWX76

**Updated Date**
**Nov 30, 2019**

**Published Date**
**Oct 2, 2019**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--Ambulance Service

Inactive

Contract Opportunities

**Notice ID: 36C24519R0053**

No Description Provided…

**Notice Type**
**Original Award Notice**

Awardee
JAN-CARE AMBULANCE OF N C W V
INC.;315 WATER
ST;CLARKSBURG;WV;26301

Unique Entity ID
MKXFKDKUVLP9

**Updated Date**
**Nov 21, 2019**

**Published Date**
**Oct 24, 2019**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--VHAIRO Ambulance Services POP: 10/1/2019 - 9/30/2024

Inactive

Contract Opportunities

**Notice ID: 36C25219Q0419**

The Department of Veteran Affairs, VISN 12, awarded a firm-fixed price with
Economic Price Adjustment, Indefinite Quantity contract to Integrity Care …

**Notice Type**
**Original Award Notice**

Awardee
INTEGRITY CARE EMS INC;617
SAGINAW STREET;NORWAY;MI;49870

Unique Entity ID
KTR7WU6BLLY3

**Updated Date**
**Oct 31, 2019**

**Published Date**
**Sep 18, 2019**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

---

## V--VA Pittsburgh Healthcare System Ground Ambulance Services

Inactive

Contract Opportunities

**Notice ID: 36C24419Q1003**

The Department of Veteran Affairs Regional Procurement Office East/Network
Contracting Office 4, VA Pittsburgh Healthcare System, University Drive C, …

**Notice Type**
**Original Presolicitation**

**Updated Date**
**Oct 10, 2019**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| | | |

| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Published Date Sep 10, 2019 |

### V--NH and VT Transportation Provider

Inactive

Notice ID:

Contract Opportunities

The Department of Veterans Affairs, intends to award a Firm Fixed Priced Indefinite Delivery Indefinite Quantity Contract for a one (1) year pilot pro...

Notice Type
**Original Special Notice**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Updated Date
Oct 2, 2019

Published Date
Sep 17, 2019

### T--DESIGN AND PRODUCTION OF BROCHURE FOR SURVIVORS OF MILITARY SEXUAL TRAUMA (MST)

Inactive

Notice ID: 36C24119Q0488

Contract Opportunities

Sources Sought Notice # 36C24119Q0488) (VA Boston Healthcare System) This is a Sources Sought Notice with regards to the following Statement of Work...

Current Response Date
**August 01, 2019 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Sources Sought**

Updated Date
Sep 30, 2019

Published Date
Jul 27, 2019

### D--523-19-3-1878-0153: Digitizing of Tapes

Inactive

Notice ID: 36C24119Q0489

Contract Opportunities

Sources Sought Notice # 36C24119Q0488) (VA Boston Healthcare System) This is a Sources Sought Notice with regards to the following Statement of Work:...

Current Response Date
**August 01, 2019 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Sources Sought**

Updated Date
Sep 30, 2019

Published Date
Jul 27, 2019

### V--VA Pittsburgh Healthcare System Ground Ambulance Services

Inactive

Notice ID: 36C24419Q1003

Contract Opportunities

SOURCES SOUGHT ANNOUNCEMENT: The VA Pittsburgh Healthcare System - Pittsburgh, PA is conducting a market survey to identify capable and qualified sou...

Current Response Date
**August 28, 2019 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Notice Type
**Original Sources Sought**

Updated Date
Sep 4, 2019

Published Date
Aug 14, 2019

### V--AMBULETTE AND NON-EMERGENT TRANSPORTATION SERVICES - TRANSPORT CARE SERVICES **RESPONSES TO QUESTIONS FROM INDUSTRY DAY**

Inactive

Notice ID:

Contract Opportunities

INDUSTRY DAY IN COLUMBIA, SC-MAY 13, 2019 AMBULANCE LITTER/STRETCHER and WHEELCHAIR TRANSPOTATION SERVICES The Consensus from Contractors from Industr...

Notice Type
**Original Special Notice**

Updated Date
Aug 30, 2019

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Published Date
May 23, 2019

### W--Potable Water Supply and Equipment Rental

Inactive

Notice ID: 36C24119Q0355

Sources Sought Notice (RFI) # 36C24119Q0335) (VA Connecticut Healthcare System)
This is a sources sought request for information with regards to the ...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Contract Opportunities

Current Response Date
June 10, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Aug 9, 2019

Published Date
Jun 5, 2019

---

## V--ALS and BLS Ambulance Services

**Notice ID: 36C24819Q0853**

Inactive

Contract Opportunities

This is a Sources Sought Announcement. The Department of Veterans Affairs, (VA), NF/SG VHS, Lake City VA Hospital located in Lake City, FL. is conduc...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Current Response Date
June 24, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jul 24, 2019

Published Date
Jun 17, 2019

---

## V--Air Ambulance Services for the El Paso Veterans Health Care System

**Notice ID: 36C25719Q0871**

Inactive

Contract Opportunities

The purpose of this amendment to Solicitation Number: 36C25719Q0871 is to address questions submitted by the Question listed within the original solic...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Current Date Offers Due
June 20, 2019 at 01:00 AM EDT

Notice Type
Updated Combined
Synopsis/Solicitation

Updated Date
Jul 20, 2019 (1)

Published Date
Jun 19, 2019

---

## V--AMBULANCE SERVICE

**Notice ID: VA24716R0551**

Inactive

Contract Opportunities

The Ralph H. Johnson VAMC (Charleston, SC) awarded an interim Six-Month Ambulance Services contract under urgent and compelling reasons. A long-term ...

| Awardee | Unique Entity ID |
| --- | --- |
| AMERICAN HERITAGE AMBULANCE, LLC;9565 WILLIAM AIKEN AVE STE 101;LADSON;SC;29456 | MNJXKLW5GPG7 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Notice Type
Original Award Notice

Updated Date
Jul 16, 2019

Published Date
May 10, 2016

---

## V--Air-Ground Ambulance Services for the EL Paso Veterans Health Care System

**Notice ID: 36C25719Q0816**

Inactive

Contract Opportunities

This is a Sources Sought notice. This is NOT a solicitation for proposals, proposal abstracts, or quotations. The purpose of this notice is to obtain ...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Current Response Date
June 04, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jul 4, 2019

Published Date
May 28, 2019

---

## V--Air Ambulance Service for VA Reno

**Notice ID: VA26111RP0043**

Inactive

Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | Notice Type |
|---|---|---|
| AMERICAN MEDFLIGHT, INC;485 S ROCK BLVD;RENO;NV;895024129 | NFK8A5A36MN9 | **Original Award Notice** |
| | | Updated Date |
| | | **Jul 2, 2019** |
| | | Published Date |
| | | **Dec 13, 2011** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

---

### V--Ambulance Services for VARHS

Notice ID: VA26011RQ0665

> Inactive

> Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | Notice Type |
|---|---|---|
| METRO WEST AMBULANCE SERVICE, INC.;5475 NE DAWSON CRK DR;HILLSBORO;OR;971245797 | UG4ANW55XEM1 | **Original Award Notice** |
| | | Updated Date |
| | | **Jul 2, 2019** |
| | | Published Date |
| | | **Nov 22, 2011** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

---

### V--VA Illiana HCS Ambulance Services

Notice ID: 36C25219Q0599

> Inactive

> Contract Opportunities

SOURCES SOUGHT SYNOPSIS The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identif...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Current Response Date
**May 28, 2019 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Jun 27, 2019**

Published Date
**May 15, 2019**

---

< | 3 | of **6** | >    Results per page: 100



Feedback

**Our Website**

About This Site

Our Community

Release Notes

System Alerts

**Policies**

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

**Our Partners**

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Customer Service**

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

🇺🇸 An official website of the United States government   Here's how you know

⚠️  **Entity Validation Processing** Show Details        ⊗                 | See All Alerts |
     Oct 31, 2023

     **Planned Maintenance Schedule** Show Details        ⊗

     Apr 3, 2022



## SAM.GOV®                                                                      ⬅

Home    Search    Data Bank    Data Services    Help

### Search                                          | All Words |  | e.g. 1606N020Q02 |

Select Domain
**All Domains**                                                                        ＋

Filter By                                                                              —

#### Keyword Search

For more information on how to use our keyword search, visit our help guide

| **Simple Search** | **Search Editor** |

┌─────────────────────────────┐
│ 621910 AND "award notice"   │
│                             │
│                             │
│                             │
│                             │
└─────────────────────────────┘
                    999 characters left

#### Federal Organizations

| Enter Code or Name                           ▼ |

| 036 - VETERANS AFFAIRS, DEPARTMENT *Dept / Ind.*   ✕ |
| OF                                *Agency*           |

Status                                                                                ⌃

☑ Active
☑ Inactive

                                                                            Reset ↻

---

                                                              *Sort by*
                                                              | Date Modified/Updated |

Showing 301 - 400 of 593 results

**V--Tomah VA Medical Center Ambulance Services**          | Inactive |

**Notice ID:** 36C25219Q0596                               | Contract Opportunities |

SOURCES SOUGHT SYNOPSIS The Department of Veterans Affairs is issuing this
sources sought synopsis as a means of conducting market research to identif...         *Current Response Date*
                                                                May 27, 2019 at 01:00 AM EDT

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) | Notice Type<br>Original Sources Sought<br><br>Updated Date<br>Jun 26, 2019<br><br>Published Date<br>May 14, 2019 |

## V--Jesse Brown VAMC Ambulance Services

**Notice ID:** 36C25219Q0594

SOURCES SOUGHT SYNOPSIS The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identif...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Current Response Date
May 27, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jun 26, 2019

Published Date
May 14, 2019

## V--FHCC Ambulance Services

**Notice ID:** 36C25219Q0593

Page 2 of 2 SOURCES SOUGHT SYNOPSIS The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market resear...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Current Response Date
May 27, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jun 26, 2019

Published Date
May 14, 2019

## V--William S. Middleton VA Hospital Ambulance Services

**Notice ID:** 36C25219Q0595

SOURCES SOUGHT SYNOPSIS The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identif...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Current Response Date
May 27, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jun 26, 2019

Published Date
May 14, 2019

## V--Hines VAH Non-Emergency Ambulance Service Sources Sought

**Notice ID:** 36C25219Q0591

Sources Sought Synopsis The Department of Veterans Affairs is issuing this sources sought synopsis as a means of conducting market research to identif...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Current Response Date
May 24, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jun 23, 2019

Published Date
May 13, 2019

## V-- Ambulance

**Notice ID:** 36C24519Q0225

SUBJECT: Ambulance Services DISCLAIMER: This Sources Sought is issued solely for information and planning purposes and does not constitute a sol...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

Inactive

Contract Opportunities

Current Response Date
April 11, 2019 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jun 10, 2019

Published Date
Mar 28, 2019

## V--WHEELCHAIR AND AMBULANCE CONTRACT- WRJ

| | Inactive |

**Notice ID: 36C24119Q0226**

| | Contract Opportunities |

The Department of Veterans Affairs, Veterans Health Administration (VHA) NCO1
Contracting Office issued a sole source award to Care Plus Ambulance Ser...

Notice Type
**Original Award Notice**

Awardee
CARE PLUS AMBULANCE SERVICE
INC;1502 COLUMBIA
CIR;MERRIMACK;NH;03054

Unique Entity ID
M31EL9CFZBT7

Updated Date
Apr 24, 2019

Published Date
Apr 9, 2019

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

## V--ALS/BLS and Special Mode Transportation for WRJ

| | Inactive |

**Notice ID: 36C24119Q0226**

| | Contract Opportunities |

?.## Performance Work Statement 1. Requirements: Furnish twenty-four (24) hour
ambulance and wheelchair van service for the beneficiaries of the D...

Notice Type
**Original Special Notice**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Updated Date
Apr 24, 2019

Published Date
Mar 23, 2019

## V--Furnish ambulance services - ABBOTT AMBULANCE - STL

| | Inactive |

**Notice ID: 36C25519Q0249**

| | Contract Opportunities |

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
ABBOTT AMBULANCE, INC.;2500
ABBOTT PL;SAINT LOUIS;MO;63143

Unique Entity ID
ZKKNHXY3A2B7

Updated Date
Apr 24, 2019

Published Date
Mar 26, 2019

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
255-NETWORK CONTRACT OFFICE 15
(36C255)

## V--SOURCES SOUGHT - COMBINED ALS/BLS AMBULANCE AND SPECIAL MODE TRANSPORT SERVICES

| | Inactive |

**Notice ID: 9456**

| | Contract Opportunities |

Page 1 of 1 Page 1 of 16 Page 1 of 1 ?.## PERFORMANCE WORK STATEMENT GENERAL
OVERVIEW The Northampton and Central Western Massachusetts VA Medical Ce...

Notice Type
**Original Special Notice**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Updated Date
Apr 22, 2019

Published Date
Mar 23, 2019

## V--Ambulance Service - Detroit VAMC IDC Contract - 02/25/2019-10/15/2023

| | Inactive |

**Notice ID: 36C25019Q0181**

| | Contract Opportunities |

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
MEDSTAR, INC;380 N
GRATIOT;CLINTON
TOWNSHIP;MI;48036

Unique Entity ID
G99FX2T3NSD7

Updated Date
Apr 21, 2019

Published Date
Feb 20, 2019

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

## V--Services-Advanced and Basic Life Support Ground Transportation

| | Inactive |

**Notice ID: 36C24819Q0534**

| | Contract Opportunities |

ADVANCED LIFE SUPPORT (ALS) AND BASIC LIFE SUPPORT (BLS) GROUND
TRANSPORTATION SERVICE This is a Sources Sought Announcement. The
Department of Vete...

Current Response Date
**April 10, 2019 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Updated Date
Apr 15, 2019

Published Date
Mar 28, 2019

---

## V--Ambulance and Special Mode Transport

Inactive

**Notice ID: 36C25719Q0274**

Contract Opportunities

SOURCES SOUGHT NOTICE: 36C25719Q0274 The Department of Veterans Affairs
(VA), Veterans Health Administration, Veterans Integrated Service Network 1...

Current Response Date
**February 04, 2019 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Updated Date
Apr 5, 2019

Published Date
Jan 24, 2019

---

## V--Furnish ambulance services - STL VAHCS

Inactive

**Notice ID: 36C25519Q0249**

Contract Opportunities

The Department of Veterans Affairs, VISN 15 Contracting Office intends to award a
sole source contract under the authority of 41 U.S.C 253(c) (1) FA...

Notice Type
**Original Special Notice**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Updated Date
Mar 24, 2019

Published Date
Feb 22, 2019

---

## V--BLS and ALS Ambulance Service Battle Creek VA Medical Center Battle Creek, MI

Inactive

**Notice ID: 36C25018Q9773**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| BATTLE CREEK AREA AMBULANCE;330 HAMBLIN AVE W;BATTLE CREEK;MI;49037 | ST6ZM7KHNHW9 |

Updated Date
Nov 15, 2018

Published Date
Oct 1, 2018

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

## V--Ambulance Services

Inactive

**Notice ID: 36C24518R0206**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| FREESTATE TRANSPORTATION, L.L.C.;1037 W NURSERY RD;LINTHICUM HEIGHTS;MD;21090 | L2CPWCQA1HR1 |

Updated Date
Nov 12, 2018

Published Date
Sep 13, 2018

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--Ambulance Services

Inactive

**Notice ID: 36C24518R0206**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| PROCARE AMBULANCE OF MARYLAND, INC.;6953 GOLDEN RING RD;BALTIMORE;MD;21237 | RMHLD5JCWX76 |

Updated Date
Nov 12, 2018

Published Date

| Department/Ind.Agency | Subtier | Office | Sep 13, 2018 |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | |

---

## V--Ambulance Services

**Notice ID: 36C24518R0206**                                        [ Inactive ]

No Description Provided...                                          [ Contract Opportunities ]

| Awardee | Unique Entity ID | | Notice Type |
| MED-CARE TRANSPORTATION LLC;510 PICCADILLY RD;TOWSON;MD;21204 | MXREFK5HL449 | | **Original Award Notice** |
| | | | Updated Date **Nov 12, 2018** |
| | | | Published Date **Sep 13, 2018** |

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--Ambulance Services

**Notice ID: 36C24518R0206**                                        [ Inactive ]

No Description Provided...                                          [ Contract Opportunities ]

| Awardee | Unique Entity ID | | Notice Type |
| WESTERN-STAR HOSPITAL AUTHORITY, INC.;340 W PEACHTREE STREET NW 2 FLR;ATLANTA;GA;30303 | VHWNN5PDZ2N9 | | **Original Award Notice** |
| | | | Updated Date **Nov 12, 2018** |
| | | | Published Date **Sep 13, 2018** |

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--Ambulance-Special Mode Transportation (512-18-4-825-0056) Baltimore IGCE $9,946,136.25. Need date 7/1/18

**Notice ID: 36C24518R0206**                                        [ Inactive ]

No Description Provided...                                          [ Contract Opportunities ]

| Awardee | Unique Entity ID | | Notice Type |
| HART TO HEART AMBULANCE SERVICE, INC.;355 GRANARY RD STE A;FOREST HILL;MD;21050 | FH2JEJ2Y9NP1 | | **Original Award Notice** |
| | | | Updated Date **Nov 12, 2018** |
| | | | Published Date **Sep 13, 2018** |

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--Beneficiary Ambulance Transportation Services for the Marion IL VA Medical Center

**Notice ID: VA25517R0753**                                        [ Inactive ]

This is an ID/IQ contract for furnishing all labor and materials necessary to provide prearranged ground ambulance transportation services to benefici...   [ Contract Opportunities ]

| Awardee | Unique Entity ID | | Notice Type |
| MEDICONE MEDICAL RESPONSE;14286 GILLIS RD FRNT FRNT;DALLAS;TX;75244 | LMN8CL35LQ13 | | **Original Award Notice** |
| | | | Updated Date **Oct 31, 2018** |
| | | | Published Date **Oct 1, 2018** |

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

---

## V--Copy of ambulance transportation service

**Notice ID: 36C24518R0277**                                        [ Inactive ]

The Department of Veteran Affairs of Baltimore, MD is seeking qualified Service Disabled Veteran Owned Small Business (SDVOSB) to provide all vehicles...   [ Contract Opportunities ]

| | | | Current Date Offers Due |
| | | | **September 28, 2018 at 01:00 AM EDT** |
| Department/Ind.Agency | Subtier | Office | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | **Original Combined Synopsis/Solicitation** |
| | | | Updated Date **Oct 13, 2018** |
| | | | Published Date |

Oct 12, 2018

---

### V--552-19-1-151-0003, Ambulance

| Inactive |

| Contract Opportunities |

**Notice ID:** 36C25018Q9301

COMBINED SYNOPSIS/SOLICITATION FOR COMMERCIAL SERVICES General
Information Document Type: Combined Solicitation/Synopsis Solicitation Number:
36C2501...

**Current Date Offers Due**
**September 07, 2018 at 01:00 AM EDT**

**Notice Type**
**Original Combined**
**Synopsis/Solicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

**Updated Date**
**Sep 17, 2018**

**Published Date**
**Sep 7, 2018**

---

### V--ALS/BLS Ambulance Services for the North Texas Health Care System - (Presolicitation Notice)

| Inactive |

| Contract Opportunities |

**Notice ID:** 36C25718Q0752

This presolicitation notice is being issued in accordance with FAR Part 5. The
Department of Veterans Affairs, Veterans Health Administration, Network...

**Notice Type**
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

**Updated Date**
**Sep 10, 2018**

**Published Date**
**Jun 12, 2018**

---

### V--Ambulance Service Butler VA Medical Center 5 Year IDIQ Contract

| Inactive |

| Contract Opportunities |

**Notice ID:** 36C24418Q0532

No Description Provided...

**Notice Type**
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| BUTLER AMBULANCE SERVICE;106 FIRST ST;BUTLER;PA;16001 | UGUHMA3FXM45 |

**Updated Date**
**Sep 9, 2018**

**Published Date**
**Aug 10, 2018**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

---

### V--Ground Ambulance Service - Eastern Colorado Health Care System

| Inactive |

| Contract Opportunities |

**Notice ID:** 36C25918Q9551

Eastern Colorado Health Care System Boiler Water Treatment Services This is a
Sources Sought Notice (NOT A SOLICITATION). The Eastern Colorado Health...

**Current Response Date**
**June 08, 2018 at 01:00 AM EDT**

**Notice Type**
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

**Updated Date**
**Sep 6, 2018**

**Published Date**
**May 22, 2018**

---

### V--Emergency Transport Service Ann Arbor VA Health Care System

| Inactive |

| Contract Opportunities |

**Notice ID:** 36C25018Q0768

No Description Provided...

**Notice Type**
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| HURON VALLEY AMBULANCE INC;1200 STATE CIR;ANN ARBOR;MI;48108 | ZTALQUWKAFM1 |

**Updated Date**
**Sep 4, 2018**

**Published Date**
**Jul 13, 2018**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

### J--5 Year IDIQ Contract - Ambulance Services - Altoona VAMC - Med Van Transport - Period of Performance: 09/01/2018 to 08/31/2023

| Inactive |

| Contract Opportunities |

Notice ID: 36C24418Q9331

No Description Provided...

Awardee
L-J-L TRUCKING, INC.;1311
PHILADELPHIA AVE STE 1;NORTHERN
CAMBRIA;PA;15714

Unique Entity ID
KD12GW1846Z5

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Notice Type
**Original Award Notice**

Updated Date
**Aug 31, 2018**

Published Date
**Aug 14, 2018**

---

### V--Ambulance Service Interfacility Transfers - IDIQ - 6/1/18 - 5/31/23 Aleda E. Lutz VA Medical Center, Saginaw, Michigan

| | Inactive |
| | Contract Opportunities |

Notice ID: 36C25018Q0283

No Description Provided...

Awardee
MOBILE MEDICAL RESPONSE INC;834
S WASHINGTON
AVE;SAGINAW;MI;48601

Unique Entity ID
WFN2NJFMEBF6

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

Notice Type
**Original Award Notice**

Updated Date
**Aug 22, 2018**

Published Date
**May 15, 2018**

---

### V--Sources Sought ALS/BLS Ambulance Transportation Services for the North Texas Health Care System

| | Inactive |
| | Contract Opportunities |

Notice ID: 36C25718Q0752

The Department of Veterans Affairs, NCO 17 Network Contracting Office, on behalf of the North Texas Health Care System, is issuing this Sources Sought...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17
(36C257)

Current Response Date
**May 23, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Aug 21, 2018**

Published Date
**May 2, 2018**

---

### V--Sources Sought for Air Ambulance Transportation Services

| | Inactive |
| | Contract Opportunities |

Notice ID: 36C25718Q0745

The Department of Veterans Affairs, NCO 17 Network Contracting Office, on behalf of VISN 18 VA Health Care Systems, is issuing this Sources Sought Syn...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17
(36C257)

Current Response Date
**May 15, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Aug 13, 2018**

Published Date
**May 1, 2018**

---

### Z--Ambulance service for Cardiac Cath Lab - Scranton Quincy Ambulance | 5-year IDIQ, 10/13/18 thru 10/12/23 | Status:

| | Inactive |
| | Contract Opportunities |

Notice ID: 36C24418Q9359

No Description Provided...

Awardee
SCRANTON QUINCY AMBULANCE,
LLC;1000 REMINGTON
AVE;SCRANTON;PA;18505

Unique Entity ID
LLT8AMJEL935

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Notice Type
**Original Award Notice**

Updated Date
**Aug 8, 2018**

Published Date
**Jul 31, 2018**

---

### V--Ambulance and Wheelchair service - Clarion Medical | 5-year IDQ, POP: 8/1/2018 - 7/31/2023 | Status:

| | Inactive |
| | Contract Opportunities |

Notice ID: 36C24418Q0513

No Description Provided...

| | | |
|---|---|---|
| **Awardee** | **Unique Entity ID** | **Notice Type** |
| CLARION MEDICAL;515 SHOEMAKER RD STE D;KING OF PRUSSIA;PA;19406 | VGSKEQEW3XY5 | **Original Award Notice** |
| | | Updated Date |
| | | Aug 4, 2018 |
| **Department/Ind.Agency** | **Subtier** | **Published Date** |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | Jul 5, 2018 |
| | **Office** | |
| | 244-NETWORK CONTRACT OFFICE 4 (36C244) | |

---

### V--Ambulance and Wheelchair Service

**Notice ID: 36C24418Q0513**                                                        [Inactive]

Page 1 of 1 This synopsis precedes the issuance of a Request for Quote (RFQ)                   [Contract Opportunities]
36C244-18-Q-0513. The Contractor shall furnish all services in accordance...

**Current Date Offers Due**
June 29, 2018 at 04:30 PM EDT

| **Department/Ind.Agency** | **Subtier** | **Notice Type** |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | **Updated Solicitation** |
| | **Office** | Updated Date |
| | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Aug 4, 2018 (2) |
| | | Published Date |
| | | Jun 15, 2018 |

---

### V--Ambulance Service - Mid Atlantic Care | 5-year IDIQ, POP: 8/1/2018 thru 7/31/2023

**Notice ID: 36C24418Q9249**                                                        [Inactive]

No Description Provided...                                                            [Contract Opportunities]

| **Awardee** | **Unique Entity ID** | **Notice Type** |
|---|---|---|
| MID ATLANTIC CARE LLC;15 PRESTBURY SQ STE 5;NEWARK;DE;19713 | ESKUFXJMQGK7 | **Original Award Notice** |
| | | Updated Date |
| | | Aug 2, 2018 |
| | | Published Date |
| | | Jul 3, 2018 |
| **Department/Ind.Agency** | **Subtier** | **Office** |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

---

### V--Ambulance Transport Service

**Notice ID: 36C24518Q0114**                                                        [Inactive]

No Description Provided...                                                            [Contract Opportunities]

| **Awardee** | **Unique Entity ID** | **Notice Type** |
|---|---|---|
| PROCARE AMBULANCE OF MARYLAND, INC.;6953 GOLDEN RING RD;BALTIMORE;MD;21237 | RMHLD5JCWX76 | **Original Award Notice** |
| | | Updated Date |
| | | Jul 31, 2018 |
| | | Published Date |
| | | Jun 11, 2018 |
| **Department/Ind.Agency** | **Subtier** | **Office** |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

### Ambulance service for Cardiac Cath Lab

**Notice ID: 36C24418Q0590**                                                        [Inactive]

Page 1 of 1 This synopsis precedes the issuance of a Request for Quote (RFQ)                   [Contract Opportunities]
36C244-18-Q-0513. The Contractor shall furnish all services in accordance...

**Current Date Offers Due**
June 29, 2018 at 05:30 PM EDT

| **Department/Ind.Agency** | **Subtier** | **Notice Type** |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | **Updated Solicitation** |
| | **Office** | Updated Date |
| | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Jul 29, 2018 (3) |
| | | Published Date |
| | | Jun 15, 2018 |

---

### V--Ambulance Service, PB

**Notice ID: 36C25518R0076**                                                        [Inactive]

No Description Provided...                                                            [Contract Opportunities]

| **Awardee** | **Unique Entity ID** | **Notice Type** |
|---|---|---|
| BUTLER COUNTY EMS, LLC;2906 N WESTWOOD BLVD;POPLAR BLUFF;MO;63901 | PUGXZ4GNNL46 | **Original Award Notice** |
| | | Updated Date |
| | | Jul 26, 2018 |

| Department/Ind.Agency | Subtier | Office | Jun 26, 2018 |
| --- | --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) | |

### V--AMBULANCE TRANSPORTATION SERVICES FOR COLUMBIA, SC

Inactive

Contract Opportunities

**Notice ID:** 36C24718Q9263

Notice Type: Posted Date: Sources Sought July 2, 2018 Original Set Aside: Response
Date: Tier Evaluation July 9, 2018 @ 1:00 p.m. EST Priority SDVOSB...

Current Response Date
**July 09, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Updated Date
Jul 19, 2018

Published Date
Jul 2, 2018

### V--Ambulance Service VA Butler Medical Center

Inactive

Contract Opportunities

**Notice ID:** 36C24418Q0532

The Department of Veterans Affairs, Network Contracting Office 4, anticipates
soliciting proposals for Ambulance Services for the Butler VA Medical Ce...

Current Response Date
**June 08, 2018 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
Jul 8, 2018

Published Date
May 24, 2018

### V--CAVHCS Ambulance Services Multi-year

Inactive

Contract Opportunities

**Notice ID:** 36C24718R0089

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
| --- | --- |
| EXCELSIOR AMBULANCE SERVICE, INC.;108 POLLY OGDEN LN;BAXLEY;GA;31513 | YJ84E2WDYJH7 |

Updated Date
Jun 30, 2018

Published Date
Mar 28, 2018

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

### V--CAVHCS Ambulance Services Multi-year

Inactive

Contract Opportunities

**Notice ID:** 36C24718R0089

Vendor Questions Concerns for: 619-18-3-805-0016 / 36C247-18-R-0089 /
AMBULANCE SERVICES This action was originally posted on www.fbo.gov on
2/16/201...

Current Date Offers Due
**March 15, 2018 at 01:00 AM EDT**

Notice Type
**Updated Combined Synopsis/Solicitation**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

Updated Date
Jun 30, 2018 (2)

Published Date
Mar 12, 2018

### Q--Beneficiary Ambulance Transportation Services - 36C25518C0171, 5/31/2018>9/30/2018, $845,330.00

Inactive

Contract Opportunities

**Notice ID:**

The awarded contract is a four (4) month bridge contract to continue providing
ground ambulance transportation services for beneficiaries of the Mario...

Notice Type
**Original Justification and Approval (J&A)**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NATIONAL CMOP OFFICE (36C770) |

Updated Date
Jun 30, 2018

Published Date
Jun 11, 2018

## V--MANCHESTER VA MEDICAL CENTER AMBULANCE TRANSPORT SERVICES Indefinite-Delivery, Indefinite Quantity Contract for a Base Year with Four Option Years

| Inactive |
| Contract Opportunities |

**Notice ID: VA24117R0345**

No Description Provided...

Awardee
CARE PLUS AMBULANCE SERVICE
INC;1502 COLUMBIA
CIR;MERRIMACK;NH;03054

Unique Entity ID
M31EL9CFZBT7

Notice Type
**Original Award Notice**

Updated Date
May 31, 2018

Published Date
Mar 26, 2018

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

---

## V--SOURCERS SOUGHT NOTICE COMBINED ALS/BLS AMBULANCE AND SPECIAL MODE (WHEELCHAIR) TRANSPORT SERVICES

| Inactive |
| Contract Opportunities |

**Notice ID: 36C24118R0221**

Sources Sought Notice COMBINED ALS/BLS Ambulance and Special
Mode/Wheelchair Transport Services for the White River Junction VA Medical Center
in Ver...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Current Response Date
**March 31, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
May 30, 2018

Published Date
Mar 15, 2018

---

## V--Specialized Air Ambulance Services (IDIQ)- Hawaii VA Pacific Islands Healthcare System

| Inactive |
| Contract Opportunities |

**Notice ID: VA26117R1281**

No Description Provided...

Awardee
INTERNATIONAL LIFE SUPPORT,
INC.;99-840 IWAIWA ST UNIT
1;AIEA;HI;96701

Unique Entity ID
CNKTN31E3E75

Notice Type
**Original Award Notice**

Updated Date
May 30, 2018

Published Date
Apr 30, 2018

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
261-NETWORK CONTRACT OFFICE 21
(36C261)

---

## V--Ambulance Transport Service

| Inactive |
| Contract Opportunities |

**Notice ID: 36C24518Q0114**

The DC VA Medical Center, Network Contracting Office (NCO) 5, Clarksburg, WV, is
issuing a combined synopsis / solicitation for commercial services pr...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
245-NETWORK CONTRACT OFFICE 5
(36C245)

Current Date Offers Due
**March 30, 2018 at 01:00 AM EDT**

Notice Type
**Original Combined
Synopsis/Solicitation**

Updated Date
May 29, 2018

Published Date
Mar 12, 2018

---

## V--Emergent Ambulance Services (VA-18-00031354)

| Inactive |
| Contract Opportunities |

**Notice ID: NA**

Page 1 of 1 This is a request for potential vendors to respond to this sources sought
notice to determine the market for a 10 minute response, Emergen...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
255-NETWORK CONTRACT OFFICE 15
(36C255)

Notice Type
**Original Sources Sought**

Updated Date
May 27, 2018

Published Date
Mar 13, 2018

---

## V--Emergency Transport Service Ann Arbor VA Healthcare System

| Inactive |
| Contract Opportunities |

**Notice ID: 36C25018Q9085**

STATEMENT OF WORK The Contractor shall provide Basic Life Support (BLS) Ambulance Service and Advanced Cardiovascular Life Support (ACLS/ALS) Ambulan...

| | | | Current Response Date |
|---|---|---|---|
| | | | **March 30, 2018 at 01:00 AM EDT** |
| | | | Notice Type |
| | | | **Original Sources Sought** |
| Department/Ind.Agency | Subtier | Office | Updated Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | **May 14, 2018** |
| | | | Published Date |
| | | | **Mar 21, 2018** |

---

### V--BC Ambulance Service

Notice ID: 36C25018Q9005

This is Sources Sought (SS) Notice only. This is not a request for quote. There is no solicitation available at this time. The Government will not ...

Inactive

Contract Opportunities

Current Response Date
**April 24, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**May 8, 2018**

Published Date
**Apr 11, 2018**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

### V--Ambulance Services Altoona VA Medical Center

Notice ID: 36C24418Q0440

The Department of Veterans Affairs, Network Contracting Office 4, anticipates soliciting proposals for Ambulance Services for the Altoona VA Medical C...

Inactive

Contract Opportunities

Notice Type
**Original Presolicitation**

Updated Date
**May 4, 2018**

Published Date
**Apr 4, 2018**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

---

### V--SOURCES SOUGHT - COMBINED ALS/BLS AMBULANCE AND SPECIAL MODE TRANSPORT SERVICES

Notice ID: 9456

Sources Sought Notice # 9456 COMBINED ALS/BLS Ambulance and Special Mode/Wheelchair Transport Services for the Northampton VA Medical Center in Mass...

Inactive

Contract Opportunities

Current Response Date
**March 23, 2018 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Apr 22, 2018**

Published Date
**Mar 7, 2018**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

---

### V--Saginaw Ambulance Services Bridge Contract – 1/16/18 – 5/31/18

Notice ID: 36C25018Q0170

No Description Provided...

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Apr 17, 2018**

Published Date
**Jan 9, 2018**

| Awardee | Unique Entity ID | |
|---|---|---|
| MOBILE MEDICAL RESPONSE INC;834 S WASHINGTON AVE;SAGINAW;MI;48601 | WFN2NJFMEBF6 | |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

### V--Saginaw Ambulance Services Bridge Contract – January 15, 2018 – May 31, 2018

Notice ID: 36C25018Q0170

SPECIAL NOTICE: Department of Veterans Affairs (VA), Aleda E. Lutz VA Medical Center, Saginaw, Michigan, is soliciting and intends to award a firm fix...

Inactive

Contract Opportunities

Notice Type
**Original Special Notice**

Updated Date
**Apr 17, 2018**

Published Date

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Dec 5, 2017

## V--Ambulance Service, PB

Inactive

Contract Opportunities

**Notice ID:** 36C25518R0076

36C255–18–R–0076 This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation for bid, request for quotation,...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Current Response Date
**December 15, 2017 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Mar 24, 2018**

Published Date
**Nov 7, 2017**

## V--Specialized Air Ambulance Services - Hawaii VA Pacific Islands Healthcare System

Inactive

Contract Opportunities

**Notice ID:** VA26117R1281

Network Contracting Office (NCO) is planning to issue a Request for Proposal (RFP) to obtain air ambulance services for inter-island transport for the...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Current Date Offers Due
**December 01, 2017 at 12:00 AM EST**

Notice Type
**Original Solicitation**

Updated Date
**Mar 1, 2018**

Published Date
**Nov 3, 2017**

## V--BPA Ambulance Transportation Service

Inactive

Contract Opportunities

**Notice ID:** 36C25218Q0243

No Description Provided...

| Awardee | Unique Entity ID |
|---|---|
| PATRIOT CAR SERVICES, LLC;18W088 CLAREMONT DR;DARIEN;IL;60561 | RN5UX3UL35G6 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
**Original Award Notice**

Updated Date
**Feb 24, 2018**

Published Date
**Jan 25, 2018**

## V--FHCC Ambulance BPA

Inactive

Contract Opportunities

**Notice ID:** 36C25218Q0243

COMBINED SYNOPSIS/SOLICITATION FOR COMMERCIAL ITEMS General Information Document Type: Combined Solicitation/Synopsis Solicitation Number: 36C25218...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Current Date Offers Due
**December 11, 2017 at 12:00 AM EST**

Notice Type
**Original Combined Synopsis/Solicitation**

Updated Date
**Jan 10, 2018**

Published Date
**Dec 1, 2017**

## V--BEDFORD VAMC ALS/BLS AMBULANCE TRANSPORT SERVICES

Inactive

Contract Opportunities

**Notice ID:** VA24117R0234

No Description Provided...

| Awardee | Unique Entity ID |
|---|---|
| CATALDO AMBULANCE SERVICE, INC.;137 WASHINGTON ST;SOMERVILLE;MA;02143 | C5H9HVMKBTH1 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Award Notice**

Updated Date
**Jan 1, 2018**

Published Date
**Nov 8, 2017**

## V--WHCC Ambulance Service

Inactive

Notice ID: VA25017Q0368

Contract Opportunities

No Description Provided...

Awardee
PARAMED, INC;517 DIVISION AVE
S;GRAND RAPIDS;MI;49503

Unique Entity ID
E6T5NWLKD938

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

Notice Type
**Original Award Notice**

Updated Date
**Nov 15, 2017**

Published Date
**Oct 4, 2017**

---

### V--Ambulance Services, STL VAHCS

Inactive

Notice ID: VA25517R0458

Contract Opportunities

No Description Provided...

Awardee
GATEWAY AMBULANCE;1530
FAIRVIEW AVE;SAINT LOUIS;MO;63132

Unique Entity ID
MRV5XEL51PR3

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
255-NETWORK CONTRACT OFFICE 15
(36C255)

Notice Type
**Original Award Notice**

Updated Date
**Nov 5, 2017**

Published Date
**Oct 2, 2017**

---

### V--BLS Ambulance Service and Wheelchair Van Transportation VA Northern Indiana Health Care System

Inactive

Notice ID: VA25017Q0600

Contract Opportunities

No Description Provided...

Awardee
ABLE AMBULANCE INC;119 S
WASHINGTON ST;MARION;IN;46952

Unique Entity ID
KT1KANPMEMY5

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

Notice Type
**Original Award Notice**

Updated Date
**Nov 3, 2017**

Published Date
**Aug 22, 2017**

---

### V--Ambulance Services Philadelphia VA Medical Center IDIQ - POP: 09/22/2017 to 12/21/2020

Inactive

Notice ID: VA24417Q1389

Contract Opportunities

No Description Provided...

Awardee
LIFELINE MEDICAL SERVICES INC;290
SANFORD ST;EAST ORANGE;NJ;07018

Unique Entity ID
DXAELJ65NV95

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Notice Type
**Original Award Notice**

Updated Date
**Oct 20, 2017**

Published Date
**Sep 21, 2017**

---

### V--Ground Ambulance Transport Roseburg, Oregon VAMC

Inactive

Notice ID: VA26017N0530

Contract Opportunities

THIS IS NOT A REQUEST FOR PROPOSALS, QUOTATIONS, OR BIDS, NOR IS THIS A
SYNOPSIS OF A PROPOSED CONTRACT ACTION UNDER FAR SUBPART 5.2. NO
SOLICITATIO...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

Current Response Date
**July 20, 2017 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date
**Sep 18, 2017**

Published Date
**Jul 13, 2017**

---

### V--Ground Ambulance Services - White City, OR

Inactive

Notice ID: VA26017N0532

Contract Opportunities

THIS IS NOT A REQUEST FOR PROPOSALS, QUOTATIONS, OR BIDS, NOR IS THIS A
SYNOPSIS OF A PROPOSED CONTRACT ACTION UNDER FAR SUBPART 5.2. NO
SOLICITATIO...

Department/Ind.Agency

Subtier

Office

Current Response Date
**July 20, 2017 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| | | | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Updated Date **Sep 18, 2017** Published Date **Jul 13, 2017** |

---

### V--Ambulance Transportation Services - Marion IL VA Medical Center

**Notice ID: VA25517N0746**

THIS IS NOT A SOLICITATION. This is a Request for Information (RFI)/Sources Sought notice issued in accordance with FAR 15.201(e) to conduct market r...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Inactive

Contract Opportunities

Current Response Date
**July 20, 2017 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Aug 19, 2017**

Published Date
**Jul 6, 2017**

---

### V--VANIHCS Ambulance Services Fort Wayne and Marion, IN Campuses

**Notice ID: VA25017N0439**

This is a Sources Sought (SS) Notice only. This is not a request for quote. There is no solicitation available at this time. The Government will no...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Current Response Date
**May 05, 2017 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Aug 12, 2017**

Published Date
**May 1, 2017**

---

### V--WHCC Ambulance Service

**Notice ID: VA25017N0369**

This is Sources Sought (SS) Notice only. This is not a request for quote. There is no solicitation available at this time. The Government will not ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Current Response Date
**May 05, 2017 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Aug 12, 2017**

Published Date
**May 1, 2017**

---

### V--Amendment to WHCC Ambulance Service Correction of Response Date

**Notice ID: VA25017N0369**

Page 1 of 1 This is a Sources Sought (SS) Notice only. This is not a request for quote. There is no solicitation available at this time. The Govern...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Notice Type
**Original Special Notice**

Updated Date
**Aug 8, 2017**

Published Date
**May 1, 2017**

---

### V--Ambulance Services, STL VAHCS

**Notice ID: VA25517R0458**

VA255-17-R-0458 This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation to bid, request for quotat...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Inactive

Contract Opportunities

Current Response Date
**April 21, 2017 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Jul 20, 2017**

Published Date
**Apr 6, 2017**

## V--RLRVAMC Ambulance Service

Inactive

Contract Opportunities

**Notice ID:** VA25017N0370

This is Sources Sought (SS) Notice only. This is not a request for quote. There is no solicitation available at this time. The Government will not ...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

**Current Response Date**
March 17, 2017 at 1:00 AM EDT

**Notice Type**
Original Sources Sought

**Updated Date**
Jun 24, 2017

**Published Date**
Mar 9, 2017

## V--SOURCES SOUGHT - ALS/BLS AMBULANCE TRANSPORT SERVICES MANCHESTER VA MEDICAL CENTER

Inactive

Contract Opportunities

**Notice ID:** VA24117N0346

Request for Information (RFI) # VA241-17-N-0346 (ALS/BLS Ambulance Transport Services Manchester VA Medical Center) This is a request for informatio...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

**Current Response Date**
May 22, 2017 at 01:00 AM EDT

**Notice Type**
Original Sources Sought

**Updated Date**
Jun 21, 2017

**Published Date**
May 15, 2017

## V--SERVICES: Ambulance Services (BLS & ALS) SOLICITATION CANCELLATION

Inactive

Contract Opportunities

**Notice ID:** VA24817Q0094

Published Solicitation No. VA247-17-Q-0094 is hereby canceled in its entirety. No other actions will be pursued on this procurement, and no award wil...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

**Notice Type**
Original Special Notice

**Updated Date**
Jun 15, 2017

**Published Date**
Mar 17, 2017

## V--Hudson Valley Ambulance Service Contract

Inactive

Contract Opportunities

**Notice ID:** VA24017Q0051

No Description Provided...

| Awardee | Unique Entity ID |
| --- | --- |
| MOBILE LIFE SUPPORT SERVICES, INC.;3188 US ROUTE 9W;NEW WINDSOR;NY;12553 | YSK6V7MEHNJ5 |

**Notice Type**
Original Award Notice

**Updated Date**
May 29, 2017

**Published Date**
Apr 7, 2017

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | RPO EAST (36C24E) |

## V--Sources Sought | Alaska Air Ambulance | Alaska and Puget Sound VAHCS

Inactive

Contract Opportunities

**Notice ID:** VA26017N0304

THIS IS NOT A REQUEST FOR PROPOSALS, QUOTATIONS, OR BIDS, NOR IS THIS A SYNOPSIS OF A PROPOSED CONTRACT ACTION UNDER FAR SUBPART 5.2. NO SOLICITATIO...

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

**Current Response Date**
April 28, 2017 at 01:00 AM EDT

**Notice Type**
Original Sources Sought

**Updated Date**
May 28, 2017

**Published Date**
Apr 14, 2017

## V--Sources Sought | Air Ambulance Services | Alaska and Puget Sound VAHCS

Inactive

Contract Opportunities

**Notice ID:** VA26017N0302

THIS IS NOT A REQUEST FOR PROPOSALS, QUOTATIONS, OR BIDS, NOR IS THIS A SYNOPSIS OF A PROPOSED CONTRACT ACTION UNDER FAR SUBPART 5.2. NO

**Current Response Date**
April 28, 2017 at 01:00 AM EDT

SOLICITATIO...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Notice Type **Original Sources Sought** Updated Date **May 28, 2017** Published Date **Apr 14, 2017** |

---

### V--Ambulance Services | Roseburg, White City, OR - Puget Sound

**Notice ID: VA26017N0281**

| Inactive |
|---|
| Contract Opportunities |

THIS IS NOT A REQUEST FOR PROPOSALS, QUOTATIONS, OR BIDS, NOR IS THIS A SYNOPSIS OF A PROPOSED CONTRACT ACTION UNDER FAR SUBPART 5.2. NO SOLICITATIO...

Current Response Date **April 13, 2017 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Notice Type **Original Sources Sought** Updated Date **May 13, 2017** Published Date **Apr 3, 2017** |

---

### V--Ambulance Services, (Base plus 4 - one year option periods) WJB Dorn Veterans Affairs Medical Center Columbia, SC

**Notice ID: VA24714R0828**

| Inactive |
|---|
| Contract Opportunities |

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| EXCELSIOR AMBULANCE SERVICE, INC.;108 POLLY OGDEN LN;BAXLEY;GA;31513 | YJ84E2WDYJH7 | Notice Type **Original Award Notice** Updated Date **May 8, 2017** Published Date **Apr 24, 2017** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 247-NETWORK CONTRACT OFFICE 7 (36C247) |

---

### V--Ambulance Service Contract for Huntington, WV

**Notice ID: VA24517N0090**

| Inactive |
|---|
| Contract Opportunities |

SUBJECT: Ambulance Service Contract for Huntington, WV Veterans Affairs Hospital Center THIS IS NOT A REQUEST FOR PROPOSALS (RFP) OR A REQUEST FOR QU...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Notice Type **Original Presolicitation** Updated Date **Apr 11, 2017** Published Date **Feb 10, 2017** |

---

### V--SERVICES: AMBULANCE SERVICES ALS/BLS GROUND TRANSPORTATION

**Notice ID: VA24817Q0094**

| Inactive |
|---|
| Contract Opportunities |

SERVICES: AMBULANCE SERVICES PRE-SOLICITATION NOTICE The Network Contracting Office 8 intends to issue a Request for Quotations (RFQ) for VISN 8 Am...

Current Response Date **January 17, 2017 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) | Notice Type **Original Presolicitation** Updated Date **Mar 18, 2017** Published Date **Dec 6, 2016** |

---

### V--Ambulance Transports-Appointments and Inter-Facility-528

**Notice ID: VA52816Q0194**

| Inactive |
|---|
| Contract Opportunities |

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| LASALLE AMBULANCE INC;481 WILLIAM L GAITER PKWY;BUFFALO;NY;14215 | VNHLMKDGJ3M7 | Notice Type **Original Award Notice** Updated Date **Mar 2, 2017** Published Date **Nov 22, 2016** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|

VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242)

---

## V--BEDFORD ALS/BLS AMBULANCE TRANSPORT

Inactive

**Notice ID:** VA24117N0060

Contract Opportunities

Sources Sought Notice # VA241-17-N-0060 (Bedford VA Medical Center Ambulance Service, Bedford, Massachusetts) This is a Sources Sought Notice regardi...

Current Response Date
December 18, 2016 at 12:00 AM EST

Notice Type
Original Sources Sought

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Updated Date
Jan 17, 2017

Published Date
Dec 6, 2016

---

## V--VAPHS Ambulance Service - Western Star DBA Metro | 5-year IDIQ, POP: 1/1/2017 thru 12/31/2021 | Award

Inactive

**Notice ID:** VA24416R1172

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
WESTERN-STAR HOSPITAL
AUTHORITY, INC.;340 W PEACHTREE
STREET NW 2 FLR;ATLANTA;GA;30303

Unique Entity ID
VHWNN5PDZ2N9

Updated Date
Jan 4, 2017

Published Date
Dec 28, 2016

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

---

## V--JAMES J. PETERS VAMC Ambulance Services

Inactive

**Notice ID:** VA24016R0023

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
CITYWIDE MOBILE RESPONSE
CORP.;1624 STILLWELL
AVE;BRONX;NY;10461

Unique Entity ID
KPC5BFNMAYY3

Updated Date
Nov 28, 2016

Published Date
Oct 7, 2016

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | RPO EAST (36C24E) |

---

## V--Ground Ambulance Services to provide transportation to patients at the Department of Veterans Affairs Pittsburgh Healthcare Systems (VAPHS) University Drive and H.J. Heinz Facility

Inactive

**Notice ID:** VA24416R1172

Contract Opportunities

This is a Sources Sought for Market Research Purposes Only. If you are interested in this Statement of Work, contact Contracting Officer via email exp...

Current Response Date
August 27, 2016 at 12:59 AM EDT

Notice Type
Updated Sources Sought

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
Nov 25, 2016 (1)

Published Date
Aug 22, 2016

---

## V--Ambulance Services, STL VAHCS

Inactive

**Notice ID:** VA25516R0223

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
ABBOTT AMBULANCE, INC.;2500
ABBOTT PL;SAINT LOUIS;MO;63143

Unique Entity ID
ZKKNHXY3A2B7

Updated Date
Oct 31, 2016

Published Date
Oct 3, 2016

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

---

## V--Ambulance Transportation Services - Marion IL VA Medical Center

Inactive

**Notice ID: VA25516Q0365**

1) The contractor will furnish all labor and materials necessary to provide prearranged ground ambulance transportation services to beneficiaries of t...

| | | | |
|---|---|---|---|
| Awardee | Unique Entity ID | | Notice Type |
| MEDICONE MEDICAL | LMN8CL35LQ13 | | **Original Award Notice** |
| RESPONSE;14286 GILLIS RD FRNT | | | Updated Date |
| FRNT;DALLAS;TX;75244 | | | **Oct 31, 2016** |
| | | | Published Date |
| | | | **Aug 23, 2016** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

## V--CT Ambulance Services

| Inactive |
|---|

**Notice ID: VA24116R0332**          Contract Opportunities

No Description Provided...

| | | | |
|---|---|---|---|
| Awardee | Unique Entity ID | | Notice Type |
| AMERICAN MEDICAL RESPONSE OF | LCMWL7RSEAM3 | | **Original Award Notice** |
| CONNECTICUT INC;55 CHURCH | | | Updated Date |
| STREET 6 FL;NEW HAVEN;CT;06510 | | | **Oct 30, 2016** |
| | | | Published Date |
| | | | **Sep 6, 2016** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--BLS Ambulance and Wheelchair Van Service VA Northern Indiana Health Care System

| Inactive |
|---|

**Notice ID: VA25116Q0106**          Contract Opportunities

No Description Provided...

| | | | |
|---|---|---|---|
| Awardee | Unique Entity ID | | Notice Type |
| ABLE AMBULANCE INC;119 S | KT1KANPMEMY5 | | **Original Award Notice** |
| WASHINGTON ST;MARION;IN;46952 | | | Updated Date |
| | | | **Oct 6, 2016** |
| | | | Published Date |
| | | | **Sep 6, 2016** |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

## V--Services: ALS-BLS Ambulance Ground Transport (Various Locations Central Florida)

| Inactive |
|---|

**Notice ID: VA24816N1553**          Contract Opportunities

This is a SOURCES SOUGHT ANNOUNCEMENT ONLY. This is not a solicitation for work, nor is it a request for proposal. It is neither a solicitation announ...

| | | |
|---|---|---|
| | | Current Response Date |
| | | **August 22, 2016 at 01:00 AM EDT** |
| Department/Ind.Agency | Subtier | Office | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Notice Type
**Original Sources Sought**
Updated Date
**Sep 5, 2016**
Published Date
**Aug 11, 2016**

## V--VACHS ALS/BLS GROUND TRANSPORTATION AMBULANCES

| Inactive |
|---|

**Notice ID: VA24816N1518**          Contract Opportunities

SERVICES--Ambulance Services RFI: VA248-16-N-1518 Agency: Department of Veterans Affairs Office: VA Caribbean Healthcare System Location: San Juan, Pue...

| | | |
|---|---|---|
| | | Current Response Date |
| | | **August 19, 2016 at 01:00 AM EDT** |
| Department/Ind.Agency | Subtier | Office | Notice Type |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Notice Type
**Original Sources Sought**
Updated Date
**Aug 28, 2016**
Published Date
**Aug 10, 2016**

## V--PROVIDENCE VAMC ALS/BLS AMBULANCE TRANSPORT SERVICES

| Inactive |
|---|

**Notice ID: VA24116R0141**          Contract Opportunities

No Description Provided...

| | |
|---|---|
| Awardee | Unique Entity ID |

Notice Type
**Original Award Notice**

ALERT AMBULANCE SERVICE          TGSNGBNPJB98
INC;1290 WILSON RD;FALL
RIVER;MA;02720

|  |  |  | Updated Date<br>Aug 28, 2016 |
|---|---|---|---|

Published Date
Jul 6, 2016

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

### V--Ambulance Service RLRVAMC Indianapolis, IN

**Notice ID: VA25116Q0178**

Inactive

Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type<br>**Original Award Notice** |
|---|---|---|---|
| AMBULANCE MANAGEMENT SERVICES<br>LTD.;1299 E VOORHEES ST;TERRE<br>HAUTE;IN;47802 | MSZ6M19AKUT6 | | |

Updated Date
Aug 14, 2016

Published Date
Jul 18, 2016

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

### V--BOSTON HEALTHCARE SYSTEM ALS/BLS TRANSPORTATION SERVICES REQUEST FOR INFORMATION (RFI)

**Notice ID: VA24116N0421**

Inactive

Contract Opportunities

Request for Information (RFI) # VA241-16-N-0421 (Boston Healthcare System Ambulance Service) This is a request for information (RFI) seeking informati...

Current Response Date
June 03, 2016 at 01:00 AM EDT

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

Updated Date
Aug 2, 2016

Published Date
May 23, 2016

### V--Ambulance Contract BASE 4

**Notice ID: VA24716N0578**

Inactive

Contract Opportunities

THIS IS A REQUEST FOR INFORMATION (RFI) ONLY Ambulance Services TUSCALOOSA VA MEDICAL CENTER This is a request for information used to identify poten...

Current Response Date
May 27, 2016 at 01:00 AM EDT

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Updated Date
Jun 26, 2016

Published Date
May 24, 2016

### V--BOSTON AMBULANCE ALS/BLS TRANSPORT SERVICES SHORT-TERM BRIDGE CONTRACT

**Notice ID: OTHERTHANFULLANDOPEN**

Inactive

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID | |
|---|---|---|
| CATALDO AMBULANCE SERVICE,<br>INC.;137 WASHINGTON<br>ST;SOMERVILLE;MA;02143 | C5H9HVMKBTH1 | |

Updated Date
Jun 21, 2016

Published Date
May 11, 2016

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

### V--BOSTON AMBULANCE ALS/BLS TRANSPORT SERVICES SHORT-TERM BRIDGE CONTRACT

**Notice ID: OTHERTHANFULLANDOPEN**

Inactive

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID | |
|---|---|---|
| BREWSTER AMBULANCE SERVICE,<br>INC.;285 HYDE PARK<br>AVE;BOSTON;MA;02130 | WE94NB2M21L8 | |

Updated Date
Jun 21, 2016

Published Date
May 11, 2016

| Department/Ind.Agency | Subtier | Office |
|---|---|---|

VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241)

---

### V--BOSTON AMBULANCE ALS/BLS TRANSPORT SERVICES SHORT TERM BRIDGE CONTRACT

Inactive

**Notice ID:** OTHERTHANFULLANDOPEN

Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| AMERICAN MEDICAL RESPONSE OF MASSACHUSETTS, INC;4 TECH CIR;NATICK;MA;01760 | S35EQWXRCJ54 | | **Original Award Notice** |

Updated Date
**Jun 21, 2016**

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **May 11, 2016** |

---

### V--Boston Ambulance Bridge Contract - ALERT

Inactive

**Notice ID:** OTHERTHANFULLANDOPEN

Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| ALERT AMBULANCE SERVICE INC;1290 WILSON RD;FALL RIVER;MA;02720 | TGSNGBNPJB98 | | **Original Award Notice** |

Updated Date
**Jun 21, 2016**

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **May 11, 2016** |

---

### V--Maine Healthcare System Ambulance Contract (BLS/ALS)

Inactive

**Notice ID:** VA24114R0664

Contract Opportunities

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| NORTHEAST MOBILE HEALTH SERVICES INC;24 WASHINGTON AVE;SCARBOROUGH;ME;04074 | ECTBCG8DCND8 | | **Original Award Notice** |

Updated Date
**Jun 7, 2016**

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | **Apr 18, 2016** |

---

‹ | 4 | of **6** | ›

**Results per page**
100

↓
Feedback

**Our Website**
About This Site
Our Community
Release Notes
System Alerts

**Policies**
Privacy Policy
Disclaimers
Freedom of Information Act
Accessibility

**Our Partners**
Acquisition.gov
USASpending.gov
Grants.gov
More Partners

**Customer Service**
Help
Check Entity Status
Federal Service Desk
External Resources
Contact



| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) | Notice Type **Original Sources Sought** |

Updated Date
**Jun 5, 2016**

Published Date
**Feb 3, 2016**

---

### V--Ambulance Transportation Services - Marion IL VA Medical Center

Inactive

Contract Opportunities

**Notice ID: VA25516N0258**

THIS IS NOT A SOLICITATION. This is a Request for Information (RFI)/Sources Sought notice issued in accordance with FAR 15.201(e) to conduct market r...

Current Response Date
**March 01, 2016 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
**Original Sources Sought**

Updated Date
**May 30, 2016**

Published Date
**Feb 16, 2016**

---

### V--Connecticut Health Care System Ambulance Service

Inactive

Contract Opportunities

**Notice ID: SoleSourceAttached**

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| AMERICAN MEDICAL RESPONSE OF CONNECTICUT INC;55 CHURCH STREET 6 FL;NEW HAVEN;CT;06510 | LCMWL7RSEAM3 | Notice Type **Original Award Notice** |

Updated Date
**May 28, 2016**

Published Date
**Mar 30, 2016**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

---

### V--Non-emergent Ambulance and Wheelchair Van Services to provide transportation to patients at the Wilkes Barre VA Medical Center (WBVAMC) and Outpatient Clinics.

Inactive

Contract Opportunities

**Notice ID: VA24416R0380**

This is a Sources Sought only. The Department of Veterans Affairs (VA) is performing market research to assess the commercial marketplace for Ambulanc...

Current Response Date
**March 25, 2016 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Notice Type
**Original Sources Sought**

Updated Date
**May 24, 2016**

Published Date
**Mar 21, 2016**

---

### V--Ambulance Services-528A5

Inactive

Contract Opportunities

**Notice ID: VA52816R0017**

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| FINGER LAKES AMBULANCE EMERGENCY INC;20 CRANE ST;CLIFTON SPRINGS;NY;14432 | NDK9CNW9GG99 | Notice Type **Original Award Notice** |

Updated Date
**Apr 19, 2016**

Published Date
**Feb 19, 2016**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

---

### V--Ground Ambulance and Paramedic Services to provide transportation to patients at the Department of Veterans Affaris Pittsburgh HealthCare System (VAPHS) University Drive and H. J. Heinz Facility

Inactive

Contract Opportunities

**Notice ID: VA24416R0291**

This is a Sources Sought for Market Research Purposes Only. If you are interested in this Statement of Work, contact Contracting Officer via email e...

Current Response Date
**January 15, 2016 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | |

Updated Date
**Mar 15, 2016**

244-NETWORK CONTRACT OFFICE 4
(36C244)

Published Date
Dec 30, 2015

## V--Ambulance Transportation for Veterans VA Connecticut Health Care System

Inactive

**Notice ID: VA24116N0003**

Contract Opportunities

Request for Information (RFI) # VA241-15-N-0679 (Providence Healthcare System
Ambulance Service) This is a request for information seeking informatio...

Current Response Date
**November 06, 2015 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Notice Type
**Original Sources Sought**

Updated Date
**Feb 4, 2016**

Published Date
**Oct 6, 2015**

## V--GROUND AMBULANCE TRANSPORTATION

Inactive

**Notice ID: VA25915R0766**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| EAGLE AMBULANCE SERVICE;6 MARKET ST;CLANCY;MT;59634 | VSE3RN2FESQ9 |

Updated Date
**Jan 30, 2016**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

Published Date
**Dec 3, 2015**

## V--24/7/365 ALS, BLS Ambulance Service

Inactive

**Notice ID: VA69D15Q0250**

Contract Opportunities

THIS IS A SOURCES SOUGHT ANNOUNCEMENT ONLY. This is not a solicitation for
proposals, proposal abstracts, bids, or quotations. The purpose of this n...

Current Response Date
**October 16, 2015 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
**Original Sources Sought**

Updated Date
**Dec 15, 2015**

Published Date
**Sep 30, 2015**

## V--SPECIAL MODE TRANSPORTATION FOR EMERGENCY AMBULANCE

Inactive

**Notice ID: VA25716Q0100**

Contract Opportunities

Solicitation Number: 549-16-1-230-0004 Notice Type: Sources Sought Sources
Sought Only. This Sources Sought Notice is not a request for formal pro...

Current Response Date
**November 10, 2015 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

Notice Type
**Original Sources Sought**

Updated Date
**Dec 10, 2015**

Published Date
**Oct 28, 2015**

## V--NYH Ambulance Contract

Inactive

**Notice ID: VA24015R0029**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| CITYWIDE MOBILE RESPONSE CORP.;1624 STILLWELL AVE;BRONX;NY;10461 | KPC5BFNMAYY3 |

Updated Date
**Nov 24, 2015**

Published Date
**Sep 29, 2015**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | RPO EAST (36C24E) |

## V--Ambulance Service Lebanon

Inactive

**Notice ID:** VA24414R0989

No Description Provided...

| | | | Contract Opportunities |
|---|---|---|---|

Awardee
FIRST AID & SAFETY PATROL OF
LEBANON, INC;254 S 11TH
ST;LEBANON;PA;17042

Unique Entity ID
LXVMDTLFCSA8

**Notice Type**
Original Award Notice

Updated Date
Oct 31, 2015

Published Date
Oct 1, 2015

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

---

## V--New York Harbor Healthcare System Ambulance Services

| | Inactive |
|---|---|

**Notice ID:** VA24015Q0041

| | Contract Opportunities |
|---|---|

Intent to Sole Source The VHA Service Area Office East intends to award a sole
source contract under the statutory authority of 10 U.S.C. 2304(c)(2) ...

**Notice Type**
Original Special Notice

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
RPO EAST (36C24E)

Updated Date
Oct 27, 2015

Published Date
Aug 28, 2015

---

## V--Ambulance Service

| | Inactive |
|---|---|

**Notice ID:** VA24115N0679

| | Contract Opportunities |
|---|---|

Request for Information (RFI) # VA241-15-N-0679 (Providence Healthcare System
Ambulance Service) This is a request for information seeking informatio...

Current Response Date
August 21, 2015 at 01:00 AM EDT

Notice Type
Original Sources Sought

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
241-NETWORK CONTRACT OFFICE 01
(36C241)

Updated Date
Oct 20, 2015

Published Date
Jul 20, 2015

---

## V--ALS/BLS Ambulance Transport Services for the SLVHCS clinics Greater New Orleans LA VA

| | Inactive |
|---|---|

**Notice ID:** VA25615R0580

| | Contract Opportunities |
|---|---|

No Description Provided...

Awardee
ACADIAN AMBULANCE SERVICE,
INC.;130 E KALISTE SALOOM
RD;LAFAYETTE;LA;70508

Unique Entity ID
GJV5W9KERGR1

**Notice Type**
Original Award Notice

Updated Date
Oct 18, 2015

Published Date
Sep 18, 2015

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
256-NETWORK CONTRACT OFFICE 16
(36C256)

---

## V--Ambulance Transportation Service - VAMC Wilmington

| | Inactive |
|---|---|

**Notice ID:** VA24415R1320

| | Contract Opportunities |
|---|---|

No Description Provided...

Awardee
MID ATLANTIC CARE LLC;15
PRESTBURY SQ STE
5;NEWARK;DE;19713

Unique Entity ID
ESKUFXJMQGK7

**Notice Type**
Original Award Notice

Updated Date
Oct 15, 2015

Published Date
Oct 8, 2015

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

---

## V--VA244-15-D-0374, Ambulance Services - Emergycare | 5 Year contract 1 September 2015 - 31 August 2020

| | Inactive |
|---|---|

**Notice ID:** VA24415R0182

| | Contract Opportunities |
|---|---|

No Description Provided...

Awardee
EMERGYCARE, INC.;1701 SASSAFRAS
ST;ERIE;PA;16502

Unique Entity ID
MBNYXEFCSCJ4

**Notice Type**
Original Award Notice

Updated Date
Sep 30, 2015

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Aug 31, 2015 |

### V--Milwaukee VAMC Ambulance Services

**Notice ID:** VA69D15Q0949

`Inactive`

`Contract Opportunities`

No Description Provided...

Awardee
CURTIS-UNIVERSAL, INC.;2266 N PROSPECT AVE STE 440;MILWAUKEE;WI;53202

Unique Entity ID
HBGHNKJZ6BJ9

Notice Type
**Original Award Notice**

Updated Date
Sep 25, 2015

Published Date
Aug 26, 2015

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

### Q--New contract from 1/1/2016 to 12/31/2016 to provide Critical Care, Advanced Life Support, and Basic Life Support ambulance service for JBVAMC and all CBOC clinic beneficiaries.

**Notice ID:** VA69D15N1230

`Inactive`

`Contract Opportunities`

This is a Sources Sought Synopsis is published for market research purposes only; THERE IS NO SOLICITATION AVAILABLE. Requests for solicitation will...

Current Response Date
**August 14, 2015 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Updated Date
Sep 13, 2015

Published Date
Aug 27, 2015

### V--Ambulance Services at Department of Veterans Affairs, 1601 Kirkwood Highway, Wilmington DE 19805.

**Notice ID:** VA24415R1320

`Inactive`

`Contract Opportunities`

This is a Sources Sought only. The Department of Veterans Affairs (VA) is performing market research to assess the commercial marketplace for Ambulanc...

Current Response Date
**August 27, 2015 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
Sep 11, 2015

Published Date
Aug 20, 2015

### V--Ambulance Services for Veterans Administration locations in the Baton Rouge LA This correct prior notice to reflect only Baton Rouge award

**Notice ID:** VA25615R0847

`Inactive`

`Contract Opportunities`

Only Baton Rouge LA location awarded under this contract. ...

Awardee
ACADIAN AMBULANCE SERVICE, INC.;130 E KALISTE SALOOM RD;LAFAYETTE;LA;70508

Unique Entity ID
GJV5W9KERGR1

Notice Type
**Original Award Notice**

Updated Date
Sep 1, 2015

Published Date
Aug 13, 2015

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

### V--Ambulance Services for Veterans Administration locations in the Baton Rouge and New Orleans Louisiana Areas

**Notice ID:** VA25615R0847

`Inactive`

`Contract Opportunities`

Awarded : Base Performance Period (obligated amount: $468,821.91...

Awardee
ACADIAN AMBULANCE SERVICE, INC.;130 E KALISTE SALOOM RD;LAFAYETTE;LA;70508

Unique Entity ID
GJV5W9KERGR1

Notice Type
**Original Award Notice**

Updated Date
Sep 1, 2015

Published Date
Aug 13, 2015

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | |

256-NETWORK CONTRACT OFFICE 16
(36C256)

## V--Portland Ambulance Services

| | Inactive |
| --- | --- |

**Notice ID: VA26015Q0064**

| | Contract Opportunities |
| --- | --- |

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
| --- | --- | --- | --- |
| AMERICAN MEDICAL RESPONSE | S1CSWQGN7LU6 | | **Original Award Notice** |
| NORTHWEST, INC.;1 SE 2ND | | | Updated Date |
| AVE;PORTLAND;OR;97214 | | | Jul 16, 2015 |
| | | | Published Date |
| | | | Jun 17, 2015 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

## V--VA Maine Health Care System Ambulance & Wheelchair Services

| | Inactive |
| --- | --- |

**Notice ID: Va24115C0089**

| | Contract Opportunities |
| --- | --- |

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
| --- | --- | --- | --- |
| DELTA AMBULANCE CORPORATION;29 | FHVDVMEGJ6L3 | | **Original Award Notice** |
| CHASE AVE;WATERVILLE;ME;04901 | | | Updated Date |
| | | | May 31, 2015 |
| | | | Published Date |
| | | | Apr 1, 2015 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--VA Maine Health Care System Ambulance Services

| | Inactive |
| --- | --- |

**Notice ID: VA24115C0088**

| | Contract Opportunities |
| --- | --- |

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
| --- | --- | --- | --- |
| CARIBOU, CITY OF;121 HIGH | U2QQZ7BUZVZ9 | | **Original Award Notice** |
| ST;CARIBOU;ME;04736 | | | Updated Date |
| | | | May 31, 2015 |
| | | | Published Date |
| | | | Apr 1, 2015 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--VA Maine Health Care System Ambulance and Wheelchair Service

| | Inactive |
| --- | --- |

**Notice ID: VA24115C0090**

| | Contract Opportunities |
| --- | --- |

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
| --- | --- | --- | --- |
| NORTHEAST MOBILE HEALTH | ECTBCG8DCND8 | | **Original Award Notice** |
| SERVICES INC;24 WASHINGTON | | | Updated Date |
| AVE;SCARBOROUGH;ME;04074 | | | May 31, 2015 |
| | | | Published Date |
| | | | Apr 1, 2015 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--Providence VAMC Ambulance Service

| | Inactive |
| --- | --- |

**Notice ID: VA24115C0093**

| | Contract Opportunities |
| --- | --- |

No Description Provided...

| Awardee | Unique Entity ID | | Notice Type |
| --- | --- | --- | --- |
| ALERT AMBULANCE SERVICE | TGSNGBNPJB98 | | **Original Award Notice** |
| INC;1290 WILSON RD;FALL | | | Updated Date |
| RIVER;MA;027208604 | | | May 31, 2015 |
| | | | Published Date |
| | | | Apr 1, 2015 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--Iron Mountain Ambulance Services

| | Inactive |
| --- | --- |

**Notice ID: VA69D15Q0386**

| | Contract Opportunities |
| --- | --- |

Award has been made to the offeror with lowest price technically acceptable offer.
The total maximum amount of services acquired under this contract ...

| | | | Notice Type |
| --- | --- | --- | --- |
| Awardee | | | **Original Award Notice** |
| BEACON AMBULANCE SERVICE | Unique Entity ID | | Updated Date |
| INC;300 VILLA DR;HURLEY;WI;54534 | KJDJS78X6K86 | | May 15, 2015 |
| | | | Published Date |
| | | | Apr 20, 2015 |
| Department/Ind.Agency | Subtier | Office | |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) | |

## V--AIR AMBULANCE FLIGHT

Inactive

Contract Opportunities

**Notice ID: VA52815R0067**

This is a SOURCES SOUGHT ANNOUNCEMENT ONLY. It is neither a solicitation
announcement nor a request for proposals or quotes and does not obligate the...

Current Response Date
**January 05, 2015 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office | Notice Type |
| --- | --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) | **Original Sources Sought** |
| | | | Updated Date |
| | | | Mar 6, 2015 |
| | | | Published Date |
| | | | Dec 23, 2014 |

## V--ALS/BLS AMBULANCE TRANSPORT SERVICE

Inactive

Contract Opportunities

**Notice ID: VA24814R3230**

No Description Provided...

| Awardee | | | Notice Type |
| --- | --- | --- | --- |
| LIFEFLEET SOUTHEAST INC;4914 W | Unique Entity ID | | **Original Award Notice** |
| KNOX ST;TAMPA;FL;336348026 | KEPNZDFQXUC4 | | Updated Date |
| | | | Jan 31, 2015 |
| Department/Ind.Agency | Subtier | Office | Published Date |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) | Dec 19, 2014 |

## S--Integrated Pest Management Program

Inactive

Contract Opportunities

**Notice ID: VA24415Q0126**

This is a SOURCES SOUGHT NOTICE only. Responses to this notice will be used for
information and planning purposes. No proposals are being requested o...

Current Response Date
**December 07, 2014 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office | Notice Type |
| --- | --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | **Original Sources Sought** |
| | | | Updated Date |
| | | | Jan 6, 2015 |
| | | | Published Date |
| | | | Nov 21, 2014 |

## V--608-Ambulance Transport

Inactive

Contract Opportunities

**Notice ID: VA24114R0062**

No Description Provided...

| Awardee | | | Notice Type |
| --- | --- | --- | --- |
| CARE PLUS AMBULANCE SERVICE | Unique Entity ID | | **Original Award Notice** |
| INC;1502 COLUMBIA | M31EL9CFZBT7 | | Updated Date |
| CIR;MERRIMACK;NH;030544164 | | | Dec 28, 2014 |
| | | | Published Date |
| Department/Ind.Agency | Subtier | Office | Sep 29, 2014 |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) | |

## V--Muncie Patient Transportation Services

Inactive

Contract Opportunities

**Notice ID: VA25114Q0066**

No Description Provided...

| Awardee | | Notice Type |
| --- | --- | --- |
| HEARTLAND AMBULANCE | Unique Entity ID | **Original Award Notice** |
| SERVICE;400 W AIR PARK DR # | GKEST1U63MB5 | Updated Date |
| A;MUNCIE;IN;473031886 | | Dec 14, 2014 |
| | | Published Date |

| Department/Ind.Agency | Subtier | Office | Sep 9, 2014 |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | |

### Q--Emergency Ambulance Services

**Notice ID: VA69D14Q0860**

Inactive

No Description Provided...

Contract Opportunities

| Awardee | Unique Entity ID | | Notice Type |
|---|---|---|---|
| NOTTUS, INC;2149 SADY REST RD;MONTICELLO;IL;618568099 | GZLYKVWLJ135 | | **Original Award Notice** |

Updated Date
**Nov 15, 2014**

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) | **Sep 30, 2014** |

### V--VA256-13-AP-6081 Ambulance Travel

**Notice ID: VA25613R1161**

Inactive

IDIQ Award VA256-15-D-0196 made to: Arkansas Paramed Transfer, Inc. 1901 N 13th St Rogers, AR 72762 For ALS/BLS Ambulance Transport Services for Faye...

Contract Opportunities

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID | Updated Date |
|---|---|---|
| ARKANSAS PARAMED TRANSFER, INC.;1901 N 13TH ST;ROGERS;AR;727562317 | FS35RAAJKV31 | **Oct 31, 2014** |

Published Date
**Oct 3, 2014**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

### V--(S) 436 AMBULANCE TRANSPORTATION SERVICES

**Notice ID: VA25914J0722**

Inactive

VA Montana Healthcare System - Ground / Air Ambulance Service This is a Sources Sought Notice (NOT A SOLICITATION). The VA Montana Healthcare System ...

Contract Opportunities

Current Response Date
**September 12, 2014 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) | **Oct 12, 2014** |

Published Date
**Aug 29, 2014**

### V--AMBULANCE SERVICE FOR MARION

**Notice ID: VA25113R0455**

Inactive

No Description Provided...

Contract Opportunities

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID | Updated Date |
|---|---|---|
| HEARTLAND AMBULANCE SERVICE;400 W AIR PARK DR # A;MUNCIE;IN;473031886 | GKEST1U63MB5 | **Sep 29, 2014** |

Published Date
**Jun 27, 2014**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

### V--Ambulance Services

**Notice ID: VA24414R0989**

Inactive

This is a SOURCES SOUGHT NOTICE only. Responses to this notice will be used for information and planning purposes. No proposals are being requested o...

Contract Opportunities

Current Response Date
**June 13, 2014 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office | Updated Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | **Sep 20, 2014** |

Published Date
**May 30, 2014**

## V--Ambulance Services

Inactive

Contract Opportunities

**Notice ID: VA24413R1444**

Ambulance Services...

Awardee
TRANSCARE ML, INC.;306 W CENTRAL
AVE;PAOLI;PA;193011734

Unique Entity ID
WPZKK2F41G94

Notice Type
**Original Award Notice**

Updated Date
**Jul 28, 2014**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
244-NETWORK CONTRACT OFFICE 4
(36C244)

Published Date
**May 29, 2014**

## V--special mode transportation for NTX

Inactive

Contract Opportunities

**Notice ID: VA25714R0036A00006**

SCOPE: The Contractor shall provide special mode transportation within various
counties within the state of Texas for eligible beneficiaries of the D...

Awardee
JCSD EMERGENCY MEDICAL GROUP,
INC.;14286 GILLIS
RD;DALLAS;TX;752443722

Unique Entity ID
HMCNT4TPZKG2

Notice Type
**Original Award Notice**

Updated Date
**Jul 6, 2014**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17
(36C257)

Published Date
**Jul 2, 2014**

## RECOVERY V--special mode transportation for NTX

Inactive

Contract Opportunities

**Notice ID: VA25714R0036**

SCOPE: The Contractor shall provide special mode transportation within various
counties within the state of Texas for eligible beneficiaries of the D...

Awardee
INTEGHEARTY AMBULANCE
SERVICES, LLC;1516 OSPREY DR STE
206;DESOTO;TX;751152429

Unique Entity ID
MHLFX1WQ5NB3

Notice Type
**Original Award Notice**

Updated Date
**Jul 6, 2014**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
257-NETWORK CONTRACT OFFICE 17
(36C257)

Published Date
**Jul 2, 2014**

## V--Emergency Ambulance Services

Inactive

Contract Opportunities

**Notice ID: VA69D14Q0860**

This is a Sources Sought Synopsis; THERE IS NO SOLICITATION AVAILABLE AT THIS
TIME. Requests for solicitation will not receive a response. Under FAR ...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
252-NETWORK CONTRACT OFFICE 12
(36C252)

Current Response Date
**April 27, 2014 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Jun 26, 2014**

Published Date
**May 28, 2014**

## V--Air Ambulance Emergency Medical Transportation - Helicopter Veteran's Affair's Medical Campus - Prescott AZ

Inactive

Contract Opportunities

**Notice ID: VA25814R0318**

This is a SOURCES SOUGHT ANNOUNCEMENT ONLY. It is neither a solicitation
announcement nor a request for proposals or quotes and does not obligate the ...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
258-NETWORK CNTRCT OFF 22G
(36C258)

Current Response Date
**March 10, 2014 at 01:00 AM EDT**

Notice Type
**Original Sources Sought**

Updated Date
**Jun 17, 2014**

Published Date
**Feb 27, 2014**

## V--Hines Ambulance Services

Inactive

Contract Opportunities

**Notice ID: VA69D14Q2081**

No Description Provided...

| | | |
|---|---|---|
| **Awardee**<br>BLACKHAWK MEDICAL<br>TRANSPORTATION INC;8400 183RD<br>PL STE 1;TINLEY PARK;IL;604879300 | **Unique Entity ID**<br>KGJMDN1P38G9 | **Notice Type**<br>**Original Award Notice**<br>**Updated Date**<br>Jun 4, 2014<br>**Published Date**<br>May 6, 2014 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>252-NETWORK CONTRACT OFFICE 12<br>(36C252) |

### V--Ambulance Services-KC VAMC

**Notice ID: VA25513R1139**    [Inactive]  [Contract Opportunities]

No Description Provided...

| | | |
|---|---|---|
| **Awardee**<br>MEDEVAC MEDICAL RESPONSE,<br>INC.;3121 S DODGION<br>ST;INDEPENDENCE;MO;640552567 | **Unique Entity ID**<br>SJWJYKQ59KH3 | **Notice Type**<br>**Original Award Notice**<br>**Updated Date**<br>May 31, 2014<br>**Published Date**<br>May 1, 2014 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>255-NETWORK CONTRACT OFFICE 15<br>(36C255) |

### V--SB/Goshen Patient Transportation Services

**Notice ID: VA25114Q0067**    [Inactive]  [Contract Opportunities]

The Community Based Outpatient Clinics located in both the South Bend and Goshen, Indiana Campus of VA Northern Indiana Health Care System, (VANIHCS) ...

| | | |
|---|---|---|
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>250-NETWORK CONTRACT OFFICE 10<br>(36C250) | 

**Current Response Date** April 28, 2014 at 01:00 AM EDT
**Notice Type** Original Presolicitation
**Updated Date** May 28, 2014
**Published Date** Mar 25, 2014

### V--AZ Air Ambulance Services (FY14) - Phx/Tuc/Pres

**Notice ID: VA25814R0257**    [Inactive]  [Contract Opportunities]

DESCRIPTION OF SERVICES: The Contract shall furnish 24 hours per day, seven (7) days per week, air ambulance transport services for the following VISN...

| | | |
|---|---|---|
| **Awardee**<br>R & M AVIATION, INC;43W506 US HWY<br>30;SUGAR GROVE;IL;605549511 | **Unique Entity ID**<br>QAD4AEBAN963 | **Notice Type**<br>**Original Award Notice**<br>**Updated Date**<br>May 1, 2014<br>**Published Date**<br>Apr 17, 2014 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>258-NETWORK CNTRCT OFF 22G<br>(36C258) |

### V--Iron Mountain Ambulance Service

**Notice ID: VA69D14Q0523**    [Inactive]  [Contract Opportunities]

No Description Provided...

| | | |
|---|---|---|
| **Awardee**<br>BEACON AMBULANCE SERVICE<br>INC;300 VILLA<br>DR;HURLEY;WI;545341523 | **Unique Entity ID**<br>KJDJS78X6K86 | **Notice Type**<br>**Original Award Notice**<br>**Updated Date**<br>May 1, 2014<br>**Published Date**<br>Apr 5, 2014 |
| **Department/Ind.Agency**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Subtier**<br>VETERANS AFFAIRS, DEPARTMENT OF | **Office**<br>252-NETWORK CONTRACT OFFICE 12<br>(36C252) |

### V--Milwaukee Ambulance Service

**Notice ID: VA69D14Q0415**    [Inactive]  [Contract Opportunities]

No Description Provided...

| | | |
|---|---|---|
| **Awardee**<br>CURTIS-UNIVERSAL, INC.;2266 N<br>PROSPECT AVE STE<br>6;MILWAUKEE;WI;532026329 | **Unique Entity ID**<br>HBGHNKJZ6BJ9 | **Notice Type**<br>**Original Award Notice**<br>**Updated Date**<br>Mar 31, 2014 |

| Department/Ind.Agency | Subtier | Office | Published Date |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) | Mar 6, 2014 |

---

## V--AMBULANCE SERVICE

Inactive

**Notice ID: VA24413R0964**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| JAN-CARE AMBULANCE OF N C W V INC.;315 WATER ST;CLARKSBURG;WV;263014648 | MKXFKDKUVLP9 |

Updated Date
**Mar 7, 2014**

Published Date
**Jan 8, 2014**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

---

## V--OPTION - AMBULANCE SERVICES FOR BATTLE CREEK MI

Inactive

**Notice ID: VA251-13-R-0033**

Contract Opportunities

CANCELLATION NOTICE:This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in FAR Subpart 12.6, as suppl...

Current Date Offers Due
**August 30, 2013 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Updated Combined Synopsis/Solicitation**

Updated Date
**Feb 26, 2014 (1)**

Published Date
**Aug 1, 2013**

---

## V--Ambulance Service VASF VANC VAPA

Inactive

**Notice ID: VA26114R0029**

Contract Opportunities

SOURCES SOUGHT: SOL VA261-14-R-0029: The Sierra Pacific Network Contracting Office (NCO21) is issuing a Sources Sought Announcement to determine if th...

Notice Type
**Original Sources Sought**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Updated Date
**Feb 20, 2014**

Published Date
**Nov 13, 2013**

---

## V--AMBULANCE SERVICES-DETROIT VA MEDICAL CENTER

Inactive

**Notice ID: VA25112R0417**

Contract Opportunities

The John D. Dingell Department of Veterans Affairs Medical Center (VA), 4646 John R Street, Detroit, MI, 48201 intends to issue a solicitation reques...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| SUPERIOR AIR-GROUND AMBULANCE SERVICE OF MICHIGAN INC;20992 BRIDGE ST;WARREN;MI;48091 | KQ8EMLQSGA97 |

Updated Date
**Jan 7, 2014**

Published Date
**Oct 1, 2013**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

## V--AMBULANCE SERVICE FOR Fort Wayne, IN

Inactive

**Notice ID: VA25113R0454**

Contract Opportunities

The VA Medical Center located in the Fort Wayne, Indiana Campus of VA Northern Indiana Health Care System, (VANIHCS) has a requirement for a contracto...

Current Response Date
**October 25, 2013 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Original Presolicitation**

Updated Date
**Dec 24, 2013**

Published Date
**Sep 14, 2013**

## V--MARION AMBULANCE SERVICE

Inactive

Contract Opportunities

**Notice ID:** VA25514J0094

This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation for bid, request for quotation, request for prop...

| | |
|---|---|
| **Department/Ind.Agency** VETERANS AFFAIRS, DEPARTMENT OF | **Subtier** VETERANS AFFAIRS, DEPARTMENT OF |

**Office** 255-NETWORK CONTRACT OFFICE 15 (36C255)

**Current Response Date** November 01, 2013 at 01:00 AM EDT

**Notice Type** Original Sources Sought

**Updated Date** Dec 1, 2013

**Published Date** Oct 29, 2013

---

## Q--Ground Ambulance Svcs - Albq - Base + 4

Inactive

Contract Opportunities

**Notice ID:** VA25813R1002

The Department of Veterans Affairs, Veterans Health Administration, VISN 18 intends to issue a Request for Proposal for a multi-year contract for Air ...

| | |
|---|---|
| **Department/Ind.Agency** VETERANS AFFAIRS, DEPARTMENT OF | **Subtier** VETERANS AFFAIRS, DEPARTMENT OF |

**Office** 258-NETWORK CNTRCT OFF 22G (36C258)

**Current Response Date** September 20, 2013 at 01:00 AM EDT

**Notice Type** Original Presolicitation

**Updated Date** Nov 19, 2013

**Published Date** Sep 6, 2013

---

## V--AMBULANCE SERVICES

Inactive

Contract Opportunities

**Notice ID:** VA24413R0152

No Description Provided...

**Awardee** BUTLER AMBULANCE SERVICE;106 FIRST ST;BUTLER;PA;160014719

**Unique Entity ID** UGUHMA3FXM45

| | |
|---|---|
| **Department/Ind.Agency** VETERANS AFFAIRS, DEPARTMENT OF | **Subtier** VETERANS AFFAIRS, DEPARTMENT OF |

**Office** 244-NETWORK CONTRACT OFFICE 4 (36C244)

**Notice Type** Original Award Notice

**Updated Date** Oct 3, 2013

**Published Date** Sep 26, 2013

---

## V--ALS, BLS, CC Ambulance Contract at FHCC 1 Yr

Inactive

Contract Opportunities

**Notice ID:** VA69D13Q0168

No Description Provided...

**Awardee** D P MURPHY AMBULANCE CO;1072 S CORPORATE CIR;GRAYSLAKE;IL;600307814

**Unique Entity ID** L9LQNXGLQHN1

| | |
|---|---|
| **Department/Ind.Agency** VETERANS AFFAIRS, DEPARTMENT OF | **Subtier** VETERANS AFFAIRS, DEPARTMENT OF |

**Office** 252-NETWORK CONTRACT OFFICE 12 (36C252)

**Notice Type** Original Award Notice

**Updated Date** Sep 13, 2013

**Published Date** Jul 16, 2013

---

## Q--BASIC LIFE SUPPORT (BLS) AND ADVANCED LIFE SUPPORT (ALS) Hines Ambulance Services Interim 3 MONTHS

Inactive

Contract Opportunities

**Notice ID:** VA69D13Q0836

VA69D-13-Q-0836; Intent to Sole Source Contract Award Interim Contract for Hines Ambulance Services Jessica L. Howard, Contracting Officer, NCO 12 GLA...

| | |
|---|---|
| **Department/Ind.Agency** VETERANS AFFAIRS, DEPARTMENT OF | **Subtier** VETERANS AFFAIRS, DEPARTMENT OF |

**Office** 252-NETWORK CONTRACT OFFICE 12 (36C252)

**Notice Type** Original Special Notice

**Updated Date** Sep 11, 2013

**Published Date** Aug 12, 2013

---

## V--TOLEDO CBOC NONEMERGENT TRANS

Inactive

Contract Opportunities

**Notice ID:** VA25113Q0156

The Toledo Community Based Outpatient Clinic, Department of Veterans Affairs, 1200 South Detroit Ave., Toledo, MI 43614 intends to issue a solicitatio...

**Notice Type** Original Award Notice

| | | |
|---|---|---|
| Awardee POTTER GROUP, THE LTD;4665 W BANCROFT ST;TOLEDO;OH;436153945 | Unique Entity ID ZHL8BM4WNKF3 | Updated Date Aug 26, 2013 Published Date Jun 12, 2013 |
| Department/Ind.Agency VETERANS AFFAIRS, DEPARTMENT OF | Subtier VETERANS AFFAIRS, DEPARTMENT OF | Office 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

### V--Ambulance Service-Buffalo and Batavia VAMCs

| | Inactive |
|---|---|

**Notice ID:** VA52813R0087

| Contract Opportunities |
|---|

No Description Provided...

| | | |
|---|---|---|
| Awardee RURAL/METRO CORPORATION;9221 E VIA DE VENTURA;SCOTTSDALE;AZ;852583370 | Unique Entity ID M9Q7NYN9CD67 | Notice Type Original Award Notice Updated Date Aug 24, 2013 Published Date Jun 26, 2013 |
| Department/Ind.Agency VETERANS AFFAIRS, DEPARTMENT OF | Subtier VETERANS AFFAIRS, DEPARTMENT OF | Office 242-NETWORK CONTRACT OFFICE 02 (36C242) |

---

### V--TOLEDO CBOC AMBULANCE SERVICE

| | Inactive |
|---|---|

**Notice ID:** VA25113Q0213

| Contract Opportunities |
|---|

The Toledo Community Based Outpatient Clinic, Department of Veterans Affairs, 1200 South Detroit Ave., Toledo, MI 43614 intends to issue a solicitatio...

| | | |
|---|---|---|
| | | Notice Type Original Award Notice |
| Awardee LIFESTAR AMBULANCE INC.;1402 LAGRANGE ST;TOLEDO;OH;436082928 | Unique Entity ID J13NZ6MB86R5 | Updated Date Aug 12, 2013 Published Date Jun 12, 2013 |
| Department/Ind.Agency VETERANS AFFAIRS, DEPARTMENT OF | Subtier VETERANS AFFAIRS, DEPARTMENT OF | Office 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

### V--Ambulance Services-KC VAMC

| | Inactive |
|---|---|

**Notice ID:** VA25513R1139

| Contract Opportunities |
|---|

This Sources Sought Notice is for planning purposes only and shall not be considered as an invitation for bid, request for quotation, request for prop...

| | |
|---|---|
| | Current Response Date July 08, 2013 at 01:00 AM EDT |
| Department/Ind.Agency VETERANS AFFAIRS, DEPARTMENT OF | Subtier VETERANS AFFAIRS, DEPARTMENT OF | Office 255-NETWORK CONTRACT OFFICE 15 (36C255) | Notice Type Original Sources Sought Updated Date Aug 7, 2013 Published Date Jun 25, 2013 |

---

### Q--Ambulance Services

| | Inactive |
|---|---|

**Notice ID:** VA24813J1909

| Contract Opportunities |
|---|

This is a Sources Sought Notice only. The NF/SG Veterans Healthcare System, Lake City VA Medical Center, 619 S. Marion Ave, Lake City, FL 32025 is co...

| | | |
|---|---|---|
| Department/Ind.Agency VETERANS AFFAIRS, DEPARTMENT OF | Subtier VETERANS AFFAIRS, DEPARTMENT OF | Office 248-NETWORK CONTRACT OFFICE 8 (36C248) | Current Response Date June 26, 2013 at 01:00 AM EDT Notice Type Original Sources Sought Updated Date Jul 26, 2013 Published Date Jun 19, 2013 |

---

### V--ALS, BLS, Critical Care Ambulance Services Jesse Brown VAMC - Short Term Contract

| | Inactive |
|---|---|

**Notice ID:** VA69D13Q0823

| Contract Opportunities |
|---|

Based on responses to RFQ VA69D-13-Q-0823 entitled "ALS, BLS, Critical Care Ambulance Services Jesse Brown VAMC - Short Term Contract";" award has bee...

| | | |
|---|---|---|
| Awardee BLACKHAWK MEDICAL TRANSPORTATION INC;8400 183RD | Unique Entity ID KGJMDN1P38G9 | Notice Type Original Award Notice Updated Date Jul 11, 2013 |

PL STE 1;TINLEY PARK;IL;604879300

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Published Date
Jun 13, 2013

---

## V--AMBULANCE SERVICE Poplar Bluff, VAMC

Inactive

**Notice ID: VA25513R0691**

Contract Opportunities

The Award was made to the following firm: Butler County EMS, LLC 4005 S. Westwood Blvd. Poplar Bluff, MO 63901 Contract Price: $3,926,424.21 (Total...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| BUTLER COUNTY EMS, LLC;4005 S WESTWOOD BLVD;POPLAR BLUFF;MO;63901 | PUGXZ4GNNL46 |

Updated Date
Jul 3, 2013

Published Date
Jul 2, 2013

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

---

## V--Ambulance Contract for FHCC; Base + 4 Option Yr

Inactive

**Notice ID: VA69D13Q0168**

Contract Opportunities

PAST PERFORMANCE QUESTIONNAIRE COMPANY: _____ REFERENCE: _____ TYPE OF WORK: __...

Current Date Offers Due
May 30, 2013 at 01:00 AM EDT

Notice Type
**Updated Combined Synopsis/Solicitation**

Updated Date
Jun 29, 2013 (1)

Published Date
May 22, 2013

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

---

## Q--Ambulance Contract

Inactive

**Notice ID: VA24413R0418**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| HART TO HEART AMBULANCE SERVICE, INC.;355 GRANARY RD STE A;FOREST HILL;MD;210503273 | FH2JEJ2Y9NP1 |

Updated Date
May 31, 2013

Published Date
Apr 4, 2013

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

---

## V--Special Mode Transpration

Inactive

**Notice ID: VA25713R0322**

Contract Opportunities

The Audie L. Murphy Department of Veterans Affairs Medical Center, San Antonio, Texas, has a requirement for Special Mode Transportation Services in K...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| EAGLE PASS AMBULANCE LLC;2701 DEL RIO BLVD;EAGLE PASS;TX;788523352 | GQJMNMKGQQ39 |

Updated Date
May 24, 2013

Published Date
Apr 11, 2013

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

---

## V--Ground Ambulance VA Pacific Islands - 459-C39025

Inactive

**Notice ID: VA26111RP0033**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

| Awardee | Unique Entity ID |
|---|---|
| INTERNATIONAL LIFE SUPPORT, INC.;99-840 IWAIWA ST UNIT 1;AIEA;HI;967013280 | CNKTN31E3E75 |

Updated Date
May 14, 2013

Published Date
Mar 19, 2013

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | |

261-NETWORK CONTRACT OFFICE 21
(36C261)

---

### V--AMBULANCE SERVICES INTERFACILITY TRANSFERS

Notice ID: VA25112B0232

| | | Inactive |

This amendment is issued to change the anticipated date of the solicitation publication to September 14, 2012....

| | | Contract Opportunities |

Awardee
MOBILE MEDICAL RESPONSE INC;834
S WASHINGTON
AVE;SAGINAW;MI;486012566

Unique Entity ID
WFN2NJFMEBF6

Notice Type
**Original Award Notice**

Updated Date
**May 11, 2013**

Published Date
**Feb 7, 2013**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

---

### V--Grand Rapids Ambulance Service Base Year, 515-C30108

Notice ID: VA25113R0089

| | | Inactive |

No Description Provided...

| | | Contract Opportunities |

Awardee
PARAMED, INC;517 DIVISION AVE
S;GRAND RAPIDS;MI;495035116

Unique Entity ID
E6T5NWLKD938

Notice Type
**Original Award Notice**

Updated Date
**Apr 27, 2013**

Published Date
**Apr 2, 2013**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

---

### V--US Department of Veteran Affairs, Zablocki VAMC Milwaukee, WI Ambulance Services Sole Source Interim Contract

Notice ID: VA69D13Q0527

| | | Inactive |

Award Notice Interim contract #VA69D-13-C-0079 was awarded for Ambulance Services at Zablocki VAMC in Milwaukee WI. The contract award amount for 6...

| | | Contract Opportunities |

Notice Type
**Original Special Notice**

Updated Date
**Mar 16, 2013**

Published Date
**Feb 14, 2013**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
252-NETWORK CONTRACT OFFICE 12
(36C252)

---

### Q--BLS and ALS Ambulance Service for Grand Rapids CBOC

Notice ID: VA25113I0076

| | | Inactive |

This is a Sources Sought (SS) Notice Only. This is not a request for proposal. There is no solicitation available at this time. The Government will...

| | | Contract Opportunities |

Current Response Date
**January 16, 2013 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Mar 2, 2013**

Published Date
**Jan 8, 2013**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

---

### N--Ambulance Service (Battle Creek)

Notice ID: VA25113I0041

| | | Inactive |

This is NOT a request for proposals this is for Market Research ONLY. The Department of Veterans Affairs, Network 11 Contracting Office, is seeking po...

| | | Contract Opportunities |

Current Response Date
**November 23, 2012 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
**Mar 2, 2013**

Published Date
**Nov 8, 2012**

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
250-NETWORK CONTRACT OFFICE 10
(36C250)

---

### V--Air Ambulance Services - VISN-wide (VISN 18). Interim, short-term contract for Air Ambulance Transportation for the following VA Hospital locations: AZ(Phoenix/Tucson/ Prescott); TX(Amarillo/Big Spring/El Paso); NM (Albuquerque)

| | | Inactive |

Notice ID: VA25813I0097

This posting is issued in accordance with FAR Part 10 as a Sources Sought Notice, and FAR 15 Request for Information (RFI), as a means to determine so...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258) |

Contract Opportunities

Current Response Date
**December 10, 2012 at 12:00 AM EST**
Notice Type
**Updated Sources Sought**
Updated Date
Jan 9, 2013 (1)
Published Date
Dec 6, 2012

---

## V--Ambulance Service for VA Beneficiary Jesse Brown VA Medical Center ALS, BLS, and Critical Care

Notice ID: VA69D13R1322

Pre-Solicitation Notice for Jesse Brown VA Medical Center ALS, BLS, and Critical Care Ambulance Services 9/11/2012 Expected Solicitation Number: VA69...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Inactive

Contract Opportunities

Current Response Date
**October 18, 2012 at 01:00 AM EDT**
Notice Type
**Original Presolicitation**
Updated Date
Dec 2, 2012
Published Date
Sep 11, 2012

---

## V--Ambulance Service Contract - VA Connectiuct Healthcare System

Notice ID: VA24112R0502

Year One (1) Award: $872,865.52 / Base Year Two (2) Award: $899,047.37 / Option Year One (1) Year Three (3) Award: $926,016.24 / Option Year Tw...

| Awardee | Unique Entity ID |
|---|---|
| AMERICAN MEDICAL RESPONSE OF CONNECTICUT INC;55 CHURCH STREET 6 FL;NEW HAVEN;CT;065103014 | LCMWL7RSEAM3 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**
Updated Date
Nov 29, 2012
Published Date
Sep 24, 2012

---

## V--AMBULANCE SERVICES-DETROIT

Notice ID: VA25112R0417

This is NOT a request for proposals. The Department of Veterans Affairs, John D. Dingell Medical Center, is seeking potential firms that have the capa...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Notice Type
**Original Sources Sought**
Updated Date
Nov 26, 2012
Published Date
Aug 19, 2012

---

## V--AMBULANCE SERVICES INTERFACILITY TRANSFERS

Notice ID: VA25112B0232

This is NOT a request for proposals. The Department of Veterans Affairs, Aleda E. Lutz VA Medical Center, is seeking potential firms that have the cap...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Current Response Date
**August 15, 2012 at 01:00 AM EDT**
Notice Type
**Original Sources Sought**
Updated Date
Nov 22, 2012
Published Date
May 29, 2012

---

## V--Ambulance Services

Notice ID: VA24411RP0726

No Description Provided...

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

| | | |
|---|---|---|
| Awardee<br>FIRST AID & SAFETY PATROL OF<br>LEBANON, INC;254 S 11TH<br>ST;LEBANON;PA;170425918 | Unique Entity ID<br>LXVMDTLFCSA8 | Updated Date<br>Nov 17, 2012<br><br>Published Date<br>Sep 24, 2012 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>244-NETWORK CONTRACT OFFICE 4<br>(36C244) |

---

### V--Air Ambulance Services - Alaska

**Notice ID: VA26012R1173**

Inactive

Contract Opportunities

No Description Provided...

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>GUARDIAN FLIGHT, INC.;10888 S 300<br>W;SOUTH JORDAN;UT;840954043 | Unique Entity ID<br>QTHBHLUJANK8 | Updated Date<br>Oct 27, 2012 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>260-NETWORK CONTRACT OFFICE 20<br>(36C260) |
| | | Published Date<br>Oct 2, 2012 |

---

### V--Air Ambulance Fixed Wing

**Notice ID: VA26112R0512**

Inactive

Contract Opportunities

No Description Provided...

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>CSI AVIATION SERVICES, INC.;3700<br>RIO GRANDE BLVD NW STE<br>1;ALBUQUERQUE;NM;871072876 | Unique Entity ID<br>D5BNEHB3UL89 | Updated Date<br>Oct 6, 2012 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>261-NETWORK CONTRACT OFFICE 21<br>(36C261) |
| | | Published Date<br>Aug 8, 2012 |

---

### V--Wheel Chair Van Transportation

**Notice ID: VA24712R0547**

Inactive

Contract Opportunities

Sources Sought for Wheel Chair Van Transportation Dorn VAMC, Columbia, SC This announcement constitutes a Sources Sought Synopsis (market survey)...

| | | |
|---|---|---|
| | | Current Response Date<br>July 05, 2012 at 01:00 AM EDT |
| | | Notice Type<br>Original Sources Sought |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>247-NETWORK CONTRACT OFFICE 7<br>(36C247) |
| | | Updated Date<br>Aug 19, 2012 |
| | | Published Date<br>Jun 26, 2012 |

---

### V--Special Mode Transportation Services

**Notice ID: VA25712R0418**

Inactive

Contract Opportunities

The Medical Administration Service (MAS), Department of Veterans Affairs, South Texas Veterans Health Care System (STVCHS) has a requirement for speci...

| | | |
|---|---|---|
| | | Current Response Date<br>May 11, 2012 at 01:00 AM EDT |
| | | Notice Type<br>Original Presolicitation |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>257-NETWORK CONTRACT OFFICE 17<br>(36C257) |
| | | Updated Date<br>Aug 18, 2012 |
| | | Published Date<br>Apr 20, 2012 |

---

### V--Ground Ambulance Services

**Notice ID: VA24411RP0049**

Inactive

Contract Opportunities

Contract VA244-12-D-0101 was awarded on March 1, 2012 as a result of solicitation VA-244-11-RP-0049. The solicitation closed on 1-30-2012 at 4 pm est....

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>TRANSCARE PENNSYLVANIA, INC.;400<br>SECO<br>RD;MONROEVILLE;PA;151461424 | Unique Entity ID<br>XFKEC8RD8NH5 | Updated Date<br>Apr 30, 2012 |
| | | Published Date<br>Mar 5, 2012 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

## Q--Ambulance Service

**Inactive**

**Notice ID: VA24412R0322**

**Contract Opportunities**

SOURCES SOUGHT SYNOPSIS REQUEST FOR INFORMATION ONLY THIS IS A
SOURCES SOUGHT NOTICE ONLY. THIS IS NOT A REQUEST FOR PROPOSAL OR
QUOTE. THE VA IS N...

Current Response Date
**February 28, 2012 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Notice Type
**Original Sources Sought**

Updated Date
**Apr 28, 2012**

Published Date
**Feb 17, 2012**

## V--Midwest Ambulance SD2251 extension

**Inactive**

**Notice ID:**

**Contract Opportunities**

The U.S. Department of Veterans Affairs, Central Iowa Health Care System, Des
Moines, Iowa intends to award to Midwest Ambulance Service for emergent ...

Notice Type
**Original Special Notice**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 23 (36C263) |

Updated Date
**Apr 13, 2012**

Published Date
**Mar 14, 2012**

## V--Edward Hines Jr VAMC Ambulance Services

**Inactive**

**Notice ID: VA69D12Q0190**

**Contract Opportunities**

VA69D-12-Q-0190; Intent to Sole Source Contract Award Interim Contract for Hines
Ambulance Services Jason Rathsack, Contract Specialist, NCO 12 GLAC 1...

Notice Type
**Original Special Notice**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Updated Date
**Jan 14, 2012**

Published Date
**Dec 30, 2011**

## N--Ambulance Services - Interim Contract

**Inactive**

**Notice ID: VA24412R0056**

**Contract Opportunities**

No Description Provided...

| Awardee | Unique Entity ID |
|---|---|
| TRANSCARE PENNSYLVANIA, INC.;400 SECO RD;MONROEVILLE;PA;151461424 | XFKEC8RD8NH5 |

Notice Type
**Original Award Notice**

Updated Date
**Dec 1, 2011**

Published Date
**Nov 7, 2011**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

## V--Ambulance Services - Interim Contract

**Inactive**

**Notice ID: VA24412R0056**

**Contract Opportunities**

The VA Pittsburgh Healthcare System (VAHPS) intends to award a sole source
contract for ground ambulance services under authority of FAR 6.302-2, Unus...

Notice Type
**Original Special Notice**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

Updated Date
**Dec 1, 2011**

Published Date
**Oct 22, 2011**

## V--Wheelchair Ambulance

**Inactive**

**Notice ID: VA24112RP0922**

**Contract Opportunities**

No Description Provided...

Notice Type

| | | |
|---|---|---|
| Awardee<br>ALERT AMBULANCE SERVICE<br>INC;1290 WILSON RD;FALL<br>RIVER;MA;027208604 | Unique Entity ID<br>TGSNGBNPJB98 | Original Award Notice<br><br>Updated Date<br>Nov 30, 2011<br><br>Published Date<br>Sep 14, 2011 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>241-NETWORK CONTRACT OFFICE 01<br>(36C241) |

### V--ALS/BLS Transport Services for Veterans of VA Medical Center

Inactive

**Notice ID: VA24112RP0946**

Contract Opportunities

No Description Provided...

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>ALERT AMBULANCE SERVICE<br>INC;1290 WILSON RD;FALL<br>RIVER;MA;027208604 | Unique Entity ID<br>TGSNGBNPJB98 | Updated Date<br>Nov 30, 2011<br><br>Published Date<br>Oct 5, 2011 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>241-NETWORK CONTRACT OFFICE 01<br>(36C241) |

### Q--NTX Bonham Division - Ambulance Services

Inactive

**Notice ID: VA25711RQ0597**

Contract Opportunities

The Department of Veterans Affairs, VISN 17 Network Contracting Activity has awarded contract VA257-V-0783 in the amount of $360,000.00 to the City of...

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>BONHAM, CITY OF;301 E 5TH<br>ST;BONHAM;TX;754184002 | Unique Entity ID<br>LR1CG7U24144 | Updated Date<br>Nov 27, 2011<br><br>Published Date<br>Oct 6, 2011 |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Office<br>257-NETWORK CONTRACT OFFICE 17<br>(36C257) |

### 65--SPECIAL MODE TRANSPORTATION FOR EMERGENCY AMBULANCE

Inactive

**Notice ID: VA25712Q0018**

Contract Opportunities

Solicitation Number: 549-12-1-230-0001 Notice Type: Sources Sought Sources Sought Only. This Sources Sought Notice is not a request for formal propo...

| | | |
|---|---|---|
| | | Current Response Date<br>October 21, 2011 at 01:00 AM EDT |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Notice Type<br>Original Sources Sought |
| | Office<br>257-NETWORK CONTRACT OFFICE 17<br>(36C257) | Updated Date<br>Oct 31, 2011<br><br>Published Date<br>Oct 13, 2011 |

### V--Transportation Contract solicitation Chillicothe

Inactive

**Notice ID: VA25011RP0092**

Contract Opportunities

The Department of Veterans Affairs Medical Center, Chillicothe, Ohio has a requirement for Transportation Services including Advanced Life Support, Ba...

| | | |
|---|---|---|
| | | Current Response Date<br>July 08, 2011 at 01:00 AM EDT |
| Department/Ind.Agency<br>VETERANS AFFAIRS, DEPARTMENT OF | Subtier<br>VETERANS AFFAIRS, DEPARTMENT OF | Notice Type<br>Updated Presolicitation |
| | Office<br>250-NETWORK CONTRACT OFFICE 10<br>(36C250) | Updated Date<br>Oct 15, 2011 (1)<br><br>Published Date<br>May 26, 2011 |

### V--Prescott Ground Ambulance

Inactive

**Notice ID: VA25811RP0150**

Contract Opportunities

No Description Provided...

| | | |
|---|---|---|
| | | Notice Type<br>Original Award Notice |
| Awardee<br>LIFE LINE AMBULANCE SERVICE,<br>INC.;1099 W IRON SPRINGS<br>RD;PRESCOTT;AZ;863051619 | Unique Entity ID<br>NJFZF2GLMJF3 | Updated Date<br>Oct 15, 2011<br><br>Published Date |

| Department/Ind.Agency | Subtier | Office | Sep 28, 2011 |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) | |

---

### 65--AMBULANCE SERVICES

**Inactive**

**Notice ID:** VA24411RI0445

**Contract Opportunities**

This is a SOURCES SOUGHT NOTICE only. Responses to this notice will be used for information and planning purposes. No proposals are being requested o...

**Current Response Date**
August 05, 2011 at 01:00 AM EDT

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) |

**Notice Type**
Original Sources Sought

**Updated Date**
Sep 4, 2011

**Published Date**
Aug 2, 2011

---

### V--White City Ground Ambulance Local to White City, OR for VA SORCC. Base Year with 4 Option Years

**Inactive**

**Notice ID:** VA26011RQ0022

**Contract Opportunities**

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| MERCY FLIGHTS, INC.;2020 MILLIGAN WAY;MEDFORD;OR;975044155 | Z7Y3CNMSPJK8 | |

**Notice Type**
Original Award Notice

**Updated Date**
Jun 30, 2011

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

**Published Date**
Apr 4, 2011

---

### V--White City - Air Ambulance Services Base Year with Four One Year Options

**Inactive**

**Notice ID:** VA26011RQ0021

**Contract Opportunities**

No Description Provided...

| Awardee | Unique Entity ID | |
|---|---|---|
| EMERGENCY AIRLIFT SERVICES;1180 AIRPORT WAY;NORTH BEND;OR;974592063 | MYE8GWH4LQP8 | |

**Notice Type**
Original Award Notice

**Updated Date**
Jun 30, 2011

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

**Published Date**
Apr 11, 2011

---

‹ | 5 | of **6** | ›    Results per page: 100



Feedback

**Our Website**

About This Site

Our Community

Release Notes

System Alerts

**Policies**

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

**Our Partners**

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

**Customer Service**

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration



MERCY FLIGHTS, INC.;2020 MILLIGAN          Z7Y3CNMSPJK8
WAY;MEDFORD;OR;975044155

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Updated Date Jun 30, 2011 Published Date Apr 4, 2011 |

---

## V--ambulance services                                    Inactive

### Notice ID: VA25810RP0288                                 Contract Opportunities

The New Mexico VA Health Care System awarded a contract for ambulance
services....

Notice Type
Original Award Notice

Awardee
SUPERIOR AMBULANCE SERVICE,                                  Updated Date
INC.;7600 LA MORADA PLACE                                    Apr 30, 2011
NW;ALBUQUERQUE;NM;871201744
                                                             Published Date
                                                             Oct 29, 2010

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258) |

---

## V--Wheelchair Transportation - Sole Source Notice         Inactive

### Notice ID: VA25011RQ0108                                 Contract Opportunities

The Department of Veterans Affairs, VISN 10 Dayton Contract office intends make a
sole source award to Eagle One medical Transport, a Service-Disable ...

Notice Type
Original Special Notice

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | Updated Date Apr 26, 2011 Published Date Feb 25, 2011 |

---

## V--VA255-P-1865, Ambulance Services, VA Medical Center, St. Louis, MO     Inactive

### Notice ID: VA25510RP0448                                 Contract Opportunities

The VA Heartland Network 15 has a requirement for the furnishing of ambulance
services for the VA Medical Center, St. Louis, MO. Contractor shall pro...

Notice Type
Original Award Notice

Awardee
ABBOTT AMBULANCE, INC.;2500        Unique Entity ID              Updated Date
ABBOTT PL;SAINT                    ZKKNHXY3A2B7                  Apr 23, 2011
LOUIS;MO;631432636
                                                                 Published Date
                                                                 Apr 18, 2011

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

---

## V--Ground Ambulance Services, PSHCS Rural Metro Ambulance    Inactive

### Notice ID: VA26010RP0328                                 Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
RURAL/METRO CORPORATION;9221 E     Unique Entity ID              Updated Date
VIA DE                             M9Q7NYN9CD67                  Feb 3, 2011
VENTURA;SCOTTSDALE;AZ;852583370
                                                                 Published Date
                                                                 Jan 5, 2011

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

---

## V--Roseburg Ambulance Services Urgent Stop Gap Purchase Order for 3 months with one 3 month    Inactive
## Option under the authority of FAR 13.106.1(b).

### Notice ID: VA26011RQ0235A                               Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
DOUGLAS, COUNTY OF;1290 NE         Unique Entity ID              Updated Date
CEDAR ST;ROSEBURG;OR;974702016     MU4RNF3ZKBK9                  Dec 19, 2010
                                                                 Published Date
                                                                 Dec 15, 2010

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

## V--Ambulance Services for Roseburg VA Health Care System

Inactive

Contract Opportunities

**Notice ID: VA26011RQ0235A**

Pre-Solicitation Notice - Notice of Intent to Single Source This notice is to announce our action to issue a urgent stop gap purchase order under the ...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Current Response Date
**December 16, 2010 at 12:00 AM EST**
Notice Type
**Original Presolicitation**
Updated Date
Dec 19, 2010
Published Date
Dec 15, 2010

## V--Ambulance Services, VAMC, Marion

Inactive

Contract Opportunities

**Notice ID: VA25510RP0301**

The VA Heartland Network 15 has a requirement for Ambulance Services for the VA Medical Center, Marion, IL and VA Outpatient Clinics located in Effing...

Awardee
CARDINAL EMS LTD.;1624 N MAIN ST;BENTON;IL;628121900

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
**Original Award Notice**
Updated Date
Dec 9, 2010
Published Date
Nov 30, 2010

## Q--AMBULANCE SERVICE CANANDAIGUA NY VMAC

Inactive

Contract Opportunities

**Notice ID: VA52810RP0203**

The VA Canandaigua New York Medical Center, a division of the Department of Veterans Affairs (VA), has a need for ambulance service. The contractor s...

Awardee
FINGER LAKES AMBULANCE EMS INC;20 CRANE ST;CLIFTON SPRINGS;NY;144321004

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

Notice Type
**Original Award Notice**
Updated Date
Nov 30, 2010
Published Date
Oct 25, 2010

## V--THE PHOENIX VA HEALTH CARE SYSTEM HAS A RECURRING NEED FOR ADVANCED CARDIAC LIFE SUPPORT AND BASIC LIFE SUPPORT AMBULANCE TRANSPORTATION SERVICES

Inactive

Contract Opportunities

**Notice ID: VA25810RP0137**

The Phoenix VA Health Care System, Arizona, is seeking an AZ DHS licensed contractor to provide Advanced Cardiac Life Support and Basic Life Support A...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258) |

Current Response Date
**September 10, 2010 at 01:00 AM EDT**
Notice Type
**Original Presolicitation**
Updated Date
Sep 10, 2010
Published Date
Aug 31, 2010

## V--Ambulance Services for Indianapolis, IN

Inactive

Contract Opportunities

**Notice ID: VA-251-09-RP-0071**

No Description Provided...

Awardee
STATEWIDE TRANSFER AMBULANCE AND RESCUE INC;61 E 150 S;CRAWFORDSVILLE;IN;479333848

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Notice Type
**Original Award Notice**
Updated Date
Jul 9, 2010
Published Date
Apr 8, 2010

## V--Ambulance Services, VAMC, Leavenworth, KS

Inactive

**Notice ID: VA25510RP0184**

The VA Heartland Network 15 has a requirement for the furnishing of ambulance services for the VA Medical Center, Leavenworth, KS. Contractor shall p...

Awardee
MEDEVAC MIDAMERICA, INC.;401
SOUTHWEST JACKSON
ST;TOPEKA;KS;666033327

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**Jun 6, 2010**

Published Date
**May 11, 2010**

---

**V--Ground Ambulance Services-VARHS Roseburg, Oregon**

**Notice ID: VA-260-10-RQ-0279**

Presolicitation NoticeThis requirement from The Veteran's Affairs, VISN 20 ContractingDivision, issued as Request for Quotation (RFQ), numberVA-260-10...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Current Response Date
**April 02, 2010 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date
**Jun 1, 2010**

Published Date
**Mar 9, 2010**

---

**V--Ambulance for VA Palo Alto, VA San Francisco & VA Northern Cal**

**Notice ID: VA-261-09-RP-0206**

No Description Provided...

Awardee
AMERICAN MEDICAL RESPONSE OF
INLAND EMPIRE;879 MARLBOROUGH
AVE;RIVERSIDE;CA;925072133

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**May 31, 2010**

Published Date
**Apr 2, 2010**

---

**V--Ambulance for VA Nor Cal Martinez Campus Only; Multiple Award pursuant RFP VA-261-09-RP-0206. See Folder VA261-P-0760**

**Notice ID: VA-261-09-RP-0206**

No Description Provided...

Awardee
BAY MEDIC TRANSPORTATION INC;1485
COVENTRY
RD;CONCORD;CA;945180000

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**May 31, 2010**

Published Date
**Apr 2, 2010**

---

**V--Ft. Smith/Ozark CBOC Ambulance/Hired Car/Litter Van Services**

**Notice ID: VA-256-09-RQ-0202**

No Description Provided...

Awardee
MCCABE, WES;6337 INDUSTRIAL
PARK RD;VAN BUREN;AR;729568482

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
**May 27, 2010**

Published Date
**Mar 1, 2010**

---

**V--Ambulance Services for Detroit VAMC**

**Notice ID: VA-251-09-IB-0232**

No Description Provided...

Awardee

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

MN GROUP, INC.;27400 NORTHLINE
RD;ROMULUS;MI;481742826

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250)

Updated Date
May 10, 2010

Published Date
Mar 12, 2010

---

## Q--Contract for the implementation, installation, and support of the Nurse Scheduling System.

Inactive

Notice ID: VA-250-10-RQ-0025

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
MEDCORP, INC.;745 MEDCORP
DR;TOLEDO;OH;436081376

Updated Date
Apr 30, 2010

Published Date
Mar 2, 2010

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250)

---

## Q--Air Ambulance Services for NAVAHCS

Inactive

Notice ID: VA-258-10-RP-0061

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
NATIVE AMERICAN AIR AMBULANCE,
INC.;6402 E SUPERSTITION SPRINGS
BLVD #224;MESA;AZ;852064394

Updated Date
Apr 25, 2010

Published Date
Feb 25, 2010

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258)

---

## V--Ambulance svcs for VAMC Louisville Metro areas and 8 CBOCS,3/01/10 - 2/28/13, Base Year PO# 603-C00298.

Inactive

Notice ID: VA-249-10-RQ-0054

Contract Opportunities

Award of Ambulance Services for VAMC Louisville, 800 Zorn Avenue,Louisville, KY
and the eight associated CBOCs is made to LouisvilleTransportation Com...

Notice Type
Original Award Notice

Awardee
LOUISVILLE TRANSPORTATION
COMPANY;1601 S
PRESTONST;LOUISVILLE;KY;402171038

Updated Date
Apr 9, 2010

Published Date
Feb 25, 2010

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249)

---

## V--Ambulance Services Modification and Justification under FAR 6.302-2.

Inactive

Notice ID: N/A

Contract Opportunities

No Description Provided...

Notice Type
Original Award Notice

Awardee
DOUGLAS, COUNTY OF;1290 NE
CEDAR ST;ROSEBURG;OR;974702016

Updated Date
Apr 1, 2010

Published Date
Mar 29, 2010

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260)

---

## V--INTERIM AMBULANCE SERVICES VA MEDICAL CENTER, MARION, IL

Inactive

Notice ID: VA-255-10-RQ-0228

Contract Opportunities

THIS IS A NOTICE OF INTENT, NOT A REQUEST FOR OFFERS pursuant to 38 U.S.C.
8217 (c) for sole source to a Service-Disabled, Veteran-Owned, Small Busine...

Notice Type
Original Award Notice

Awardee
CARDINAL EMS LTD.;1624 N MAIN
ST;BENTON;IL;628121900

Updated Date
Mar 20, 2010

Published Date
Mar 8, 2010

Department/Ind.Agency | Subtier | Office
VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255)

## V--INTERIM AMBULANCE SERVICES VA MEDICAL CENTER, MARION, IL

| Inactive |

| Contract Opportunities |

### Notice ID: VA-255-10-RQ-0228

THIS IS A NOTICE OF INTENT, NOT A REQUEST FOR OFFERS pursuant to 38 U.S.C. 8217 (c) for sole source to a Service-Disabled, Veteran-Owned, Small Busine...

**Current Response Date**
**March 05, 2010 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

**Notice Type**
**Original Presolicitation**

**Updated Date**
Mar 20, 2010

**Published Date**
Mar 3, 2010

## V--AMBULANCE SERVICES (ALS) (BLS) AND (WHEELCHAIR VAN) INTER-FACILITY AND BENEFICIAL TRAVEL

| Inactive |

| Contract Opportunities |

### Notice ID: VA-241-10-RP-0194

Sources Sought: The Veterans' Affairs Medical Center (VAMC) Providence located at 830 Chalkstone Ave, Providence, RI, is conducting a market survey to...

**Current Response Date**
**February 10, 2010 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

**Notice Type**
**Original Sources Sought**

**Updated Date**
Mar 12, 2010

**Published Date**
Feb 1, 2010

## V--Ambulance Contract - Detroit

| Inactive |

| Contract Opportunities |

### Notice ID: VA-251-09-IB-0232

The John D. Dingell Department of Veterans Affairs Medical Center (VA), 4646 John R. Street, Detroit, MI, 48201 intends to issue a solicitation reques...

**Current Response Date**
**August 08, 2009 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

**Notice Type**
**Original Presolicitation**

**Updated Date**
Feb 28, 2010

**Published Date**
Jul 24, 2009

## V--Ambulance Services - VAMC Salisbury, NC

| Inactive |

| Contract Opportunities |

### Notice ID:

No Description Provided...

Awardee
NUCARE CAROLINA AMBULANCE INC.;971 SALISBURY RIDGE RD.;WINSTON SALEM;NC;271273709

**Notice Type**
**Original Award Notice**

**Updated Date**
Feb 26, 2010

**Published Date**
Jan 20, 2010

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

## V--Ambulance Services for PVAMC Base Year with 4 Options

| Inactive |

| Contract Opportunities |

### Notice ID: VA-260-09-RQ-0506

No Description Provided...

Awardee
METRO WEST AMBULANCE SERVICE, INC;5475 NE DAWSON CREEK DR;HILLSBORO;OR;971245797

**Notice Type**
**Original Award Notice**

**Updated Date**
Feb 18, 2010

**Published Date**
Jan 11, 2010

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

## V--Ground Ambulance Services - Correction from Sources Sought to Pre-Solicitation Notice - Solicitation will be provided on or around Oct 15th

| Inactive |

| Contract Opportunities |

**Notice ID: VA-260-09-RQ-0506**

Presolicitation NoticeThis requirement from The Veteran's Affairs, VISN 20
Contracting Division issued as Request for Quotation (RFQ), number VA-260-0...

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

Current Response Date
**November 20, 2009 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Feb 18, 2010**

Published Date
**Oct 14, 2009**

---

## Q--Ambulance Zone 4

Inactive

**Notice ID: VA-241-09-RP-0395**

Contract Opportunities

No Description Provided...

Awardee
CARIBOU, CITY OF;121 HIGH
ST;CARIBOU;ME;047362710

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
VBA FIELD CONTRACTING (36C10E)

Notice Type
**Original Award Notice**

Updated Date
**Jan 15, 2010**

Published Date
**Nov 16, 2009**

---

## Q--Ambulance Zone 3 Multiple Award(s)

Inactive

**Notice ID: VA-241-09-RP-0536**

Contract Opportunities

No Description Provided...

Awardee
DELTA AMBULANCE CORPORATION;30
CHASE
AVE;WATERVILLE;ME;049014624

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
VBA FIELD CONTRACTING (36C10E)

Notice Type
**Original Award Notice**

Updated Date
**Jan 15, 2010**

Published Date
**Nov 16, 2009**

---

## Q--Ambulance Zone 3 Multiple Award(s)

Inactive

**Notice ID: VA-241-09-RP-0536**

Contract Opportunities

No Description Provided...

Awardee
NORTHEAST MOBILE HEALTH
SERVICES INC;5 WALLACE AVE;SOUTH
PORTLAND;ME;041066174

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
VBA FIELD CONTRACTING (36C10E)

Notice Type
**Original Award Notice**

Updated Date
**Jan 15, 2010**

Published Date
**Nov 16, 2009**

---

## Q--Ambulance Zone 2

Inactive

**Notice ID: VA-241-09-RP-0393**

Contract Opportunities

No Description Provided...

Awardee
DELTA AMBULANCE CORPORATION;30
CHASE
AVE;WATERVILLE;ME;049014624

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
VBA FIELD CONTRACTING (36C10E)

Notice Type
**Original Award Notice**

Updated Date
**Jan 15, 2010**

Published Date
**Nov 16, 2009**

---

## Q--Ambulance

Inactive

**Notice ID: VA-241-09-RP-0379**

Contract Opportunities

No Description Provided...

Awardee
NORTH EAST MOBILE HEALTH
SRVCS;14 MARINE ST STE
207;BRUNSWICK;ME;040110000

Department/Ind.Agency
VETERANS AFFAIRS, DEPARTMENT OF

Subtier
VETERANS AFFAIRS, DEPARTMENT OF

Office
VBA FIELD CONTRACTING (36C10E)

Notice Type
**Original Award Notice**

Updated Date
**Jan 15, 2010**

Published Date
**Nov 16, 2009**

## V--MONTANA MEDICAL TRANSPORT - AIR AMBULANCE TRANSPORT

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-259-09-RP-0027**

No Description Provided...

**Notice Type**
**Original Award Notice**

Awardee
MONTANA MEDICAL TRANSPORT,
LLC;2430 AIRPORT
RD;HELENA;MT;596011234

**Updated Date**
**Dec 29, 2009**

**Published Date**
**Nov 6, 2009**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

---

## V--EAGLE AMBULANCE - GROUND AMBULANCE SERVICE

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-259-09-RP-0027**

No Description Provided...

**Notice Type**
**Original Award Notice**

Awardee
EAGLE AMBULANCE SERVICE;6
MARKET ST;CLANCY;MT;596340000

**Updated Date**
**Dec 29, 2009**

**Published Date**
**Nov 5, 2009**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | NETWORK CONTRACT OFFICE 19 (36C259) |

---

## V--AMBULANCE AND SEDAN SERVICES FOR VETERANS

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-244-09-RP-0273**

No Description Provided...

**Notice Type**
**Original Award Notice**

Awardee
TRANSCARE ML INC;306 W CENTRAL
AVE;PAOLI;PA;193011734

**Updated Date**
**Nov 30, 2009**

**Published Date**
**Sep 29, 2009**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

---

## V--Ambulance Service

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-244-09-RP-0273-**

The Wilmington Delaware VA Medical Center is seeking qualified contractors who
have the technical expertise and necessary resources on an as-needed ba...

**Current Date Offers Due**
**September 22, 2009 at 01:00 AM EDT**

**Notice Type**
**Original Combined
Synopsis/Solicitation**

**Updated Date**
**Nov 30, 2009**

**Published Date**
**Sep 8, 2009**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

---

## V--Ground Ambulance Services, Walla Walla, WA Sole Source City of Walla Walla

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-260-10-RQ-0078**

The VAMC, Walla Walla, has awarded a sole source contract to the City of Walla Walla
to provide eligible beneficiaries with medical transport between ...

**Notice Type**
**Original Award Notice**

Awardee
WALLA WALLA, CITY OF;15 N 3RD AVE
CITY HALL;WALLA
WALLA;WA;993621859

**Updated Date**
**Nov 28, 2009**

**Published Date**
**Nov 17, 2009**

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

---

## V--Ground Ambulance Services, Walla Walla, WA Sole Source City of Walla Walla

| Inactive |
| --- |

| Contract Opportunities |
| --- |

**Notice ID: VA-260-10-RQ-0078**

The VAMC, Walla Walla intends to award a sole source contract to the City of Walla
Walla to provide eligible beneficiaries with medical transport betw...

**Current Response Date**

| Department/Ind.Agency | Subtier | Office | November 13, 2009 at 12:00 AM EST |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Notice Type **Original Presolicitation** Updated Date **Nov 28, 2009** Published Date **Oct 30, 2009** |

### Q--Ambulance Services FY10-14

**Notice ID: VA-244-09-RP-0326**

Total dollar value depends upon usage....

Awardee
EMERGYCARE, INC.;1701 SASSAFRAS
ST;ERIE;PA;165021857

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 244-NETWORK CONTRACT OFFICE 4 (36C244) | Notice Type **Original Award Notice** Updated Date **Nov 27, 2009** Published Date **Sep 28, 2009** |

Inactive

Contract Opportunities

### V--Emergency Air Ambulance VA Honolulu to VA SF

**Notice ID: VA-261-09-RP-0374**

No Description Provided...

Awardee
AIR AMBULANCE SPECIALISTS,
INC.;8001 SOUTH INTERPORT BLVD
STE 250;ENGLEWOOD;CO;801125906

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | Notice Type **Original Award Notice** Updated Date **Nov 24, 2009** Published Date **Oct 5, 2009** |

Inactive

Contract Opportunities

### V--Emergency Air Ambulance from Hawai'i to Mainland

**Notice ID: VA-261-09-RP-0373**

VA-261-09-RP-0373 Due: September 23, 2009 Request for Proposal (RFP) -
Emergency air transport for two patients from the VA Pacific Islands Health Car...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 261-NETWORK CONTRACT OFFICE 21 (36C261) | Current Response Date **September 23, 2009 at 01:00 AM EDT** Notice Type **Original Presolicitation** Updated Date **Nov 22, 2009** Published Date **Sep 18, 2009** |

Inactive

Contract Opportunities

### V--Multiple Award Ambulance Contract

**Notice ID: VA-245-09-RP-0219**

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) | Current Date Offers Due **September 17, 2009 at 01:00 AM EDT** Notice Type **Updated Solicitation** Updated Date **Nov 16, 2009** (2) Published Date **Aug 29, 2009** |

Inactive

Contract Opportunities

### Q--Ambulance

**Notice ID: VA-241-09-RP-0379**

The following questions have been aasked regarding the solicitation of the
Ambulance Contract. The answers apply to all Zones. Q: 1. Can a single pro...

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) | Current Response Date **September 11, 2009 at 01:00 AM EDT** Notice Type **Updated Sources Sought** Updated Date |

Inactive

Contract Opportunities

Nov 10, 2009 (3)
Published Date
Aug 21, 2009

---

### Q--Ambulance

**Notice ID: VA-241-09-RP-0379**

The Department of Veterans Affairs Medical Center (VAMC), Togus, Maine intends to issue a solicitation requesting bids to provide all personnel and eq...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

Inactive

Contract Opportunities

Current Response Date
**September 11, 2009 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date
Nov 10, 2009

Published Date
Aug 17, 2009

---

### V--Ground Ambulance Services, PSHCS Rural Metro Ambulance

**Notice ID: VA-260-09-RP-0428**

The PSHCS, Seattle, Washington, awarded a fixed price contract to Rural/Metro of Greater Seattle, Inc. for ground ambulance services in accordance wit...

Awardee
RURAL/METRO OF GREATER SEATTLE,
INC;6405 218TH ST SW STE
201;TACOMA;WA;984020000

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Oct 29, 2009

Published Date
Sep 30, 2009

---

### V--Ground Ambulance Services, PSHCS RFP to establish BOA -- replaces solicitation VA-260-RQ-0056 IAW Technical Review Recommendation

**Notice ID: VA-260-09-RP-0428**

The VA Puget Sound Health Care System (PSHCS) located in the state of Washington, intends to award at least one Basic Ordering Agreement for ground am...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Current Response Date
July 30, 2009 at 01:00 AM EDT

Notice Type
**Original Presolicitation**

Updated Date
Oct 29, 2009

Published Date
Jun 2, 2009

---

### Q--Ambulance Zone 3

**Notice ID: VA-241-09-RP-0394**

The following questions have been asked regarding the solicitation of the Ambulance Contract. The answers apply to all Zones. Q: 1. Can a single pr...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

Inactive

Contract Opportunities

Notice Type
**Updated Solicitation**

Updated Date
Oct 20, 2009 (2)

Published Date
Aug 21, 2009

---

### Q--Ambulance Zone 2

**Notice ID: VA-241-09-RP-0393**

The following questions have been asked regarding the solicitation of the Ambulance Contract. Q: 1. Can a single pro...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

Inactive

Contract Opportunities

Notice Type
**Updated Solicitation**

Updated Date
Oct 20, 2009 (2)

Published Date
Aug 21, 2009

---

### Q--ALS and BLS Ambulance Service for Milwaukee

Inactive

**Notice ID: VA-69D-09-RP-0322**

The GLAC (Great Lakes Acquisition Center) is soliciting quotations to provide Amubulance service for the VA Medical Center, Milwaukee, WI. Contract Pe...

Awardee
CURTIS- UNIVERSAL, INC.;316 N
MILWAUKEE ST STE
330;MILWAUKEE;WI;532025885

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Sep 11, 2009

Published Date
Jul 13, 2009

---

**V--Ambulance/Hired Car/Litter Van Services-Fayetteville**

Inactive

**Notice ID: VA-256-09-RP-0029**

No Description Provided...

Awardee
MCCABE, WES;6337 INDUSTRIAL
PARK RD;VAN BUREN;AR;729568482

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Sep 8, 2009

Published Date
Jun 5, 2009

---

**Q--ADVANCED CARDIAC LIFE SUPPORT AND BASIC LIFE SUPPORT TRANSPORTATION SERVICES FOR THE PHOENIX VA HEALTH CARE SYS AND IT'S COMMUNITY BASED OUTPATIENT CLINICS**

Inactive

**Notice ID: VA-258-09-RP-0204**

The Phoenix VA Health Care System, Arizona, is seeking a contractor to provide Advanced Cardiac Life Support and Basic Life Support Ambulance Services...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258) |

Contract Opportunities

Current Response Date
**August 07, 2009 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date
Sep 6, 2009

Published Date
Jul 24, 2009

---

**V--Ambulance Services 4/1 through 9/30/09**

Inactive

**Notice ID:**

The Department of Veterans Affairs, VA Roseburg Healthcare System, has amended a sole source purchase order to provide patient transportation service...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Contract Opportunities

Notice Type
**Original Justification and Approval (J&A)**

Updated Date
Aug 30, 2009

Published Date
Jul 7, 2009

---

**V--Ambulance Service**

Inactive

**Notice ID: VA-244-09-RP-0156**

No Description Provided...

Awardee
JAN-CARE AMBULANCE OF N C W V
INC.;315 WATER
ST;CLARKSBURG;WV;263014648

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

Contract Opportunities

Notice Type
**Original Award Notice**

Updated Date
Jul 25, 2009

Published Date
Jul 2, 2009

---

**V--Air Ambulance Services, VAMCs located in Boise, Idaho and Spokane and Walla Walla, Washington**

Inactive

**Notice ID: VA-260-09-RP-0148**

INTENT: The intent of this sources sought notice is to determine the level of interest in providing medical air ambulance transport service to eligib...

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| | | |

Contract Opportunities

Current Response Date
**June 22, 2009 at 01:00 AM EDT**

Notice Type

| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) | Original Sources Sought<br><br>Updated Date<br>Jul 22, 2009<br><br>Published Date<br>Jun 5, 2009 |

---

## V--Ambulance Service

**Notice ID: VA-244-09-RP-0273**

The Wilmington Delaware VA Medical Center (VISN 4) is seeking qualified contractors who have the technical expertise and necessary resources on an as-...

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

Inactive

Contract Opportunities

Current Response Date
June 15, 2009 at 01:00 AM EDT

Notice Type
Original Sources Sought

Updated Date
Jul 15, 2009

Published Date
May 28, 2009

---

## Q--ADVANCED LIFE SUPPORT AND BASIC LIFE SUPPORT AMBULANCE TRANSPORTATION SERVICES FOR THE PHOENIX VA HEALTH CARE SYSTE POP: JULY 1, 2009 - SEPTEMBER 30, 2013

**Notice ID: VA-258-09-RQ-0155**

The Phoenix VA Health Care System, Arizona, is seeking a contractor to provide Advanced Life Support and Basic Life Support Ambulance Services for the...

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 258-NETWORK CNTRCT OFF 22G (36C258) |

Inactive

Contract Opportunities

Current Response Date
May 20, 2009 at 01:00 AM EDT

Notice Type
Original Presolicitation

Updated Date
Jun 19, 2009

Published Date
May 13, 2009

---

## V--Paramedic and Ambulance Services 4/1 through 6/30/09

**Notice ID: VA-260-09-RQ-0335**

The Department of Veterans Affairs, VA Roseburg Healthcare System, has awarded a sole source purchase order to provide patient transportation service...

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Notice Type
Updated Presolicitation

Updated Date
Jun 15, 2009 (1)

Published Date
Apr 16, 2009

---

## Q--Ambulance Services for the Dayton VA Medical Center and it's associated CBOCs.

**Notice ID:**

Under authority of 10 U.S.C. 2304 (c ) (2), the VA Medical Center, Dayton OH intends to issue a sole source award to Medcorp, Inc. to provide Advanced...

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Inactive

Contract Opportunities

Notice Type
Original Special Notice

Updated Date
May 30, 2009

Published Date
Apr 30, 2009

---

## V--Ground Ambulance Services, PSHCS BPA -- Bridge Agreement

**Notice ID: VA-260-09-RQ-0238**

No Description Provided...

Awardee
RURAL/METRO OF GREATER SEATTLE, INC;6405 218TH ST SW STE 201;TACOMA;WA;984020000

| Department/Ind.Agency | Subtier | Office |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Inactive

Contract Opportunities

Notice Type
Original Award Notice

Updated Date
Mar 29, 2009

Published Date
Mar 23, 2009

## Q--Ground Ambulance Services in the local vicinities of the Community-Based Outpatient Clinics (CBOCs) located in Richland and Yakima, Washington

| Inactive |
| Contract Opportunities |

**Notice ID: VA-260-09-RQ-0244**

The VA Medical Center, Walla Walla, Washington, intends to award at least one Blanket Purchase Agreement for ground ambulance services in the general ...

Current Response Date
**February 19, 2009 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Updated Date
**Mar 1, 2009**

Published Date
**Feb 12, 2009**

## V--Amubulance ALS & BLS Services for Cleveland.

| Inactive |
| Contract Opportunities |

**Notice ID: VA-250-08-RP-0070**

The Louis Stokes Department of Veterans Affairs Medical Center (VAMC) in Cleveland, Ohio is in need of a contractor or contractors to provide 30-minut...

Current Response Date
**January 19, 2009 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Updated Date
**Feb 18, 2009**

Published Date
**Nov 20, 2008**

## V--Ambulance/Hired Car/Litter Van Svcs.

| Inactive |
| Contract Opportunities |

**Notice ID: VA-256-08-RP-0252**

Pre-Solicitation Notice: Procurement is a Service-Disabled Veteran-Owned Small Business Set-Aside—Contractor to provide all vehicles, personnel, man...

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 256-NETWORK CONTRACT OFFICE 16 (36C256) |

Updated Date
**Jan 30, 2009**

Published Date
**Jul 22, 2008**

## V--Ambulance Services

| Inactive |
| Contract Opportunities |

**Notice ID: VA-246-08-RP-0154**

No Description Provided...

Awardee
NUCARE CAROLINA
AMBULANCE;NUCARE CAROLINA
AMBULANCE;971 SALISBURY
ROAD;WINSTON-SALEM;NC;27127

Notice Type
**Original Award Notice**

Updated Date
**Jan 9, 2009**

Published Date
**Dec 11, 2008**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

## V--Basic & advance Life Support Ambulance - CBOC Grand Rapids

| Inactive |
| Contract Opportunities |

**Notice ID: VA-251-08-RP-0183**

No Description Provided...

Awardee
PARAMED, INC;517 DIVISION AVE
S;GRAND RAPIDS;MI;495035116

Notice Type
**Original Award Notice**

Updated Date
**Nov 30, 2008**

Published Date
**Sep 22, 2008**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

## V--VA-255-08-RP-0328. Ambulance Services, VA Medical Center, Kansas City, MO

| Inactive |
| Contract Opportunities |

**Notice ID: VA-255-08-RP-0328**

No Description Provided...

Awardee

Notice Type
**Original Award Notice**

MEDEVAC MEDICAL SERVICES,
INC.;3121 S DODGION
ST;INDEPENDENCE;MO;640552567

| | | | Updated Date |
| --- | --- | --- | --- |
| | | | Nov 15, 2008 |
| | | | Published Date |
| | | | Nov 5, 2008 |

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

## Q--Ambulance/Wheelchair Van Services

[Inactive]

**Notice ID: VA-241-09-RP-0355**

[Contract Opportunities]

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
CARE PLUS AMBULANCE SERVICE
INC;1502 COLUMBIA
CIR;MERRIMACK;NH;030544164

Updated Date
Oct 31, 2008

Published Date
Sep 30, 2008

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 241-NETWORK CONTRACT OFFICE 01 (36C241) |

## V--Notice of Award for Ambulance Services in theSouth Texas Veterans Health Care System

[Inactive]

**Notice ID: VA-257-08-RP-0176**

[Contract Opportunities]

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
ST. JOSEPH'S AMBULANCE SERVICE
INC.;1715 RESEDA
DR;HOUSTON;TX;770626005

Updated Date
Oct 20, 2008

Published Date
Sep 18, 2008

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 257-NETWORK CONTRACT OFFICE 17 (36C257) |

## V--Ambulance (ALS/BLS) 15 Minute Responsefor Hines VA, Hines, IL

[Inactive]

**Notice ID: VA-69D-08-RQ-0350**

[Contract Opportunities]

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
BLACKHAWK MEDICAL
TRANSPORTATION INC;8400 183RD
PL STE 1;TINLEY PARK;IL;604779213

Updated Date
Oct 7, 2008

Published Date
Sep 24, 2008

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

## V--Furnish 24-hour Ground Ambulance Services foreligible Veterans served at the VA Medical Centerat Clarksburg, WV. Additionally, provideemergent transportation per schedule.

[Inactive]

**Notice ID: VA-244-08-RP-0388**

[Contract Opportunities]

The Louis A. Johnson VA Medical Center at One Med Center Drive in Clarksburg, WV,
is synopsizing a requirement to provide all labor, transportation, m...

Current Response Date
August 29, 2008 at 01:00 AM EDT

Notice Type
**Original Presolicitation**

Updated Date
Sep 28, 2008

Published Date
Aug 25, 2008

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 245-NETWORK CONTRACT OFFICE 5 (36C245) |

## V--Orlando Ambulance Service

[Inactive]

**Notice ID: VA-248-08-RQ-0131**

[Contract Opportunities]

PRESOLICITATION NOTICE FOR AMBULANCE PATIENT TRANSPORTATION SERVICE,
for the Orlando VA Medical Center, Orlando Florida. This is a presolicitation no...

Current Response Date
January 16, 2008 at 12:00 AM EST

Notice Type
**Original Presolicitation**

Updated Date
Mar 16, 2008

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Published Date
Dec 13, 2007

## V--Ambulance Services

Inactive

**Notice ID: VA-246-07-RP-0178**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
NUCARE CAROLINA
AMBULANCE;NUCARE CAROLINA
AMBULANCE;971 SALISBURY
ROAD;WINSTON-SALEM;NC;27127

Updated Date
Dec 31, 2007

Published Date
Dec 3, 2007

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 246-NETWORK CONTRACTING OFFICE 6 (36C246) |

## V--Ambulance Services, VA Medical Center,Topeka, KS

Inactive

**Notice ID: VA255-07-RP-0300**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
MEDEVAC MEDICAL SERVICES
(INC);3121 S DODGION
ST;INDEPENDENCE;MO;640552567

Updated Date
Oct 16, 2007

Published Date
Oct 3, 2007

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

## V--Ambulance Services, John J. PershingVA Medical Center, Poplar Bluff, MO 63901

Inactive

**Notice ID: VA-255-07-RP-0274**

Contract Opportunities

No Description Provided...

Notice Type
**Original Award Notice**

Awardee
RURAL/METRO CORPORATION
(DEL);9221 E. VIA DE
VENTURA;SCOTTSDALE;AZ;852583370

Updated Date
Oct 10, 2007

Published Date
Sep 26, 2007

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

## V--Ambulance Services

Inactive

**Notice ID: VA-251-07-IB-0095**

Contract Opportunities

The VA Medical Center located in Battle Creek, Michigan, has a requirement for a contractor to provide all personnel and equipment for the operation o...

Current Response Date
**August 30, 2007 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date
Sep 29, 2007

Published Date
Jul 12, 2007

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

## V--AMBULANCE SERVICES FOR VAMC SYRACUSE

Inactive

**Notice ID: VA-528-07-RP-0187**

Contract Opportunities

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with additional ...

Current Date Offers Due
**August 17, 2007 at 01:00 AM EDT**

Notice Type
**Original Combined Synopsis/Solicitation**

Updated Date
Sep 16, 2007

Published Date
Aug 2, 2007

| Department/Ind.Agency | Subtier | Office |
| --- | --- | --- |
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 242-NETWORK CONTRACT OFFICE 02 (36C242) |

## V--AMBULANCE SERVICES FOR SAGINAW

Inactive

Contract Opportunities

**Notice ID: VA-251-07-IB-0065**

The VA Medical Center located in Saginaw, Michigan, has a requirement for a
contractor to provide all personnel and equipment for the operation of bas...

Notice Type
**Original Presolicitation**

| Department/Ind.Agency | Subtier | Office | |
|---|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) | |

Updated Date
**Aug 29, 2007**

Published Date
**Jul 30, 2007**

## V--Ambulance Services

Inactive

Contract Opportunities

**Notice ID: VA-251-07-IB-0095**

Awardee
PRIDE AMBULANCE COMPANY
INC;500 MAPLELEAF
DR;NASHVILLE;TN;372103706

Notice Type
**Updated Award Notice**

Updated Date
**Jul 28, 2007** (1)

Published Date
**Jul 28, 2007**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

## V--BLS/ALS Ambulance Services for the VA IronMountain, Michigan and CBOC's

Inactive

Contract Opportunities

**Notice ID: VA-69D-07-RP-0051**

No Description Provided...

Awardee
BEACON AMBULANCE SERVICE
INC;300 VILLA
DR;HURLEY;WI;545341523

Notice Type
**Original Award Notice**

Updated Date
**Apr 28, 2007**

Published Date
**Feb 27, 2007**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

## V--Ambulance Services, VA Medical Center, St. Louis, MO

Inactive

Contract Opportunities

**Notice ID: VA-255-07-RP-0030**

No Description Provided...

Awardee
ABBOTT AMBULANCE, INC.;2500
ABBOTT PL;SAINT
LOUIS;MO;631432636

Notice Type
**Original Award Notice**

Updated Date
**Mar 22, 2007**

Published Date
**Mar 13, 2007**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

## V--V -- Presolicitation Notice

Inactive

Contract Opportunities

**Notice ID: 673-35-07**

PRESOLICITATION NOTICE FOR AMBULANCE PATIENT TRANSPORTATION SERVICE,
for the Orlando VA Medical Center, Orlando Florida. This is a presolicitation no...

Current Response Date
**February 01, 2007 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

Updated Date
**Mar 3, 2007**

Published Date
**Dec 28, 2006**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

## V--Ambulance Services

Inactive

Contract Opportunities

**Notice ID: VA-552-06-RP-0012A**

No Description Provided...

Awardee

Notice Type
**Original Award Notice**

Updated Date

MEDCORP;745 MEDCORP
DR;TOLEDO, OH 43608

| | | | Dec 23, 2006 |
|---|---|---|---|
| | | | Published Date |
| | | | Oct 25, 2006 |

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

## V--Ambulance Service - USAFA

**Notice ID:** VA-791-06-RQ-0013

Inactive

Contract Opportunities

No Description Provided...

Awardee
AMERICAN MEDICAL RESPONSE;6200
S SYRACUSE WAY;SUITE
200;GREENWOOD VILLAGE, CO 80111-
9742

Notice Type
**Original Award Notice**

Updated Date
Nov 24, 2006

Published Date
Sep 26, 2006

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | COMMODITIES & SERVICES ACQUISITION SERVICE (36C791) |

---

## V--V -- Ambulance and Wheelchair Van Services

**Notice ID:** 01033

Inactive

Contract Opportunities

The VA Medical Center, 1 VA Center, Augusta, Maine is seeking potential sources to provide AMBULANCE AND WHEELCHAIR VAN SERVICES. Contractor shall fur...

Current Response Date
**March 28, 2006 at 12:00 AM EST**

Notice Type
**Original Sources Sought**

Updated Date
Apr 27, 2006

Published Date
Mar 15, 2006

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | VBA FIELD CONTRACTING (36C10E) |

---

## V -- AMBULANCE SERVICES

**Notice ID:** 621-24-05

Inactive

Contract Opportunities

The James H. Quillen VA Medical Center, Mountain Home, Tennessee is soliciting proposals under solicitation number 621-24-05 to provide Basic and Adva...

Current Response Date
**May 06, 2005 at 01:00 AM EDT**

Notice Type
**Updated Presolicitation**

Updated Date
Jun 5, 2005 (1)

Published Date
Apr 22, 2005

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 249-NETWORK CONTRACT OFFICE 9 (36C249) |

---

## V -- ALS/BLS AMBULANCE SERVICES FOR DANVILLE, IL

**Notice ID:** 550-03-05

Inactive

Contract Opportunities

The contractor is to provide ambulance services to transport VA beneficiaries for VA Medical Center in Danville, Illinois. Basic Life Support (BLS) a...

Current Response Date
**February 14, 2005 at 12:00 AM EST**

Notice Type
**Original Presolicitation**

Updated Date
Mar 16, 2005

Published Date
Jan 11, 2005

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

---

## V -- AMBULANCE, HIRED CAR AND WHEELCHAIR VAN SERVICES

**Notice ID:** 538-3-05

Inactive

Contract Opportunities

Provide all vehicles, equipment and personnel necessary to provide Ambulance, Hired Car and Wheelchair Van Services to the Department of Veterans Affa...

Current Response Date
**August 30, 2004 at 01:00 AM EDT**

Notice Type
**Original Presolicitation**

Updated Date

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 250-NETWORK CONTRACT OFFICE 10 (36C250) |

Sep 29, 2004
Published Date
Jul 16, 2004

## V -- Ambulance Service, James A. Haley Veterans' Hospital, Tampa FL.

| Inactive |

**Notice ID: 673-107-04**

| Contract Opportunities |

AMBULANCE SERVICE, for the James A. Haley Veterans Hospital, Tampa Florida. This is a synopsis for commercial services per the procedures at FAR 12, ...

Current Date Offers Due
**August 23, 2004 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 248-NETWORK CONTRACT OFFICE 8 (36C248) |

Notice Type
Original Combined
Synopsis/Solicitation

Updated Date
Sep 22, 2004

Published Date
Jul 30, 2004

## Q -- Ambulance Service

| Inactive |

**Notice ID: 69D-224-04**

| Contract Opportunities |

The GLAC (Great Lakes Acquisition Center) is soliciting quotations to supply all vehicles, personnel, management, supplies, transportation, equipment ...

Current Response Date
**August 06, 2004 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 252-NETWORK CONTRACT OFFICE 12 (36C252) |

Notice Type
Original Presolicitation

Updated Date
Sep 5, 2004

Published Date
Jul 6, 2004

## V -- Ambulance Services

| Inactive |

**Notice ID: 663-06-04**

| Contract Opportunities |

The VA Puget Sound Health Care System, 1660 So. Columbian Way, Seattle, Washington, 98108, Seattle and American Lake(Tacoma, WA) Divisions has a need ...

Current Response Date
**December 08, 2003 at 12:00 AM EST**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Notice Type
Original Presolicitation

Updated Date
Jan 7, 2004

Published Date
Nov 3, 2003

## V -- AMBULANCE SERVICE

| Inactive |

**Notice ID: V15-02-0189**

| Contract Opportunities |

The Department of Veterans Affairs Medical Center, Columbia, MO is soliciting bids to furnish ground ambulance services to eligible beneficiaries. Co...

Current Response Date
**August 07, 2002 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 255-NETWORK CONTRACT OFFICE 15 (36C255) |

Notice Type
Original Presolicitation

Updated Date
Sep 6, 2002

Published Date
Jul 3, 2002

## V -- V--Emergency Ground Ambulance Services

| Inactive |

**Notice ID: 531-38-02**

| Contract Opportunities |

Contractor to provide EMERGENCY ground ambulance services to the Department of Veterans Affairs Medical Center, Boise, ID. Award will be for a base p...

Current Response Date
**May 24, 2002 at 01:00 AM EDT**

| Department/Ind.Agency | Subtier | Office |
|---|---|---|
| VETERANS AFFAIRS, DEPARTMENT OF | VETERANS AFFAIRS, DEPARTMENT OF | 260-NETWORK CONTRACT OFFICE 20 (36C260) |

Notice Type
Original Presolicitation

Updated Date
Jun 23, 2002

Published Date
May 9, 2002

## V -- V--Ground Ambulance Services

**Notice ID:** 531-37-02

| | |
|---|---|
| Inactive | |
| Contract Opportunities | |

Contractor to provide ground ambulance services to the Department of Veterans
Affairs Medical Center, Boise, Idaho. Award will be for base year with ...

**Current Response Date**
May 24, 2002 at 01:00 AM EDT

Department/Ind.Agency
**VETERANS AFFAIRS, DEPARTMENT OF**

Subtier
**VETERANS AFFAIRS, DEPARTMENT OF**

Office
260-NETWORK CONTRACT OFFICE 20
(36C260)

**Notice Type**
Original Presolicitation

Updated Date
**Jun 23, 2002**

Published Date
May 9, 2002

---

< [ 6 ] of **6** >

Results per page
[ 100 ]



Feedback

## Our Website

About This Site

Our Community

Release Notes

System Alerts

### Policies

Privacy Policy

Disclaimers

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

### Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact



⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to
monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to
protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov
An official website of the U.S. General Services Administration

# EXHIBIT 4

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY d/b/a AMED, QUAKER VALLEY AMBULANCE AUTHORITY, and VALLEY AMBULANCE AUTHORITY | No. 23- _____ |
| Petitioners, | |
| v. | |
| DENIS MCDONOUGH, in his official capacity as SECRETARY OF VETERANS AFFAIRS, | |
| Respondent. | |

**DECLARATION OF KENNETH SIMPSON**

I, Kenneth Simpson, testify as follows:

1.      I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority, et al. v. McDonough*.

2.      I am currently the Chief Executive Officer (CEO) for the Metropolitan Area EMS Authority, also known as MedStar Mobile Healthcare (MedStar).

3.      My testimony is based on my direct personal knowledge gained through my work at MedStar, business records of MedStar, information supplied to me by employees and independent contractors of MedStar, and information in the public domain.

1

4.       I have served in leadership roles at MedStar since April 2017. I have been CEO since September 2021, was Interim CEO from September 2020 through September 2021, and was Chief Operations Officer from April 2017 through October 2021.

5.       As CEO, I lead the executive team at MedStar and provide strategic oversight and direction to the organization. I manage operations, finance, human resources, and healthcare transformation at MedStar. I report to MedStar's Board of Directors.

6.       I have worked in the healthcare industry for twenty-three years. I began my career as a paramedic with Rural/Metro Corporation in Memphis, TN in 2008. Rural/Metro promoted me to General Manager in Nashville, TN in 2012. I then became the Regional Director for Rural/Metro in Roswell, GA in 2013. Rural/Metro was later acquired by American Medical Response (AMR). I served as Regional Director for AMR until I joined MedStar in April 2017.

7.       I earned my Juris Doctor degree from the University of Memphis in 2011, and my Bachelor of Arts degree from the University of Memphis in 2008.

## *MEDSTAR OPERATIONS*

8.       MedStar is a Texas governmental administrative agency that serves as the exclusive emergency and non-emergency ground ambulance service provider for 14 cities in Tarrant, Parker, and Wise Counties, TX. It provides ground ambulance and community paramedicine service to a service area of approximately 436 square miles that contains more than 1.1 million residents. In the process, MedStar responds to more than 190,000 ambulance calls every year.

9.       MedStar's mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

10.      MedStar's service area is home to many veterans, including active-duty personnel and retirees. According to the U.S. Census Bureau, more than 100,000 veterans live in Tarrant

County. This includes veterans at Naval Air Station Joint Reserve Base Forth Worth which is home to a variety of Marine Corps, Air Force, Army, and Texas Air National Guard units.

11.     MedStar typically responds to multiple ambulance calls for veterans every day, 365 days per year. MedStar responded to 1,834 ambulance calls for veterans in fiscal year 2022. MedStar has responded to 2,239 ambulance calls for veterans in fiscal year 2023.

12.     I estimate that approximately 2,060 of MedStar's total ambulance calls in any given fiscal year are emergent calls for veterans received through the Tarrant County 9-1-1 system. MedStar receives 9-1-1 calls through the Tarrant County 9-1-1 system, and then dispatches MedStar ambulances to provide medical care and transport the veteran to the veteran's preferred hospital. MedStar takes most veterans to one of the private hospitals in Tarrant County. There is no Veterans Affairs Medical Center (VAMC) in Tarrant County; the closest VAMC is located in Dallas County, TX. So, MedStar rarely, if ever, takes veterans to or from VAMCs or other facilities run by the U.S. Department of Veterans Affairs (VA) when responding to 9-1-1 calls.

13.     I estimate that approximately 179 of MedStar's ambulance calls in any given fiscal year are non-emergent calls for veterans. Such calls are typically scheduled in advance.

*MEDSTAR FINANCIAL MANAGEMENT*

14.     MedStar is a high-performance emergency medical services (HPEMS) system, providing advanced clinical care with high economic efficiency.

15.     I lead a finance team that tracks the health coverage of the individual patients transported by MedStar; the anticipated and collected payments by the U.S. Department of Veterans Affairs (VA) and other third-party payers; and the patient liabilities (*e.g.*, copayments) and collections after third-party payments. The team uses the same data to assess current and future financial performance and conduct financial planning.

16.     To deliver services, MedStar necessarily incurs costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory

compliance. These costs are fixed, substantial, and generally unavoidable. They are also common to all ambulance providers (though they may vary somewhat by geography).

17. My experience is that the financial performance of every ambulance operation is unique in some respects. Financial performance varies based on the overall number of transports, the mix of third-party payers, the amounts actually paid by third-party payers, and the costs of the operation. The costs may vary based on the geographic area.

18. Financial management of an ambulance provider involves a measure of business judgment because the overall number of transports and the payer mix vary. Those variations are outside the control of the ambulance provider because patients, members of the public, first responders, and other healthcare providers are typically the ones that dispatch the ambulance provider through the 9-1-1 system. In Tarrant County, MedStar has a legal duty to respond when called. The nature and extent of the patient's health coverage have no bearing on whether MedStar responds.

19. Under my leadership, financial planning for MedStar customarily accounts for historical and current data on transport volume, historical and current data on payer mix, applicable legal and regulatory mandates, current market conditions, and the business judgment that I have developed through years of experience.

*MARKET CONDITIONS*

20. MedStar has operated without subsidies from its member cities for the past twelve years. In other words, MedStar has succeeded in collecting payments from third-party payers and patients that are sufficient to cover MedStar's costs.

21. MedStar, like many EMS agencies across the country, has confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020. These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 58% increase in

wages over a 15-month period, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

22.     MedStar has an annual operating budget of approximately $60 million. MedStar projects that it will have a budget shortfall of $4.2 million (7%) in fiscal year 2023 due entirely to the economic headwinds in its service area.

23.     MedStar's ability to reduce its costs without downsizing is limited. Like all ambulance providers, MedStar bears high fixed costs. Those costs have risen due to inflation. At the same time, wages have increased. MedStar must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

*HISTORICAL VA PAYMENTS TO MEDSTAR*

24.     MedStar has not entered a network contract with VA during my tenure at MedStar. I am not aware of VA soliciting such a contract for MedStar's service area.

25.     During my tenure at MedStar, VA has typically paid MedStar the actual charges that MedStar has billed for transports of veterans. VA sends remittances to MedStar when VA makes a payment.

26.     MedStar understands that VAMC solicits contracts for ground ambulance services on Sam.Gov. MedStar has searched Sam.gov for VAMC solicitations for contracts for ground ambulance services for MedStar's service area since the first VA ambulance industry day on May 25, 2023. MedStar has found no such solicitations on Sam.Gov.

*THE VA FINAL RULE*

27.     MedStar has evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

28.     MedStar assumes that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and nonemergent

ambulance transports of veterans to or from VA facilities or other places. Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences. MedStar bases its assumption on the final rule, the VA industry days, and VA's conduct to date.

29. The MFS amount typically ranges from 26% to 42% of MedStar's charges for an ambulance transport. MedStar thus projects that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by 58% to 74%.

30. MedStar projects that it will begin to receive VA payments at the MFS amount within 30 days of the final rule becoming effective. MedStar projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2024 will be approximately $1.4 million. Approximately $1.3 million, or 93% of the projected aggregate reduction of $1.4 million, is tied to the projected reduction in VA payments on ambulance transports of veterans initiated through the 9-1-1 system. As noted above, those transports are almost exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

31. MedStar projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2025 will deepen to $2.168 million when measured against fiscal year 2022 because the final rule will be effective throughout fiscal year 2025.

32. If the final rule is implemented, absent another funding source, MedStar projects that it will have no choice but to downsize its operations to bring its costs in line with its revenues. The downsizing will include a reduction in force. It may also include the closure or consolidation of physical plants, sales of vehicles and equipment, reduced working hours, or furloughs. The projected timeline may shorten—or the projected operational adjustments may be farther reaching—if market conditions deteriorate further in the coming months.

33. The implementation of the final rule will irreparably harm MedStar. Any employees who are released by MedStar—or who leave MedStar due to reduced working hours or

furloughs—are unlikely to return given the intense market demand for staff. MedStar will also lose its capital investment in any physical plant that it closes, and any vehicles or equipment that it sells. Such losses will be irreversible for MedStar.

***

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023

/s/ Kenneth J. Simpson
Kenneth J. Simpson

# EXHIBIT 5

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

| | |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY d/b/a AMED, QUAKER VALLEY AMBULANCE AUTHORITY, and VALLEY AMBULANCE AUTHORITY | No. 23-_____ |
| Petitioners, | |
| v. | |
| DENIS MCDONOUGH, in his official capacity as UNITED STATES SECRETARY OF VETERANS AFFAIRS, | |
| Respondent. | |

**DECLARATION OF GARY WATTERS**

I, Gary Watters, testify as follows:

1.      I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority et al. v. McDonough*.

2.      I am currently the Executive Director for the Altoona Logan Township Mobile Medical Emergency Department Authority ("AMED").

3.      My testimony is based on my direct personal knowledge gained through my work at the AMED, business records of the AMED, information supplied to me by employees and independent contractors of the AMED, and information in the public domain.

*PERSONAL BACKGROUND*

4.      I have served in leadership roles at AMED since January 1998.  I served as the Assistant Director for 15 years and have been the Executive Director for the last 10 years.

5.      As Executive Director, I am responsible for the daily oversight of all operations including ambulance, wheelchair, accounts payable and receivable components, general system administration and personnel management.  I report to Board of Directors.

6.      I have worked in the healthcare industry for 38 years.  I began my career as an emergency medical technician, quickly moving to a paramedic and then into administration.

*AMED OPERATIONS*

7.      The AMED is a professional, emergency medical service with headquarters located in Altoona, Blair County, Pennsylvania. AMED is a Pennsylvania municipal authority which depends on insurance re-imbursements and membership subscriptions to fund operations. AMED receives no tax money or government funds and is funded solely by fees for services.

8.      AMED was created in January 1981 by the City of Altoona and Logan Township. The creation of the authority was to ensure that adequate public ambulance service be established and operated for the benefit and preservation of public health, comfort, convenience, and general welfare. Since its inception, AMED has expanded greatly and now provides EMS and medical transportation services to the following municipalities:

| Municipality | County |
|---|---|
| Allegheny Township | Blair |
| Altoona, City of | Blair |
| Antis Township | Blair |
| Bellwood Borough | Blair |
| Birmingham Borough | Huntingdon |
| Blair Township | Blair |
| Duncansville Borough | Blair |
| Franklin Township | Huntingdon |

| Freedom Township | Blair |
|---|---|
| Greenfield Township | Blair |
| Juniata Township | Blair |
| Kimmel | Bedford |
| Logan Township | Blair |
| Newry Borough | Blair |
| Pavia | Bedford |
| Reade Township | Cambria |
| Roaring Spring Borough | Blair |
| Snyder Township | Blair |
| Spruce Creek Township | Huntingdon |
| Taylor Township | Blair |
| Taylor Township | Centre |
| Tyrone Borough | Blair |
| Tyrone Township | Blair |
| Warriors Mark Township | Huntingdon |

9.      AMED serves as the exclusive emergency ground ambulance service provider for the above-named areas.  Based on my review of U.S. Census data, I estimate that AMED provides ambulance and community paramedicine service to a service area of approximately 470 square miles that contains more than 104,400 residents.

10.      AMED's mission is to provide the most expedient and best possible medical treatment to the citizens and visitors of the areas that AMED services.  AMED provides its employees with the best possible training to assure that the mission is accomplished.

11.      AMED is a highly technical EMS and medical transportation system staffed by more than 105 dedicated professional paramedics, advanced emergency medical technicians, emergency medical technicians, dispatchers and office personnel.  Its combined fleet of emergency vehicles includes twenty ambulances, two paramedic intercept vehicles and three supervisor vehicles.

12.      Every year, AMED responds to more than 20,000 requests for ambulance service.

13.     The AMED mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

14.     AMED's service area is home to many veterans, including active-duty personnel and retirees.  Based on my review of U.S. Census data, I estimate that more than 10,000 veterans live in AMED's service area. This includes veterans at VA long term care facility Hollidaysburg Veterans' Home.

15.     AMED responds to ambulance calls for veterans throughout the year.  AMED responded to 411 ambulance calls for veterans in fiscal year 2022.  To date, AMED has responded to 479 ambulance calls for veterans in fiscal year 2023.

16.     I estimate that between 95 and 100% of AMED's total ambulance calls for veterans in any given fiscal year are emergent calls received through the Blair County 9-1-1 Center. The Blair County 9-1-1 center dispatches AMED to pick up the veteran.  AMED takes most veterans to one of the six private hospitals in the region.  The Veterans Affairs Medical Center (VAMC) in Blair County does not have an emergency department. Consequently, ambulance services cannot transport emergency patients to the VAMC under Pennsylvania Department of Health rules and regulations.  AMED does respond to 9-1-1 calls from the VAMC hospital to transport emergency patients from that facility to other hospitals in the area for higher levels of acute care.

*AMED'S FINANCIAL MANAGEMENT AND MARKET CONDITIONS*

17.     To deliver services, AMED necessarily incurs costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory compliance.  These costs are fixed, substantial, and generally unavoidable.  They are also common to all ambulance providers (though they may vary somewhat by geography).

18.     AMED has operated without subsidies from its member municipalities for the past 42-years.  In other words, AMED has succeeded in collecting payments from third-party payers and patients that are sufficient to cover AMED's operating costs.

19.     AMED, like many EMS agencies across the country, has confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020.  These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 10% increase in wages in just a 14-month period, inflation of the costs of fuel, equipment and supplies, and static or reduced commercial reimbursement rates.

20.     AMED has an annual operating budget of approximately $8.9 million dollars. AMED projects that it will have a budget shortfall of $400 thousand dollars (4.4%) in fiscal year in 2023 due entirely to the economic headwinds in its service area.

21.     AMED's ability to reduce its costs without downsizing is limited. Like all ambulance providers, AMED bears high fixed costs, which have risen markedly due to inflation. At the same time, wages have increased.  AMED must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

*HISTORICAL VA PAYMENTS TO AMED*

22.     AMED has not entered into a network contract with VA during my tenure at AMED.  The VA has multiple times solicited for a contract for non-emergency services only. AMED has never entertained that contract because it forces the ambulance agencies to provide service from the VAMC in Altoona to the VAMC located in Pittsburgh, Pennsylvania, which is located 100 miles away. AMED simply does not have the personnel or equipment resources to transport patients to those facilities over that distance daily and multiple times a day.

23.     During my tenure at AMED, VA has typically paid AMED the actual charges that AMED has billed for the emergency care and transportation of veterans.  VA sends remittances to AMED when VA makes a payment.  The remittances identify the statutory authority under which payment is made.  When VA pays AMED's charges, the remittances typically identify the statutory authority as 38 U.S.C. §§ 1703 or 1728.

24. AMED understands that VAMC solicits contracts for ground ambulance services on Sam.Gov. AMED has searched Sam.gov for active VAMC solicitations for contracts for emergency ground ambulance services for AMED's service area. AMED has found no such solicitations on Sam.Gov.

*THE VA FINAL RULE*

25. AMED has evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

26. AMED assumes that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and non-emergent ambulance transports of veterans to or from VA facilities or other places. Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences. AMED bases its assumption on the final rule and VA's conduct to date.

27. The MFS amount typically covers 13% to 40% of AMED's charges for an ambulance transport. AMED thus projects that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by 60% to 87%.

28. AMED projects that it will begin to receive VA payments at the MFS amount within 14 days of the final rule becoming effective. AMED projects that all VA payments for AMED ambulance transports of veterans will be at the MFS amount within 0 days of the final rule becoming effective. AMED projects that the aggregate reduction in VA payments for ambulance transports of veterans in fiscal year 2024 will be approximately $500,000 dollars. Approximately $500,000 dollars, or 100% of the projected aggregate reduction, is tied to the projected reduction in VA payments on ambulance transports of veterans initiated through the 9-1-1 system. As noted

above, those transports are almost exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

29.     AMED projects that it has the resources to sustain its current operations for up to 180 days after the final rule becomes effective.  After that point, AMED projects that it will have no choice but to downsize its operations to bring its costs in line with its revenues.  The downsizing will include a reduction in force.  It may also include the closure or consolidation of physical plants, sales of vehicles and equipment, reduced working hours, or furloughs.  The projected timeline may shorten—or the projected operational adjustments may be farther reaching—if market conditions deteriorate further in the coming months.

30.     The implementation of the final rule will irreparably harm AMED.  Any employees who are released by AMED or who leave AMED due to reduced working hours or furloughs are unlikely to return given the intense market demand for staff.  AMED will also lose its capital investment in any physical plant that it closes, and any vehicles or equipment that it sells.  Such losses will be irreversible for AMED.

*** 

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023


/s/  Gary Watters_____
Gary Watters

# EXHIBIT 6

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**

METROPOLITAN AREA EMS
AUTHORITY, ALTOONA LOGAN
TOWNSHIP MOBILE MEDICAL
EMERGENCY DEPARTMENT
AUTHORITY d/b/a AMED, QUAKER
VALLEY AMBULANCE AUTHORITY, and
VALLEY AMBULANCE AUTHORITY

No. 23- _____

Petitioners,

v.

DENIS MCDONOUGH, in his official
capacity as UNITED STATES SECRETARY
OF VETERANS AFFAIRS,

Respondent.

**DECLARATION OF J.R. HENRY**

I, John R. Henry, testify as follows:

1.       I am over the age of eighteen.  I provide this declaration voluntarily, for use in *Metropolitan Area EMS Authority et al. v. McDonough*.

2.       I am currently the Executive Director for the Valley Ambulance Authority and Quaker Valley Ambulance Authority (collectively the "Ambulance Authorities"). which serves fifteen (15) communities in the western suburbs of Pittsburgh.

3.       My testimony is based on my direct personal knowledge gained through my work at the Ambulance Authorities, business records of the Ambulance Authorities, information

supplied to me by employees and independent contractors of the Ambulance Authorities, and information in the public domain.

4.     I have served in leadership roles in the EMS industry for the last 46 years. I have served in my current position as Executive Director of Valley Ambulance Authority and Quaker Valley Ambulance Authority since 2006.   As Executive Director, under the administrative direction of the Board of Directors, I plan, direct, and coordinate all company activities. I am also responsible for developing, implementation and monitoring the administrative, financial, and operational aspects of the authority and am involved in the direct supervision of all officers and EMS personnel.

I have worked in the healthcare industry for more than 46 years as an EMS provider, administrator, and firefighter, beginning in 1976. During my career, I have become well known as an expert in the areas of ambulance service operations, management, and reimbursement related issues. I founded a consulting firm in 1982 and have provided consulting services and seminars to hundreds of EMS and Fire Department organizations, hospitals, and municipalities, across the nation.

Starting in 1978, I served as the Executive Director of the Ross/West View Emergency Medical Services Authority for 20 years.  In addition to his administrative and consulting activities, I am a certified Paramedic and Vehicle Rescue Technician.

*AMBULANCE AUTHORITIES' OPERATIONS*

5.     Valley Ambulance Authority ("VAA") was established in 1972 as the first municipal ambulance authority in the United States.   VAA provides EMS and medical transportation services to Moon Township, Coraopolis Borough, Crescent Township and Neville Island. VAA also provides service to certain parts of the Pittsburgh International Airport. The

2

governing body of each member municipality appoints representatives to the Board of Directors, who oversee the operations of VAA.

6.       In 1974, Quaker Valley Ambulance Authority ("QVAA") was organized as the second municipal ambulance authority in the United States, providing EMS and medical transportation services to Aleppo Township, Bell Acres Borough, Edgeworth Borough, Glenfield Borough, Leet Township, Leetsdale Borough, Haysville Borough, Glen Osborne Borough, Sewickley Borough, Sewickley Heights, and Sewickley Hills. The Board of Directors is comprised of one appointed representative from each municipality, providing each community with an equal vote - regardless of its population or size.

7.       The Ambulance Authorities serve as the exclusive emergency ground ambulance service providers for the above-named areas. The Ambulance Authorities provide ground ambulance and medical transportation services to an area of approximately 89 square miles. The population served includes approximately 39,000 residents in the VAA service area and approximately 14,000 in the QVAA service area.

8.       In 1974, QVAA entered into a joint operating agreement with Valley Ambulance Authority to share facilities, personnel, administrative costs and operational expenses.

9.       The Ambulance Authorities are co-headquartered in a facility located at 3550 University Boulevard in Moon Township, Allegheny County, Pennsylvania.

10.     The mission of both authorities is to provide exceptional emergency care and medical transportation services to the residents and visitors of their communities.

11.     VAA and QVAA provide highly technical EMS and medical transportation system staffed by more than fifty (50) dedicated professional paramedics, emergency medical technicians, dispatchers, and office personnel. Its combined fleet of emergency vehicles include seven (7) mobile intensive care units (ambulances), four (4) special service / wheelchair vans and a paramedic / supervisor response vehicle.

(a.) VAA owns and operates five (5) mobile intensive care ambulances and two (2) wheelchair vans.

(b.) QVAA owns and operates two (2) mobile intensive care ambulances, a wheelchair van and a supervisor response vehicle.

(c.) All Paramedics and Emergency Medical Technicians are certified by the Commonwealth of Pennsylvania and attend rigorous continuing education classes throughout the year. VAA and QVAA respond to most emergency calls with an ALS (Advanced Life Support) crew consisting of at least one Paramedic and an Emergency Medical Technician.

12. Combined annual responses for the Ambulance Authorities total more than 10,000 including approximately 7,000 ambulance and approximately 3,000 wheelchair van transports.

13. VAA is a non-profit municipal authority and is primarily supported by subscription fees, insurance payments and donations. VAA does not receive any municipal tax revenue and is an IRS designated § 501(c)(3) charitable organization.

14. QVAA is a non-profit municipal authority supported by insurance payments and donations. QVAA also receives proceeds from an annual municipal per-capita tax assessment which is currently established at a rate of $10.00 per resident. QVAA is an IRS designated § 501(c)(3) charitable organization.

15. The Ambulance Authorities' mission is to provide world class mobile healthcare with the highest quality customer service and clinical excellence in a fiscally responsible manner.

16. The combined service areas of the Ambulance Authorities are home to many veterans, including active-duty personnel and retirees. According to the U.S. Census Bureau, more than 66,000 veterans live in Allegheny County. This includes veterans at the 911th Airlift Wing, and the 171st Air Refueling Wing which are based in the Moon Township portion of the Pittsburgh International Airport.

17.     The Ambulance Authorities respond to ambulance calls for veterans throughout the year.  The Ambulance Authorities responded to 24 ambulance calls in which VA was responsible for payment in fiscal year 2022.  So far, the Ambulance Authorities have responded to 30 ambulance calls in which VA was responsible for payment in fiscal year 2023.

18.     All of the ambulance calls for veterans in any given fiscal year are emergent calls received through the Allegheny County 9-1-1 Center. The Allegheny County 9-1-1 Center dispatches the Ambulance Authorities to pick up the veteran.  The Ambulance Authorities takes most veterans to one of the many private hospitals in Allegheny County. There are two (2) Veterans Affairs Medical Centers (VAMC) located in Allegheny County; the closest VAMC is located on University Drive near the University of Pittsburgh's main campus. The Ambulance Authorities rarely, if ever, take veterans to or from VAMCs or other facilities run by the U.S. Department of Veterans Affairs (VA) when responding to 9-1-1 calls.

19.     The Ambulance Authorities are not contracted by the VA and do not perform VA related scheduled, nonemergent transports.

*FINANCIAL MANAGEMENT*

20.     The Ambulance Authorities provide advanced clinical care with economic efficiency.

21.     To deliver services, the Ambulance Authorities necessarily incur costs related to facilities, vehicles, maintenance, specialized equipment, training, certifications and licenses, and regulatory compliance.  These costs are fixed, substantial, and generally unavoidable.  They are also common to all ambulance providers (though they may vary somewhat by geography).

22.     My experience is that the financial performance of every ambulance operation is unique in some respects.  Financial performance varies based on the overall number of transports, the mix of third-party payers, the amounts actually paid by third-party payers, and the costs of the operation.  The costs may vary based on the geographic area.

23.     Financial management of an ambulance provider involves a measure of business judgment because the overall number of transports and the payer mix vary. Those variations are outside the control of the ambulance provider because patients, members of the public, first responders, and other healthcare providers are typically the ones that dispatch the ambulance provider through the 9-1-1 system. In their combined service area, the Ambulance Authorities have a legal duty to respond when called so long as conditions allow it. The nature and extent of the patient's health coverage have no bearing on whether the Ambulance Authorities responds.

24.     Under my leadership, financial planning for the Ambulance Authorities customarily accounts for historical and current data on transport volume, historical and current data on payer mix, applicable legal and regulatory mandates, current market conditions, and the business judgment that I have developed through years of experience.

*MARKET CONDITIONS*

25.     Valley Ambulance Authority operates without subsidies from its four (4) member municipalities. In other words, VAA has succeeded in collecting payments from third-party payers and patients that are sufficient to cover VAA's costs.

26.     Quaker Valley Ambulance Authority receives proceeds from an annual municipal per-capita tax assessment which is currently established at a rate of $10.00 per resident. This subsidy offsets approximately 9.4% of its annual budget.

27.     The Ambulance Authorities, like many EMS agencies across the country, have confronted dire and unprecedented economic headwinds in its service area since the declaration of the COVID-19 public health emergency in January 2020. These headwinds include high demand for EMS personnel (who are sought-after by ambulance providers and hospitals alike), a 9% increase in wages over a 36-month period, employee recruitment and retention bonuses, inflation of the costs of equipment and supplies, and static or reduced commercial reimbursement rates.

28.     The Ambulance Authorities have a combined annual operating budget of approximately $4 million.  The Ambulance Authorities projects that they will have a budget shortfall of $350,000 (8.7%) in fiscal year 2023-24 due entirely to the economic headwinds in its service area.

29.     The Ambulance Authority's ability to reduce its costs without downsizing is limited.  Like all ambulance providers, the Ambulance Authorities bear high fixed costs.  Those costs have risen due to inflation.  At the same time, wages have increased.  The Ambulance Authorities must pay market wages to attract and retain the qualified EMS personnel needed to deliver high-quality care.

*HISTORICAL VA PAYMENTS*

30.     The Ambulance Authorities have not entered into a network contract with VA during my tenure.  I am not aware of VA soliciting such a contract for the Ambulance Authority's service area.

31.     During my tenure at the Ambulance Authorities, the VA has typically paid the actual charges that the Ambulance Authorities have billed for transports of veterans.  VA sends remittances to the Ambulance Authorities when VA makes a payment.

32.     The Ambulance Authorities received an average payment of approximately $709 for each call for which the VA was responsible for payment in fiscal year 2022. The Ambulance Authorities received an average payment of approximately $757 for each call for which the VA was responsible for payment in fiscal year 2023.

*THE VA FINAL RULE*

33.     The Ambulance Authorities have evaluated the impact that implementation of the final rule entitled *Change in Rates VA Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023) will have on its financial performance beginning February 16, 2024.

34.     The Ambulance Authorities assume that once the final rule becomes effective on February 16, 2024, VA will pay the Medicare Fee Schedule (MFS) amount for all emergent and nonemergent ambulance transports of veterans to or from VA facilities or other places.  Other places include, but are not limited to, accident scenes, office buildings, public accommodations, and private emergency departments, hospitals, behavioral health facilities, and residences.   The Ambulance Authorities base this assumption on the final rule, the VA industry days, and VA's conduct to date.

35.     The average MFS amount that the Ambulance Authorities would receive for ambulance transport is $449.00.  The Ambulance Authorities thus project that VA's shift to the MFS amount will reduce VA's payment on any given ambulance transport by more than 40%!

36.     The Ambulance Authorities project that if all VA payments for ambulance transports of veterans will be at the MFS amount, the Ambulance Authorities project that the aggregate annual reduction in VA payments for ambulance transports of veterans in fiscal year 2023-24 will be approximately $10,584.  100% of the projected aggregate reduction is tied to the projected reduction in VA payments on ambulance transport of veterans initiated through the 9-1-1 system.  As noted above, those transports are exclusively emergent ones that are initiated through the 9-1-1 system and do not involve any VA facilities.

36.     The implementation of the final rule will harm the Ambulance Authorities by reducing revenue and further increasing our growing budget deficits.

*** 

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

October 25, 2023

*John R. Henry*

John R. Henry, Executive Director