# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA MOBILE EMERGENCY DEPARTMENT AUTHORITY,<br><br>                Petitioners,<br><br>    v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>                Respondent. | No. 24-1104 |

## **MOTION TO AMEND OFFICIAL CAPTION TO CORRECT MISNOMER**

Pursuant to Federal Circuit Rule 12(b), Petitioners respectfully request that the official caption of this case be amended to correct a misnomer. Petitioners' initiating document in this matter (the "Petition for Review Pursuant to 38 U.S.C. § 502") was docketed on October 31, 2023, and Petitioners are herewith moving promptly to correct the misnomer. (Doc. 1-2). The misnomer appears in the official

4872-8671-1693.v2

caption reflected in the notice of docketing provided by the Court. (Doc. 1-1 at 4). In particular, Petitioners request that the Petitioner currently identified in the official caption as "Altoona Mobile Emergency Department Authority" be identified in a corrected official caption as "Altoona Logan Township Mobile Medical Emergency Department Authority d/b/a AMED." This conforms this entity's name to its official name as it appears in the Declaration of Gary Watters, the Executive Director of Altoona Logan Township Mobile Medical Emergency Department Authority. (Doc. 1-2 at 59 ¶2).

A proposed order is attached hereto as Exhibit A.

Dated November 2, 2023

                                              Respectfully submitted,

                                              /s/ Brian R. Stimson
                                              Brian R. Stimson
                                              D.C. Bar No. 1657563
                                              Sara M. Lord
                                              MA Bar No. 546918
                                              ARNALL GOLDEN GREGORY LLP
                                              2100 Pennsylvania Ave., NW, Suite 350S
                                              Washington, D.C. 20037
                                              Main: (202) 677-4030
                                              Email: Brian.Stimson@agg.com
                                                           Sara.Lord@agg.com

                                              *Counsel for Petitioners*

# **EXHIBIT A**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA MOBILE EMERGENCY DEPARTMENT AUTHORITY,<br><br>        Petitioners,<br><br>   v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>        Respondent. | No. 24-1104 |

## ORDER GRANTING MOTION TO AMEND OFFICIAL CAPTION TO CORRECT MISNOMER

For good cause shown, the Court hereby GRANTS Petitioners' Motion to Amend Official Caption to Correct Misnomer (Doc. 7). Henceforth, the Petitioner currently identified in the official caption as "Altoona Mobile Emergency Department Authority" shall be identified in a corrected official caption as "Altoona Logan Township Mobile Medical Emergency Department Authority d/b/a AMED."

4872-8671-1693.v2

The clerk is DIRECTED to modify the official case caption and the parties are DIRECTED to modify the style of the case in future filings accordingly.

**IT IS SO ORDERED**, this ___ day of _____ 2023.

_____
Honorable Circuit Judge
U.S. Court of Appeals
Federal Circuit

4872-8671-1693.v2

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I caused a copy of the foregoing Motion for a Stay Pending Judicial Review to be served via CM/ECF upon the following:

        Director, Commercial Litigation Branch, Civil Division,
        U.S. Department of Justice
        c-natcourts.appeals@usdoj.gov
        United States Department of Justice
        Commercial Litigation Branch, Civil Division
        PO Box 480
        Ben Franklin Station
        Washington, DC 20044

        /s/ Brian R. Stimson
        Brian R. Stimson
        Sara M. Lord
        ARNALL GOLDEN GREGORY LLP
        2100 Pennsylvania Ave., NW, Suite 350S
        Washington, D.C.  20037
        Main: (202) 677-4030
        Brian.Stimson@agg.com
        Sara.Lord@agg.com

        *Counsel for Petitioners*