NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA MOBILE EMERGENCY DEPARTMENT AUTHORITY,**
*Petitioners*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1104

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

### O R D E R

Petitioners submit a motion to stay, pending judicial review, the United States Department of Veterans Affairs' final rule entitled Change in Rates VA Pays for Special Modes of Transportation, 88 Fed. Reg. 10,032 (Feb. 16, 2023), which indicates it will become effective on February 16, 2024.

2          METROPOLITAN AREA EMS AUTHORITY v. SECRETARY OF
                                        VETERANS AFFAIRS

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary of Veterans Affairs is directed to respond to the motion no later than fourteen days from the date of entry of this order. Any reply in support of the motion is due no later than seven days thereafter.

FOR THE COURT

November 7, 2023
Date

Jarrett B. Perlow
Clerk of Court