NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY, dba AMED,**
*Petitioners*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1104

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioners' motion to modify the caption,

2　　METROPOLITAN AREA EMS AUTHORITY v. SECRETARY OF VETERANS AFFAIRS

I%%T IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected in this order.

FOR THE COURT

November 9, 2023
Date

Jarrett B. Perlow
Clerk of Court