

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

| | |
|---|---|
| JARRETT B. PERLOW<br>CLERK OF COURT | CLERK'S OFFICE<br>202-275-8000 |

November 16, 2023

2024-1104 - Metropolitan Area EMS Authority v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document (Amicus Response) submitted by Ambulance Association of Pennsylvania is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- A motion for leave to file is required for a response to a motion as an amicus curiae. The filing is not an amicus brief on the merits of the appeal.

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 27(a)(1) (motions); Fed. R. App. P. 32(c)(2)(A) (other papers); Fed. Cir. R. 32(a) (documents submitted with a cover).

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

  ***Clerk's Note: Douglas M. Wolfberg has not filed an appearance in the case.***

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Clerk of Court
By: M. Ames, Deputy Clerk