# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1104

**Short Case Caption:** Metropolitan Area EMS Authority v. Secretary of Veterans Affairs

**Filing Party/Entity:** Metropolitan Area EMS Authority, et al., Petitioners

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Dept. of Veterans Affairs | N/A | Agency Review |

Relief sought on appeal: ☐ None/Not Applicable

Hold unlawful and set aside the amendment of 38 C.F.R. § 70.30(a)(4) in its entirety so that the current § 70.30(a)(4) remains effective pending any future rulemaking by VA after any remand of this case.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

Pursuant to 38 U.S.C. § 502, 5 U.S.C. §§ 605(b) and 611(a)(1)-(2), 5 U.S.C. §§ 706(2)(A) and (C), Federal Rule of Appellate Procedure 15, and Federal Circuit Rule 15(f), Petitioners challenge the final rule entitled "Change in Rates VA Pays for Special Modes of Transportation," 88 Fed. Reg. 10,032 (Feb. 16, 2023) (to be codified at 38 C.F.R. Part 70).

Nature of judgment (select one):        Date of judgment: 2/16/23

    ☐ Final Judgment, 28 USC § 1295
    ☐ Rule 54(b)
    ☐ Interlocutory Order (specify type) _____
    ☑ Other (explain)        agency rulemaking

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the agency's rule entitled "Change in Rates VA Pays for Special Modes of Transportation" is unlawful and should be set aside.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes ☐ No

If "yes," when were the last such discussions?

☑ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

Explain.

Petitioners' concerns regarding the rule in question were presented to the agency during the notice-and-comment period and in Petitioner's subsequent requests for an administrative stay of the rule, but the agency nonetheless declined to alter or abandon the rule.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date: 11/28/23

Signature: /s/ Brian R. Stimson

Name: Brian R. Stimson