FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2024-1104

**Short Case Caption:** Metropolitan Area EMS Authority v. Secretary of Veterans Affairs

**Filing Party/Entity:** Secretary of Veterans Affairs

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Dept. of Veterans Affairs | N/A | Judicial review of rulemaking |

**Relief sought on appeal:** ☐ None/Not Applicable

Denial of the petition for review

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Petitioners seek review of a Department of Veterans Affairs (VA) final rule entitled Change in Rates VA Pays for Special Modes of Transportation, 88 Fed. Reg. 10,032 (Feb. 16, 2023).

**Nature of judgment (select one):**          **Date of judgment:** _____

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☑ Other (explain)                    38 U.S.C. § 502

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                    July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the final rule exceeds VA's statutory authority and is arbitrary and capricious.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes   ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

The questions on appeal should concern purely legal issues, such as the proper interpretation of a statute or regulation.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

Date: 11/29/23            Signature: /s/ Borislav Kushnir
                          Name:      Borislav Kushnir

Save for Filing