NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY, dba AMED,**
*Petitioners*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1104

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Petitioners submit a motion to stay, pending a decision of this court, the United States Department of Veterans Affairs' final rule entitled "Change in Rates VA Pays for Special Modes of Transportation," 88 Fed. Reg. 10,032 (Feb. 16,

2023), which is set to become effective on February 16, 2024. The Secretary of Veterans Affairs submits a short response that does not address the substantive issues and instead states the VA "is currently developing a rule that would delay the Change in Rates Rule's effective date by approximately one year, until February 2025," ECF No. 17 at 2–3, and requests that the court hold this motion in abeyance until February 1, 2024, or, in the alternative, deny the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary of Veterans Affairs is directed to file a substantive response to the motion no later than January 16, 2024.

FOR THE COURT

December 15, 2023
Date

Jarrett B. Perlow
Clerk of Court