## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

|  |  |  |
|---|---|---|
| METROPOLITAN AREA EMS AUTHORITY aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY dba AMED, | ) ) ) ) ) ) ) ) ) ) | 2024-1104 |
| Petitioners, | ) ) |  |
| v. | ) ) |  |
| SECRETARY OF VETERANS AFFAIRS, | ) ) ) |  |
| Respondent. | ) ) |  |

## <u>NOTICE OF FILING OF INDEX OF RULEMAKING RECORD</u>

Pursuant to Federal Circuit Rule 17(b)(3), respondent, the Secretary of

Veterans Affairs, files the attached index of rulemaking record in connection with

the Department of Veterans Affairs (VA) final rule entitled *Change in Rates VA*

*Pays for Special Modes of Transportation*, 88 Fed. Reg. 10,032 (Feb. 16, 2023).

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

/s/ Borislav Kushnir
BORISLAV KUSHNIR
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-5928
Facsimile: (202) 353-0461
Email: Steven.Kushnir@usdoj.gov

January 8, 2024          Attorneys for Respondent

## <u>INDEX OF RULEMAKING RECORD</u>

1.    VA Notice of Proposed Rulemaking – Beneficiary Travel under 38 U.S.C. 111 Within the United States, RIN 2900-AM02, 72 Fed. Reg. 40,096 (July 23, 2007)

2.    VA Notice of Final Rulemaking – Beneficiary Travel under 38 U.S.C. 111 Within the United States, RIN 2900-AM02, 73 Fed. Reg. 36,796 (June 30, 2008)

3.    Beneficiary Travel Benefits, Fact Sheet, June 2010

4.    VHA Handbook 1601B.05, Beneficiary Travel, July 23, 2010

5.    VOW to Hire Heroes Act of 2011, Pub. L. No. 112-56, § 263, 125 Stat. 711, 732 (November 21, 2011)

6.    VA FY2012 Budget Submission, Summary, Volume 1 of 4, February 2011

7.    Honoring America's Veterans and Caring for Camp Lejeune Families Act of 2012, Pub. L. No. 112-154, § 704, 126 Stat. 1165, 1206 (August 6, 2012)

8.    U.S. Government Accountability Office, "Ambulance Providers: Costs and Medicare Margins Varied Widely; Transports of Beneficiaries Have Increased," October 1, 2012

9.    FY 2012 Funding and FY 2013 Advance Appropriations Request, Medical Programs and Information Technology Programs, Volume II

10.    Veteran Beneficiary Travel Benefits Fact Sheet, February 2013

11.    FY 2013 Funding and FY 2014 Advance Appropriations Request, Medical Programs and Information Technology Programs, Volume II

12.    VHA Procedure Guide 1601B.05, August 10, 2015

13.    Fact Sheet 20-6, Ambulance Transport at VA Expense – A Guide for Community Ambulance Providers, September 2015

14.    U.S. Department of Health and Human Services, Report to Congress, Evaluations of Hospitals' Ambulance Data on Medicare Cost Reports and Feasibility of Obtaining Cost Data from All Ambulance Providers and Suppliers, September 28, 2015

15.   Xcenda, LLC, et al., "Air Medical Services Cost Study Report," March 24, 2017

16.   Department of Veterans Affairs, Office of Inspector General, Veterans Health Administration, The Beneficiary Travel Program, Special Mode of Transportation, Eligibility and Payment Controls, Report No. 15-0022-139, May 7, 2018

17.   VHA Directive 1695, Veterans Transportation Services, September 18, 2019

18.   VA Unified Agenda of Federal Regulatory and Deregulatory Actions – Semiannual Regulatory Agenda, 84 Fed. Reg. 71,185 (December 26, 2019)

19.   Regulatory Impact Analysis, Change in Rates that VA Pays for Special Modes of Transportation, RIN 2900-AP89(P), October 28, 2020

20.   VA Notice of Proposed Rulemaking – Change in Rates VA Pays for Special Modes of Transportation, RIN 2900-AP89, 85 Fed. Reg. 70,551 (November 4, 2020)

21.   Congressional Response Letters regarding November 4, 2020 Proposed Rule:

   (1)   From Senators Tester, Hickenlooper, Hirono, and Schatz, September 19, 2022

   (2)   From Senators Heinrich and Boozman, October 27, 2022

   (3)   From Senator Daines, November 17, 2022

   (4)   From Senator Bennet, December 9, 2022

   (5)   From Senator Moran, December 15, 2022

22.   VA Response to Congressional Letters regarding November 4, 2020 Proposed Rule:

   (1)   To Senator Tester, January 17, 2023

   (2)   To Senator Schatz, January 17, 2023

   (3)   To Senator Hirono, January 17, 2023

   (4)   To Senator Hickenlooper, January 17, 2023

      (5)    To Senator Heinrich, January 17, 2023

      (6)    To Senator Boozman, January 17, 2023

      (7)    To Senator Daines, January 17, 2023

      (8)    To Senator Bennet, January 17, 2023

      (9)    To Senator Moran, January 17, 2023

23.    Public Comments on November 4, 2020 Proposed Rule:

      (1)    From Carolyn Mayle, Air Methods Corporation, Document ID: VA-2020-VHA-0022-0008

      (2)    From Debbie Cavalry, PHA, Inc., Document ID: VA-2020-VHA-0022-0003

      (3)    From Cameron Curtis and Deborah Boudreaux, The Association of Air Medical Services (AAMS), Document ID: VA-2020-VHA-0022-0007

      (4)    From Christopher Hall, PHI Health, LLC, Document ID: VA-2020-VHA-0022-0006

      (5)    From Anonymous, Document ID: VA-2020-VHA-0022-0004

      (6)    From Kimberly Cox, Document ID: VA-2020-VHA-0022-0005

24.    VHA Directive 1601B.05, Beneficiary Travel, January 20, 2022

25.    David C. Chan, et al., "Mortality among US veterans after emergency visits to Veterans Affairs and other hospitals: retrospective cohort study," February 16, 2022

26.    VHA, Office of Integrated Veteran Care, Ambulance Transportation, May 2, 2022

27.    Letter from Congressmembers Kirkpatrick, Bacon, Bentz, and Gallego, August 8, 2022

28.    VA response letter to Congressmembers Kirkpatrick, Bacon, Bentz, and Gallego, October 13, 2022

29.   Letter from Brad Gerfin, Deputy Chief of Medical Operations, and Robert Ridgeway III, Medical Control Physician, Clarendon County Fire Rescue, November 8, 2022

30.   Letter from Ron Sattelmaier, Fire Chief-Paramedic, Water Wheel Fire & Medical District, November 11, 2022

31.   VHA Directive 1695(1), Veterans Transportation Services, November 22, 2022

32.   Letter from Thedrick Andres, Chief of Police, Henderson Police Department, November 28, 2022

33.   VA response to Brad Gerfin, Deputy Chief of Medical Operations, and Robert Ridgeway III, Medical Control Physician, Clarendon County Fire Rescue, November 29, 2022

34.   Letter from Carol Kolson, President/CEO, Mesquite Chamber of Commerce, December 1, 2022

35.   Department of Veterans Affairs, Veterans Health Administration, Beneficiary Travel Proposed Rule, "Changes in Rates VA Pays for Special Modes of Transportation," Talking Points, December 6, 2022

36.   Letter from Shawn Baird, President, American Ambulance Association, December 12, 2022

37.   Letter from Congressmember Allred, December 20, 2022

38.   Regulatory Impact Analysis, Change in Rates that VA Pays for Special Modes of Transportation, RIN 2900-AP89(P), January 5, 2023

39.   Letter from Jack Du Teil, President, The Military Coalition, January 9, 2023

40.   Department of Veterans Affairs, Veterans Health Administration, Message from the Assistant Under Secretary for Health for Operations, January 18, 2023

41.   VA Response Letter to Congressmember Allred, January 19, 2023

42.   VA Response Letter to Jack Du Teil, President, The Military Coalition, January 19, 2023

43.  VA Response Letter to American Ambulance Association, January 20, 2023

44.  VA Response Letter to Ron Sattelmeir, Fire Chief – Paramedic, Water Wheel Fire and Paramedic District, January 20, 2023

45.  VA Response Letter to Carol Kolson, President/CEO, Mesquite Chamber of Commerce, January 20, 2023

46.  Letter from Congressman Bishop, Jr., February 9, 2023

47.  Letter from Senators Tester and Moran, February 15, 2023

48.  VA Notice of Final Rulemaking – Change in Rates VA Pays for Special Modes of Transportation, RIN 2900-AP89, 88 FR 10032 (February 16, 2023)