NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METROPOLITAN AREA EMS AUTHORITY, aka MedStar Mobile Healthcare, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY, dba AMED,**
*Petitioners*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1104

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Petitioners move to stay, pending judicial review, a rule referred to as the Change in Rates Rule set out in 88 Fed. Reg. 10,032 (Feb. 16, 2023).  The Secretary of Veterans Affairs opposes, noting that the rule's effective date has

been delayed to February 16, 2025, *see* Delay of Effective Date, 88 Fed. Reg. 90,120 (Dec. 29, 2023). Petitioners reply, alternatively requesting that this court hold the motion in abeyance "in the event judicial review cannot be completed before the final rule is implemented." ECF No. 27 at 12.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ECF No. 27 is accepted as petitioners' supplemental reply.

(2) The motion is deferred to the merits panel assigned to this case. The Clerk of Court shall forward a copy of the motion papers and this order to the assigned merits panel.

(3) Petitioners' opening brief is due no later than March 8, 2024; the Secretary's response brief is due no later than April 17, 2024; petitioners' reply brief is due no later than May 8, 2024; and the joint appendix is due no later than May 10, 2024. No extensions of time will be permitted.

(4) The case will be placed on the July 2024 oral argument calendar.

FOR THE COURT

February 5, 2024
Date

Jarrett B. Perlow
Clerk of Court