

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 15, 2024

2024-1104 - Metropolitan Area EMS Authority v. Secretary of Veterans Affairs

# NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Quaker Valley Ambulance Authority, Valley Ambulance Authority, Metropolitan Area EMS Authority, and Altoona Logan Township Mobile Medical Emergency Department Authority is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a) (documents submitted with a cover).

- The brief does not contain all required addendum material. Fed. Cir. R. 28(c)(1); Fed. Cir. R. 28.1(d).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the

appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk