

| | |
|---|---|
| | **U.S. Department of Justice** |
| | Civil Division |
| PMM:WJG:BSKushnir | Telephone: (202) 307-5928 |
| DJ No. 154-F24-32 | Steven.Kushnir@usdoj.gov |

*Washington, DC 20530*

November 22, 2024

By CM/ECF

Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

      Re:    *Metropolitan Area EMS Authority v. Secretary of Veterans Affairs*,
             Case No. 24-1104 (Fed. Cir.)

Dear Mr. Perlow:

      Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, respondent, the Secretary of Veterans Affairs, respectfully submits this letter to inform the Court that VA has published a final rule to further delay the Change in Rates Rule's effective date until February 16, 2029. *See* Delay of Effective Date, 89 Fed. Reg. 88,888 (Nov. 12, 2024) (Second Delay Rule). With this prolonged delay, we believe that petitioners' motion for stay pending judicial review (ECF No. 3-1) is now moot.

                                           Sincerely,

                                           /s/ Borislav Kushnir
                                           Borislav Kushnir
                                           Senior Trial Counsel
                                           Commercial Litigation Branch