# United States Court of Appeals for the Federal Circuit

---

**METROPOLITAN AREA EMS AUTHORITY, AKA MEDSTAR MOBILE HEALTHCARE, VALLEY AMBULANCE AUTHORITY, QUAKER VALLEY AMBULANCE AUTHORITY, ALTOONA LOGAN TOWNSHIP MOBILE MEDICAL EMERGENCY DEPARTMENT AUTHORITY, DBA AMED,**
*Petitioners*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2024-1104

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**MANDATE**

---

　　In accordance with the judgment of this Court, entered December 9, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

　　Costs are awarded to petitioners Metropolitan Area EMS Authority, Valley Ambulance Authority, Quaker Valley Ambulance Authority, Altoona Logan Township

Mobile Medical Emergency Department Authority in the amount of $789.60 and taxed against the respondent.

FOR THE COURT

<u>January 30, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court